UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
:
IN RE ADAMS GOLF, INC.                      :
SECURITIES LITIGATION                       :  CONSOLIDATED C.A. NO. 99-371 (KAJ)
:
:
:
---------------------------------------------------------------x

**THE UNDERWRITER DEFENDANTS' JOINDER IN
THE ADAMS GOLF DEFENDANTS' OPPOSITION TO
THE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendants Lehman Brothers Holdings Inc., Ferris, Baker Watts, Incorporated, and Banc of America Securities LLC, formerly known as Nations Banc Montgomery Securities LLC (the "Underwriter Defendants") hereby join and incorporate by reference herein the opposition of the Adams Golf Defendants to the Plaintiffs' Motion for Class Certification. In filing this Joinder, the Underwriter Defendants incorporate by reference, as if fully set forth herein, each and every argument presented in the Adams Golf Defendants' Answering Brief in Opposition to the Plaintiffs' Motion for Class Certification which has been filed and served contemporaneously herewith.

WHEREFORE, for the reasons set forth herein and in the Adams Golf Defendants' Answering Brief in Opposition to the Plaintiffs' Motion for Class Certification, the Underwriter Defendants respectfully request that the Court deny Plaintiffs' Motion for Class Certification.

2

| | |
|---|---|
| *Of Counsel:* | POTTER ANDERSON & CORROON LLP |
| SIMPSON THACHER & BARTLETT LLP<br>Michael J. Chepiga<br>Theodore J. McEvoy<br>425 Lexington Avenue<br>New York, NY  10017-3954<br>Telephone: (212) 455-2000<br>Facsimile:  (212) 455-2502 | By:  _____/s/ John E. James_____<br>    Robert K. Payson (#274)<br>    John E. James (#996)<br>    Hercules Plaza – Sixth Floor<br>    1313 North Market Street<br>    Wilmington, DE  19801<br>    Telephone:  (302) 984-6000<br><br>*Attorneys for the Underwriter Defendants* |

Dated:  March 14, 2005
673760/23310

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2005, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

    Carmella P. Keener, Esquire
    Rosenthal Monhait Gross & Goddess, P.A.
    919 Market Street, Suite 1401
    Wilmington, DE  19801

    Jeffrey L. Moyer, Esquire
    Richards Layton & Finger
    One Rodney Square
    Wilmington, DE  19801

                                          ____/s/ John E. James_____
                                          John E. James (No. 996)