3

## Adams Class Period Golf Stock Prices

| DATE | OPEN | CLOSE | VOLUME |
|---|---|---|---|
| 07/10/98 | $18.00 | $18.38 | 7,437,400 |
| 07/13/98 | $18.44 | $17.88 | 1,473,800 |
| 07/14/98 | $18.00 | $18.25 | 553,700 |
| 07/15/98 | $18.25 | $18.19 | 383,900 |
| 07/16/98 | $18.25 | $16.63 | 806,600 |
| 07/17/98 | $16.63 | $17.63 | 596,300 |
| 07/20/98 | $17.75 | $16.69 | 633,600 |
| 07/21/98 | $16.88 | $14.94 | 1,031,500 |
| 07/22/98 | $15.44 | $15.25 | 630,900 |
| 07/23/98 | $15.63 | $13.31 | 684,300 |
| 07/24/98 | $13.56 | $12.88 | 428,500 |
| 07/27/98 | $13.00 | $11.44 | 376,800 |
| 07/28/98 | $11.69 | $9.94 | 972,000 |
| 07/29/98 | $10.00 | $9.94 | 330,600 |
| 07/30/98 | $10.00 | $10.03 | 210,100 |
| 07/31/98 | $10.25 | $9.94 | 241,400 |
| 08/03/98 | $10.06 | $9.25 | 251,400 |
| 08/04/98 | $9.75 | $9.81 | 753,900 |
| 08/05/98 | $10.00 | $9.75 | 137,600 |
| 08/06/98 | $10.13 | $9.81 | 174,600 |
| 08/07/98 | $10.00 | $9.75 | 240,700 |
| 08/10/98 | $9.88 | $9.63 | 919,400 |
| 08/11/98 | $9.63 | $8.50 | 285,300 |
| 08/12/98 | $8.75 | $10.06 | 435,300 |
| 08/13/98 | $10.00 | $10.00 | 244,600 |
| 08/14/98 | $10.00 | $9.88 | 75,100 |
| 08/17/98 | $9.88 | $9.13 | 106,000 |
| 08/18/98 | $9.25 | $8.69 | 96,200 |
| 08/19/98 | $8.88 | $8.88 | 67,800 |
| 08/20/98 | $8.94 | $8.25 | 102,700 |
| 08/21/98 | $8.06 | $7.88 | 283,700 |
| 08/24/98 | $8.00 | $6.94 | 547,600 |
| 08/25/98 | $7.13 | $6.88 | 173,100 |
| 08/26/98 | $6.81 | $6.94 | 134,600 |
| 08/27/98 | $6.75 | $6.63 | 175,800 |
| 08/28/98 | $6.38 | $6.25 | 244,200 |
| 08/31/98 | $6.13 | $5.19 | 222,400 |
| 09/01/98 | $5.38 | $6.38 | 337,700 |
| 09/02/98 | $6.63 | $6.94 | 210,500 |
| 09/03/98 | $6.63 | $6.56 | 70,000 |
| 09/04/98 | $6.44 | $6.13 | 25,800 |
| 09/08/98 | $6.44 | $6.13 | 115,500 |
| 09/09/98 | $6.13 | $5.50 | 98,000 |
| 09/10/98 | $5.31 | $4.81 | 279,000 |
| 09/11/98 | $5.00 | $4.75 | 193,500 |
| 09/14/98 | $4.75 | $4.81 | 358,000 |
| 09/15/98 | $4.94 | $4.94 | 153,200 |
| 09/16/98 | $5.00 | $4.94 | 246,800 |

| DATE | OPEN | CLOSE | VOLUME |
|---|---|---|---|
| 09/17/98 | $4.94 | $4.88 | 77,800 |
| 09/18/98 | $4.88 | $5.06 | 69,500 |
| 09/21/98 | $5.00 | $4.50 | 190,700 |
| 09/22/98 | $4.56 | $4.44 | 112,300 |
| 09/23/98 | $4.44 | $4.69 | 128,800 |
| 09/24/98 | $4.75 | $4.50 | 115,600 |
| 09/25/98 | $4.50 | $4.50 | 91,700 |
| 09/28/98 | $4.50 | $4.63 | 139,700 |
| 09/29/98 | $4.31 | $4.00 | 1,976,900 |
| 09/30/98 | $4.13 | $4.13 | 96,900 |
| 10/01/98 | $4.25 | $4.00 | 396,800 |
| 10/02/98 | $4.25 | $4.44 | 581,800 |
| 10/05/98 | $4.63 | $4.56 | 83,500 |
| 10/06/98 | $4.63 | $4.88 | 147,600 |
| 10/07/98 | $5.00 | $4.69 | 214,700 |
| 10/08/98 | $4.72 | $4.63 | 251,200 |
| 10/09/98 | $4.63 | $4.75 | 257,900 |
| 10/12/98 | $4.94 | $5.00 | 204,500 |
| 10/13/98 | $4.88 | $4.81 | 307,800 |
| 10/14/98 | $4.81 | $4.97 | 99,400 |
| 10/15/98 | $5.06 | $5.00 | 64,300 |
| 10/16/98 | $4.91 | $4.72 | 38,300 |
| 10/19/98 | $4.81 | $5.00 | 37,600 |
| 10/20/98 | $5.06 | $4.88 | 39,500 |
| 10/21/98 | $4.63 | $4.63 | 70,100 |
| 10/22/98 | $4.69 | $4.63 | 58,000 |
| 10/23/98 | $4.75 | $3.88 | 1,196,900 |
| 10/26/98 | $4.00 | $3.69 | 508,800 |
| 10/27/98 | $3.94 | $3.97 | 177,800 |
| 10/28/98 | $3.97 | $4.00 | 151,500 |
| 10/29/98 | $4.13 | $4.63 | 295,900 |
| 10/30/98 | $4.56 | $4.63 | 198,800 |
| 11/02/98 | $4.75 | $4.69 | 244,000 |
| 11/03/98 | $4.75 | $4.63 | 86,500 |
| 11/04/98 | $4.69 | $4.59 | 86,800 |
| 11/05/98 | $4.69 | $4.50 | 90,100 |
| 11/06/98 | $4.63 | $4.63 | 113,500 |
| 11/09/98 | $4.63 | $4.72 | 289,600 |
| 11/10/98 | $4.88 | $4.59 | 155,700 |
| 11/11/98 | $4.59 | $4.75 | 117,100 |
| 11/12/98 | $4.75 | $4.75 | 97,500 |
| 11/13/98 | $4.66 | $4.63 | 58,800 |
| 11/16/98 | $4.81 | $4.53 | 63,500 |
| 11/17/98 | $4.63 | $4.44 | 54,000 |
| 11/18/98 | $4.50 | $4.38 | 54,600 |
| 11/19/98 | $4.38 | $4.16 | 99,700 |
| 11/20/98 | $4.25 | $4.19 | 141,400 |
| 11/23/98 | $4.13 | $4.06 | 73,700 |
| 11/24/98 | $4.06 | $3.97 | 150,400 |
| 11/25/98 | $4.00 | $3.75 | 112,900 |
| 11/27/98 | $3.88 | $3.75 | 85,900 |

| DATE | OPEN | CLOSE | VOLUME |
|---|---|---|---|
| 11/30/98 | $3.94 | $3.94 | 147,000 |
| 12/01/98 | $3.75 | $3.78 | 95,500 |
| 12/02/98 | $3.81 | $3.81 | 101,600 |
| 12/03/98 | $3.78 | $3.59 | 101,900 |
| 12/04/98 | $3.81 | $3.69 | 130,700 |
| 12/07/98 | $3.69 | $3.75 | 68,800 |
| 12/08/98 | $3.66 | $3.50 | 222,800 |
| 12/09/98 | $3.50 | $3.38 | 254,600 |
| 12/10/98 | $3.47 | $3.41 | 125,600 |
| 12/11/98 | $3.44 | $3.25 | 147,400 |
| 12/14/98 | $3.31 | $3.19 | 317,000 |
| 12/15/98 | $3.38 | $3.38 | 76,700 |
| 12/16/98 | $3.38 | $3.38 | 58,900 |
| 12/17/98 | $3.28 | $3.44 | 77,000 |
| 12/18/98 | $3.34 | $3.25 | 74,300 |
| 12/21/98 | $3.25 | $3.56 | 150,900 |
| 12/22/98 | $3.56 | $3.94 | 254,600 |
| 12/23/98 | $3.81 | $3.88 | 202,300 |
| 12/24/98 | $3.88 | $4.13 | 105,100 |
| 12/28/98 | $4.13 | $3.88 | 144,300 |
| 12/29/98 | $4.00 | $3.75 | 198,100 |
| 12/30/98 | $3.75 | $3.69 | 168,600 |
| 12/31/98 | $3.69 | $4.09 | 247,700 |
| 01/04/99 | $4.19 | $4.19 | 103,800 |
| 01/05/99 | $4.25 | $4.50 | 117,700 |
| 01/06/99 | $4.56 | $4.31 | 124,300 |
| 01/07/99 | $4.31 | $3.63 | 351,900 |
| 01/08/99 | $3.75 | $3.50 | 667,700 |
| 01/11/99 | $3.50 | $3.81 | 105,900 |
| 01/12/99 | $3.81 | $3.81 | 120,000 |
| 01/13/99 | $3.81 | $3.78 | 106,000 |
| 01/14/99 | $3.97 | $3.78 | 39,400 |
| 01/15/99 | $3.75 | $3.56 | 93,300 |
| 01/19/99 | $3.56 | $3.56 | 101,600 |
| 01/20/99 | $3.56 | $3.56 | 128,200 |
| 01/21/99 | $3.38 | $3.56 | 93,900 |
| 01/22/99 | $3.56 | $3.63 | 212,500 |
| 01/25/99 | $3.81 | $4.25 | 546,700 |
| 01/26/99 | $4.31 | $4.19 | 294,300 |
| 01/27/99 | $4.25 | $4.13 | 181,900 |
| 01/28/99 | $4.25 | $5.31 | 2,201,800 |
| 01/29/99 | $5.38 | $5.03 | 510,400 |
| 02/01/99 | $5.22 | $4.78 | 256,100 |
| 02/02/99 | $4.69 | $4.75 | 135,300 |
| 02/03/99 | $4.56 | $4.50 | 145,600 |
| 02/04/99 | $4.50 | $4.50 | 71,000 |
| 02/05/99 | $4.56 | $4.50 | 57,200 |
| 02/08/99 | $4.63 | $4.38 | 136,400 |
| 02/09/99 | $4.56 | $4.19 | 102,400 |
| 02/10/99 | $4.19 | $4.06 | 102,500 |
| 02/11/99 | $4.16 | $4.03 | 61,400 |

| DATE | OPEN | CLOSE | VOLUME |
|---|---|---|---|
| 02/12/99 | $4.19 | $4.13 | 54,300 |
| 02/16/99 | $4.13 | $4.06 | 60,800 |
| 02/17/99 | $4.06 | $4.06 | 91,000 |
| 02/18/99 | $4.06 | $4.03 | 57,600 |
| 02/19/99 | $4.00 | $4.00 | 35,400 |
| 02/22/99 | $3.88 | $4.06 | 76,200 |
| 02/23/99 | $4.06 | $4.00 | 55,100 |
| 02/24/99 | $3.88 | $3.94 | 47,900 |
| 02/25/99 | $4.00 | $4.00 | 104,400 |
| 02/26/99 | $4.00 | $3.94 | 46,400 |
| 03/01/99 | $3.94 | $4.00 | 25,300 |
| 03/02/99 | $4.00 | $3.97 | 34,500 |
| 03/03/99 | $4.09 | $4.00 | 47,000 |
| 03/04/99 | $4.00 | $3.88 | 37,400 |
| 03/05/99 | $4.00 | $3.88 | 50,400 |
| 03/08/99 | $4.00 | $3.50 | 287,000 |
| 03/09/99 | $3.56 | $3.75 | 88,000 |
| 03/10/99 | $3.84 | $3.88 | 25,800 |
| 03/11/99 | $3.69 | $3.81 | 26,500 |
| 03/12/99 | $3.81 | $3.66 | 25,300 |
| 03/15/99 | $3.63 | $3.69 | 77,900 |
| 03/16/99 | $3.63 | $3.69 | 73,900 |
| 03/17/99 | $3.88 | $3.75 | 40,400 |
| 03/18/99 | $3.88 | $3.63 | 33,100 |
| 03/19/99 | $3.50 | $3.63 | 47,500 |
| 03/22/99 | $3.75 | $3.56 | 34,100 |
| 03/23/99 | $3.63 | $3.69 | 57,800 |
| 03/24/99 | $3.63 | $3.50 | 65,600 |
| 03/25/99 | $3.56 | $3.63 | 86,300 |
| 03/26/99 | $3.50 | $3.56 | 43,900 |
| 03/29/99 | $3.75 | $3.88 | 292,600 |
| 03/30/99 | $3.94 | $3.69 | 78,800 |
| 03/31/99 | $3.75 | $4.25 | 299,800 |
| 04/01/99 | $4.38 | $4.25 | 248,500 |
| 04/05/99 | $4.25 | $4.25 | 156,400 |
| 04/06/99 | $4.38 | $4.31 | 103,500 |
| 04/07/99 | $4.41 | $3.94 | 166,300 |
| 04/08/99 | $3.94 | $3.75 | 77,300 |
| 04/09/99 | $4.00 | $3.75 | 54,500 |
| 04/12/99 | $3.88 | $4.06 | 131,600 |
| 04/13/99 | $4.00 | $3.63 | 175,500 |
| 04/14/99 | $3.75 | $3.75 | 80,900 |
| 04/15/99 | $3.88 | $3.78 | 85,800 |
| 04/16/99 | $3.88 | $4.00 | 100,900 |
| 04/19/99 | $4.13 | $3.88 | 75,500 |
| 04/20/99 | $4.00 | $3.75 | 36,200 |
| 04/21/99 | $3.94 | $3.81 | 16,200 |
| 04/22/99 | $3.81 | $3.69 | 761,500 |
| 04/23/99 | $3.75 | $3.63 | 42,900 |
| 04/26/99 | $3.75 | $3.75 | 21,400 |
| 04/27/99 | $3.88 | $3.69 | 39,600 |

| DATE | OPEN | CLOSE | VOLUME |
|---|---|---|---|
| 04/28/99 | $3.75 | $3.88 | 135,200 |
| 04/29/99 | $4.00 | $3.69 | 187,700 |
| 04/30/99 | $3.69 | $3.75 | 172,800 |
| 05/03/99 | $3.75 | $3.63 | 128,800 |
| 05/04/99 | $3.59 | $3.56 | 30,900 |
| 05/05/99 | $3.56 | $3.75 | 94,000 |
| 05/06/99 | $3.69 | $3.75 | 36,200 |
| 05/07/99 | $3.63 | $3.69 | 47,100 |
| 05/10/99 | $3.69 | $3.56 | 105,000 |
| 05/11/99 | $3.50 | $3.50 | 112,300 |
| 05/12/99 | $3.63 | $3.50 | 87,200 |
| 05/13/99 | $3.63 | $3.53 | 59,400 |
| 05/14/99 | $3.50 | $3.50 | 42,900 |
| 05/17/99 | $3.56 | $3.53 | 80,400 |
| 05/18/99 | $3.75 | $3.59 | 71,900 |
| 05/19/99 | $3.72 | $3.50 | 44,200 |
| 05/20/99 | $3.50 | $3.50 | 67,900 |
| 05/21/99 | $3.50 | $3.50 | 29,100 |
| 05/24/99 | $3.56 | $3.53 | 43,000 |
| 05/25/99 | $3.50 | $3.38 | 116,400 |
| 05/26/99 | $3.38 | $3.50 | 24,300 |
| 05/27/99 | $3.38 | $3.47 | 28,400 |
| 05/28/99 | $3.47 | $3.50 | 15,400 |
| 06/01/99 | $3.47 | $3.41 | 62,400 |
| 06/02/99 | $3.44 | $3.50 | 104,500 |
| 06/03/99 | $3.38 | $3.03 | 184,600 |
| 06/04/99 | $3.13 | $3.13 | 78,400 |
| 06/07/99 | $3.17 | $3.06 | 50,900 |
| 06/08/99 | $3.08 | $3.13 | 21,000 |
| 06/09/99 | $3.13 | $3.06 | 73,800 |
| 06/10/99 | $3.06 | $3.06 | 44,900 |
| 06/11/99 | $3.08 | $3.06 | 41,100 |