9

Case 1:99-cv-00371-GMS   Document 145-9   Filed 03/14/2005   Page 2 of 17



DEFENDANTS'
EXHIBIT NO. 4
D. SAWVEL

# ADAMS GOLF, INC.

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

Patricia Craus ("Plaintiff"), duly swears and says, as to the claims asserted under the federal securities laws, that:

1. I have reviewed the complaint filed on behalf of F. Kenneth Shockley, M.D. against Adams Golf, Inc. and its officers and directors, I approve of its contents, and I authorize a similar Complaint to be filed on my behalf.

2. I did not purchase the security that is the subject of this action at the direction of my counsel or in order to participate in this private action.

3. I am willing to serve as a representative plaintiff on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transactions in the securities of Adams Golf, Inc., during the initial Public Offering ("IPO").

| SHARES PURCHASED | DATE OF PURCHASE | PRICE PER SHARE |
|---|---|---|
| 1,000 | 7/9/98 | $16 |

| SHARES SOLD | DATE OF SALE | PRICE PER SHARE |
|---|---|---|
| 0 | 0 | 0 |

5. I have not sought to serve as a class representative in any other action filed under the United States federal securities laws in the past three (3) years preceding the date on which this certification is signed, except as listed below. N/A

6. I have not and will not accept any payment for serving as a representative plaintiff on behalf of the class beyond my pro rata share of any recovery, or as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 16th day of July, 1999, at Fort Worth, Texas.

By: Patricia Craus

PRINT NAME: Patricia Craus

222834

Case 1:99-cv-00371-GMS    Document 145-9    Filed 03/14/2005    Page 4 of 17

TOPIC:

DATE:

DEFENDANTS EXHIBIT NO. 13
D. SAWVEL

FILE UNDER:

PAGE:

Alex Brown

| | |
|---|---|
| 1/27/1999 | Bought Adams Golf 2400 shares @ 4 1/8 = 9,928.00 |
| 1/28/1999 | Bought 1500 shares @ 5 1/16 = 7,646.75 |
| (3) | |
| 4/07/1999 | Sold Adams Golf 3900 shares @ 4 3/16 = 16,277.70 |

| | |
|---|---|
| Jack White 1/11/99 | Bought Adams Golf 200 shares @ 3 11/16 = 737.50 |
| | Bought 1000 shares @ 3 3/4 = 3,750.00 |
| (2) | Bought 300 shares @ 3 3/4 = 1,125.00 |
| 4/07/99 | Sold Adams Golf 1,500 shares @ 4 3/16 = 6,203.04 |

| | |
|---|---|
| Lehman 7/9/98 | Bought Adams Golf 1,000 shares @ $16. = $16,000 |
| (1) | |
| 11/9/98 | Sold Adams Golf 1,000 shares @ 4.80 = $4,800 |

Jack White (619) 587-2000 • 1-800-233-3411

Jack White is a Division of Waterhouse Securities, Inc., Member NYSE/SIPC

California's First Discount Broker. Since 1973. 9191 Towne Centre Drive, Second Floor • San Diego, CA 92122

In accordance with your instructions we are pleased to advise you of the following transaction for your account.

DESCRIPTION

YOU BOT ADAMS GOLF INC ADGO 006228-10-0

| TRADE DATE | SETTLEMENT DATE | PROCESSING DATE |
|---|---|---|
| 01-11-99 | 01-14-99 | 01-11-99 |

| QUANTITY | PRICE | PRINCIPAL | INTEREST OR STATE TAX | TRANSACTION FEE | OTHER | SEC FEE | NEW AMOUNT | TRADE NO. |
|---|---|---|---|---|---|---|---|---|
| 200 | 3 11/16 | 73750 | | 1040 | | | 74790 | 88M15213 |
| | | A DLJ CO MAKES A MKT | | | | | | |
| | | IN THIS SEC & ACTED | | | | | | |
| | | AS PRINCIPAL | | | | | | |
| 1000 | 3 3/4 | 375000 | | 5200 | | | 380200 | 88M15216 |
| | | A DLJ CO MAKES A MKT | | | | | | |
| | | IN THIS SEC & ACTED | | | | | | |
| | | AS PRINCIPAL | | | | | | |
| 300 | 3 3/4 | 112500 | | 1560 | | | 114060 | 88M15217 |
| | | A DLJ CO MAKES A MKT | | | | | | |
| | | IN THIS SEC & ACTED | | | | | | |
| | | AS PRINCIPAL | | | | | | |

TOTALS

| QUANTITY | PRINCIPAL | INTEREST OR STATE TAX | TRANSACTION FEE | OTHER | SEC FEE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 1500 | 561250 | | 7800 | | | 569050 |

PATRICIA A CRAUS
P O BOX 126
AZLE TX 76098-0126

| ACCOUNT | A.E. |
|---|---|
| 5L6-214877-1 | 034 |

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

IDENTIFICATION NO.

SIPC

PREP NUM 741

SEE REVERSE SIDE FOR TERMS AND CONDITIONS OF THIS CONFIRMATION

**Jack White** (619) 587-2000 • 1-800-233-3411
Jack White is a Division of Waterhouse Securities, Inc., Member NYSE/SIPC
9191 Towne Centre Drive, Second Floor • San Diego, CA 92122
California's First Discount Broker. Since 1973.

In accordance with your instructions we are pleased to advise you of the following transaction for your account.

| YOU | DESCRIPTION | | CUSIP NO. |
|---|---|---|---|
| BOT | ADAMS GOLF INC | ADGO | 006220-10-0 |

| TRADE DATE | SETTLEMENT DATE | PROCESSING DATE |
|---|---|---|
| 01-11-99 | 01-14-99 | 01-11-99 |

| QUANTITY | PRICE | PRINCIPAL | INTEREST OR STATE TAX | TRANSACTION FEE | OTHER | SEC FEE | NEW AMOUNT | M | C | TRADE NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 200 | 3 11/16 | 73750 | | 1040 | | | 74790 | 8 | 8 | M15213 |
| | | A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | | | | | | | | |
| 1000 | 3 3/4 | 375000 | | 5200 | | | 380200 | 8 | 8 | M15216 |
| | | A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | | | | | | | | |
| 300 | 3 3/4 | 112500 | | 1560 | | | 114060 | 8 | 8 | M15217 |
| | | A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | | | | | | | | |

TOTALS

| QUANTITY | PRINCIPAL | INTEREST OR STATE TAX | TRANSACTION FEE | OTHER | SEC FEE | NET AMOUNT |
|---|---|---|---|---|---|---|
| 1500 | 561250 | | 7800 | | | 569050 |

PATRICIA A CRAUS
P O BOX 126
AZLE TX 76098-0126

| ACCOUNT | A.E. |
|---|---|
| 5L6-214877-1 | 034 |

IDENTIFICATION NO. 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

SIPC

PREP NUM 741

SEE REVERSE SIDE FOR TERMS AND CONDITIONS OF THIS CONFIRMATION ... HAS BEEN CHARGED IN CONNECTION WITH THIS TRANSACTION

BT ALEX BROWN INCORPORATED
P.O. BOX 1776
BALTIMORE MD 21203

1999 DETAILED INCOME STATEMENT
Page 1

Telephone Number: (214) 740-7700

RECIPIENT'S Name, Street Address, City, State, and Zip Code
PATRICIA CRAUS
520 LAKESIDE DRIVE
AZLE TX 76020-4119

Original 12/31/99 ☐ 2nd B Notice

| PAYER'S FED ID NUMBER | ACCOUNT NUMBER | ACCOUNT EXECUTIVE | RECIPIENT'S FED ID NUMBER |
|---|---|---|---|
| 13-3311934 | 223-16583 | 030 | 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 |

| DATE | DESCRIPTION | DISTRIBUTION | AMOUNT | COMMENT |
|---|---|---|---|---|
| | DIVIDENDS | | | |
| 01/27 | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | DIVIDEND | 10.80 | |
| | | TEFRA TAX | 3.35- | |
| 02/23 | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | DIVIDEND | 65.51 | |
| 03/23 | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | DIVIDEND | 40.75 | |
| 04/27 | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | DIVIDEND | 2.36 | |
| 05/25 | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | DIVIDEND | 0.56 | |
| 06/22 | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | DIVIDEND | 0.56 | |
| 07/27 | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | DIVIDEND | 0.70 | |
| 08/24 | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | DIVIDEND | 0.58 | |
| 09/21 | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | DIVIDEND | 0.54 | |
| 10/26 | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | DIVIDEND | 0.74 | |
| 11/24 | **DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC.- | DIVIDEND | 0.60 | |
| 12/28 | DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC.- | DIVIDEND | 0.77 | |
| | TOTAL DIVIDENDS | | | |
| | TAXABLE DIVIDENDS | | 124.47 | |
| | TEFRA TAX WITHHELD | | 3.35- | |

| DATE | DESCRIPTION | TRANSACTION | PRICE | QUANTITY | AMOUNT | COMMENT |
|---|---|---|---|---|---|---|
| | INVESTMENT ACTIVITY DETAILS | | | | | |
| 01/27 | ADAMS GOLF INC | BOUGHT | 4 1/8 | 2,400 | 9,978.00 | |
| 01/28 | ADAMS GOLF INC | BOUGHT | 5 1/16 | 1,500 | 7,646.75 | |
| /07 | ADAMS GOLF INC | SOLD | 4 3/16 | 3,900 | 16,277.70 | |

- CONTINUED -

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY

BT ALEX. BROWN INCORPORATED
P.O. BOX 1776
BALTIMORE MD 21203

1999 DETAILED INCOME STATEMENT
Page 1

Telephone Number: (214) 740-7700

RECIPIENT'S Name, Street Address, City, State, and Zip Code
PATRICIA CRAUS
520 LAKESIDE DRIVE
AZLE TX 76020-4119

Original 12/31/99 2nd B Notice

| PAYER'S FED ID NUMBER | ACCOUNT NUMBER | ACCOUNT EXECUTIVE | RECIPIENT'S FED ID NUMBER |
|---|---|---|---|
| 13-3311934 | 223-16583 | 030 | 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 |

| DATE | DESCRIPTION | DISTRIBUTION | AMOUNT | COMMENT |
|---|---|---|---|---|
| | **DIVIDENDS** | | | |
| 27 | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | DIVIDEND | 10.80 | |
| | | TEFRA TAX | 3.35- | |
| 23 | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | DIVIDEND | 65.51 | |
| 23 | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | DIVIDEND | 40.75 | |
| 27 | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | DIVIDEND | 2.36 | |
| 25 | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | DIVIDEND | 0.56 | |
| 22 | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | DIVIDEND | 0.56 | |
| 27 | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | DIVIDEND | 0.70 | |
| 24 | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | DIVIDEND | 0.58 | |
| 21 | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | DIVIDEND | 0.54 | |
| 26 | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | DIVIDEND | 0.74 | |
| 24 | **DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC.- | DIVIDEND | 0.60 | |
| 28 | DEUTSCHE BANC ALEX. BROWN CASH RESERVE FUND, INC.- | DIVIDEND | 0.77 | |
| | **TOTAL DIVIDENDS** | | | |
| | TAXABLE DIVIDENDS | | 124.47 | |
| | TEFRA TAX WITHHELD | | 3.35- | |

| DATE | DESCRIPTION | TRANSACTION | PRICE | QUANTITY | AMOUNT | COMMENT |
|---|---|---|---|---|---|---|
| | **INVESTMENT ACTIVITY DETAILS** | | | | | |
| 17 | ADAMS GOLF INC | BOUGHT | 4 1/8 | 2,400 | 9,978.00 | ✓ |
| 28 | ADAMS GOLF INC | BOUGHT | 5 1/16 | 1,500 | 7,646.75 | |
| 07 | ADAMS GOLF INC | SOLD | 4 3/16 | 3,900 | 16,277.70 | |

- CONTINUED -

THIS STATEMENT IS NOT A SUBSTITUTE FOR FORM 1099 AND IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY



JACK WHITE
A division of Waterhouse Securities, Inc.
9191 Towne Centre Drive
San Diego, CA 92123
(619)587-2080 (800)233-3411

# TRADE CONFIRMATION

| | |
|---|---|
| 04/07/1999 | 822-21487-1-3 |
| 04/07/1999 | CASH |
| 04/12/1999 | 006228100000 |
| | |
| | A008199 |
| | 01142 D 00821 |
| | 8 1 BKS |

91/332/160/320/160

PATRICIA A CRAUS
P O BOX 126
AZLE TX 76098-0126

| | | | |
|---|---|---|---|
| | 1,500 | ADGO | 4 3/16 |

DESCRIPTION

ADAMS GOLF INC

| | | | | | | |
|---|---|---|---|---|---|---|
| 6,281.25 | | 78.00 | | 0.21 | | $6,208.04 |

PLEASE NOTIFY US IMMEDIATELY IF CONFIRMATION IS NOT CORRECT.

(DETACH HERE) (DETACH HERE)

FOR REMITTANCE ONLY

| | | |
|---|---|---|
| $6,208.04 | 822-21487-1-3 | 04/12/1999 |

SEC REGULATIONS REQUIRE FUNDS/SECURITIES (IF NOT ON DEPOSIT) BY SETTLEMENT DATE. PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE PAYABLE TO: Jack White

PATRICIA A CRAUS
P O BOX 126
AZLE TX 76098-0126

Jack White
A division of Waterhouse Securities, Inc
9191 Towne Centre Drive
San Diego, CA 92122

120

W801

PC 028

JACK WHITE
A division of Waterhouse Securities, Inc.
9191 Towne Centre Drive
San Diego, CA 92122
(619)587-2680 (800)233-3411

TRADE CONFIRMATION

04/07/1999
04/07/1999
04/12/1999

822-21487-1-3
CASH
008225100000
A008188
01142 D 00821
6 | 1 | BKG

91/332/160/320/160

PATRICIA A CRAUS
P O BOX 126
AZLE TX 76098-0126

| | | | |
|---|---|---|---|
| | 1,500 | ADGO | 4 3/16 |

DESCRIPTION

ADAMS GOLF INC

| | | | | | | |
|---|---|---|---|---|---|---|
| 6,281.28 | | 78.00 | | 0.21 | | $6,359.04 |

PLEASE NOTIFY US IMMEDIATELY IF CONFIRMATION IS NOT CORRECT.

(DETACH HERE) (DETACH HERE)

FOR REMITTANCE ONLY

| | | |
|---|---|---|
| $6,359.04 | 822-21487-1-3 | 04/12/1999 |

SEC REGULATIONS REQUIRE FUNDS/SECURITIES (IF NOT ON DEPOSIT) BY SETTLEMENT DATE. PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE PAYABLE TO: Jack White

PATRICIA A CRAUS
P O BOX 126
AZLE TX 76098-0126

Jack White
A division of Waterhouse Securities, Inc
9191 Towne Centre Drive
San Diego, CA 92122

W801

# Portfolio Holdings

Prices are provided by an independent pricing service. For current market price quotations, call your Investment Representative.

## Cash and Equivalents

| | Amount | Estimated annual income | Current annual yield |
|---|---|---|---|
| BT ALEX BROWN CASH RESERVE FD PRIME SERIES | $163.24 | $6.92 | 4.24% |
| **Total cash and equivalents** | **$163.24** | **$6.92** | |

## Common Stocks

| | Symbol | Quantity | Current share price | Current market value | Estimated annual income | Estimated dividend yield |
|---|---|---|---|---|---|---|
| PEROT SYSTEMS CORP CL A | PER | 350 | $28.875 | $10,106.00 | | |
| **Total common stocks** | | | | **$10,106.00** | | |

# Portfolio Activity

## Dividends and Interest

| Date | Activity | Description | Amount |
|---|---|---|---|
| 04/27/1999 | Dividend | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | $2.36 |
| **Total dividends and interest** | | | **$2.36** |

## Purchases and Sales

| Settlement date | Activity | Type | Quantity | Description | Unit price | Amount |
|---|---|---|---|---|---|---|
| 04/06/1999 | Purchased | Cash | 100,000 | TECH ASSETS LTD UNSOLICITED | $0.06 | $6,053.00 - |
| 04/12/1999 | Sold | Cash | 3,900 - | ADAMS GOLF INC UNSOLICITED AS OF 04/07/99 | 4.1875 | 16,277.70 |
| 04/12/1999 | Purchased | Sweep | 18,104.5 | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | 1 | 18,104.50 - |
| 04/12/1999 | Sold | Cash | 25,000 - | TECH ASSETS LTD UNSOLICITED | 0.08 | 1,786.05 |
| 04/13/1999 | Purchased | Sweep | 4,821.83 | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | 1 | 4,821.83 - |


PC 031

# Portfolio Holdings

Prices are provided by an independent pricing service. For current market price quotations, call your Investment Representative.

## Cash and Equivalents

| | Amount | Estimated annual income | Current annual yield |
|---|---|---|---|
| BT ALEX BROWN CASH RESERVE FD PRIME SERIES | $163.24 | $6.92 | 4.24% |
| **Total cash and equivalents** | **$163.24** | **$6.92** | |

## Common Stocks

| | Symbol | Quantity | Current share price | Current market value | Estimated annual income | Estimated dividend yield |
|---|---|---|---|---|---|---|
| PEROT SYSTEMS CORP CL A | PER | 350 | $28.875 | $10,106.00 | | |
| **Total common stocks** | | | | **$10,106.00** | | |

# Portfolio Activity

## Dividends and Interest

| Date | Activity | Description | Amount |
|---|---|---|---|
| 04/27/1999 | Dividend | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | $2.36 |
| **Total dividends and interest** | | | **$2.36** |

## Purchases and Sales

| Settlement date | Activity | Type | Quantity | Description | Unit price | Amount |
|---|---|---|---|---|---|---|
| 04/06/1999 | Purchased | Cash | 100,000 | TECH ASSETS LTD UNSOLICITED | $0.06 | $6,053.00 - |
| 04/12/1999 | Sold | Cash | 3,900 - | ADAMS GOLF INC UNSOLICITED AS OF 04/07/99 | 4.1875 | 16,277.70 |
| 04/12/1999 | Purchased | Sweep | 18,104.5 | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | 1 | 18,104.50 - |
| 04/12/1999 | Sold | Cash | 25,000 - | TECH ASSETS LTD UNSOLICITED | 0.08 | 1,786.05 |
| 04/13/1999 | Purchased | Sweep | 4,821.83 | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | 1 | 4,821.83 - |



PC 032

# Portfolio Activity continued

## Purchases and Sales

| Settlement date | Activity | Type | Quantity | Description | Unit price | Amount |
|---|---|---|---|---|---|---|
| 02/02/1999 | Purchased | Cash | 1,500 | ADAMS GOLF INC<br>UNSOLICITED | 5.0625 | 7,646.75 - |
| 02/02/1999 | Sold | Cash | 200 - | MARKETWATCH.COM INC<br>UNSOLICITED<br>WE MAKE A MKT IN THIS SECURITY<br>REPORTED PRICE 72<br>DIFFERENCE 0.2500 | 71.75 | 14,346.52 |
| 02/05/1999 | Purchased | Cash | 100 | PEROT SYSTEMS CORP<br>CL A<br>UNSOLICITED | 42.5 | 4,303.00 - |
| 02/09/1999 | Purchased | Sweep | 19,022.78 | BT ALEX BROWN CASH RESERVE FD<br>PRIME SERIES | 1 | 19,022.78 - |
| 02/09/1999 | Sold | Cash | 140 - | CONSECO INC<br>UNSOLICITED | 29.125 | 4,024.36 |
| 02/09/1999 | Sold | Cash | 188 - | E TRADE GROUP INC<br>UNSOLICITED | 55.375 | 10,357.15 |
| 02/09/1999 | Sold | Cash | 680 - | MARKETWATCH.COM INC<br>UNSOLICITED<br>WE MAKE A MKT IN THIS SECURITY<br>REPORTED PRICE 72 3/4<br>DIFFERENCE 0.0735 | 72.6765 | 49,415.37 |
| 02/09/1999 | Purchased | Cash | 250 | PEROT SYSTEMS CORP<br>CL A<br>UNSOLICITED | 81 | 20,303.00 - |
| 02/11/1999 | Purchased | Sweep | 27,460.97 | BT ALEX BROWN CASH RESERVE FD<br>PRIME SERIES | 1 | 27,460.97 - |
| 02/23/1999 | Fund reinvested | Cash | 65.51 | BT ALEX BROWN CASH RESERVE FD<br>PRIME SERIES<br>MONTHLY DIVIDEND REINVESTED | 1 | 65.51 - |
| **Net purchases and sales** | | | | | | **$196.21 -** |

PC 033

# Portfolio Activity continued

## Purchases and Sales

| Settlement date | Activity | Type | Quantity | Description | Unit price | Amount |
|---|---|---|---|---|---|---|
| 02/02/1999 | Purchased | Cash | 1,500 | ADAMS GOLF INC<br>UNSOLICITED | 5.0625 | 7,646.75 - |
| 02/02/1999 | Sold | Cash | 200 - | MARKETWATCH.COM INC<br>UNSOLICITED<br>WE MAKE A MKT IN THIS SECURITY<br>REPORTED PRICE 72<br>DIFFERENCE 0.2500 | 71.75 | 14,346.52 |
| 02/05/1999 | Purchased | Cash | 100 | PEROT SYSTEMS CORP<br>CL A<br>UNSOLICITED | 42.5 | 4,303.00 - |
| 02/09/1999 | Purchased | Sweep | 19,022.78 | BT ALEX BROWN CASH RESERVE FD<br>PRIME SERIES | 1 | 19,022.78 - |
| 02/09/1999 | Sold | Cash | 140 - | CONSECO INC<br>UNSOLICITED | 29.125 | 4,024.36 |
| 02/09/1999 | Sold | Cash | 188 - | E TRADE GROUP INC<br>UNSOLICITED | 55.375 | 10,357.15 |
| 02/09/1999 | Sold | Cash | 680 - | MARKETWATCH.COM INC<br>UNSOLICITED<br>WE MAKE A MKT IN THIS SECURITY<br>REPORTED PRICE 72 3/4<br>DIFFERENCE 0.0735 | 72.6765 | 49,415.37 |
| 02/09/1999 | Purchased | Cash | 250 | PEROT SYSTEMS CORP<br>CL A<br>UNSOLICITED | 81 | 20,303.00 - |
| 02/11/1999 | Purchased | Sweep | 27,460.97 | BT ALEX BROWN CASH RESERVE FD<br>PRIME SERIES | 1 | 27,460.97 - |
| 02/23/1999 | Fund reinvested | Cash | 65.51 | BT ALEX BROWN CASH RESERVE FD<br>PRIME SERIES<br>MONTHLY DIVIDEND REINVESTED | 1 | 65.51 - |
| Net purchases and sales | | | | | | $196.21 - |

PC 034

# Portfolio Holdings

Prices are provided by an independent pricing service. For current market price quotations, call your Investment Representative.

## Cash and Equivalents

| | Amount | Estimated annual income | Current annual yield |
|---|---|---|---|
| NET CASH BALANCE | $40.75 | | |
| Total cash and equivalents | $40.75 | | |

## Common Stocks

| | Symbol | Quantity | Current share price | Current market value | Estimated annual income | Estimated dividend yield |
|---|---|---|---|---|---|---|
| ADAMS GOLF INC | ADGO | 3,900 | $4.25 | $16,575.00 | | |
| PEROT SYSTEMS CORP CL A | PER | 350 | 25.625 | 8,969.00 | | |
| Total common stocks | | | | $25,544.00 | | |

## Unsettled Trades

| | Activity | Settlement date | Type | Quantity | Price per share | Amount |
|---|---|---|---|---|---|---|
| TECH ASSETS LTD | Purchased | 04/06/1999 | Cash | 100,000 | $0.06 | $6,053.00 - |

# Portfolio Activity

## Dividends and Interest

| Date | Activity | Description | Amount |
|---|---|---|---|
| 03/23/1999 | Dividend | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | $40.75 |
| Total dividends and interest | | | $40.75 |

## Purchases and Sales

| Settlement date | Activity | Type | Quantity | Description | Unit price | Amount |
|---|---|---|---|---|---|---|
| 03/01/1999 | Sold | Cash | 46,549.26 - | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | $1 | $46,549.26 |
| Net purchases and sales | | | | | | $46,549.26 |

## Withdrawals

# Portfolio Holdings

Prices are provided by an independent pricing service. For current market price quotations, call your Investment Representative.

## Cash and Equivalents

| | Amount | Estimated annual income | Current annual yield |
|---|---|---|---|
| NET CASH BALANCE | $40.75 | | |
| **Total cash and equivalents** | **$40.75** | | |

## Common Stocks

| | Symbol | Quantity | Current share price | Current market value | Estimated annual income | Estimated dividend yield |
|---|---|---|---|---|---|---|
| ADAMS GOLF INC | ADGO | 3,900 | $4.25 | $16,575.00 | | |
| PEROT SYSTEMS CORP CL A | PER | 350 | 25.625 | 8,969.00 | | |
| **Total common stocks** | | | | **$25,544.00** | | |

## Unsettled Trades

| | Activity | Settlement date | Type | Quantity | Price per share | Amount |
|---|---|---|---|---|---|---|
| TECH ASSETS LTD | Purchased | 04/06/1999 | Cash | 100,000 | $0.06 | $6,053.00 - |

# Portfolio Activity

## Dividends and Interest

| Date | Activity | Description | Amount |
|---|---|---|---|
| 03/23/1999 | Dividend | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | $40.75 |
| **Total dividends and interest** | | | **$40.75** |

## Purchases and Sales

| Settlement date | Activity | Type | Quantity | Description | Unit price | Amount |
|---|---|---|---|---|---|---|
| 03/01/1999 | Sold | Cash | 46,549.26 - | BT ALEX BROWN CASH RESERVE FD PRIME SERIES | $1 | $46,549.26 |
| **Net purchases and sales** | | | | | | **$46,549.26** |

## Withdrawals