IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE ADAMS GOLF, INC., | ) | CONSOLIDATED |
| SECURITIES LITIGATION | ) | C.A. No. 99-371-KAJ |

### STIPULATION RE: EXTENSION OF TIME FOR REPLY BRIEF ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

WHEREAS this Court entered a Scheduling Order on November 29, 2004 (D.I. 120) which included a schedule for briefing on Plaintiffs' Motion for Class Certification, which was filed on November 12, 2004 (D.I. 117); and,

WHEREAS the Adams Golf Defendants filed their Opposition Brief on March 14, 2005 (D.I. 144) and the Underwriter Defendants filed a Joinder to the Opposition Brief on the same date (D.I. 143); and,

WHEREAS Lead Plaintiffs' Reply Brief would otherwise be due on March 28, 2005;

THE PARTIES HEREBY STIPULATE AND AGREE, through their undersigned counsel, subject to the approval of the Court, that the time by which Lead Plaintiffs shall file their Reply Brief in Further Support of Their Motion for Class Certification is extended to April 4, 2005.

/s/ Norman M. Monhait  (DSBA No. 1040)
Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT, GROSS
 & GODDESS, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com
Delaware Liaison Counsel for Plaintiffs

Alyssa M. Schwartz (DSBA No. 4351)
RICHARDS, LAYTON & FINGER
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
schwartz@rlf.com

/s/ John E. James, Esquire (DSBA No. 996)
POTTER, ANDERSON & CORROON LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6018
jjames@potteranderson.com


IT IS SO ORDERED this _____ day of _____, 2005.


_____
U.S.D.J.