# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ALYSSA M. SCHWARTZ

DIRECT DIAL NUMBER
302-651-7756
SCHWARTZ@RLF.COM

April 5, 2005

**VIA ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court for
 the District of Delaware
844 King Street
Wilmington, Delaware  19801

Re:    **In Re Adams Golf Consolidated, C.A. No. 99-00371**

Dear Judge Jordan:

Pursuant to District of Delaware Local Rule 7.1.4, defendants Adams Golf, Inc., B.H. Adams, Richard H. Murtland, Darl P. Hatfield, Paul F. Brown, Jr., Roland E. Casati, Finis F. Conner, and Stephen R. Patchin (known as the "Adams Golf Defendants") respectfully request that Your Honor hear oral argument on plaintiffs' Motion for Class Certification. With the filing of plaintiffs' Reply Brief on April 4, 2005, the parties have concluded briefing on the Motion. Thank you for your consideration.

Respectfully,

Alyssa M. Schwartz (#4351)

AMS:lmg
cc:    Clerk of the Court (via Electronic Filing and Hand Delivery)
       Carmella P. Keener, Esq. (via Electronic Filing and Hand Delivery)
       Robert K. Payson, Esq. (via Electronic Filing and Hand Delivery)
       John E. James, Esq. (via Electronic Filing and Hand Delivery)
       Todd S. Collins, Esq. (via Facsimile)
       Jacob A. Goldberg, Esq. (via Facsimile)
       Michael J. Chepiga, Esq. (via Facsimile)
       Elaine M. Divelbliss, Esq. (via Facsimile)
       Theodore J. McEvoy, Esq. (via Facsimile)

RLF1-2858994-1