IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| F. KENNETH SHOCKLEY M.D., et. al. Individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>   v.<br><br>ADAMS GOLF, INC., et al.<br><br>           Defendants. | Civil Action No. 99-371-KAJ |

## ORDER

Oral argument on plaintiff's motion for class certification (D.I. 117) in the captioned action will be heard on **May 17, 2005** beginning at 2:00 p.m. and concluding at 3:00 p.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

                                                                                          */s/ Kent A. Jordan*
                                                               UNITED STATES DISTRICT JUDGE

Dated:   April 6, 2005
Wilmington, Delaware