# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

IN RE: ADAMS GOLF, INC.,  §  
SECURITIES LITIGATION  §    CIVIL ACTION NO. 99-371-KAJ  
 §   (CONSOLIDATED)  
 §  
 §  

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 14, 2005, true and correct copies of Defendant

Adams Golf's Second Set of Interrogatories to Proposed Class Representatives John Morrash,

Todd Tonore, F. Kenneth Schockley, and Patricia Craus were served on counsel below as noted:

**BY HAND DELIVERY**

Carmella P. Keener
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Robert K. Payson
John E. James
Potter Anderson & Corroon LLP
1313 North Market Street, Hercules Plaza
Wilmington, DE 19801

Paul R. Bessette
Jennifer R. Brannen
Christopher W. Ahart
Michelle A. Reed
AKIN GUMP STRAUSS HAUER & FELD
LLP
300 W. 6th Street, Suite 2100
Austin, Texas 78701
(512) 499-6200

Dated: April 14, 2005

**BY FEDERAL EXPRESS**

Todd S. Collins
Jacob A. Goldberg
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Michael J. Chepiga
Elaine Divelbliss
Theodore J. McEvoy
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

Jeffrey L. Moyer (#3309)
moyer@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
(302) 658-6541
Attorneys For Defendants Adams Golf, Inc.,
B.H. Adams, Richard H. Murtland, Darl P.
Hatfield, Paul F. Brown, Jr. Roland Casati,
Finis F. Conner, and Stephen R. Patchin

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2005, I electronically filed with the Clerk of Court using

CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Carmella P. Keener
Rosenthal, Monhait, Gross & Goddess
919 Market Street, Suite 1401
Wilmington, DE 19801

Robert K. Payson
John E. James
Potter Anderson & Corroon LLP
1313 North Market Street, Hercules Plaza
Wilmington, Delaware 19801

I hereby certify that on April 14, 2005, I have Federal Expressed the document(s) to the

following non-registered participants:

Todd S. Collins
Jacob A. Goldberg
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Michael J. Chepiga
Elaine M. Divelbliss
Theodore J. McEvoy
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

Alyssa M. Schwartz (#4351)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
schwartz@rlf.com