IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ADAMS GOLF, INC., | : | CIVIL ACTION NO. 99-371-KAJ |
| SECURITIES LITIGATION | : | (CONSOLIDATED) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Elizabeth Fox, Esquire to represent plaintiffs in this matter.

Signed: *Carmella P. Keener*
Carmella P. Keener, Esquire (DSBA No. 2810)
ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
Attorney for: Plaintiffs

Date: May 9, 2005

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of Court, or if not paid previously, the fee payment will be submitted _X_ to the Clerk's Office upon the filing of this motion.

Signed: *Elizabeth W. Fox*
Date: April 27, 2005

BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2005, I electronically filed the Motion and Order for Admission Pro Hac Vice of Elizabeth Fox, Esquire, the Order Granting the Motion of Elizabeth Fox, Esquire, the Certification by Counsel to be Admitted Pro Hac Vice and this Certificate of Service with the Clerk of Court using ECF which will send notification of such filing to the following:

| | |
|---|---|
| Jeffrey L. Moyer, Esquire | John E. James, Esquire |
| Alyssa M. Schwartz, Esquire | Potter, Anderson & Corroon LLP |
| Richards, Layton & Finger | 1313 N. Market Street |
| One Rodney Square | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

I hereby certify that on May 9, 2005, I have electronically mailed the document to the following non-registered participants:

Theodore J. McEvoy, Esquire (tmcevoy@stblaw.com)
Michael J. Chepiga, Esquire (mchepiga@stblaw.com)
Paul R. Bessette, Esquire (pbessette@akingump.com)
Jennifer R. Brannen, Esquire (jbrannen@akingump.com)

/s/ Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com