IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ADAMS GOLF, INC., | : | CONSOLIDATED |
| SECURITIES LITIGATION | : | C. A. No. 99-371-KAJ |

### ORDER

At Wilmington this **16th** day of **May, 2005**,

IT IS ORDERED that the mediation conference scheduled for Wednesday, June 1, 2005 beginning at 9:00 a.m. has been rescheduled to **Tuesday, November 1, 2005 at 10:00 a.m.** Submissions of the parties shall now be due on or before **Friday, October 21, 2005.** All other provisions of the Court's January 18, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE