IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ADAMS GOLF, INC.<br><br>SECURITIES LITIGATION | CONSOLIDATED<br><br>C.A. No. 99-371 KAJ |

## NOTICE OF SERVICE

I, Carmella P. Keener, Esquire, hereby certify that on May 17, 2005, I electronically filed **this Notice of Service** with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Jeffrey L. Moyer, Esquire
Alyssa Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

John E. James, Esquire
Robert K. Payson, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

and a copy has been served by electronic mail upon the following:

Theodore J. McEvoy, Esquire
Simpson Thacher & Bartlett LLP
Email: tmcevoy@stblaw.com

Michael J. Chepiga, Esquire
Simpson Thacher & Bartlett LLP
Email: mchepiga@stblaw.com

Paul R. Bessette, Esquire
Akin, Gump, Strauss, Hauer & Feld LLP
Email: pbessette@akingump.com

Jennifer R. Brannen, Esquire
Akin, Gump, Strauss, Hauer & Feld, LLP
Email: jbrannen@akingump.com

**In addition, I caused** Plaintiffs' Amended Response to Defendant Adam's Golf's Second Set of Interrogatories to Proposed Class Representatives John Morrash, Todd Tonore, F. Kenneth Shockley, and Patricia Kraus to be delivered by hand delivery to the following:

Jeffrey L. Moyer, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Robert K. Payson
Potter, Anderson & Corroon
1313 North Market Street
6th Floor, P.O. Box 951
Wilmington, DE 19801

/s/ Carmella P. Keener
Carmella P. Keener, Esq. (DSBA No. 2810)
Rosenthal, Monhait, Gross & Goddess, P.A.
Suite 1401, 919 N. Market Street
Wilmington, DE. 19801
(302) 656-4433
CKeener@rmgglaw.com

*Lead Plaintiffs' Delaware Liaison Counsel*