IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ADAMS GOLF, INC.<br>SECURITIES LITIGATION | CONSOLIDATED<br>C.A. No. 99-371 KAJ |

### NOTICE OF SERVICE

I, Carmella P. Keener, Esquire, hereby certify that on June 24, 2005, I electronically filed this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

Kevin G. Abrams, Esquire
Jeffrey L. Moyer, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

John E. James, Esquire
Robert K. Payson, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

and a copy has been served by electronic mail upon the following:

Theodore J. McEvoy, Esquire (tmcevoy@stblaw.com)
Elaine Divelbliss, Esquire (edivelbliss@stblaw.com)
Michael J. Chepiga, Esquire (mchepiga@stblaw.com)
Paul R. Bessette, Esquire (pbessette@akingump.com)
Jennifer R. Brannen, Esquire (jbrannen@akingump.com)

In addition, I caused Plaintiffs' Second Request for Production of Documents From the Adams Golf Defendants to be delivered by hand delivery to the following:

Kevin G. Abrams, Esquire
Jeffrey L. Moyer, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

John E. James, Esquire
Robert K. Payson, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

Carmella P. Keener, Esq. (DSBA No. 2810)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
Citizens Bank Building
Wilmington, DE 19801
(302) 656-4433
Ckeener@rmgglaw.com

*Lead Plaintiffs' Delaware Liaison Counsel*