IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ADAMS GOLF, INC. SECURITIES LITIGATION | CONSOLIDATED C.A. No. 99-371 KAJ |

**CERTIFICATION PURSUANT TO D. DEL. LOC. R. 7.1.1**

I am one of Plaintiffs' counsel in this matter. I have discussed Plaintiffs' Motion for Enlargement of Time to Amend Complaint with counsel for the Adams Golf Defendants, Jennifer Brannen, Esquire. Ms. Brannen informed me on July 5, 2005, that the Adams Golf Defendants would oppose this Motion.

Dated: July 8, 2005

                            BERGER & MONTAGUE, P.C.

                            By: _/s/ Elizabeth W. Fox_
                            Elizabeth Fox, Esq.
                            1622 Locust Street
                            Philadelphia, PA. 19103

396349