**ROSENTHAL, MONHAIT, GROSS & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
KEVIN GROSS
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567
E-MAIL RMGG@RMGGLAW.COM

July 8, 2005

The Honorable Kent A. Jordan
United States District Court
of the District of Delaware
844 N. King Street
Wilmington, DE 19801

RE: In Re Adams Golf, Inc. Securities Litigation,
Cons. C.A. No. 99-371 KAJ

Dear Judge Jordan:

My firm has cause to be electronically filed today a Motion for Enlargement of Time to Amend Complaint (the "Motion") and the proposed Order thereon. This Court's Scheduling Order of November 29, 2004 (the "Scheduling Order") sets a deadline of July 15, 2005 for motions to join other parties and to amend or supplement the pleadings.

In light of certain events outlined in our Motion, Plaintiffs seek to extend the joinder/amendment deadline. My present understanding is that Defendants oppose our Motion.

Accordingly, in light of the time restraints, I am writing to request the Court's guidance about the July 15, 2005 deadline. We would respectfully request that the deadline be held in abeyance pending resolution of this Motion on the schedule set forth in Loc.R. 7.1.2. Alternatively, Plaintiff's counsel will make themselves available at the convenience of the Court if Your Honor prefers to proceed by teleconference in a manner similar to that provided for discovery disputes under Paragraph 4(e) of the Scheduling Order, to facilitate a prompt resolution of this Motion.

Honorable Kent A. Jordan
July 8, 2005
Page 2

We look forward to Your Honor's guidance in this regard.

        Respectfully,

        /s/ Carmella P. Keener (DSBA No. 2810)
        ROSENTHAL, MONHAIT, GROSS
          & GODDESS, P.A.
        919 N. Market Street, Suite 1401
        Citizens Bank Center
        Wilmington, DE 19801
        (302) 656-4433
        ckeener@rmgglaw.com

        Delaware Liaison Counsel for Plaintiffs

CPK/awk

cc:    Kevin G. Abrams, Esquire (via CM/ECF)
       Jeffrey L. Moyer, Esquire (via CM/ECF)
       John E. James, Esquire (via CM/ECF)
       Robert K. Payson, Esquire (via CM/ECF)
       Theodore J. McEvoy, Esquire (via electronic mail)
       Michael J. Chepiga, Esquire (via electronic mail)
       Paul R. Bessette, Esquire (via electronic mail)
       Jennifer R. Brannen, Esquire (via electronic mail)
       Todd Collins, Esquire (via electronic mail)
       Donald Lewis, Esquire (via CM/ECF)
       Julie Desper, Esquire (via CM/ECF)
       Elizabeth Fox, Esquire (via electronic mail)