## ROSENTHAL, MONHAIT, GROSS & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
KEVIN GROSS
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567
E-MAIL RMGG@RMGGLAW.COM

July 12, 2005

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 N. King Street
Lock Box 10
Wilmington, DE 19801

Re: **In Re Adams Golf, Inc. Secs. Litig., Cons. C.A. No. 99-371-KAJ**

Dear Judge Jordan:

Pursuant to Your Honor's Memorandum Order of June 27, 2005, counsel conferred on the form of class certification order but were unable to come to an agreement. Enclosed is Plaintiffs' proposed form of Order which designates a single subclass in conformance with Your Honor's Order "that a section 12(a)(2) subclass will be certified against the Underwriter Defendants..."

In the post-argument memoranda, plaintiffs argued for a single subclass. Defendants did not submit argument on the issue. Plaintiffs understand Your Honor's June 27, 2005 Order to mean that a subclass, not multiple subclasses, is certified with respect to section 12(a)(2).

Counsel for plaintiffs are available at the convenience of the Court, should Your Honor prefer any additional information in this regard.

Respectfully,

/s/ Carmella P. Keener (DSBA No. 2810)
Rosenthal, Mohait, Gross & Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com

CPK/jls

Enclosure

The Honorable Kent A. Jordan
July 12, 2005
Page 2

cc: Kevin G. Abrams, Esquire (via electronic filing)
    Jeffrey L. Moyer, Esquire (via electronic filing)
    Robert K. Payson, Esquire (via electronic filing)
    John E. James, Esquire (via electronic filing)
    Theodore J. McEvoy, Esquire (via email)
    Michael J. Chepiga, Esquire (via email)
    Paul R. Bessette, Esquire (via email)
    Jennifer R. Brannen, Esquire (via email)