## RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ALYSSA M. SCHWARTZ

DIRECT DIAL NUMBER
302-651-7756
SCHWARTZ@RLF.COM

July 12, 2005

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court for
 the District of Delaware
844 King Street
Wilmington, Delaware 19801

Re:   In Re Adams Golf Consolidated, C.A. No. 99-00371-KAJ

Dear Judge Jordan:

On July 8, 2005, Plaintiffs filed a motion seeking an enlargement of time for them to amend their complaint. (D.I. 161). In a letter from Carmella Keener, filed contemporaneously with Plaintiffs' motion, Ms. Keener suggests that the July 15, 2005 deadline for Plaintiffs to amend their complaint should "be held in abeyance pending resolution of the motion pursuant to" Local Rule 7.1.2. (D.I. 162). The Adams Golf defendants believe that any such abeyance would, in effect, grant Plaintiffs an extension without the Court's consideration of their views. To expedite the Court's consideration, the Adams Golf defendants have filed their response on Plaintiffs' motion today, which they believe will give the Court time to rule without granting Plaintiffs a de facto extension. Further, in light of the fact that the July 15 deadline is fast approaching, the Adams Golf defendants respectfully request a tele-conference with Your Honor to resolve this matter.

Counsel remains available should Your Honor have any questions. Thank you for your consideration.

Respectfully,

Alyssa M. Schwartz (#4351)

AMS:lmg
cc:   Clerk of the Court (via Electronic Filing and Hand Delivery)
      Carmella P. Keener, Esq. (via Electronic Filing and Hand Delivery)
      Robert K. Payson, Esq. (via Electronic Filing and Hand Delivery)
      John E. James, Esq. (via Electronic Filing and Hand Delivery)
      Todd S. Collins, Esq. (via Facsimile)
      Jacob A. Goldberg, Esq. (via Facsimile)
      Elaine M. Divelbliss, Esq. (via Facsimile)

RLF1-2898048-1

Theodore J. McEvoy, Esq. (via Facsimile)
Jennifer R. Brannen, Esq. (via Electronic Mail)
Paul R. Bessette, Esq. (via Electronic Mail)

RLF1-2898048-1