## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE ADAMS GOLF, INC. SECURITIES LITIGATION | CONSOLIDATED C.A. No. 99-00371-KAJ |

## PROPOSED ORDER CERTIFYING A CLASS AND SUBCLASSES

Having considered the submissions and oral argument of plaintiffs and defendants on plaintiffs' motion for class certification, the Court finds:

1.    That the Class and Subclasses, as defined below, meet the prerequisites of Rule 23(a) in that (a) the members of the Class and the Subclasses are so numerous that joinder of all members is impracticable; (b) there are common questions of law or fact; (c) the claims and defenses of the Class representatives, Kenneth Shockley, Patricia Craus, John Morrash and Todd Tonore, and of the Subclasses representatives, Kenneth Shockley, Patricia Craus and John Morrash are typical of the claims and defenses of the Class and Subclasses; and (d) the Class and Subclasses representatives will fairly and adequately protect the interests of the Class and Subclasses.

2.    That the Class and Subclasses meet the prerequisites of Rule 23(b)(3) in that questions of law and fact common to members of the Class and the Subclasses predominate over individual questions, and that a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

Accordingly, it is **ORDERED**, as follows:

1.    Pursuant to Federal Rule of Civil Procedure 23 (a) and (b)(3), a class, against all defendants, is certified under Section 11 of the Securities Act of 1933 (the "Class"). The Class

consists of all persons who bought Adams Golf common stock between July 10, 1998 and October 22, 1998, inclusive, pursuant to or traceable to Adams Golf's July 10, 1998 Registration Statement, and suffered damages thereby. Class representatives are Kenneth Shockley, John Morrash, Patricia Craus and Todd Tonore.

2.     The claims of the Class are that defendants bear responsibility (as issuer, signatories, or underwriters) for the registration statement that became effective July 10, 1998, and contained untrue statements of material fact or omitted material facts required to be stated therein, and that Class members suffered damages thereby.

3.     Pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3), three subclasses against the Underwriter Defendants, Lehmann Brothers Holdings, Inc. ("Lehmann"); Bank of America Securities LLC ("Bank of America") and Ferris, Baker Watts, Inc. ("Ferris Baker") are certified under Section 12(a)(2) of the Securities Act of 1933 (the "Lehmann Subclass," the "Bank of America Subclass" and the "Ferris Baker Subclass," respectively, collectively, the "Subclasses"). The Lehmann Subclass shall consist of all persons who bought Adams Golf stock from Lehmann in the initial public offering on July 10, 1998, and suffered damages thereby. The Bank of America Subclass shall consist of all persons who bought Adams Golf stock from Bank of America in the initial public offering on July 10, 1998, and suffered damages thereby. The Ferris Baker Subclass shall consist of all persons who bought Adams Golf stock from Ferris Baker in the initial public offering on July 10, 1998, and suffered damages thereby. The Lehmann Subclass representative is Patricia Craus. The Bank of America Subclass representatives are _____. The Ferris Baker Subclass plaintiffs are John Morrash and Kenneth Shockley.

2

4.    The claims of the Subclass are that, pursuant to Section 12(a)(2) of the Securities Act of 1933, defendants sold stock issued pursuant to a prospectus that contained untrue statements of material fact or omitted a material fact required to be stated in the prospectus.

5.    Excluded from both the Class and the Subclasses are defendants and members of their immediate families, any entity in which a defendant has a controlling interest, and the heirs, successors and assigns of any excluded individual or entity.

6.    Lead Counsel for the Class and Subclass is Berger and Montague, P.C., 1622 Locust Street, Philadelphia, PA 19103, 215-875-3000. Liaison Counsel is Rosenthal, Monhait, Gross & Goddess, P.A., 919 Market Street, Suite 1401, P.O. Box 1070, Wilmington, DE 19899, 302-656-4433.

7.    Pursuant to Rule 23(c)(2)(b), plaintiffs shall submit to the Court, a form of Notice to the Class and the Subclasses members within sixty (60) days of the entry of this Order.


**SIGNED AND ENTERED THIS** _____ **day of** _____ **2005.**


_____
**UNITED STATES DISTRICT JUDGE**

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2005, I electronically filed with the Clerk of Court using

CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Carmella P. Keener
Rosenthal, Monhait, Gross & Goddess
919 Market Street, Suite 1401
Wilmington, DE 19801

Robert K. Payson
John E. James
Potter Anderson & Corroon LLP
1313 North Market Street, Hercules Plaza
Wilmington, Delaware 19801

I hereby certify that on July 12, 2005, I have Federal Expressed the document(s) to the

following non-registered participants:

Todd S. Collins
Jacob A. Goldberg
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Michael J. Chepiga
Elaine M. Divelbliss
Theodore J. McEvoy
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

Alyssa M. Schwartz (#4351)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
schwartz@rlf.com