## ROSENTHAL, MONHAIT, GROSS & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
KEVIN GROSS
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567
E-MAIL RMGG@RMGGLAW.COM

July 13, 2005

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 N. King Street
Lock Box 10
Wilmington, DE 19801

Re:   In Re Adams Golf, Inc. Secs. Litig., Cons. C.A. No. 99-371-KAJ

Dear Judge Jordan:

Pursuant to Mr. Looby's telephone call to my office this afternoon, I attempted to set up a teleconference for tomorrow morning to address the two issues presently before the Court – Plaintiff's Motion for Enlargement of Time and the competing forms of Class certification Orders. Unfortunately, Mr. Bessette, Lead Counsel for Adams Golf, has informed me that he is not available tomorrow because of a deposition in Atlanta.

In light of these circumstances, counsel for Lead Plaintiffs respectfully request that the July 15, 2005 deadline for filing an amended complaint be held in abeyance pending resolution of Lead Plaintiffs' Motion.

We respectfully await Your Honor's guidance in this regard.

Respectfully,

/s/ Carmella P. Keener (DSBA No. 2810)
Rosenthal, Mohait, Gross & Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com

CPK/jls

The Honorable Kent A. Jordan
July 13, 2005
Page 2

cc:  Kevin G. Abrams, Esquire (via electronic filing)
     Jeffrey L. Moyer, Esquire (via electronic filing)
     Robert K. Payson, Esquire (via electronic filing)
     John E. James, Esquire (via electronic filing)
     Theodore J. McEvoy, Esquire (via email)
     Michael J. Chepiga, Esquire (via email)
     Paul R. Bessette, Esquire (via email)
     Jennifer R. Brannen, Esquire (via email)