IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ADAMS GOLF, INC.<br>SECURITIES LITIGATION | CONSOLIDATED<br>C.A. No. 99-371 KAJ |

[PROPOSED] **ORDER RE: PLAINTIFFS' MOTION
FOR ENLARGEMENT OF TIME TO AMEND COMPLAINT**

THIS COURT, having considered Plaintiffs' Motion for Enlargement of Time to Amend Complaint, and all argument related thereto;

AND this Court having found good cause therefore;

IT IS HEREBY ORDERED this ___ day of _____, 2005, that Plaintiffs' Motion is GRANTED;

IT IS FURTHER ORDERED that paragraph 3 of this Court's Scheduling Order of November 29, 2004 (the "Scheduling Order") is amended to read as follows:

 3. <u>Joinder of Other Parties and Amendment of Pleadings</u>. All motions to join other parties, and to amend or supplement the pleadings shall be filed on or before September 1, 2005.

The Scheduling Order shall remain in full force and effect in all other respects.

_____
U.S.D.J.