## ROSENTHAL, MONHAIT, GROSS & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
KEVIN GROSS
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567
E-MAIL RMGG@RMGGLAW.COM

July 15, 2005

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court, District of Delaware
844 N. King Street
Lock Box 10
Wilmington, DE 19801

Re:   In Re Adams Golf, Inc. Secs. Litig., Cons. C.A. No. 99-371-KAJ

Dear Judge Jordan:

My firm has caused to be electronically filed today a proposed form of Order, which I believe accurately reflects Your Honor's ruling on plaintiff's Motion for Enlargement of Time to Amend Complaint.

Counsel are available at Your Honor's convenience should there be any question in this regard.

Respectfully,

/s/ Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com

CPK/jls

cc:   Kevin G. Abrams, Esquire (via electronic filing)
      Jeffrey L. Moyer, Esquire (via electronic filing)
      Robert K. Payson, Esquire (via electronic filing)
      John E. James, Esquire (via electronic filing)