IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
IN RE ADAMS GOLF, INC.                  :
SECURITIES LITIGATION                   :     CONSOLIDATED C.A. NO. 99-371 (KAJ)
--------------------------------------------------------- x

## PLAINTIFFS' NOTICE OF DEPOSITIONS

TO:   ALL COUNSEL ON THE ACCOMPANYING SERVICE LIST

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Plaintiffs, by and through their attorneys, Berger & Montague, P.C. and Rosenthal Monhait Gross & Goddess, P.A., will take the following depositions, upon oral examination for the purposes of discovery, before a Notary Public or some other officer authorized to administer oaths, at the Law Offices of Akin Gump Strauss Hauer & Feld, located at 300 West 6th Street, Austin, Texas 78701, on the dates and times set forth below, or at such other time and place as the parties may agree, commencing at 9:30 a.m., and to continue from day to day until completed. The depositions shall be transcribed stenographically. You are invited to attend and cross-examine.

| **DEPONENT** | **DATE** |
|---|---|
| Patty Walsh | September 19, 2005 |
| Scott Blevens | September 20, 2005 |
| Chip Brewer | September 21, 2005 |
| Marc Puglielli | September 22, 2005 |
| Jay Greanay | September 23, 2005 |
| Christopher Beebe | September 27, 2005 |
| Jim Farrell | September 28, 2005 |

| | |
|---|---|
| Darl Hatfield | October 11, 2005 |
| Mark Gonsalves | October 12, 2005 |
| Barney Adams | October 13, 2005 |

ROSENTHAL, MONHAIT, GROSS
& GODDESS, P.A.

LEAD COUNSEL:
BERGER & MONTAGUE, P.C.
Todd Collins, Esq.
1622 Locust Street
Philadelphia, PA. 19103
(215)875-3000

By: /s/ Carmella P. Keener
Carmella Keener (DSBA #2810)
919 Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com
Liaison Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 1st day of September, 2005, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

Jeffrey L. Moyer, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE. 19899

John E. James, Esq.
Potter, Anderson & Corroon, LLP
1313 N. Market Street, Hercules Plaza
6th Floor
Wilmington, DE. 19899

In addition, undersigned counsel has caused a copy of the foregoing document to be delivered to the below listed counsel via electronic mail:

Theodore J. McEvoy, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Email: tmcevoy@stblaw.com

Paul R. Bessette, Esquire
Akin, Gump, Struass, Hauer & Feld LLP
Three Embarcadero Center, Suite 2800
San Francisco, CA 94111-4066
Emai: pbessette@akingump.com

Michael J. Chepiga, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Email: mchepiga@stblaw.com

Jennifer R. Brannen, Esquire
Akin, Gump, Strauss, Hauer & Feld LLP
300 West 6th Street, Suite 2100
Austin, TX 78701-2916
Email: jbrannen@akingump.com

/s/ Carmella P. Keener

Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com