UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| ─────────────────────── x<br>:<br>IN RE ADAMS GOLF, INC.                  :<br>SECURITIES LITIGATION                 :<br>                                                         :<br>─────────────────────── x | CONSOLIDATED<br>C.A. No. 99-371 KAJ<br><br>CLASS ACTION<br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER RE: PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT

And now, this ___ day of _____, having considered Plaintiffs' Motion for Leave to File a Second Consolidated and Amended Class Action Complaint (the "Second Amended Complaint") and all submissions and argument in connection therewith;

It is ORDERED that Plaintiffs' Motion is GRANTED;

IT IS FURTHER ORDERED that plaintiffs' counsel shall cause the Second Amended Complaint to be filed forthwith. Defendants shall respond to the Second Amended Complaint in accordance with the Rules of this Court.

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I, Carmella P. Keener, hereby certify that on this 1st day of September, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Jeffrey L. Moyer, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

John E. James, Esquire
Robert K. Payson, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

and a copy has been served by electronic mail upon the following:

Theodore J. McEvoy, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Email: tmcevoy@stblaw.com

Michael J. Chepiga, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Email: mchepiga@stblaw.com

Paul R. Bessette, Esquire
Akin, Gump, Strauss, Hauer & Feld LLP
Three Embarcadero Center, Suite 2800
San Francisco, CA 94111-4066
Email: pbessette@akingump.com

Jennifer R. Brannen, Esquire
Akin, Gump, Strauss, Hauer & Feld, LLP
300 West 6th Street, Suite 2100
Austin, TX 78701-2916
Email: jbrannen@akingump.com

s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT, GROSS
 & GODDESS, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com