UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE ADAMS GOLF, INC. SECURITIES LITIGATION | : : : : : | CONSOLIDATED C.A. No. 99-371 KAJ  CLASS ACTION JURY TRIAL DEMANDED |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT

Plaintiffs, John Morrash, Patricia Craus, Todd Tonore and F. Kenneth Shockley on behalf of the Class and Patricia Craus on behalf of the Lehman Subclass move this Court for leave to file SECOND CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT (Ex. A) for the reasons set forth in the accompanying brief.

In accordance with D. Del. Loc. R. 15.1, Exhibit B hereto is the proposed Second Consolidated and Amended Class Action Complaint marked to show the changes made from the operative complaint in this matter.

DATED: September 1, 2005

ROSENTHAL, MONHAIT, GROSS
& GODDESS, P.A.

/s/ Carmella P. Keener
Carmella P, Keener (DSBA No. 2810)
Suite 1401, Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com

**PLAINTIFFS' LEAD COUNSEL:**

BERGER & MONTAGUE, P.C.
Todd S. Collins
Elizabeth W. Fox
Neil Mara
1622 Locust Street
Philadelphia, Pennsylvania 19103
(215) 875-3000

OF COUNSEL:

LAW OFFICES OF DONALD B. LEWIS
Donald B. Lewis
5 Cynwyd Road
Bala Cynwyd, Pennsylvania 19004
(610) 668-0331

KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
Juli F. Desper
Elizabeth Leland
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 8th day of September, 2005, I electronically filed **Plaintiffs' Motion for Leave to File Second Consolidated and Amended Class Action Complaint [Redacted Version]** with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Jeffrey L. Moyer, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

John E. James, Esquire
Robert K. Payson, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

and a copy has been served by electronic mail upon the following:

Theodore J. McEvoy, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Email: tmcevoy@stblaw.com

Michael J. Chepiga, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Email: mchepiga@stblaw.com

Paul R. Bessette, Esquire
Akin, Gump, Strauss, Hauer & Feld LLP
Three Embarcadero Center, Suite 2800
San Francisco, CA 94111-4066
Email: pbessette@akingump.com

Jennifer R. Brannen, Esquire
Akin, Gump, Strauss, Hauer & Feld, LLP
300 West 6th Street, Suite 2100
Austin, TX 78701-2916
Email: jbrannen@akingump.com

s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT, GROSS
 & GODDESS, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com