UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:  :
:  :
IN RE ADAMS GOLF, INC.                  :  : CONSOLIDATED C.A. NO. 99-371 (KAJ)
SECURITIES LITIGATION                   :  :
:  :
------------------------------------------------------------x

**THE UNDERWRITER DEFENDANTS' JOINDER IN
THE ADAMS GOLF DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION FOR LEAVE TO AMEND AND
<u>MOTION TO AMEND SCHEDULING ORDER</u>**

Defendants Lehman Brothers Holdings Inc., Ferris, Baker Watts, Incorporated, and Banc of America Securities LLC, formerly known as Nations Banc Montgomery Securities LLC (the "Underwriter Defendants") hereby join and incorporate by reference herein the opposition of the Adams Golf Defendants to the Plaintiffs' Motion For Leave To File A Second Consolidated And Amended Class Action Complaint and the Adams Golf Defendants' Motion To Amend The Scheduling Order (collectively, the "Adams Golf Motions"). In filing this Joinder, the Underwriter Defendants incorporate by reference, as if fully set forth herein, each and every argument presented in the Adams Golf Motions, which have been filed and served contemporaneously herewith.

WHEREFORE, for the reasons set forth herein and in the Adams Golf Motions, the Underwriter Defendants respectfully request that the Court deny Plaintiffs' Motion For Leave To File A Second Consolidated And Amended Class Action Complaint and grant the Adams Golf Defendants' Motion To Amend The Scheduling Order.

|  |  |
|---|---|
| *Of Counsel:* | POTTER ANDERSON & CORROON LLP |
| SIMPSON THACHER & BARTLETT LLP | |
| Michael J. Chepiga | By: _____ |
| Theodore J. McEvoy | Robert K. Payson (#274) |
| 425 Lexington Avenue | John E. James (#996) |
| New York, NY 10017-3954 | Brian C. Ralston (#3770) |
| Telephone: (212) 455-2000 | Hercules Plaza – Sixth Floor |
| Facsimile: (212) 455-2502 | 1313 North Market Street |
| | Wilmington, DE 19801 |
| | Telephone: (302) 984-6000 |
| | *Attorneys for the Underwriter Defendants* |

Dated: September 16, 2005
699381/23310

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2005, the attached document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Carmella P. Keener, Esquire
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Jeffrey L. Moyer, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

Brian C. Ralston (#3770)