UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ADAMS GOLF, INC. : | CONSOLIDATED |
| SECURITIES LITIGATION : | C.A. NO. 99-371 KAJ |

### STIPULATION AND PROPOSED ORDER

**WHEREAS,** on September 1, 2005, plaintiffs moved for Leave to File an Amended Complaint ("Motion for Leave"), 81 days before the current discovery deadline of November 21, 2005;

**WHEREAS,** defendants have moved for a ninety 90-day extension of the fact discovery deadline and all other deadlines in the current Scheduling Order, opposed plaintiffs' Motion for Leave, and represented that if leave is granted, they intend to move to dismiss, thereby triggering the mandatory discovery stay imposed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") (15 U.S.C. 77z-1(8)(b)(1)) (the "PSLRA stay");

**WHEREAS,** the parties agree that once the PSLRA stay goes into effect, discovery, including depositions, should not proceed until the Court has had an opportunity to determine the operative allegations in plaintiffs' complaint, barring a ruling on any motion by plaintiffs to lift the PSLRA stay as provided hereunder;

**IT IS HEREBY STIPULATED AND AGREED** among the parties, by their undersigned counsel, and subject to the approval of the Court that:

1. Once the PSLRA stay goes into effect, fact discovery shall be stayed. Fact discovery shall recommence and be completed within 81 days after the occurrence of the first of any of the following events:

    a. The Court denies plaintiffs' pending Motion for Leave;

   b. The Court grants a motion by plaintiffs to lift the PSLRA stay (which motion shall not be filed until 20 days have elapsed since the later of: (i) the close of briefing on the motion to dismiss; (ii) any oral argument heard on the motion to dismiss; or (iii) the Court's indication that there will be no oral argument on the motion to dismiss). Defendants reserve their right to oppose any motion to lift the PSLRA stay; or

   c. The Court rules on any motion to dismiss filed by defendants related to the proposed second amended complaint.

2. The Court's Scheduling Order of November 29, 2004 shall be modified in accordance with the terms herein upon the parties' submission of an appropriate form of order when any of the operative events listed in paragraph 1 occurs.

DATED: September 29, 2005

Of Counsel:

| | |
|---|---|
| | /s/ Carmella P. Keener |
| Todd S. Collins, Esquire | Carmella P. Keener. (DSBA No. 2810) |
| Elizabeth W. Fox, Esquire | ROSENTHAL, MONHAIT, GROSS |
| Neil F. Mara, Esquire | & GODDESS, P.A. |
| Berger & Montague, P.C. | Suite 1401, Citizens Bank Center |
| 1622 Locust Street | P.O. Box 1070 |
| Philadelphia, PA 19103 | Wilmington, DE 19801 |
| (215) 875-3000 | (302) 656-4433 |
| | ckeener@rmgglaw.com |

*Attorneys for Plaintiffs*

| | |
|---|---|
| Of Counsel:<br><br>Paul R. Bessette, Esquire<br>Jennifer R. Brannen, Esquire<br>Michelle A. Reed, Esquire<br>Laura Moriaty, Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>300 W. 6th Street, Suite 2100<br>Austin, TX 78701<br>(512) 499-6200 | /s/ Alyssa M. Schwartz<br>Jeffrey Moyer (DSBA No. 3309)<br>Alyssa M. Schwartz (DSBA No. 4351)<br>RICHARDS, LAYTON & FINGER P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE. 19899<br>(302) 651-7700<br>moyer@rlf.com<br>schwartz@rlf.com<br><br>*Attorneys for Defendants Adams Golf, Inc., B.H. Adams, Richard H. Murtland, Darl P. Hatfield, Paul F. Brown, Jr., Roland E. Casati, Finis F. Conner, and Stephen R. Patchin* |
| Of Counsel:<br><br>Michael J. Chepiga, Esquire<br>Theodore J. McEvoy, Esquire<br>Simpson Thacher & Bartlett<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2000 | /s/ Brian C. Ralston<br>John E. James (DSBA No. 996)<br>Brian C. Ralston (DSBA No. 3770)<br>POTTER ANDERSON & CORROON, LLP<br>1313 North Market Street, Hercules Plaza<br>6th Floor<br>Wilmington, DE. 19899<br>(302) 984-6000<br>jjames@potteranderson.com<br><br>*Attorneys for Lehman Brothers, Inc., Banc of America Securities, LLC and Ferris Baker Watts, Inc.* |

**SO ORDERED** this _____ day of _____, 2005

_____
KENT A. JORDAN
District Judge

**CERTIFICATE OF SERVICE**

I, Carmella P. Keener, hereby certify that on this 29th day of September, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Jeffrey L. Moyer, Esquire
Alyssa M. Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

John E. James, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

and a copy has been served by electronic mail upon the following:

Theodore J. McEvoy, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Email: tmcevoy@stblaw.com

Michael J. Chepiga, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Email: mchepiga@stblaw.com

Paul R. Bessette, Esquire
Akin, Gump, Strauss, Hauer & Feld LLP
Three Embarcadero Center, Suite 2800
San Francisco, CA 94111-4066
Email: pbessette@akingump.com

Jennifer R. Brannen, Esquire
Akin, Gump, Strauss, Hauer & Feld, LLP
300 West 6th Street, Suite 2100
Austin, TX 78701-2916
Email: jbrannen@akingump.com

s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT, GROSS
  & GODDESS, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com