UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ADAMS GOLF, INC. : | CONSOLIDATED |
| SECURITIES LITIGATION : | C.A. NO. 99-371 KAJ |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that she caused copies of the following documents:

1. Notice of Service;
2. Requests for Admissions Directed to All Defendants;
3. Interrogatories Directed to All Defendants; and
4. Plaintiffs' Third Request for Production of Documents Directed to All Defendants

to be served on October 7, 2005, by hand delivery upon the following:

Jeffrey L. Moyer, Esquire
Alyssa M. Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

John E. James, Esquire
Robert K. Payson, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

and by electronic mail upon the following:

Elaine Divelbliss, Esquire (edivelbliss@stblaw.com)
Michael J. Chepiga, Esquire (mchepiga@stblaw.com)
Paul R. Bessette, Esquire (pbessette@akingump.com)
Jennifer R. Brannen, Esquire (jbrannen@akingump.com)

ROSENTHAL, MONHAIT, GROSS
& GODDESS, P.A.

By: /s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
919 Market Street, Suite 1401
Citizens Bank Building
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com
Delaware Liaison Counsel for Plaintiffs