IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ADAMS GOLF, INC.<br>SECURITIES LITIGATION | CONSOLIDATED<br>C.A. No. 99-371 KAJ |

### NOTICE OF SERVICE OF SUBPOENAE DUCES TECUM

To:  Jeffrey L. Moyer, Esquire
Alyssa M. Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

John E. James, Esquire
Potter, Anderson & Corroon, LLP
1313 N. Market Street
Wilmington, DE 19801

Theodore McEvoy, Esquire
Elaine Divelbliss, Esquire
Michael J. Chepiga, Esquire
Simpson Thacher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017

Paul R. Bessette, Esquire
Akin, Gump, Strauss, Hauer & Feld, LLP
Three Embarcadero Center, Suite 2800
San Francisco, CA 94111-4066

Jennifer R. Brannen, Esquire
Akin, Gump, Strauss, Hauer & Feld, LLP
300 West 6th Street, Suite 2100
Austin, TX 78701-2916

PLEASE TAKE NOTICE that plaintiffs have caused to be served upon Jay Greanay (served October 13, 2005), Christopher Beebe (served October 14, 2005), and James Farrell (served October 11, 2005), subpoenae *duces tecum* in the forms attached hereto as Exhibits A, B and C, respectively.

ROSENTHAL, MONHAIT, GROSS
& GODDESS, P.A.

By: /s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com
    Plaintiffs' Liaison Counsel

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 14th day of October, 2005, a copy of the foregoing has been served electronically on the following:

Jeffrey L. Moyer, Esquire
Alyssa M. Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

John E. James, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

and a copy has been served by electronic mail upon the following:

Theodore J. McEvoy, Esquire (tmcevoy@stblaw.com)
Elaine Divelbliss, Esquire (edivelbliss@stblaw.com)
Michael J. Chepiga, Esquire (mchepiga@stblaw.com)
Paul R. Bessette, Esquire (pbessette@akingump.com)
Jennifer R. Brannen, Esquire (jbrannen@akingump.com)

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com
   Plaintiffs' Liaison Counsel

cc:   Todd Collins, Esquire (via electronic mail)
      Elizabeth Fox, Esquire (via electronic mail)
      Neil Mara, Esquire (via electronic mail)
      Donald Lewis, Esquire (via electronic mail)
      Juli Desper, Esquire (via electronic mail)