IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ADAMS GOLF, INC. SECURITIES LITIGATION | CONSOLIDATED C.A. No. 99-371 KAJ |

### NOTICE OF SERVICE OF SUBPOENA DUCES TECUM

To:  Jeffrey L. Moyer, Esquire            John E. James, Esquire
     Alyssa M. Schwartz, Esquire          Potter, Anderson & Corroon, LLP
     Richards, Layton & Finger            1313 N. Market Street
     One Rodney Square                    Wilmington, DE 19801
     Wilmington, DE 19801

     Theodore McEvoy, Esquire             Paul R. Bessette, Esquire
     Elaine Divelbliss, Esquire           Akin, Gump, Strauss, Hauer & Feld, LLP
     Michael J. Chepiga, Esquire          Three Embarcadero Center, Suite 2800
     Simpson Thacher & Bartlett, LLP      San Francisco, CA 94111-4066
     425 Lexington Avenue
     New York, NY 10017

     Jennifer R. Brannen, Esquire
     Akin, Gump, Strauss, Hauer & Feld, LLP
     300 West 6th Street, Suite 2100
     Austin, TX 78701-2916

PLEASE TAKE NOTICE that plaintiffs have caused to be served upon Mark Gonsavles, a subpoena duces tecum in the form attached hereto as Exhibit A, respectively.

                                        ROSENTHAL, MONHAIT, GROSS
                                          & GODDESS, P.A.

                                        By: /s/ Carmella P. Keener
                                        Carmella P. Keener (DSBA No. 2810)
                                        919 Market Street, Suite 1401
                                        Citizens Bank Center
                                        P.O. Box 1070
                                        Wilmington, DE 19899-1070
                                        (302) 656-4433
                                        ckeener@rmgglaw.com
                                            Plaintiffs' Liaison Counsel

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 17th day of October, 2005, a copy of the foregoing has been served electronically on the following:

Jeffrey L. Moyer, Esquire
Alyssa M. Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

John E. James, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

and a copy has been served by electronic mail upon the following:

Theodore J. McEvoy, Esquire (tmcevoy@stblaw.com)
Elaine Divelbliss, Esquire (edivelbliss@stblaw.com)
Michael J. Chepiga, Esquire (mchepiga@stblaw.com)
Paul R. Bessette, Esquire (pbessette@akingump.com)
Jennifer R. Brannen, Esquire (jbrannen@akingump.com)

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com
  Plaintiffs' Liaison Counsel

cc:  Todd Collins, Esquire (via electronic mail)
     Elizabeth Fox, Esquire (via electronic mail)
     Neil Mara, Esquire (via electronic mail)
     Donald Lewis, Esquire (via electronic mail)
     Juli Desper, Esquire (via electronic mail)