IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ADAMS GOLF, INC., | : | CONSOLIDATED |
| SECURITIES LITIGATION | : | C. A. No. 99-371-KAJ |

ORDER

At Wilmington this **4th** day of **October, 2005,**

IT IS ORDERED that a teleconference has been scheduled for **Thursday, December 22, 2005 at 9:30 a.m.** to be initiated by plaintiffs' counsel. The purpose of the teleconference is to discuss further mediation. The court is considering a possible further mediation date of **Saturday, January 7, 2006 beginning at 9:00 a.m.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE



FILED
NOV 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE