IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x

**IN RE ADAMS GOLF, INC.**  **CONSOLIDATED**
**SECURITIES LITIGATION**  **C.A. No. 99-371 (KAJ)**

------------------------------------------------------- x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT, on November 7, 2005, true and correct copies of the following documents:

1. Underwriter Defendants' Responses and Objections to Plaintiffs' Interrogatories Directed to All Defendants;

2. Underwriter Defendants' Responses and Objections to Plaintiffs' Third Request for Production of Documents Directed to All Defendants; and

3. Underwriter Defendants' Responses and Objections to Plaintiffs' Requests for Admission Directed to All Defendants,

were served, by hand delivery, on the following counsel of record, at the addresses indicated:

| | |
|---|---|
| Carmella P. Keener, Esquire | Jeffrey L. Moyer, Esquire |
| Rosenthal Monhait Gross & Goddess, P.A. | Richards Layton & Finger |
| 919 Market Street, Suite 1401 | One Rodney Square |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

*Of Counsel:*                                                                      POTTER ANDERSON & CORROON LLP

SIMPSON THACHER & BARTLETT LLP
Michael J. Chepiga                             By:___/s/ John E. James_____
Theodore J. McEvoy                                 Robert K. Payson (#274)
425 Lexington Avenue                               John E. James (#996)
New York, NY 10017-3954                            Hercules Plaza – Sixth Floor
Tel.  (212) 455-2831                               1313 North Market Street
Fax  (212) 455-2502                                Wilmington, DE 19801
                                                   Tel:  (302) 984-6000
*Attorneys for Underwriter Defendants*             rpayson@potteranderson.com
                                                   jjames@potteranderson.com

Dated:  November 7, 2005
706395/23310                                       *Attorneys for Underwriter Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that on November 7, 2005, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel, by hand; and that the document is available for viewing and downloading from CM/ECF:

    Carmella P. Keener, Esquire
    Rosenthal Monhait Gross & Goddess, P.A.
    919 Market Street, Suite 1401
    Wilmington, DE  19801

    Jeffrey L. Moyer, Esquire
    Richards Layton & Finger
    One Rodney Square
    Wilmington, DE  19801

    /s/ John E. James
    John E. James (No. 996)
    Potter Anderson & Corroon LLP
    Hercules Plaza – Sixth Floor
    1313 North Market Street
    Wilmington, DE  19801
    Telephone:  (302) 984-6000
    E-mail:  jjames@potteranderson.com

706395/23310