IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ADAMS GOLF, INC., SECURITIES LITIGATION, | ) )  C.A. No. 99-371-KAJ ) (CONSOLIDATED) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 7, 2005, true and correct copies of the Adams Golf Defendants' Objections and Responses to Plaintiffs' Requests for Admissions and the Adams Golf Defendants' Objections and Responses to Plaintiffs' Interrogatories were served on counsel below as noted:

**FEDERAL EXPRESS AND ELECTRONIC MAIL**

Carmella P. Keener
Rosenthal, Monhait, Gross & Goddess
919 Market Street, Suite 1401
Wilmington, DE 19801

Robert K. Payson
John E. James
Potter Anderson & Corroon LLP
1313 North Market Street, Hercules Plaza
Wilmington, Delaware 19801

Todd S. Collins
Neil F. Mara
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Theodore J. McEvoy
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

/s/ Jeffrey L. Moyer
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, PA
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants Adams Golf, Inc., B.H. Barney Adams, Richard H. Murtland, Darl P. Hatfield, Paul F. Brown, Jr., Roland E. Casati, Finis F. Connor, and Stephen R. Patchin

Of Counsel:
Paul R. Bessette
Jennifer R. Brannen
Christopher W. Ahart
Michelle A. Reed
Akin Gump Strauss Hauer & Feld LLP
300 W. 6th Street, Suite 2100
Austin, Texas 78701

Dated: November 8, 2005

RLF1-2819362-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Carmella P. Keener
Rosenthal, Monhait, Gross & Goddess
919 Market Street, Suite 1401
Wilmington, DE 19801

Robert K. Payson
John E. James
Potter Anderson & Corroon LLP
1313 North Market Street, Hercules Plaza
Wilmington, Delaware 19801

I hereby certify that on November 8, 2005, I have Federal Expressed and sent by facsimile the foregoing document(s) to the following non-registered participants:

Todd S. Collins
Neil F. Mara
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Theodore J. McEvoy
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

_____
Alyssa M. Schwartz (#4351)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
schwartz@rlf.com

RLF1-2851933-1