IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
IN RE ADAMS GOLF, INC.                                     CONSOLIDATED
SECURITIES LITIGATION                                      C.A. No. 99-371 (KAJ)
                                                       x
------------------------------------------------------- 

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT, on November 28, 2005, true and correct copies of the following documents:

1. Underwriter Defendant Banc of America LLC's Responses and Objections to Plaintiffs' Interrogatory;

2. Underwriter Defendant Ferris Baker Watts, Inc.'s Responses and Objections to Plaintiffs' Interrogatory; and

3. Underwriter Defendant Lehman Brothers, Inc.'s Responses and Objections to Plaintiffs' Interrogatory,

were served, by hand delivery, on the following counsel of record, at the addresses indicated:

Carmella P. Keener, Esquire                 Jeffrey L. Moyer, Esquire
Rosenthal Monhait Gross & Goddess, P.A.     Richards Layton & Finger
919 Market Street, Suite 1401               One Rodney Square
Wilmington, DE 19801                        Wilmington, DE 19801

*Of Counsel:*                               POTTER ANDERSON & CORROON LLP

SIMPSON THACHER & BARTLETT LLP
Michael J. Chepiga                          By /s/ John E. James
Theodore J. McEvoy                             Robert K. Payson (#274)
425 Lexington Avenue                           John E. James (#996)
New York, NY 10017-3954                        Hercules Plaza – Sixth Floor
Tel. (212) 455-2831                            1313 North Market Street
Fax (212) 455-2502                             Wilmington, DE 19801
                                               Tel: (302) 984-6000
*Attorneys for Underwriter Defendants*         rpayson@potteranderson.com
                                               jjames@potteranderson.com
Dated: November 28, 2005
706395/23310                                *Attorneys for Underwriter Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, John E. James, hereby certify that on November 28, 2005, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel, by hand; and that the document is available for viewing and downloading from CM/ECF:

Carmella P. Keener, Esquire
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Jeffrey L. Moyer, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801

/s/ John E. James
John E. James (No. 996)
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
E-mail: jjames@potteranderson.com

706395/23310