IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE : | ) |
| | ) Civil Action No. 99-371-KAJ |
| ADAMS GOLF, INC., SECURITIES | ) (Consolidated) |
| LITIGATION | ) |

### ORDER

At Wilmington this 21st day of **December, 2005.**

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **December 23, 2005 at 9:00 a.m.** with the undersigned. **Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE