IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ADAMS GOLF, INC., | : | CONSOLIDATED |
| SECURITIES LITIGATION | : | C. A. No. 99-371-KAJ |

### ORDER

At Wilmington this **22nd** day of **December, 2005**,

IT IS ORDERED that a teleconference with plaintiffs' counsel has been scheduled for **Tuesday, January 3, 2006 at 5:00 p.m.** A teleconference with defendants' counsel has been scheduled for **Thursday, January 5, 2006 at 9:45 a.m.** All times in this order are according to Eastern Standard Time. The purpose of the teleconferences is to determine whether the continued mediation tentatively scheduled for **Wednesday, January 18, 2006 at 9:00 a.m.** will proceed.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE



FILED
DEC 2 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE