IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x

**IN RE ADAMS GOLF, INC.**  **CONSOLIDATED**
**SECURITIES LITIGATION**  **C.A. No. 99-371 (KAJ)**

------------------------------------------------------- x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT, on January 20, 2006, true and correct copies of the following documents:

1. Underwriter Defendant Banc of America LLC's Supplemental Responses and Objections to Plaintiffs' Interrogatory;

2. Underwriter Defendant Ferris Baker Watts, Inc.'s Supplemental Responses and Objections to Plaintiffs' Interrogatory; and

3. Underwriter Defendant Lehman Brothers, Inc.'s Supplemental Responses and Objections to Plaintiffs' Interrogatory,

were served, by hand delivery, on the following counsel of record, at the addresses indicated:

| | |
|---|---|
| Carmella P. Keener, Esquire | Jeffrey L. Moyer, Esquire |
| Rosenthal Monhait Gross & Goddess, P.A. | Richards Layton & Finger |
| 919 Market Street, Suite 1401 | One Rodney Square |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

*Of Counsel:*   POTTER ANDERSON & CORROON LLP

SIMPSON THACHER & BARTLETT LLP
Michael J. Chepiga   By   /s/ John E. James
Theodore J. McEvoy       Robert K. Payson (No. 274)
425 Lexington Avenue     John E. James (No. 996)
New York, NY 10017-3954   Hercules Plaza – Sixth Floor
Tel. (212) 455-2831       1313 North Market Street
Fax (212) 455-2502        Wilmington, DE 19801
                          Tel: (302) 984-6000
*Attorneys for Underwriter Defendants*   rpayson@potteranderson.com
                          jjames@potteranderson.com

Dated: January 20, 2006
716260/23310   *Attorneys for Underwriter Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

       I, John E. James, hereby certify that on January 20, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel, by hand; and that the document is available for viewing and downloading from CM/ECF:

       Carmella P. Keener, Esquire
       Rosenthal Monhait Gross & Goddess, P.A.
       919 Market Street, Suite 1401
       Wilmington, DE  19801

       Jeffrey L. Moyer, Esquire
       Richards Layton & Finger
       One Rodney Square
       Wilmington, DE  19801

               /s/ John E. James
       John E. James (No. 996)
       Potter Anderson & Corroon LLP
       Hercules Plaza – Sixth Floor
       1313 North Market Street
       Wilmington, DE  19801
       Telephone: (302) 984-6000
       E-mail: jjames@potteranderson.com

716260/23310