IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ADAMS GOLF, INC., | ) | |
| SECURITIES LITIGATION | ) | CIVIL ACTION NO. 99-371-KAJ |
| | ) | (CONSOLIDATED) |
| | ) | |

## THE ADAMS GOLF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND CONSOLIDATED AND AMENDED CLASS ACTION COMPLAINT

Defendants Adams Golf, Inc., B.H. Barney Adams, Richard H. Murtland, Darl P. Hatfield, Paul F. Brown, Jr., Roland E. Casati, Finis F. Connor, and Stephen R. Patchin (collectively, "the Adams Golf Defendants"), pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6), move to dismiss plaintiffs' Second Consolidated and Amended Class Action Complaint (the "Motion"). In support of this Motion, the Adams Golf Defendants have simultaneously filed their Opening Brief in Support of Their Motion to Dismiss Plaintiffs' Second Consolidated and Amended Class Action Complaint.

Of Counsel:

Paul R. Bessette
Jennifer R. Brannen
Michelle A. Reed
Laura L. Moriaty
Akin Gump Strauss Hauer & Feld LLP
300 W. 6th Street, Suite 2100
Austin, Texas 78701
(512) 499-6200

Dated: February 8, 2006

/s/ Jeffrey L. Moyer
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899
(302) 651-7700

Attorneys for Defendants Adams Golf, Inc., B.H. Barney Adams, Richard H. Murtland, Darl P. Hatfield, Paul F. Brown, Jr., Roland E. Casati, Finis F. Connor, and Stephen R. Patchin

RLF1-2978246-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ADAMS GOLF, INC., SECURITIES LITIGATION | § § § § | CIVIL ACTION NO. 99-371-KAJ (CONSOLIDATED) |

## [PROPOSED] ORDER

After considering Defendants Adams Golf, Inc., B.H. Barney Adams, Richard H. Murtland, Darl P. Hatfield, Paul F. Brown, Jr., Roland E. Casati, Finis F. Connor, and Stephen R. Patchin's (collectively, "the Adams Golf Defendants") Motion to Dismiss Plaintiffs' Second Consolidated and Amended Class Action Complaint (the "Motion"), and all briefing and any argument thereon, and good cause having been shown for the relief sought in the Motion,

IT IS HEREBY ORDERED this _____ day of _____, 2006 that the Motion is GRANTED.

_____
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Carmella P. Keener
Rosenthal, Monhait, Gross & Goddess
919 Market Street, Suite 1401
Wilmington, DE 19801

Robert K. Payson
John E. James
Potter Anderson & Corroon LLP
1313 North Market Street, Hercules Plaza
Wilmington, Delaware 19801

I hereby certify that on February 8, 2006, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Todd S. Collins
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Michael J. Chepiga
Theodore J. McEvoy
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

Alyssa M. Schwartz (#4351)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
schwartz@rlf.com