IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
:
:
IN RE ADAMS GOLF, INC.         :
SECURITIES LITIGATION          :  CONSOLIDATED C.A. NO. 99-371 (KAJ)
:
:
:
------------------------------------------------------x

**THE UNDERWRITER DEFENDANTS' JOINDER IN
THE ADAMS GOLF DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' SECOND CONSOLIDATED AND AMENDED
CLASS ACTION COMPLAINT**

Defendants Lehman Brothers Holdings Inc., Ferris, Baker Watts, Incorporated, and Banc of America Securities LLC, formerly known as Nations Banc Montgomery Securities LLC (collectively, the "Underwriter Defendants") hereby join and incorporate by reference herein the Adams Golf Defendants' Motion to Dismiss Plaintiffs' Second Consolidated and Amended Class Action Complaint (the "Adams Golf Motion"). In filing this Joinder, the Underwriter Defendants incorporate by reference, as if fully set forth herein, each and every argument presented in the Adams Golf Motion, which has been filed and served contemporaneously herewith, that supports the dismissal of all plaintiffs' claims against all defendants, including the dismissal of plaintiffs' Section 12(a)(2) claims against the Underwriter Defendants.

WHEREFORE, for the reasons set forth herein and in the Adams Golf Motion, the Underwriter Defendants respectfully request that the Court grant the Adams Golf Defendants' Motion to Dismiss Plaintiffs' Second Consolidated and Amended Class Action Complaint.

| | |
|---|---|
| *Of Counsel:* | POTTER ANDERSON & CORROON LLP |
| SIMPSON THACHER & BARTLETT LLP | |
| Michael J. Chepiga | By: __/s/ John E. James_____ |
| Theodore J. McEvoy | Robert K. Payson (No. 274) |
| 425 Lexington Avenue | John E. James (No. 996) |
| New York, NY 10017-3954 | Hercules Plaza – Sixth Floor |
| Telephone: (212) 455-2000 | 1313 North Market Street |
| Facsimile: (212) 455-2502 | Wilmington, DE 19801 |
| | Telephone: (302) 984-6000 |
| | *Attorneys for the Underwriter Defendants* |

Dated: February 8, 2006
718893/23310

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that on February 8, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel, by hand; and that the document is available for viewing and downloading from CM/ECF:

>Carmella P. Keener, Esquire
>Rosenthal Monhait Gross & Goddess, P.A.
>919 Market Street, Suite 1401
>Wilmington, DE 19801
>
>Jeffrey L. Moyer, Esquire
>Richards Layton & Finger
>One Rodney Square
>Wilmington, DE 19801

>/s/ John E. James
>John E. James (No. 996)
>Potter Anderson & Corroon LLP
>Hercules Plaza – Sixth Floor
>1313 North Market Street
>Wilmington, DE 19801
>Telephone: (302) 984-6000
>E-mail: jjames@potteranderson.com