IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE ADAMS GOLF, INC., | ) | CONSOLIDATED |
| SECURITIES LITIGATION | ) | C.A. NO. 99-371-KAJ |

**STIPULATION AND ORDER TO EXTEND TIME**

The parties stipulate and agree, subject to the Court's approval, that the time within which plaintiffs must file their answering brief in opposition to defendants' motions to dismiss plaintiffs' Second Consolidated and Amended Class Action Complaint, is extended through and including February 27, 2006. The parties further stipulate and agree that the time within which defendants' must file their reply briefs, is extended through and including March 9, 2006.

/s/ Carmella P. Keener
Carmella P. Keener (#2810)
ckeener@rmgglaw.com
Rosenthal, Monhait, Gross & Goddess
Citizen Bank Center, Suite 1401
919 Market Street
Wilmington, DE 19801
(302) 656-4433
Attorneys for Plaintiffs

/s/ Jeffrey L. Moyer
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, PA
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for the Adams Golf Defendants

/s/ Robert K. Payson
Robert K. Payson (#274)
rpayson@potteranderson.com
John E. James (#996)
jjames@potteranderson.com
Potter Anderson & Corroon LLP
1313 North Market Street, Hercules Plaza
(302) 984-6000
Wilmington, Delaware 19801
Attorney for the Underwriter Defendants

IT IS SO ORDERED this _____ day of February, 2006.

_____
United States District Judge

RLF1-2979919-1