# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ALYSSA M SCHWARTZ

DIRECT DIAL NUMBER
302-651-7756
SCHWARTZ@RLF COM

March 9, 2006

**BY ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court for
 the District of Delaware
844 King Street
Wilmington, DE 19801

Re:    **In re: Adams Golf, Inc., C.A. No. 99-371-KAJ**

Dear Judge Jordan:

Pursuant to District of Delaware Local Rule 7.1.4, defendants Adams Golf, Inc.,
B.H. Adams, Richard H. Murtland, Darl P. Hatfield, Paul F. Brown, Jr., Roland E. Casati, Finis
F. Conner, and Stephen R. Patchin (the "Adams Golf Defendants") respectfully request that Your
Honor hear oral argument on The Adams Golf Defendants' Motion to Dismiss Plaintiffs' Second
Amended Complaint (the "Motion"). With the filing of The Adams Golf Defendants' Reply
Brief today, March 9, 2006, the parties have concluded briefing on the Motion. Thank you for
your consideration.

Respectfully,

Alyssa M. Schwartz (#4351)

AMS:ams
cc:    Clerk of the Court (by electronic filing)
       Paul R. Bessette, Esq. (by federal express)
       Carmella P. Keener, Esq. (by electronic filing and hand delivery)
       John E. James, Esq. (by electronic filing and hand delivery)
       Todd S. Collins, Esq. (by federal express)
       Theodore J. McEvoy, Esq. (by federal express)

RLF1-2989417-1