IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE : | ) |
| | ) Civil Action No. 99-371-KAJ |
| ADAMS GOLF, INC., SECURITIES | ) (Consolidated) |
| LITIGATION | ) |

### ORDER

Oral argument on the Adams Golf Defendants' motion to dismiss (D.I. 218) in the above-captioned action will be heard on **April 10, 2006** beginning at 2:00 p.m. and concluding at 3:00 p.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

                                                                                                                                           */s/ Kent A. Jordan*
UNITED STATES DISTRICT JUDGE

March 15, 2006
Wilmington, Delaware