UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
: 
:
IN RE ADAMS GOLF, INC.                : 
SECURITIES LITIGATION                 :   CONSOLIDATED C.A. NO. 99-371 (KAJ)
:
:
:
------------------------------------------------------------x

# MOTION AND ORDER
# FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of George R. Morris, Esquire, of Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017, to represent the Underwriter Defendants in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ *John E. James*
    Robert K. Payson ( No. 274)
    John E. James (No. 996)
    Hercules Plaza – Sixth Floor
    1313 North Market Street
    Wilmington, DE  19801
    (302) 984-6000

*Attorneys for the Underwriter Defendants*

Dated:  April 6, 2006
726791/23310

# ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____        _____
                                     United States District Judge

## CERTIFICATION

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: 4/6/06

*George R. Morris*
George R. Morris
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that on April 6, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel, by hand; and that the document is available for viewing and downloading from CM/ECF:

Carmella P. Keener, Esquire
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Jeffrey L. Moyer, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801

/s/ John E. James
John E. James (No. 996)
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
E-mail: jjames@potteranderson.com

726791/23310