IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE : | ) |
| | )   Civil Action No. 99-371-KAJ |
| ADAMS GOLF, INC., SECURITIES | )   (Consolidated) |
| LITIGATION | ) |
| | ) |

### ORDER

At Wilmington, this 11th day of April, 2006,

For the reasons set forth by the Court following oral argument on April 10, 2006,

IT IS HEREBY ORDERED that the Adams Golf Defendants' motion to dismiss (D.I. 218) is GRANTED in part and DENIED in part. It is granted to the extent that a claim associated with lack of disclosure of alleged "margin squeeze" is dismissed; and a claim associated with lack of disclosure regarding allegedly inadequate controls on product distribution is dismissed. In all other respects, the motion is denied.

IT IS FURTHER ORDERED that the jury trial will be a total of 10 days with each side allowed 22 hours to present their case on a date to be determined. The parties shall confer and contact chambers for a scheduling teleconference.

*[signature]*
UNITED STATES DISTRICT JUDGE