## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x

IN RE ADAMS GOLF, INC.             :
SECURITIES LITIGATION              :        CONSOLIDATED C.A. NO. 99-371 (KAJ)
--------------------------------------------------- x

### PLAINTIFFS' NOTICE OF DEPOSITIONS

TO:   **ALL COUNSEL ON THE ACCOMPANYING SERVICE LIST**

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Plaintiffs,

by and through their attorneys, Berger & Montague, P.C., and Rosenthal, Monhait & Goddess, P.A.,

will take the following depositions, upon oral examination for the purposes of discovery, before a

Notary Public or some other officer authorized to administer oaths, at a place to be determined in

Calgary, Canada, on the dates and times set forth below, or at such other time as the parties may

agree, commencing at 9:30 a.m., and to continue from day to day until completed. The depositions

will be recorded stenographically. You are invited to attend and cross-examine.

| **DEPONENT** | **DATE** |
|---|---|
| Greg Pratt | April 26, 2006 |
| Ryan Magnussen | April 26, 2006 |
| David Brown | April 27, 2006 |

ROSENTHAL, MONHAIT & GODDESS, P.A.

By: /s/ Carmella P. Keener

LEAD COUNSEL:                         Carmella Keener (DSBA #2810)
BERGER & MONTAGUE, P.C.              919 Market Street, Suite 1401
Todd Collins, Esq.                    Wilmington, DE 19801
1622 Locust Street                    (302) 656-4433
Philadelphia, PA. 19103               ckeener@rmgglaw.com
(215)875-3000                         Liaison Counsel for Plaintiffs

#404721

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 17th day of April, 2006, I electronically filed

**PLAINTIFFS' NOTICE OF DEPOSITIONS** with the Clerk of Court using CM/ECF, which will

send notification of such filing to the following:

Jeffrey L. Moyer, Esquire
Alyssa M. Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

John E. James, Esquire
Brian C. Ralston, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

and a copy has been served by electronic mail upon the following:

Theodore J. McEvoy, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Email: tmcevoy@stblaw.com

Michael J. Chepiga, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Email: mchepiga@stblaw.com

Paul R. Bessette, Esquire
Akin, Gump, Strauss, Hauer & Feld LLP
Three Embarcadero Center, Suite 2800
San Francisco, CA 94111-4066
Email: pbessette@akingump.com

Jennifer R. Brannen, Esquire
Akin, Gump, Strauss, Hauer & Feld, LLP
300 West 6th Street, Suite 2100
Austin, TX 78701-2916
Email: jbrannen@akingump.com

Michelle Reed, Esquire
Akin, Gump, Strauss, Hauer & Feld, LLP
300 West 6th Street, Suite 2100
Austin, TX 78701-2916
Email: mreed@akingump.com

s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com

#404721