IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE ADAMS GOLF, INC., | : | CONSOLIDATED |
| SECURITIES LITIGATION | : | C.A. NO. 99-371-KAJ |

## [PROPOSED] AMENDED SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for the parties, subject to the approval of the Court, the following shall modify the Court's Scheduling Order of November 29, 2004. (D.I. 120). The remainder of the Court's November 29, 2004 Scheduling Order shall remain in effect.

1. Discovery.

    a. Discovery Cut Off. All discovery in this case shall be initiated so as to be completed no later than June 30, 2006. The Court encourages the parties to serve and respond to contention interrogatories early in the case. Unless otherwise ordered by the Court, the limitations on discovery set forth in Local Rule 26.1 shall be strictly observed.

    b. Disclosure of Expert Testimony. Unless otherwise agreed to by the parties, they shall file their initial Federal Rule of Civil Procedure 26(a)(2) disclosures of expert testimony on or before the date July 7, 2006; rebuttal expert reports shall be filed and served on or before July 21, 2006. The expert discovery cutoff will be August 4, 2006. To the extent any objection to expert testimony is made pursuant to the principles announced in *Daubert v. Merrell Dow Pharm, Inc.*, 509 U.S. 579 (1993), it shall be made by motion no later than the deadline for dispositive motions set forth herein, unless otherwise ordered by the Court.

2. <u>Case Dispositive and Daubert Motions</u>. All case dispositive motions, Daubert motions, opening briefs, and affidavits, if any, in support of the motions shall be served and filed on or before August 25, 2006. All answering briefs are due September 13, 2006, and all reply briefs are due September 25, 2006.

3. <u>Pretrial Conference</u>. On November 27, 2006, the Court will hold a Final Pretrial Conference in Chambers with counsel beginning at _____ __.m. Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement of Federal Rule of Civil Procedure 26(a)(3). The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling Order on or before November 13, 2006.

4. <u>Jury Instructions, Voir Dire, and Special Verdict Forms</u>. Pursuant to Local Rules 47 and 51 the parties should file proposed voir dire, instructions to the jury, and special verdicts and interrogatories on November 20, 2006. That submission shall be accompanied by a computer diskette (in WordPerfect format) which contains a copy of these instructions and proposed voir dire and special verdicts and interrogatories.

5. <u>Trial</u>. This matter is scheduled for a ten (10) day trial beginning at 9:30 a.m. on December 4, 2006. For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of 22 hours to present their case.

_____
United State District Judge

RLF1-3005264-2