April 21, 2006

VIA ELECTRONIC FILING AND HAND DELIVERY
The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 N. King Street, Room 6325
Lockbox 10
Wilmington, De 19801

    Re:    **Adams Golf Securities Litigation**
             **C.A. No. 99-371 KAJ**

Dear Judge Jordan:

    My firm has electronically filed a proposed Amended Scheduling Order in this case. At the hearing, Your Honor suggested keeping to the August 28, 2006 trial date. While the parties would like to try this case as soon as possible, the parties' previously filed Stipulation (D.I. 192) provides for 81 days of fact discovery from the date of the Order on the motion to dismiss. That means that fact discovery ends June 30, 2006. The Stipulation further provides that the remaining deadlines shall be adjusted. Given the parameters, the parties have agreed to submit a new scheduling order that provides for a trial this year.

    Briefly, the proposed Scheduling Order provides:

| | |
|---|---|
| Fact discovery cut-off | June 30, 2006 |
| Expert reports due | July 7, 2006 |
| Expert Rebuttal Reports due | July 21, 2006 |
| Expert discovery cut-off | August 4, 2006 |
| Case dispositive and Daubert Motions due | August 25, 2006 |
| Oppositions to motion due | September 13, 2006 |
| Reply memorandum due | September 25, 2006 |
| Joint Pretrial Order | November 13, 2006 |
| Voir Dire and Jury Instructions | November 20, 2006 |
| Pretrial Conference | November 27, 2006 |
| Trial | December 4, 2006 |

Hon. Kent A. Jordan
April 21, 2006
Page 2

      To ensure that the trial will end well before Christmas 2006, the parties have compressed the time frame a great deal. Accordingly, the parties are especially concerned that there may not be adequate time for the Court to decide dispositive motions. If we have not left the Court sufficient time to decide the motions, or if the dates for the pretrial conference or trial conflict with the Court's schedule or the Court does not approve of any of these dates, the parties are willing to propose a new schedule.

                                              Respectfully,

                                              /s/ Carmella P. Keener

                                              Carmella P. Keener (DSBA No. 2810)
                                              On Behalf of All Parties

cc:    Jeffrey L. Moyer, Esquire (via CM/ECF)
        Alyssa M. Schwartz, Esquire (via CM/ECF)
        John E. James, Esquire (via CM/ECF)
        Brian C. Ralston, Esquire (via CM/ECF)
        Donald Lewis, Esquire (via CM/ECF)
        Elizabeth Fox, Esquire (via email)
        Juli Desper, Esquire (via CM/ECF)
        Neil Mara, Esquire (via CM/ECF)
        Todd S. Collins, Esquire (via CM/ECF)