## ROSENTHAL, MONHAIT & GODDESS, P. A.
### ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

April 25, 2006

**VIA ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 N. King Street, Room 6325
Lockbox 10
Wilmington, De 19801

    Re:    **Adams Golf Securities Litigation**
              **C.A. No. 99-371 KAJ**

Dear Judge Jordan:

    In accordance with my telephone conferences with Ms. Cheryl Stein yesterday and today, my firm has caused to be filed today a proposed Amended Scheduling Order which includes the dates for the Pre-Trial Order, Pre-Trial Conference and Trial which Ms. Stein provided.

    Counsel are available at Your Honor's convenience should there be any question in this regard.

    Respectfully,

    /s/ Carmella P. Keener

    Carmella P. Keener (DSBA No. 2810)
    On Behalf of All Parties

CPK/jls
cc:    Jeffrey L. Moyer, Esquire (via CM/ECF)
        Alyssa M. Schwartz, Esquire (via CM/ECF)
        John E. James, Esquire (via CM/ECF)
        Brian C. Ralston, Esquire (via CM/ECF)
        Donald Lewis, Esquire (via CM/ECF)
        Elizabeth Fox, Esquire (via email)
        Juli Desper, Esquire (via CM/ECF)
        Neil Mara, Esquire (via CM/ECF)
        Todd S. Collins, Esquire (via CM/ECF)