IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ADAMS GOLF, INC., SECURITIES LITIGATION, | ) )  C.A. No. 99-371-KAJ ) (CONSOLIDATED) ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 26, 2006, true and correct copies of Defendant Adam's Golf's Third Set of Interrogatories to Class Representatives John Morrash, Todd Tonore, F. Kenneth Shockley and Patricia Craus were served on counsel below as noted:

**BY HAND DELIVERY**

Carmella P. Keener
Rosenthal, Monhait & Goddess
919 Market Street, Suite 1401
Wilmington, DE 19801

Robert K. Payson
John E. James
Potter Anderson & Corroon LLP
1313 North Market Street, Hercules Plaza
Wilmington, Delaware 19801

**BY FEDERAL EXPRESS**

Todd S. Collins
Jacob A. Goldberg
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Michael J. Chepiga
Elaine M. Divelbliss
Theodore J. McEvoy
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

/s/ Alyssa M. Schwartz
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, PA
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Of Counsel:
Paul R. Bessette
Jennifer R. Brannen
Christopher W. Ahart
Michelle A. Reed
Akin Gump Strauss Hauer & Feld LLP
300 W. 6th Street, Suite 2100
Austin, Texas 78701

Dated: April 26, 2006

Attorneys for Defendants Adams Golf, Inc., B.H. Barney Adams, Richard H. Murtland, Darl P. Hatfield, Paul F. Brown, Jr., Roland E. Casati, Finis F. Connor, and Stephen R. Patchin

RLF1-3007082-1

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2006, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Carmella P. Keener
Rosenthal, Monhait & Goddess
919 Market Street, Suite 1401
Wilmington, Delaware 19801

Robert K. Payson
John E. James
Potter Anderson & Corroon LLP
1313 North Market Street, Hercules Plaza
Wilmington, Delaware 19801

I hereby certify that on April 26, 2006, I have Federal Expressed the document(s) to the following non-registered participants:

Todd S. Collins
Jacob A. Goldberg
Berger & Montague, PC
1622 Locust Street
Philadelphia, Pennsylvania 19103

Michael J. Chepiga
Elaine M. Divelbliss
Theodore J. McEvoy
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NewYork 10017

Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger
920 North King Street
Wilmington, Delaware 19899
(302) 651-7700