IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------- :
                                              :
IN RE ADAMS GOLF, INC.                        :        CONSOLIDATED
SECURITIES LITIGATION                         :        C.A. No. 99-371 (KAJ)
                                              :
--------------------------------------------- :

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT, on May 5, 2006, true and correct copies of the following documents:

1.    Underwriter Defendants' First Set of Interrogatories to Class Representatives John Morrash, Todd Tonore, F. Kenneth Shockley and Patricia Craus,

were served, by hand delivery, on the following counsel of record, at the addresses indicated:

Carmella P. Keener, Esquire                   Jeffrey L. Moyer, Esquire
Rosenthal Monhait Gross & Goddess, P.A.       Richards Layton & Finger
919 Market Street, Suite 1401                 One Rodney Square
Wilmington, DE  19801                         Wilmington, DE  19801


*Of Counsel:*                                 POTTER ANDERSON & CORROON LLP

SIMPSON THACHER & BARTLETT LLP
Michael J. Chepiga                            By ____/s/ John E. James_____
Theodore J. McEvoy                               Robert K. Payson (No. 274)
425 Lexington Avenue                             John E. James (No. 996)
New York, NY  10017-3954                         Hercules Plaza – Sixth Floor
Tel.  (212) 455-2831                             1313 North Market Street
Fax  (212) 455-2502                              Wilmington, DE  19801
                                                 Tel:  (302) 984-6000
*Attorneys for Underwriter Defendants*           rpayson@potteranderson.com
                                                 jjames@potteranderson.com

                                              *Attorneys for Underwriter Defendants*

Dated:  May 5, 2006
731077/23310

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**<u>CERTIFICATE OF SERVICE</u>**

I, John E. James, hereby certify that on May 5, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel, by hand; and that the document is available for viewing and downloading from CM/ECF:

Carmella P. Keener, Esquire
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE  19801

Jeffrey L. Moyer, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE  19801

_____/s/ John E. James_____
John E. James (No. 996)
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North  Market Street
Wilmington, DE  19801
Telephone:  (302) 984-6000
E-mail:  jjames@potteranderson.com

731077/23310