UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ADAMS GOLF, INC.  :  | CONSOLIDATED |
| SECURITIES LITIGATION  :  | C.A. NO. 99-371 KAJ |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that she caused copies of the following documents:

1. Notice of Service; and
2. Plaintiffs' Responses and Objections to Defendant Adams Golf's Third Set of Interrogatories Directed to Class Representatives

to be served on May 26, 2006, by hand delivery upon the following:

Jeffrey L. Moyer, Esquire
Alyssa M. Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

John E. James, Esquire
Brian C. Ralston, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

and by electronic mail upon the following:

Theodore McEvoy, Esquire (tmcevoy@stblaw.com)
Elaine Divelbliss, Esquire (edivelbliss@stblaw.com)
Michael J. Chepiga, Esquire (mchepiga@stblaw.com)
Paul R. Bessette, Esquire (pbessette@akingump.com)
Jennifer R. Brannen, Esquire (jbrannen@akingump.com)

ROSENTHAL, MONHAIT & GODDESS, P.A.

By: /s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
919 Market Street, Suite 1401
Citizens Bank Building
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com
   Delaware Liaison Counsel for Plaintiffs