IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ADAMS GOLF, INC., SECURITIES LITIGATION, | ) ) C.A. No. 99-371-KAJ ) (CONSOLIDATED) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 30, 2006, true and correct copies of the Adams Golf Defendants' (1) First Requests for Admission to Plaintiffs, (2) Fourth Set of Interrogatories to Class Representatives John Morrash, Todd Tonore, F. Kenneth Shockley, and Patricia Craus, and (3) Second Request for the Production of Documents and Things from Class Representatives John Morrash, Todd Tonore, F. Kenneth Shockley, and Patricia Craus were served on counsel below as noted:

**BY HAND DELIVERY AND ELECTRONIC MAIL**

Carmella P. Keener
Rosenthal, Monhait & Goddess
919 Market Street, Suite 1401
Wilmington, DE 19801

Robert K. Payson
John E. James
Potter Anderson & Corroon LLP
1313 North Market Street, Hercules Plaza
Wilmington, Delaware 19801

**BY FEDERAL EXPRESS AND ELECTRONIC MAIL**

Todd S. Collins
Jacob A. Goldberg
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Micahel J. Chepiga
Elaine M. Divelbliss
Theodore J. McEvoy
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

/s/ Jeffrey L. Moyer
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Of Counsel:
Richards, Layton & Finger, PA
Paul R. Bessette
One Rodney Square, P.O. Box 551
Jennifer R. Brannen
Wilmington, DE 19899
Christopher W. Ahart
(302) 651-7700
Michelle A. Reed
Akin Gump Strauss Hauer & Feld LLP
Attorneys for Defendants Adams Golf, Inc.,
300 W. 6th Street, Suite 2100
B.H. Barney Adams, Richard H. Murtland,
Austin, Texas 78701
Darl P. Hatfield, Paul F. Brown, Jr., Roland E.
Casati, Finis F. Connor, and Stephen R. Patchin

Dated: May 31, 2006

RLF1-2819362-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2006, I have caused the foregoing to be served by Hand Delivery which has also been filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Carmella P. Keener
Rosenthal, Monhait & Goddess
919 Market Street, Suite 1401
Wilmington, DE 19801

Robert K. Payson
John E. James
Potter Anderson & Corroon LLP
1313 North Market Street, Hercules Plaza
Wilmington, DE 19801

I hereby certify that on May 31, 2006, I have sent by Federal Express the foregoing document(s) to the following non-registered participants:

Todd S. Collins
Jacob A. Goldberg
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Michael J. Chepiga
Elaine M. Divelbliss
Theodore J. McEvoy
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

Alyssa M. Schwartz (#4351)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
schwartz@rlf.com

RLF1-2851933-2