IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
:
IN RE ADAMS GOLF, INC. : CONSOLIDATED C.A. NO. 99-371 (KAJ)
SECURITIES LITIGATION :
:
:
------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission *pro hac vice* of Paul C. Gluckow, Esquire, of Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017, to represent the Underwriter Defendants in this matter.

POTTER ANDERSON & CORROON LLP

By: __/s/ John E. James__
Robert K. Payson (No. 274)
John E. James (No. 996)
Hercules Plaza - 6th Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
rpayson@potteranderson.com
jjames@potteranderson.com

Dated: June 7, 2006
735243/23310

*Attorneys for the Underwriter Defendants*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____    _____
United States District Judge

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: June 7, 2006          Signed: *Paul C. Gluckow*
                                    Paul C. Gluckow
                                    Simpson Thacher & Bartlett LLP
                                    425 Lexington Avenue
                                    New York, NY 10017
                                    Telephone: (212) 455-2000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that on June 7, 2006, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Carmella P. Keener, Esquire
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Alyssa Schwartz, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801

By: /s/ John E. James
John E. James (No. 996)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
E-Mail: jjames@potteranderson.com

735243