IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: ADAMS GOLF, INC.,              )
SECURITIES LITIGATION,                )
                                      )    C.A. No. 99-371-KAJ
                                      )    (CONSOLIDATED)
                                      )

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 14, 2006, true and correct copies of the Adams

Golf Defendants' Objections and Responses to Plaintiffs' Fourth Set of Interrogatories Directed

to All Defendants were served on counsel below as noted:

**BY HAND DELIVERY AND**
**ELECTRONIC MAIL**

Carmella P. Keener
Rosenthal, Monhait & Goddess
919 Market Street, Suite 1401
Wilmington, DE 19801

Robert K. Payson
John E. James
Potter Anderson & Corroon LLP
1313 North Market Street, Hercules Plaza
Wilmington, DE 19801

**BY FEDERAL EXPRESS AND**
**ELECTRONIC MAIL**

Neil Mara
Todd S. Collins
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Michael J. Chepiga
Theodore J. McEvoy
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

Jeffrey L. Moyer (#3309)
moyer@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, PA
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants Adams Golf, Inc.,
B.H. Barney Adams, Richard H. Murtland,
Darl P. Hatfield, Paul F. Brown, Jr., Roland E.
Casati, Finis F. Connor, and Stephen R. Patchin

Of Counsel:
Paul R. Bessette
Jennifer R. Brannen
Michelle A. Reed
Laura Moriaty
Akin Gump Strauss Hauer & Feld LLP
300 W. 6th Street, Suite 2100
Austin, TX 78701

Dated: June 14, 2006

RLF1-2819362-1

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2006, I have caused the foregoing to be served by Hand

Delivery and Electronic Mail which has also been filed with the Clerk of Court using CM/ECF

which will send notification of such filing(s) to the following:

Carmella P. Keener
Rosenthal, Monhait & Goddess
919 Market Street, Suite 1401
Wilmington, DE 19801

Robert K. Payson
John E. James
Potter Anderson & Corroon LLP
1313 North Market Street, Hercules Plaza
Wilmington, DE 19801

I hereby certify that on June 14, 2006, I have sent by Federal Express and Electronic Mail

the foregoing document(s) to the following non-registered participants:

Neil Mara
Todd S. Collins
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Michael J. Chepiga
Theodore J. McEvoy
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

Alyssa M. Schwartz (#4351)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
schwartz@rlf.com

RLF1-2851933-2