IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------  x
IN RE ADAMS GOLF, INC.                               CONSOLIDATED C.A. No. 99-371 (KAJ)
SECURITIES LITIGATION
                                                  x
------------------------------------------------
```

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on June 14, 2006, true and correct copies of Underwriter Defendants' Responses and Objections to Plaintiffs' Fourth Set of Interrogatories Directed to All Defendants were served, by hand delivery, on the following counsel of record, at the addresses indicated:

| | |
|---|---|
| Carmella P. Keener, Esquire | Alyssa Schwartz, Esquire |
| Rosenthal Monhait Gross & Goddess, P.A. | Richards Layton & Finger |
| 919 Market Street, Suite 1401 | One Rodney Square |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

*Of Counsel:*

SIMPSON THACHER & BARTLETT LLP
Michael J. Chepiga
Theodore J. McEvoy
425 Lexington Avenue
New York, NY 10017-3954
Tel. (212) 455-2831
Fax (212) 455-2502

POTTER ANDERSON & CORROON LLP

By    /s/ John E. James
   Robert K. Payson (No. 274)
   John E. James (No. 996)
   Hercules Plaza – Sixth Floor
   1313 North Market Street
   Wilmington, DE 19801
   Telephone: (302) 984-6000
   E-Mail: rpayson@potteranderson.com
   E-Mail: jjames@potteranderson.com

*Attorneys for Underwriter Defendants*

Dated: June 14, 2006
736659/23310

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that on June 14, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel, by hand; and that the document is available for viewing and downloading from CM/ECF:

>Carmella P. Keener, Esquire
>Rosenthal Monhait Gross & Goddess, P.A.
>919 Market Street, Suite 1401
>Wilmington, DE  19801
>
>Alyssa Schwartz, Esquire
>Richards Layton & Finger
>One Rodney Square
>Wilmington, DE  19801

>/s/ John E. James
>John E. James (No. 996)
>Potter Anderson & Corroon LLP
>Hercules Plaza – Sixth Floor
>1313 North Market Street
>Wilmington, DE  19801
>Telephone:  (302) 984-6000
>E-mail:  jjames@potteranderson.com

736659/23310