IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x

| | |
|---|---|
| IN RE ADAMS GOLF, INC.<br>SECURITIES LITIGATION | CONSOLIDATED<br>C.A. No. 99-371 (KAJ) |

------------------------------------------------------- x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on June 30, 2006, true and correct copies of Underwriter Defendants' Responses and Objections to Plaintiffs' Fifth Request for Production of Documents Directed to the Underwriter Defendants and Underwriter Defendants' Responses and Objections to Plaintiffs' Sixth Set of Interrogatories Directed to Underwriter Defendants were served, by hand delivery, on the following counsel of record, at the addresses indicated:

Carmella P. Keener, Esquire
Rosenthal Monhait & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Alyssa Schwartz, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

*Of Counsel:*

SIMPSON THACHER & BARTLETT LLP
Michael J. Chepiga
Theodore J. McEvoy
425 Lexington Avenue
New York, NY 10017-3954
Tel. (212) 455-2831
Fax (212) 455-2502

POTTER ANDERSON & CORROON LLP

By  /s/ John E. James
    Robert K. Payson (No. 274)
    John E. James (No. 996)
    Hercules Plaza – Sixth Floor
    1313 North Market Street
    Wilmington, DE 19801
    Telephone: (302) 984-6000
    E-Mail: rpayson@potteranderson.com
    E-Mail: jjames@potteranderson.com

Dated: June 30, 2006
739141/23310

*Attorneys for Underwriter Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that on June 30, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel, by hand; and that the document is available for viewing and downloading from CM/ECF:

Carmella P. Keener, Esquire
Rosenthal Monhait & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE  19801

Alyssa Schwartz, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

/s/ John E. James
John E. James (No. 996)
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
Telephone: (302) 984-6000
E-mail: jjames@potteranderson.com

739141/23310