IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ADAMS GOLF, INC., SECURITIES LITIGATION, | ) ) ) C.A. No. 99-371-KAJ ) (CONSOLIDATED) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 30, 2006, true and correct copies of the Adams Golf Defendants' Objections and Responses to Plaintiffs' Fifth Set of Interrogatories were served on counsel below as noted:

**BY HAND DELIVERY**

Carmella P. Keener
Rosenthal, Monhait & Goddess
919 Market Street, Suite 1401
Wilmington, DE 19801

Robert K. Payson
John E. James
Potter Anderson & Corroon LLP
1313 North Market Street, Hercules Plaza
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Neil Mara
Todd S. Collins
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Michael J. Chepiga
Theodore J. McEvoy
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

/s/ Jeffrey L. Moyer
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, PA
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants Adams Golf, Inc., B.H. Barney Adams, Richard H. Murtland, Darl P. Hatfield, Paul F. Brown, Jr., Roland E. Casati, Finis F. Connor, and Stephen R. Patchin

Of Counsel:
Paul R. Bessette
Jennifer R. Brannen
Michelle A. Reed
Laura Moriaty
Akin Gump Strauss Hauer & Feld LLP
300 W. 6th Street, Suite 2100
Austin, TX 78701

Dated: June 30, 2006

RLF1-2819362-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2006, I have caused the foregoing to be served by Hand Delivery which has also been filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Carmella P. Keener<br>Rosenthal, Monhait & Goddess<br>919 Market Street, Suite 1401<br>Wilmington, DE 19801 | Robert K. Payson<br>John E. James<br>Potter Anderson & Corroon LLP<br>1313 North Market Street, Hercules Plaza<br>Wilmington, DE 19801 |

I hereby certify that on June 30, 2006, I have sent by Federal Express the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Neil Mara<br>Todd S. Collins<br>Berger & Montague, PC<br>1622 Locust Street<br>Philadelphia, PA 19103 | Michael J. Chepiga<br>Theodore J. McEvoy<br>Simpson Thacher & Bartlett<br>425 Lexington Avenue<br>New York, NY 10017 |

/s/ Alyssa M. Schwartz
Alyssa M. Schwartz (#4351)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
schwartz@rlf.com

RLF1-2851933-2