UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ADAMS GOLF, INC. : | CONSOLIDATED |
| SECURITIES LITIGATION : | C.A. NO. 99-371 KAJ |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that the undersigned hereby certifies that she caused copies of the following documents:

1. This Notice of Service; and
2. Plaintiffs' Responses to Adams Golf Defendants' First Requests for Admissions to Plaintiffs;
3. Plaintiffs' Answers and Objections to Adams Golf Defendants' Fourth Set of Interrogatories to Class Representatives John Morrash, Todd Tonore, F. Kenneth Shockley, and Patricia Craus; and
4. Plaintiffs' Responses to Adams Golf Defendants' Document Requests

to be served on June 30, 2006, by hand delivery upon the following:

Jeffrey L. Moyer, Esquire
Alyssa M. Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

John E. James, Esquire
Brian C. Ralston, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

and by electronic mail upon the following:

Theodore McEvoy, Esquire (tmcevoy@stblaw.com)
Elaine Divelbliss, Esquire (edivelbliss@stblaw.com)
Michael J. Chepiga, Esquire (mchepiga@stblaw.com)
Paul R. Bessette, Esquire (pbessette@akingump.com)
Jennifer R. Brannen, Esquire (jbrannen@akingump.com)

ROSENTHAL, MONHAIT & GODDESS, P.A.

By: /s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
919 Market Street, Suite 1401
Citizens Bank Building
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com
Delaware Liaison Counsel for Plaintiffs