IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------- x
IN RE ADAMS GOLF, INC.
SECURITIES LITIGATION            CONSOLIDATED C.A. No. 99-371 (KAJ)
---------------------------------------------- x

**NOTICE OF FILING AND SERVICE
OF UNDERWRITER DEFENDANTS' EXPERT DISCLOSURE**

PLEASE TAKE NOTICE that Defendants Lehman Brothers Holdings Inc., Banc of America Securities LLC (successor to Nations Banc Montgomery Securities LLC) and Ferris, Baker Watts, Incorporated, (collectively, "Underwriter Defendants") hereby designate Edward Necarsulmer III as an expert witness whom Underwriter Defendants may call to testify at trial. Underwriter Defendants have attached Mr. Necarsulmer's expert report hereto as Exhibit 1. Underwriter Defendants reserve the right to have Mr. Necarsulmer testify as to matters addressed in the testimony of Plaintiffs' experts or otherwise raised by Plaintiffs or otherwise dictated by the rulings of the Court or evidence at trial.

| | |
|---|---|
| *Of Counsel:* | POTTER ANDERSON & CORROON LLP |
| SIMPSON THACHER & BARTLETT LLP | |
| Michael J. Chepiga | By   /s/ John E. James |
| Paul C. Gluckow | Robert K. Payson (No. 274) |
| Theodore J. McEvoy | John E. James (No. 996) |
| 425 Lexington Avenue | Hercules Plaza – Sixth Floor |
| New York, NY 10017-3954 | 1313 North Market Street |
| Tel. (212) 455-2831 | Wilmington, DE 19801 |
| Fax (212) 455-2502 | Telephone: (302) 984-6000 |
| | E-Mail: rpayson@potteranderson.com |
| | E-Mail: jjames@potteranderson.com |
| | *Attorneys for Underwriter Defendants* |

Dated: July 14, 2006
741252/23310

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

        I, John E. James, hereby certify that on July 14, 2006, the within document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following attorneys of record stating that the document is available for viewing and downloading from CM/ECF:

        Carmella P. Keener, Esquire
        Rosenthal Monhait Gross & Goddess, P.A.
        919 Market Street, Suite 1401
        Wilmington, DE 19801

        Alyssa Schwartz, Esquire
        Richards Layton & Finger
        One Rodney Square
        Wilmington, DE 19801

        /s/ John E. James
        John E. James (No. 996)
        Potter Anderson & Corroon LLP
        Hercules Plaza – Sixth Floor
        1313 North Market Street
        Wilmington, DE 19801
        Telephone: (302) 984-6000
        E-mail: jjames@potteranderson.com

741252/23310