# CONFIDENTIAL

# FILED UNDER SEAL