UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ADAMS GOLF, INC., SECURITIES LITIGATION | § § § § | CIVIL ACTION NO. 99-371-KAJ (CONSOLIDATED) |

PUBLIC VERSION

NOTICE OF FILING AND SERVICE OF THE
ADAMS GOLF DEFENDANTS' EXPERT DISCLOSURE

**PLEASE TAKE NOTICE** that Adams Golf, Inc., B.H. Adams, Darl P. Hatfield, Richard H. Murtland, Paul F. Brown, Jr., Roland E. Casati, Finis F. Conner and Stephen R. Patchin (collectively, the "Adams Golf Defendants") hereby designate Charles A. Sjoquist, CFA, Ed J. Lynch, CPA and H. Stephen Grace, Jr., Ph.D. as expert witnesses whom the Adams Golf Defendants may call to testify at trial. The Expert Report of Charles A. Sjoquist, CFA is attached hereto as Exhibit A. The Expert Report of Ed J. Lynch, CPA is attached hereto as Exhibit B. The Expert Report of H. Stephen Grace, Jr. Ph.D. is attached hereto as Exhibit C. The Adams Golf Defendants reserve the right to have Mr. Sjoquist, Mr. Lynch and Dr. Grace testify as to matters addressed in the testimony of Plaintiffs' experts or otherwise raised by Plaintiffs or otherwise dictated by the rulings of the Court or evidence at trial.

| | |
|---|---|
| Of Counsel:<br>Paul R. Bessette<br>Jennifer R. Brannen<br>Michelle A. Reed<br>Laura Moriaty<br>Akin Gump Strauss Hauer & Feld LLP<br>300 West 6th Street, Suite 2100<br>Austin, TX 78701 | Jeffrey L. Moyer (#3309)<br>moyer@rlf.com<br>Alyssa M. Schwartz (#4351)<br>schwartz@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700 |
| Dated: July 14, 2006 | *Attorneys for the Adams Golf Defendants* |

RLF1-3037511-1

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**VIA HAND DELIVERY**

Carmella P. Keener
Rosenthal, Monhait & Goddess
919 Market Street, Suite 1401
Wilmington, DE 19801

Robert K. Payson
John E. James
Potter Anderson & Corroon LLP
1313 North Market Street, Hercules Plaza
Wilmington, DE 19801

I hereby certify that on July 21 2006, I have sent by Federal Express the foregoing document(s) to the following non-registered participants:

Neil Mara
Todd S. Collins
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Michael J. Chepiga
Theodore J. McEvoy
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

Alyssa M. Schwartz (#4351)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
schwartz@rlf.com