IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x

IN RE ADAMS GOLF, INC.       CONSOLIDATED
SECURITIES LITIGATION      C.A. No. 99-371 (KAJ)

------------------------------------------------------- x

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Ryan A. Kane of Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017, to represent Underwriter Defendants in this matter.

*Of Counsel:*

SIMPSON THACHER & BARTLETT LLP
Michael J. Chepiga
Theodore J. McEvoy
425 Lexington Avenue
New York, NY 10017-3954
Tel. (212) 455-2000
Fax (212) 455-2502

POTTER ANDERSON & CORROON LLP

By: _____
   Robert K. Payson (No. 274)
   John E. James (No. 996)
   Hercules Plaza – Sixth Floor
   1313 North Market Street
   Wilmington, DE 19801
   Telephone: (302) 984-6000
   E-Mail: rpayson@potteranderson.com
   E-Mail: jjames@potteranderson.com

Dated: July 26, 2006
742737/23310

*Attorneys for Underwriter Defendants*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                                   United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 26, 2006        Signed: _____
                                   Ryan A. Kane
                                   Simpson Thacher & Bartlett LLP
                                   425 Lexington Avenue
                                   New York, New York 10017
                                   Tel: (212) 455-2000
                                   Fax: (212) 455-2502
                                   rkane@stblaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, John E. James, hereby certify that on July 26, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel, by hand; and that the document is available for viewing and downloading from CM/ECF:

Carmella P. Keener, Esquire
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE  19801

Alyssa M. Schwartz, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE  19801

John E. James (No. 996)
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
Telephone: (302) 984-6000
E-mail: jjames@potteranderson.com