IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------  x
IN RE ADAMS GOLF, INC.                                     CONSOLIDATED C.A. No. 99-371 (KAJ)
SECURITIES LITIGATION
----------------------------------------------------  x
```

## NOTICE OF FILING AND SERVICE OF
## UNDERWRITER DEFENDANTS' REBUTTAL EXPERT DISCLOSURE

PLEASE TAKE NOTICE that Defendants Lehman Brothers Holdings Inc., Banc of America Securities LLC (successor to Nations Banc Montgomery Securities LLC) and Ferris, Baker Watts, Incorporated, (collectively, "Underwriter Defendants") hereby designate Edward Necarsulmer III as a rebuttal expert witness whom Underwriter Defendants may call to testify at trial. Underwriter Defendants have attached Mr. Necarsulmer's Rebuttal Report hereto as Exhibit 1. Underwriter Defendants reserve the right to have Mr. Necarsulmer testify as to matters addressed in the testimony of Plaintiffs' experts or otherwise raised by Plaintiffs or otherwise dictated by the rulings of the Court or evidence at trial.

*Of Counsel:*

SIMPSON THACHER & BARTLETT LLP
Michael J. Chepiga
Paul C. Gluckow
Theodore J. McEvoy
425 Lexington Avenue
New York, NY 10017-3954
Tel. (212) 455-2831
Fax (212) 455-2502

POTTER ANDERSON & CORROON LLP

By _____
    Robert K. Payson (No. 274)
    John E. James (No. 996)
    Hercules Plaza – Sixth Floor
    1313 North Market Street
    Wilmington, DE 19801
    Telephone: (302) 984-6000
    E-Mail: rpayson@potteranderson.com
    E-Mail: jjames@potteranderson.com

*Attorneys for Underwriter Defendants*

Dated: July 28, 2006
743168/23310

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, John E. James, hereby certify that on July 28, 2006, the within document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following attorneys of record stating that the document is available for viewing and downloading from CM/ECF:

Carmella P. Keener, Esquire
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE  19801

Alyssa Schwartz, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE  19801

John E. James (No. 996)
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North  Market Street
Wilmington, DE  19801
Telephone:  (302) 984-6000
E-mail:  jjames@potteranderson.com

743168/23310