UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ADAMS GOLF, INC., SECURITIES LITIGATION | § § § § § | CIVIL ACTION NO. 99-371-KAJ (CONSOLIDATED) |

NOTICE OF FILING AND SERVICE OF THE
ADAMS GOLF DEFENDANTS' REBUTTAL EXPERT DISCLOSURE

**PLEASE TAKE NOTICE** that Adams Golf, Inc., B.H. Adams, Darl P. Hatfield, Richard H. Murtland, Paul F. Brown, Jr., Roland E. Casati, Finis F. Conner and Stephen R. Patchin (collectively, the "Adams Golf Defendants") hereby designate H. Stephen Grace, Jr., Ph.D. as a rebuttal expert witness whom the Adams Golf Defendants may call to testify at trial. The Rebuttal Report of H. Stephen Grace, Jr. Ph.D. is attached hereto as Exhibit A. The Adams Golf Defendants reserve the right to have Dr. Grace testify as to matters addressed in the testimony of Plaintiffs' experts or otherwise raised by Plaintiffs or otherwise dictated by the rulings of the Court or evidence at trial.

Of Counsel:
Paul R. Bessette
Jennifer R. Brannen
Michelle A. Reed
Laura Moriaty
Akin Gump Strauss Hauer & Feld LLP
300 West 6th Street, Suite 2100
Austin, TX 78701

Jeffrey L. Moyer (#3309)
moyer@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Dated: July 28, 2006

*Attorneys for the Adams Golf Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2006, I have caused the foregoing to be served by Hand Delivery and Electronic Mail which has also been filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Carmella P. Keener | Robert K. Payson |
| Rosenthal, Monhait & Goddess | John E. James |
| 919 Market Street, Suite 1401 | Potter Anderson & Corroon LLP |
| Wilmington, DE 19801 | 1313 North Market Street, Hercules Plaza |
| | Wilmington, DE 19801 |

I hereby certify that on July 28 2006, I have sent by Federal Express and Electronic Mail the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Neil Mara | Michael J. Chepiga |
| Todd S. Collins | Theodore J. McEvoy |
| Berger & Montague, PC | Simpson Thacher & Bartlett |
| 1622 Locust Street | 425 Lexington Avenue |
| Philadelphia, PA 19103 | New York, NY 10017 |

/s/ Alyssa M. Schwartz
Alyssa M. Schwartz (#4351)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
schwartz@rlf.com