UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ADAMS GOLF, INC., <br> SECURITIES LITIGATION | § <br> § <br> § <br> § | CIVIL ACTION NO. 99-371-KAJ <br> (CONSOLIDATED) |

## NOTICE OF FILING AND SERVICE OF THE DEFENDANTS' REBUTTAL EXPERT DISCLOSURE

**PLEASE TAKE NOTICE** that Adams Golf, Inc., B.H. Adams, Darl P. Hatfield, Richard H. Murtland, Paul F. Brown, Jr., Roland E. Casati, Finis F. Conner, Stephen R. Patchin, Lehman Brothers Holdings Inc., Banc of America Securities LLC and Ferris, Baker Watts, Incorporated (collectively, the "Defendants") hereby designate Christopher M. James and Dr. Gary L. Frazier as rebuttal expert witnesses whom Defendants may call to testify at trial. The Rebuttal Report of Christopher M. James is attached hereto as Exhibit A. The Rebuttal Report of Dr. Gary L. Frazier is attached hereto as Exhibit B. The Defendants reserve the right to have Mr. James and Dr. Frazier testify as to matters addressed in the testimony of Plaintiffs' experts or otherwise raised by Plaintiffs or otherwise dictated by the rulings of the Court or evidence at trial.

Of Counsel:
Paul R. Bessette
Jennifer R. Brannen
Michelle A. Reed
Laura Moriaty
Akin Gump Strauss Hauer & Feld LLP
300 West 6th Street, Suite 2100
Austin, TX 78701

Jeffrey L. Moyer (#3309)
moyer@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Dated: July 28, 2006

*On Behalf of the Defendants*

RLF1-3042782-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2006, I have caused the foregoing to be served by Hand Delivery and Electronic Mail which has also been filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Carmella P. Keener
Rosenthal, Monhait & Goddess
919 Market Street, Suite 1401
Wilmington, DE 19801

Robert K. Payson
John E. James
Potter Anderson & Corroon LLP
1313 North Market Street, Hercules Plaza
Wilmington, DE 19801

I hereby certify that on July 28 2006, I have sent by Federal Express and Electronic Mail the foregoing document(s) to the following non-registered participants:

Neil Mara
Todd S. Collins
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Michael J. Chepiga
Theodore J. McEvoy
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

/s/ Alyssa M. Schwartz
Alyssa M. Schwartz (#4351)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
schwartz@rlf.com

RLF1-2851933-2