IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ADAMS GOLF, INC., <br> SECURITIES LITIGATION | § <br> §    CIVIL ACTION NO. 99-371-KAJ <br> §    (CONSOLIDATED) <br> § <br> § |

## ADAMS GOLF DEFENDANTS' NOTICE OF DEPOSITIONS

TO:    ALL COUNSEL ON THE ACCOMPANYING SERVICE LIST

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, the Adams Golf Defendants, by and through their attorneys, Akin Gump Strauss Hauer & Feld LLP, will take the following depositions, upon oral examination for the purposes of discovery, before a Notary Public or some other officer authorized to administer oaths, on the dates and times and at the places set forth below, or at such other time as the parties may agree, commencing at 9:30 a.m., and to continue from day to day until completed. The depositions shall be transcribed stenographically:

| **Deponent** | **Place** | **Date/Time** <br> **Method of Recording** |
|---|---|---|
| Christiana Ochoa <br> c/o Berger & Montague <br> 1622 Locust Street <br> Philadelphia, PA 19103 | Westin O'Hare Hotel <br> 6100 North River Road <br> Rosemont, Illinois 60018 | August 4, 2006, 9:30 a.m. <br> Stenographic |
| Alan Miller <br> c/o Berger & Montague <br> 1622 Locust Street <br> Philadelphia, PA 19103 | Akin Gump Strauss Hauer & Feld LLP <br> 590 Madison Avenue <br> New York, NY 10022 | August 11, 2006, 9:30 a.m. <br> Stenographic |

| **Deponent** | **Place** | **Date/Time**<br>**Method of Recording** |
|---|---|---|
| Jill Fisch<br>c/o Berger & Montague<br>1622 Locust Street<br>Philadelphia, PA 19103 | Akin Gump Strauss Hauer & Feld LLP<br>590 Madison Avenue<br>New York, NY 10022 | August 18, 2006, 9:30 a.m.<br>Stenographic |

OF COUNSEL:
Paul R. Bessette
Jennifer R. Brannen
Michelle A. Reed
Laura Moriaty
Akin Gump Strauss Hauer & Feld LLP
300 West 6th Street, Suite 2100
Austin, TX 78701

/s/ Jeffrey L. Moyer
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants Adams Golf, Inc.,
B.H. Adams, Richard H. Murtland, Darl P.
Hatfield, Paul F. Brown, Jr., Roland E. Casati,
Finis F. Conner, and Stephen R. Patchin

Dated: August 3, 2006

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2006, I have caused the foregoing Notice of Service to be served by Hand Delivery and Electronic Mail which has also been filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Carmella P. Keener
Rosenthal, Monhait & Goddess
919 Market Street, Suite 1401
Wilmington, DE 19801

Robert K. Payson
John E. James
Potter Anderson & Corroon LLP
1313 North Market Street, Hercules Plaza
Wilmington, DE 19801

I hereby certify that on August 3, 2006, I have sent by Federal Express and Electronic Mail the foregoing document(s) to the following non-registered participants:

Neil Mara
Todd S. Collins
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Michael J. Chepiga
Theodore J. McEvoy
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

Jeffrey L. Moyer (#3309)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
moyer@rlf.com

RLF1-3044572-1