IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
IN RE ADAMS GOLF, INC.                    :
SECURITIES LITIGATION                     :    CONSOLIDATED C.A. NO. 99-371 (KAJ)
--------------------------------------------------------- x

## PLAINTIFFS' NOTICE OF DEPOSITIONS

TO:   ALL COUNSEL ON THE ACCOMPANYING SERVICE LIST

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Plaintiffs, by and through their attorneys, Berger & Montague, P.C. and Rosenthal, Monhait & Goddess, P.A., will take the following depositions, upon oral examination for the purposes of discovery, before a Notary Public or some other officer authorized to administer oaths, on the dates and times and at the places set forth below, or at such other time as the parties may agree, commencing at 9:30 a.m., and to continue from day to day until completed. The depositions shall be transcribed stenographically. You are invited to attend and cross-examine.

| **DEPONENT** | **PLACE** | **DATE/TIME** |
| --- | --- | --- |
| Charles Sjoquist | Akin Gump Strauss Hauer & Feld LLP<br>590 Madison Avenue<br>New York, NY 10022 | 08/08/2006, 10:30a.m. |
| Gary L. Frazier | Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 | 08/09/2006, 10:30a.m. |
| Christopher James | Akin Gump Strauss Hauer & Feld LLP<br>590 Madison Avenue<br>New York, NY 10022 | 08/10/2006, 9:30a.m. |
| David Washburn | Akin Gump Strauss Hauer & Feld LLP<br>1700 Pacific Avenue, Suite 4100<br>Dallas, TX 75201 | 08/16/2006, 10:00a.m. |

| | | |
|---|---|---|
| Dallas Rainwater | Akin Gump Strauss Hauer & Feld LLP<br>1700 Pacific Avenue, Suite 4100<br>Dallas, TX 75201 | 08/17/2006, 9:00a.m. |

ROSENTHAL, MONHAIT & GODDESS, P.A.
 & GODDESS, P.A.

By: /s/ Carmella P. Keener

LEAD COUNSEL:　　　　　　　　　　Carmella P. Keener (DSBA #2810)
BERGER & MONTAGUE, P.C.　　　　919 Market Street, Suite 1401
Todd Collins, Esq.　　　　　　　　　Wilmington, DE 19801
1622 Locust Street　　　　　　　　　(302) 656-4433
Philadelphia, PA. 19103　　　　　　　ckeener@rmgglaw.com
(215)875-3000　　　　　　　　　　　Liaison Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 7th day of August, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

> Jeffrey L. Moyer, Esq.
> Alyssa M. Schwartz, Esq.
> Richards, Layton & Finger
> One Rodney Square
> P.O. Box 551
> Wilmington, DE. 19899
>
> John E. James, Esq.
> Brian C. Ralston, Esq.
> Potter, Anderson & Corroon, LLP
> 1313 N. Market Street, Hercules Plaza
> 6th Floor
> Wilmington, DE. 19899

In addition, undersigned counsel has caused a copy of the foregoing document to be delivered to the below listed counsel via electronic mail:

> Theodore McEvoy, Esquire (tmcevoy@stblaw.com)
> Elaine Divelbliss, Esquire (edivelbliss@stblaw.com)
> Michael J. Chepiga, Esquire (mchepiga@stblaw.com)
> Paul R. Bessette, Esquire (pbessette@akingump.com)
> Jennifer R. Brannen, Esquire (jbrannen@akingump.com)

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com