UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ADAMS GOLF, INC. SECURITIES LITIGATION | : CONSOLIDATED<br>: C.A. NO. 99-371 KAJ |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that she caused copies of the following documents:

1. This Notice of Service;

2. Plaintiffs' Amended Responses and Objections to Underwriter Defendants' First Set of Interrogatories to Class Representatives;

3. Plaintiffs' Amended Responses and Objections to Defendant Adams Golf's Third Set of Interrogatories to Class Representatives;

4. Plaintiffs' Amended Answers and Objections to Defendant Adams Golf's Fourth Set of Interrogatories to Class Representatives; and

5. Plaintiffs' Amended Responses to Adams Golf Defendants' First Request for Admissions to Plaintiffs

to be served on August 7, 2006, by hand delivery upon the following:

Jeffrey L. Moyer, Esquire
Alyssa M. Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

John E. James, Esquire
Brian C. Ralston, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

and by electronic mail upon the following:

    Theodore McEvoy, Esquire (tmcevoy@stblaw.com)
    Elaine Divelbliss, Esquire (edivelbliss@stblaw.com)
    Michael J. Chepiga, Esquire (mchepiga@stblaw.com)
    Paul R. Bessette, Esquire (pbessette@akingump.com)
    Jennifer R. Brannen, Esquire (jbrannen@akingump.com)

                                          ROSENTHAL, MONHAIT & GODDESS, P.A.

                                          By: /s/ Carmella P. Keener
                                          Carmella P. Keener (DSBA No. 2810)
                                          919 Market Street, Suite 1401
                                          Citizens Bank Building
                                          Wilmington, DE 19899-1070
                                          (302) 656-4433
                                          ckeener@rmgglaw.com

                                          *Delaware Liaison Counsel for Plaintiffs*