UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| IN RE: ADAMS GOLF, INC., | § | CIVIL ACTION NO. 99-371-KAJ |
| SECURITIES LITIGATION | § | (CONSOLIDATED) |
| | § | |

## ADAMS GOLF DEFENDANTS'
## MOTION TO EXCEED PAGE LIMITATION

Defendants Adams Golf, Inc., B.H. (Barney) Adams, Darl P. Hatfield, Richard H. Murtland, Paul F. Brown, Jr., Roland E. Casati, Finis F. Conner and Stephen R. Patchin (collectively, the "Adams Golf Defendants") submit this Motion pursuant to Local Rule 7.13(a)(4) to exceed the 40-page limit in the submission of its summary judgment motion. The Adams Golf Defendants seek to extend the page limit to 65 pages.

The additional pages are requested because plaintiffs have asserted two claims under section 11 (i.e., that risks related to alleged gray marketing and alleged questionable sales practices were omitted from the registration statement and the prospectus). In addition, the Adams Golf Defendants will present at least two affirmative defenses. There is a substantial amount of evidence for the Court to consider on these issues. Plaintiffs deposed 26 fact witnesses, 14 expert reports were exchanged, and 8 experts were deposed. The additional pages are necessary to fully present the issues related to each of plaintiffs' claims and to address the affirmative defenses.

Pursuant to Local Rule 7.1.1, counsel for the Adams Golf Defendants, on August 24, 2006, discussed this Motion with opposing counsel who have indicated that they consent to this Motion. Counsel for the Adams Golf Defendants also consulted with the Underwriter Defendants who have indicated that they consent to this Motion.

Accordingly, the Adams Golf Defendants respectfully request that this Motion be granted and that the Court extend the page limit for the Adams Golf Defendants' summary judgment motion to 65 pages.

*[signature]*

Jeffrey L. Moyer (#3309)
moyer@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

Of Counsel:
Paul R. Bessette
Jennifer R. Brannen
Michelle A. Reed
Laura L. Moriaty
Akin Gump Strauss Hauer & Feld LLP
300 West 6th Street, Suite 2100
Austin, Texas 78701

Attorneys for Defendants Adams Golf, Inc., B.H. Adams, Richard H. Murtland, Darl P. Hatfield, Paul F. Brown, Jr., Roland E. Casati, Finis F. Conner, and Stephen R. Patchin

Dated: August 24, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2006, I have caused the foregoing to be served by Hand Delivery which has also been filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Carmella P. Keener
Rosenthal, Monhait, Gross & Goddess
919 Market Street, Suite 1401
Wilmington, Delaware 19801

Robert K. Payson
John E. James
Potter Anderson & Corroon LLP
1313 North Market Street, Hercules Plaza
Wilmington, Delaware 19801

I hereby certify that on August 24, 2006, I have sent by Federal Express the foregoing document(s) to the following non-registered participants:

Neil Mara
Todd S. Collins
Berger & Montague, PC
1622 Locust Street
Philadelphia, Pennsylvania 19103

Michael J. Chepiga
Theodore J. McEvoy
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, New York 10017

Alyssa M. Schwartz (#4351)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
schwartz@rlf.com

RLF1-3051655-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| IN RE: ADAMS GOLF, INC., | § | CIVIL ACTION NO. 99-371-KAJ |
| SECURITIES LITIGATION | § | (CONSOLIDATED) |
| | § | |

**[PROPOSED] ORDER ON ADAMS GOLF DEFENDANTS'**
**MOTION TO EXCEED PAGE LIMITATION**

The Court having considered the Adams Golf Defendants' Motion for an Order granting it leave to file a summary judgment motion exceeding the page limitations set forth in District of Delaware Local Rule 7.1.3(a)(4), and good cause having been shown,

NOW, THEREFORE, IT IS HERBY ORDERED, this ___ day of _____, 2006, that the Adams Golf Defendants' Motion is granted, and the Adams Golf Defendants shall be permitted to file a summary judgment motion not to exceed 65 pages.

_____
UNITED STATES DISTRICT JUDGE

RLF1-3051655-1