FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 AUG 25  AM 9: 55

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| IN RE: ADAMS GOLF, INC., | § | CIVIL ACTION NO. 99-371-KAJ |
| SECURITIES LITIGATION | § | (CONSOLIDATED) |
| | § | |

## [PROPOSED] ORDER ON ADAMS GOLF DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION

The Court having considered the Adams Golf Defendants' Motion for an Order granting it leave to file a summary judgment motion exceeding the page limitations set forth in District of Delaware Local Rule 7.1.3(a)(4), and good cause having been shown,

NOW, THEREFORE, IT IS HERBY ORDERED, this 25th day of Aug., 2006, that the Adams Golf Defendants' Motion is granted, and the Adams Golf Defendants shall be permitted to file a summary judgment motion not to exceed 65 pages.

_____
UNITED STATES DISTRICT JUDGE

RLF1-3051655-1