ROSENTHAL, MONHAIT & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

September 8, 2006

**VIA ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 N. King Street, Room 6325
Lockbox 10
Wilmington, DE 19801

Re: **Adams Golf Securities Litigation, C.A. No. 99-371 KAJ**

Dear Judge Jordan:

I am writing on behalf of the plaintiffs to request a one-business day extension of the deadlines set forth in the Court's May 16, 2006 Amended Scheduling Order (paragraph 2) for the filing of case dispositive motions, *Daubert* motions, briefs and affidavits. The Amended Scheduling Order sets today as a deadline for opening submissions, but plaintiffs require a one-day extension as to one of their motions. Because of the inter-related nature of many of the motions that plaintiffs anticipate will be filed, we respectfully submit that it is both logical and fair to extend the deadline for all motions by one day

I am authorized to represent that defendants' counsel do not oppose this request.

The Honorable Kent A. Jordan
September 8, 2006
Page 2

After consultation with Mr. Cruikshank, I have enclosed a proposed form of Order extending the deadlines for all briefing by one business day. If the Order is satisfactory, I would respectfully request that a member of Your Honor's staff advise me of the disposition of this issue.

    Respectfully,

    /s/ Carmella P. Keener

    Carmella P. Keener (DSBA No. 2810)
    ROSENTHAL, MONHAIT & GODDESS, P.A.
    919 N. Market Street, Suite 1401
    P.O. Box 1070
    Wilmington, DE 19899-1070
    (302) 656-4433
    ckeener@rmgglaw.com
    *Attorneys for Plaintiffs*

CPK/jls

cc:    Jeffrey L. Moyer, Esquire (via CM/ECF)
       Alyssa M. Schwartz, Esquire (via CM/ECF)
       John E. James, Esquire (via CM/ECF)
       Brian C. Ralston, Esquire (via CM/ECF)
       Donald Lewis, Esquire (via CM/ECF)
       Elizabeth Fox, Esquire (via email)
       Juli Desper, Esquire (via CM/ECF)
       Neil Mara, Esquire (via CM/ECF)
       Todd S. Collins, Esquire (via CM/ECF)