UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| IN RE: ADAMS GOLF, INC., | § | CIVIL ACTION NO. 99-371-KAJ |
| SECURITIES LITIGATION | § | (CONSOLIDATED) |
| | § | |

## ADAMS GOLF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Adams Golf, Inc., B.H. (Barney) Adams, Darl P. Hatfield, Richard H. Murtland, Paul F. Brown, Jr., Roland E. Casati, Finis F. Conner and Stephen R. Patchin (collectively, the "Adams Golf Defendants"), pursuant to Fed. R. Civ. P. 56, move for summary judgment (the "Motion") on all claims asserted against them. In support of this Motion, the Adams Golf Defendants have simultaneously filed their Opening Brief in Support of Their Motion for Summary Judgment, the Declaration of Jennifer R. Brannen, Esq., Affidavit of Darl P. Hatfield, Affidavit of Roland E. Casati, Affidavit of Richard H. Murtland, Adams Golf Defendants' Motion To Exclude the Expert Testimony of R. Alan Miller and Memorandum in support thereof, and Defendants' Motion To Exclude the Expert Testimony of Christiana Ochoa and Memorandum in support thereof.

Of Counsel:
Paul R. Bessette
Jennifer R. Brannen
Michelle A. Reed
Laura Moriaty
Akin Gump Strauss Hauer & Feld LLP
300 West 6th Street, Suite 2100
Austin, Texas 78701

Dated: September 11, 2006

/s/ Jeffrey L. Moyer
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

Attorneys for Defendants Adams Golf, Inc., B.H. Adams, Richard H. Murtland, Darl P. Hatfield, Paul F. Brown, Jr., Roland E. Casati, Finis F. Conner, and Stephen R. Patchin

RLF1-3056559-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ADAMS GOLF, INC., SECURITIES LITIGATION | § § § § | CIVIL ACTION NO. 99-371-KAJ (CONSOLIDATED) |

**[PROPOSED] ORDER ON ADAMS GOLF DEFENDANTS' MOTION TO FOR SUMMARY JUDGMENT**

The Court having considered the Adams Golf Defendants' Motion for Summary Judgment and all briefing and argument thereon, and good cause having been shown,

IT IS HEREBY ORDERED this _____ day of _____, 2006 that the Motion is GRANTED.

_____
**UNITED STATES DISTRICT JUDGE**

RLF1-3056559-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2006, I have caused the foregoing to be served by Hand Delivery and Electronic Mail which has also been filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Carmella P. Keener
Rosenthal, Monhait & Goddess
919 Market Street, Suite 1401
Wilmington, DE 19801

Robert K. Payson
John E. James
Potter Anderson & Corroon LLP
1313 North Market Street, Hercules Plaza
Wilmington, DE 19801

I hereby certify that on September 11, 2006, I have sent by Federal Express and Electronic Mail the foregoing document(s) to the following non-registered participants:

Neil Mara
Todd S. Collins
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Michael J. Chepiga
Theodore J. McEvoy
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

Alyssa M. Schwartz (#4351)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
schwartz@rlf.com