UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ADAMS GOLF, INC., SECURITIES LITIGATION | § § § § | CIVIL ACTION NO. 99-371-KAJ (CONSOLIDATED) |

### AFFIDAVIT OF ROLAND E. CASATI

STATE OF MONTANA     §
                     §
COUNTY OF RAVALLI    §

1. My name is Roland E. Casati. I am over the age of twenty-one and am competent to make this affidavit. All facts in this affidavit are stated based on my personal knowledge.

2. I was a director of Adams Golf from November 1995 to December 1999.

3. I was aware from discussions with Barney Adams before the IPO that Costco had obtained clubs that were purported to be Adams Golf's Tight Lies.

4. I reviewed drafts of the Adams Golf Prospectus, including the Risk Factors section of the Prospectus, before the Registration Statement went effective. I regularly attended Board of Directors meetings and reviewed the Company's financial statements.

5. The members of Adams Golf's Board of Directors met and discussed the Prospectus and had the opportunity to ask and did ask management whatever questions we had about the contents of the Prospectus before the IPO. I participated in these meetings. I relied on management to keep me abreast of key issues. I relied on KPMG for their expertise in preparing financial statements. In addition, I felt reassured that the experienced team of underwriters, their counsel, and the Company's counsel who worked on the IPO appropriately examined the Company's business in the course of the due-diligence process.

6. My understanding from the pre-IPO board meetings is that management discussed all the issues related to Adams Golf's business with the underwriters, their counsel, and the Company's counsel before the IPO. Gray marketing was one of many business issues the Company was dealing with.

7. I did not believe at the time of the IPO that gray marketing was a material risk or that it should be included in the Prospectus as a specific risk factor. I believed at the time of the IPO that the Registration Statement and Prospectus were true and complete.

Further, affiant sayeth not.

_____
Roland E. Casati


SUBSCRIBED and SWORN TO BEFORE ME, the undersigned notary public, on this the 3 day of September, 2006.

_____
Notary Public in and for the State of Montana
My Commission expires: 1/6/2008

#5940720                                        2

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2006, I have caused the foregoing to be served by Hand Delivery and Electronic Mail which has also been filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Carmella P. Keener
Rosenthal, Monhait & Goddess
919 Market Street, Suite 1401
Wilmington, DE 19801

Robert K. Payson
John E. James
Potter Anderson & Corroon LLP
1313 North Market Street, Hercules Plaza
Wilmington, DE 19801

I hereby certify that on September 11, 2006, I have sent by Federal Express and Electronic Mail the foregoing document(s) to the following non-registered participants:

Neil Mara
Todd S. Collins
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Michael J. Chepiga
Theodore J. McEvoy
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

/s/ Alyssa M. Schwartz
Alyssa M. Schwartz (#4351)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
schwartz@rlf.com

RLF1-2851933-2