# FILED UNDER SEAL

RLF1-2920702-1