IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| IN RE: ADAMS GOLF, INC., | § | CIVIL ACTION NO. 99-371-KAJ |
| SECURITIES LITIGATION | § | (CONSOLIDATED) |
| | § | |

## DEFENDANTS' MOTION TO EXCLUDE
## THE EXPERT TESTIMONY OF CHRISTIANA OCHOA

Defendants Adams Golf, Inc., B.H. Adams, Richard H. Murtland, Darl P. Hatfield, Paul F. Brown, Jr., Roland E. Casati, Finis F. Conner, Stephen R. Patchin, Lehman Brothers, Inc., Banc of America Securities LLC and Ferris Baker Watts, Inc. (collectively, "Defendants") hereby respectfully move *in limine* for an order excluding the expert testimony of Christiana Ochoa. The grounds for this motion are set forth in Defendants' supporting brief and the accompanying declaration of Jennifer R. Brannen, which are being served and filed contemporaneously herewith.

Pursuant to Local Rule 7.1.4, Defendants respectfully request oral argument on this motion.

Pursuant to Local Rule 7.1.1, Plaintiffs oppose this motion.

/s/ Jeffrey L. Moyer
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

Of Counsel:
Paul R. Bessette
Jennifer R. Brannen
Michelle A. Reed
Laura Moriaty
Akin Gump Strauss Hauer & Feld LLP
300 West 6th Street, Suite 2100
Austin, Texas 78701

Dated: September 11, 2006

On Behalf of All Defendants

RLF1-3056542-1

CERTIFICATION PURSUANT TO
DISTRICT OF DELAWARE LOCAL RULE 7.1.1

Counsel for defendants Adams Golf, Inc., B.H. (Barney) Adams, Darl P. Hatfield, Richard H. Murtland, Paul F. Brown, Roland E. Casati, Finis F. Conner, Stephen R. Patchin, Lehman Brothers, Inc., Banc of America Securities LLC and Ferris Baker Watts, Inc. consulted with counsel for the plaintiffs pursuant to District of Delaware Local Rule 7.1.1 and determined that plaintiffs do not consent to the relief sought in the attached motion.

Alyssa M. Schwartz (#4351)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ADAMS GOLF, INC., SECURITIES LITIGATION | § § § § | CIVIL ACTION NO. 99-371-KAJ (CONSOLIDATED) |

### [PROPOSED] ORDER ON DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF CHRISTIANA OCHOA

The Court having considered Defendants' Motion to Exclude the Expert Testimony of Christiana Ochoa and all briefing and any argument thereon, good cause having been shown,

NOW, THEREFORE, IT IS HERBY ORDERED, this ___ day of _____, 2006, that the Defendants' Motion is granted, and the testimony of Christiana Ochoa is excluded.

_____
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2006, I have caused the foregoing to be served by Hand Delivery and Electronic Mail which has also been filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Carmella P. Keener
Rosenthal, Monhait & Goddess
919 Market Street, Suite 1401
Wilmington, DE 19801

Robert K. Payson
John E. James
Potter Anderson & Corroon LLP
1313 North Market Street, Hercules Plaza
Wilmington, DE 19801

I hereby certify that on September 11, 2006, I have sent by Federal Express and Electronic Mail the foregoing document(s) to the following non-registered participants:

Neil Mara
Todd S. Collins
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Michael J. Chepiga
Theodore J. McEvoy
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

Alyssa M. Schwartz (#4351)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
schwartz@rlf.com