# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: ADAMS GOLF, INC. )<br>SECURITIES LITIGATION ) | Civil Action No. 99-371-KAJ<br>(Consolidated) |

## UNDERWRITER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Underwriter Defendants hereby move this Honorable Court, pursuant to Federal Rule of Civil Procedure 56, for summary judgment with respect to the claims asserted against Underwriter Defendants by Plaintiffs. Counsel for Underwriter Defendants hereby certify that no genuine issues of material fact exist with regard to the facts presented in support of this motion. Those facts and the specific reasons supporting the Underwriter Defendants' motion are set forth in the Opening Brief In Support of Underwriter Defendants' Motion For Summary Judgment, which is being filed contemporaneously herewith.

| *Of Counsel:* | POTTER ANDERSON & CORROON LLP |
|---|---|
| Michael J. Chepiga<br>Paul C. Gluckow<br>Theodore J. McEvoy<br>Ryan A. Kane<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954<br>Telephone: (212) 455-2831<br>Facsimile: (212) 455-2502 | By:   */s/ John E. James*<br>    Robert K. Payson (No. 274)<br>    John E. James (No. 996)<br>    Hercules Plaza – Sixth Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Telephone: (302) 984-6000<br>    Facsimile: (302) 658-1192<br><br>*Attorneys for Underwriter Defendants* |

Dated: September 11, 2006
749622/23310

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that on September 11, 2006, the within document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following attorneys of record stating that the document is available for viewing and downloading from CM/ECF:

>Carmella P. Keener, Esquire
>Rosenthal Monhait Gross & Goddess, P.A.
>919 Market Street, Suite 1401
>Wilmington, DE  19801

>Alyssa Schwartz, Esquire
>Richards Layton & Finger
>One Rodney Square
>Wilmington, DE  19801

>*/s/ John E. James*
>John E. James (No. 996)
>Potter Anderson & Corroon LLP
>Hercules Plaza – Sixth Floor
>1313 North Market Street
>Wilmington, DE  19801
>Telephone:  (302) 984-6000
>E-mail:  jjames@potteranderson.com

749622/23310