UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ADAMS GOLF, INC. SECURITIES LITIGATION | ) ) ) ) | Civil Action No. 99-371-KAJ (CONSOLIDATED) |

**ORDER ON UNDERWRITER DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

The Underwriter Defendants' Motion for Summary Judgment, having been presented to and considered by the Court,

IT IS HERBY ORDERED, this ___ day of _____, 2006, that the Underwriter Defendants' Motion is GRANTED.

_____
Judge Kent A. Jordan

749409/23310