UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE ADAMS GOLF, INC. | : | CONSOLIDATED |
| SECURITIES LITIGATION | : | C.A. NO. 99-371 KAJ |

**[PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF EDWARD LYNCH, C.P.A. AND STEPHEN GRACE, M.B.A., PH.D.**

THIS COURT having considered Plaintiffs' Motion to Exclude Testimony of Edward Lynch, C.P.A. and Stephen Grace, M.B.A., Ph.D., and all submissions in connection therewith,

IT IS HEREBY ORDERED this _____ day of _____, 200__, that

Plaintiff's Motion is GRANTED.

_____
U.S.D.J.