IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ADAMS GOLF, INC.<br>SECURITIES LITIGATION | )<br>) Civil Action No. 99-371-KAJ<br>) (CONSOLIDATED)<br>) |

**APPENDIX TO UNDERWRITER DEFENDANTS' OPENING BRIEF
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

OF COUNSEL:

Michael J. Chepiga
Paul C. Gluckow
Theodore J. McEvoy
Ryan A. Kane
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954
Tel.  (212) 455-2831
Fax  (212) 455-2502

Robert K. Payson (No. 274)
John E. James (No. 996)
POTTER ANDERSON & CORROON LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
E-Mail: rpayson@potteranderson.com
E-Mail: jjames@potteranderson.com

*Attorneys for Underwriter Defendants*

Dated:  September 11, 2006
749313/23310

# Table of Contents

## Volume I of IV

Prospectus for Callaway Golf Co., dated February 27, 1992 ................................... A1

Article from Strictly Business: "Infomercial Sends Tight Lies Sales Soaring," dated August 30, 1997 ................................................................................................ A54

Adams Golf Business Plan, dated December, 1997 .................................................. A56

Article from INC.: "Changing Course," dated 1997 .................................................. A86

Article from Strictly Business: "A quick round with…Barney Adams: Keeping his focus on the future," dated February 21, 1998 ..................................................... A87

Financial Review, dated February 28, 1998 ............................................................... A90

Fax from Lehman Brothers, dated March 19, 1998 ................................................... A104

Email and attached IPO Organizational Meeting for March 24, 1998, dated March 20, 1998 ............................................................................................... A105

Meeting Attendees, dated March 24, 1998 ................................................................. A131

Organizational Meeting notes, dated March 24, 1998 ................................................ A133

Financial Presentation, dated March 24, 1998 ........................................................... A143

Revenue Breakdown by Geographic Area, through March, 1998 .............................. A162

Memorandum from Holderman to Mehta, dated April 1, 1998 ................................. A215

Fax re Top 10 Customer List, dated April 1, 1998 .................................................... A249

Revenue Breakdown Charts, dated April 5, 1998 ...................................................... A252

Letter from Cooley Godward re due diligence materials, dated April 8, 1998 ......... A259

Letter from Cooley Godward re second shipment of due diligence materials, dated April 8, 1998 ..................................................................................................... A264

## Volume II of IV

Fax from Lehman Brothers, dated April 8, 1998 ........................................................ A269

Meeting Agenda, dated April 13, 1998 .................................................................... A275

Financial Projections, dated April 13, 1998 ............................................................. A277

Fax cover sheet and letter from McKenzie to Adams Golf, dated April 13, 1998    A290

Fax from Lehman Brothers, April 16, 1998 .............................................................. A292

Handwritten notes by Chris Beebe, dated April 20, 1998 ........................................ A297

Due Diligence Questionnaire for Golf Day, dated April 20, 1998 ........................... A299

Due Diligence Questionnaire for Family Golf Center, dated April 20, 1998 ........... A303

Due Diligence Questionnaire for Edwin Watts, dated April 21, 1998 ..................... A309

Letter from Cooley Godward re third shipment of due diligence materials,
dated April 22, 1998 ................................................................................................ A312

Letter from Cooley Godward re fourth shipment of due diligence materials,
dated April 23, 1998 ................................................................................................ A316

Letter from Cooley Godward re fifth shipment of due diligence materials,
dated April 24, 1998 ................................................................................................ A318

Commitment Committee Memorandum, dated April 28, 1998 ................................ A320

Notes by Chris Beebe, dated April 28, 1998 ............................................................ A430

Customer Due Diligence Questionnaire of Pete Carlson's Golf & Tennis,
dated April 28, 1998 ................................................................................................ A436

Customer Due Diligence Questionnaire of Dick's Sporting Goods,
dated April 29, 1998 ................................................................................................ A440

Letter from Arter & Hadden to SEC, dated May 4, 1998 ......................................... A444

E-mail from Lantier re: Gonsalves interview, dated May 15, 1998 ......................... A446

Customer Due Diligence Questionnaire of Chun Shin Corporation,
dated May 21, 1998 ................................................................................................. A447

Customer Due Diligence Questionnaire of Somerton Springs, Inc., dated May 21, 1998 .................................................................................................. A451

E-mail attaching earnings forecast, dated May 26, 1998 ........................................... A455

Nationsbanc memorandum including earnings forecast, dated May 26, 1998 ........... A458

Roadshow Presentation ................................................................................................ A471

Comment letter from SEC, dated June 6, 1998 .......................................................... A510

Response letter from Arter & Hadden to SEC, dated June 10, 1998 .......................... A519

**Volume III of IV**

Working Group List, dated June 9, 1998 .................................................................... A549

Memorandum from Hoffman to File re: oral comments from SEC, dated June 25, 1998 .................................................................................................... A563

Letter from Arter & Hadden to SEC, dated July 6, 1998 ........................................... A564

Handwritten notes re: bringdown due diligence, dated July 9, 1998 ......................... A567

Prospectus for Adams Golf, Inc., dated July 9, 1998 .................................................. A569

Underwriting Agreement, dated July 9, 1998 ............................................................. A644

SEC Order declaring Registration Statement Effective, dated July 9, 1998 ............. A681

KPMG, Inc. Comfort letter to Underwriters, dated July 10, 1998 ............................ A682

Memorandum from Lehman Brothers re Summary of Due Diligence, dated July 14, 1998 .................................................................................................... A712

Certificate of CEO and CFO of Adams Golf, Inc., dated July 15, 1998 ................... A716

Letter from KPMG to Board of Directors of Adams Golf, Inc. and Underwriters, dated July 15, 1998 .................................................................................................... A718

Adams Golf Press Release: "Adams Golf Reports Second Quarter Sales and Earnings," dated July 22, 1998 ................................................................................... A719

Lehman Research Report on Adams Golf, dated August 4, 1998 ............................. A720

Nationsbanc Montgomery Securities Research Report on Adams Golf,
dated August 4, 1998 .................................................................................... A728

Form 10-Q Report for Period Ending 6/30/98, dated August 6, 1998 ...................... A744

Ferris Baker Watts' Equity Research Report re: Adams Golf,
dated August 12, 1998 .................................................................................. A764

Memorandum from Barney Adams re 4th Quarter, dated October 8, 1998 ............... A788

Memorandum from Barney Adams re 4th Quarter, dated October 13, 1998 ............. A789

Press Release: "Adams Golf Reports Third Quarter Operating Results,"
dated October 22, 1998 ................................................................................ A804

Form 10-Q Report for Period Ending 9/30/98, dated November 12, 1998 ............... A807

## Volume IV of IV

Form 10-K Annual Report for Period Ending 12/31/98, dated March 29, 1999 ....... A827

Fax and attachments from Costco to Keller Rohrback, dated July 14, 2005 ............ A926

Excerpts from the May 11, 2006 deposition of Patty Walsh ..................................... A931

Excerpts from the May 17, 2006 deposition of Olga Pulido-Crowe ......................... A935

Excerpts from the June 5, 2006 deposition of Brian Lantier .................................... A1001

Excerpts from the June 6, 2006 deposition of Marc Gonsalves ............................... A1017

Excerpts from the June 7, 2006 deposition of Joseph Teklits .................................. A1021

Excerpts from the June 9, 2006 deposition of Bernard Picchi ................................. A1034

Excerpts from the June 22, 2006 deposition of Barney Adams ............................... A1039

Expert Report of Edward Necarsulmer III, dated July 12, 2006 .............................. A1045

Rebuttal Expert Report of Gary L. Frazier, dated July 28, 2006 ............................. A1053

Excerpts from the August 16, 2006 deposition of David Washburn ........................ A1102

Plaintiffs' Amended and Supplemented Responses to Adams Golf Defendants'
First Request for Admissions to Plaintiffs, dated August 24, 2006 ......................... A1107

Affidavit of Olga A. Pulido-Crowe, dated September 6, 2006 ................................ A1129

Fax from Chris Beebe to B. Adams, M. Gonsalves, M. Puglielli,
dated May 29, 1998 ....................................................................................................... A1131

**Unreported Cases:**

*Competitive Assocs., Inc. v. International Health Sciences, Inc.,*
72 Civ. 1848-CLB, 1975 WL 349 (S.D.N.Y. Jan. 22, 1975) ..................................... A1132

*In re International Rectifier Sec. Lit.,*
No. CV91-3357-RMT (BQRX), 1997 WL 529600 (C.D. Cal. Mar. 31, 1997) ......... A1152

*Picard Chemical Inc. v. Perrigo Co.,,*
No. 1:95-CV-141, 1:95-CV-290, 1998 WL 513091 (W.D. Mich. June 15, 1998) ... A1163

*Weinberger v. Jackson,*
No. C-89-2301-CAL, 1990 WL 260676 (N.D. Cal. Oct. 11, 1990) .......................... A1180

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## **CERTIFICATE OF SERVICE**

      I, John E. James, hereby certify that on September 11, 2006, the within document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following attorneys of record stating that the document is available for viewing and downloading from CM/ECF:

      Carmella P. Keener, Esquire
      Rosenthal Monhait Gross & Goddess, P.A.
      919 Market Street, Suite 1401
      Wilmington, DE  19801

      Alyssa Schwartz, Esquire
      Richards Layton & Finger
      One Rodney Square
      Wilmington, DE  19801

      */s/ John E. James*
      John E. James (No. 996)
      Potter Anderson & Corroon LLP
      Hercules Plaza – Sixth Floor
      1313 North Market Street
      Wilmington, DE  19801
      Telephone:  (302) 984-6000
      E-mail:  jjames@potteranderson.com

749313/23310