IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ADAMS GOLF, INC.<br>SECURITIES LITIGATION | ) <br> ) Civil Action No. 99-371-KAJ <br> ) (CONSOLIDATED) <br> ) |

**UNDERWRITER DEFENDANTS'**
**MOTION TO EXCLUDE EXPERT OPINION OF R. ALAN MILLER**

The Underwriter Defendants hereby move this Honorable Court, pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) and Federal Rule of Evidence 702, to exclude the expert opinion testimony of R. Allan Miller concerning the due diligence performed by the Underwriter Defendants. The facts and the specific reasons supporting the Underwriter Defendants' motion are set forth in the Opening Brief In Support of Underwriter Defendants' Motion To Exclude Expert Opinion of R. Alan Miller, which is being filed contemporaneously herewith.

*Of Counsel*:

Michael J. Chepiga
Paul C. Gluckow
Theodore J. McEvoy
Ryan A. Kane
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY  10017-3954
Telephone:  (212) 455-2831
Facsimile:  (212) 455-2502

Dated:  September 11, 2006
749445/23310

POTTER ANDERSON & CORROON LLP


By:  ___/s/ John E. James___
   Robert K. Payson (No. 274)
   John E. James (No. 996)
   Hercules Plaza – Sixth Floor
   1313 N. Market Street
   Wilmington, DE  19801
   Telephone:  (302) 984-6000
   Facsimile:   (302) 658-1192

*Attorneys for Underwriter Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that on September 11, 2006, the within document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following attorneys of record stating that the document is available for viewing and downloading from CM/ECF:

>Carmella P. Keener, Esquire
>Rosenthal Monhait Gross & Goddess, P.A.
>919 Market Street, Suite 1401
>Wilmington, DE 19801
>
>Alyssa Schwartz, Esquire
>Richards Layton & Finger
>One Rodney Square
>Wilmington, DE 19801

>*/s/ John E. James*
>John E. James (No. 996)
>Potter Anderson & Corroon LLP
>Hercules Plaza – Sixth Floor
>1313 North Market Street
>Wilmington, DE 19801
>Telephone: (302) 984-6000
>E-mail: jjames@potteranderson.com

749445/23310