UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ADAMS GOLF, INC. ) | Civil Action No. 99-371-KAJ |
| SECURITIES LITIGATION ) | (CONSOLIDATED) |
| ) | |

ORDER ON UNDERWRITER DEFENDANTS'
MOTION TO EXCLUDE EXPERT OPINION OF R. ALAN MILLER

The Underwriter Defendants' Motion To Exclude Expert Opinion Of R. Alan Miller, having been presented to and considered by the Court,

IT IS HERBY ORDERED, this ___ day of _____, 2006, that the Underwriter Defendants' Motion is GRANTED.

_____
Judge Kent A. Jordan

749381/23310