IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ADAMS GOLF, INC.<br>SECURITIES LITIGATION | )<br>) Civil Action No. 99-371-KAJ<br>) (CONSOLIDATED)<br>) |

**APPENDIX TO UNDERWRITER DEFENDANTS'**
**OPENING BRIEF IN SUPPORT OF MOTION TO**
<u>**EXCLUDE EXPERT TESTIMONY OF R. ALAN MILLER**</u>

*Of Counsel*:

Michael J. Chepiga
Paul C. Gluckow
Theodore J. McEvoy
Ryan A. Kane
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954
Tel.  (212) 455-2831
Fax  (212) 455-2502

Robert K. Payson (No. 274)
John E. James (No. 996)
POTTER ANDERSON & CORROON LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
Telephone:  (302) 984-6000
E-Mail:  rpayson@potteranderson.com
E-Mail:  jjames@potteranderson.com

*Attorneys for Underwriter Defendants*

Dated:  September 11, 2006
749448/23310

**Table Of Contents**

Expert Report of R. Alan Miller, dated July 12, 2006 .......................................................... A1

Rebuttal Expert Report of R. Alan Miller, dated July 27, 2006 .......................................... A38

Excerpts from the August 11, 2006 Deposition of R. Alan Miller ...................................... A187

**Unreported Cases:**

*DataQuill Ltd. v. Handspring, Inc.,*
No. 01 C-4635, 2003 WL 737785 (N.D. Ill. Feb. 28, 2003) ................................................ A288

*Highway Materials, Inc. v. Whitemarsh Township, Montgomery County, Pennsylvania,*
No. Civ.A. 02-3212, 2004 WL 2220974, (E.D. Pa. Oct. 4, 2004)......................................... A302

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that on September 11, 2006, the within document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following attorneys of record stating that the document is available for viewing and downloading from CM/ECF:

Carmella P. Keener, Esquire
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE  19801

Alyssa Schwartz, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE  19801

*/s/ John E. James*
John E. James (No. 996)
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
Telephone: (302) 984-6000
E-mail: jjames@potteranderson.com

749448/23310