# Appendix
# A161-A230

**ADAMS GOLF INC.**

Black: News articles, SEC files.   Red: ADGO analyst reports   Blue: ELY analyst reports   Green: All other competitor analyst reports

| DATE | VOLUME | Adams Price | % Price Change | News |
|---|---|---|---|---|
| 10/2/98 | 581,800 | 4.44 | 10.95% | RPR: Senders ModelMaker parts used as casting patterns for prototype artificial heart. (PAR) |
| | | | | PRN: 12:04 Adams Golf Plans to Repurchase Up to 2 Million Shares of the Company's Common Stock |
| | | | | DJ: 11:59 *Adams Golf Bd OKs Buyback Of Up To 2M Common Shs >ADGO |
| | | | | DJ: 11:59 *Adams Golf Buyback For Up To 9.8% Of Shs. Outstanding >ADGO |
| | | | | DJ: 12:21 DJNS News Highlights 12M: Rubin Need To Reform Find Sys |
| | | | | WSJ: Adams Golf to Buy Back Shares (ADGO) |
| | | | | *Adams Golf Inc said its board authorized the repurchase of as many as two million of its 23.1 million common shares outstanding. The maker of golf equipment said it will use surplus cash to repurchase the stock in periodic, open-market transactions at prevailing prices and based upon market conditions. The company said it believes its stock is undervalued and is a good investment. Adams shares fell 12.5 cents to close at $4 in Nasdaq Stock Market trading yesterday.* |
| 10/3/98 | | | | BW: 16:26 The Arnold Palmer Golf Company Announces Corporate Financial Restructuring (APGC) |
| 10/5/98 | 83,500 | 4.56 | 2.82% | Mergent FIS- History & Debt, Analyst Report (APGC) |
| | | | | IR: Dateline - Bad Moon Rising On 3rd Quarter Results |
| | | | | B: Down but Not Out: Despite market's woes, a few IPOs still shine |
| 10/6/98 | 147,600 | 4.88 | 6.84% | Mergent Inc. Company Report, Analyst Report (JACK) |
| 10/7/98 | 214,700 | 4.69 | -3.84% | Mergent FIS- History & Debt, Analyst Report (APGC) |
| 10/8/98 | 251,200 | 4.63 | -1.34% | FFN: 08:08 Curran On The News: IPO Supports (ADGO) |
| | | | | AMK: Alternative materials for golf clubs foreseen. |
| | | | | KRTBN: Golf Stocks Hit Rough Year |
| | | | | PRN: 09:50 Thank You, America! Adams Golf Rolls Out the Great Tight Lies Bag Giveaway |
| 10/9/98 | 257,900 | 4.75 | 2.70% | Ferris, Baker Watts, Inc., Analyst Report (ADGO) |
| | | | | *Lowering 4Q98 EPSest to $0.09 from $0.12, FY98 to $0.87 from $0.90, FY99est to $0.88 from $0.90. Revenue estimates lowered 4Q98 from $19.0M, list with last year's $16.7M, 1999 to $128.0M from $130.0M. Industry woods sales down 7% for year; Adams market share slipping from June 1998 highs, expect 4Q98 market share to approximate last year's level. Maintain Buy based on cash rich balance sheet, multiple of 5.3x 1999 EPS and 1.9x current tangible book value, and potential for earnings growth beyond 1999. Overall industry softness and competitive pressures in fairway woods markets are continuing to dampen Adams' short-term growth prospects. Even with addition of $2.5M international business, 4Q sales expect to be flat. Adams' market share has slipped to 7.1% in Aug. from 10.3% June, and trend is toward 6% market share 4Q. Exacerbating negative pressures is Tight Lies diversion to Costco at $149 retail vs. $199 elsewhere. Golf accounts are threatening to delay orders until situation is resolved. Adams is aggressively working to quiet the problem. New driver to be introduced in Jan. projected to add over $20M incremental sales in 1999. Overall sales expected to increase to $128M from $97M despite slightly lower sales of Tight Lies.* |
| | | | | AP: 10:67 Nicklaus at crossroads: Ailing hip, troubled business empire (JACK) |
| 10/10/98 | | | | APO:Golf Star Nicklaus Faces Crossroads (JACK) |

LF INC.

Black: News articles, SEC files.   Red: ADGO analyst reports   Blue: ELY analyst reports   Green: All other competitor analyst reports

| VOLUME | Adams Price | % Price Change | News |
|---|---|---|---|
| | | | **Margent FIS - History & Debt Analyst Report (APGC)** |
| | | | AUG: NICKLAUS AT A CROSSROAD AILING HIP, TROUBLED BUSINESS EMPIRE CREATE PROBLEMS, BUT GOLF LEGEND SHOWS DESIRE TO SUCCEED |
| | | | BUF: BUSINESS WOES HAVE NICKLAUS IN NEED OF ONE OF HIS COMEBACKS (JACK) |
| | | | CST: Not-so-golden Nicklaus / Health, business problems trouble legendary golfer (JACK) |
| | | | GRP: NOT-SO-GOLDEN BEAR: Physical pain, business turmoil plague golf legend Jack Nicklaus (JACK) |
| | | | HOU: Golden Bear at crossroads, facing bad hip, troubled business empire (JACK) |
| | | | MJS: Nicklaus is fighting through difficult times / Hip injury, business woes are hampering golfer (JACK) |
| | | | CHI: NICKLAUS ENDURES ROUGH YEAR BOTH ON AND OFF COURSE (JACK) |
| 204,500 | 5.00 | 5.26% | PRN: 18:01 Jim Colbert's Comeback Victory Is First Tour Win For New Big Bertha(R) Steelhead(TM) Driver (ELY) |
| 307,800 | 4.81 | -3.74% | AP: 17:13 Fastest Growing Firms Top 10 |
| | | | AP: 18:44 Fastest Growing Firms List |
| | | | AP: 22:36 Fastest Growing Firms Top 10 |
| | | | AP: 23:37 Fastest Growing Firms List |
| 99,400 | 4.87 | 3.24% | DMN: Magazine ranks Dallas first in fastest-growing private firms NewCycle heads list of 24 area companies on Inc. survey (ADGO) |
| | | | *Thirteen Dallas companies and 11 other area firms made Inc. magazine's 17th-annual list, which ranked 500 privately held companies on their sales growth rates* |
| | | | *between 1993 and 1997. Irving- based NexCycle Inc. and Plano-based Adams Golf Inc. placed third and fifth respectively, while Dallas-based CapRock* |
| | | | *Communications was ranked 12th. Adams Golf, a golf equipment maker, reported sales growth of more than 12,000 percent, from $287,000 in 1993 to $36.7 million* |
| | | | *in 1997. Although the company went public in July, it qualified for the magazine's survey because it was independent and privately held through 1997.* |
| | | | **DMN: Inc. Magazine Ranks Dallas First In Fastest-Growing Private Firms (ADGO)** |
| | | | See Above |
| | | | BW: 16:30 Adila Reports 1998 Third Quarter Results (ALDA) |
| | | | BW: 16:30 Adila Reports 1998 Third Quarter Results, -2- (ALDA) |
| | | | DJ: 16:36 +Adila Inc. 3Q Net 5c A Share Vs 5c >ALDA (ALDA) |
| | | | DJ: 16:24 Adila Inc. Earnings -2- 3Q Financial Table >ALDA (ALDA) |
| | | | DJ: 16:24 Adila Inc. Earnings -3- 9 Months Financial Table >ALDA (ALDA) |
| | | | DJ: 16:52 Adila Inc. Earnings -4- Slow Ramp-Up Hurt 1998 Sales >ALDA (ALDA) |
| | | | RN: 16:43 TABLE-Adila Q3 of shr unchanged at $0.05 (ALDA) |
| | | | TS: Former Cup champ Stewart feeling left out (JACK) |
| | | | PLO: Firms blossom in Calif. Mass. leads East in fast-growing companies |
| | | | PRN: 10:25 Adams Golf Named Fifth Fastest Growing Company By Inc. Magazine |
| | | | RN: 13:52 Building a great company - tales and lessons from the Inc. 500. |
| | | | RN: 13:52 Top 10 on the Inc. 500. |

A 162

**ADAMS GOLF INC.**

Black: News articles, SEC files.   Red: ADGO analyst reports   Blue: ELY analyst reports   Green: All other competitor analyst reports

| DATE | VOLUME | Adams Price | % Price Change | News |
|---|---|---|---|---|
| 10/15/98 | 64,300 | 5.00 | 0.62% | PRN: 17:39 Ely Callaway Reassumes Roles as Callaway Golf President and Chief Executive Officer (ELY)<br>BW: 09:00 TearDrop Golf Company Announces Approval of Assignment of Agreement With Fred Couples to Act as Company and Product Spokesperson (TDRP)<br>AP: 17:21 Golden Bear stockholders file lawsuit (JACK)<br>AP: 17:27 Golden Bear standardizes file lawsuit (JACK)<br>AP: 17:51 Golden Bear stockholders file lawsuit (JACK)<br>SPT: Partial year for Nicklaus Series: GOLF A WEEKLY SPECIAL REPORT (JACK)<br>ADO: Golden Bear Stockholders File Suit (JACK)<br>DMN: Leaders of the pack Magazine names 1 county businesses among nation's fastest-growing<br>TS: Successful companies do the unpredictable |
| 10/16/98 | 38,300 | 4.72 | -5.62% | PRN: 08:10 James Farrell Joins EarthCare as Vice President and Chief Financial Officer (ADGO)<br>DJ: 10:55 EarthCare Names Farrell VP, Fin'l Chief; Replaces Peak >SNTI (ADGO)<br>RN: 10:27 Earthcare names James Farrell CFO. (ADGO)<br>AUG: AUGUSTA STATE GETS STRUCK BY 'MADNESS' (JACK)<br>AUG: AUGUSTA STATE GETS STRUCK BY 'MADNESS' (JACK)<br>CIN: Labonte wins pole at Pepsi 400 (JACK)<br>LVR: Sports briefs (JACK)<br>PPG: TWAY, OGRIN, DAMRON SHARE SECOND-ROUND LEAD IN VEGAS (JACK)<br>TT: Ogrin shares lead after 2nd round (JACK)<br>SSFL: NO GUTS, NO GLORY IN INC. 500<br>Form SC 13D/A filed with the SEC (PAR)<br>Form PRRN14A filed with the SEC (PAR) |
| 10/17/98<br>10/19/98 | 37,600 | 5.00 | 5.95% | Merged Inc., Company Report, Analyst Report (ELY)<br>BW: 14:03 Golden Bear Golf Files Restated Results in Line With Previous Announcements; Issues Six Month Results (JACK)<br>BW: 14:03 Golden Bear Golf, Inc. Makes Announcement (JACK)<br>DJ: 13:42 Golden Bear/Pres, CEO -2: To Pursue Other Interests >JACK (JACK)<br>DJ: 13:26 Golden Bear/Restatement -2: 1Q Loss Cont Ops $1.02/Shr >JACK (JACK)<br>DJON: Embattled Golden Bear Restates 6-Month Earnings To Show Wider Losses (JACK)<br>RN: 14:10 Golden Bear restates results, says CEO resigns. (JACK)<br>Form 10-K/A filed with the SEC (JACK)<br>Form 10-Q/A filed with the SEC (JACK)<br>Form 10-Q filed with the SEC (JACK) |
| 10/20/98 | 39,500 | 4.88 | -2.50% | PRN: 19:14 Callaway Golf Staff Professional Funk Wins at Las Vegas (ELY)<br>COL: CEO BELLINGER BIDDING ADIEU TO GOLDEN BEAR (JACK) |

Page 72 of 92

A 163

## ADAMS GOLF INC.

Black: News articles, SEC files.  Red: ADGO analyst reports.  Blue: ELY analyst reports.  Green: All other competitor analyst reports

| DATE | VOLUME | Adams Price | % Price Change | News |
|---|---|---|---|---|
| 10/21/98 | 70,100 | 4.63 | -5.13% | DDN: GOLF: OAKLAND HILLS GETS RYDER CUP, PGA CHAMPIONSHIP (JACK)<br>WSJ: Nicklaus Golf Firm Says Chief Resigns; Results Restated (JACK)<br>TI: TAMPA BAY AREA (JACK)<br>PRN: 16:23 Callaway Golf Reports Third Quarter Sales and Earnings (ELY)<br>PRN: 16:23 Callaway Golf Reports Third Quarter Sales and -2-(ELY)<br>RN: 16:20 TABLE - Callaway Golf Q3 results. (ELY)<br>AWSJ: Chief Executive of Nicklaus's Golf Firm Quits (JACK) |
| 10/22/98 | 59,000 | 4.63 | 0.00% | PRN: 18:10 Adams Golf Reports Third Quarter Operating Results (ADGO)<br>DJ: 18:52 Adams Golf Earns -2- 2Q, 8 Months Find Table, Command >ADGO (ADGO)<br>ASP: 03:23 ASIANET - SUMMARY FOR THURSDAY, OCT 22, 1998, (ELY)<br>DJ: 17:59 *Adams Golf 3Q Net 19c A Share On More Shrs Vs 26c >ADGO<br>RN: 18:09 TABLE-Adams Golf Q3 shr $0.26 vs $0.19.<br>Jefferies & Company, Analyst Report (ELY)<br>CIBC World Markets Corp. Analyst Report (ELY)<br>Chase Hambrecht & Quist Inc., Analyst Report (ELY)<br>Ferris, Baker Watts, Inc., Analyst Report (ELY)<br><br>*EPS $0.08 under our 0.13 estimates; revenues down 32.8% to $173M vs our projection $189M, inventory up 140% vs yly. We believe there continues to be market-based issues, including competition and negative effects of mature tech cycle, that have to be overcome before andy consistent material earnings growth is possible. ELY domestic woods market share continues to slide - down to 26.1% in August 1998 from 26.9% July96, and from 38.3% Aug1997. ELY domestic market share continues to weaken and golf club sales down with what we believe is maturity of industry tech cycle. Market, and golfers' bags, are already saturated with titanium, and Adams' and Orlimar's shallow faced fairway woods represent only new innovative technology on the market. Brand strength in Europe mirrors US market, and we believe recent penetration of European markets by both Adams and Orlimar could create problems for leaders like ELY.* |
| 10/23/98 | 1,196,900 | 3.88 | -16.22% | CIBC World Markets Corp. Analyst Report (PAR)<br>Form 8-K filed with the SEC (ELY)<br>PRN: 18:21 Lynx Golf, Inc. Announces Sale of Assets to Golfsmith International, Inc.; Bankruptcy Court Approval (TDRP)<br>Morgant Inc.- Company Report, Analyst Report (TDRP) |
| 10/24/98 | | | | |
| 10/25/98 | | | | |
| 10/26/98 | 508,800 | 3.69 | -4.83% | PPG: FOR THIS GOLF CLUB, SMALLER IS BIGGER ... PROFITS<br>DJ: 23:00 Nasdaq Short Interest 24/7 Media Inc - Atmel Cp (ADGO)<br>SDBJ: Golf firms swing back into action<br>Ferris, Baker Watts, Inc., Analyst Report (ADGO) |

**ADAMS GOLF INC.**

Black: News articles, SEC files.   Red  ADGO analyst reports   Blue: ELY analyst reports   Green: All other competitor analyst reports

| DATE | VOLUME | Adams Price | % Price Change | News |
|---|---|---|---|---|
| | | | | *Buy. EPS $0.19 vs. pro forma $0.16, $0.02 over our revised est. $0.01 under our original estimate. Sales up 60% to $23M, a declining trend relative to 1H98 due in more difficult y/y comparisons. Sales projected to grow 21.7% 1999 vs 167% 1998. Assuming flat sales in 4Q99 due to increased competition and difficult comparison with significant pipeline filling y/y. Sales in 1999 should be aided by introduction of new driver 1Q99. Lowering 4Q99 EPS to $0.02 from $0.09 based on increased marketing expenses, and 1999 to $0.85 from $0.88. Shares trade at 1.0x tangible book value, most of which is cash, and 4.4x projected 1999 EPS. Momentum Adams had at July IPO has waned, mainly due to Orlimar Tri-Metal and Callaway's new Steelhead. Adams cannot post consistent results with just one* |
| 10/27/98 | 177,800 | 3.97 | 7.62% | *club; long term key to success will be introduction of new clubs. New driver expected Jan99 and acquisitions that would round out full club line could be possible with its $63.6M cash. We remain speculatively positive on outlook given $80M cash position, and potential for innovative new club introductions. Comments on issues* (TDRP) |
| | | | | PRN: 21:27 Odyssey Golf to Maintain Seasonal Identity In Combining Operations With Callaway Golf (ELY) |
| | | | | BW: 09:28 TearDrop Golf Company Announces Record Third Quarter And Nine Months Financial Results -- Company Reports Third Consecutive Profitable... (TDRP) |
| 10/28/98 | 151,500 | 4.00 | 0.78% | RN: 09:31 TABLE-TearDrop Golf Co. Q3 profit vs loss. (TDRP) |
| | | | | TT: TAMPA BAY AREA (JACK) |
| | | | | TT: 3,000 homes in office on tract (JACK) |
| | | | | Ferris, Baker Watts, Inc., Analyst Report (ADGO) |
| | | | | *Lowering 1999 EPS projection to $0.60 from $0.85. We believe it's likely that Adams will increase marketing expenditures next year in order to maintain brand recognition and support new product introductions in to intensely competitive industry conditions. Despite increased marketing expenditures, we are reducing 1999 sales estimate to $112.8M (16.3% growth) from prior est. $119M (21.7% growth). Competition in shallow-faced fairway woods market intensifying and having need to add more clubs to what is one-club arsenal, we believe Adams 4Q98 strategy of increasing marketing expenses to defend market position will continue in 1999. Raise 1999 projection for marketing expenses to 36.8% sales from 31.6%. Believe Adams' decision to build brand, infrastructure, and product base in 1999 is best way to ensure long-term growth, even at expense of earnings. Rate ADGO buy for value investors with long-term horizon. Adams coming off 12mo stretch in which it went from relative unknown to industry force. We think there is little downside risk in owning ADGO shares at this point, and though speculative, upside potential* |
| 10/29/98 | 296,900 | 4.63 | 15.63% | BW: 08:45 GolfGear International Inc. Hires Nathan Lopez as Vice President of Sales and Marketing; Company Continues to Add Premium Management to Its... (ALI) |
| 10/30/98 | 198,800 | 4.63 | 0.00% | Mergent Inc., Company Report, Analyst Report (PAR) |
| 10/31/98 | | | | GD: Unshakable Jack Nicklaus (JACK) |
| 11/01/98 | | | | GOLF: Helping hands |
| 11/02/98 | 244,000 | 4.69 | 1.36% | FBN: 09:51 FFBN Research: Adams Golf At Bargain Valuations (ADGO) |
| | | | | FBN: 20:09 Mon FDRPomerle Wins Sixth Consecutive Order Of Merit, Highlights Big Week for Big Bertha(R) Drivers and Fairway Woods (ELY) |
| 11/03/98 | 86,500 | 4.63 | -1.34% | FBN: 09:13 FFBN HOT NEWS DIARY FROM MONDAY, NOV 2 (CONT) (ADGO) |
| | | | | FBN: 12:00 Coatest Shareholder Reacts to Management (PAR) |
| | | | | Form DEAN14A filed with the SEC (PAR) |
| 11/04/98 | 86,600 | 4.50 | -0.67% | BW: 18:38 SportsLine USA, Inc. to Become First Internet-Based Retailer for Callaway Golf; Callaway Products to be Offered on SportsLine USA's... (ELY) |
| 11/05/98 | 90,100 | 4.50 | -2.05% | |
| 11/06/98 | 113,500 | 4.63 | 2.78% | Form 3 filed with the SEC (ADGO) |

A 165

## ADAMS GOLF INC.

Black: News articles, SEC files.   Red: ADGO analyst reports   Blue: ELY analyst reports   Green: All other competitor analyst reports

| DATE | VOLUME | Adams Price | % Price Change | News |
|------|--------|-------------|----------------|------|
| 11/09/98 | 289,600 | 4.72 | 2.03% | Form 8-K 1 filed with the SEC (ADGO) |
| 11/10/98 | 155,700 | 4.59 | -2.65% | BW: 08:47 Comcast Corporation and Jonathan Varnell Announce Settlement (PAR) |
| | | | | BW: 14:51 Golden Bear Golf Announces Executive Change (JACK) |
| | | | | DJ: 12:40 Golden Bear Golf >B DBRP VP -2: O'Brien Replaced Histon->JACK (JACK) |
| | | | | Chase Hambrecht & Quist Inc., Analyst Report (ELY) |
| | | | | Form 4 filed with the SEC (JACK) |
| 11/11/98 | 117,100 | 4.75 | 3.40% | AP: 11:57 Callaway cuts 700 more jobs, aims at saving $40 million a year (ELY) |
| | | | | CNNFN: 09:30 Sector Focus (ELY) |
| | | | | PRN: 08:46 Callaway Golf Company Announces Actions to Focus on Core Businesses and Improve Profitability; Revises Earnings Outlook for 1998 (ELY) |
| | | | | USN: TV TRACK -- Network TV Headlines From Wednesday, November 11, 1998 (ELY) |
| | | | | WNT: 18:30 SCHOOLS RELYING ON FUND RAISERS TO MAKE ENDS MEET MUST KIDS PEDDLE TO PAY FOR THE BASICS? (ELY) |
| | | | | APO: Callaway Cuts 700 More Jobs (ELY) |
| | | | | SHT: RIVIERA DUNES' FORECLOSURE SOUGHT (JACK) |
| | | | | Ferris, Baker Watts, Inc., Analyst Report (ADGO) |
| 11/12/98 | 97,500 | 4.75 | 0.00% | AP: 01:39 Golf club company cuts 700 jobs to save $40 million annually (ELY) |
| | | | | AP: 04:00 Golf company cuts 700 jobs to save $40 million annually (ELY) |
| | | | | NYT: CALLAWAY GOLF TO CUT 700 JOBS AND TAKE NEW CHARGES (ELY) |
| | | | | PPG: SAMPRAS UPSET, RANKING AT RISK (ELY) |
| | | | | N&O: Greensboro's Abernathy leads (ELY) |
| | | | | SHT: EARLY DATES MAY HELP SENIOR STOP (ELY) |
| | | | | TU: Malone to ask for trade (ELY) |
| | | | | APO: Callaway Cuts 700 More Jobs (ELY) |
| | | | | SNS: The latest California news from States News Service. (ELY) |
| | | | | TS: China eliminates favored Russia (ELY) |
| | | | | Form 10-Q filed with the SEC (ADGO) |
| | | | | Form 10-Q (PAR) |
| 11/13/98 | 58,800 | 4.63 | -2.63% | AP: 16:59 Golf club company cuts 700 jobs to save $40 million annually (ELY) |
| | | | | AP: 17:10 Golf company cuts 700 jobs to save $40 million annually (ELY) |
| | | | | FFN: 08:15 Insider Sells ALDILA INC. Stock (ALDA) |
| | | | | Form 10-Q filed with the SEC (ALDA) |
| 11/15/98 | | | | NYT: THE GOOD TIMES ARE HERE AGAIN FOR IPO MARKET |
| 11/16/98 | 63,500 | 4.53 | -2.03% | BW: 09:16 ADVISORY/Consumer Product Companies Explore the Power of the Brand At MatlonsBanc MontDRPpmeny Conference (ELY) |
| | | | | PRN: 09:19 IW Growing Companies Introduces The IW Growing Companies 25, America's Most Successful Small Manufacturers |

A 166

**ADAMS GOLF INC.**

Black: News articles, SEC files.    Red: ADGO analyst reports    Blue: ELY analyst reports    Green: All other competitor analyst reports

| DATE | VOLUME | Adams Price | % Price Change | News |
|---|---|---|---|---|
| 11/17/98 | 54,000 | 4.44 | -2.05% | CIBC World Markets Corp. Analyst Report (ELY)<br>Form 10-Q filed with the SEC (ELY)<br>Form 10Q98 filed with the SEC (TDRP)<br>BW: 10:16 REMINDER/Consumer Product Companies Explore the Power of the Brand At NationsBanc MontDRPomery Conference (ELY)<br>BW: 08:15 The TearDrop Professional Golf Tour to be Televised On the Golf Channel (TDRP)<br>RN: Golden Bear says will file late 10Q with SEC. (JACK)<br>Form NT 10-Q filed with the SEC (JACK) |
| 11/18/98 | 54,600 | 4.38 | -1.42% | |
| 11/19/98 | 99,700 | 4.16 | -5.01% | |
| 11/20/98 | 141,400 | 4.19 | 0.77% | |
| 11/21/98 | | | | |
| 11/23/98 | 73,700 | 4.05 | -2.98% | Mergent Inc., Company Report, Analyst Report (ALDA)<br>Mergent FIS- History & Debt, Analyst Report (ALDA)<br>PRN: 21:51 Annika Sorenstam Achieves Lowest Scoring Average In LPGA History While Winning 1998 Player of the Year and Money Titles (ELY)<br>Form 10-Q filed with the SEC (JACK) |
| 11/24/98 | 150,400 | 3.97 | -2.31% | DJ: 23:00 Nasdaq Short Interest: 24/7 Media - Atlantic Coast (ADGO)<br>CIBC World Markets Corp. Analyst Report: FO: Initiating Coverage With a Buy Rating<br>*CIBC World Markets Corp. Analyst Report: FO: Initiating Coverage With a Buy Rating Initiate coverage of Fortune Brands, a consumer products company with strong leadership brands in home and office products, golf equipment and distilled spirits markets, supported by excellent demographic trends. Initial rating is Buy. We employed several methods to value FO shares. First selected 10 companies to use es comps that we believe encompass FO's broad range of businesses. As 19% of FO's net sales and operating contribution came from golf group in 1997, we selected 2 pure plays in golf equipment industry for our analysis: Adams Golf and Callaway Golf Company. It's important to note that FO golf unit is more dependent upon golf ball business than both Adams and Callaway, both of which don't compete in this segment. As a result, FO Brand's multiple with regards to golf segment should be upwardly adjusted, as ball market is currently healthy and is much less cyclical than that of club market.* |
| 11/25/98 | 112,900 | 3.75 | -5.52% | Form SC 13D/A filed with the SEC (PAR)<br>BW: 13:05 Golden Bear Reports Third Quarter Results (JACK)<br>DJ: 12:40 Golden Bear Golf Loss Cont Ops 15c/Shr Vs Net Cont Ops 11c (JACK)<br>TT: TAMPA BAY Eckerd sues Tampa HMO (JACK) |
| 11/26/98 | | | | |
| 11/27/98 | 85,900 | 3.75 | 0.00% | |
| 11/28/98 | | | | Mergent Inc., Company Report, Analyst Report (TDRP)<br>Mergent FIS- History & Debt, Analyst Report (TDRP) |
| 11/30/98 | 147,000 | 3.94 | 5.01% | BUS: CAN CALLAWAY FIND THE GREEN? With sales of its Big Bertha club off, it's struggling (ADGO)<br>BW: 17:17 Jon Deveult Resigns as President of Aldila Materials Technology (ALDA) |
| 12/01/98 | 95,600 | 3.78 | -3.99% | PIR: 10:02 Aldila (ALDA) V-Alert: -1/32 At 3 7/32 On 110,400 (ALDA) |

A 167

**ADAMS GOLF INC.**

Black: News articles, SEC files.  Red: ADGO analyst reports  Blue: ELY analyst reports  Green: All other competitor analyst reports

| DATE | VOLUME | Adams Price | % Price Change | News |
|---|---|---|---|---|
| 12/02/98 | 101,600 | 3.81 | 0.88% | Form S-8 filed with the SEC (ADGO)<br>BW: 08:52 TearDrop Golf Company Announces Multi-Million Dollar Purchase Order From Major Retailer is Deferred From Q4 1998 to Q1 1999 (TDRP) |
| 12/03/98 | 101,900 | 3.69 | -5.74% | SECOND: SECURITIES ACT REGISTRATIONS (ADGO)<br>AMCN: Aldila Experiences 7% Increase In Golf Shaft Unit Sales Plus Reports Carbon Fiber Update. (ALDA)<br>BW: 08:45 Coastcast Corporation Announces China Joint Venture (PAR)<br>PBP: NEWSMAKERS (JACK) |
| 12/04/98 | 130,700 | 3.69 | 2.62% | |
| 12/07/98 | 68,600 | 3.75 | 1.68% | PRN: 17:21 Adams Golf Reveals Initial Information on New Driver, Pure Engineering Approach Creates Maximum Efficiency |
| 12/09/98 | 222,800 | 3.50 | -6.67% | PRN: 13:17 Adams Golf Celebrates Millionth Tight Lies(R) Fairway Wood; Millionth Club Personally Delivered by Adams Golf CEO, Barney Adams and Wo... |
| 12/09/98 | 254,600 | 3.38 | -3.57% | BW: 08:18 TearDrop Golf Company Announces Agreement With Value America, the Nation's Fastest Growing Internet Retailer (TDRP) |
| 12/10/98 | 125,600 | 3.41 | 0.92% | OWH: Iowa Firm, Nicklaus to Design Courses (JACK) |
| 12/11/98 | 147,400 | 3.25 | -4.58% | CDAIIC: NASDAQ, (ALDA) |
| 12/14/98 | 317,000 | 3.19 | -1.91% | FRN: 06:01 Insider Buys ALDILA INC. Stock (ALDA)<br>BW: 17:48 Golden Bear Golf, Weitz Form Construction Venture (JACK)<br>PRN: 13:34 The Leisure Company and Golden Bear Golf, Inc. Announce Service Agreement (JACK)<br>DJ: 14:41 America West Unit In Travel Byes Pact With Golden Bear Unit (JACK) |
| 12/15/98 | 76,700 | 3.38 | 5.87% | B: E-gad! It's Crazy. Despite the latest internet mania, many of 1998's new stock issues lag badly<br>PRN: 13:52 Mountain News Service Summary (JACK) |
| 12/16/98 | 58,900 | 3.38 | 0.00% | PRN: 18:45 Court Clears the Way for Callaway Golf to Pursue Legal Claims Against Spalding for Golf Ball Deception (ELY) |
| 12/17/98 | 77,000 | 3.44 | 1.87% | ASP: 00:52 AS/ANET - SUMMARY FOR THURSDAY, DEC 17, 1998. (ELY)<br>CMR: 17:42 Nasdaq Net Change Percentage Gainers & Losers (ALDA)<br>DJ: 08:11 Telford Securities Cuts Aldila Inc. To Attractive From Buy (ALDA)<br>DJ: 17:40 Nasdaq Net Change Percentage Gainers & Losers (ALDA)<br>AR: The Arizona Republic AZ Inc. Column (JACK) |
| 12/18/98 | 74,300 | 3.25 | -5.47% | PIR: 10:09 Aldila (ALDA) V-Alert: +1/4 At 2 1/4 On 76,000 (ALDA)<br>BW: 18:01 The Arnold Palmer Golf Company Announces Year-End Results (APGC)<br>Mergent Inc., Company Report, Analyst Report (ELY) |
| 12/19/98 | | | | |
| 12/21/98 | 150,900 | 3.66 | 9.63% | CDAIIC: NASDAQ, (ALDA) |
| 12/22/98 | 254,600 | 3.94 | 10.52% | |
| 12/23/98 | 202,300 | 3.88 | -1.60% | PIR: 15:25 Aldila (ALDA) P-Alert: +9/16 At 2 11/16 On 166,700 (ALDA) |
| 12/24/98 | 105,100 | 4.13 | 6.45% | NYT: Sales Decline as Products Fail to Attract New Buyers (ELY) |

A 168

**ADAMS GOLF INC.**

Black: News articles, SEC files.    Red: ADGO analyst reports    Blue: ELY analyst reports    Green: All other competitor analyst reports

| DATE | VOLUME | Adams Price | % Price Change | News |
|---|---|---|---|---|
| 12/27/98 | | | | |
| 12/28/98 | 144,300 | 3.88 | -6.06% | DJ: 23:01 NASDAQ Short Interest; 24/7 Media Inc - Aztec Inds Inc (ADGO)<br>MJS: Golf club companies taking big hit 10% to 20% decline in sales leads to inventory surpluses, falling prices |
| 12/29/98 | 198,100 | 3.75 | -3.23% | Form 10-K filed with the SEC (APGO) |
| 12/30/98 | 168,600 | 3.69 | -1.65% | LAON: FREE MILES TAKE OFF; POPULAR FREQUENT FLIER PROGRAMS REQUIRE TIME, WORK (JACK) |
| 12/31/98 | 247,700 | 4.09 | 11.01% | GOLF: Out of bounds |
| 01/01/99 | | | | |
| 01/04/99 | 103,800 | 4.19 | 2.30% | BW: 09:45 First No-Load Mutual Fund Dedicated To Golf Now Open To Investors |
| 01/05/99 | 117,700 | 4.50 | 7.45% | RN: Adams Golf sees Q4 loss $0.17 to $0.19. (ADGO)<br>Adams Golf Inc. said Thursday it expects to report a fourth quarter loss of $0.17 to $0.19 per share, due to lower than expected sales and certain operational charges. Adams Golf Inc. said sales have been hurt by a continued weakness in the golf equipment market. The company will report fourth quarter results during the week of Feb. 1, it said. The golf equipment maker said operating results were also hurt by credits that the company is offering retailers in connection with a new suggested retail pricing structure and the settlement of future royalty obligations. Total after tax expenses associated with the fourth quarter charges will be about $3.2 million, or $.14 per common share, Adams said.<br>DJ: 13:10 Adams Golf Estimate -2: First Call 4Q View 1c A Share >ADGO (ADGO)<br>Adams Golf Inc. expects to report third-quarter net income of between 17 cents and 19 cents a share, on lower than expected sales and two charges totaling $3.2 million, or 14 cents a share. |
| 01/06/99 | 124,300 | 4.31 | -4.16% | DJBN: 14:40 Adams Golf Warns Of 4th-Quarter Loss On Poor Sales, Charges (ADGO)<br>Adams Golf Inc., will report a loss of between 17 cents and 19 cents a share because of weak sales and a couple of charges.<br>PRN: 0151 Adams Golf Introduces the SC Series Titanium Driver<br>PRN: 13:06 Adams Golf Comments on Fourth Quarter Outlook<br>DJ: 12:53 +Adams Golf Puts 4Q Loss At 17c-19c/Share >ADGO<br>DJ: 12:53 *Adams Golf Cites Lower Than Expected Sales, Charges >ADGO |
| 01/07/99 | 351,900 | 3.63 | -15.93% | DJ: 13:22 Adams Golf Estimate -3: Sets Up New Price Structure >ADGO |
| 01/08/99 | 667,700 | 3.50 | -3.45% | PIR: 10:28 Adams Golf (ADGO) V-Alert - 5/8 At 3 On 282,600 (ADGO)<br>RN: RESEARCH ALERT - Lehman cuts Adams Golf  (ADGO)<br>Lehman Brothers said Friday it cut its rating on Adams Golf Inc to outperform from buy, and cut its price target to $6 a share from $10. Lehman also lowered earnings per share forecasts to $0.60 from $0.81 for 1998, and $0.22 from $0.50 for 1999 to reflect a weaker market and lower profitability.<br>DJ: 02:12 Adams Golf Unveils Titanium Driver >ADGO (ADGO)<br>DJBN: 02:12 Adams Golf Unveils Titanium Driver >ADGO (ADGO)<br>PBP: RULE INCREASES DELISTING RISK FOR PENNY STOCKS (JACK) |

A 169

**ADAMS GOLF INC.**

Black: News articles, SEC files.  Red: ADGO analyst reports.  Blue: ELY analyst reports.  Green: All other competitor analyst reports

| DATE | VOLUME | Adams Price | % Price Change | News |
|---|---|---|---|---|
| 01/08/99 | | | | DJ: 11:15 "Lehman Cuts Adams Golf To Outperform From Buy >ADGO<br>Margent Inc - Company Report, Analyst Report (TDRP)<br>Margent Inc - Company Report, Analyst Report (ALDA)<br>Margent FIS- History & Debt, Analyst Report (ALDA)<br>Margent Inc - Company Report, Analyst Report (JACK)<br>Margent FIS- History & Debt, Analyst Report (APGC) |
| 01/10/99 | | | | OCR: MUTUAL SPOTLIGHT // Investing in golf: Value Trend Links Fund could find the going rough before getting up to par (ADGO)<br>NYT: Golf Fund Draws Criticism |
| 01/11/99 | 105,900 | 3.81 | 8.94% | LABx: Taking stock of L.A. thru brokerage B. Riley & Co. competes with the giants by pursuing a niche most of them ignore – analyzing the host of... (ALDA)<br>Form SC 13D/A filed with the SEC (PAR)<br>Form SC 13D/A filed with the SEC (PAR) |
| 01/12/99 | 120,000 | 3.81 | 0.00% | |
| 01/13/99 | 106,000 | 3.78 | -0.84% | FFN: 06:03 Insider Sells ALDILA INC. Stock (ALDA) |
| 01/14/99 | 39,400 | 3.78 | 0.00% | |
| 01/15/99 | 93,300 | 3.56 | -5.77% | FFN: 00:22 ADAMS GOLF INC 3Q Inst. Equity Holders> (ADGO)<br>FFN: 01:00 ALDILA INC 3Q Inst. Equity Holders> (ALDA)<br>ESS: 1998 New Issues Review |
| 01/17/99 | | | | STW: Tough year for investors in golf stock // Industry is battered by global economic dip (JACK) |
| 01/18/99 | | | | PRN: 08:18 Callaway Golf Introduces New Carlsbad Series(TM Putters, Extends Bobby Jones(R) Putters Line With Two New Models (ELY)<br>PRN: 08:18 Callaway Golf Introduces Great Big Bertha(R) Hawk Eye(R) - Our Best Titanium Metal Woods Ever (ELY)<br>MNP: 11:18 CALLAWAY GOLF CO (ELY)<br>MNP: 11:18 CALLAWAY GOLF CO - Our Best Titanium Metal Woods Ever. (ELY) |
| 01/19/99 | 101,600 | 3.56 | 0.00% | VV: PRESS CLIPS (ELY)<br>PRN: 11:23 Independent Consumer Tests Rank Adams Golf Tight Lies(R) Best Performer of 25 Competing Fairway Woods<br>PRN: 13:35 PR Newswire Southwest Summary, Tuesday, January 19, to 12:00 EDT<br>Form SC 13G filed with the SEC (ALDA) |
| 01/20/99 | 125,200 | 3.56 | 0.00% | BW: 13:47 AIA to Provide Members With Regular Reports Starting May (ADGO) |
| 01/21/99 | 93,900 | 3.56 | 0.00% | Hibernia Southwest Capital, Analyst Report (ELY) |
| 01/22/99 | 212,600 | 3.63 | 1.74% | NYT: Starting From Scratch, Again (ELY) |
| 01/24/99 | | | | NYT: AS RIVALS FLAIL, TEARDROP GOLF YELLS FORE AND MAKES MORE DEALS |
| 01/25/99 | 546,700 | 4.25 | 17.24% | BW: 06:xf Coastcast Announces Preliminary Fourth-Quarter Results and Provides Outlook On 1999 (PAR) |

A 170

ADAMS GOLF INC.

Black: News articles, SEC files.  Red: ADGO analyst reports  Blue: ELY analyst reports  Green: All other competitor analyst reports

| DATE | VOLUME | Adams Price | % Price Change | News |
|------|--------|-------------|----------------|------|
| | | | | BW: 16:42 Arnold Palmer Golf Company Reports First Quarter Results (APGC) |
| | | | | BWK: On Shaky Grounds, |
| | | | | BWK: Tightening the Grip, |
| | | | | AWSW: HOTLINE |
| | | | | PRN: 15:59 Adams Golf and Nick Faldo Introduce the Faldo Series Wedges |
| 01/26/99 | 294,300 | 4.19 | -1.46% | DJ: 14:35 Elron Unit Provides Internet Software To Adams Golf >ELRNF (ADGO) |
| | | | | PRN: 20:09 Callaway Golf Reports First Tour Win for New Great Big Bertha(R) Hawk Eye(R) Driver (ELY) |
| | | | | BW: 10:43 Tight Lies Golf Manufacturer Utilizes Elron Internet Manage to Oversee Internet Usage |
| | | | | CIBC World Markets Corp. Analyst Report (PAR) |
| | | | | Form DEF 14A filed with the SEC (APGC) |
| 01/27/99 | 181,900 | 4.13 | -1.50% | DJ: 23:01 NASDAQ Short Interest - 24/7 Media Inc - Astoria Finl Cp (ADGO) |
| | | | | PRN: 17:29 Callaway Golf Company Reports 1998 Sales of $697.6 Million (ELY) |
| | | | | PRN: 17:30 Callaway Golf Company Reports 1998 Sales of $697.6 -2- (ELY) |
| | | | | MNP: 09:51 CALLAWAY GOLF CO. (ELY) |
| | | | | RN: 18:12 TABLE - Callaway Golf Co Q4 results. (ELY) |
| | | | | ASP: 23:59 ASIANET - SUMMARY FOR THURSDAY, JAN 28, 1999. (ELY) |
| 01/28/99 | 2,201,800 | 5.31 | 28.80% | PIR: 12:11 Adams Golf (ADGO) P-Alert +1 1/8 At 5 1/4 On $21,800 (ADGO) |
| | | | | PIR: 12:39 Adams Golf (ADGO) V-Alert +29/32 At 5 1/32 On 704,400 (ADGO) |
| | | | | DJ: 14:34 Adams Golf CEO Unveils New Titanium Driver On CNBC >ADGO (ADGO) |
| | | | | DJ: 14:35 Adams Golf -2- Co. Showing Two New Pds At PGA Show >ADGO (ADGO) |
| | | | | Shares of Adams Golf Inc. surged as much as 30% as the company Chairman, Chief Executive and President, Barney Adams was interviewed on CNBC. |
| | | | | DJBN: 15:17 Adams Golf Stock Rises After CEO Touts New Clubs On Cable News Show (ELY) |
| | | | | Shares of Adams Golf Inc. surged as much as 28% as the company Chairman, Chief Executive and President, Barney Adams was interviewed on CNBC. |
| | | | | MNP: 04:34 CALLAWAY GOLF CO - 1998 Sales of $697.6 Million. (ELY) |
| | | | | DJ: 13:31 Callaway Golf Dn -2- Hopes That PGA Tours World Boost Stock (ELY) |
| | | | | SJR: Nicklaus' surged ones well / Golden Bear will miss first Masters since 1998 (JACK) |
| | | | | T7: GOLF (JACK) |
| | | | | CNBC/DBV: 00:00 POWER LUNCH - Siebel Systems - COO - Interview |
| | | | | DJ: 13:56 +Adams Golf Up 16% On CNBC Interview, Trade-Show Start >ADGO |
| | | | | DJ: 15:01 DJ News Highlights:M. Assembly Passes Electric Choice Bill |
| | | | | DJ: 16:04 DJ News Highlights: IMF Sending Mission To Brazil |
| | | | | DJ: 17:24 Recap of Dow Jones Special Reports For January 28, 1999 |

A 171

# ADAMS GOLF INC.

Black: News articles, SEC files.   Red: ADGO analyst reports   Blue: ELY analyst reports   Green: All other competitor analyst reports

| DATE | VOLUME | Adams Price | % Price Change | News |
|---|---|---|---|---|
| 01/29/99 | 510,400 | 5.03 | -5.31% | CIBC World Markets Corp. Analyst Report (ELY)<br>Chase Hambrecht & Quist Inc., Analyst Report (ELY)<br>Jefferies & Company, Analyst Report (ELY) |
| 01/31/99 | | | | Form 8-K filed with the SEC (ELY) |
| 02/01/99 | 256,100 | 4.78 | -4.97% | SPT: Loose Change Series: Loose Change<br>PRN: 16:12 Callaway Golf Sues Orlimar Golf for Patent Infringement and Unfair Competition (ELY)<br>MNP: 18:57 CALLAWAY GOLF CO - Sues Orlimar Golf for Patent Infringement and Unfair Competition. (ELY)<br>BUS: TEE TIME FOR INVESTORS<br>ASX: ASX-National Force Limited (NFG-AX) Adams Golf Releases a New Forged Titanium Driver.<br>ASX: ASX-National Force Limited (NFG-AX) Amended date to previous announcements. |
| 02/02/99 | 135,300 | 4.75 | -0.65% | DJ: 15:16 Tenis Baker Watts Cuts Adams Golf To Accumulate From Buy |
| 02/03/99 | 146,800 | 4.50 | -5.26% | PRN: 20:01 Adams Golf Reports 1998 Operating Results (ADGO).<br>DJ: 23:05 Adams Golf Results -2- 4Q, Year Financial Table >ADGO (ADGO).<br>DJBN: 19:48 Adams Golf 4th Quarter Losses 18 Cents A Share Vs 57 Cents, Both On Charge (ADGO).<br>CNW: 21:55 /C O R R E C T I O N -- Callaway Golf Company/ In Callaway Golf Staff Professional Rocco Mediate Completes Comeback by Winning the Phoenix... (E<br>PRN: 19:45 Callaway Golf Staff Professional Rocco Mediate Completes Comeback by Winning the Phoenix Open (ELY)<br>PRN: 20:52 Callaway Golf Congratulates U.S. Customs Service and United States Attorney for Nationwide Attack on Counterfeiters (ELY)<br>PRN: 21:21 /C O R R E C T I O N -- Callaway Golf Company(ELY)<br>PRN: 11:27 Free Policy Kit Helps Organizations Manage Employee Internet Usage<br>DJ: 18:48 Adams Golf 4Q Losses 18c A Share Vs 57c, Both On Chas >ADGO |
| 02/04/99 | 71,000 | 4.50 | 0.00% | RN: US companies earnings surprise by Zacks - Feb 4. (ADGO).<br>BW: 10:08 ADVISORY/Photo of David Leadbetter, Ely Callaway, and Dave Whelan is available on BW PhotoWire/AP PhotoExpress, PressLink and Business Wire....<br>BW: 11:33 Rev-Ben Sundseaves and Callaway Golf Team Up To Change the Face of the Game; When You See Better, You See Your Golf Game Get Better (ELY)<br>MNP: 04:24 CALLAWAY GOLF CO - Staff Professional Rocco Mediate Completes Comeback - By Winning the Phoenix Open. (ELY)<br>MNP: 08:29 CALLAWAY GOLF CO - U.S. Customs Service and United States Attorney for - Nationwide Attack on Counterfeiters. (ELY)<br>MNP: 08:30 CALLAWAY GOLF CO - CORRECTION - Callaway Golf Company. (ELY)<br>MNP: 18:04 CALLAWAY GOLF CO - Staff Professional Rocco Mediate Completes Comeback by - Winning the Phoenix Open. (ELY)<br>PRNE: CALLAWAY GOLF STAFF PROFESSIONAL ROCCO MEDIATE COMPLETES COMEBACK BY WINNING THE PHOENIX OPEN. (ELY)<br>ASP: 21:46 ASIANET - SUMMARY FOR FRIDAY, FEB 5, 1999. (ELY) |
| 02/05/99 | 57,200 | 4.50 | 0.00% | Margent, Inc., Company Report, Analyst Report (APGC) |
| 02/08/99 | | | | |

Page 81 of 92

A 172

## ADAMS GOLF INC.

Black: News articles, SEC files.   Red: ADGO analyst reports   Blue: ELY analyst reports   Green: All other competitor analyst reports

| DATE | VOLUME | Adams Price | % Price Change | News |
|---|---|---|---|---|
| 02/08/99 | 138,400 | 4.38 | -2.78% | BW: 10:14 Callaway Golf Center in Las Vegas Purchased by All-American SportPark Inc. (ELY)<br>CNW: 21:11 Callaway Golf Drivers, Fairway Woods and Irons Are No.1 With Amateurs at the PGA Tour's Two Top Pro-Ams (ELY)<br>PRN: 20:28 Callaway Golf Drivers, Fairway Woods and Irons are #1 with Amateurs at the PGA Tour's Two Top Pro-Ams (ELY)<br>PRN: 20:34 Callaway Golf Staff Professional Bruce Fleisher Goes Wire-To-Wire to Win His Senior Debut (ELY)<br>EDGE: Internet Access: Free Policy Kit Helps Organizations Manage Employee Internet Usage (Company Business and Marketing) |
| 02/09/99 | 102,400 | 4.19 | -4.27% | |
| 02/10/99 | 102,500 | 4.06 | -2.96% | FFN: 12:07 Callaway Golf Insider Buys 9,400 Cmn Shs in Jan. (ELY)<br>BW: 17:51 Aldila Reports Fourth Quarter and 1998 Sales and Earnings (ALDA)<br>BW: 17:51 Aldila Reports Fourth Quarter and 1998 Sales and Earnings -2- (ALDA)<br>RN: 17:40 TABLE - Aldila Inc Q4 results. (ALDA)<br>RN: 18:14 Aldila sees falling revenues. (ALDA)<br>DJ: 17:24 Aldila Inc. Results -2: 4Q Financial Table, Comment >ALDA (ALDA)<br>DJ: 17:28 Aldila Inc. Results -3: Year Financial Table >ALDA (ALDA)<br>DJBN: 18:32/Aldila 4th Quarter Losses 4 Cents/Share Vs 10 Cents, Both On Charges (ALDA)<br>BW: 18:04 Live Internet Broadcasts of Impeachment Trial Garnering Little Worker Interest<br>Form SC 13G/A filed with the SEC (ALDA)<br>Form 4 filed with the SEC (JACK) |
| 02/11/99 | 61,400 | 4.03 | -0.79% | FFN: 17:58 Holders Register ADAMS GOLF INC. Stock (ADGO)<br>FFN: 17:58 Holders Register ADAMS GOLF INC. Stock (ADGO)<br>FFN: 18:47 Holder Registers ADAMS GOLF INC. Stock (ADGO)<br>CMR: Nasdaq Net Change Percentage Gainers & Losers (ALDA)<br>DJ: 17:34 Nasdaq Net Change Percentage Gainers & Losers (ALDA)<br>Form SC 13G filed with the SEC (PAR) |
| 02/12/99 | 54,300 | 4.13 | 2.33% | FFN: 06:50 Holder Registers ADAMS GOLF INC. Stock (ADGO).<br>Form SC 13G/A filed with the SEC (TDRP)<br>Thomson Financial Securities Data- M&A Analyst Report (TDRP) |
| 02/13/98 | | | | Merganti FIS- History & Debt Analyst Report. (APGC) |
| 02/16/99 | | | | PRN: 20:26 Callaway Golf Staff Professional Bruce Fleisher Makes History in Spite of HQ and Golf Staff Plant Moves. (ELY)<br>AMCN: Aldila Stays Profitable in Spite of HQ and Golf Staff Plant Moves (ALDA)<br>Wall Street Transcript Corporation, Analyst Report (TDRP) |
| 02/16/99 | 60,800 | 4.06 | -1.50% | MNP: 08:24 CALLAWAY GOLF CO - Staff Professional Bruce Fleisher Makes History - By Winning His First Two Senior Events. (ELY)<br>DMN: Golf alliance proves golden ClubCorp-Nicklaus team has/driving early success (JACK)<br>DMN: Dallas-Based ClubCorp Finds Early Success in Deal with Golf Star (JACK) |

**ADAMS GOLF INC.**

Black: News articles, SEC files.   Red: ADGO analyst reports   Blue: ELY analyst reports   Green   All other competitor analyst reports

| DATE | VOLUME | Adams Price | % Price Change | News |
|---|---|---|---|---|
| 02/17/99 | 91,000 | 4.06 | 0.00% | Form 5 filed with the SEC (ADGO)<br>Form SC 13G filed with the SEC (ADGO)<br>Form 5 filed with the SEC (ADGO)<br>Form SC 13G filed with the SEC (ADGO)<br>Form SC 13G filed with the SEC (ADGO)<br>Form SC 13G filed with the SEC (ADGO)<br>Form SC 13G/A filed with the SEC (TDRP)<br>Form 10-Q filed with the SEC (APGC)<br>DJ: 16:00 Adams Golf To Buy U.K. Golf Club Distribution Business >ADGO (ADGO)<br>*Adams Golf Inc. said it signed a letter of intent to acquire the golf club distribution business of its U.K. distributor, Dimensions in Sport Ltd. Financial terms weren't disclosed.*<br>DDN: STOCK MARKET: FAMILY GOLF SHARES PLUNGE (JACK)<br>TW: Alliance proves golden for Nicklaus. ClubCorp (JACK)<br>BW: 12:28 MP3 Files, Victoria Secret's Re-Broadcast Absorb Costly Network Bandwidth<br>PRN: 12:43 Adams Golf Announces Intent to Form U.K. Subsidiary; Creates Platform for International Growth<br>PRNE: ADDRESS >ZZZ U/IK NFL GEN NIX WEB CATCHWORD/DUNS GENERAL |
| 02/18/99 | 57,600 | 4.03 | -0.79% | Form SC 13G filed with the SEC (PAR) |
| 02/19/99 | 35,400 | 4.00 | -0.77% | Form SC 13G filed with the SEC (PAR)<br>ISA: AUSTRALIA - GOLF EQUIPMENT MARKET (1) (3927) (ELY) |
| 02/22/99 | 76,200 | 4.06 | 1.57% | BW: 13:27 Lichtd General Marketing Action Test Drop Golf Company's ROLLFACE-TM. Technology to Get Marketing Muscle With Infomercial Introducing Line ... (?) |
| 02/23/99 | 56,100 | 4.00 | -1.55% | PRN: 18:15 Callaway's Hot Streak on Tour Continues with Alison Nicholas LPGA Win in Hawaii (ELY) |
| 02/24/99 | 47,900 | 3.94 | -1.55% | DJ: 23:00 NASDAQ Short Interest: 247 Media Inc - Atmel Co (ADGO) |
| 02/25/99 | 104,400 | 4.00 | 1.57% | Form 8-K filed with the SEC (ELY) |
| 02/26/99 | 46,400 | 3.94 | -1.56% | CNW: 17:19 Canada NewsWire Summary of Releases, Afternoon, Friday, -2- (ELY)<br>PRN: 16:55 Callaway Golf Company Signs Former Ryder Cup Captain Bernard Gallacher to Endorsement Contract (ELY)<br>PRN: 17:21 PR Newswire California Summary, Friday, Feb. 26 up to 2:00 P.M. PT (ELY) |
| 02/27/99 | | | | SCOT: Webb well on way to record low tally. (ELY)<br>Margent Inc., Company Report, Analyst Report (ELY)<br>Thomson Financial Securities Data- M&A, Analyst Report (ELY)<br>Margent Inc., Company Report, Analyst Report (ALDA)<br>Margent Inc., Company Report, Analyst Report (PAR)<br>ASP: 23:47 ASIANET - WEEKEND SUMMARY TO MONDAY, MARCH 1, 1999. (ELY) |
| 02/28/99<br>03/01/99 | 26,300 | 4.00 | 1.57% | BJ: Belleaf grads hope golf theme hooks investors (ADGO) |

Page 83 of 92

A 174

**ADAMS GOLF INC.**

Black: News articles, SEC files.  Red: ADGO analyst reports   Blue: ELY analyst reports   Green:  All other competitor analyst reports

| DATE | VOLUME | Adams Price | % Price Change | News |
|---|---|---|---|---|
| 03/02/99 | 34,500 | 3.97 | -0.75% | BJ: Brehauf grads hose golf theme books investors (ADGO) <br> GOLF: Playing with fire |
| 03/03/99 | 47,000 | 4.00 | 0.78% | PRN: 14:21 Great Big Bertha(R) Drivers Are the Choice of Champions at Andersen World Match Play and Ladies Masters (ELY) <br> MNP: 14:52 CALLAWAY GOLF CO - World Match Play and Ladies Masters. (ELY) <br> ASP: 22:53 ASIANET - SUMMARY FOR THURSDAY, MARCH 4, 1999. (ELY) |
| 03/04/99 | 37,400 | 3.88 | -3.13% | GM: Golf stocks stuck in the rough (ALDA) |
| 03/05/99 | 50,400 | 3.88 | 0.00% | NYT: Counterfeiters Competing For Golf Equipment Market (ELY) <br> Mergent FIS: History & Debt, Analyst Report (ALDA) |
| 03/08/99 | 287,000 | 3.50 | -9.68% | Institutional Shareholder Service, Analyst Report (ELY) |
| 03/09/99 | 86,000 | 3.75 | 7.14% | |
| 03/10/99 | 25,600 | 3.88 | 3.33% | SEC: Retreat from Elite Golf is as expensive as each player makes it (ELY) <br> BW: 14:47 TearDrop Golf Announces Preliminary 1998 Results (TDRP) <br> Form 4 filed with the SEC (ADGO) |
| 03/11/99 | 26,500 | 3.81 | -1.80% | BL: Callaway Golf to strengthen distributor network in India. (ELY) |
| 03/12/99 | 25,300 | 3.66 | -4.12% | BL: Callaway Golf to strengthen distributor network in India. (ELY) <br> BL: Callaway Golf to strengthen distributor network in India. (ELY) <br> Mergent, Inc., Company Report, Analyst Report (APGC) <br> Mergent FIS- History & Debt, Analyst Report (APGC) |
| 03/13/99 | | | | ASX: ASX-National Forge Limited (NFG.AX) Half Yearly Report |
| 03/14/99 | | | | |
| 03/15/99 | 77,500 | 3.69 | 0.88% | PRN: 13:34 Tight Lies(R) Fairway Woods Capture #1 Market Share of Fairway Wood Category for the Quarter and Year Ended December 31, 1998 (ADGO) <br> SDBr: High-tech golf club shafts put firms on the green (ALDA) <br> SDBr: High-tech golf club shafts put firms on the green (ALDA) <br> PRN: 16:08 DTM Offers Faster, More Reliable Path to Investment Casting (PAR) |
| 03/16/99 | 73,600 | 3.69 | 0.00% | DJ: 17:19 Adams Golf/Gray Mkt-2: Source Was Former Authorized Reseller (ADGO) <br> *Adams Golf Inc. identified and out of all at least one source of the gray market supply of its Tight Lies fairway woods clubs.* |
| 03/17/99 | 40,400 | 3.75 | 1.68% | PRN: 18:15 Arnold Palmer Golf Management Combines Tradition with the Futura (APGC) <br> PRN: 16:30 Adams Golf Identifies Source of Gray Market Supply |
| 03/18/99 | 33,100 | 3.63 | -3.33% | DJ: 16:23 +Adams Golf Identifies, Cuts Off Source Of Gray Mkt Supply <br> Chase Hambrecht & Quist Inc., Analyst Report (ELY) |

Page 84 of 92

A 175

# ADAMS GOLF INC.

Black: News articles, SEC files.   Red: ADGO analyst reports   Blue: ELY analyst reports   Green: All other competitor analyst reports

| DATE | VOLUME | Adams Price | % Price Change | News |
|------|--------|-------------|----------------|------|
| 03/19/99 | 47,500 | 3.63 | 0.00% | Institutional Shareholder Services, Analyst Report (ALDA)<br>MJS: Head of the class: Callaway Introduces the Hawk Eye (ELY)<br>Form PRE 14A filed with the SEC (ELY) |
| 03/21/99 | | | | |
| 03/22/99 | 34,100 | 3.66 | -1.71% | DJ: 23:00 NASDAQ Short Interest: 1-800 Contacts Inc - ATI Technologies Inc (ADGO)<br>PRN: 06:15 Callaway Golf Is #1 in Drivers, Fairway Woods and Irons - on Five Major Tours and at Retail (ELY)<br>MNP: 08:27 CALLAWAY GOLF CO - #1 in Drivers, Fairway Woods and Irons on Five Major Tours - and at Retail (ELY) |
| 03/23/99 | 57,800 | 3.69 | 3.51% | |
| 03/24/99 | 65,600 | 3.50 | -5.10% | |
| 03/25/99 | 86,300 | 3.63 | 3.57% | NYT: In the Golf Bag: Gear to Meet Most Sets (ELY)<br>Form SC 13D/A filed with the SEC (TDRP) |
| 03/26/99 | 43,900 | 3.56 | -1.71% | Form 10-K filed with the SEC (ALDA) |
| 03/27/99 | | | | DMN: Adams tightens grip on golf clubs<br>KRTBN: Texas-Based Adams Golf Co. Goes After Unauthorized Resellers |
| 03/29/99 | 292,600 | 3.88 | 8.79% | Form 10-K filed with the SEC 10-K (ADGO) |
| 03/30/99 | 78,800 | 3.69 | -4.83% | PR: 06:19 Holder Registers ADAMS GOLF INC. Stock (ADGO)<br>SAE: Adams will add 18 to La Cantera site (APGO)<br>Form DEF 14A filed with the SEC (ALDA) |
| 03/31/99 | 299,800 | 4.25 | 15.24% | Institutional Shareholder Service, Analyst Report (ADGO)<br>Form 10-K405 filed with the SEC (ELY)<br>Form NT 10-K filed with the SEC (TDRP) |
| 04/01/99 | 248,500 | 4.25 | 0.00% | RPR: DTM Introduces CastForm polystyrene (PAR)<br>Chase Hambrecht & Quist Inc., Analyst Report (ADGO)<br>Chase Hambrecht & Quist Inc., Analyst Report (ELY)<br>Form 4 filed with the SEC (ADGO)<br>Form 4 filed with the SEC (ADGO)<br>Form DEF 14A filed with the SEC (ELY)<br>Form NT 10-K filed with the SEC (JACK) |
| 04/05/99 | 156,400 | 4.25 | 0.00% | CNNFN: 18:00 Adams Golf CEO (ADGO)<br>Shares of Adams Golf gone of course since the company went public last July. The stock today closed unchanged at 4 1/4. That is sharply lower from its initial price of $16 a share. |
| 04/06/99 | 103,500 | 4.31 | 1.46% | BW: 16:22 Teardrop Golf Company Announces 1998 Results (TDRP)<br>BW: 16:29 Vincent T. Gorguze, Chairman Emeritus of Aldia Board, to Retire (ALDA)<br>DJ: 16:55 Aldia Chairman Emeritus -2: Effective May 5 >ALDA (ALDA)<br>DJBN: 16:16 Aldia Chairman Emeritus Gorguze To Retire In May (ALDA) |

A 176

## ADAMS GOLF INC.

Black: News articles, SEC files.  Red: ADGO analyst reports.  Blue: ELY analyst reports.  Green: All other competitor analyst reports

| DATE | VOLUME | Adams Price | % Price Change | News |
|---|---|---|---|---|
| 04/07/99 | 166,300 | 3.94 | -8.69% | Chase Hambrecht & Quist Inc. Analyst Report (ELY)<br>FFN: 05:25 Holder Registers ADAMS GOLF INC. Stock (ADGO)<br>Form DEF 14A filed with the SEC (ADGO) |
| 04/08/99 | 77,300 | 3.75 | -4.77% | Form SC 13D filed with the SEC (TDRP) |
| 04/09/99 | 54,500 | 3.75 | 0.00% | |
| 04/12/99 | 131,600 | 4.06 | 8.35% | DJ: 19:59 Adams Golf Estimate -2-: Supplier Problems Resolved >ADGO (ADGO)<br>*Adams Golf Inc. expects to report a loss of 16 cents to 17 cents a share on sales of $8.6 million for the quarter ended March 31.*<br>DJBN: 21:39 Adams Golf Warns Of 1st-Quarter Loss On $8.6 Million In Sales (ADGO)<br>*See Above*<br>BW: 17:09 Aldila Reports 1999 First Quarter Results (ALDA)<br>DJ: 18:57 *Adams Golf Puts 1Q Loss At 15c-17c/Shr On $9.6M Sales >ADGO<br>PRN: 19:00 Adams Golf Reports Preliminary First Quarter 1999 Results<br>Form 4/A filed with the SEC (ADGO)<br>Form 4 filed with the SEC (ADGO)<br>Form 4 filed with the SEC (ADGO)<br>Form 4/A filed with the SEC (ADGO)<br>Form 4/A filed with the SEC (ADGO)<br>Form 4 filed with the SEC (ADGO) |
| 04/13/1999 | 175,500 | 3.63 | -10.78% | DJ: 08:15 HOT STOCKS TO WATCH -2-<br>DJ: 08:06 Hot Stocks To Watch: AMR ADGO IATV<br>DJ: 11:30 Hot Stocks: ADGO IATV RARE<br>DJ: 16:14 Small-Cap Stks -4- Skyfest Down 30% On Outlook<br>DJBN: 16:19 Small-Cap Stks -4- Skyfest Down 30% On Outlook<br>DJBN: 17:00 Small-Cap Stocks Rally, Again Outpacing Rest Of Market<br>Chase Hambrecht & Quist Inc. Analyst Report (ELY) |
| 04/14/99 | 80,900 | 3.75 | 3.45% | BW: 17:28 The Arnold Palmer Golf Company Announces Appointment of A. Alexander Taylor II to the Board of Directors (APGC)<br>PBP: GLOVES ARE OFF ON GREENS<br>PBP: ADS NAUSEAM |
| 04/16/99 | 85,800 | 3.78 | 0.83% | DJ: 13:24 *Ferris Baker Cuts Adams Golf To Hold From Accumulate-ADGO<br>QRP: Odyssey putters becoming a favorite of amateurs: No. 1 putter on pro tours works for local standout (ELY)<br>Form 10KSB40 filed with the SEC (TDRP) |
| 04/18/99 | 100,900 | 4.00 | 5.76% | PRN: 15:40 Kick Off This Golf Season at chipshot.com<br>SBI: AREA GOLF SCHEDULE GOLF '99 |

A 177

# ADAMS GOLF INC.

Black: News articles, SEC files.   Red: ADGO analyst reports   Blue: ELY analyst reports   Green: All other competitor analyst reports

| DATE | VOLUME | Adams Price | % Price Change | News |
|---|---|---|---|---|
| 04/19/99 | 73,100 | 3.68 | -3.13% | PRN: 10:18 Callaway Golf and Taiwan Government Cooperate in Raids Against Golf Club Counterfeiters (ELY)<br>PRN: 17:12 Dramatic PGA Tour Win for Dual Force(R) 380; Odyssey(R) is No. 1 at PGA Seniors' Championship (ELY)<br>BW: 07:00 Crestpast Reports Post-Quarter Results (PAR)<br>CIBC World Markets Corp. Analyst Report (PAR) |
| 04/20/99 | 36,200 | 3.75 | -3.23% | MNP: 03:22 CALLAWAY GOLF CO - PGA Seniors' Championship (ELY)<br>PRNE: DRAMATIC PGA TOUR WIN FOR DUAL FORCE(R) 380 (ELY) |
| 04/21/99 | 16,200 | 3.81 | 1.65% | BW: 17:09 Aldila Reports 1999 First Quarter Results -2- (ALDA)<br>DJ: 15:53 Aldila Inc. Results -2- 1Q Financial Table >ALDA (ALDA)<br>DJBN: 15:20 Aldila Inc. 1st Quarter Loss 2 Cents A Share Vs Net 7 Cents (ALDA)<br>Form 42483 filed with the SEC (TDRP) |
| 04/22/99 | 761,500 | 3.69 | -3.28% | BTS: From rags to riches, thanks to club design |
| 04/23/99 | 42,900 | 3.63 | -1.71% | KRTBN: Plano, Texas-Based Adams Golf Turns to Clubs<br>KRTBN: Texas-Based Adams Golf Develops New Drivers, Wedges to Rebuild Sales<br>Chase Hambrecht & Quist Inc., Analyst Report (ELY)<br>Institutional Shareholder Services, Analyst Report (PAR) |
| 04/26/99 | 21,400 | 3.75 | 3.45% | DJ: 19:59 NASDAQ Short Interest: 24/7 Media Inc - Aspen Technology (ADGO)<br>DJ: 22:00 NASDAQ Short Interest: 24/7 Media Inc - Aspen Technology<br>Form SC 13D/A filed with the SEC (TDRP) |
| 04/27/99 | 39,600 | 3.69 | -1.65% | PRN: 18:38 Callaway Staff Pros Dominate Weekend on PGA Tour, Senior PGA Tour and LPGA Tour (ELY)<br>PRN: 20:06 New TriForce(TM) Putter Scores LPGA Victory Odyssey(R) Is #1 Putter on LPGA, Senior PGA and Nike Tours (ELY)<br>Form 10-Q filed with the SEC (PAR) |
| 04/28/99 | 135,200 | 3.88 | 5.07% | FEN: 16:16 ADAMS GOLF INC 1Q Inst. Equity Holders- (ADGO)<br>PRN: 17:42 Adams Golf Reports First Quarter 1999 Operating Results (ADGO)<br>PRN: 16:30 Callaway Golf Reports First Quarter Sales and Earnings (ELY)<br>PRN: 16:31Callaway Golf Reports First Quarter Sales and -2- (ELY)<br>RN: 18:22 TABLE - Callaway Golf Co Q1 results (ELY)<br>AUG: JAGS GOLFERS IN GOOD SHAPE FOR REGIONALS (APGO)<br>Chase Hambrecht & Quist Inc. Analyst Report (ELY)<br>Institutional Shareholder Services, Analyst Report (ELY)<br>Form SC 13D/A filed with the SEC (TDRP) |
| 04/29/99 | 187,700 | 3.69 | -4.83% | DJBN: 12:49 Adams Golf Inc. 1st Quarter Loss 15 Cents/Diluted Share Vs Net 31 Cents (ADGO)<br>PRN: 08:15 Jenny Craig Names Jack F. O'Connor Vice President, Information Systems (ELY)<br>BW: 13:59 TearDrop Golf Announces Placement of Common Shares (TDRP) |

A 178

# ADAMS GOLF INC.

Black: News articles, SEC files.   Red: ADGO analyst reports   Blue: ELY analyst reports   Green: All other competitor analyst reports

| DATE | VOLUME | Adams Price | % Price Change | News |
|---|---|---|---|---|
| 04/30/99 | 172,800 | 3.75 | 1.68% | BW: 16:20 The Arnold Palmer Golf Company Announces Proposal for Management-Led Buy-Out (APGC)<br>CIBC World Markets Corp. Analyst Report (ELY)<br>ABN AMRO Bank N.V. U.S.A. Analyst Report (ELY)<br>Jefferies & Company Analyst Report (ELY)<br>WSJ: Golf-Club Maker Gets Teed Off Over 'Deceptive' Endorsements (ADGO)<br>DMN: LOCAL & REGIONAL EARNINGS IN BRIEF Earnings per share are diluted unless otherwise noted.<br>Mergent Inc... Company Report, Analyst Report (PAR)<br>Form DEF 14A filed with the SEC (TDRP)<br>Form DEF 14A filed with the SEC (PAR)<br>Form 8-K () filed with the SEC (APGC) |
| 05/01/99 | | | | OCR: Golf-club maker says endorsements mislead SPORTS: Ely Callaway chides players whose equipment doesn't fully reflect sponsorships. (ADGO)<br>GOLF: Outside the box |
| 05/02/89 | | | | TS: Golfers look for slice, as in price reductions<br>DMN: 1999 D-FW TOP 200 Series: D-FW TOP 200 (ADGO)<br>DMN: TOP 200 ON THE WEB INDEX OF ALL COMPANIES Series: D-FW TOP 200 (ADGO) |
| 05/03/98 | 128,800 | 3.63 | -3.33% | DMN: Strong economy boosts area private companies Local concerns expand, gain market share Series: D-FW TOP 200<br>PRN: 19:59 Callaway Staff Professional Rachel Hetherington Wins Her Second Consecutive LPGA Tour Event (ELY)<br>Chase Hambrecht & Quist Inc., Analyst Report (ELY)<br>Form 10-K/A filed with the SEC (PAR)<br>Form SC-13D/A filed with the SEC (APGC) |
| 05/04/99 | 30,900 | 3.56 | -1.71% | WSJ: Business Brief -- ADAMS GOLF INC.: First-Period Results Swing To a Loss of $3.3 Million (ADGO)<br>Adams Golf Inc. reported a first-quarter net loss of $3.3 million, or 15 cents a share, compared with net income of $5.6 million, or 31 cents a diluted share, in the year-earlier period. Analysts estimated the golf-club manufacturer would lose 17 cents a share, according to First Call Corp. Adams Golf, Plano, Texas, said its results were affected by an oversupply of its Tight Lies fairway wood at the retail level and production delays. Sales dropped 65% to $9.6 million from $24.5 million.<br>Adams Golf fell 12.5 cents to $3.625 in Nasdaq Stock Market trading.<br>WSJ: Business Brief - ADAMS GOLF INC.: First-Period Results Swing To a Loss of $3.3 Million (ADGO)<br>See Above<br>PRN: 18:20 TriForce(TM) Scores Second Straight LPGA Win; Odyssey(R) Putters Also Used in Nike, PGA European Victories (ELY)<br>BW: 07:16 Coastcast Announces Acquisition (PAR) |
| 05/05/99 | 94,000 | 3.75 | 5.26% | WSJ: Business Brief -- ADAMS GOLF INC.: First-Period Results Swing To a Loss of $3.3 Million (ADGO)<br>PRN: 07:15 Callaway Golf Declares First Quarter Dividend (ELY) |
| 05/06/89 | 36,200 | 3.75 | 0.00% | PRN: 10:49 Callaway Golf and Spalding Sports Worldwide Settle Golf Ball Trademark Dispute (ELY) |

**ADAMS GOLF INC.**

Black: News articles, SEC files.   Red: ADGO analyst reports   Blue: ELY analyst reports   Green: All other competitor analyst reports

| DATE | VOLUME | Adams Price | % Price Change | News |
|---|---|---|---|---|
| 05/07/99 | 47,100 | 3.69 | -1.86% | UK: Georgia Tech: Ga. Tech golfers selected for Palmer Cup (APGC) |
| 05/10/99 | 105,000 | 3.56 | -3.39% | PRN: 19:32 Three Wins in Three Weeks for TriForce(TM): Compaq Classic Is First PGA Tour Win for New TriForce Putters (ELY) |
| | | | | PRN: 20:26 Callaway Staff Professional Dallas Fraser Reports 5th First PGA Tour Victory (ELY) |
| | | | | BW: 18:46 Arnold Palmer Golf Company Reports Second Quarter Results (APGC) |
| | | | | JR: Sundowner Trailers' president named finalist for 1999 entrepreneur award |
| | | | | Barrington Research Associates, Analyst Report (ELY) |
| | | | | Form SC 13D filed with the SEC (APGC) |
| 05/11/99 | 112,300 | 3.50 | -1.77% | RN: 13:41 Adams Golf chairman aims to hit out of the rough. (ADGO) |
| | | | | DMN: BUSINESS BRIEFS |
| 05/12/99 | 87,200 | 3.50 | 0.00% | RR: 14:31 Aldila (ALDA) V-Alert: Unch At 2 On 778,400 (ALDA) |
| | | | | RR: 14:52 Aldila (ALDA) P-Alert: +19/32 At 2 19/32 On 880,800 (ALDA) |
| | | | | DJ: 14:39 Aldila (ALDA) Block Equals 4.8% Of Shrs Out (ALDA) |
| | | | | PRN: 16:34 Robert F. MacNally - Retired Chairman and CEO of Tommy Armour Golf Company - Elected to Adams Golf Board of Directors |
| | | | | Chase Hambrecht & Quist Inc., Analyst Report (ELY) |
| 05/13/99 | 59,400 | 3.53 | 0.86% | Form 3 filed with the SEC (ADGO) |
| | | | | Form 10-Q filed with the SEC (ADGO) |
| 05/14/99 | 42,900 | 3.50 | -0.88% | PRN: 16:31 Callaway Golf and Taiwan Government Seize Counterfeit Golf Clubs (ELY) |
| | | | | AP: 15:88 TWO-TEN NEWS NETWORK, London, May 14. This press release is... (ELY) |
| | | | | BW: 18:20 TearDrop Golf Company Announces 1999 First Quarter Results (TDRP) |
| | | | | RN: 15:19 TABLE - TearDrop Golf Q1 loss vs profit. (TDRP) |
| | | | | KRTBN: Golf-Equipment Companies Suffer Slice in Sales |
| | | | | Barrington Research Associates, Analyst Report (ELY) |
| | | | | Form 10-Q filed with the SEC (ADGO) |
| | | | | Mergent Inc., Company Report, Analyst Report (PAR) |
| 05/15/99 | | | | |
| 05/17/99 | 80,400 | 3.53 | 0.89% | FEN: 16:02 Callaway Golf Officers Register To Sell 200K Shs (ELY) |
| | | | | ASP: 01:35 ASIANET WEEKEND SUMMARY TO MONDAY, MAY 17, 1999. (ELY) |
| | | | | PRN: 20:57 Callaway Staff Professional Colin Montgomerie Wins Benson And Hedges International Open (ELY) |
| | | | | Form 10-Q filed with the SEC (ELY) |
| | | | | Form 10-Q filed with the SEC (APGC) |
| 05/18/99 | 71,900 | 3.59 | 1.70% | BW: 12:22 TearDrop Putters With ROLL-FACE-tm- Technology Showing Superiority In Competition (TDRP) |
| | | | | BW: 15:40 Golden Bear Reports Fourth Quarter and Year End Results (JACK) |
| | | | | Form NT 10-Q filed with the SEC (TDRP) |
| | | | | Form 10-Q filed with the SEC (TDRP) |

A 180

## ADAMS GOLF INC.

Black: News articles, SEC files.   Red: ADGO analyst reports   Blue: ELY analyst reports   Green. All other competitor analyst reports

| DATE | VOLUME | Adams Price | % Price Change | News |
|---|---|---|---|---|
| 05/19/99 | 44,200 | 3.50 | -2.52% | Form 10-K filed with the SEC (JACK) |
| 05/20/99 | 67,900 | 3.50 | 0.00% | Form SC 13G filed with the SEC (PAR) |
| 05/21/99 | 29,100 | 3.50 | 0.00% | BW: 10:63 TearDrop Golf Signs Marketing Agreement In Japan; TearDrop Golf and Kindai Golf Company form joint venture creating TearDrop Japan... (TDRP) |
| 05/22/99 | | | | Thomson Financial Securities Data: M&A Analyst Report (PAR) |
| 05/24/99 | 43,000 | 3.53 | 0.89% | PRN: 18:20 Callaway Golf Continues Torrid Tour Win Streak With Olin Browne Victory at Colonial (ELY) |
| 05/25/99 | 116,400 | 3.38 | -4.42% | DJ: 22:00 NASDAQ Short Interest: 24/7 Media Inc - Atlantic Coast (ADGO) |
| 05/26/99 | 24,300 | 3.50 | 3.70% | EEN: 23:19 ADAMS GOLF INC 4Q Inst. Equity Holders- (ADGO) |
| | | | | PRN: 18:18 Four Wins In Five Weeks for TriForce(TM); Odyssey Putters Roll to Four Victories Around the World (ELY) |
| 05/27/99 | 28,400 | 3.47 | -0.89% | FEN: 23:29 ALDILA INC 4Q Inst. Equity Holders- (ALDA) |
| 05/28/99 | 15,400 | 3.50 | 0.89% | Form 3-8 filed with the SEC (ADGO) |
| | | | | Form DEFA14A filed with the SEC (TDRP) |
| | | | | Form 8-K filed with the SEC (APGC) |
| 05/29/99 | | | | Mergent Inc... Company Report, Analyst Report (TDRP) |
| | | | | Mergent Inc... Company Report, Analyst Report (ALDA) |
| 06/01/99 | 62,400 | 3.41 | -2.66% | PRN: 17:13 Colin Mont'DRP'omerie Continues Callaway Golf's Worldwide Win Streak with Volvo PGA Victory (ELY) |
| | | | | PRN: 18:34 Odyssey Golf Staff Professional Rich Beem Rolls to Storybook Win With TriForce(TM) Putter (ELY) |
| | | | | ASP: 23:35 ASP.NET SUMMARY FOR WEDNESDAY 2 JUNE 1999 (ELY) |
| | | | | GOLF: Ersatz equipment |
| | | | | INC: The New Commandments of Change (attracting top executives)(Statistical Data Included) |
| | | | | INC: How to contact organizations and people mentioned prominently in this issue. (Some listings have been omitted by request) (directory... |
| 06/02/99 | 104,500 | 3.50 | 2.76% | FEN: 06:21 Holder Registers ADAMS GOLF INC. Stock (ADGO) |
| 06/03/99 | 184,900 | 3.03 | -13.40% | Mergent Inc... Company Report, Analyst Report (ELY) |
| 06/04/99 | 78,400 | 3.13 | 3.10% | Form 8-K filed with the SEC (APGC) |
| 06/05/99 | | | | SEC: Turning Over A New Leaf Is No Easy Task (ELY) |
| | | | | Mergent Inc... Company Report, Analyst Report (TDRP) |
| 06/07/99 | 50,900 | 3.06 | -1.96% | AMCN: Aldila Outside Sales Grow In Carbon Fiber and Prepreg, But Loss in 1Q98, (ALDA) |
| 06/08/99 | 21,000 | 3.13 | 2.02% | BW: 14:55 Golden Bear Reports First Quarter Results (JACK) |
| | | | | PRN: 16:44 Jack Nicklaus's Golden Bear Hitting Into The Rough (JACK) |
| | | | | PRN: 08:16 Global Seafood Technologies' Killer Bee Bait Line. Inks Promotional TV Agreement With the Nationally Syndicated Show 'Gary Finch Outdoors' |
| 06/09/99 | 73,800 | 3.06 | -1.96% | FEN: 07:34 FFBN HOT NEWS DIARY FROM TUESDAY, JUNE 8 (CONT) (JACK) |

A 181

**ADAMS GOLF INC.**

Black: News articles, SEC files.  Red: ADGO analyst reports.  Blue: ELY analyst reports.  Green: All other competitor analyst reports

| DATE | VOLUME | Adams Price | % Price Change | News |
|---|---|---|---|---|
| 06/10/99 | 44,800 | 3.06 | 0.00% | DJ: 12:46 Golden Bear Stresses Need To Resolve Paragon Unit's Woes (JACK)<br>Form 4 filed with the SEC (ADGO)<br>FFN: 06:07 Insider Buys ADAMS GOLF INC. Stock (ADGO)<br>TU: Brown set for Palmer Cup (APGC)<br>Mergent Inc. Company Report, Analyst Report (APGC)<br>Form 10-Q filed with the SEC (JACK) |
| 06/11/99 | 41,100 | 3.06 | 0.00% | Mergent Inc. Company Report, Analyst Report (ALDA)<br>Mergent Inc. Company Report, Analyst Report (PAR)<br>Form SC 13D/A filed with the SEC (APGC) |
| 06/14/99 | 26,000 | 3.03 | -1.04% | PRN: 16:54 Adams Golf, Inc. (Nasdaq: ADGO) and Its Officers and Directors Are Sued by the Shareholders... (ADGO)<br>*Investors have filed a class action alleging Adams Golf, Inc. and certain of its officers and directors violated the federal securities laws. According to the lawsuit, defendants omitted or misrepresented information from the Registration Statement they filed with the SEC and the Prospectus they disseminated to investors who purchased Adams Golf common stock in the IPO in July 1998. The lawsuit charges that the Registration Statement and the Prospectus failed to disclose material risks arising from two important conditions existing at the time of the IPO, namely that at the time of the IPO, grey market distribution of Adams Golf products and an oversupply of golf club inventory at the retail level were negatively affecting Adams Golf's earnings.*<br>PRN: 18:44 Callaway Golf Staff Professional Bruce Fleisher Changes to His Fourth Senior PGA Tour Title (ELY)<br>SFT: Development to be biggest along SR 54 (JACK) |
| 06/15/99 | 107,000 | 3.06 | 1.06% | NYP: BUSINESS BRIEFS (ADGO)<br>NYP: 18:05 Seattle's Keller Rohlbeck L.L.P. Investigates Adams Golf, Inc. and Its Top Officers and Directors (ADGO)<br>See Above<br>ASP:00:14 ASIANET SUMMARY FOR TUESDAY, JUNE 15, 1999. (ELY)<br>PRN: 18:46 Callaway Golf, U.S. Marshals, Customs Agents and Local Police Shut Down Knock Off Golf Club Operation (ELY)<br>Form SC 13G filed with the SEC (ALDA) |
| 06/16/99 | 173,800 | 2.75 | -10.22% | BW: 12:15 Seattle's Keller Rohlback L.L.P. Investigates Adams Golf, Inc. and Its Top Officers and Directors (ADGO)<br>See Above<br>ASP: 01:39 ASIANET SUMMARY FOR WEDNESDAY, JUNE 16, 1999. (ELY)<br>AP: 20:52 Callaway knockoffs seized (ELY)<br>AP: 20:59 Callaway knockoffs seized (ELY)<br>SFT: Development to be biggest along SR 54 (JACK)<br>Chase Hambrecht & Quist Inc., Analyst Report (ELY) |
| 06/17/99 | 252,200 | 2.63 | -4.55% | DJ: 11:58 Class Action HH: Suit Filed Against Adams Golf >ADGO (ADGO)<br>*Adams Golf Inc. said a shareholder lawsuit filed against the company, certain of its directors and officers and the underwriters of its IPO offering is "entirely without merit." The golf maker said the suit alleges securities laws violations in its IPO.* |

Page 91 of 92

A 182

# ADAMS GOLF INC.

Black: News articles, SEC files.  Red: ADGO analyst reports.  Blue: ELY analyst reports.  Green: All other competitor analyst reports

| DATE | VOLUME | Adams Price | % Price Change | News |
|---|---|---|---|---|
| 06/18/99 06/19/99 | 217,200 | 2.69 | 2.40% | PRN: 11:06 Adams Golf Responds to Reports of Shareholder Lawsuit<br>Form SC 13E3 filed with the SEC (APGC)<br>Form PREM14A filed with the SEC (APGC) |
| 06/21/99 | 147,800 | 2.69 | 0.00% | Mergent FIS: History & Debt, Analyst Report (ALDA) |
| 06/22/99 | 79,200 | 2.50 | -6.99% | Mergent FIS: History & Debt, Analyst Report (APGC)<br>FOTF: NASDAQ (Illustration)(Statistical Data Included) (ADGO)<br>JLME: Advertising policies of medical journals; conflicts of interest for journal editors and professional societies. (ELY) |
| 06/23/99 | 38,600 | 2.56 | 2.52% | BW: 11:05 Adams Golf, Inc. and Top Officers and Directors Are Sued by the Shareholders In Class Action Lawsuit Filed by Keller Rohrback LLP (ADGO)<br>*Investors have filed a class action alleging Adams Golf, Inc.and certain of its officers and directors violated the federal securities laws. According to the lawsuit, defendants omitted or misrepresented information from the Registration Statement they filed with the SEC and the Prospectus they disseminated to investors who purchased Adams Golf common stock in the IPO in July 1998. The lawsuit charges that the Registration Statement and the Prospectus failed to disclose material risks arising from two important conditions existing at the time of the IPO, namely that at the time of the IPO, gray market distribution of Adams Golf products and an oversupply of golf club inventory at the retail level were negatively affecting Adams Golf's earnings.* |
| 06/24/99 | 56,700 | 2.69 | 4.86% | DJ: 22:01 NASDAQ Short Interest-24/7 Media Inc - Asyst Technel Inc (ADGO)<br>PRN: 14:21 Adams Golf Becomes Official Club Supplier of the Golf Academy at Chelsea Piers |
| 06/25/99 06/27/99 | 53,700 | 2.53 | -5.84% | MNF: 14:21 SECURITIES COMMISSION - BCSC Re Callaway Golf Company Exemption Order. (ELY)<br>DMN: Business owners earn entrepreneur awards<br>Mergent Inc. Company Report, Analyst Report (ALDA) |
| 06/28/99 | 37,800 | 2.69 | 2.49% | PRN: 10:51 Adams Golf Introduces Sophisticated Sibling to the Original Tight Lies(R) Fairway Woods: The Tight Lies Tour Model - Specially Designed ... |
| 06/29/99 | 42,200 | 2.56 | -1.20% | T.R.A.D.E. Company Reports, Analyst Report (ELY)<br>T.R.A.D.E. Company Reports, Analyst Report (ELY) |
| 06/30/99 | 74,600 | 2.56 | 0.00% | T.R.A.D.E. Company Reports, Analyst Report (ELY)<br>T.R.A.D.E. Company Reports, Analyst Report (APGC)<br>T.R.A.D.E. Company Reports, Analyst Report (APGC)<br>T.R.A.D.E. Company Reports, Analyst Report (APGC)<br>PRN: 11:29 Barney Adams, Founder of Adams Golf, Named 1999 Manufacturing Entrepreneur of the Year for the Southwest Area<br>Form S-8 POS filed with the SEC (ELY) |
| 07/01/99 | 58,200 | 2.63 | 2.42% | GOLF: State of the game: Cost<br>RTV: INFOMERCIAL MONITORING SERVICES - April 1999 Infomercial National Cable Debuts. |

Page 92 of 92

A 183

## ADAMS GOLF EVENT/STUDY SOURCES

| | | | | | |
|---|---|---|---|---|---|
| AFP: | Agence France-Presse | DJ: | Dow Jones News Service | ME: | Morning Edition |
| AJ: | Atlanta Journal, The | DJBN: | Dow Jones Business News | MET: | Metals Week |
| AMB: | Amusement Business | DJNI: | Dow Jones International News | MH: | Miami Herald, The |
| AMCN: | Advanced Materials and Composite News | DJNS: | Dow Jones News Service | MJS: | Milwaukee Journal Sentinel, The |
| AMM: | American Metal Market | DJON: | Dow Jones Online News | MAP: | Market News Publishing |
| AP: | Associated Press Newswires | DMN: | Dallas Morning News, The | NAO: | News & Observer, The |
| APO: | AP Online | DT: | Daily Telegraph, The | NDY: | Newsday |
| AR: | KRTBN – Arizona Republic | EDGE: | EDGE | NIB: | Nightly Business Report |
| ASP: | Asia Pulse | ENR: | Engineering News-Record | NYP: | New York Post |
| ASX: | ASX-Australian Stock Exchange Company Announcements | ESS: | Emerging & Special Situations | NYT: | New York Times, The |
| AUG: | Augusta Chronicle, The | EX: | Express, The | NYTA: | New York Times Abstracts |
| AWEE: | ADWEEK Eastern Edition | FCBJ: | Fairfield County Business Journal | OWH: | Omaha World-Herald |
| AWSW: | ADWEEK Southwest | FFN: | Federal Filings Newswires | PBP: | Palm Beach Post, The |
| AWWAN: | ADWEEK Western Advertising News | FNCBR: | Fox News Cavuto Business Report | PEC: | People Magazine |
| B: | Barron's | FR: | Federal Register | PIR: | Professional Investor Report |
| BH: | Boston Herald | FTU: | Florida Times-Union | PLQ: | Patriot Ledger Quincy |
| BL: | Business Line (The Hindu) | GM: | Globe and Mail, The | PPG: | Pittsburgh Post-Gazette |
| BTS: | Business Times Singapore | GOLF: | GOLF Magazine | PRN: | PR Newswire |
| BUF: | Buffalo News | GP: | Golf Pro | PRNE: | PR Newswire Europe |
| BUS: | Business Week | GRP: | Grand Rapids Press | PSS: | Post-Standard Syracuse |
| BW: | Business Wire | HC: | Hartford Courant, The | RN: | Reuters News |
| BWK: | Brandweek | HOU: | Houston Chronicle | RTV: | Response TV |
| CAM: | Commercial Appeal Memphis | IBJ: | Indianapolis Business Journal | SAE: | San Antonio Express News |
| CCB: | Crain's Chicago Business | INC: | Inc. | SBT: | South Bend Tribune |
| CDAIIC: | CDA-Investnet Insiders' Chronicle | IR: | IPO Reporter, The | SCOT: | Scotsman, The |
| CIN: | Cincinnati Post, The | IT: | Irish Times | SDBJ: | San Diego Business Journal |
| CMR: | Capital Markets Report | JLME: | Journal of Law, Medicine and Ethics | SECOND: | SEC News Digest |
| CNBC/DJBV: | CNBC/Dow Jones Business Video | JR: | Journal Record, The | SHT: | Sarasota Herald-Tribune |
| CNI: | Composite News Infrastructure | KNS: | Knoxville News-Sentinel, The | SI: | Sports Illustrated |
| CNNfn: | CNN Financial News | KRTBN: | Knight Ridder Tribune Business News | SL: | Star-Ledger |
| CNW: | Canada NewsWire | LABJ: | Los Angeles Business Journal | SPT: | St. Petersburg Times |
| COL: | Columbus Dispatch, The | LADN: | Los Angeles Daily News | SSFL: | Sun-Sentinel Ft. Lauderdale |
| CST: | Chicago Sun-Times | LAT: | Los Angeles Times | STW: | Sunday Telegram Worcester, MA |
| DBR: | Daily Business Review - Miami FL | LVRJ: | Las Vegas Review-Journal, The | TS: | Toronto Star, The |
| DDN: | Dayton Daily News | M2P: | M2 Presswire | TT: | Tampa Tribune |

Page 1 of 2

A 184

Page 2 of 2

## ADAMS GOLF EVENT/STUDY SOURCES

| | |
|---|---|
| TU: | Times Union |
| USN: | U.S. Newswire |
| UWR: | U-Wire |
| VV: | Village Voice |
| WAT: | Washington Times |
| WNT: | World News Tonight |
| WSJ: | Wall Street Journal |

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2006, I have caused the NOTICE OF FILING AND SERVICE

OF REBUTTAL EXPERT REPORT OF R. ALAN MILLER to be served by hand delivery upon

the below-listed Delaware counsel of record, and to be conventionally filed with the Clerk of Court:

Alyssa M. Schwartz, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

Robert K. Payson, Esquire
John E. James, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

and a copy has been served by electronic mail upon the following:

Theodore J. McEvoy, Esquire
Michael J. Chepiga, Esquire
Elaine Divelbliss, Esquire
Ryan A. Kane, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Email: tmcevoy@stblaw.com
Email: mchepiga@stblaw.com
Email: edivelbliss@stblaw.com
Email: rkane@stblaw.com

Paul R. Bessette, Esquire
Akin, Gump, Strauss, Hauer & Feld LLP
Three Embarcadero Center, Suite 2800
San Francisco, CA 94111-4066
Email: pbessette@akingump.com

Jennifer R. Brannen, Esquire
Akin, Gump, Strauss, Hauer & Feld, LLP
300 West 6th Street, Suite 2100
Austin, TX 78701-2916
Email: jbrannen@akingump.com

s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com

A 186

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
- - -

IN RE ADAMS GOLF, INC.   : CONSOLIDATED
                         :
SECURITIES LITIGATION    : C.A. No. 99-371 KAJ

--------------------------
Friday, August 11, 2006
--------------------------

Oral deposition of R. ALAN MILLER, taken
pursuant to notice, was held at the offices of AKIN,
GUMP, STRAUSS, HAUER AND FELD, LLP, 590 Madison
Avenue, 18th Floor, New York, New York 10022-2524
commencing at 8:50 a.m. on the above date, before Beth
A. Barkocy, Certified Shorthand Reporter and Notary
Public.

- - -

RSA/VERITEXT COURT REPORTING COMPANY
1845 Walnut Street, 15th Floor
Philadelphia, PA   19103
(215)241-1000     (888)777-6690

R. ALAN MILLER

Page 216

1           MR. LEWIS:  Object to the form.

2           THE WITNESS:  And the rest of the

3     sentence in that paragraph.

4  BY MR. BESSETTE:

5           Q.      And, obviously, its potentially

6  significant negative effect, which is why you claim

7  there should have been a risk factor disclosure in the

8  prospectus?

9           A.      Yeah, that's essentially correct,

10  and subject to the last answer about what other

11  questions I may be asked; yeah, that's correct.

12           MR. BESSETTE:  I'll pass the

13     witness.

14           Thank you.

15           THE WITNESS:  You're welcome.

16           MR. GLUCKOW:  I suggest we take five

17     minutes to get reorganized.

18           (Recess.)

19  BY MR. GLUCKOW:

20           Q.      Mr. Miller, good afternoon.

21           A.      Good afternoon.

22           Q.      I'm Paul Gluckow, with Simpson,

23  Thacher, and Bartlett.  We represent the underwriter

24  defendants in this matter, so my questions this

25  afternoon will focus on those aspects of your reports

A 188

Page 217

1   that have dealt with the underwriters' due diligence

2   issue.

3          A.        Right.

4          Q.        Based on the discussion today with

5   Mr. Bessette and other testimony that I've seen you've

6   given in the past, I think I can just do a little bit

7   more background in terms of your experience with due

8   diligence.  My understanding is that in your career

9   you've conducted due diligence in connection with an

10  IPO on one occasion; is that correct?

11                 MR. LEWIS:  Objection to conducted.

12                 Go ahead.

13                 THE WITNESS:  I don't believe so;

14           that is, there's one on which I recall

15           specifically being involved that was an

16           offering of common stock and warrants or

17           units; there was one involving -- pretty sure

18           it was a convertible preferred; there was

19           another that involved a debt security with

20           some kind of equity kicker.  I did due

21           diligence on all those offerings.

22                 Then there were a specific -- sorry,

23           there were offerings in which the firm I was

24           with was not a lead or co-lead underwriter or

25           in which we were not taking the lead role in

R. ALAN MILLER

Page 218

1          which I did do specific parts of due

2          diligence as opposed to a whole

3          responsibility for due diligence as part of

4          my work on probably three or four, five, six

5          occasions.  There were -- or potentially a

6          few more than that, now that I'm thinking

7          about this.

8                  There were then some matters on

9          which I was asked questions by our syndicate

10         department to look up very specific questions

11         that they had in a due diligence context in

12         an offering that we were being invited to

13         participate in, not as a lead manager, and

14         there were a couple of municipal leasing

15         deals that I worked very substantially on and

16         which we were involved in due diligence-type

17         work as well.  Those were in connection with

18         public offering transactions.

19    BY MR. GLUCKOW:

20         Q.      Initial public offerings?  The

21    original question I asked you was due diligence in

22    connection with initial public offerings.

23         A.      I'm sorry, with IPOs?

24         Q.      Yes, that was my question.  If you

25    want it read back --

A 190

R. ALAN MILLER

Page 219

1          A.          I'm sorry, I was hearing offerings,

2    not the initial part.

3          Q.          Let's go back to the original

4    question, and again, my understanding is that you've

5    conducted due diligence in connection with initial

6    public offerings on only one occasion?

7          A.          One that I can recall where we were

8    lead manager, co-lead manager, actually.

9          Q.          That was the Caesar's matter?

10         A.          Yes.  Then we were the lead in the

11   municipal equipment leasing transaction, and I'm not

12   going to rule out the possibility there were one or

13   two IPOs in the list of deals on which I had worked in

14   some due diligence matter but did not have overall

15   responsibility.  There was only one IPO that I can

16   recall in which we were co-lead in which I worked

17   actively on the whole due diligence assignment.

18         Q.          That's Caesar's?

19         A.          Correct.

20         Q.          Who was your employer at that time?

21         A.          It was actually Caesar's New Jersey.

22                      Butcher and Singer.

23         Q.          When did that deal close, roughly?

24         A.          '78 or '79, I think.

25         Q.          Is it true that you haven't been

A 191

R. ALAN MILLER

Page 220

1    involved with due diligence in connection with an

2    initial public offering since the closing of the

3    Caesar's transaction?

4                    MR. LEWIS:  Objection to form.

5                    THE WITNESS:  As an underwriter --

6            I'm sorry, again, that was IPOs?

7    BY MR. GLUCKOW:

8            Q.        Correct.

9            A.        As an underwriter, certainly since

10   the time I worked at Butcher and Singer except for one

11   matter as a consultant that I can recall where I was

12   at PCA, which, I think, continued, actually, into PIBC

13   formation, and the other open question is whether at

14   Butcher between the Caesar's deal or at some other

15   time at Butcher whether there was an IPO in the list

16   of things on which I worked but was not primarily

17   responsible for.

18           Q.        In terms of initial public offerings

19   where you were involved in due diligence where your

20   employer was either the lead underwriter or co-lead

21   underwriter, the only example of that that you can

22   think of as you sit here now is the Caesar's New

23   Jersey example; is that correct?

24           A.        Correct, subject to the last couple

25   of questions and answers, right.

A 192

Page 221

1          Q.        You mentioned PCA.  PCA was not an

2    underwriter in that transaction you were referring to,

3    correct?

4          A.        That's correct.  I was acting as a

5    consultant to a party involved in an underwriting.

6          Q.        You would not have been doing

7    underwriter due diligence in that transaction,

8    correct?

9                    MR. LEWIS:  Objection to the form.

10                   THE WITNESS:  Yeah, that's correct.

11                   It was not from the perspective of the

12                   underwriter.

13   BY MR. GLUCKOW:

14         Q.        The other transactions that you

15   talked about in response to my very first question

16   when you were thinking I was talking about offerings

17   as opposed to initial public offerings, we can safely

18   assume that all those transactions that you referred

19   to were not initial public offerings where you had

20   some role doing due diligence on behalf of an employer

21   that was involved in the underwriting of the

22   transaction, correct?

23         A.        I missed the first part.

24                   MR. GLUCKOW:  Would you read it

25                   back, please.

Page 222

```
 1                    (The pending question was read

 2          back.)

 3                    THE WITNESS:  Yeah, except for the

 4          one or two, perhaps, in which I did specific

 5          due diligence assignments as part of a group

 6          but not with a primary responsibility for the

 7          whole due diligence function.

 8  BY MR. GLUCKOW:

 9          Q.        Let's talk about those one or two.

10  Tell me what you recall about those.

11          A.        Just that we as a consequence of

12  being involved in a group of firms that acted together

13  to do offerings upon occasion where someone else may

14  have the primary responsibility for due diligence,

15  they may have asked for assistance or staffing on

16  follow-up on certain items or investigation of certain

17  items, so I'd get a phone call or a memo or something

18  that would say would you please look into the

19  following and identify some area or tasks that we were

20  asked to perform, then I would do that and then report

21  back to whoever was asking me.

22          Q.        That's when you were with Butcher?

23          A.        Yes.

24          Q.        What would have been the time frame

25  for those one or two that you have in mind?
```

R. ALAN MILLER

Page 223

1      A.      They would have been -- well,
2  actually, '76 through '79.
3      Q.      Again, your employer -- just to be
4  clear on this, your employer, Butcher, was neither the
5  lead nor the co-lead on those transactions, correct,
6  the lead underwriter or the co-lead underwriter on
7  those two transactions we're talking about?
8      A.      Not that I'm thinking of.  If we
9  were one of the leads, we were not taking primary
10 responsibility for due diligence in that sense.
11     Q.      Let me try and boil this down, then.
12             In your career, you've conducted due
13 diligence in connection with an initial public
14 offering where your employer was a lead or co-lead
15 underwriter on one occasion, and that was the Caesar's
16 New Jersey matter in the '78 to '79 time period,
17 correct?
18     A.      Yeah; again, I think that's correct
19 with the possible exception of one or two others in
20 which we were not taking primary role for due
21 diligence but may have appeared as the lead
22 underwriter.
23     Q.      Then it's also fair to say, I
24 believe, that you have not been involved in due
25 diligence in connection with an initial public

A 195

R. ALAN MILLER

Page 224

1    offering where your employer was a lead or co-lead

2    underwriter since at least 1980, correct?

3            A.        Sure; that's correct.

4            Q.        Have you published any articles on

5    the topic of due diligence?  I don't see any listed on

6    your CV but I just want to confirm.

7            A.        I don't recall exactly.  We

8    published quite a number of articles in the series of

9    newsletters that I referred to earlier back in

10   the '70s which involved a variety of financing

11   techniques, a lot of which involved going public.  I

12   would be surprised if there wasn't some articles

13   during that time on due diligence.  Some of that might

14   have been from the perspective of the officers and

15   directors as opposed to the underwriters because our

16   clients at that time tended to be prospective issuers

17   as opposed to underwriters.  That was a topic that was

18   part of the research I had done on the 550 IPOs from

19   '68 to '72 that I referenced earlier, and that,

20   therefore, appeared in some of our publications around

21   that time.

22           Q.        These newsletters you're talking

23   about would have been written in what time period, the

24   early '70s?

25           A.        '72 through '76.

R. ALAN MILLER

Page 225

1      Q.      These were not -- were these
2  published to the world at large or were these client
3  newsletters sent to clients and prospective clients of
4  the firm?

5      A.      They were sent to clients,
6  prospective clients, and paid subscribers who tended
7  to be prospective issuers and service providers to
8  prospective issuers.

9      Q.      As you sit here today, can you
10  recall any newsletters that you worked on that
11  specifically dealt with the topic of underwriters' due
12  diligence?

13      A.      No, I can't recall specifically, but
14  as I said, it was part of the study that I did at that
15  time and there was fairly intensive -- we wrote about
16  just about every aspect of that study over a period of
17  years.  I'd be surprised if it was not covered in
18  something we did but, again, the focus at that time
19  from our point of view was more on the prospective
20  issuer than on the underwriter, although we did cover
21  all the participants in the process.  Again, I can't
22  recall specifically, but I would be surprised if it
23  was not among those articles.

24      Q.      Do you have copies of the articles?

25      A.      No, I don't.

A 197

Page 226

1       Q.       How would you go about finding these

2   articles or newsletters if you wanted to?

3       A.       I haven't been able to.  I would

4   have asked the company or its successors but they are

5   now gone except for the group that publishes what's

6   now called, I believe, the IPO Reporter or the IPO

7   Journal, and the owner of that publication apparently

8   doesn't or wouldn't have them, but the group that

9   generates the editorial content, I've checked with and

10  they don't appear to have any of it either.  As far as

11  I know, that's the last continuing thread of people.

12      Q.       The study that you referred to, was

13  that study reduced to writing and published?

14      A.       Not as one block of information like

15  that.  It was presented in numerous client memos,

16  seminars, constituted a lot of the material for a

17  draft of a book that we didn't publish and that sort

18  of thing, but I don't recall that we ever put the

19  entire study together in one place like that.

20              We did publish at the time a CPM

21  chart of the process with annotated sections that

22  actually would have represented a summary of that, but

23  I don't think we actually ever produced the entire

24  work.

25      Q.       Do you have any versions of the

Page 227

1      study in your possession today?

2              A.        No.

3              Q.        Do you have any idea how to get that

4      document if it exists as a document?

5              A.        No, I'd give you the same answer as

6      the newsletters, same timing, same people.

7              Q.        Putting aside the newsletters, which

8      may or may not have had something specific on

9      underwriters' due diligence, can you think of any

10     other publications that you've authored on the topic

11     of underwriters' due diligence?

12                       MR. LEWIS:  Objection to form.

13                       THE WITNESS:  No.

14     BY MR. GLUCKOW:

15             Q.        I just want to confirm:  On the

16     newsletters and the study we have talked about, to the

17     extent that there may have been at one time something

18     dealing with underwriters' due diligence, would that

19     have been something that you would have been a

20     principal author of, and if not, what would have been

21     your role?

22                       MR. LEWIS:  Objection to form.

23                       THE WITNESS:  I was either author or

24             editor of all of the articles that appeared

25             at that time, and of those, I would have been

Page 228

```
 1                 the author because I did the study.
 2    BY MR. GLUCKOW:
 3           Q.        Have you ever taught any courses
 4    that addressed the topic of underwriters' due
 5    diligence?
 6           A.        Not as a topic in itself, no.  I
 7    believe that may have been a brief portion of a talk
 8    or couple of talks that I gave at the Wharton School
 9    back in mid to late '70s or early '80s where some of
10    the topics included various types of financing
11    including going public and the roles of the
12    participants, some of the work that underwriters did
13    and that sort of thing.
14           Q.        How many talks do you recall giving
15    at Wharton in the late '70s or early '80s that might
16    have addressed as a component underwriters' due
17    diligence?
18           A.        There were at least three or four, I
19    believe, such talks.
20           Q.        Any recollection as to what portion,
21    if any, of the talks would have addressed
22    underwriters' due diligence?
23                 MR. LEWIS:  Objection as to form.
24                 THE WITNESS:  In one sense, it was a
25           fairly small portion because the talks may
```

Page 229

```
 1              have been 45 minutes to an hour and generally
 2              covered the topics of the state of the public
 3              markets for raising capital, the roles of
 4              participants in the markets and those sort of
 5              things, so as a part of the topic, I would
 6              have thought, as part of the outline, it
 7              would have been a fairly small portion;
 8              however, the obsession of MBA students with
 9              getting jobs in investment banking firms
10              tended to generate more questions in that
11              area than I would have expected and I did
12              spend more time on what underwriters do than
13              I probably otherwise would have.
14  BY MR. GLUCKOW:
15         Q.      The audience for these talks were
16  MBA students; is that correct?
17         A.      Yes.
18         Q.      Can you think of any other courses
19  that you've taught or public lectures that you've
20  given of any kind on the topic of underwriter due
21  diligence?
22         A.      I don't believe so.
23         Q.      If you wouldn't mind turning to 334,
24  your initial report, Page 4, Paragraph 6, the last
25  sentence refers to PLI and similar programs and
```

A 201

Page 230

1    seminars on topics such as corporate finance and due

2    diligence?

3              A.        Right.

4              Q.        Can you recall any specific PLI or

5    similar programs or seminars that specifically address

6    underwriter due diligence that you've attended in the

7    last ten years?

8              A.        No; in the last ten years, I don't

9    believe I've attended any seminars.  We tend to get,

10   on an occasional basis, I guess I'd say, publications,

11   transcripts, and that sort of thing from those types

12   of seminars, and I get regular -- subscribe to a

13   service called due diligence and securities

14   transactions by Robert Haft.  I don't recall the

15   publisher of that, but it's in a workbook-sized

16   publication, updated about every two years or so, or

17   at least I get the updates about that often.  That

18   would be more the type thing we do in the last ten

19   years.

20              The PLI actual seminars I attended

21   would have been earlier; back in the '70s and

22   early '80s, I think, was when I did that kind of

23   thing.

24              Q.        You don't remember going to any

25   program such as that since the early '80s?

A 202

R. ALAN MILLER

Page 231

1      A.      No, I don't recall attending them

2  since the early '80s.  Since then, I primarily relied

3  on obtaining the transcripts or the workbooks from

4  them or subscribing to other such materials as I've

5  described here.

6      Q.      In the due diligence that you have

7  been involved in in your own career that you've

8  described, have you ever dealt with gray market

9  issues?

10      A.      Not that I can recall.

11      Q.      On Page 3 of your report -- again,

12  we're on 334 -- you state in Paragraph 3 that you've

13  been qualified or accepted as an expert on, among

14  other things, investment banking practices; is that

15  correct?

16      A.      Right.

17      Q.      Have you ever been qualified or

18  accepted as an expert concerning your opinions related

19  to underwriter due diligence specifically?

20      A.      Good question.  The cases that come

21  to mind first are two in which investment banker due

22  diligence was at issue but not in connection with

23  public offerings necessarily.  It would be in

24  connection with other functions investment bankers

25  were performing or purporting to perform.

A 203

Page 232

```
 1                    I'd have to go through the testimony
 2    list here and see what other ones there may have been.
 3    Those are the first two I can think of.
 4              Q.    Just so I'm clear, I thought you
 5    were referring to one matter but were you actually
 6    referring to two different matters where investment
 7    banker due diligence was at issue but it was not in
 8    connection with an offering?
 9              A.    Correct.
10              Q.    If you wouldn't mind looking at your
11    list of matters, tell me if you can think of any
12    others and we can go through them.  Thank you.
13              A.    One of the first two I mentioned was
14    No. 14.
15              Q.    Which list are you on?
16              A.    I'm sorry, expert witness testimony
17    in court.
18              Q.    This is McKinley Allsop, Inc.?
19              A.    Right.
20                    The second one I was thinking of was
21    No. 25.
22              Q.    Kenny v. Bear Stearns?
23              A.    Right.
24                    Another one was 26, which was in
25    connection with an offering.  I just don't recall if
```

Page 233

```
 1   it was a public offering or a private placement at the

 2   moment.

 3                    On the deposition and arbitration

 4   testimony list, No. 1.

 5            Q.       Shearson?

 6            A.       Yes.

 7                     No. 8.

 8            Q.       American Dental Laser?

 9            A.       Right.

10                     No. 12, No. 13, No. 15.  I think

11   No. 18, as best I recall.  I think No. 21, as best I

12   recall.  No. 26, No. 50, No. 56.  That's it.

13            Q.       The ones you just gave me most

14   recently off of the deposition and arbitration

15   testimony list starting with the Shearson matter and

16   going down to the CFS matter, which is 56, Shearson

17   was one, those are all matters, I take it, where you

18   either provided a report or were deposed or both but

19   not, which is where we started, where you'd been

20   qualified or accepted as an expert concerning your

21   opinions related to due diligence; is that correct?

22            A.       (No response.)

23            Q.       Because it didn't get to trial, in

24   other words?

25            A.       Correct.
```

Page 234

```
 1              Q.         Going back to where we started in
 2    terms of matters where you've been qualified or
 3    accepted as an expert concerning your opinions related
 4    to due diligence by underwriters, it would just be the
 5    first three we started with, No. 14, No. 25, and
 6    No. 26 off the expert witness testimony in court list,
 7    correct?
 8              A.         Right; that's correct.
 9              Q.         No. 14, McKinley Allsop, that was
10    one of the matters you mentioned that involved
11    investment banker due diligence but did not involve
12    any kind of an offering; is that right?
13              A.         Right.
14              Q.         What was the issue in that case?
15              A.         Whether McKinley Allsop had
16    adequately done its work in connection with the
17    issuance of a highly confident letter regarding
18    financing for Jetborne.
19              Q.         No. 25, Kenny, was another one you
20    said where there was no offering involved but the
21    matter otherwise raised issues of due diligence; is
22    that correct?
23              A.         Correct.
24              Q.         What was the issue there?
25              A.         Whether Bear Stearns performed
```

R. ALAN MILLER

Page 235

1    properly in its role as financial advisor to Daisy

2    Systems including in connection with issuing a highly

3    confident letter and financing commitment and

4    providing advice about financing to Daisy Systems.

5            Q.        No. 26, Alpha Group, you thought may

6    have involved a private placement but you weren't a

7    hundred percent sure?

8            A.        Yeah, it was either a public

9    offering or private placement of bonds.  The more I

10   think about that, it might have been a private

11   placement but the issue was similar.

12           Q.        What was the issue, as you recall

13   it?

14           A.        As to whether or not Bear Stearns

15   had performed adequate due diligence and insured

16   proper disclosure in a prospectus or offering

17   materials in connection with the sale of bonds.

18           Q.        Do you have any materials related to

19   that matter?

20           A.        I don't know.

21           Q.        How would you find out?

22           A.        I would look in the office.

23           Q.        If you did, they would be maintained

24   at PIBC?

25           A.        Right.

R. ALAN MILLER

Page 236

1          Q.       Now that you've thought about it

2    some more, you think that the matter involved the

3    private placement as opposed to a public offering?

4          A.       I think so.  One of the reasons I'm

5    hesitating about that is that there were individual

6    purchasers involved as opposed to institutions, as

7    opposed to solely institutions, and it does raise that

8    question, but as best I can recall, it was a private

9    placement.

10         Q.       As I understand it, you've never

11   offered testimony on behalf of a defendant in a matter

12   involving the issue of whether investment bankers did

13   due diligence properly; is that correct?

14              MR. LEWIS:  Objection as to form.

15              THE WITNESS:  I think that's

16         correct.

17   BY MR. GLUCKOW:

18         Q.       As I understand it, you've never

19   written an expert report on behalf of a defendant in a

20   case involving the issue of whether the investment

21   bankers did due diligence properly; is that also

22   correct?

23              MR. LEWIS:  Objection as to form.

24              THE WITNESS:  That, I don't recall.

25         I don't recall testifying about that before.

A 208

R. ALAN MILLER

Page 237

```
 1              I don't recall if I may have written such a

 2         report or not.

 3    BY MR. GLUCKOW:

 4         Q.      Can you recall writing an expert

 5    opinion that underwriters performed adequate due

 6    diligence?

 7         A.      I can't recall whether I have or

 8    not.

 9         Q.      As you sit here, you can't recall --

10    I'm sure you can recall reports you've written or

11    opinions you've offered that underwriters have not

12    performed adequate due diligence, correct?

13              MR. LEWIS:  Objection to form.

14              THE WITNESS:  At least the ones that

15         relate to matters printed on these lists, I

16         can jog my memory through the lists.  Sitting

17         here, I can't recall others at the moment of

18         that type.

19    BY MR. GLUCKOW:

20         Q.      The ones we talked about earlier off

21    of the trial testimony list, No. 14, 25, and 26, and

22    off of the deposition and arbitration list, one,

23    eight, 12, 13, 15, 18, 21, 26, 50, 56, I take it from

24    your answers that in each of those cases you were

25    offering an expert opinion stating that the
```

Page 238

```
 1    underwriters did not perform adequate due diligence,

 2    correct?

 3                    MR. LEWIS:  Objection to form.

 4                    THE WITNESS:  I think that's

 5            correct.  That would have been a part of the

 6            opinions I was providing in those cases, yes.

 7    BY MR. GLUCKOW:

 8            Q.      Again, if we could look at

 9    Exhibit-334, your initial report, Pages 11 to 13 have

10    a section entitled underwriter due diligence; do you

11    see that?  It's Paragraphs 19 through 22.

12            A.      Right.

13            Q.      I don't know if you can do it this

14    way, but if you can, how many hours, as best you can

15    estimate, did you spend drafting this section of the

16    report, Paragraphs 19 through 22 addressed to the

17    underwriters' due diligence?

18                    MR. LEWIS:  Objection to the form.

19                    THE WITNESS:  On a relative basis,

20            not many.  As you can see, the bulk of this

21            section is what I would call more general

22            sort of information as to the type of

23            information that's required to be reviewed,

24            the type of work that has to be done, the

25            underwriters' attitude and those sorts of
```

A 210

Page 239

1    things, what the standard of information is.

2    I note that I will await receiving expert

3    reports because the burden on the

4    establishment of the adequacy of the due

5    diligence investigation is on the defendants

6    and that the -- then I gave an opinion as to

7    the disclosure and the prospectus in the gray

8    market area.  Except for the last paragraph,

9    the rest of this didn't take very long to

10   write and is more general in nature.

11        Having said that, if I went back

12   over some period of time and tried to develop

13   what led to my being able to write this

14   fairly quickly, it obviously involves a lot

15   more work over a long number of years in

16   terms of experience, background, education,

17   attendance at the seminars, subscription to

18   the materials we talked about and all that

19   sort of thing, but actually reducing all that

20   to writing, obviously, as a function in this

21   case, didn't take all that long.

22        The last paragraph is a little more

23   complex because it involved reviewing the

24   information that I have described earlier and

25   essentially all the information in the case

Page 240

```
 1              up to that point as part of coming to the
 2              conclusion that the disclosure and the
 3              prospectus was inadequate in the sense I
 4              identify here, so that would have been longer
 5              but I didn't attempt to allocate any number
 6              of hours to this in the way you asked.
 7    BY MR. GLUCKOW:
 8         Q.      Let's put aside Paragraph 22 for the
 9    moment and just focus on Paragraphs 19 through 21.
10    Can you give your best estimate as to how long it took
11    you to draft those paragraphs, 19, 20, 21, setting
12    down, as you said, the general standards.  Again, I
13    mean for this report.  I understand there were other
14    things in the past years that led up to your ability
15    to put these words on paper, but in terms of the time
16    you spent writing Paragraphs 19, 20, 21 for this
17    report, was it less than an hour, was it between one
18    and ten hours; can you give me an estimate?
19              MR. LEWIS:  Objection to form, asked
20         and answered.
21              THE WITNESS:  I'll take the one and
22         ten as opposed to the less than one of your
23         current choices.
24    BY MR. GLUCKOW:
25         Q.      Don't feel constrained by my
```

A 212

Page 241

```
1    choices.  If you think it was some other number, one

2    to five, more than ten, tell me what your best

3    recollection is.

4                    MR. LEWIS:  Objection to the form.

5                    THE WITNESS:  I'm sure it's in the

6            one to ten range.  Better than that, I just

7            don't recall.  Again, that's without

8            reference to all the historical or

9            preparatory work that you might describe as

10           going into this, the purpose being,

11           obviously, to explain some framework around

12           which meant look at this issue, the types of

13           information that would be important which I

14           might be asked about to explain at trial, and

15           otherwise the focus was on seeing what the

16           defendants established in terms of the

17           adequacy of their due diligence.

18   BY MR. GLUCKOW:

19           Q.        Putting aside the drafting of the

20   paragraphs, if you can recall, how much time did you

21   spend considering the adequacy of the underwriters'

22   due diligence up through the time that you submitted

23   your initial report, recognizing that you were holding

24   back your ultimate opinion until you saw what the

25   defendants were going to say; to what extent, if at
```

Page 242

1    all, did you spend time considering the adequacy of

2    the underwriters' investigation?

3                    MR. LEWIS:  Objection to the form,

4            compound.

5                    THE WITNESS:  I'm trying to recall

6            in terms of time frame when I was doing what

7            portions of work in that sense.  I'm looking

8            at this in two parts, I suppose.  One is the

9            conclusion that the due diligence and result

10           of the due diligence was inadequate is a very

11           quick decision to come to if you presume that

12           counsel will establish the facts alleged in

13           the complaint, in that if there's a material

14           issue not disclosed in the complaint, then

15           the underwriters, by definition, have not

16           performed their due diligence

17           responsibilities unless one takes the

18           somewhat perverse view that you can, in my

19           opinion, I should say -- that you could

20           conduct a reasonable due diligence

21           investigation but not print the results of

22           such an investigation and somehow feel as

23           though you met your burden.  That is as long

24           as the prospectus does not disclose a

25           material risk or issue, then all of the

```
 1              signatories to the registration statement, as
 2              well as the participants in the drafting and
 3              preparation of the prospectus as outlined in
 4              Section 11, as I understand it, are
 5              responsible for the contents of the
 6              prospectus, so you can get to that point
 7              fairly quickly if you assume the
 8              establishment of those facts.
 9                    To then go beyond that and reach the
10              opinions that I discussed earlier today that
11              gray marketing is a material issue that
12              needed disclosure would have involved, then,
13              some more substantial portion of my time
14              reviewing all the materials involved in the
15              case to come to that determination as we
16              discussed earlier today.
17                    To then research the issue of
18              investigation conducted by the underwriters
19              took, again, some more substantial time in
20              terms of reviewing the underwriters'
21              deposition transcripts and exhibits,
22              reviewing -- well, prior to Mr. Necarsulmer's
23              report, reviewing that information to
24              determine whether the investigation appeared
25              to be adequate from that point of view, so
```

R. ALAN MILLER

Page 244

```
 1            that's the way I view answering your
 2            question.
 3                    Having done that, I can't recall
 4            allocating the hours I've spent in any
 5            fashion to that as opposed to the other work
 6            we've done.  I think that's a general answer
 7            to your question.
 8   BY MR. GLUCKOW:
 9            Q.      In terms of the last part of what
10   you talked about, which was whether the underwriters'
11   investigation was reasonable and adequate, I think you
12   used adequate but either way, did you spend time
13   analyzing that question prior to submitting your
14   initial report?
15            A.      Yeah, I spent some time on that
16   issue prior to submitting a report.
17            Q.      What is your best estimate on how
18   much time you spent on that prior to submitting your
19   initial report?
20                    MR. LEWIS:  Objection, asked and
21            answered.
22                    THE WITNESS:  I'll take a one to ten
23            hour range again.
24   BY MR. GLUCKOW:
25            Q.      As you've said, you essentially
```

A 216

R. ALAN MILLER

Page 245

1    reserved your opinion on that issue pending receipt of

2    information from the defendants concerning the

3    underwriters' investigation, correct?

4            A.       Sure.

5            Q.       If you can, can you describe for me,

6    again just focused on 19 through 21, the drafting

7    process you used for putting these paragraphs

8    together?

9            A.       I believe that the bulk of the

10   actual wording, I had previously prepared in

11   connection with other matters.

12           Q.       Including the AMF Bowling matter?

13           A.       Yeah.  I think there may have been

14   two specific matters that I thought might have been

15   close in terms of language and took AMF Bowling and --

16   going blank on the second one.  Started with that

17   information, then went through all of that to have it

18   reflect the facts and attributes of this case with

19   respect to Adams Golf specifically and the factors

20   that would have been relevant to this work with

21   respect to Adams Golf.

22           Q.       I'm going to look at the list of

23   depositions and arbitrations that you mentioned

24   earlier to see if one of these is the matter you had

25   in mind besides AMF Bowling.  Was it CFS or Alpha or

R. ALAN MILLER

Page 246

```
 1   Castle Pines, CliniCorp, US Wireless?

 2          A.      No, none of those.

 3          Q.      New America securities litigation?

 4          A.      No.

 5          Q.      Zelcor, American Dental, Shearson?

 6          A.      I can't recall.

 7          Q.      Alpha Group, Kenny or Mackinley?

 8   Those are the other ones we talked about.

 9          A.      It wasn't Alpha Group.  No, I don't

10   recall.

11          Q.      But you do recall that AMF Bowling

12   was the other one?

13          A.      Yes.

14          Q.      The AMF report, which we'll mark in

15   a minute, was a model or a template for the section of

16   your report in this matter beginning with Paragraph 19

17   that dealt with the underwriters' due diligence; is

18   that correct?

19                  MR. LEWIS:  Objection to form and

20          foundation.

21                  THE WITNESS:  I don't know that I'd

22          put it quite as broadly.  I think with

23          respect to the type of information that was

24          required by prospective underwriters, the

25          type of information relevant to that
```

A 218

Page 247

1    examination, process issues as to how the

2    underwriter should go about the work, what

3    level of detail to obtain, factors that are

4    important in conducting the work.  In those

5    source of factors, I used some of the

6    language which I also used in AMF Bowling as

7    it applied to this case but reviewing it to

8    make sure that it did apply to this case and

9    modifying it if necessary.

10           Again, some of the work here has

11   been generated over the years from reviewing

12   Mr. Haft's series, the due diligence and

13   securities transaction materials, and other

14   publications and materials that we get

15   regularly on due diligence issues.

16           MR. GLUCKOW:  Let's mark your

17   initial report of AMF Bowling.

18           (Mr. Miller's AMF Report was marked

19   Exhibit-351 for identification.)

20   BY MR. GLUCKOW:

21      Q.     Mr. Miller, you have 351, which is

22   your initial report in AMF.  Do you recognize that as

23   your initial report in the AMF Bowling matter?

24      A.     Yeah, it appears to be that.

25      Q.     If you would, compare Paragraphs 19

Page 248

1    and 20 from the Adams Golf initial report with

2    Paragraphs 6 and seven of the AMF Bowling report.

3          A.      Right.

4          Q.      They are very similar, correct?

5          A.      Yeah, many of the bullet points are

6    the same.  There are a couple that differ given the

7    differing nature of the two companies involved in

8    these two matters.

9          Q.      The introductory language in 19 in

10   the Adams Golf report is the same as the introductory

11   language in six of the AMF report, correct?

12         A.      Yes.

13         Q.      The first bullet point is the same?

14         A.      Right.

15         Q.      The second bullet point is the same?

16         A.      Yes.

17         Q.      The third bullet point is the same?

18         A.      Yes.

19         Q.      The fourth bullet point is the same?

20         A.      Yes.

21         Q.      The fifth bullet point in Adams Golf

22   is new, correct?

23         A.      Correct.

24         Q.      Do you recall the process that led

25   to the adding of that bullet point and, specifically,

A 220

Page 249

1    did you think to add that yourself or was that a

2    suggestion from counsel or someone else?

3            A.      No, that was my input, and it

4    reflects the various -- the differing stages of the

5    two companies; that is, AMF Bowling was a more

6    established, longer term company and Adams was a new,

7    fast-growing company with comparatively inexperienced

8    management, particularly in the public company arena,

9    and with a rapidly evolving business plan, so it was

10   an appropriate one for Adams that didn't apply so much

11   to AMF.

12           Q.      The next bullet point is the same,

13   correct?

14           A.      Correct.

15           Q.      The next one is the same after that?

16           A.      Correct.

17           Q.      Then the -- I think the report of

18   Gerard Adams I read somewhere was a typo in your AMF

19   report, so we'll ignore that one.

20                   MR. LEWIS:  Objection to form.

21   BY MR. GLUCKOW:

22           Q.      The two paragraphs that follow the

23   list of bullet points --

24           A.      Continuing through the bullet points

25   after you left off there, the next one is different,

R. ALAN MILLER

Page 250

1   the next one is different.

2          Q.       Which one did you say was different?

3          A.       The one that begins historical

4   financial performance and trends.

5          Q.       The first sentence is the same,

6   correct?

7          A.       The first sentence is the same.  In

8   Adams, I've added a sentence that relates to Adams'

9   specific situation versus AMF's.  The next bullet

10  point in the AMF does not appear in Adams, the next

11  bullet point is the same, and the report of Gerard

12  Adams we've talked about.

13         Q.       The next paragraph which begins in

14  both reports with respect to each of is the same,

15  correct?

16                  MR. LEWIS:  Off the record.

17                  (Discussion held off the record.)

18                  (Recess.)

19                  (Mr. Rozen leaves the deposition.)

20  BY MR. GLUCKOW:

21         Q.       Mr. Miller, have you had a chance to

22  look at those paragraphs we were considering before

23  the break?

24         A.       Yes.

25         Q.       As best I can tell, they are the

A 222

Page 251

1    same except in the paragraph that begins the proper

2    attitude in Adams Golf, instead of a period after

3    issuer, there's a comma, and then there's a clause

4    particularly with respect to a new company

5    experiencing substantial and rapid growth, which is

6    additional language in Adams Golf that's not in

7    AMF Bowling, correct?

8            A.      Correct.

9            Q.      Otherwise, they are the same,

10   correct?

11           A.      Correct.

12           Q.      In the AMF report, specifically in

13   Paragraph 9, you actually offer an opinion that the

14   due diligence investigation with respect to the public

15   offering was inadequate, correct?

16                   MR. LEWIS:  Objection to form; it

17           speaks for itself.

18                   THE WITNESS:  Yeah, in Paragraph 9

19           of AMF, yeah, I give the opinion that the due

20           diligence investigation and pricing analysis

21           conducted by the QIU was inadequate.

22   BY MR. GLUCKOW:

23           Q.      Were you finished?

24           A.      Yes.

25           Q.      As we've discussed in the Adams Golf

A 223

R. ALAN MILLER

Page 252

```
 1   report, in your initial report you did not offer any

 2   opinion regarding the adequacy or the inadequacy of

 3   the underwriters' due diligence and instead awaited

 4   receipt of the defendants' information, correct?

 5               MR. LEWIS:  Objection to the form.

 6               THE WITNESS:  Yes, except with

 7          respect to the disclosure and the prospectus

 8          issue, which I do address in the initial

 9          report in Adams Golf.

10   BY MR. GLUCKOW:

11          Q.       You're referring to Paragraph 22 of

12   Adams Golf?

13          A.       Yes.

14          Q.       Just so I'm clear, that

15   Paragraph 22, which I recognize is your opinion, in

16   the initial report does not address the adequacy or

17   the inadequacy of the underwriters' due diligence

18   investigation, correct?

19          A.       It doesn't address it separate from

20   the publication in the prospectus of the information

21   at issue; that's correct.  Again, I discussed that

22   topic a few minutes ago before the break.  It does not

23   discuss the investigation itself separate from the

24   publication in the Adams Golf Paragraph 22.

25          Q.       I just have to make sure I
```

A 224

R. ALAN MILLER

Page 253

1    understand this correctly.  Twenty-two is saying that

2    it's your opinion that the disclosure in the

3    prospectus was inadequate in the area of gray

4    marketing and the effect that might have on the

5    company, correct?

6              A.        Right; right.

7              Q.        There's nothing in 22 that addresses

8    -- or anywhere else in the initial report that

9    addresses whether the underwriters' due diligence

10   investigation was or was not adequate, correct?

11                  MR. LEWIS:  Objection to the form

12            and foundation.

13                  THE WITNESS:  There's nothing else

14            that addresses that; that's correct.  Having

15            said that, I don't believe that you can, on a

16            practical basis, have an adequate and

17            reasonable underwriters' due diligence

18            investigation resulting in the nonpublication

19            in the prospectus of the information that's

20            at issue.

21   BY MR. GLUCKOW:

22            Q.        Are you taking away the due

23   diligence defense from the underwriters?  I'm not

24   following you.

25                  MR. LEWIS:  Objection to form.

R. ALAN MILLER

Page 254

```
 1                    THE WITNESS:  I don't think so.
 2          That is, if the underwriter performs a
 3          reasonable and adequate due diligence
 4          investigation and discovers a problem, and it
 5          does not then put in the prospectus, or
 6          insist be put in the prospectus, I don't
 7          believe he has conducted his necessary
 8          reasonable and adequate due diligence
 9          investigation to afford him the defense.  It
10          just doesn't make any sense that that would
11          be the case, so with respect to the
12          publication part of that function, my
13          Paragraph 22 addresses that.  It does not
14          address separately whether or not the
15          investigation part of the function was
16          performed adequately or reasonably in this
17          case.
18  BY MR. GLUCKOW:
19          Q.        Everything you just said is based on
20  what, because you're not a lawyer, right?
21          A.        That's correct.
22          Q.        You have no legal training, haven't
23  gone to law school?
24          A.        I don't have legal training.  I have
25  not gone to law school.  I have obviously read the
```

A 226

R. ALAN MILLER

1    Securities Act a number of times, read and reviewed

2    and attended PLI materials and that sort of thing, but

3    my expertise in the area is as I discussed before, in

4    the context of the investment banking and investment

5    community's understanding of these matters.

6            Q.        I just want to make sure --

7            A.        I also -- sorry -- further in that

8    area have reviewed case law and opinions and that sort

9    of thing in this area as well.

10           Q.        I'm just going to do this

11   hypothetically to find out whether I can understand

12   what you are saying.

13                    Assume that there's a prospectus

14   that's defective, it has a misstatement or an omission

15   in it, a material misstatement or omission, and also

16   assume that the underwriters have conducted a

17   reasonable due diligence investigation where they've

18   identified an issue, and they actually believe and

19   have reasonable grounds to believe that the

20   registration statement and prospectus are complete and

21   accurate, don't have any material misstatements, don't

22   omit any material facts; you do recognize, I take it,

23   that in that circumstance the underwriters are

24   entitled to a due diligence defense even if the

25   prospectus is defective, correct?

Page 256

1              MR. LEWIS:  Objection to form,

2         foundation, incomplete hypothetical,

3         argumentative.

4    BY MR. GLUCKOW:

5         Q.        I'm not trying to be argumentative,

6    I'm just trying to understand.

7         A.        I think not necessarily, I guess, is

8    the answer.  I think that -- let me put it this way if

9    I can -- if I understand what you're asking, I believe

10   it is possible for underwriters to conduct a

11   reasonable and adequate due diligence investigation

12   and still be misled or defrauded in certain

13   circumstances, but I don't believe those circumstances

14   exist here, and at the time I prepared my initial

15   report I was prepared to say what I did in

16   Paragraph 22 but awaited the report of the defendants'

17   expert to see if they then established that they had

18   performed a reasonable and adequate due diligence

19   investigation, notwithstanding the omission from the

20   prospectus of what I considered to be material

21   information.

22        Q.        Let's assume that the report that

23   you then received from the defendants established a

24   reasonable and adequate due diligence investigation.

25   Okay?

A 228

R. ALAN MILLER

Page 257

```
 1        A.        Right.

 2        Q.        You would then agree that the

 3   underwriters could take advantage of their affirmative

 4   defense, correct?

 5                  MR. LEWIS:  Objection as to

 6             foundation, incomplete hypothetical, vague

 7             and indeterminate.

 8                  THE WITNESS:  Yeah, if I understand

 9             your question correctly, I think that's a

10             possibility.

11   BY MR. GLUCKOW:

12        Q.        They could still be entitled to

13   their due diligence defense, notwithstanding your

14   opinion in 22 that there was a problem with the

15   prospectus, correct?

16                  MR. LEWIS:  Objection to form.

17                  THE WITNESS:  I think that that is

18             possible, yes.

19   BY MR. GLUCKOW:

20        Q.        We may have to come back to that

21   later but let's leave it there for now.

22        A.        Just to be clear, I view that as a

23   hypothetical question.  Having been through this

24   process so far in this case, I don't believe it

25   occurred.
```

R. ALAN MILLER

Page 258

1        Q.        You don't believe there was a
2   reasonable investigation by the underwriters?
3        A.        Right.  I don't believe there was
4   one and I don't believe the defendants have
5   established that there was one.  Maybe I should do
6   that in reverse order.  I don't believe -- perhaps
7   more importantly, I don't believe defendants have
8   established they performed such an investigation.
9   From what I have seen, I also believe they have not
10  performed such investigation.
11       Q.        The first point that you just made,
12  which is your point that in your view the underwriters
13  have not established that they conducted a reasonable
14  investigation, as we'll see, that opinion is in your
15  rebuttal report, correct?
16       A.        Right.
17       Q.        The other opinion that you just
18  articulated, which is that you have an opinion that,
19  in fact, the underwriters did not conduct a reasonable
20  investigation, show me where that is in any of your
21  reports in this case.
22       A.        I don't know that I've stated that
23  that way prior to this discussion here.
24       Q.        In fact, you haven't, correct?
25       A.        I don't recall whether I did or not.