UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ADAMS GOLF, INC.<br>SECURITIES LITIGATION | :   CONSOLIDATED<br>:   C.A. NO. 99-371 KAJ |

**PLAINTIFFS' MOTION TO STRIKE AND EXCLUDE TESTIMONY
OF EDWARD R. NECARSULMER III**

Plaintiffs hereby move this Court for an Order striking and excluding the testimony of Edward R. Necarsulmer III, and in support hereof, respectfully refer the Court to Plaintiffs' Opening Brief in Support of Plaintiffs' Motion to Strike and Exclude Testimony of Edward R. Necarsulmer, III, filed contemporaneously herewith.

STATEMENT OF COUNSEL PURSUANT TO D. DEL. LOC. R. 7.1.1:

Plaintiffs' undersigned counsel hereby states that, despite reasonable effort, plaintiffs' counsel have been unable to reach agreement with opposing counsel on the matters set forth in this Motion.

ROSENTHAL, MONHAIT & GODDESS, P.A.

By:/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
Suite 1401, Citizens Bank Center
P.O. Box 1070
Wilmington, DE. 19899
(302) 656-4433
ckeener@rmgglaw.com
*Liaison Counsel for Plaintiffs and the Class*

BERGER & MONTAGUE, P.C.
Todd S. Collins
Elizabeth Fox
Neil F. Mara
1622 Locust Street
Philadelphia, PA. 19103
(215) 875-3000
*Lead Counsel for Plaintiffs and the Class*

Filed: September 11, 2006

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 11th day of September, 2006, I caused **PLAINTIFFS' MOTION TO STRIKE AND EXCLUDE TESTIMONY OF EDWARD R. NECARSULMER, III** to be served by hand delivery upon the below-listed Delaware counsel of record and to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Jeffrey L. Moyer, Esquire
Alyssa M. Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

John E. James, Esquire
Brian C. Ralston, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

In addition, a copy has been served by electronic mail upon the following:

Theodore J. McEvoy, Esquire
Michael J. Chepiga, Esquire
Elaine Divelbliss, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Email: tmcevoy@stblaw.com
Email: mchepiga@stblaw.com
Email: edivelbliss@stblaw.com

Paul R. Bessette, Esquire
Akin, Gump, Strauss, Hauer & Feld LLP
Three Embarcadero Center, Suite 2800
San Francisco, CA 94111-4066
Email: pbessette@akingump.com

Jennifer R. Brannen, Esquire
Akin, Gump, Strauss, Hauer & Feld, LLP
300 West 6th Street, Suite 2100
Austin, TX 78701-2916
Email: jbrannen@akingump.com

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com