UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE ADAMS GOLF, INC. | : | CONSOLIDATED |
| SECURITIES LITIGATION | : | C.A. NO. 99-371 KAJ |

### [PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO STRIKE AND EXCLUDE TESTIMONY OF EDWARD R. NECARSULMER, III

THIS COURT having considered Plaintiffs' Motion to Strike and Exclude Testimony of Edward R. Necarsulmer, III, and all submissions in connection therewith,

IT IS HEREBY ORDERED this _____ day of _____, 200__, that

Plaintiff's Motion is GRANTED.

_____
U.S.D.J.