UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ADAMS GOLF, INC. | : CONSOLIDATED |
| SECURITIES LITIGATION | : C.A. NO. 99-371 KAJ |

**[PROPOSED] ORDER RE: PLAINTIFFS' MOTION TO STRIKE
AND EXCLUDE TESTIMONY OF CHRISTOPHER JAMES, PH.D.**

THIS COURT having considered Plaintiffs' Motion to Strike and Exclude Testimony of Christopher James, Ph.D., and all submissions in connection therewith,

IT IS HEREBY ORDERED this _____ day of _____, 200__, that

Plaintiff's Motion is GRANTED.

_____
U.S.D.J.