IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  | x |  |
|---|---|---|
| IN RE ADAMS GOLF, INC., | : | CONSOLIDATED |
| SECURITIES LITIGATION | : | C.A. NO. 99-371-KAJ |
|  | x |  |

**[PROPOSED] ORDER RE: CASE DISPOSITIVE AND *DAUBERT* MOTION BRIEFING**

THE COURT, having considered Plaintiffs' request for amendment to the Amended Scheduling Order,

IT IS HEREBY ORDERED this 12th day of September 2006, follows:

PARAGRAPH 2 of this Court's May 16, 2006 Amended Scheduling Order is amended as follows:

"2.    Case Dispositive and Daubert Motions.    All case dispositive motions, Daubert motions, opening briefs, and affidavits, if any, in support of the motions shall be served and filed on or before September 11, 2006. All answering briefs are due October 9, 2006, and all reply briefs are due October 30, 2006."

The Amended Scheduling Order shall remain the unchanged in all other respects.

Dated: 9/12/06

_____
United States District Judge