IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ADAMS GOLF, INC. <br> SECURITIES LITIGATION | ) <br> ) Civil Action No. 99-371-KAJ <br> ) (CONSOLIDATED) <br> ) |

## **LOCAL RULE 7.1.1 CERTIFICATION**

Counsel for Underwriter Defendants certifies that counsel for Plaintiffs were contacted in an effort to reach an agreement on the matters set forth in the Motion to Exclude Expert Opinion of R. Alan Miller. Counsel for Plaintiffs were unwilling to agree to the relief requested.

| | |
|---|---|
| *Of Counsel*: | POTTER ANDERSON & CORROON LLP |
| Michael J. Chepiga | |
| Paul C. Gluckow | By:   */s/ John E. James* |
| Theodore J. McEvoy | Robert K. Payson (No. 274) |
| Ryan A. Kane | John E. James (No. 996) |
| SIMPSON THACHER & BARTLETT LLP | Hercules Plaza – Sixth Floor |
| 425 Lexington Avenue | 1313 N. Market Street |
| New York, NY 10017-3954 | Wilmington, DE  19801 |
| Telephone:  (212) 455-2831 | Telephone:  (302) 984-6000 |
| Facsimile:  (212) 455-2502 | Facsimile:   (302) 658-1192 |
| | *Attorneys for Underwriter Defendants* |

Dated:  September 13, 2006
749976/23310

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that on September 13, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following, and that the document is available for viewing and downloading from CM/ECF:

> Carmella P. Keener, Esquire
> Rosenthal Monhait Gross & Goddess, P.A.
> 919 Market Street, Suite 1401
> Wilmington, DE  19801
>
> Jeffrey L. Moyer, Esquire
> Richards Layton & Finger
> One Rodney Square
> Wilmington, DE  19801

*/s/ John E. James*
John E. James (No. 996)
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
Telephone:  (302) 984-6000
E-mail:  jjames@potteranderson.com