EXHIBIT 99

ADAMS GOLF
Moderator: Patty Walsh
08-06-98/4:00 pm CT
Confirmation #516761
Page 1

# ADAMS GOLF

## Moderator: Patty Walsh
## August 6, 1998
## 4:00 pm CT



Operator:    Good day everyone and welcome to this Adams Golf Second Quarter Earnings

conference call. Today's call is being recorded.

At this time for opening remarks and introductions, I would like to turn the call over to the Director

of Investor Relations, Ms. Patty Walsh. Please go ahead.

Patty Walsh:    Good afternoon ladies and gentlemen, and welcome to the first Adams Golf

teleconference since our July 10 IPO. With me today are Mr. Barney Adams, Chairman, Chief

Executive Officer and President, and Mr. Darl Hatfield, Senior Vice President Finance

Administration and Chief Financial Officer of Adams Golf.

As a formality, before we begin the conference call I need to point out that any comments made

about future performance reflect our best judgment today based on current market trends and

conditions. Any such comments or forward-looking statements should be understood in the

context of our publicly available reports filed with the SEC, including our prospectus which

ADAMS 004344

ADAMS GOLF
Moderator: Patty Walsh
08-06-98/4:00 pm CT
Confirmation #516761
Page 2

contains a discussion of various factors we believe may affect our business. These factors could cause actual future performance to differ from current expectations.

At this time, I'd like to turn the meeting over to Barney Adams.

Barney Adams: Hi, everyone. As you know, we've been observing the 25-day quiet period since our IPO. Our second quarter earnings were issued during this period, and now that the period is ended we're pleased to take this opportunity to discuss the results and announce two new products.

Today we formally announced the Tight Lies Strong 2 and Strong 11 Woods. Personally I'm particularly excited about this 2 Wood which we plan to begin selling in early September because it's designed as a response to repeated requests from our customers who love their Tight Lies and wanted to know if we could come up with one they could play both off the fairway and use off the tee.

Now we'll get into the second quarter results in a little bit more detail but I'd be remiss if I didn't say that it was a record quarter.

We recently completed our road show. In that road show we discussed our business model and that business model is still intact. We're certainly pleased with results to date. Lehman Brothers is projecting earnings of $1.05 a share on 106 million, and I might add that that's a slight increase over what we talked about in our road show. And we found no reason to challenge the underlying assumptions for these numbers.

In new product department, our new driver is on track. I am personally excited about it. I've actually played with one myself for a few holes. It's still in the prototype stage but, you know, in

ADAMS 004345

about 45 days we're going to announce the millionth Tight Lies. And our goal is to put a driver in

the hands of each of those happy customers of the Tight Lies.

You know, a newsletter called (Par Value), which specializes in the golf industry, recently sent out

a report that said that the Adams IPO was the largest in the history of golf. It's a $4 billion market.

We are one of the fastest growing companies in that market. Our market segment at this time is

fairway woods and it's the fastest growing segment of that market.

I'd like to turn this over at this time to Darl Hatfield so he can discuss specific results from the

second quarter.

Darl Hatfield:      Thanks Barney. As Barney indicated, the second quarter was a record quarter both in

terms of sales and net income. Net income for the second quarter was $6.7 million or 35 cents a

share. Sales for the second quarter were $33.8 million, compared to $4.0 million in the

comparable period in 1997, and $24.5 million in the first quarter of '98. Sales for the first six

months were $58.3 million versus $5.4 million in the comparable period in 1997.

As far as the breakdown of sales by product category, for our most recent quarter the original 16

degree lofted Tight Lies fairway woods accounted for 45% of our sales. Other lofts - or excuse

me, other lofted fairway woods being the 3, 5, 7, and 9 as a group accounted for 52% of our

sales.

Other product groups, primarily our custom fitting operation, accounted for 3% of our sales. This

continued a trend which we noted during the last several months of increasing sales of the other

lofted clubs category as the company continues to establish brand awareness.

ADAMS 004346

As far as the breakdown of sales by geographic territory, on a broad basis domestic sales accounted for 88% of our revenues. International sales accounted for 12% of our revenues in the second quarter. This is compared to the first quarter in which domestic was 94% and international was 6%. Up at domestic sales, direct response sales accounted for 12% of our revenues in the second quarter. In the first quarter that percentage was 14%.

A further breakdown of our international sales shows that Asia accounted for 31% of our sales in the second quarter, Europe accounted for 28%, and the rest of the world, primarily represented by Canada, accounted for 41% of our sales. And by the way, our second quarter international sales were $4.1 million.

Moving down the income statement, our gross profit as a percentage of sales for the second quarter increased to 77% from 61% in the comparable period of 1997 and 76% in the first quarter of 1998. The increase from the prior year is primarily the result of cost savings associated with buying component parts in large volumes and assembling them on a substantially increased scale.

Operating expenses as a percentage of sales equaled 45.2% and is composed of selling and royalty expense, general and administrative expenses, and to a lesser extent research and development expense.

Selling and royalty expense equaled 32.9% of sales for the second quarter. The biggest component of this expense is advertising which we break down into direct response advertising and non-direct response or image-based advertising.

ADAMS 004347

The image-based advertising component was somewhat higher in the second quarter due to several special campaigns including (The Ramble & The Bramble) Sweepstakes, advertising featuring Nick Faldo. and a special Father's Day Campaign.

General administrative expense equaled 10.9% of sales for quarter two, and this was compared to 12.8% for the comparable period in 1997 and 13.6% in the first quarter of '98. The decrease in this percentage relates primarily to the fixed nature of many of these expenses compared to the larger volume of sales occurring in the second quarter.

And finally, research and development expense equaled 1.4% of sales in quarter two. As a result, net income was 20% of sales or, as I indicated, $6.7 million for the second quarter. And year to date for the first six months was 21% of sales or $12.3 million.

That concludes our prepared remarks, so at this time we'll open up the call to questions

Operator:       The question and answer session will be conducted electronically today. At this time, if you do have a question, you may signal by pressing the star key followed by the digit 1 on your touch-tone phone.

We'll go first to Joe Teklits, Ferris Baker Watts.

Joe Teklits:      Hi, Barney and Darl. Great quarter, of course. Let me ask you a quick question first, Barney. The loft on the 2 degree is- I'm sorry, on the 2 Wood is what?

Barney Adams: Twelve.

ADAMS 004348

ADAMS GOLF
Moderator: Patty Walsh
08-06-98/4:00 pm CT
Confirmation #516761
Page 6

Joe Teklits:     Thank you  Obviously the stock at this point isn't really giving you any credit for a very

good second quarter.  I guess it's more taking into account the competitive nature of the industry.

Do you want to comment at all on competition you're seeing out there?

Obviously, you said you don't see any problem with 106 million this year.  Would you like to

comment any further on that?

Barney Adams: Well, I think, Joe, that the answer is that, you know, our job is to run this company.  Our

job is to meet the goals and objectives that we've set and that you people have referenced and

are publicizing.  And that's what we look at.

I mean, certainly you keep your eye open to competition.  You're a fool if you don't.  But by the

same token, you know, operations is the name of the game here.  We have to go forward.

Joe Teklits:     Right.  All right, good enough.  Can you also comment – I guess inventory – I don't – I'm

traveling so I don't have a balance sheet in front of me.  Inventory was what at the end of the

second quarter?

Darl Hatfield:     Inventory at the end of the second quarter was 9.6 million.

Joe Teklits:     Comfort level with inventory right now being too high, too low, not enough of a certain

loft?  Everything is pretty much in line there?

Darl Hatfield:     No, I think we're comfortable with that level.  Obviously it's a little bit higher than what you

might expect for the sales level that we have.  However it's at that level because of the conscious

ADAMS 004349

ADAMS GOLF
Moderator: Patty Walsh
08-06-98/4:00 pm CT
Confirmation #516761
Page 7

effort that we've made to make sure that we have sufficient supplies of inventory on hand to meet our customer demands.

Joe Teklits:    Okay. And was there any change in the reserve for bad debt in the quarter?

Darl Hatfield:    Actually, the expense associated with the reserve went down in the second quarter. We had – as you might remember, we had talked about 2% provision. We had about a 1% provision actually for the first six months but it went down the second quarter, so we think we've had very good results.

Joe Teklits:    Okay, great. And lastly, Barney, are you seeing the brand recognition of the Tight Lies helping your custom fitting business? I think you said possibly, but also even the (Aerosol) Driver at this point?

Barney Adams: Joe. I think it's - it isn't hurting. I mean, it's helping a little bit. I think it's really more a case, you know, because of the historical nature of the golf business, you know, as I alluded to earlier, we're going to celebrate the millionth Tight Lie here shortly.

And I really think it's more a case of those customers who have a product that they love who are looking forward to our next new product.

Joe Teklits:    Right. Yes, I look forward to it, too. Thanks.

Operator:    Next to Brian Wall, Munder Capital Management.

ADAMS 004350

ADAMS GOLF
Moderator: Patty Walsh
08-06-98/4:00 pm CT
Confirmation #516761
Page 8

Brian Wall:    Thank you. Again, nice quarter. Two questions. Can you just go over the units sold in

second quarter of '98, second quarter of '97 and first quarter of '98? And then I've got a second

question after that.

Darl Hatfield:    I think we're going to make it a policy not to disclose units by lofts and so forth but I can

tell you that year to date we have sold about 475,000 units in total.

Brian Wall:    Okay. And second question, on the cash levels on the balance sheet and I think when

you were in, we talked – you know, there weren't – didn't seem like there were immediate needs

for the cash in the fact that, you know, you're still very under-leveraged.

Given any thoughts to, I mean, selling equity at I think 16 and buying it back in at 10 or 11?

Seems like a pretty good idea. Any thoughts given along those lines?

Barney Adams: I think – this is Barney. I don't think at – at least I haven't at this juncture. I think it's – it's

the same answer I gave Joe Teklits. I think at this time it's about concentrating on our position in

the marketplace, delivering a quality product and meeting the goals as outlined for the analysts.

Brian Wall:    Okay. Along those lines, do you have any market share numbers for the second quarter?

Barney Adams: The market share service that we use, because there's only one that gives – number one,

breaks out fairway woods by fairway woods and also breaks out club sales in vehicles such as

direct response. And there's only one vehicle in the world as far as we know that does that, and

their second quarter numbers aren't available yet.

ADAMS 004351

We were 27% market share in their first quarter numbers with the second place - I forget which of the major companies was in second place but they were down around 13. But I called them and their numbers won't be out until later on this year.

Brian Wall:       Later on this year or this month?

Barney Adams: No, it's this year. It's like late August or early September or something like that. It takes them that long to accumulate the data because it's a very broad-based survey they (hold).

Brian Wall:       Thank you.

Operator:         John Weiss, NationsBank Montgomery.

John Weiss:      Barney, you mentioned you've hit the new driver. At least preliminarily, what advantages do you see in terms of the ball flight?

Barney Adams: Well, my first tee shot carried about 410 yards, John, but ..

John Weiss:      When can I get one?

Barney Adams: You know, I don't want to let that out because it would be a big deal.

I wish I could tell you it was that easy. I'm not being - you know, outside of my first answer, I'm not being that facetious.

ADAMS 004352

ADAMS GOLF
Moderator: Patty Walsh
08-06-98/4:00 pm CT
Confirmation #516761
Page 10

When you design a driver, you design it with a multitude of purposes. It depends upon – when you asked the ball flight question, you know, as club designer, my first question's got to be, well what swing speed are you talking about? What kind of a golfer are you talking about?

So when I talk about a driver, it's not a club. It's really a variation on a design for different types of players. When my testing – when I was doing my particular testing, it was just for one particular aspect of the whole. So it's way, way early but, you know, at least we passed the first hurdle.

John Weiss:    Getting back to your discussion of players with different club head speeds, I assume that by employing different shafts that this club could be appropriate for a relatively wide range of club head speeds?

Barney Adams: Certainly by applying different shafts, but it's a lot more complex than that if you want to do the job right. And you know, you've heard me say this before -- doing a golf club is one thing, doing a really good golf club is something else.

John Weiss:    So could this product involve different models for players with different club head speeds?

Barney Adams: I don't think it's a question of different models. It's just different variations of the same - you know, you're dealing with physics and there's different variations of a design to optimize the variations in club head speeds, path angles, and so on.

John Weiss:    So it'll be a single club with a choice of multiple shafts.

Barney Adams: Multiple shafts, that's correct, and at the very least, multiple lofts.

ADAMS 004353

ADAMS GOLF
Moderator: Patty Walsh
08-06-98/4:00 pm CT
Confirmation #516761
Page 11

John Weiss:    Okay, thank you.

Barney Adams: Sure.

Operator:    Go next to Brian Lantier, Lehman Brothers.

Brian Lantier:    Good afternoon, gentlemen, congratulations on the quarter. The international sales
seemed fairly strong in the quarter. I was wondering if you could comment particularly around the
sales to Asia, and if you guys are using a different marketing model to garner those sales.

Barney Adams: I think the Asian sales are really a reflection of how popular our product is because when
you - we haven't done anything proactively internationally. We haven't run any ads, although I
think in a couple of Japanese golf magazines there were some stories written about us. But they
just happened so they wouldn't even have effected those numbers. I'm kind of going over this in
my mind.

It's really more a component of the popularity we have here in the United States. We haven't
even begun our international marketing program.

Brian Lantier:    Great. Thanks a lot.

Operator:    Stuart Levy, Lehman Brothers.

Stuart Levy:    Hey Barney, terrific quarter.

Barney Adams: Thanks. I did it all by myself.

ADAMS 004354

Stuart Levy:        I know you did.  You know, one of the issues that has presented itself ex-out the

European and Asian markets is that the U.S. demand has slowed down or looks like it is slowing

down.

Could you address that in terms to how it relates to our product line presently as well as our plans

for future line extension?

Barney Adams: What I read about the U.S. demand slowing down, I read about it in reference to

companies like Callaway and Taylor Made.  And you know, those companies with the breadth and

depth of their products lines, it affected an awful lot more by variables that we don't see yet

because of the nature of our emphasis on a single product and so on.

So as far as, you know, the outlook over the next couple of quarters and so on, you know, nothing

has changed.  We are where we were.  I really can't comment on the overall effect of the industry

because we're not in parts of it.

Stuart Levy:        In addressing that, are we pursuing ways to possibly expand our present means of

distribution, maybe aside from just the off-side as well as the on-side pro-shop?

Barney Adams: Frankly, I don't know what you mean.  If you could give me an example, I could give you a

more intelligent answer.

Stuart Levy:        For example, sporting good outlets or sports apparel stores, et cetera, et cetera?

ADAMS 004355

Barney Adams: We are currently in and have stayed consistent with the selling environment where they
are known for selling premium golf products at, you know, market reasonable prices. We've
stayed away from what is commonly known as the big box stores -- the Kmart, Wal-Marts if you
will -- where it is strictly a price situation. I think we're going to stay consistent with that.

Stuart Levy:      Okay. Thanks, Barney.

Barney Adams: Sure.

Operator:       Once again, if you do have a question today you may signal by pressing the star key
followed by the digit 1 on your touch tone phone.

And we'll go next to Paul Applebaum, MY Myerson.

Paul Applebaum:       Good evening, gentlemen. I just wanted to get a little info as to the new products
that you're coming out with and what market specifically you'd be directing them towards?

Barney Adams: The announced product, (First Sequence), is a driver which has been forecast for early
1999. If you take a look at the worldwide sales of golf clubs which are $2 billion in the Unites
States and approximately another $2 billion adding up to $4 billion worldwide, fairway woods are
23% of that market, drivers are 26% of that market. That is our - that segment is our next target
area.

Paul Applebaum:       Okay. And the 2-woods that you were coming out with was a Strong 2 and the
other one was?

ADAMS 004356

ADAMS GOLF
Moderator: Patty Walsh
08-06-98/4:00 pm CT
Confirmation #516761
Page 14

Barney Adams: An 11 wood.

Paul Applebaum:       Okay.  Thank you.

Operator:       Randy Abbe, private investor.

Randy Abbe:     Good afternoon, gentlemen.

Barney Adams: Hello.

Randy Abbe:     I'm very excited about this new driver coming out.  And what I would like to ask you, if the
        international sales continues to become more of a factor, do you see anywhere down the future of
        maybe having a plant set up there and maybe building there or is it going to be just a wait-and-
        see and a supply-and-demand attitude?

Barney Adams: Yes, it all - you know, we've actually been approached by locations and, you know, at the
        end of the day it's a numbers game.  I mean if it helps us meet our goals from both a cost and a
        sales and a customer service standpoint, we would take a look at a situation.  So it's, you know, a
        one-off analysis at this stage as opposed to a broad policy.

Randy Abbe:     Okay, thank you.

Operator:       Tom Rogers, private investor.

Tom Rogers:     Barney.

ADAMS 004357

Barney Adams: Hello. Thomas.

Tom Rogers:    Nice going.

Barney Adams: Thank you, sir.

Tom Rogers:    Great performance. I wanted you to comment on your competition, notably Orlimar. It's kind of annoying when I see their ads and they quote those statistics slamming your great fairway woods. What's your read on them?

Barney Adams: Well, Tom, you know, if it wasn't Orlimar, it'd be somebody else. I mean, we knew long ago when we were really starting to do well that it was just a question of time before somebody jumped on our economic model. And most assuredly they have - you know, if you want to call it a compliment they've complimented us by trying to mirror everything that we've done.

Is it uncomfortable? Sure it is. But the fact of the matter is, as I've said, it's going to be somebody. Our job is to just continue what works, continue what's going - we're going to have, as I said, the millionth Tight Lies in the marketplace here shortly. That means we've got a lot of very pleased customers out there. And if we continue with the objectives that are in line with the analysts and so on, let's see what time answers to that question.

Tom Rogers:    Yes. Do you have any litigation underway with infringements?

Barney Adams: The knockoffs? Absolutely. We do have litigation underway with knockoffs, but I will say that it's nothing that's going to have a positive effect on our company at the bottom line, not like we're going to make any million dollar lawsuits.

ADAMS 004358

Tom Rogers:    Yes.

Barney Adams: You litigate to protect your turf.

Tom Rogers:    Yes. Is there anything underway with Orlimar.

Barney Adams: No, no. No, not at all because you can't litigate them for copying our economic model. And as far as the club goes, their club is fine.

Tom Rogers:    Yes. Okay, well keep up the good work.

Barney Adams: Thank you, sir.

Tom Rogers:    Right.

Operator:    There appear to be no further questions at this time. I would now like to turn the conference back to Ms. Walsh for any additional or closing comments.

Patty Walsh:    On behalf of Barney Adams, Darl Hatfield and myself, I'd like to thank all of you for participating in our first teleconference. In the future, we plan to hold teleconferences following each earnings release and you'll be notified by fax a few days prior to the call.

Thank you again and good afternoon.

ADAMS 004359

ADAMS GOLF
Moderator: Patty Walsh
08-06-98/4:00 pm CT
Confirmation #516761
Page 17

Operator:         That does conclude today's conference.  Thank you for your participation.

                  END

ADAMS 004360

EXHIBIT 102



## NEWS RELEASE

*For more information, please contact:*
Patty Walsh
Director, Investor Relations
(972) 673-9850

*FOR IMMEDIATE RELEASE*

### ADAMS GOLF COMMENTS ON EARNINGS OUTLOOK

PLANO, TEXAS, SEPTEMBER 28, 1998—(NASDAQ:ADGO) Adams Golf announced today that the Company expects its net sales for the quarter ending September 30, 1998 will range between $22 million and $23 million with earnings between $.17 and $.19 per share. While these results would represent a significant improvement over the $14.2 million net sales reported for the third quarter of 1997, they fall slightly short of Wall Street analysts' 1998 third quarter sales estimates ranging from $25 million to $25.5 million and earnings estimates of $.20 to $.23 per share. The Company intends to report actual third quarter results on or about October 22, 1998.

The Company attributes the lower than expected sales to new product introductions by the Company's competitors in the fairway wood category and, to a lesser degree, a general softening of golf equipment sales.

"In anticipation of increased competition in fairway woods, we have continued to work on the development of new products in other golf equipment segments and are in the final testing stages of a new, technologically advanced driver which we intend to introduce in the first quarter of 1999," stated Barney Adams. "In addition, we plan to begin airing a new infomercial in mid-October which will, for the first time, emphasize the availability of the additional Tight Lies® lofts and focus on specific technical advantages of the patented Tight Lies design over products manufactured by the Company's primary competitors," Barney Adams concluded.

In regard to additional financial matters, Barney Adams stated, "international sales continue to increase at a rate that exceeds our expectations and present a significant opportunity for future growth. Furthermore, the financial condition of the Company remains strong with cash and temporary investments in excess of $66 million and virtually no debt."

Adams Golf designs, manufactures and markets premium quality, technologically innovative golf clubs including the Tight Lies fairway woods. Further information on the Company can be found on its Internet site, www.adamsgolf.com.

*This release, other than historical information, includes forward-looking statements with respect to industry trends and certain other matters. These statements are made under the "safe harbor" provisions of the Private Securities Litigation Reform Act of 1995 and involve risks and uncertainties which could cause actual results to differ materially from those in the forward-looking statements, including but not limited to the following: product development, product introductions; market demand and acceptance of products; the impact of changing economic conditions; business conditions in the golf industry; reliance on third parties including suppliers; the impact of market peers and their properties; the actions of competitors, including pricing; risks concerning future technology; and one time events and other factors detailed in the Company's prospectus, and other Securities and Exchange Commission filings. These filings can be obtained by contacting Adams Golf Investor Relations.*

# # #



ADAMS032003

EXHIBIT 164

SENT BY:ARTER & HADDEN-DALLAS : 7- 1-98 : 9:54PM :    ARTER & HADD    :    2650245:≈ 7  8

## M E M O R A N D U M

TO:        File                                    June 25, 1998

FROM:    Joe Hoffman

RE:        Adams Golf SEC Comments

    Carolyn Kurr of the SEC called to relay to me the SEC's comments on the Adams Golf S-1 Registration Statement Amendment No. 1 filing.

    The following is a summary of the Staff's comments:

1.  The Staff has conducted a review of press releases and other publicity regarding the Company and noted that Mr. Adams, the Chairman of the Company, was quoted in a number of articles. Please make a good faith effort to review recent publicity and to square the information therein with the Prospectus.

2.  The Staff has noticed that the Company has an interactive site with Mr. Adams on its web page. Please discontinue the use of this feature until the Registration Statement has become effective.

3.  Consider updating disclosure in the Prospects regarding USGA approval of golf equipment.

4.  The Staff wanted the Company to consider whether disclosure of the Costco matter was necessary.

104367.1



EXHIBIT 165

ARTER & HADDEN LLP
1717 MAIN STREET, SUITE 4100
DALLAS, TEXAS 75201-7366
214-761-2100 Telephone
214-741-7139 Facsimile

JULY 6, 1998

VIA EDGAR TRANSMISSION

SECURITIES AND EXCHANGE COMMISSION
Division of Corporation Finance
Judiciary Plaza
450 Fifth Street, N.W.
Mail Stop 3-5
Washington, D.C.  20549

Re:  ADAMS GOLF, INC.
     Amendment No. 2 to Registration Statement on Form S-1
     File No. 333-51715

Ladies and Gentlemen:

On behalf of Adams Golf, Inc. (the "Company"), we have electronically
transmitted herewith Amendment No. 2 to the above-referenced Registration
Statement, which has been marked to indicate the changes effected by the
Amendment.  In addition, we have today forwarded, by way of overnight delivery,
five (5) marked copies of Amendment No. 2 to the Registration Statement, c/o Ms.
Letty Lynn, for the convenience of the Staff.

This letter summarizes the Company's responses to the Staff's oral
comments, received June 25, 1998. The undersigned and J. David Washburn of this
firm previously discussed the Company's responses, at greater length, with Ms.
Carolyn Kurr of the Staff on July 1, 1998.

1.  COMMENT:

The Staff has conducted a review of press releases and other publicity
regarding the Company and noted that Mr. Adams, the Chairman of the
Company, was quoted in a number of articles.  Please make a good faith
effort to review recent publicity and to square the information therein
with the Prospectus.

RESPONSE:

The Company utilizes B.H. Adams, its Chairman and President, as the key
spokesperson for the Company's products.  Further, Mr. Adams is an industry
expert on golf equipment and is often asked to comment on issues relating
to golf equipment.  Prior to and since the filing of the Registration
Statement, Mr. Adams has attempted to focus his public statements on the
Company's products, and his intent has only been to promote the Company's
products.  It is the Company's belief that keeping products in the public
eye is crucial in the marketing of consumer retail products such as those
of the Company, especially at the peak of the season.  Since the
announcement of the offering, Mr. Adams has refused various requests from
the media for interviews and consistently noted to the media that he was
prevented by SEC rules from discussing the offering.



EXHIBIT
165
5/17/06

SECURITIES AND EXCHANGE COMMISSION
July 6, 1998
Page 2

A number of the articles about the Company that have recently appeared in the media have been the result of either prior public relations activities (e.g. the PGA show in Florida in late January 1998) or coverage generated by the press itself. Because of the seasonal nature of golf, many of these articles are timed to run during May, June and July, the peak of the golf season.

The timing with respect to the announcement of the Company's contract with Nick Faldo was unavoidable. Mr. Faldo's contract with Mizuno ended April 30, 1998. The Company was unable to announce its new relationship with Mr. Faldo until his Mizuno contract expired, and this occurred at or about the time of the initial filing of the Company's Registration Statement. The Company incurred significant expense in connection with the signing of Nick Faldo and needed to announce this significant corporate event. The Company expects that its relationship with Mr. Faldo will promote sales, especially international sales, given Mr. Faldo's international reputation.

The undersigned counsel and the Underwriters' counsel have reviewed the publicity leading up to and after the filing of the Registration Statement. Both believe that the Prospectus adequately addresses Mr. Adams' public statements and Company generated publicity.

2. COMMENT:
The Staff has noticed that the Company has an interactive site with Mr. Adams on its web page. Please discontinue the use of this feature until the Registration Statement has become effective.

RESPONSE:

As requested, this site was disabled Friday, June 26, 1998 and shall remain disabled until after the 25-day quiet period following the effective date of the Registration Statement has passed.

3. COMMENT:

Consider updating disclosure in the Prospectus regarding USGA approval of golf equipment.

RESPONSE:

Updated disclosure relating to the USGA's recent announcement is included on page 6 under "Dependence on New Product Introductions; Uncertain Consumer Acceptance."

UND 02702

SECURITIES AND EXCHANGE COMMISSION
July 6, 1998
Page 3

KPMG has informed us that the original date of their auditors' report,
January 16, 1998, was in error. The appropriate date, which has now been
included in the Amendment No. 2, is April 29, 1998. KPMG has informed us that
this date of April 29, 1998 complies with the standards included in Statement on
Auditing Standards No 1 (AICPA AU Section 530.01). This information is
consistent with the discussion held between Sam Ranzilla of KPMG and Kathy
Mathis of the Staff on June 19, 1998. In addition, we have EDGARized the letter
from KPMG to the Company dated June 8, 1998 and attached the same to this
correspondence as requested by the Staff. Updated consents have been included in
the amended Registration Statement.

As we discussed on July 1, 1998, the Company plans to price on July 9, 1998
and to go effective on that date.  Requests for acceleration from the Company
and the Underwriters are attached.

Please do not hesitate to call me at 214-761-4779 or J. David Washburn of
this office at 214-761-4309 if we can be of any further assistance.

Thank you for your assistance.

                    Very truly yours,


                         /s/ Joseph A. Hoffman
                         Joseph A. Hoffman

J20/sjm

cc:  Mr. Darl P. Hatfield
     Mr. James E. Farrell
     Kenneth L. Guernsey, Esq.
     Karyn Smith, Esq.
     J. David Washburn, Esq.

UND 02703

EXHIBIT 166

# Adams Golf, Inc.
### Initial Public Offering
### Lehman Brothers (Books)
### NationsBanc Montgomery Securities and Ferris, Baker Watts

Barney H. Adams, Chief Executive Officer
Darl Hatfield, Senior Vice President Finance and Administration
Mark D. Gonsalves, Vice President Sales & Marketing

## Summary Roadshow Schedule as of July 13, 1998 05:31 PM

| Date | City | Function | Time | Location |
|------|------|----------|------|----------|
| Tuesday June 16 | Baltimore New York | Management to Ferris, Baker Watts Sales Management to Lehman Sales | 9:00 am 4:30 pm | FBW/100 Light Street LB/200 Vesey St., 6th floor – NW Conf Room |
| Wednesday June 17 | San Francisco | Management to NationsBanc Montgomery Sales | 1:30 pm | NBMS/600 Montgomery St., 13th floor |
| Thursday June 18 | San Francisco | US Open | | The Olympic Club |
| Monday June 22 | Plainsboro New York | Private Breakfast (Casey +) Luncheon 1/1 (Smith or Nacheff +) 1/1 (Sung +) Golfing and Cocktail Reception | 8:00 am 12:00 pm 2:00 pm 3:15 pm 4:30–7:00 pm | MLAM/Ken Chaing, PM The '21 Club/Remington Room Alliance/Randy Haase, PM Scudder/Roy McKay, PM Chelsea Piers/Pier 59 – 23rd St./Hudson River (Cocktails in Ryder Cup Room & Brewery) |
| Tuesday June 23 | Chadds Ford Greenville Wayne Philadelphia Berwyn Washington DC | 1/1 (Pflieger +) 1/1 (Marisa +) 1/1 (Nacheff +) 1/1 (Pflieger +) 1/1 (Pflieger +) 1/1 (Dollenberg +) Private Dinner (Dollenberg +) | 8:00 am 9:15 am 10:45 am 12:30 pm 1:45 pm 3:30 pm 7:15 pm | Gardner Lewis/Tim Maxwell, Analyst Freiss/Trip Rudisill, PM Pilgrim Baxter/Quint Slattery, Analyst Delaware/Steve Lampe, Analyst Blackrock/Sam Kim, Analyst Turner/Bill McVale, Pm Robert E. Torray/Doug Eby, PM |
| Wednesday June 24 | Boston | 1/1 (Goldsmith +) 1/1 (Papp +) 1/1 (Taygan +) 1/1 (Taygan +) Luncheon 1/1 (Rodeno +) 1/1 (Blond +) 1/1 (Blond +) 1/1 (Rodeno +) | 7:45 am 9:00 am 10:00 am 11:00 am 12:15 pm 2:00 pm 3:00 pm 4:00 pm 5:00 pm | Fidelity/Jennifer Nettersheim. Analyst State St. Research/JC Cabrera, PM Mass Financial/Chip Crowther, Analyst Wellington/Ken Abrams, PM The Four Seasons/Wendell Phillips Room Hancock/Laura Allen, PM Putnam/Craig Lewis, Analyst Kobrick Cendant/Todd Brooks, Analyst DFS/Mike DiCarlo, PM |
| Thursday June 25 | New York | Private Breakfast (Casey +) 1/1 (Harris +) 1/1 (Smith +) Luncheon 1/1 (Spear) 1/1 (Kurtz +) | 8:15 am 9:30 am 10:45 am 12:15 pm 2:15 pm 3:30 pm | Bankers Trust/Mary Dugan, PM Dean Witter/Lawrence Darrow, Analyst WPG/Adam Starr, PM The '21 Club/Harbor Room Dawson Samberg/Katrin Yaghuobi, Analyst Seligman/Hilary Shane, Analyst |
| Friday June 26 | San Antonio Dallas Ft. Worth | Private Breakfast (Moriarity +) 1/1 (Lancaster +) Luncheon 1/1 (Lancaster +) | 7:00 am 10:45 am 12:00 pm 2:30/2:45 pm | USAA/Eric Efron, PM; Mickey Brivac, Analyst Regal/John Winslow, PM; Bill Ward, PM The Petroleum Club/Keystone Room Bass Brothers/Brian McManus, Analyst |

continued . . .



EXHIBIT
166
5/17/06

UND 05135

# Adams Golf, Inc.

### Initial Public Offering
### Lehman Brothers (Books)
### NationsBanc Montgomery Securities and Ferris, Baker Watts

Barney H. Adams, Chief Executive Officer
Darl Hatfield, Senior Vice President Finance and Administration
Mark D. Gonsalves, Vice President Sales & Marketing

### Summary Roadshow Schedule as of July 13, 1998 05:31 PM

| Date | City | Function | Time | Location |
|---|---|---|---|---|
| Monday June 29 | San Francisco | 1/1 (Uzelac +)<br>1/1 (McDermott +)<br>1/1 (Uzelac +)<br>1/1 (Newman +)<br>Luncheon (Gailes +)<br>1/1 (Newman +) | 7:00 am<br>9:10-9:50 am<br>8:00 am<br>10:00 am<br>12:30 pm<br>2:00 pm | Seneca/Mick White, Analyst<br>Robertson Stephens/Dan Dunn, Analyst<br>Gruber McBain/John Gruber, PM<br>Emerging Growth/Matt Spotswood, Analyst<br>The Park Hyatt/Consortium II, Level 2<br>Wells Capital/Ken Lee, Analyst |
| Tuesday June 30 | San Diego | 1/1 (Newman +) | 7:00 am | Wall St. Associates/Alexis Waadt, PM;<br>Ken McCain, PM |
|  |  | 1/1 (Newman +)<br>1/1 (Newman +)<br>1/1 (Newman +) | 8:00 am<br>10:00 am<br>11:30 am | Duncan Hurst/Randy Hanley, Analyst<br>Nicholas Applegate/Tom Bleakeley, Analyst<br>Bricoleur/Dan Wimsatt, PM |
|  | Los Angeles | 1/1<br>1/1<br>1/1 – CANCELED | 2:30 pm<br>4:00 pm<br>CANCELED | Roger Engemann/Scott Swansen, Analyst<br>Suome/Brian Cheek, Analyst<br>Capital Guardian/Todd James, Analyst |
| Wednesday July 1 | Denver | Private Breakfast (Casey -) (Bartley +)<br>1/1 (Bartley +)<br>1/1 (Bartley +) | 7:45 am<br>9:15 am<br>10:30 am | Invesco/Mark Greenberg, PM<br>Montgomery/Brad Kidwell, PM<br>Berger/John Jares, PM |
|  |  | 1/1 (Owen +) | 12:00 pm | United Capital/Jim Lustig, PM<br>*joined by:* Capstar/Chris Rule, PM |
|  |  | 1/1 (Smith -) (Bartley +)<br>1/1 (Bartley +) | 1:30 pm<br>2:45 pm | PERA/JD Padgett, Analyst<br>Marsico/Kent Moore, Analyst |
| Thursday July 2 | Cleveland Columbus | Breakfast (Billish +)<br>1/1 (Billish +) | 7:00 am<br>10:30 am | The Club at Society Center/Plaza North Room<br>Banc One Columbus Trust/Brad Erwin |
|  |  | Management Conference Call to Accounts | 11:30 am | Domestic dial in: (888) 566—6573<br>International dial in: (773) 756-4632<br>passcode: "Adams Golf"<br>*Domestic replay: (888) 554-3816 (no passcode)<br>Int'l replay: (402) 998-0106 (no passcode)* |
| Friday July 3 | N/A | (Fourth of July Weekend – Holiday) |  | (Fourth of July Weekend – Holiday) |
| Monday July 6 | Birmingham Milwaukee<br><br>Madison | Private Breakfast (Alcorn +)<br>1/1 (Alcorn +)<br>Luncheon (Alcorn +)<br>1/1 (Alcorn +) | 7:30 am<br>10:30 am<br>12:00 pm<br>3:00 pm | Munder Capital/Carl Wilk, PM<br>Firmco/Todd Krieg, PM<br>Pfister Hotel/Executive Conference Room<br>SWIB/Chad Neumann, Analyst |
| Tuesday July 7 | Minneapolis<br><br>Chicago | Breakfast<br>1/1<br>Group Meeting | 7:30 am<br>9:00 am<br>1:30 pm | Radisson Plaza/New Sweden East<br>IDS/Marty Hurwitz, PM<br>LB/190 S. LaSalle, 26th floor |

continued . . .

UND 05136

# Adams Golf, Inc.

### Initial Public Offering
### Lehman Brothers (Books)
### NationsBanc Montgomery Securities and Ferris, Baker Watts

**Barney H. Adams, Chief Executive Officer**
**Darl Hatfield, Senior Vice President Finance and Administration**
**Mark D. Gonsalves, Vice President Sales & Marketing**

### Summary Roadshow Schedule as of July 13, 1998 05:31 PM

| Date | City | Function | Time | Location |
|------|------|----------|------|----------|
| Wednesday July 8 | London | 1/1 (Trafford +) | 10:45 am | Schroder Investment/Ben Starling |
| | | Luncheon | 12:00 pm | LB/One Broadgate, 7th floor – Boardroom |
| | | Demonstration | 1:30 pm | Nevada Bob's |
| | | 1/1 | 2:15 pm | GL G/Atif Khan |
| | | 1/1 (Kloppenborg +) | 3:30 pm | Framlington Investment Mgmt/Susan O'Brien |
| Thursday July 9 | Milan | 1/1 (Quagliotti or della Valle) | 9:00 am | ABN Amro/Mr. Midolo |
| | | 1/1 – TO BE CONFIRMED | 10:00 am | ARCA |
| | | 1/1 (Quagliotti or della Valle) | 11:00 am | BCI/Mr. Pierini |
| | | Demonstration | 12:30 pm | The Palace Hotel/Room: to be posted |
| | | Luncheon | 1:15 pm | The Palace Hotel/Room: to be posted |
| | | 1/1 (Quagliotti or della Valle) | 3:00 pm | Fondigest/Contact: TBA |
| | | Follow up Conference Call | | Kingdon/Matt Karchmer (212) 333-0125 |

UND 05137

# Adams Golf, Inc. - Private Meeting Requests

| ty. | Status/Date/Time | Account/Contact | Request came from: |
|---|---|---|---|
| Wayne | wants 1/1 | Pilgrim Baxter/Chrissie Baxter | Nacheff, 5/11 |
| Bethesda | Conf'd: 6/23 at 7:15 pm | Robert E. Torray/Doug Ebey | Dollenberg, 5/18 |
| Ft Worth | wants 1/1 | Bass Brothers | Buster Brown, 5/13 |
| Houston | wants 1/1 | Chase Bank of Texas/Juliet Ellis, Chris Matlock | Buster Brown, 5/13 |
| New York | Conf'd: 6/22 at 2:00 pm | Alliance/Mike Gaffney, Andrew Frank | Smith, 5/27 |
| | Offered 1/1 – N/I | Ardsley/Sandy Prater | Kent, 6/17 |
| | Conf'd: 6/25 at 8:15 am | Bankers Trust/Mike Corelli, Mary Dugan | Casey, 6/17 |
| | Offered several 1/1 times. N/A | Citibank/Soo Hwan Kim, Analyst | Knapp, 6/19 |
| | Conf'd: 6/25 at 2:15 pm | Dawson Samberg | Spear, 6/18 |
| | Conf'd: 6/25 at 9:30 am | Dean Witter/Lawrence Darrow | Harris, 6/18 (call Gatewood) |
| | Offered 1/1 – Turned it down. Will go to 6/25 L instead. | Dreyfus/Paul Kandel | Kurtz, 6/15 |
| | Attended 6/22 L | Kingdon/Scott Swid | Mello, 6/19 |
| | wants 1/1 | Lazard/Chris Blake | Gatewood, 5/26 |
| | Attended 6/22 L | Lord Abbett/Rayna Lesser, Analyst | Spear, 6/19 |
| | Offered 1/1. Will go to L | MacKay Shields | Knapp, 6/24 |
| | Not a natural buyer – Goss doesn't want to push a 1/1 if he can't produce a time slot | MSAM | Goss, 6/23 |
| | Offered 1/1. N/A 6/25. On vacation wk 6/22. Wants conference call early wk 6/29 | Oppenheimer Mgmt/Jay Tracey | Smith, 5/27 |
| | Will attend 6/25 L | Palantir/Tom Ward | Uzelac, 6/23 |
| | Andy Perry will invite to Lunch | Quilcap/Parker Quillen | Gonsalves/Walravens |
| | wants 1/1 | Schroeder/Fariba Talecbi | Lisa-NBMS, 6/23 |
| | Attended 6/22 L | Smith Barney Asset Mgmt/George Novello | Smith, 5/27 |
| | Offered 1/1 – Turned it down. | TCW/Mel Schmidt | himself and Jason, 6/15 |
| | Offered 1/1. N/A (on vacation) | Tiger/David Ott | Jared, 5/21 |
| | Conf'd: 6/25 at 10:45 am | WPG | Smith, 5/27 |
| | wants 1/1 | WPG Farber/David Present | Smith, 5/27 |
| Philadelphia | Conf'd: 6/23 at 1:45 pm | PNC/Sam Kim (Blackrock) | Nicole Horelick-FBW, 6/12 (410) 659-4669 |
| Plainsboro | Conf'd: 6/22 at 8:00 am | MLAM | Casey, 6/16 |
| Boston | Conf'd: 6/24 at 11:00 am | Wellington/Ken Abrams (617) 951-5042 | Nicole, FBW, 6/16 |
| Stamford | wants 1/1 | Columbus Circle/Mark Fellman | Casey, 6/17 |
| Seattle | wants 1/1 or 2/1 w/Safeco | Becker/Gaylord Lymen | Nicole, FBW, 6/19 |
| | wants 1/1 or 2/1 w/Becker | Safeco/Jose Romero | Nicole, FBW, 6/19 |
| Los Angeles | CXLD 1/1. Will be out of town | Capital Guardian/Todd James, Analyst | Gailes, 6/24 |

UND 05138

## Travel Notes

**/V:**  Infocus 760 LCD projector; 35mm slide projector with zoom lens, screen,
wireless remote control, podium with microphone (depending on rooms size) and light.

**LIMOS:**  **United States:**
All ground transportation has been arranged under the name ADAMS GOLF.
Contact: Debbie Werba, AVSTAR Aviation
phone: (800) 575-2359 or (516) 499-0048.

Limo drivers will meet you at the gate in most cities.  See following page for exceptions.

**Europe:**
All ground transportation has been arranged by Michelle O'Brien of LB-London
(see contact numbers within schedule).

**FLIGHTS:**  All commercial travel arrangements have been made for ADAMS GOLF and
Lehman Brothers participants by American Express Travel.
Contact:  Candee Schlautman or Melissa Taylor, phone:  (402) 697-5364 (8:15 am - 5:45 pm EST)
After hours:  American Express Hotline:  (800) 847-0242.
(Note:  when calling the Hotline, you'll be asked for your Access Code.  This is: A-K6M).

Co-managers are responsible for their own travel arrangements.

**HOTELS:**  Guaranteed hotel reservations have been made for ADAMS GOLF and for
Lehman Brothers participants.
Co-managers are responsible for their own hotel reservations.
All participants are responsible for their own hotel charges.

**United States:**
Candee Schlautman or Melissa Taylor, phone:  (402) 697-5364 (8:15 am - 5:45 pm EST)
After hours:  American Express Hotline:  (800) 847-0242.
(Note:  when calling the Hotline, you'll be asked for your Access Code.  This is: A-K6M).

**Europe:**
Claire Nullens or Michelle O'Brien, Lehman Brothers
phone: (011 44 171) 260-2038 or 2725

**PRIVATE
MEETINGS:**  Attendance at private meetings should be:  management,
one LB investment banker, one LB salesman.

**ROADSHOW
LOGISTICS:**  Unni Mahany, Lehman Brothers Equity Syndicate
work: (212) 526-7860
home:  (732) 933-4789

UND 05139

## Notes from AVSTAR:

Limo Drivers will meet you at the gate except in the following cities:

### oston:

Terminal A

*Cape Air, Colgan Air, Continental, Spirit Airlines, US Air Shuttle, (LaGuardia, NY only), Value Jet:*
Proceed to the lower level baggage claim area, walk out of the terminal across roadway.
(look for the sign that reads "Authorized Limousines Only")

### Terminal B

*American West American, American Eagle, Delta Shuttle (LaGuardia, NY Only), Midway, Midwest Express, Quantas, US Air/US Air Express, Virgin Atlantic Airways (departures only)*
Proceed to the upper level baggage claim area, walk out of the terminal and turn to the right - the limousine stand
is at the curb. (look for the sign that reads "Authorized Limousines Only")

### Terminal C and D

*Delta/Delta Business Express, Nations Air, Sabena (departures only), TWA/TWA Express, United/United Express, Alitalia (departures only)*
Proceed to the lower level baggage claim area, walk out of the terminal to the third island over.
(look for the sign that reads "Authorized Limousines Only")

### Terminal E

*All International flights, KLM/Northwest Airlines, American Trans Air*
Walk out of baggage claim area to curb, turn right, walk to door #5 (British Air Door) and use the crosswalk to island #2. (look for the sign that reads "Authorized Limousines Only")

### Chicago:

Between the hours of 8:00 am and 10:00 pm, drivers will meet you at the gate. Drivers will meet at baggage claim at all other times.

### Denver:

roceed to baggage claim area, go out door to Authorized Limousines area. See airline for door #.
oor #504 - UA, MESA Midwest, KLM, NW, Air Canada
Door #513 - US, TWA, AA, CO, DL, Mexicana, Frontier, AW

### Indianapolis:

Walk to Northwest baggage claim area #2, walk outside to median over to the Ground Transportation Center.

**New York airports:** Baggage Claim
**Newark:** Bottom of Escalator at Baggage Claim
**Philadelphia:** Baggage claim

### Train Stations:

**Baltimore/Penn Station** - Info Desk
**Philadelphia/30th Street Station** - 29th St. Side (by Angel Statue)
**New York/Penn Station** - Walk outside to Breezeway between buildings (Taxi Stand area)

Whenever possible, clients will be met at the gate.

UND 05140

# Adams Golf, Inc.

### Roadshow Schedule

#### Tuesday, June 9, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| 8:30 pm | Sedan waiting<br>Boston Coach –<br>*arranged by Ann Neff of Adams Golf.* | PINE VALLEY, NJ | Pine Valley Golf Club<br>East Atlantic Avenue<br>Pine Valley, NJ 08021<br>phone: (609) 783-3000 |
| | Accommodations<br>Adams #659866<br>Walravens #659861<br>Conf'd by Amex Travel<br>@ $275.00/night | NEW YORK | The New York Palace<br>455 Madison Avenue<br>(btwn 50th & 51st Streets)<br>New York, NY 10022<br>phone: (212) 888-7000<br>fax: (212) 303-6000<br>*Cancellation policy: 2:00 pm* |

as of July 13, 1998, 05:31 PM

UND 05141

# Adams Golf, Inc.

## Roadshow Schedule

### Wednesday, June 10, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| 7:30 am | Breakfast<br><br>Attendees:<br>Adams Golf/Barney Adams<br>Lehman Brothers/Marc Paley<br>Lehman Brothers/Brad Smith<br>Lehman Brothers/Patrick Walravens<br>Lehman Brothers/Steve Weiss | NEW YORK | The New York Palace<br>455 Madison Avenue<br>(btwn 50th & 51st Streets)<br>Wanamaker Room – 5th floor<br>New York, NY 10022<br>phone: (212) 888-7000<br>fax: (212) 303-6000<br>Catering: Gina Janniello |
| 10:30 am | Sedan waiting | | UTOG<br>*arranged by Ann Neff of Adams Golf.* |

as of July 13, 1998, 05:31 PM

UND 05142

# Adams Golf, Inc.

## Roadshow Schedule

### Saturday, June 13, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| 10:00 am<br>6:28 pm | UA #72<br>(Walravens – booked own)<br>Departure<br>Arrival | SAN FRANCISCO<br>NEWARK | San Francisco/SFO<br>Newark Int'l |
|  | Sedan waiting |  | AVSTAR  (800) 575-2359 |

|  | Accommodations<br>Walravens – made own | NEW YORK |  |

as of July 13, 1998, 05:31 PM

UND 05143

# Adams Golf, Inc.

## Roadshow Schedule

### Sunday, June 14, 1998

| Time | Function | City | Location |
|---|---|---|---|
| | Accommodations<br>Walravens (made own)<br>Conf'd by Amex Travel | NEW YORK | The New York Palace<br>455 Madison Avenue<br>(btwn 50th & 51st Streets)<br>New York, NY 10022<br>phone: (212) 888-7000<br>fax: (212) 303-6000 |

as of July 13, 1998, 05:31 PM

UND 05144

# Adams Golf, Inc.

## Roadshow Schedule

### Monday, June 15, 1998

| Time | Function | City | Location |
|------|----------|------|----------|

Gonsalves arranges own transportation to Baltimore.

|  | AA #1294<br>(Adams, Hatfield – Conf'd in 1st class - Electronic ticket sent)<br>Locator #'s:<br>Adams: QCIOMF, Hatfield: RAPWOO |  |  |
|---|---|---|---|
| 2:11 pm | Departure | DALLAS | Dallas/Ft. Worth Int'l |
| 6:10 pm | Arrival | BALTIMORE | Baltimore/Washington Int'l |
|  | Sedan waiting |  | AVSTAR (800) 575-2359 |

|  | Accommodations<br>Adams  #82694011<br>Hatfield  #82694607<br>Gonsalves  #82695063<br>Conf'd by Amex Travel | BALTIMORE | The Renaissance Harbor Place Hotel<br>202 East Pratt Street<br>Baltimore, MD  21202<br>phone: (410) 547-1200<br>fax:  (410) 539-5780<br>*Cancellation policy:  4:00 pm* |
|---|---|---|---|
|  | Accommodations<br>Walravens  #576140<br>Conf'd by Amex Travel | NEW YORK | The New York Palace<br>455 Madison Avenue<br>(btwn 50th & 51st Streets)<br>New York, NY  10022<br>phone:  (212) 888-7000<br>fax:  (212) 303-6000<br>*Cancellation policy:  6:00 pm* |

as of July 13, 1998, 05:31 PM

UND 05145

# Adams Golf, Inc.

## Roadshow Schedule

### Tuesday, June 16, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| 8:15 am<br>(2 blocks away) | Limo waiting<br>As directed for the day<br>AVSTAR (800) 575-2359 | BALTIMORE | The Renaissance Harbor Place Hotel<br>202 East Pratt Street<br>Baltimore, MD 21202<br>phone: (410) 547-1200<br>fax: (410) 539-5780 |
| 9:00 am | Management to<br>Ferris, Baker Watts Sales | | Ferris, Baker Watts Offices<br>100 Light Street<br>phone: (410) 685-2600<br>Contact: Charlie Place, VP |
| 10:36 am<br>12:59 pm | Metroliner #108<br>(Adams, Hatfield, Gonsalves – Conf'd in club car)<br>Departure<br>Arrival<br><br>Limo waiting<br>As directed for the afternoon | BALTIMORE<br>NEW YORK | Baltimore/Penn Station<br>New York/Penn Station<br><br>AVSTAR (800) 575-2359 |
| 3:00 pm | Limo waiting | NEW YORK | The New York Palace<br>455 Madison Avenue<br>(50th Street side)<br>New York, NY 10022<br>phone: (212) 888-7000<br>fax: (212) 303-6000 |
| 4:30 pm | Management to<br>Lehman Brothers Sales | | Lehman Brothers Offices<br>200 Vesey St., 6th floor<br>Northwest Conference Room<br>phone: (212) 526-9420<br>Contact: Joe Castle |
| | Accommodations<br>Adams #576224<br>Hatfield #576139<br>Gonsalves #576231<br>Walravens #576140<br>Conf'd by Amex Travel | | The New York Palace<br>455 Madison Avenue<br>(btwn 50th & 51st Streets)<br>New York, NY 10022<br>phone: (212) 888-7000<br>fax: (212) 303-6000<br>*Cancellation policy: 2:00 pm* |

as of July 13, 1998, 05:31 PM

UND 05146

# Adams Golf, Inc.

## Roadshow Schedule

### Wednesday, June 17, 1998

| Time: | Function | City | Location |
|---|---|---|---|
| 7:00 am | Limo waiting<br>As directed for the day<br>AVSTAR (800) 575-2359 | NEW YORK | The New York Palace<br>455 Madison Avenue<br>(btwn 50th & 51st Streets)<br>New York, NY 10022<br>phone: (212) 888-7000<br>fax: (212) 303-6000 |
| 9:00 am<br>12:03 pm | UA #837<br>(Adams, Hatfield, Gonsalves, Walravens –<br>Conf'd in 1st class)<br>Departure<br>Arrival<br><br>Limo waiting<br>As directed for the afternoon | NEWARK<br>SAN FRANCISCO | Newark Int'l<br>San Francisco/SFO<br><br>AVSTAR (800) 575-2359 |
| 1:30 pm - | Management to<br>NationsBanc Montgomery Sales | SAN FRANCISCO | NationsBanc Montgomery Offices<br>600 Montgomery Street, 13th floor<br>Auditorium<br>phone: (415) 627-2440<br>Contact: Lisa Taylor |
|  | Accommodations<br>Hatfield #82015513<br>Adams #82014988<br>Conf'd by Amex Travel | SAN FRANCISCO | The Stanford Court Hotel<br>905 California Street<br>San Francisco, CA 94108<br>phone: (415) 989-3500<br>fax: (415) 391-0513<br>*Cancellation policy: 4:00 pm* |

as of July 13, 1998, 05:31 PM

UND 05147

# Adams Golf, Inc.

## Roadshow Schedule

### Thursday, June 18, 1998

| Time | Function | City | Location |
|---|---|---|---|
| 8:40 am | Limo waiting<br>As directed for the day<br>AVSTAR (800) 575-2359 | SAN FRANCISCO | Walravens Residence<br>151 Stanyan Street<br>San Francisco, CA<br>phone: (415) 752-3359 |
| 9:00 am | Proceed to pick up<br>Adams and Hatfield | | The Stanford Court Hotel<br>905 California Street<br>San Francisco, CA  94108<br>phone: (415) 989-3500<br>fax: (415) 391-0513 |
| | US Open | | Olympic Club<br>599 Skyline Boulevard<br>(enter on John Muir Drive)<br>phone: (415) 587-4800 |
| 3:00 pm | Depart for airport | | |
| 5:00 pm<br>10:32 pm | AA #2020<br>(Adams, Hatfield – Conf'd in 1st class)<br>Departure<br>Arrival | SAN FRANCISCO<br>DALLAS | San Francisco/<br>Dallas/Ft. Worth Int'l |
| | Car not necessary. | | |

as of July 13, 1998, 05:31 PM

UND 05148

# Adams Golf, Inc.

## Roadshow Schedule

### Sunday, June 21, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| 10:00 pm<br>6:16 am | UA #4<br>(Faldo, Simpson – booked own)<br>Departure (Sun., 6/21)<br>Arrival (Mon., 6/22)<br><br>Limo waiting (lots of luggage) | SAN FRANCISCO<br>NEW YORK | San Francisco/SFO<br>New York/JFK<br><br>AVSTAR (800) 575-2359 |
| 4:35 pm<br>9:01 pm | AA #740<br>(Adams, Hatfield, Gonsalves, Puglielli – Conf'd in 1st class)<br>Departure<br>Arrival<br><br>2 sedans waiting | DALLAS<br>NEW YORK | Dallas/Ft. Worth Int'l<br>New York/LaGuardia<br><br>AVSTAR (800) 575-2359 |
| 1:30 pm<br>10:00 pm | UA #810<br>(Walravens, Mehta – Conf'd in coach)<br>Departure<br>Arrival<br><br>Sedan waiting | SAN FRANCISCO<br>NEW YORK | San Francisco/SFO<br>New York/JFK<br><br>AVSTAR (800) 575-2359 |

Steve Thorne arranges own transportation to New York.

Accommodations
Puglielli #89704665
Conf'd by Amex Travel
@ $215.00/night

2 nights: 6/21 and 6/22
Thorne #93970517
Conf'd by Amex Travel
@ $315.00/night

NEW YORK

The Essex House Hotel
160 Central Park South
(59th btwn 6th & 7th Avenues)
New York, NY  10019
phone: (212) 247-0300
fax: (212) 315-1839
*Cancellation policy:  4:00 pm*

continued . . .

as of July 13, 1998, 05:31 PM

UND 05149

# Adams Golf, Inc.

### Roadshow Schedule

#### Sunday, June 21, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| | Accommodations<br>Adams #1086178<br>Hatfield #3054102<br>Gonsalves #2001368<br>Walravens #1885002<br>Mehta #2529848<br>Conf'd by Amex Travel | PRINCETON | The Nassau Inn<br>10 Palmer Square<br>Princeton, NJ 08540<br>phone: (609) 921-7500<br>fax: (609) 921-9385<br>*Cancellation policy: 12:00 pm* |
| | Accommodations<br>Faldo #107404<br>Simpson #C395451569<br>Conf'd by Amex Travel<br>@$410.00/night | NEW YORK | The St. Regis Hotel<br>2 E 55th Street<br>(at Fifth Avenue)<br>New York, NY 10022<br>phone: (212) 753-4500<br>fax: (212) 787-3447<br>*Cancel by 6:00 pm on 6/20* |

as of July 13, 1998, 05:31 PM

UND 05150

# Adams Golf, Inc.

## Roadshow Schedule

### Monday, June 22, 1998

| Time | Function | City | Location |
|---|---|---|---|
| 7:45 am (allow 15 minutes) | Limo waiting As directed for the day AVSTAR (800) 575-2359 | PRINCETON | The Nassau Inn 10 Palmer Square Princeton, NJ 08540 phone: (609) 921-7500 fax: (609) 921-9385 |
| 8:00 am | Private Breakfast LB: Janina Casey phone: (212) 526-0378 | PLAINSBORO, NJ | Merrill Lynch Asset Management 800 Scudders Mill Road Employee Entrance #2 phone: (609) 282-2000 Contact: Ken Chaing, PM |
| 11:30 am | Limo waiting As directed for the day AVSTAR (800) 575-2359 Pick up Faldo | NEW YORK | Lehman Brothers Offices 200 Vesey St., 6th floor phone: (212) 526-9420 |
| 11:45 am | Sedan waiting As directed for the day AVSTAR (800) 575-2359 Pick up Simpson | NEW YORK | The St. Regis Hotel 2 E 55th Street (at Fifth Avenue) New York, NY 10022 phone: (212) 753-4500 fax: (212) 787-3447 |
| 12:15 pm | Small Group Luncheon Attendees: Nick Faldo John Simpson Dreyfus/Dave Sealy, Analyst Kingdon/Mark Kingdon or Peter Reiger LB/Kent Marisa LB/Bernie Picchi LB/Brad Smith LB/Peter Smith LB/Sherri Spear Lord Abbett/Rayna Lesser, Analyst Smith Barney Asset Mgmt/George Novello | | The '21 Club 21 West 52nd Street (btwn 5th & 6th Avenues) Remington Room New York, NY 10019 phone: (212) 582-1400, x515 fax: (212) 581-7138 Catering: Julie Sawitz |
| 2:00 pm | Private Meeting LB: Peter Smith or Tad Nacheff phone: (212) 526-7358 or 7753 | | Alliance Capital Management 1345 Avenue of the Americas 40th floor (btwn 54th & 55th Streets) phone: (212) 969-1000 Contact: Randy Haase, PM |

continued . . .

as of July 13, 1998, 05:31 PM

UND 05151

# Adams Golf, Inc.

## Roadshow Schedule

### Monday, June 22, 1998

| Time | Function | City | Location |
|---|---|---|---|
| | | NEW YORK | |
| 3:15 pm | Private Meeting<br>I.B: Derek Harris<br>phone: (212) 526-6723<br>*will not be present*<br><br>*Margie Sung will cover this meeting for Derek* | | Scudder, Stevens & Clark<br>345 Park Ave., 25th floor<br>(btwn 51st & 52nd Streets)<br>phone: (212) 326-6200<br>Contact: Roy McKay, PM |
| 4:30 pm – 7:00 pm | Golfing<br>and Cocktail Reception | NEW YORK | Golfing:<br>Chelsea Piers<br>Pier 59~<br>(23rd St. and Hudson River)<br>phone: (212) 336-6400<br>Contact: Kevin Theissen<br><br>Cocktails:<br>Ryder Cup Room and Brewery |
| 7:00 pm | Additional sedan waiting<br>(Puglielli to Newark) | | AVSTAR (800) 575-2359 |
| 8:45 pm<br>11:03 pm | AA #2023<br>(Puglielli)<br>Departure<br>Arrival<br><br>Car not necessary. | NEWARK<br>DALLAS | Newark Int'l<br>Dallas/Ft. Worth Int'l |
| | Accommodations<br>2 nights: 6/21 and 6/22<br>Thorne #C595451547<br>Conf'd by Amex Travel<br>@ $444.00/night | NEW YORK | The Essex House Hotel<br>160 Central Park South<br>(59th btwn 6th & 7th Avenues)<br>New York, NY 10019<br>phone: (212) 247-0300<br>fax: (212) 315-1839<br>*Cancellation policy: 4:00 pm* |

continued . . .

as of July 13, 1998, 05:31 PM

UND 05152

# Adams Golf, Inc.

## Roadshow Schedule

### Monday, June 22, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| | Drive to: | **WILMINGTON** | |
| | Accommodations<br>Adams #261873<br>Hatfield #261874<br>Gonsalves #261875<br>Walravens #261876<br>Mehta #261877<br>Conf'd by Amex Travel | | The Hotel Dupont<br>11th and Market Streets<br>Wilmington, DE  19801<br>phone: (302) 594-3100<br>fax: (302) 656-2145<br>*Cancellation policy: 4:00 pm* |

| Time | Function | City | Location |
|------|----------|------|----------|
| | BA #116<br>(Faldo, Simpson - booked own) | | |
| 9:45 pm | Departure | **NEW YORK** | New York/JFK |
| 9:45 am | Arrival | **LONDON** | London/Heathrow |

as of July 13, 1998, 05:31 PM

UND 05153

# Adams Golf, Inc.

## Roadshow Schedule

### Tuesday, June 23, 1998

| Time | Function | City | Location |
|---|---|---|---|
| 7:30 am (allow 20-25 minutes) | Limo waiting As directed for the day AVSTAR (800) 575-2359 | WILMINGTON | The Hotel Dupont 11th and Market Streets Wilmington, DE 19801 phone: (302) 594-3100 fax: (302) 656-2145 |
| 8:00 am | Private Meeting LB: John Pflieger phone: (212) 526-2763 | CHADDS FORD | Gardner Lewis Asset Management 285 Wilmington Westchester Pike phone: (610) 558-2800 Contact: Tim Maxwell, Analyst |
| 9:15 am | Private Meeting LB: Kent Marisa phone: (212) 526-7311 | GREENVILLE | Friess Associates 3908 Kennett Pike phone: (302) 656-3017 Contact: Trip Rudisill, PM |
| 10:45 am | Private Meeting LB: Tad Nacheff phone: (212) 526-7753 | WAYNE | Pilgrim Baxter & Associates 825 Duportail Road phone: (610) 647-4100 Contact: Quint Slattery, Analyst |
| 12:30 pm | Private Meeting LB: John Pflieger phone: (212) 526-2763 | PHILADELPHIA | The Delaware Investment Advisors 2005 Market Street, 40th floor phone: (215) 255-1200 Contact: Steve Lampe, Analyst |
| 1:45 pm | Private Meeting LB: John Pflieger phone: (212) 526-2763 | | Blackrock (aka PNC Bank) 1600 Market St., 27th floor phone: (215) 585-8084 Contact: Sam Kim, Analyst |
| 2:45 pm | Additional sedan waiting (Mehta to airport) | | AVSTAR (800) 575-2359 |
| 3:30 pm | Private Meeting LB: Eric Dollenberg phone: (212) 526-6111 | BERWYN | Turner Investment Partners 1235 Westlakes Drive, Suite 350 phone: (610) 408-3201 Contact: Bill McVale, PM |

continued . . .

as of July 13, 1998, 05:31 PM

UND 05154

# Adams Golf, Inc.

## Roadshow Schedule

### Tuesday, June 23, 1998

| Time | Function | City | Location |
|---|---|---|---|
| 5:30 pm<br>6:53 pm | UA #730<br>(Mehta – Conf'd in coach)<br>Departure<br>Arrival<br><br>Sedan waiting | PHILADELPHIA<br>BOSTON | Philadelphia Int'l<br>Boston/Logan<br><br>AVSTAR (800) 575-2359 |
| 5:32 pm<br>6:59 pm | Metroliner #121<br>–(Adams, Hatfield, Gonsalves, Walravens –<br>Conf'd in club car)<br>Departure<br>Arrival<br><br>Limo waiting<br>As directed for the evening | WILMINGTON<br>WASHINGTON DC | Wilmington<br>Washington DC<br><br>AVSTAR (800) 575-2359 |
| 7:15 pm | Private Dinner<br>I.B: Eric Dollenberg<br>phone: (212) 526-6111 | WASHINGTON DC | Robert E. Torray<br>Contact: Doug Eby, PM<br>*to take place at:*<br>The Four Seasons<br>2800 Pennsylvania Avenue, NW<br>Arbor Room<br>Washington DC 20007<br>phone: (202) 342-0444<br>Catering: Angela Dawson |
| 9:10 pm<br>11:00 pm | DL #4318<br>(Adams, Hatfield, Gonsalves, Walravens –<br>Conf'd in coach; *all coach flight*)<br>Departure<br>Arrival<br><br>Limo waiting | WASHINGTON DC<br>BOSTON | Washington/National<br>Boston/Logan<br><br>AVSTAR (800) 575-2359 |
| | Accommodations<br>Adams #122958<br>Hatfield #122959<br>Gonsalves #122960<br>Thorne #124989<br>Walravens #123013<br>Mehta #124216<br>Conf'd by Amex Travel | BOSTON | The Four Seasons Hotel<br>200 Boylston Street<br>Boston, MA  02116<br>phone: (617) 338-4400<br>fax: (617) 423-0154<br>*Cancellation policy:  6:00 pm* |

as of July 13, 1998, 05:31 PM

UND 05155

# Adams Golf, Inc.

## Roadshow Schedule

### Wednesday, June 24, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| 7:15 am (allow 20 minutes) | Limo waiting As directed for the day AVSTAR (800) 575-2359 | BOSTON | The Four Seasons Hotel 200 Boylston Street Boston, MA 02116 phone: (617) 338-4400 fax: (617) 423-0154 |
| 7:45 am | Private Meeting LB: JP Goldsmith phone: (617) 330-5951 | | Fidelity Investments One Federal St., 33rd floor phone: (617) 570-7000 Contact: Jennifer Nettersheim, Analyst |
| 9:00 am | Private Meeting LB: Bill Papp phone: (617) 330-5973 | | State Street Research & Mgmt One Financial Ctr., 31st floor phone: (617) 482-3920 Contact: JC Cabrera, PM |
| 10:00 am | Private Meeting LB: Ferdi Taygan phone: (617) 330-5979 | | Mass Financial Services Co. 500 Boylston St., 25th floor phone: (617) 954-5000 Contact: Chip Crowther, Analyst |
| 11:00 am | Private Meeting LB: Ferdi Taygan phone: (617) 330-5979 | | Wellington Management Co. 75 State St., 19th floor phone: (617) 951-5000 Contact: Ken Abrams, PM |
| 12:15 pm | Luncheon | | The Four Seasons Hotel 200 Boylston Street Wendell Phillips Room Boston, MA 02116 phone: (617) 338-4400 fax: (617) 423-0154 Catering: Frank Robertson Catering phone: (617) 351-2023 |
| 2:00 pm | Private Meeting LB: Mike Rodeno phone: (617) 330-5975 | | John Hancock Advisors 101 Huntington Ave., 7th floor phone: (617) 375-1500 Contact: Laura Allen, PM |

continued . . .

as of July 13, 1998, 05:31 PM

UND 05156

# Adams Golf, Inc.

## Roadshow Schedule

### Wednesday, June 24, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| 3:00 pm | Private Meeting<br>LB: Jamie Blond<br>phone: (617) 330-5974 | BOSTON | Putnam Management Co<br>One Post Office Square, 12th floor<br>phone: (617) 292-1000<br>Contact: Craig Lewis, Analyst |
| 4:00 pm | Private Meeting<br>LB: Jamie Blond<br>phone: (617) 330-5974 | | Kobrick Cendant<br>101 Federal Street, 10th floor<br>phone: (617) 342-3555<br>Contact: Todd Brooks, Analyst |
| 5:00 pm | Private Meeting<br>LB: Mike Rodeno<br>phone: (617) 330-5975 | | DFS Advisors<br>75 State St., 25th floor<br>Boston, MA 02109<br>phone: (617) 261-2223<br>Contact: Mike DiCarlo, PM |
| | Delta Shuttle<br>(Adams, Hatfield, Gonsalves, Walravens, Mehta –<br>Conf'd in coach; *all coach flight*) | | |
| 6:30 pm | Departure | BOSTON | Boston/Logan |
| 7:30 pm | Arrival | NEW YORK | New York/LaGuardia |
| | Limo waiting | | AVSTAR (800) 575-2359 |
| | Accommodations<br>Adams  #NY689693<br>Hatfield  #NY689702<br>Gonsalves  #NY689708<br>Thorne #NY689732<br>Walravens #NY689715<br>Mehta #NY689727<br>Conf'd by Amex Travel<br>@ $225.00/night | NEW YORK | The New York Palace<br>455 Madison Avenue<br>(btwn 50th & 51st Streets)<br>New York, NY 10022<br>phone: (212) 888-7000<br>fax: (212) 303-6000<br>*Cancellation policy: 6:00 pm* |

as of July 13, 1998, 05:31 PM

UND 05157

# Adams Golf, Inc.

### Roadshow Schedule

#### Thursday, June 25, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| 7:45 am | Limo waiting<br>As directed for the day<br>AVSTAR (800) 575-2359 | NEW YORK | The New York Palace<br>455 Madison Avenue<br>(btwn 50th & 51st Streets)<br>New York, NY 10022<br>phone: (212) 888-7000<br>fax: (212) 303-6000 |
| 8:15 am | Private Breakfast<br>LB: Janina Casey<br>phone: (212) 526-0378 | | Bankers Trust<br>130 Liberty Street, 35th floor<br>phone: (212) 250-8611<br>Contact: Mary Dugan, PM |
| 9:30 am | Private Meeting<br>LB: Derek Harris<br>phone: (212) 526-6723 | | Dean Witter Intercap<br>Two World Trade Center<br>72nd floor<br>phone: (212) 392-1758<br>Contact: Lawrence Dallow, Analyst |
| 10:45 am | Private Meeting<br>LB: Peter Smith<br>phone: (212) 526-7358 | | Weiss, Peck & Greer<br>One NY Plaza, 30th floor<br>phone: (212) 908-9568<br>Contact: Adam Starr, PM |
| 12:15 pm | Luncheon | | The '21 Club<br>21 West 52nd Street<br>(btwn 5th & 6th Avenues)<br>Harbor Room<br>New York, NY 10019<br>phone: (212) 582-1400, x515<br>fax: (212) 581-7138<br>Catering: Julie Sawitz |
| 2:15 pm | Private Meeting<br>LB: Sherri Spear<br>phone: (212) 526-2486 | | Dawson Samberg<br>535 Madison Ave, 25th floor<br>(corner of 54th and Madison)<br>phone: (212) 702-4400<br>Contact: Katrin Yaghoubi, Analyst |

continued . . .

as of July 13, 1998, 05:31 PM

UND 05158

# Adams Golf, Inc.

## Roadshow Schedule

### Thursday, June 25, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| 3:30 pm | Private Meeting<br>LB: Tom Kurtz<br>phone: (212) 526-3885 | NEW YORK | JW Seligman<br>100 Park Ave., 7th floor<br>(at 41st Street)<br>phone: (212) 850-1490<br>Contact: Hilary Shane, Analyst |
| 6:50 pm<br>10:11 pm | CO #1465<br>(This is the ONLY non-stop)<br>(Adams, Hatfield, Gonsalves, Walravens – Conf'd in 1st class)<br>Departure<br>Arrival<br><br>Limo waiting | NEWARK<br>SAN ANTONIO | Newark<br>San Antonio<br><br>AVSTAR (800) 575-2359 |
| | Accommodations<br>Adams #13895418<br>Hatfield #13895440<br>Gonsalves #13895448<br>Walravens #13895459<br>Conf'd by Amex Travel | SAN ANTONIO | The Fairmount Hotel<br>401 South Alamo<br>San Antonio, TCX 78205<br>phone: (210) 224-8800<br>fax: (210) 475-0082<br>*Cancel by 4:00 pm on 6/22* |

as of July 13, 1998, 05:31 PM

UND 05159

# Adams Golf, Inc.

## Roadshow Schedule

### Friday, June 26, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| 8:22 am<br>10:59 am | AA #769<br>(Mehta)<br>Departure<br>Arrival<br><br>Sedan waiting | NEW YORK<br>DALLAS | New York/LaGuardia<br>Dallas/Ft. Worth Int'l<br><br>AVSTAR (800) 575-2359 |
| 12:00 pm | Luncheon | DALLAS | The Petroleum Club<br>Texas Commerce Tower<br>2200 Ross Avenue – 39th floor<br>Keystone Room<br>Dallas, TX 75201<br>phone: (214) 871-1500 |
| 2:30/2:45 pm | Private Meeting<br>LB: Bobby Lancaster<br>phone: (214) 720-5460 | FORT WORTH | Bass Brothers<br>201 Main Street, 32nd floor<br>phone: (817) 338-2681<br>Contact: Brian McManus |
| 3:30 pm | Additonal sedan waiting<br>(Gonsalves and Walravens to airport)<br><br>Limo takes Adams and Hatfield home | | AVSTAR (800) 575-2359 |
| 3:44 pm<br>5:31 pm | AA #1489<br>(Walravens, Mehta – Conf'd in coach)<br>Departure<br>Arrival<br><br>Take taxi from airport | DALLAS<br>SAN FRANCISCO | Dallas/Ft. Worth<br>San Francisco/SFO |
| 5:24 pm<br>7:04 pm | *Also available but NOT reserved*<br>*AA #367*<br>*Departure*<br>*Arrival* | *DALLAS*<br>*SAN FRANCISCO* | *Dallas/Ft. Worth*<br>*San Francisco/SFO* |

as of July 13, 1998, 05:31 PM

UND 05160

# Adams Golf, Inc.

## Roadshow Schedule

### Sunday, June 28, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| 4:15 pm | Sedan waiting<br>AVSTAR (800) 575-2359<br>Pick up Darl Hatfield | HEATH | Hatfield Residence<br>601 Liechty Court<br>Heath, TX 75087<br>phone: (972) 772-0261 |
| Proceed to | Pick up Barney Adams | DALLAS | Adams Residence<br>5915 Bent Creek Trail<br>Dallas, TX 75272<br>phone: (972) 732-7307 |
| | AA #1419<br>(Adams, Hatfield, Gonsalves – Conf'd in 1st class) | | |
| 6:48 pm<br>8:33 pm | Departure<br>Arrival | DALLAS<br>SAN FRANCISCO | Dallas/Ft. Worth Int'l<br>San Francisco/SFO |
| | Limo waiting | | AVSTAR (800) 575-2359 |
| | Accommodations<br>Adams #MO19387<br>Hatfield #MO19389<br>Gonsalves #MO19390<br>Conf'd by Amex Travel | SAN FRANCISCO | The Mandarin Oriental<br>222 Sansome Street<br>San Francisco, CA 94104<br>phone: (415) 885-0999<br>fax: (415) 433-0289<br>*Cancel by 6:00 pm on 6/27* |

as of July 13, 1998, 05:31 PM

UND 05161

# Adams Golf, Inc.

## Roadshow Schedule

### Monday, June 29, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| 6:45 am (allow 8 minutes) | Limo waiting As directed for the day AVSTAR (800) 575-2359 | SAN FRANCISCO | The Mandarin Oriental 222 Sansome Street San Francisco, CA 94104 phone: (415) 885-0999 fax: (415) 433-0289 |
| 7:00 am | Private Meeting LB: Joe Uzelac phone: (415) 274-5307 | | Seneca Capital Management 909 Montgomery Street, Suite 500 phone: (415) 677-1554 Contact: Mick White, Analyst |
| 8:00 am | Private Meeting LB: Joe Uzelac or Jason Gailes phone: (415) 274-5307 | | Gruber McBain 50 Osgood Place phone: (415) 981-1039 Contact: John Gruber, PM |
| 9:10 – 9:50 am | Private Meeting LB: Sean McDermott phone: (415) 274-5322 | | Robertson Stephens 555 California Street 26th floor phone: (415) 781-9700 Contact: Dan Dunn, Analyst |
| 10:00 am | Private Meeting LB: Rick Newman phone: (415) 274-5315 | | Emerging Growth Management One Embarcadero Center Suite 2410 phone: (415) 399-4500 Contact: Matt Spotswood, Analyst |
| 12:30 pm | Luncheon LB: Jason Gailes phone: (415) 274-5311 | | The Park Hyatt 333 Battery Street Consortium II – Level 2 San Francisco, CA 94111 phone: (415) 392-1234 fax: (415) 421-2433 Catering: Barry Peterson |
| 2:00 pm | Private Meeting LB: Rick Newman phone: (415) 274-5315 | | Wells Capital Management 525 Market St., 10th floor phone: (415) 396-4854 Contact: Ken Lee, Analyst |

continued . . .

as of July 13, 1998, 05:31 PM

UND 05162

# Adams Golf, Inc.

### Roadshow Schedule

#### Monday, June 29, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| | UA #2169 | | |
| | (Adams, Hatfield, Gonsalves, Mehta – Conf'd in 1st class) | | |
| 4:15 pm | Departure | SAN FRANCISCO | San Francisco/SFO |
| 5:43 pm | Arrival | SAN DIEGO | San Diego/Lindbergh Field |
| | Limo waiting | | AVSTAR (800) 575-2359 |
| | Accommodations | SAN DIEGO | La Valencia Hotel |
| | Adams #147751 | | 1132 Prospect Street |
| | Hatfield #147752 | | LaJolla, CA  92037 |
| | Gonsalves #147753 | | phone: (619) 454-0771 |
| | Mehta #147754 | | fax: (619) 456-3921 |
| | Conf'd by Amex Travel | | *Cancel by 6:00 pm on 6/27* |

as of July 13, 1998, 05:31 PM

UND 05163

# Adams Golf, Inc.

## Roadshow Schedule

### Tuesday, June 30, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| 6:45 am (VERY close – less than a minute away) | Limo waiting As directed for the day AVSTAR (800) 575-2359 | SAN DIEGO | La Valencia Hotel 1132 Prospect Street LaJolla, CA 92037 phone: (619) 454-0771 fax: (619) 456-3921 |
| 7:00 am | Private Meeting LB: Rick Newman phone: (415) 274-5315 | | Wall Street Associates 1200 Prospect #100 phone: (619) 551-2100 Contacts: Alexis Waadt, PM; Ken McCain, PM |
| 8:00 am | Private Meeting LB: Rick Newman phone: (415) 274-5315 | | Duncan Hurst Capital Mgmt 4365 Executive Drive, Suite 1520 phone: (619) 597-4800 Contact: Randy Hanley, Analyst |
| 10:00 am | Private Meeting LB: Rick Newman phone: (415) 274-5315 | | Nicholas Applegate Capital Mgmt 600 West Broadway, 29th floor phone: (619) 687-8000 Contact: Tom Bleakeley, Analsyt |
| 11:30 am | Private Meeting LB: Rick Newman phone: (415) 274-5315 | LA JOLLA | Bricoleur Partners 8910 University Center Lane Suite 780 phone: (619) 597-1708 Contact: Dan Wimsatt, PM |
| | Drive to: | PASADENA | |
| 2:30 pm | Private Meeting | | Roger Engemann 600 N Rosemead Boulevard phone: (818) 351-9686 Contact: Scott Swansen, Analyst |

continued . . .

as of July 13, 1998, 05:31 PM

UND 05164

# Adams Golf, Inc.

## Roadshow Schedule

### Tuesday, June 30, 1998

| Time | Function | City | Location |
|---|---|---|---|
| 4:00 pm | Private Meeting | SANTA MONICA | Strome Susskind<br>100 Wilshire Boulevard, 15th floor<br>phone: (310) 917-6600<br>Contact: Brian Cheek, PM |
| 11:25 am<br>2:49 pm | UA #362<br>(Walravens – Conf'd in coach)<br>Departure<br>Arrival<br><br>Sedan waiting | SAN FRANCISCO<br>DENVER | San Francisco/SFO<br>Denver<br><br>AVSTAR (800) 575-2359 |
| 6:00 pm<br>7:11 pm | UA #2054<br>(Mehta – Conf'd in coach)<br>Departure<br>Arrival<br><br>Sedan waiting | LOS ANGELES<br>SAN FRANCISCO | Los Angeles/LAX<br>San Francisco/SFO<br><br>AVSTAR (800) 575-2359 |
| 5:40 pm<br>8:51 pm | UA #496<br>(Adams, Hatfield, Gonsalves - Conf'd in 1st class)<br>Departure<br>Arrival<br><br>Limo waiting | LOS ANGELES<br>DENVER | Los Angeles/LAX<br>Denver<br><br>AVSTAR (800) 575-2359 |
| 7:05 pm<br>10:15 pm | *Doublebooked on:*<br>*UA #1730*<br>*The fare for this flight is exactly the same as the fare for the earlier flight. If you take this flight use the ticket that you're holding for the 5:40 pm flight.*<br>*(Adams, Hatfield, Gonsalves – Doublebooked in 1st class)*<br>*Departure*<br>*Arrival* | *LOS ANGELES*<br>*DENVER* | *Los Angeles/LAX*<br>*Denver* |

as of July 13, 1998, 05:31 PM

UND 05165

# Adams Golf, Inc.

## Roadshow Schedule

Accommodations **DENVER**
Adams #HY1598746
Hatfield #HY1598785
Gonsalves #HY1598935
Walravens #HY1598972
Conf'd by Amex Travel

The Hyatt Regency – Tech Center
7800 Tufts Avenue
Denver, CO 80237
phone: (303) 779-1234
fax: (303) 850-7164
*Cancellation policy: 6:00 pm*

as of July 13, 1998, 05:31 PM

UND 05166

# Adams Golf, Inc.

## Roadshow Schedule

### Wednesday, July 1, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| | Sherman Bartley, LB salesman, will meet you at the car at 7:30 am. | | |
| 7:30 am (allow 10 minutes) | Limo waiting As directed for the day AVSTAR (800) 575-2359 | DENVER | The Hyatt Regency - Tech Center 7800 Tufts Avenue Denver, CO 80237 phone: (303) 779-1234 fax: (303) 850-7164 |
| 7:45 am | Private Breakfast LB: Janina Casey phone: (212) 526-0378 *will not be present* Sherman Bartley will cover this meeting for Janina | | Invesco Trust Co. 7800 E. Union Avenue, Suite 1100 phone: (303) 930-6300 Contact: Mark Greenberg |
| 9:15 am | Private Meeting LB: Sherman Bartley phone: (415) 274-5317 | | Montgomery Asset Management 3200 Cherry Creek South Drive 3rd floor phone: (303) 777-8100 Contact: Brad Kidwell, PM |
| 10:30 am | Private Meeting LB: Sherman Bartley phone: (415) 274-5317 | | Berger & Associates 210 University Blvd., Suite 900 phone: (303) 329-0200 Contact: John Jares, PM |
| 12:00 pm | Private Meeting LB: Kevin Owen phone: (415) 274-4500, x3316 | | United Capital 410 17th Street, Suite 1705 phone: (303) 571-0700 Contact: Jim Lustig, PM

joined by: Capstar Investments Contact: Chris Rule, PM |
| 1:30 pm | Private Meeting LB: Peter Smith phone: (212) 526-7358 *will not be present* | | PERA (Colorado State Pension Plan) 1300 Logan, 5th floor phone: (303) 837-6264 Contact: JD Padgett, Analyst |

continued . . .

as of July 13, 1998, 05:31 PM

UND 05167

# Adams Golf, Inc.

## Roadshow Schedule

### Wednesday, July 1, 1998

| Time | Function | City | Location |
|---|---|---|---|
| 2:45 pm | Private Meeting<br>LB: Sherman Bartley<br>phone: (415) 274-5317 | DENVER | Marsico Capital<br>1200 17th Street, Suite 1300<br>phone: (303) 436-1300<br>Contact: Kent Moore, Analyst |
| 4:38 pm<br>7:28 pm | UA #1270<br>(Hatfield – Conf'd in 1st class)<br>Departure<br>Arrival<br><br>Sedan waiting | DENVER<br>DALLAS | Denver<br>Dallas/Ft. Worth Int'l<br><br>AVSTAR (800) 575-2359 |
| 5:41 pm<br>8:45 pm | *Hatfield is doublebooked on:*<br>AA #1991<br>*(This fare is exactly the same as the fare for the United flight: check in at American counter and have them endorse your ticket over)*<br>(Hatfield – doublebooked in 1st class)<br>Departure<br>Arrival<br><br>Car not necessary. | DENVER<br>DALLAS | Denver<br>Dallas/Ft. Worth Int'l |
| 6:39 pm<br>11:24 pm | **New flight:** *(Use the ticket that you currently hold.)*<br>UA #1794<br>(Adams, Gonslaves, Walravens, Conf'd in 1st class)<br>Departure<br>Arrival<br><br>Limo waiting | DENVER<br>CLEVELAND | Denver<br>Cleveland<br><br>AVSTAR (800) 575-2359 |
| | Accommodations<br>Adams #81845628<br>Gonsalves #81848131<br>Walravens #81849300<br>Conf'd by Amex Travel | CLEVELAND | Marriott Cleveland at Key Center<br>*(aka Marriott Society Center)*<br>127 Public Square<br>Cleveland, OH 44114<br>phone: (216) 696-9200<br>fax: (216) 696-0966<br>*Cancellation policy: 4:00 pm* |

as of July 13, 1998, 05:31 PM

UND 05168

# Adams Golf, Inc.

## Roadshow Schedule

### Thursday, July 2, 1998

| Time | Function | City | Location |
|---|---|---|---|
| 6:45 am *(Stow luggage before breakfast)* | Limo waiting As directed for the morning AVSTAR (800) 575-2359 | **CLEVELAND** | Marriott Cleveland at Key Center *(aka Marriott Society Center)* 127 Public Square Cleveland, OH 44114 phone: (216) 696-9200 fax: (216) 696-0966 |
| 7:00 am | Breakfast LB: Tom Billish phone: (312) 609-8300  Attendees: National City/Alex Vallecillo, PM Society NB of East Ohio/Barb Meyers, Analyst Society NB of East Ohio/Robert Siewert, Analyst | | The Club at the Society Center 127 Public Square Plaza North Room – 4th floor Cleveland, OH 44114 phone: (216) 241-1272 Catering: Laura Blethen |
| | CO #3045 *(Adams, Gonsalves, Walravens – Conf'd in coach; all coach flight)* | | |
| 9:05 am 9:50 am | Departure Arrival  Limo waiting As directed for the afternoon | **CLEVELAND COLUMBUS** | Cleveland Columbus  AVSTAR (800) 575-2359 |
| 10:30 am | Private Meeting LB: Tom Billish phone: (312) 609-8300 | **COLUMBUS** | Banc One 1111 Polaris Parkway 2nd floor - Suite 100 phone: (614) 213-8527 Contact: Brad Erwin, Analyst |
| 11:30 am | Management Conference Call to Accounts | | Management dials: (888) 566-6573 passcode: "Adams Golf" *place call from:* Banc One's offices *A conference room will be made available for you.* |

as of July 13, 1998, 05:31 PM

UND 05169

# Adams Golf, Inc.

## Roadshow Schedule

### Thursday, July 2, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| | **Conference Call Participants:** | | |
| | Abernathy Group/Chris Carney | | |
| | Atlas Capital Partners/Sally Ness | | |
| | Bear Stearns/Harris Cohen | | |
| | Birchwood Resources/David Berlin | | |
| | Deutsche Bank/David Wister | | |
| | GE Investments/Paul Nestro | | |
| | Gluckenhaus & Co./Greg Margolis | | |
| | Gotham Partners/Erik Diamond | | |
| | Granahan Invstmnt Mgmt/Robert Granahan | | |
| | Hampshire Asset Mgmt/Karl Kipke | | |
| | Keim Wilson Associates/Richard Keim | | |
| | Lehman Brothers/Darian Cohen | | |
| | Lehman Brothers/Peter Dragonas | | |
| | Lehman Brothers/Tim Gamso | | |
| | Lehman Brothers/Bernie Picchi | | |
| | Mutual of America/Fred Gallagher | | |
| | Palantir Capital/Tom Ward | | |
| | Perry Corporation/Stephanie Jones | | |
| | Red Coat Capital/Rich Swift | | |
| | Smith Barney/Lynn Hambright | | |
| | St. Albans Asset Mgmt/Mark Robertson | | |
| | SS Investments/Dan Shapiro | | |
| | Watts Associates/Ernest Watts | | |
| | Westwood Management/Jeff Fahrenbruch | | |
| | | | |
| | It's a 20 minute drive to the airport. | | |
| | (from Banc One's offices) | | |

| Time | Function | City | Location |
|------|----------|------|----------|
| | **AA #1807** | | |
| | (Adams, Gonsalves, Walravens – Conf'd in 1st class) | | |
| 1:15 pm | Departure | **COLUMBUS** | Columbus |
| 2:59 pm | Arrival | **DALLAS** | Dallas |
| | | | |
| | Sedan waiting | | AVSTAR (800) 575-2359 |
| | | | |
| | *Walravens connects with:* | | |
| | AA #839 | | |
| | (Walravens – Conf'd in coach) | | |
| 3:46 pm | Departure | **DALLAS** | Dallas/Ft. Worth Int'l |
| 4:50 pm | Arrival | **SAN DIEGO** | San Diego/Lindbergh Field |
| | | | |
| | Take taxi from airport | | |

as of July 13, 1998, 05:31 PM

UND 05170

# Adams Golf, Inc.

## Roadshow Schedule

### Sunday, July 5, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| 3:00 pm | Sedan waiting<br>AVSTAR (800) 575-2359<br>Pick up Darl Hatfield | HEATH | Hatfield Residence<br>601 Liechty Court<br>Heath, TX 75087<br>phone: (972) 772-0261 |
| Proceed to | Pick up Barney Adams | DALLAS | Adams Residence<br>5915 Bent Creek Trail<br>Dallas, TX 75272<br>phone: (972) 732-7307 |
| | AA #2016<br>(Adams, Hatfield, Gonsalves – Conf'd in 1st class) | | |
| 5:17 pm<br>9:01 pm | Departure<br>Arrival | DALLAS<br>DETROIT | Dallas/Ft. Worth Int'l<br>Detroit |
| | Limo waiting | | AVSTAR (800) 575-2359 |
| | NW #1820<br>(Mehta – Conf'd in coach)<br>E-ticket sent; locator #COHS4X | | |
| 12:40 pm<br>8:00 pm | Departure<br>Arrival | RENO<br>DETROIT | Reno<br>Detroit |
| | Sedan waiting | | AVSTAR (800) 575-2359 |
| | UA #330<br>(Walravens – Conf'd in coach)<br>E-ticket sent; locator #TZ7OGU | | |
| 2:38 pm<br>5:46 pm | Departure<br>Arrival | SAN DIEGO<br>DENVER | San Diego/Lindbergh Field<br>Denver |
| | connecting with: | | |
| | UA #284<br>(Walravens – Conf'd in coach)<br>E-ticket sent; locator #TZ7OGU | | |
| 6:45 pm<br>11:18 pm | Departure<br>Arrival | DENVER<br>DETROIT | Denver<br>Detroit |
| | Sedan waiting | | AVSTAR (800) 575-2359 |

continued . . .

as of July 13, 1998, 05:31 PM

UND 05171

# Adams Golf, Inc.

### Roadshow Schedule

#### Sunday, July 5, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
|  | *NW #344* | | |
|  | *(Walravens is doublebooked on this flight)* | | |
| *3:25 pm* | *Departure* | *SAN FRANCISCO* | *San Francisco/SFO* |
| *10:56 pm* | *Arrival* | *DETROIT* | *Detroit* |
|  | Accommodations | **DETROIT** | The Townsend Hotel |
|  | Adams #4968413 | | 100 Townsend Street |
|  | Hatfield #4968425 | | Birmingham, MI 48009 |
|  | Gonsalves #4968430 | | phone: (248) 642-7900 |
|  | Walravens #4968442 | | fax: (248) 645-9061 |
|  | Mehta #4968448 | | *Cancel by 4:00 pm on 7/4* |
|  | Conf'd by Amex Travel | | |

as of July 13, 1998, 05:31 PM

UND 05172

# Adams Golf, Inc.

### Roadshow Schedule

#### Monday, July 6, 1998

| Time | Function | City | Location |
|---|---|---|---|
| 7:30 am | Private Breakfast<br>LB: Matt Alcorn<br>phone: (312) 609-8300 | BIRMINGHAM | Munder Capital<br>Contact: Carl Wilk, PM<br>*to take place at:*<br>The Townsend Hotel<br>100 Townsend Street<br>Main Floor – Hunter B Room<br>Birmingham, MI 48009<br>phone: (248) 642-7900<br>fax: (248) 645-9061<br>Catering: Jennifer Pretschold |
| 8:30 am | Limo waiting | | AVSTAR (800) 575-2359 |
| | NW #421<br>(Adams, Hatfield, Gonsalves, Walravens, Mehta-<br>Conf'd in 1st class) | | |
| 9:30 am<br>9:41 am | Departure<br>Arrival | DETROIT<br>MILWAUKEE | Detroit<br>Milwaukee |
| | Limo waiting<br>As directed for the afternoon | | AVSTAR (800) 575-2359 |
| 10:30 am | Private Meeting<br>LB: Matt Alcorn<br>phone: (312) 609-8300 | MILWAUKEE | Firstar Investment & Research Mgmt<br>(FIRMCO)<br>777 E Wisconsin Ave., Suite 800<br>phone: (414) 765-4619<br>Contact: Todd Krieg, PM |
| 12:00 pm | Luncheon<br>LB: Matt Alcorn<br>phone: (312) 609-8300 | | The Pfister Hotel<br>424 East Wisconsin Avenue<br>Executive Conference Room – 2nd floor<br>Milwaukee, WI 53202<br>phone: (414) 273-8222<br>fax: (414) 273-5025<br>Catering: Jennifer Pretschold |
| | Drive to: | MADISON | |
| 3:00 pm | Private Meeting<br>LB: Matt Alcorn<br>phone: (312) 609-8300 | | State of Wisconsin Invstmnt Board<br>121 East Wilson, 2nd floor<br>phone: (608) 266-3991<br>Contact: Chad Neumann, Analyst |

as of July 13, 1998, 05:31 PM

UND 05173

# Adams Golf, Inc.

## Roadshow Schedule

continued . . .

as of July 13, 1998, 05:31 PM

UND 05174

# Adams Golf, Inc.

## Roadshow Schedule

### Monday, July 6, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| | NW #1257 (Adams, Hatfield, Gonsalves, Walravens, Mehta – Conf'd in 1st class) | | |
| 6:35 pm<br>7:41 pm | Departure<br>Arrival | **MADISON**<br>**MINNEAPOLIS** | Madison/<br>Minneapolis/St. Paul Int'l |
| | Limo waiting | | AVSTAR (800) 575-2359 |
| | Accommodations<br>Adams #RUJ61461<br>Hatfield #RU161505<br>Gonsalves #RU161535<br>Walravens #RU161568<br>Mehta #RU260435<br>Conf'd by Amex Travel | **MINNEAPOLIS** | The Radisson Plaza<br>35 South Seventh Street<br>Minneapolis, MN 55402<br>phone: (612) 339-4900<br>fax: (612) 337-9766<br>*Cancellation policy: 6:00 pm* |

as of July 13, 1998, 05:31 PM

UND 05175

# Adams Golf, Inc.

## Roadshow Schedule

### Tuesday, July 7, 1998

| Time | Function | City | Location |
|---|---|---|---|
| 7:30 am | Breakfast<br><br>**Attendees:**<br>Arbor Capital/Dave Himebrook<br>Arbor Capital/Rick Leggot<br>Jundt Associates/Jim Jundt<br>Lowry Hill/Jason Sittko<br>Lutheran Bro'hood/John Brellenthin<br>Peregrine/Jon Scharlau<br>Piper Capital/Jill Thompson<br>Zak Capital/Nick Heyer | **MINNEAPOLIS** | The Radisson Plaza<br>35 South Seventh Street<br>Room: New Sweden East<br>Minneapolis, MN 55402<br>phone: (612) 339-4900<br>fax: (612) 337-9766<br>Catering: Jean Makowski<br>Catering phone: (612) 337-9769 |
| 8:30 am | Limo waiting<br>As directed for the morning | | AVSTAR (800) 575-2359 |
| 9:00 am | Private Meeting | | IDS Financial Services<br>IDS Tower, 31st floor<br>8th Street & Marquette<br>Minneapolis, MN 55475<br>phone: (612) 671-3131<br>Contact: Marty Hurwitz, PM |
| 11:00 am<br>12:09 pm | NW #128<br>(Adams, Hatfield, Gonsalves, Walravens, Mehta –<br>Conf'd in 1st class)<br>Departure<br>Arrival<br><br>Limo waiting<br>As directed for the afternoon | **MINNEAPOLIS**<br>**CHICAGO** | Minneapolis/St. Paul Int'l<br>Chicago/O'Hare<br><br>AVSTAR (800) 575-2359 |
| 1:30 pm | Group Meeting<br><br>**Attendees:**<br>Gofen & Glossberg/Steve Biremberg<br>Wanger Asset/Ben Andrews<br>Mendel Money/Barry Mendel | **CHICAGO** | Lehman Brothers<br>190 S. LaSalle, 26th floor<br>Chicago, IL 60603<br>phone: (312) 609-8314<br>Contact: Karla Lutz |

continued . . .

as of July 13, 1998, 05:31 PM

UND 05176

# Adams Golf, Inc.

## Roadshow Schedule

### Tuesday, July 7, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| | BA #298 (Adams, Hatfield, Gonsalves – booked own; Walravens, Mehta – Conf'd in 1st class) | | |
| 5:35 pm<br>7:20 am | Departure (Tues., 7/7)<br>Arrival (Wednes., 7/8) | CHICAGO<br>LONDON | Chicago/O'Hare<br>London/Heathrow |
| | Car waiting | | Carey Camelot Cars<br>phone: (071) 235-0237 |

| | Function | City | Location |
|---|----------|------|----------|
| | Accommodations<br>*for freshening up*<br>Adams #1796150<br>Hatfield #1947626<br>Gonsalves #2396022<br>Walravens #8329003<br>Mehta #435331<br>Conf'd by Amex Travel | LONDON | Claridges Hotel<br>Brook Street<br>Mayfair<br>London W1A 2JQ<br>phone: 44 (171) 629-8860<br>fax: 44 (171) 499 2210 |

as of July 13, 1998, 05:31 PM

UND 05177

# Adams Golf, Inc.

### Roadshow Schedule

#### Wednesday, July 8, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| TBA | Car waiting<br>Carey Camelot Cars<br>phone: (071) 235-0237 | LONDON | Claridges Hotel<br>Brook Street<br>Mayfair<br>London W1A 2JQ<br>phone: 44 (171) 629-8860<br>fax: 44 (171) 499 2210 |
| 10:45 – 11:45 am | Private Meeting<br>I.B: Jonathan Trafford | | Schroder Investment Management<br>33 Gutter Lane<br>London EC2V 8AS<br>phone: 011 44 171 658-6000<br>Contact: Ben Starling |
| 12:00 pm | Luncheon | | Lehman Brothers Offices<br>One Broadgate, 7th floor<br>Boardroom<br>phone: 44 (171) 260-2038<br>Contact: Clare Nullens |
| 1:30 pm | Golf Demonstration | | Nevada Bob's<br>Broadgate Circle<br>London EC2<br>Manager: Paul Thompson |
| 2:15 pm – 3:15 pm | Private Meeting | | GLG<br>2 Broadgate<br>London EC2<br>Contact: Atif Khan |
| 3:30 pm – 4:30 pm | Private Meeting<br>I.B: Dorte Kloppenborg | | Framlington Investment Management<br>Bishopsgate Exchange<br>155 Bishopsgate<br>phone: 44 171 330 6400<br>Contact: Susan O'Brien |

continued . . . .

as of July 13, 1998, 05:31 PM

UND 05178

# Adams Golf, Inc.

### Roadshow Schedule

### Wednesday, July 8, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| | AZ #247 | | |
| | (Adams, Hatfield, Gonzales, Walravens, Mehta – Conf'd in business) | | |
| 8:00 pm | Departure | LONDON | London/Heathrow – Terminal 2 |
| 10:55 pm | Arrival | MILAN | Milan/Linate |
| | Car waiting | | Autonoleggio Pini |
| | ... | | phone: 39 (2) 2940 0555 |

|  | Accommodations | MILAN | Hotel Palace |
|--|----------------|-------|--------------|
| | 2 nights: 7/8 and 7/9 | | Piazza Repubblica 20 |
| | Hatfield #124167 | | 20124 Milan |
| | Gonzales #124168 | | phone: 39 (2) 6336 |
| | Walravens #124169 | | fax: (39 (2) 654485 |
| | Mehta #125295 | | |
| | | | |
| | 1 night: 7/8 | | |
| | Adams #124166 | | |
| | Conf'd by Amex Travel | | |

as of July 13, 1998, 05:31 PM

UND 05179

# Adams Golf, Inc.

## Roadshow Schedule

### Thursday, July 9, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| 8:30 am | Car waiting<br>Autonoleggio Pini<br>phone: 39 (2) 2940 0555 | MILAN | Hotel Palace<br>Piazza Repubblica 20<br>20124 Milan<br>phone: 39 (2) 6336<br>fax: (39 (2) 654485 |
| 9:00 am | Private Meeting<br>LB: Riccardo Quagliotti or<br>Andrea della Valle | | ABN Amro<br>via S Maria Segreta 5<br>Milan<br>Contact: Mr. Midolo |
| 10:00 am | Private Meeting<br>LB: Riccardo Quagliotti or<br>Andrea della Valle<br>TO BE CONFIRMED | | ARCA<br>via Mose Bianchi 6<br>Milan<br>Contact: TBA |
| 11:00 am | Private Meeting<br>LB: Riccardo Quagliotti or<br>Andrea della Valle | | BCI<br>Piazza Belgioiso 1<br>Milan<br>Contact: Mr. Pierini |
| 12:30 pm | Demonstration | | Hotel Palace<br>Piazza Repubblica 20<br>Room: to be posted<br>20124 Milan<br>phone: 39 (2) 6336<br>fax: (39 (2) 654485 |
| 1:15 pm | Luncheon | | Hotel Palace<br>Piazza Repubblica 20<br>Room: to be posted<br>20124 Milan<br>phone: 39 (2) 6336<br>fax: (39 (2) 654485 |

continued . . .

as of July 13, 1998, 05:31 PM

UND 05180

# Adams Golf, Inc.

## Roadshow Schedule

### Thursday, July 9, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| 3:00 pm | Private Meeting<br>LB:  Riccardo Quagliotti<br>or Andrea della Valle | MILAN | Fondigest<br>Foro Buonaparte 35<br>Milan<br>Contact:  TBA |
| 5:20 pm<br>7:15 pm | AZ #244<br>(Adams – booked own)<br>Departure<br>Arrival<br><br>Car not necessary. | MILAN<br>LONDON | Milan/Linate<br>London/Heathrow |
| | Accommodations<br>2 nights:  7/8 and 7/9<br>Hatfield #124167<br>Gonzales #124168<br>Walravens #124169<br>Mehta #125295<br>Conf'd by Amex Travel | MILAN | Hotel Palace<br>Piazza Repubblica 20<br>20124 Milan<br>phone:  39 (2) 6336<br>fax:  (39 (2) 654485 |

as of July 13, 1998, 05:31 PM

UND 05181

# Adams Golf, Inc.

## Roadshow Schedule

### Friday, July 10, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| TBA | Car waiting<br>Autonoleggio Pini<br>phone:  39 (2) 2940 0555 | MILAN | Hotel Palace<br>Piazza Repubblica 20<br>20124 Milan<br>phone:  39 (2) 6336<br>fax:  (39 (2) 654485 |

| | LH #3865<br>(Hatfield , Gonsalves – Conf'd in business class) | | |
|------|----------|------|----------|
| 7:30 am<br>8:55 am | Departure<br>Arrival | MILAN<br>FRANKFURT | Milan/Linate<br>Frankfurt |
| | connecting with: | | |
| | LH #438<br>(Hatfield, Gonsalves – Conf'd in business class) | | |
| 9:40 am<br>1:25 pm | Departure<br>Arrival | FRANKFURT<br>DALLAS | Frankfurt<br>Dallas/Ft. Worth Int'l |
| | Sedan waiting | | AVSTAR  (800) 575-2359 |

Note:  there are NO non-stops from Milan to Dallas at all.

| | BA #563<br>(Adams – Conf'd in business class) | | |
|------|----------|------|----------|
| 8:25 am<br>9:30 am | Departure<br>Arrival | MILAN<br>LONDON | Milan/Linate<br>London/Heathrow |
| | Please advise:<br>Is ground transportation necessary? | | |

| | Accommodations<br>Adams – made own. | LONDON | |
|------|----------|------|----------|

as of July 13, 1998, 05:31 PM

UND 05182

# Adams Golf, Inc.

## Roadshow Schedule

### Friday, July 10, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| | Sabena Air #810 | | |
| | (Walravens, Melita – Conf'd in business class) | | |
| 6:55 am | Departure | **MILAN** | Milan/Linate |
| 8:25 am | Arrival | **BRUSSELS** | Brussels |
| | | | |
| | Please advise: | | |
| | Is ground transportation necessary? | | |

as of July 13, 1998, 05:31 PM

UND 05183

# Adams Golf, Inc.

### Roadshow Schedule

#### Saturday, July 11, 1998

| Time | Function | City | Location |
|------|----------|------|----------|
| | AF #1477 | | |
| | (Walravens, Mehta – Conf'd in coach, WL for business) | | |
| 9:05 am | Departure | BRUSSELS | Brussels |
| 10:00 am | Arrival | PARIS | Paris/CdG |
| | | | |
| | connecting with: | | |
| | | | |
| | UA #961 | | |
| | (Walravens, Mehta – Conf'd in business class) | | |
| 11:25 am | Departure | PARIS | Paris/CdG |
| 1:40 pm | Arrival | SAN FRANCISCO | San Francisco/SFO |
| | | | |
| | Please advise: | | |
| | Is ground transportation necessary? | | |

as of July 13, 1998, 05:31 PM

UND 05184