IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ADAMS GOLF, INC.<br>SECURITIES LITIGATION | CONSOLIDATED<br>C.A. No. 99-371 KAJ |

**STIPULATION OF AUTHENTICITY**

WHEREAS, Defendants Adams Golf, Inc., B.H. (Barney) Adams, Darl P. Hatfield, Richard H. Murtland, Paul F. Brown, Jr., Roland E. Casati, Finis F. Conner and Stephen R. Patchin (collectively, the "Adams Golf Defendants"), Lehman Brothers, Inc., Banc of America Securities LLC and Ferris Baker Watts, Inc. (collectively, the "Underwriter Defendants"), and Plaintiffs wish to stipulate to the authenticity of exhibits that the parties may use in connection with their respective motions for summary judgment;

NOW, THEREFORE, IT IS STIPULATED AND AGREED:

1. Neither the Adams Golf Defendants nor the Plaintiffs will contest the authenticity of the documents listed on the authentication List annexed hereto as Exhibit A.

2. Neither the Underwriter Defendants nor the Plaintiffs will contest the authenticity of the documents listed on the Authentication List annexed hereto as Exhibit B.

3. For purposes of the briefing on the summary-judgment and Daubert motions, the Adams Golf Defendants, the Underwriter Defendants, and Plaintiffs agree not to contest the admissibility of any Bates-numbered document on the basis of hearsay.

4. This Stipulation may be signed by facsimile signature, which signature shall, for purposes of this Stipulation, be deemed to constitute an original and be binding as such.

#5966705

1

DATE: September 26, 2006

| | |
|---|---|
| | /s/ Alyssa M. Schwartz |
| Of Counsel: | Jeffrey L. Moyer (#3309) |
| Paul R. Bessette | moyer@rlf.com |
| Jennifer R. Brannen | Alyssa M. Schwartz (#4351) |
| Michelle A. Reed | schwartz@rlf.com |
| Laura Moriaty | Richards, Layton & Finger, P.A. |
| Akin Gump Strauss Hauer & Feld LLP | 920 North King Street |
| 300 West 6th Street, Suite 2100 | Wilmington, Delaware 19899 |
| Austin, Texas 78701 | (302) 651-7700 |
| (512) 499-6200 | |
| | Attorneys for Defendants Adams Golf, Inc., B.H. Adams, Richard H. Murtland, Darl P. Hatfield, Paul F. Brown, Jr., Roland E. Casati, Finis F. Conner, and Stephen R. Patchin |
| | |
| | /s/ John E. James |
| Of Counsel: | John E. James (#996) |
| Michael J. Chepiga | jjames@potteranderson.com |
| Elaine M. Divelbliss | Potter Anderson & Corroon LLP |
| Theodore J. McEvoy | 1313 North Market Street, Hercules Plaza |
| Simpson Thacher & Bartlett | Wilmington, Delaware 19801 |
| 425 Lexington Avenue | (302) 984-6000 |
| New York, NewYork 10017 | Attorneys for Lehman Brothers, Inc., Banc of America Securities, LLC and Ferris Baker Watts, Inc. |
| | |
| | /s/ Carmella P. Keener |
| Of Counsel: | Carmella P. Keener (#2810) |
| Todd S. Collins | ckeener@rmgglaw.com |
| Elizabeth W. Fox | Rosenthal, Monhait & Goddess, P.A. |
| Neil Mara | Suite 1401, Citizens Bank Center |
| Berger & Montague, P.C. | PO Box 1070 |
| 1622 Locust Street | Wilmington, DE 19801 |
| Philadelphia, Pennsylvania 19103 | (302) 656-4433 |
| (215) 875-3000 | |
| | Attorneys for Plaintiffs |