# EXHIBIT A

Case 1:99-cv-00371-GMS    Document 308-2    Filed 09/26/2006    Page 1 of 4

## EXHIBIT A - Authentication List

ADAMS 001268-001319
ADAMS 001320-001322
ADAMS 001397-001399
ADAMS 001447
ADAMS 001457
ADAMS 001473
ADAMS 001495
ADAMS 001496
ADAMS 001510
ADAMS 001511-001513
ADAMS 001514-001515
ADAMS 001516-001523
ADAMS 001527-001527.01
ADAMS 001561
ADAMS 001573
ADAMS 001575 - Ex. 60
ADAMS 001579
ADAMS 001879-001908
ADAMS 002319-002356
ADAMS 002998-003031
ADAMS 004199 - Ex. 249
ADAMS 004486 - Ex. 92
ADAMS 004489-004490
ADAMS 004850-004852
ADAMS 004888-004891
ADAMS 005086-005090

ADAMS 007953 0 Ex. 247
ADAMS 008365-008439
ADAMS 008623-008643
ADAMS 008701-008706
ADAMS 008775-008790
ADAMS 008863-008885
ADAMS 008893-008950
ADAMS 009088-009101
ADAMS 009322-009324
ADAMS 009297 - Ex. 42
ADAMS 013056
ADAMS 013057
ADAMS 013199
ADAMS 013402
ADAMS 013430
ADAMS 013844
ADAMS 014229
ADAMS 014258
ADAMS 015815-015819
ADAMS 015829-015840
ADAMS 015891
ADAMS 015962-015972
ADAMS 017172-017173
ADAMS 029276-029300
ADAMS 040598 - Ex. 279

#5966705

# EXHIBIT B

**EXHIBIT B - Authentication List**

UND 001211
UND 000695
UND 001205
UND 008477
UND 000134
UND 000283
UND 009109
UND 010734
UND 019737
UND 008890
UND 011029
UND 008540
UND 008517
UND 008718
UND 008603
UND 008480
UND 008507
UND 005376
UND 010575
UND 008651
UND 002708
UND 002701

#5966705