IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ADAMS GOLF, INC., SECURITIES LITIGATION | § § § § | CIVIL ACTION NO. 99-371-KAJ (CONSOLIDATED) |

**PLAINTIFFS'**
**MOTION TO EXCEED PAGE LIMITATION**

Plaintiffs, John Morrash, Patricia Craus, Todd Tonore and F. Kenneth Shockley on behalf of the Class and Patricia Craus on behalf of the Lehman Subclass (collectively, the "Plaintiffs") submit this Motion pursuant to Local Rule 7.1.3(a)(4) to exceed the 40-page limit in the submission of its response to Adams Golf Defendants' Brief in Support of Motion for Summary Judgment (D.I. 280), due October 9, 2006. The Plaintiffs seek to extend the page limit to 65 pages.

The additional pages are requested because Plaintiffs need to respond to two affirmative defenses and several arguments the Adams Golf Defendants have asserted in a 61 page Brief in Support of the Adams Golf Defendants' Motion for Summary Judgment.[1] There is a substantial amount of evidence for the Court to consider on these issues. Plaintiffs deposed 26 fact witnesses, 14 expert reports were exchanged, and 8 experts were deposed. The additional pages are necessary to present the issues related to each of the Adams Golf Defendants' arguments and affirmative defenses.

Pursuant to Local Rule 7.1.1, counsel for the Plaintiffs, on August 24, 2006, discussed this Motion with opposing counsel who agreed that they would consent to this Motion. Counsel for Plaintiffs also consulted with the Underwriter Defendants who also

---

[1] The page limitation on defendants' brief was extended on defendants' motion for leave to file excess pages (D.I. 275), by Order of this Court of August 25, 2006. (D.I. 277.)

agreed that they would consent to this Motion. All defendants reaffirmed that they do not object to this Motion on September 27, 2006.

Accordingly, the Plaintiffs respectfully request that this Motion be granted and that the Court extend the page limit for the Plaintiffs' Brief in Response to the Adams Golf Defendants' Motion for Summary Judgment to 65 pages.

Respectfully Submitted,

**ROSENTHAL, MONHAIT & GODDESS, P.A.**

By: /s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
919 N. Market Street, Suite 1401
Citizens Bank Center
Wilmington, DE. 19801
(302) 656-4433
ckeener@rmgglaw.com
*Liaison Counsel for Plaintiffs and the Class*

**BERGER & MONTAGUE, P.C.**
Todd Collins
Elizabeth Fox
Neil Mara
1622 Locust Street
Philadelphia, PA. 19103
(215) 875-3000
*Lead Counsel for Plaintiffs and the Class*

Dated: September 27, 2006

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 27th day of September, 2006, I caused **PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATION** and **[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATION** to be served by hand delivery upon the below-listed Delaware counsel of record and to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Jeffrey L. Moyer, Esquire
Alyssa M. Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

John E. James, Esquire
Brian C. Ralston, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

In addition, a copy has been served by electronic mail upon the following:

Theodore J. McEvoy, Esquire
Michael J. Chepiga, Esquire
Elaine Divelbliss, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Email: tmcevoy@stblaw.com
Email: mchepiga@stblaw.com
Email: edivelbliss@stblaw.com

Paul R. Bessette, Esquire
Akin, Gump, Strauss, Hauer & Feld LLP
Three Embarcadero Center, Suite 2800
San Francisco, CA 94111-4066
Email: pbessette@akingump.com

Jennifer R. Brannen, Esquire
Akin, Gump, Strauss, Hauer & Feld, LLP
300 West 6th Street, Suite 2100
Austin, TX 78701-2916
Email: jbrannen@akingump.com

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com