IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| IN RE: ADAMS GOLF, INC., | § | CIVIL ACTION NO. 99-371-KAJ |
| SECURITIES LITIGATION | § | (CONSOLIDATED) |
| | § | |

**[PROPOSED] ORDER ON PLAINTIFFS'
MOTION TO EXCEED PAGE LIMITATION**

The Court having considered the Plaintiffs' Motion for an Order granting it leave to file a Response to the Adams Golf Defendants' Brief in Support of Motion for Summary Judgment exceeding the page limitations set forth in District of Delaware Local Rule 7.1.3(a)(4), and good cause having been shown,

NOW, THEREFORE, IT IS HEREBY ORDERED, this ___ day of _____, 2006, that the Plaintiffs' Motion is granted, and the Plaintiffs shall be permitted to file a Response to the Adams Golf Defendants' Motion for Summary Judgment not to exceed 65 pages.

_____
UNITED STATES DISTRICT JUDGE