IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE ADAMS GOLF, INC. | ) | CONSOLIDATED |
| SECURITIES LITIGATION | ) | C.A. No. 99-371 (KAJ) |

## DISCLOSURE STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendants Lehman Brothers Holdings, Inc., Banc of America Securities LLC and Ferris, Baker Watts Inc. (collectively, the "Underwriter Defendants") certifies as follows:

1.      Lehman Brothers Holdings, Inc. is a publicly-owned company.  No other public company directly or indirectly owns 10% or more of the stock of Lehman Brothers Holdings, Inc.

2.      Ferris, Baker Watts, Inc. is a privately-held company and has no corporate shareholders.  No public company directly or indirectly owns 10% or more of the stock of Ferris, Baker Watts, Inc.

3.      Banc of America Securities LLC is wholly-owned by NationsBanc Montgomery Holdings Corporation, which is wholly-owned by NB Holdings Corporation.  No other public company directly or indirectly owns 10% or more of the stock of Banc of America Securities LLC.

*Of Counsel:*

SIMPSON THACHER & BARTLETT LLP
Michael J. Chepiga
Paul C. Gluckow
Theodore J. McEvoy
Ryan A. Kane
425 Lexington Avenue
New York, NY  10017-3954
Telephone:  (212) 455-2000

Dated:  October 2, 2006
753681/23310

POTTER ANDERSON & CORROON LLP

By:      */s/ John E. James*
         Robert K. Payson (No. 274)
         John E. James (No. 996)
         Hercules Plaza – Sixth Floor
         1313 North Market Street
         Wilmington, DE  19801
         Telephone:  (302) 984-6000

*Attorneys for the Underwriter Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, John E. James, hereby certify that on October 2, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following, and that the document is available for viewing and downloading from CM/ECF:

Carmella P. Keener, Esquire
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Jeffrey L. Moyer, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801

_/s/ John E. James_
John E. James (No. 996)
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
E-mail: jjames@potteranderson.com