IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE ADAMS GOLF, INC. | ) | CONSOLIDATED |
| SECURITIES LITIGATION | ) | C.A. No. 99-371 (KAJ) |
| _____ | ) | |

**AMENDED**
**DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendants Lehman Brothers Holdings, Inc., Banc of America Securities LLC and Ferris, Baker Watts Inc. (collectively, the "Underwriter Defendants") certifies as follows:

1. Lehman Brothers Holdings, Inc. is a publicly-owned company. No other public company directly or indirectly owns 10% or more of the stock of Lehman Brothers Holdings, Inc.

2. Ferris, Baker Watts, Inc. is a privately-held company and has no corporate shareholders. No public company directly or indirectly owns 10% or more of the stock of Ferris, Baker Watts, Inc.

3. Banc of America Securities LLC is wholly-owned by NationsBanc Montgomery Holdings Corporation, which is wholly-owned by NB Holdings Corporation, which is wholly owned by Bank of America Corporation, a publicly-owned company. No other public company directly or indirectly owns 10% or more of the stock of Banc of America Securities LLC.

2

| *Of Counsel:* | POTTER ANDERSON & CORROON LLP |
|---|---|
| SIMPSON THACHER & BARTLETT LLP | |
| Michael J. Chepiga | By:   */s/ John E. James* |
| Paul C. Gluckow | Robert K. Payson (No. 274) |
| Theodore J. McEvoy | John E. James (No. 996) |
| Ryan A. Kane | Hercules Plaza – Sixth Floor |
| 425 Lexington Avenue | 1313 North Market Street |
| New York, NY  10017-3954 | Wilmington, DE  19801 |
| Telephone:  (212) 455-2000 | Telephone:  (302) 984-6000 |
| | *Attorneys for the Underwriter Defendants* |

Dated:  October 4, 2006
753681/23310

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that on October 4, 2006, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following, and that the document is available for viewing and downloading from CM/ECF:

>Carmella P. Keener, Esquire
>Rosenthal Monhait Gross & Goddess, P.A.
>919 Market Street, Suite 1401
>Wilmington, DE  19801
>
>Jeffrey L. Moyer, Esquire
>Richards Layton & Finger
>One Rodney Square
>Wilmington, DE  19801

>*/s/ John E. James*
>John E. James (No. 996)
>Potter Anderson & Corroon LLP
>Hercules Plaza – Sixth Floor
>1313 North Market Street
>Wilmington, DE  19801
>Telephone:  (302) 984-6000
>E-mail:  jjames@potteranderson.com