**EXHIBIT F**

From: Frederick_Frank@usccmail.lehman.com
Sent: Tuesday, May 05, 1998 12:33 PM
To: Stuart_Francis@usccmail.lehman.com; Olga_Pulido@usccmail.lehman.com; Patrick_Walravens@usccmail.lehman.com; Sameet_Mehta@usccmail.lehman.com; dharring@examnyc.lehman.com; Brad_Smith@usccmail.lehman.com; bpicchi@examnyc.lehman.com; blantier@examnyc.lehman.com
Subject: Adams Golf, Inc. IPO



EXHIBIT 150

This is a terrific IPO. Do good golfers get a discount?

Congratulations on this new investment banking client. A June offering will capture all golfers in mid-season form and undoubtedly interest them in this investment opportunity.

FF:mn

From: Frederick_Frank@usccmail.lehman.com
Sent: Tuesday, May 05, 1998 12:33 PM
To: Stuart_Francis@usccmail.lehman.com; Olga_Pulido@usccmail.lehman.com; Patrick_Walravens@usccmail.lehman.com; Sameet_Mehta@usccmail.lehman.com; dharring@examnyc.lehman.com; Brad_Smith@usccmail.lehman.com; bpicchi@examnyc.lehman.com; blantier@examnyc.lehman.com
Subject: Adams Golf, Inc. IPO

This is a terrific IPO. Do good golfers get a discount?

Congratulations on this new investment banking client. A June offering will capture all golfers in mid-season form and undoubtedly interest them in this investment opportunity.

FF:mn

UND 08573