IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that on October 9, 2006, the within document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following attorneys of record stating that the document is available for viewing and downloading from CM/ECF:

>Carmella P. Keener, Esquire
>Rosenthal Monhait Gross & Goddess, P.A.
>919 Market Street, Suite 1401
>Wilmington, DE 19801
>
>Alyssa Schwartz, Esquire
>Richards Layton & Finger
>One Rodney Square
>Wilmington, DE 19801

>*/s/ John E. James*
>John E. James (No. 996)
>Potter Anderson & Corroon LLP
>Hercules Plaza – Sixth Floor
>1313 North Market Street
>Wilmington, DE 19801
>Telephone: (302) 984-6000
>E-mail: jjames@potteranderson.com

1