IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ADAMS GOLF, INC. | ) |
| SECURITIES LITIGATION | ) Civil Action No. 99-371-KAJ |
| | ) (CONSOLIDATED) |
| | ) |

## APPENDIX TO UNDERWRITER DEFENDANTS' ANSWERING BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE AND EXCLUDE TESTIMONY OF EDWARD NECARSULMER III

### VOLUME III OF III

### B393-B530

OF COUNSEL:

Michael J. Chepiga
Paul C. Gluckow
Theodore J. McEvoy
Ryan A. Kane
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954
Tel.  (212) 455-2831
Fax  (212) 455-2502

Robert K. Payson (No. 274)
John E. James (No. 996)
POTTER ANDERSON & CORROON LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
Telephone:  (302) 984-6000
E-Mail:  rpayson@potteranderson.com
E-Mail:  jjames@potteranderson.com

*Attorneys for Underwriter Defendants*

Dated:  October 9, 2006
754546/23310

**Table of Contents**

**Volume I of III**

Transcript of the Deposition of Edward Necarsulmer, III, taken August 7, 2006............... B1

**Volume II of III**

Expert Report of Edward Necarsulmer III, dated July 12, 2006 ......................................... B196

Rebuttal Report of Edward Necarsulmer III, dated July 26, 2006 ..................................... B204

Expert Report of R. Alan Miller, dated July 12, 2006......................................................... B207

Rebuttal Expert Report of R. Alan Miller, dated July 28, 2006 ......................................... B244

**Volume III of III**

Excerpts from the Transcript of the Deposition of R. Alan Miller, Taken August 11, 2006 ........................................................................................................................... B393

Excerpts from the Transcript of the Deposition of Christiana Ochoa, taken August 4, 2006 ........................................................................................................................... B491

**Case:**

*Astrazenca LP  v. TAP Pharmaceutical Products, Inc.,*
No. CIV. A.04-1332 KAJ, 2006 WL 2338114 (D. Del. June 23, 2006) ............................ B515

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

COPY

IN RE ADAMS GOLF, INC. : CONSOLIDATED
                        :
SECURITIES LITIGATION   : C.A. No. 99-371 KAJ

---

Friday, August 11, 2006

---

Oral deposition of R. ALAN MILLER, taken pursuant to notice, was held at the offices of AKIN, GUMP, STRAUSS, HAUER AND FELD, LLP, 590 Madison Avenue, 18th Floor, New York, New York 10022-2524 commencing at 8:50 a.m. on the above date, before Beth A. Barkocy, Certified Shorthand Reporter and Notary Public.

- - -

RSA/VERITEXT COURT REPORTING COMPANY
1845 Walnut Street, 15th Floor
Philadelphia, PA   19103
(215)241-1000     (888)777-6690

VERITEXT PA COURT REPORTING COMPANY
(215) 241-1000   (888) 777-6690   (610) 434-8588

Page 2

```
 1      A P P E A R A N C E S :

 2          LAW OFFICES OF DONALD B. LEWIS
            BY:  DONALD B. LEWIS, ESQUIRE
 3          Five Cynwyd Road
            Bala Cynwyd, Pennsylvania   19004
 4          (610) 668-0331
            Morrislewislaw@aol.com
 5          Representing the Plaintiffs

 6

 7          BERGER AND MONTAGUE, PC
            BY:  TODD S. COLLINS, ESQUIRE
 8          1622 Locust Street
            Philadelphia, Pennsylvania   19103-6365
 9          (215) 875-3040
            Tcollins@bm.net
10          Representing the Plaintiffs

11          SIMPSON, THACHER, AND BARTLETT, LLP
            BY:  PAUL C. GLUCKOW, ESQUIRE and
12          RYAN ANTHONY KANE, ESQUIRE
            425 Lexington Avenue
13          New York, New York   10017
            (212) 455-2831
14          Pgluckow@stblaw.com
            Representing the Underwriter Defendants
15

16          AKIN, GUMP, STRAUSS, HAUER, AND FELD, LLP
            BY:  PAUL R. BESSETTE, ESQUIRE
17          300 West Sixth Street
            Suite 2100
18          Austin, Texas   78701-3911
            (512) 499-6200
19          Pbessette@akingump.com
            Representing the Nonunderwriter Defendants
20

21      ALSO PRESENT:
            Amir Rozen
22          Cornerstone Research

23

24

25
```

VERITEXT PA COURT REPORTING COMPANY
(215) 241-1000    (888) 777-6690    (610) 434-8588

B394

Page 3

```
 1                    I N D E X
                      -  -  -
 2
 3    Testimony of:  R. ALAN MILLER
 4    By Mr. Bessette     ................. 6
 5    By Mr. Gluckow  ................... 216
 6    By Mr. Lewis  ..................... 308
 7
                      -  -  -
 8              E X H I B I T S
                      -  -  -
 9
      EXHIBIT NUMBER      DESCRIPTION       PAGE MARKED
10       334        Expert Report of
                    R. Alan Miller              5
11
         335        Rebuttal Expert Report
12                  of R. Alan Miller           5
13       336        Expert Report of
                    Christopher James           5
14
         337        Rebuttal Expert Report
15                  of Christopher James        5
16       338        E-Mail from Allyson Terpsma
                    dated 08/03/06              5
17
         339        Chart Bates Stamped
18                  CMJ 0560                    5
19       340        Chart Bates Stamped
                    CMJ 0561                    5
20
         350        Fax dated 08/04/98         206
21
         351        Mr. Miller's AMF Report    247
22
         352        Document Bates Stamped
23                  MIL 00090-00115            266
24       353        Mr. Miller's AMF
                    Rebuttal Report            272
25
                      -  -  -
```

B395

R. ALAN MILLER

Page 216

| | | |
|---|---|---|
| 15:39:55 | 1 | MR. LEWIS: Object to the form. |
| 15:39:57 | 2 | THE WITNESS: And the rest of the |
| 15:39:58 | 3 | sentence in that paragraph. |
| 15:40:00 | 4 | BY MR. BESSETTE: |
| 15:40:00 | 5 | Q.     And, obviously, its potentially |
| 15:40:03 | 6 | significant negative effect, which is why you claim |
| 15:40:06 | 7 | there should have been a risk factor disclosure in the |
| 15:40:09 | 8 | prospectus? |
| 15:40:10 | 9 | A.     Yeah, that's essentially correct, |
| 15:40:12 | 10 | and subject to the last answer about what other |
| 15:40:15 | 11 | questions I may be asked; yeah, that's correct. |
| 15:40:17 | 12 | MR. BESSETTE: I'll pass the |
| 15:40:19 | 13 | witness. |
| 15:40:19 | 14 | Thank you. |
| 15:40:20 | 15 | THE WITNESS: You're welcome. |
| 15:40:22 | 16 | MR. GLUCKOW: I suggest we take five |
| 15:40:24 | 17 | minutes to get reorganized. |
| 15:40:27 | 18 | (Recess.) |
| 15:44:00 | 19 | BY MR. GLUCKOW: |
| 15:44:30 | 20 | Q.     Mr. Miller, good afternoon. |
| 15:44:32 | 21 | A.     Good afternoon. |
| 15:44:32 | 22 | Q.     I'm Paul Gluckow, with Simpson, |
| 15:44:38 | 23 | Thacher, and Bartlett.  We represent the underwriter |
| 15:44:39 | 24 | defendants in this matter, so my questions this |
| 15:44:42 | 25 | afternoon will focus on those aspects of your reports |

B396

R. ALAN MILLER

Page 217

| | | |
|---|---|---|
| 15:44:45 | 1 | that have dealt with the underwriters' due diligence |
| 15:44:50 | 2 | issue. |
| 15:44:51 | 3 | A.        Right. |
| 15:44:51 | 4 | Q.        Based on the discussion today with |
| 15:44:56 | 5 | Mr. Bessette and other testimony that I've seen you've |
| 15:45:02 | 6 | given in the past, I think I can just do a little bit |
| 15:45:05 | 7 | more background in terms of your experience with due |
| 15:45:09 | 8 | diligence.  My understanding is that in your career |
| 15:45:16 | 9 | you've conducted due diligence in connection with an |
| 15:45:19 | 10 | IPO on one occasion; is that correct? |
| 15:45:30 | 11 | MR. LEWIS:  Objection to conducted. |
| 15:45:34 | 12 | Go ahead. |
| 15:45:34 | 13 | THE WITNESS:  I don't believe so; |
| 15:45:39 | 14 | that is, there's one on which I recall |
| 15:45:42 | 15 | specifically being involved that was an |
| 15:45:46 | 16 | offering of common stock and warrants or |
| 15:45:54 | 17 | units; there was one involving -- pretty sure |
| 15:46:04 | 18 | it was a convertible preferred; there was |
| 15:46:10 | 19 | another that involved a debt security with |
| 15:46:14 | 20 | some kind of equity kicker.  I did due |
| 15:46:19 | 21 | diligence on all those offerings. |
| 15:46:24 | 22 | Then there were a specific -- sorry, |
| 15:46:33 | 23 | there were offerings in which the firm I was |
| 15:46:36 | 24 | with was not a lead or co-lead underwriter or |
| 15:46:41 | 25 | in which we were not taking the lead role in |

B397

R. ALAN MILLER

Page 218

| | | |
|---|---|---|
| 15:46:45 | 1 | which I did do specific parts of due |
| 15:46:48 | 2 | diligence as opposed to a whole |
| 15:46:50 | 3 | responsibility for due diligence as part of |
| 15:46:56 | 4 | my work on probably three or four, five, six |
| 15:47:01 | 5 | occasions. There were -- or potentially a |
| 15:47:12 | 6 | few more than that, now that I'm thinking |
| 15:47:15 | 7 | about this. |
| 15:47:16 | 8 | There were then some matters on |
| 15:47:18 | 9 | which I was asked questions by our syndicate |
| 15:47:21 | 10 | department to look up very specific questions |
| 15:47:24 | 11 | that they had in a due diligence context in |
| 15:47:29 | 12 | an offering that we were being invited to |
| 15:47:31 | 13 | participate in, not as a lead manager, and |
| 15:47:34 | 14 | there were a couple of municipal leasing |
| 15:47:37 | 15 | deals that I worked very substantially on and |
| 15:47:41 | 16 | which we were involved in due diligence-type |
| 15:47:44 | 17 | work as well. Those were in connection with |
| 15:47:48 | 18 | public offering transactions. |
| 15:47:53 | 19 | BY MR. GLUCKOW: |
| 15:47:54 | 20 | Q.      Initial public offerings? The |
| 15:47:57 | 21 | original question I asked you was due diligence in |
| 15:47:59 | 22 | connection with initial public offerings. |
| 15:48:02 | 23 | A.      I'm sorry, with IPOs? |
| 15:48:04 | 24 | Q.      Yes, that was my question. If you |
| 15:48:06 | 25 | want it read back -- |

B398

R. ALAN MILLER

Page 219

| | | |
|---|---|---|
| 15:48:07 | 1 | A.      I'm sorry, I was hearing offerings, |
| 15:48:10 | 2 | not the initial part. |
| 15:48:10 | 3 | Q.      Let's go back to the original |
| 15:48:13 | 4 | question, and again, my understanding is that you've |
| 15:48:17 | 5 | conducted due diligence in connection with initial |
| 15:48:20 | 6 | public offerings on only one occasion? |
| 15:48:23 | 7 | A.      One that I can recall where we were |
| 15:48:37 | 8 | lead manager, co-lead manager, actually. |
| 15:48:44 | 9 | Q.      That was the Caesar's matter? |
| 15:48:53 | 10 | A.      Yes.  Then we were the lead in the |
| 15:48:55 | 11 | municipal equipment leasing transaction, and I'm not |
| 15:49:04 | 12 | going to rule out the possibility there were one or |
| 15:49:07 | 13 | two IPOs in the list of deals on which I had worked in |
| 15:49:11 | 14 | some due diligence matter but did not have overall |
| 15:49:16 | 15 | responsibility.  There was only one IPO that I can |
| 15:49:18 | 16 | recall in which we were co-lead in which I worked |
| 15:49:21 | 17 | actively on the whole due diligence assignment. |
| 15:49:24 | 18 | Q.      That's Caesar's? |
| 15:49:26 | 19 | A.      Correct. |
| 15:49:27 | 20 | Q.      Who was your employer at that time? |
| 15:49:29 | 21 | A.      It was actually Caesar's New Jersey, |
| 15:49:32 | 22 | Butcher and Singer. |
| 15:49:34 | 23 | Q.      When did that deal close, roughly? |
| 15:49:36 | 24 | A.      '78 or '79, I think. |
| 15:49:45 | 25 | Q.      Is it true that you haven't been |

B399

R. ALAN MILLER

Page 220

| | | |
|---|---|---|
| 15:49:47 | 1 | involved with due diligence in connection with an |
| 15:49:50 | 2 | initial public offering since the closing of the |
| 15:49:53 | 3 | Caesar's transaction? |
| 15:49:54 | 4 | MR. LEWIS:  Objection to form. |
| 15:49:57 | 5 | THE WITNESS:  As an underwriter -- |
| 15:50:02 | 6 | I'm sorry, again, that was IPOs? |
| 15:50:04 | 7 | BY MR. GLUCKOW: |
| 15:50:04 | 8 | Q.      Correct. |
| 15:50:07 | 9 | A.      As an underwriter, certainly since |
| 15:50:10 | 10 | the time I worked at Butcher and Singer except for one |
| 15:50:14 | 11 | matter as a consultant that I can recall where I was |
| 15:50:19 | 12 | at PCA, which, I think, continued, actually, into PIBC |
| 15:50:31 | 13 | formation, and the other open question is whether at |
| 15:50:36 | 14 | Butcher between the Caesar's deal or at some other |
| 15:50:39 | 15 | time at Butcher whether there was an IPO in the list |
| 15:50:43 | 16 | of things on which I worked but was not primarily |
| 15:50:47 | 17 | responsible for. |
| 15:50:48 | 18 | Q.      In terms of initial public offerings |
| 15:50:52 | 19 | where you were involved in due diligence where your |
| 15:50:57 | 20 | employer was either the lead underwriter or co-lead |
| 15:51:01 | 21 | underwriter, the only example of that that you can |
| 15:51:04 | 22 | think of as you sit here now is the Caesar's New |
| 15:51:07 | 23 | Jersey example; is that correct? |
| 15:51:08 | 24 | A.      Correct, subject to the last couple |
| 15:51:10 | 25 | of questions and answers, right. |

B400

R. ALAN MILLER

Page 221

| | | |
|---|---|---|
| 15:51:14 | 1 | Q.      You mentioned PCA.  PCA was not an |
| 15:51:19 | 2 | underwriter in that transaction you were referring to, |
| 15:51:23 | 3 | correct? |
| 15:51:25 | 4 | A.      That's correct.  I was acting as a |
| 15:51:28 | 5 | consultant to a party involved in an underwriting. |
| 15:51:29 | 6 | Q.      You would not have been doing |
| 15:51:31 | 7 | underwriter due diligence in that transaction, |
| 15:51:35 | 8 | correct? |
| 15:51:35 | 9 | MR. LEWIS:  Objection to the form. |
| 15:51:37 | 10 | THE WITNESS:  Yeah, that's correct. |
| 15:51:39 | 11 | It was not from the perspective of the |
| 15:51:41 | 12 | underwriter. |
| 15:51:44 | 13 | BY MR. GLUCKOW: |
| 15:51:44 | 14 | Q.      The other transactions that you |
| 15:51:54 | 15 | talked about in response to my very first question |
| 15:51:57 | 16 | when you were thinking I was talking about offerings |
| 15:51:59 | 17 | as opposed to initial public offerings, we can safely |
| 15:52:03 | 18 | assume that all those transactions that you referred |
| 15:52:06 | 19 | to were not initial public offerings where you had |
| 15:52:10 | 20 | some role doing due diligence on behalf of an employer |
| 15:52:14 | 21 | that was involved in the underwriting of the |
| 15:52:17 | 22 | transaction, correct? |
| 15:52:48 | 23 | A.      I missed the first part. |
| 15:52:48 | 24 | MR. GLUCKOW:  Would you read it |
| 15:52:50 | 25 | back, please. |

B401

R. ALAN MILLER

Page 222

| | | |
|---|---|---|
| 15:52:50 | 1 | (The pending question was read |
| 15:52:51 | 2 | back.) |
| 15:52:51 | 3 | THE WITNESS:  Yeah, except for the |
| 15:52:53 | 4 | one or two, perhaps, in which I did specific |
| 15:52:55 | 5 | due diligence assignments as part of a group |
| 15:52:58 | 6 | but not with a primary responsibility for the |
| 15:53:00 | 7 | whole due diligence function. |
| 15:53:01 | 8 | BY MR. GLUCKOW: |
| 15:53:01 | 9 | Q.    Let's talk about those one or two. |
| 15:53:04 | 10 | Tell me what you recall about those. |
| 15:53:06 | 11 | A.    Just that we as a consequence of |
| 15:53:10 | 12 | being involved in a group of firms that acted together |
| 15:53:13 | 13 | to do offerings upon occasion where someone else may |
| 15:53:18 | 14 | have the primary responsibility for due diligence, |
| 15:53:20 | 15 | they may have asked for assistance or staffing on |
| 15:53:24 | 16 | follow-up on certain items or investigation of certain |
| 15:53:27 | 17 | items, so I'd get a phone call or a memo or something |
| 15:53:32 | 18 | that would say would you please look into the |
| 15:53:33 | 19 | following and identify some area or tasks that we were |
| 15:53:38 | 20 | asked to perform, then I would do that and then report |
| 15:53:41 | 21 | back to whoever was asking me. |
| 15:53:44 | 22 | Q.    That's when you were with Butcher? |
| 15:53:50 | 23 | A.    Yes. |
| 15:53:50 | 24 | Q.    What would have been the time frame |
| 15:53:52 | 25 | for those one or two that you have in mind? |

B402

R. ALAN MILLER

Page 223

| 15:53:56 | 1 | A. They would have been -- well, |
| 15:54:08 | 2 | actually, '76 through '79. |
| 15:54:16 | 3 | Q. Again, your employer -- just to be |
| 15:54:20 | 4 | clear on this, your employer, Butcher, was neither the |
| 15:54:23 | 5 | lead nor the co-lead on those transactions, correct, |
| 15:54:27 | 6 | the lead underwriter or the co-lead underwriter on |
| 15:54:31 | 7 | those two transactions we're talking about? |
| 15:54:32 | 8 | A. Not that I'm thinking of. If we |
| 15:54:32 | 9 | were one of the leads, we were not taking primary |
| 15:54:35 | 10 | responsibility for due diligence in that sense. |
| 15:54:57 | 11 | Q. Let me try and boil this down, then. |
| 15:54:57 | 12 | In your career, you've conducted due |
| 15:55:00 | 13 | diligence in connection with an initial public |
| 15:55:03 | 14 | offering where your employer was a lead or co-lead |
| 15:55:05 | 15 | underwriter on one occasion, and that was the Caesar's |
| 15:55:08 | 16 | New Jersey matter in the '78 to '79 time period, |
| 15:55:08 | 17 | correct? |
| 15:55:20 | 18 | A. Yeah; again, I think that's correct |
| 15:55:22 | 19 | with the possible exception of one or two others in |
| 15:55:26 | 20 | which we were not taking primary role for due |
| 15:55:28 | 21 | diligence but may have appeared as the lead |
| 15:55:34 | 22 | underwriter. |
| 15:55:38 | 23 | Q. Then it's also fair to say, I |
| 15:55:43 | 24 | believe, that you have not been involved in due |
| 15:55:45 | 25 | diligence in connection with an initial public |

B403

R. ALAN MILLER

Page 224

| | | |
|---|---|---|
| 15:55:50 | 1 | offering where your employer was a lead or co-lead |
| 15:55:53 | 2 | underwriter since at least 1980, correct? |
| 15:55:57 | 3 | A.    Sure; that's correct. |
| 15:55:59 | 4 | Q.    Have you published any articles on |
| 15:56:04 | 5 | the topic of due diligence? I don't see any listed on |
| 15:56:07 | 6 | your CV but I just want to confirm. |
| 15:56:26 | 7 | A.    I don't recall exactly. We |
| 15:56:28 | 8 | published quite a number of articles in the series of |
| 15:56:32 | 9 | newsletters that I referred to earlier back in |
| 15:56:38 | 10 | the '70s which involved a variety of financing |
| 15:56:40 | 11 | techniques, a lot of which involved going public. I |
| 15:56:46 | 12 | would be surprised if there wasn't some articles |
| 15:56:51 | 13 | during that time on due diligence. Some of that might |
| 15:56:59 | 14 | have been from the perspective of the officers and |
| 15:57:02 | 15 | directors as opposed to the underwriters because our |
| 15:57:07 | 16 | clients at that time tended to be prospective issuers |
| 15:57:13 | 17 | as opposed to underwriters. That was a topic that was |
| 15:57:18 | 18 | part of the research I had done on the 550 IPOs from |
| 15:57:24 | 19 | '68 to '72 that I referenced earlier, and that, |
| 15:57:28 | 20 | therefore, appeared in some of our publications around |
| 15:57:32 | 21 | that time. |
| 15:57:33 | 22 | Q.    These newsletters you're talking |
| 15:57:35 | 23 | about would have been written in what time period, the |
| 15:57:38 | 24 | early '70s? |
| 15:57:39 | 25 | A.    '72 through '76. |

R. ALAN MILLER

Page 225

| | | |
|---|---|---|
| 15:57:41 | 1 | Q. These were not -- were these |
| 15:57:44 | 2 | published to the world at large or were these client |
| 15:57:48 | 3 | newsletters sent to clients and prospective clients of |
| 15:57:48 | 4 | the firm? |
| 15:57:53 | 5 | A. They were sent to clients, |
| 15:57:57 | 6 | prospective clients, and paid subscribers who tended |
| 15:58:00 | 7 | to be prospective issuers and service providers to |
| 15:58:04 | 8 | prospective issuers. |
| 15:58:05 | 9 | Q. As you sit here today, can you |
| 15:58:07 | 10 | recall any newsletters that you worked on that |
| 15:58:11 | 11 | specifically dealt with the topic of underwriters' due |
| 15:58:15 | 12 | diligence? |
| 15:58:19 | 13 | A. No, I can't recall specifically, but |
| 15:58:21 | 14 | as I said, it was part of the study that I did at that |
| 15:58:25 | 15 | time and there was fairly intensive -- we wrote about |
| 15:58:29 | 16 | just about every aspect of that study over a period of |
| 15:58:33 | 17 | years. I'd be surprised if it was not covered in |
| 15:58:38 | 18 | something we did but, again, the focus at that time |
| 15:58:43 | 19 | from our point of view was more on the prospective |
| 15:58:48 | 20 | issuer than on the underwriter, although we did cover |
| 15:58:51 | 21 | all the participants in the process. Again, I can't |
| 15:58:54 | 22 | recall specifically, but I would be surprised if it |
| 15:58:56 | 23 | was not among those articles. |
| 15:58:58 | 24 | Q. Do you have copies of the articles? |
| 15:59:00 | 25 | A. No, I don't. |

B405

R. ALAN MILLER

Page 226

| | | |
|---|---|---|
| 15:59:00 | 1 | Q.        How would you go about finding these |
| 15:59:04 | 2 | articles or newsletters if you wanted to? |
| 15:59:06 | 3 | A.        I haven't been able to.  I would |
| 15:59:07 | 4 | have asked the company or its successors but they are |
| 15:59:10 | 5 | now gone except for the group that publishes what's |
| 15:59:13 | 6 | now called, I believe, the IPO Reporter or the IPO |
| 15:59:24 | 7 | Journal, and the owner of that publication apparently |
| 15:59:27 | 8 | doesn't or wouldn't have them, but the group that |
| 15:59:29 | 9 | generates the editorial content, I've checked with and |
| 15:59:33 | 10 | they don't appear to have any of it either.  As far as |
| 15:59:36 | 11 | I know, that's the last continuing thread of people. |
| 15:59:40 | 12 | Q.        The study that you referred to, was |
| 15:59:42 | 13 | that study reduced to writing and published? |
| 15:59:48 | 14 | A.        Not as one block of information like |
| 15:59:51 | 15 | that.  It was presented in numerous client memos, |
| 15:59:54 | 16 | seminars, constituted a lot of the material for a |
| 16:00:02 | 17 | draft of a book that we didn't publish and that sort |
| 16:00:05 | 18 | of thing, but I don't recall that we ever put the |
| 16:00:09 | 19 | entire study together in one place like that. |
| 16:00:14 | 20 | We did publish at the time a CPM |
| 16:00:19 | 21 | chart of the process with annotated sections that |
| 16:00:22 | 22 | actually would have represented a summary of that, but |
| 16:00:25 | 23 | I don't think we actually ever produced the entire |
| 16:00:29 | 24 | work. |
| 16:00:29 | 25 | Q.        Do you have any versions of the |

B406

R. ALAN MILLER

Page 227

| | | |
|---|---|---|
| 16:00:31 | 1 | study in your possession today? |
| 16:00:33 | 2 | A.        No. |
| 16:00:33 | 3 | Q.        Do you have any idea how to get that |
| 16:00:37 | 4 | document if it exists as a document? |
| 16:00:40 | 5 | A.        No, I'd give you the same answer as |
| 16:00:42 | 6 | the newsletters, same timing, same people. |
| 16:00:50 | 7 | Q.        Putting aside the newsletters, which |
| 16:00:56 | 8 | may or may not have had something specific on |
| 16:00:59 | 9 | underwriters' due diligence, can you think of any |
| 16:01:02 | 10 | other publications that you've authored on the topic |
| 16:01:07 | 11 | of underwriters' due diligence? |
| 16:01:09 | 12 | MR. LEWIS:  Objection to form. |
| 16:01:09 | 13 | THE WITNESS:  No. |
| 16:01:20 | 14 | BY MR. GLUCKOW: |
| 16:01:21 | 15 | Q.        I just want to confirm:  On the |
| 16:01:23 | 16 | newsletters and the study we have talked about, to the |
| 16:01:28 | 17 | extent that there may have been at one time something |
| 16:01:31 | 18 | dealing with underwriters' due diligence, would that |
| 16:01:34 | 19 | have been something that you would have been a |
| 16:01:36 | 20 | principal author of, and if not, what would have been |
| 16:01:38 | 21 | your role? |
| 16:01:39 | 22 | MR. LEWIS:  Objection to form. |
| 16:01:40 | 23 | THE WITNESS:  I was either author or |
| 16:01:42 | 24 | editor of all of the articles that appeared |
| 16:01:46 | 25 | at that time, and of those, I would have been |

VERITEXT PA COURT REPORTING COMPANY
(215) 241-1000   (888) 777-6690   (610) 434-8588

B407

R. ALAN MILLER

Page 228

| | | |
|---|---|---|
| 16:01:48 | 1 | the author because I did the study. |
| 15:53:01 | 2 | BY MR. GLUCKOW: |
| 15:53:01 | 3 | Q.      Have you ever taught any courses |
| 16:02:10 | 4 | that addressed the topic of underwriters' due |
| 16:02:14 | 5 | diligence? |
| 16:02:24 | 6 | A.      Not as a topic in itself, no.  I |
| 16:02:27 | 7 | believe that may have been a brief portion of a talk |
| 16:02:30 | 8 | or couple of talks that I gave at the Wharton School |
| 16:02:35 | 9 | back in mid to late '70s or early '80s where some of |
| 16:02:47 | 10 | the topics included various types of financing |
| 16:02:51 | 11 | including going public and the roles of the |
| 16:02:53 | 12 | participants, some of the work that underwriters did |
| 16:02:58 | 13 | and that sort of thing. |
| 16:03:02 | 14 | Q.      How many talks do you recall giving |
| 16:03:06 | 15 | at Wharton in the late '70s or early '80s that might |
| 16:03:10 | 16 | have addressed as a component underwriters' due |
| 16:03:13 | 17 | diligence? |
| 16:03:14 | 18 | A.      There were at least three or four, I |
| 16:03:21 | 19 | believe, such talks. |
| 16:03:22 | 20 | Q.      Any recollection as to what portion, |
| 16:03:24 | 21 | if any, of the talks would have addressed |
| 16:03:26 | 22 | underwriters' due diligence? |
| 16:03:29 | 23 | MR. LEWIS:  Objection as to form. |
| 16:03:31 | 24 | THE WITNESS:  In one sense, it was a |
| 16:03:33 | 25 | fairly small portion because the talks may |

B408

R. ALAN MILLER

Page 229

| | | |
|---|---|---|
| 16:03:37 | 1 | have been 45 minutes to an hour and generally |
| 16:03:40 | 2 | covered the topics of the state of the public |
| 16:03:45 | 3 | markets for raising capital, the roles of |
| 16:03:50 | 4 | participants in the markets and those sort of |
| 16:03:54 | 5 | things, so as a part of the topic, I would |
| 16:03:56 | 6 | have thought, as part of the outline, it |
| 16:03:58 | 7 | would have been a fairly small portion; |
| 16:04:01 | 8 | however, the obsession of MBA students with |
| 16:04:05 | 9 | getting jobs in investment banking firms |
| 16:04:05 | 10 | tended to generate more questions in that |
| 16:04:08 | 11 | area than I would have expected and I did |
| 16:04:09 | 12 | spend more time on what underwriters do than |
| 16:04:12 | 13 | I probably otherwise would have. |
| 15:53:01 | 14 | BY MR. GLUCKOW: |
| 15:53:01 | 15 | Q.      The audience for these talks were |
| 16:04:18 | 16 | MBA students; is that correct? |
| 16:04:18 | 17 | A.      Yes. |
| 16:04:25 | 18 | Q.      Can you think of any other courses |
| 16:04:27 | 19 | that you've taught or public lectures that you've |
| 16:04:33 | 20 | given of any kind on the topic of underwriter due |
| 16:04:36 | 21 | diligence? |
| 16:04:38 | 22 | A.      I don't believe so. |
| 16:04:44 | 23 | Q.      If you wouldn't mind turning to 334, |
| 16:04:49 | 24 | your initial report, Page 4, Paragraph 6, the last |
| 16:04:56 | 25 | sentence refers to PLI and similar programs and |

R. ALAN MILLER

Page 230

| Time | Line | Text |
|---|---|---|
| 16:05:02 | 1 | seminars on topics such as corporate finance and due |
| 16:05:05 | 2 | diligence? |
| 16:05:06 | 3 | A.        Right. |
| 16:05:06 | 4 | Q.        Can you recall any specific PLI or |
| 16:05:10 | 5 | similar programs or seminars that specifically address |
| 16:05:14 | 6 | underwriter due diligence that you've attended in the |
| 16:05:18 | 7 | last ten years? |
| 16:05:22 | 8 | A.        No; in the last ten years, I don't |
| 16:05:24 | 9 | believe I've attended any seminars.  We tend to get, |
| 16:05:29 | 10 | on an occasional basis, I guess I'd say, publications, |
| 16:05:37 | 11 | transcripts, and that sort of thing from those types |
| 16:05:40 | 12 | of seminars, and I get regular -- subscribe to a |
| 16:05:47 | 13 | service called due diligence and securities |
| 16:05:50 | 14 | transactions by Robert Haft.  I don't recall the |
| 16:05:55 | 15 | publisher of that, but it's in a workbook-sized |
| 16:05:58 | 16 | publication, updated about every two years or so, or |
| 16:06:06 | 17 | at least I get the updates about that often.  That |
| 16:06:08 | 18 | would be more the type thing we do in the last ten |
| 16:06:12 | 19 | years. |
| 16:06:12 | 20 |          The PLI actual seminars I attended |
| 16:06:16 | 21 | would have been earlier; back in the '70s and |
| 16:06:20 | 22 | early '80s, I think, was when I did that kind of |
| 16:06:21 | 23 | thing. |
| 16:06:21 | 24 | Q.        You don't remember going to any |
| 16:06:24 | 25 | program such as that since the early '80s? |

B410

R. ALAN MILLER

Page 231

16:06:27  1         A.      No, I don't recall attending them

16:06:29  2    since the early '80s.  Since then, I primarily relied

16:06:33  3    on obtaining the transcripts or the workbooks from

16:06:35  4    them or subscribing to other such materials as I've

16:06:40  5    described here.

16:06:43  6         Q.      In the due diligence that you have

16:06:53  7    been involved in in your own career that you've

16:06:57  8    described, have you ever dealt with gray market

16:07:00  9    issues?

16:07:03 10         A.      Not that I can recall.

16:07:29 11         Q.      On Page 3 of your report -- again,

16:07:33 12    we're on 334 -- you state in Paragraph 3 that you've

16:07:42 13    been qualified or accepted as an expert on, among

16:07:45 14    other things, investment banking practices; is that

16:07:45 15    correct?

16:07:49 16         A.      Right.

16:07:49 17         Q.      Have you ever been qualified or

16:07:51 18    accepted as an expert concerning your opinions related

16:07:54 19    to underwriter due diligence specifically?

16:08:20 20         A.      Good question.  The cases that come

16:08:25 21    to mind first are two in which investment banker due

16:08:33 22    diligence was at issue but not in connection with

16:08:36 23    public offerings necessarily.  It would be in

16:08:42 24    connection with other functions investment bankers

16:08:45 25    were performing or purporting to perform.

B411

R. ALAN MILLER

Page 232

16:08:49  1              I'd have to go through the testimony
16:08:50  2   list here and see what other ones there may have been.
16:08:53  3   Those are the first two I can think of.
16:08:55  4          Q.      Just so I'm clear, I thought you
16:08:57  5   were referring to one matter but were you actually
16:08:59  6   referring to two different matters where investment
16:09:02  7   banker due diligence was at issue but it was not in
16:09:07  8   connection with an offering?
16:09:08  9          A.      Correct.
16:09:11  10         Q.      If you wouldn't mind looking at your
16:09:14  11  list of matters, tell me if you can think of any
16:09:18  12  others and we can go through them.  Thank you.
16:09:46  13         A.      One of the first two I mentioned was
16:09:48  14  No. 14.
16:09:55  15         Q.      Which list are you on?
16:09:57  16         A.      I'm sorry, expert witness testimony
16:10:00  17  in court.
16:10:01  18         Q.      This is McKinley Allsop, Inc.?
16:10:05  19         A.      Right.
16:10:23  20              The second one I was thinking of was
16:10:25  21  No. 25.
16:10:29  22         Q.      Kenny v. Bear Stearns?
16:10:32  23         A.      Right.
16:10:42  24              Another one was 26, which was in
16:10:45  25  connection with an offering.  I just don't recall if

B412

R. ALAN MILLER

Page 233

| | | |
|---|---|---|
| 16:10:49 | 1 | it was a public offering or a private placement at the |
| 16:10:58 | 2 | moment. |
| 16:11:06 | 3 | On the deposition and arbitration |
| 16:11:09 | 4 | testimony list, No. 1. |
| 16:11:16 | 5 | Q.    Shearson? |
| 16:11:24 | 6 | A.    Yes. |
| 16:11:30 | 7 | No. 8. |
| 16:11:34 | 8 | Q.    American Dental Laser? |
| 16:11:40 | 9 | A.    Right. |
| 16:11:42 | 10 | No. 12, No. 13, No. 15.  I think |
| 16:12:14 | 11 | No. 18, as best I recall.  I think No. 21, as best I |
| 16:12:20 | 12 | recall.  No. 26, No. 50, No. 56.  That's it. |
| 16:13:51 | 13 | Q.    The ones you just gave me most |
| 16:13:55 | 14 | recently off of the deposition and arbitration |
| 16:13:57 | 15 | testimony list starting with the Shearson matter and |
| 16:14:00 | 16 | going down to the CFS matter, which is 56, Shearson |
| 16:14:04 | 17 | was one, those are all matters, I take it, where you |
| 16:14:08 | 18 | either provided a report or were deposed or both but |
| 16:14:14 | 19 | not, which is where we started, where you'd been |
| 16:14:17 | 20 | qualified or accepted as an expert concerning your |
| 16:14:21 | 21 | opinions related to due diligence; is that correct? |
| 16:14:26 | 22 | A.    (No response.) |
| 16:14:27 | 23 | Q.    Because it didn't get to trial, in |
| 16:14:30 | 24 | other words? |
| 16:14:30 | 25 | A.    Correct. |

R. ALAN MILLER

Page 234

| | | |
|---|---|---|
| 16:14:32 | 1 | Q.    Going back to where we started in |
| 16:14:34 | 2 | terms of matters where you've been qualified or |
| 16:14:36 | 3 | accepted as an expert concerning your opinions related |
| 16:14:40 | 4 | to due diligence by underwriters, it would just be the |
| 16:14:43 | 5 | first three we started with, No. 14, No. 25, and |
| 16:14:48 | 6 | No. 26 off the expert witness testimony in court list, |
| 16:14:48 | 7 | correct? |
| 16:14:53 | 8 | A.    Right; that's correct. |
| 16:14:57 | 9 | Q.    No. 14, McKinley Allsop, that was |
| 16:15:02 | 10 | one of the matters you mentioned that involved |
| 16:15:05 | 11 | investment banker due diligence but did not involve |
| 16:15:08 | 12 | any kind of an offering; is that right? |
| 16:15:11 | 13 | A.    Right. |
| 16:15:11 | 14 | Q.    What was the issue in that case? |
| 16:15:14 | 15 | A.    Whether McKinley Allsop had |
| 16:15:19 | 16 | adequately done its work in connection with the |
| 16:15:22 | 17 | issuance of a highly confident letter regarding |
| 16:15:27 | 18 | financing for Jetborne. |
| 16:15:34 | 19 | Q.    No. 25, Kenny, was another one you |
| 16:15:44 | 20 | said where there was no offering involved but the |
| 16:15:45 | 21 | matter otherwise raised issues of due diligence; is |
| 16:15:45 | 22 | that correct? |
| 16:15:50 | 23 | A.    Correct. |
| 16:15:50 | 24 | Q.    What was the issue there? |
| 16:15:52 | 25 | A.    Whether Bear Stearns performed |

B414

R. ALAN MILLER

Page 235

| Time | Line | Text |
|---|---|---|
| 16:15:54 | 1 | properly in its role as financial advisor to Daisy |
| 16:16:01 | 2 | Systems including in connection with issuing a highly |
| 16:16:05 | 3 | confident letter and financing commitment and |
| 16:16:08 | 4 | providing advice about financing to Daisy Systems. |
| 16:16:13 | 5 | Q.      No. 26, Alpha Group, you thought may |
| 16:16:17 | 6 | have involved a private placement but you weren't a |
| 16:16:20 | 7 | hundred percent sure? |
| 16:16:21 | 8 | A.      Yeah, it was either a public |
| 16:16:23 | 9 | offering or private placement of bonds.  The more I |
| 16:16:27 | 10 | think about that, it might have been a private |
| 16:16:30 | 11 | placement but the issue was similar. |
| 16:16:32 | 12 | Q.      What was the issue, as you recall |
| 16:16:34 | 13 | it? |
| 16:16:34 | 14 | A.      As to whether or not Bear Stearns |
| 16:16:36 | 15 | had performed adequate due diligence and insured |
| 16:16:40 | 16 | proper disclosure in a prospectus or offering |
| 16:16:44 | 17 | materials in connection with the sale of bonds. |
| 16:16:47 | 18 | Q.      Do you have any materials related to |
| 16:16:50 | 19 | that matter? |
| 16:16:52 | 20 | A.      I don't know. |
| 16:17:02 | 21 | Q.      How would you find out? |
| 16:17:05 | 22 | A.      I would look in the office. |
| 16:17:06 | 23 | Q.      If you did, they would be maintained |
| 16:17:08 | 24 | at PIBC? |
| 16:17:15 | 25 | A.      Right. |

R. ALAN MILLER

Page 236

| | | |
|---|---|---|
| 16:17:16 | 1 | Q. Now that you've thought about it |
| 16:17:19 | 2 | some more, you think that the matter involved the |
| 16:17:23 | 3 | private placement as opposed to a public offering? |
| 16:17:26 | 4 | A. I think so. One of the reasons I'm |
| 16:17:33 | 5 | hesitating about that is that there were individual |
| 16:17:35 | 6 | purchasers involved as opposed to institutions, as |
| 16:17:38 | 7 | opposed to solely institutions, and it does raise that |
| 16:17:41 | 8 | question, but as best I can recall, it was a private |
| 16:17:44 | 9 | placement. |
| 16:17:58 | 10 | Q. As I understand it, you've never |
| 16:18:02 | 11 | offered testimony on behalf of a defendant in a matter |
| 16:18:05 | 12 | involving the issue of whether investment bankers did |
| 16:18:11 | 13 | due diligence properly; is that correct? |
| 16:18:13 | 14 | MR. LEWIS: Objection as to form. |
| 16:18:18 | 15 | THE WITNESS: I think that's |
| 16:18:19 | 16 | correct. |
| 16:18:19 | 17 | BY MR. GLUCKOW: |
| 16:18:20 | 18 | Q. As I understand it, you've never |
| 16:18:22 | 19 | written an expert report on behalf of a defendant in a |
| 16:18:26 | 20 | case involving the issue of whether the investment |
| 16:18:30 | 21 | bankers did due diligence properly; is that also |
| 16:18:34 | 22 | correct? |
| 16:18:34 | 23 | MR. LEWIS: Objection as to form. |
| 16:18:50 | 24 | THE WITNESS: That, I don't recall. |
| 16:18:51 | 25 | I don't recall testifying about that before. |

VERITEXT PA COURT REPORTING COMPANY
(215) 241-1000    (888) 777-6690    (610) 434-8588

R. ALAN MILLER

Page 237

| | | |
|---|---|---|
| 16:18:54 | 1 | I don't recall if I may have written such a |
| 16:18:56 | 2 | report or not. |
| 15:53:01 | 3 | BY MR. GLUCKOW: |
| 15:53:01 | 4 | Q.    Can you recall writing an expert |
| 16:19:04 | 5 | opinion that underwriters performed adequate due |
| 16:19:09 | 6 | diligence? |
| 16:19:32 | 7 | A.    I can't recall whether I have or |
| 16:19:33 | 8 | not. |
| 16:19:38 | 9 | Q.    As you sit here, you can't recall -- |
| 16:19:41 | 10 | I'm sure you can recall reports you've written or |
| 16:19:44 | 11 | opinions you've offered that underwriters have not |
| 16:19:48 | 12 | performed adequate due diligence, correct? |
| 16:19:50 | 13 | MR. LEWIS:  Objection to form. |
| 16:19:54 | 14 | THE WITNESS:  At least the ones that |
| 16:19:57 | 15 | relate to matters printed on these lists, I |
| 16:20:01 | 16 | can jog my memory through the lists.  Sitting |
| 16:20:06 | 17 | here, I can't recall others at the moment of |
| 16:20:10 | 18 | that type. |
| 15:53:01 | 19 | BY MR. GLUCKOW: |
| 15:53:01 | 20 | Q.    The ones we talked about earlier off |
| 16:20:17 | 21 | of the trial testimony list, No. 14, 25, and 26, and |
| 16:20:21 | 22 | off of the deposition and arbitration list, one, |
| 16:20:24 | 23 | eight, 12, 13, 15, 18, 21, 26, 50, 56, I take it from |
| 16:20:31 | 24 | your answers that in each of those cases you were |
| 16:20:36 | 25 | offering an expert opinion stating that the |

B417

R. ALAN MILLER

Page 238

| 16:20:41 | 1 | underwriters did not perform adequate due diligence, |
| 16:20:45 | 2 | correct? |
| 16:20:45 | 3 | MR. LEWIS:  Objection to form. |
| 16:20:50 | 4 | THE WITNESS:  I think that's |
| 16:20:52 | 5 | correct.  That would have been a part of the |
| 16:20:54 | 6 | opinions I was providing in those cases, yes. |
| 15:53:01 | 7 | BY MR. GLUCKOW: |
| 15:53:01 | 8 | Q.      Again, if we could look at |
| 16:21:21 | 9 | Exhibit-334, your initial report, Pages 11 to 13 have |
| 16:21:27 | 10 | a section entitled underwriter due diligence; do you |
| 16:21:31 | 11 | see that?  It's Paragraphs 19 through 22. |
| 16:21:39 | 12 | A.      Right. |
| 16:21:39 | 13 | Q.      I don't know if you can do it this |
| 16:21:43 | 14 | way, but if you can, how many hours, as best you can |
| 16:21:46 | 15 | estimate, did you spend drafting this section of the |
| 16:21:49 | 16 | report, Paragraphs 19 through 22 addressed to the |
| 16:21:56 | 17 | underwriters' due diligence? |
| 16:21:59 | 18 | MR. LEWIS:  Objection to the form. |
| 16:22:46 | 19 | THE WITNESS:  On a relative basis, |
| 16:22:48 | 20 | not many.  As you can see, the bulk of this |
| 16:22:54 | 21 | section is what I would call more general |
| 16:22:59 | 22 | sort of information as to the type of |
| 16:23:01 | 23 | information that's required to be reviewed, |
| 16:23:04 | 24 | the type of work that has to be done, the |
| 16:23:07 | 25 | underwriters' attitude and those sorts of |

R. ALAN MILLER

Page 239

16:23:11  1    things, what the standard of information is.
16:23:19  2    I note that I will await receiving expert
16:23:23  3    reports because the burden on the
16:23:26  4    establishment of the adequacy of the due
16:23:30  5    diligence investigation is on the defendants
16:23:32  6    and that the -- then I gave an opinion as to
16:23:37  7    the disclosure and the prospectus in the gray
16:23:41  8    market area.  Except for the last paragraph,
16:23:44  9    the rest of this didn't take very long to
16:23:48  10   write and is more general in nature.
16:23:52  11          Having said that, if I went back
16:23:56  12   over some period of time and tried to develop
16:24:00  13   what led to my being able to write this
16:24:03  14   fairly quickly, it obviously involves a lot
16:24:05  15   more work over a long number of years in
16:24:08  16   terms of experience, background, education,
16:24:13  17   attendance at the seminars, subscription to
16:24:18  18   the materials we talked about and all that
16:24:20  19   sort of thing, but actually reducing all that
16:24:22  20   to writing, obviously, as a function in this
16:24:24  21   case, didn't take all that long.
16:24:25  22          The last paragraph is a little more
16:24:27  23   complex because it involved reviewing the
16:24:30  24   information that I have described earlier and
16:24:33  25   essentially all the information in the case

R. ALAN MILLER

Page 240

| | | |
|---|---|---|
| 16:24:35 | 1 | up to that point as part of coming to the |
| 16:24:38 | 2 | conclusion that the disclosure and the |
| 16:24:41 | 3 | prospectus was inadequate in the sense I |
| 16:24:45 | 4 | identify here, so that would have been longer |
| 16:24:47 | 5 | but I didn't attempt to allocate any number |
| 16:24:50 | 6 | of hours to this in the way you asked. |
| 16:24:53 | 7 | BY MR. GLUCKOW: |
| 16:24:53 | 8 | Q.      Let's put aside Paragraph 22 for the |
| 16:24:56 | 9 | moment and just focus on Paragraphs 19 through 21. |
| 16:25:00 | 10 | Can you give your best estimate as to how long it took |
| 16:25:03 | 11 | you to draft those paragraphs, 19, 20, 21, setting |
| 16:25:08 | 12 | down, as you said, the general standards.  Again, I |
| 16:25:11 | 13 | mean for this report.  I understand there were other |
| 16:25:13 | 14 | things in the past years that led up to your ability |
| 16:25:16 | 15 | to put these words on paper, but in terms of the time |
| 16:25:19 | 16 | you spent writing Paragraphs 19, 20, 21 for this |
| 16:25:24 | 17 | report, was it less than an hour, was it between one |
| 16:25:28 | 18 | and ten hours; can you give me an estimate? |
| 16:25:31 | 19 | MR. LEWIS:  Objection to form, asked |
| 16:25:33 | 20 | and answered. |
| 16:25:33 | 21 | THE WITNESS:  I'll take the one and |
| 16:26:09 | 22 | ten as opposed to the less than one of your |
| 16:26:12 | 23 | current choices. |
| 15:53:01 | 24 | BY MR. GLUCKOW: |
| 15:53:01 | 25 | Q.      Don't feel constrained by my |

VERITEXT PA COURT REPORTING COMPANY
(215) 241-1000   (888) 777-6690   (610) 434-8588

B420

R. ALAN MILLER

Page 241

```
16:26:18   1    choices.  If you think it was some other number, one
16:26:21   2    to five, more than ten, tell me what your best
16:26:24   3    recollection is.
16:26:24   4                    MR. LEWIS:  Objection to the form.
16:26:26   5                    THE WITNESS:  I'm sure it's in the
16:26:27   6            one to ten range.  Better than that, I just
16:26:30   7            don't recall.  Again, that's without
16:26:31   8            reference to all the historical or
16:26:35   9            preparatory work that you might describe as
16:26:37  10            going into this, the purpose being,
16:26:39  11            obviously, to explain some framework around
16:26:42  12            which meant look at this issue, the types of
16:26:45  13            information that would be important which I
16:26:48  14            might be asked about to explain at trial, and
16:26:51  15            otherwise the focus was on seeing what the
16:26:54  16            defendants established in terms of the
16:26:57  17            adequacy of their due diligence.
15:53:01  18    BY MR. GLUCKOW:
15:53:01  19            Q.       Putting aside the drafting of the
16:27:03  20    paragraphs, if you can recall, how much time did you
16:27:06  21    spend considering the adequacy of the underwriters'
16:27:11  22    due diligence up through the time that you submitted
16:27:14  23    your initial report, recognizing that you were holding
16:27:18  24    back your ultimate opinion until you saw what the
16:27:22  25    defendants were going to say; to what extent, if at
```

B421

R. ALAN MILLER

Page 242

| | | |
|---|---|---|
| 16:27:25 | 1 | all, did you spend time considering the adequacy of |
| 16:27:28 | 2 | the underwriters' investigation? |
| 16:27:30 | 3 | MR. LEWIS: Objection to the form, |
| 16:27:32 | 4 | compound. |
| 16:27:33 | 5 | THE WITNESS: I'm trying to recall |
| 16:28:04 | 6 | in terms of time frame when I was doing what |
| 16:28:07 | 7 | portions of work in that sense. I'm looking |
| 16:28:26 | 8 | at this in two parts, I suppose. One is the |
| 16:28:30 | 9 | conclusion that the due diligence and result |
| 16:28:32 | 10 | of the due diligence was inadequate is a very |
| 16:28:36 | 11 | quick decision to come to if you presume that |
| 16:28:39 | 12 | counsel will establish the facts alleged in |
| 16:28:42 | 13 | the complaint, in that if there's a material |
| 16:28:44 | 14 | issue not disclosed in the complaint, then |
| 16:28:47 | 15 | the underwriters, by definition, have not |
| 16:28:50 | 16 | performed their due diligence |
| 16:28:53 | 17 | responsibilities unless one takes the |
| 16:28:55 | 18 | somewhat perverse view that you can, in my |
| 16:28:58 | 19 | opinion, I should say -- that you could |
| 16:29:00 | 20 | conduct a reasonable due diligence |
| 16:29:03 | 21 | investigation but not print the results of |
| 16:29:05 | 22 | such an investigation and somehow feel as |
| 16:29:07 | 23 | though you met your burden. That is as long |
| 16:29:11 | 24 | as the prospectus does not disclose a |
| 16:29:14 | 25 | material risk or issue, then all of the |

R. ALAN MILLER

Page 243

| | | |
|---|---|---|
| 16:29:21 | 1 | signatories to the registration statement, as |
| 16:29:25 | 2 | well as the participants in the drafting and |
| 16:29:28 | 3 | preparation of the prospectus as outlined in |
| 16:29:31 | 4 | Section 11, as I understand it, are |
| 16:29:32 | 5 | responsible for the contents of the |
| 16:29:35 | 6 | prospectus, so you can get to that point |
| 16:29:38 | 7 | fairly quickly if you assume the |
| 16:29:42 | 8 | establishment of those facts. |
| 16:29:45 | 9 | To then go beyond that and reach the |
| 16:29:47 | 10 | opinions that I discussed earlier today that |
| 16:29:51 | 11 | gray marketing is a material issue that |
| 16:29:55 | 12 | needed disclosure would have involved, then, |
| 16:30:01 | 13 | some more substantial portion of my time |
| 16:30:04 | 14 | reviewing all the materials involved in the |
| 16:30:07 | 15 | case to come to that determination as we |
| 16:30:09 | 16 | discussed earlier today. |
| 16:30:11 | 17 | To then research the issue of |
| 16:30:16 | 18 | investigation conducted by the underwriters |
| 16:30:21 | 19 | took, again, some more substantial time in |
| 16:30:25 | 20 | terms of reviewing the underwriters' |
| 16:30:26 | 21 | deposition transcripts and exhibits, |
| 16:30:29 | 22 | reviewing -- well, prior to Mr. Necarsulmer's |
| 16:30:34 | 23 | report, reviewing that information to |
| 16:30:37 | 24 | determine whether the investigation appeared |
| 16:30:39 | 25 | to be adequate from that point of view, so |

B423

R. ALAN MILLER

Page 244

| | | |
|---|---|---|
| 16:30:43 | 1 | that's the way I view answering your |
| 16:30:46 | 2 | question. |
| 16:30:47 | 3 | Having done that, I can't recall |
| 16:30:48 | 4 | allocating the hours I've spent in any |
| 16:30:52 | 5 | fashion to that as opposed to the other work |
| 16:30:55 | 6 | we've done. I think that's a general answer |
| 16:30:57 | 7 | to your question. |
| 15:53:01 | 8 | BY MR. GLUCKOW: |
| 15:53:01 | 9 | Q.    In terms of the last part of what |
| 16:31:00 | 10 | you talked about, which was whether the underwriters' |
| 16:31:04 | 11 | investigation was reasonable and adequate, I think you |
| 16:31:06 | 12 | used adequate but either way, did you spend time |
| 16:31:12 | 13 | analyzing that question prior to submitting your |
| 16:31:17 | 14 | initial report? |
| 16:31:18 | 15 | A.    Yeah, I spent some time on that |
| 16:31:22 | 16 | issue prior to submitting a report. |
| 16:31:23 | 17 | Q.    What is your best estimate on how |
| 16:31:28 | 18 | much time you spent on that prior to submitting your |
| 16:31:31 | 19 | initial report? |
| 16:31:31 | 20 | MR. LEWIS:  Objection, asked and |
| 16:31:34 | 21 | answered. |
| 16:31:34 | 22 | THE WITNESS:  I'll take a one to ten |
| 16:31:46 | 23 | hour range again. |
| 15:53:01 | 24 | BY MR. GLUCKOW: |
| 15:53:01 | 25 | Q.    As you've said, you essentially |

B424

R. ALAN MILLER

Page 245

| | | |
|---|---|---|
| 16:31:55 | 1 | reserved your opinion on that issue pending receipt of |
| 16:32:02 | 2 | information from the defendants concerning the |
| 16:32:05 | 3 | underwriters' investigation, correct? |
| 16:32:08 | 4 | A.      Sure. |
| 16:32:09 | 5 | Q.      If you can, can you describe for me, |
| 16:32:18 | 6 | again just focused on 19 through 21, the drafting |
| 16:32:22 | 7 | process you used for putting these paragraphs |
| 16:32:25 | 8 | together? |
| 16:32:29 | 9 | A.      I believe that the bulk of the |
| 16:33:12 | 10 | actual wording, I had previously prepared in |
| 16:33:18 | 11 | connection with other matters. |
| 16:33:20 | 12 | Q.      Including the AMF Bowling matter? |
| 16:33:23 | 13 | A.      Yeah.  I think there may have been |
| 16:33:25 | 14 | two specific matters that I thought might have been |
| 16:33:31 | 15 | close in terms of language and took AMF Bowling and -- |
| 16:33:40 | 16 | going blank on the second one.  Started with that |
| 16:33:47 | 17 | information, then went through all of that to have it |
| 16:33:54 | 18 | reflect the facts and attributes of this case with |
| 16:33:58 | 19 | respect to Adams Golf specifically and the factors |
| 16:34:01 | 20 | that would have been relevant to this work with |
| 16:34:04 | 21 | respect to Adams Golf. |
| 16:34:05 | 22 | Q.      I'm going to look at the list of |
| 16:34:09 | 23 | depositions and arbitrations that you mentioned |
| 16:34:12 | 24 | earlier to see if one of these is the matter you had |
| 16:34:15 | 25 | in mind besides AMF Bowling.  Was it CFS or Alpha or |

B425