IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE ADAMS GOLF, INC., SECURITIES LITIGATION | § § § § | CONSOLIDATED C.A. NO. 99-371-KAJ |

**APPENDIX OF EXHIBITS AND UNREPORTED AUTHORITIES CITED IN PLAINTIFFS' ANSWERING BRIEF IN RESPONSE TO UNDERWRITER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**BERGER & MONTAGUE, P.C.**
Todd Collins
Elizabeth Fox
Neil Mara
1622 Locust Street
Philadelphia, PA. 19103
(215) 875-3000
*Lead Counsel for Plaintiffs and the Class*

**ROSENTHAL, MONHAIT & GODDESS, P.A.**
Carmella P. Keener (DSBA No. 2810)
919 Market Street, Suite 1401
Citizens Bank Center
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com
*Liaison Counsel for Plaintiffs and the Class*

OF COUNSEL:

**LAW OFFICES OF DONALD B. LEWIS**
Donald B. Lewis
5 Cynwyd Road
Bala Cynwyd, PA 19004
(610) 668-0331

**KELLER ROHRBACK, LLP**
Juli E. Farris
Elizabeth A. Leland
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
(206) 623-1900

Dated: October 9, 2006

## Table of Contents

Excerpts from the June 5, 2006 deposition Brian Lantier ........................ A1

Lehman Brothers Adams Golf, Inc. Analyst Report dated August 28, 1998 ........ A2

Excerpts from the June 9, 2006 deposition of Bernard Picchi .................... A3

Excerpts of Lehman Brothers Records Management Program dated August 1998 .... A4

BancAmerica Securities Compliance Manual - Record Retention ................ A5

Letters from Ted McEvoy, Esq. dated August 5, 2005 and June 27, 2006 .......... A6

Affidavit of James Holderman dated August 2, 2006 ........................... A7

Excerpts of BancAmerica Analyst Report dated August 4, 1998 ................. A8

Excerpts of the Adams Golf, Inc. Teleconference Script dated August 6, 1998 ...... A9

Excerpt from Lehman Brothers Commitment Committee Presentation ........... A10

Excerpt from Adams Golf, Inc. Road Show Presentation ...................... A11

Adams Golf, Inc. Customer Due Diligence Questionnaire for Edwin Watts
dated April 21, 1998 ...................................................... A12

Article entitled "*The Costco Of Doing Business*" dated May 1998 ............... A13

Excerpts from the May 17, 2006 deposition of Olga A. Pulido-Crowe ............ A14

Excerpt from the Adams Golf, Inc. 1998 Form 10-K ......................... A15

Excerpts from the May 26, 2006 deposition of Patrick D. Walravens ............ A16

Excerpts from the June 22, 2006 deposition of Barney Adams .................. A17

Memorandum of Lehman Brothers dated July 14, 1998 - Summary of Due Diligence  A18

Adams Golf, Inc. Initial Public Offering Organizational Meeting dated March 24, 1998 A19

Excerpts from the August 7, 2006 deposition of Edward Necarsulmer, III . . . . . . . . A20

Memorandum from Joe Hoffman dated June 25, 1998 re: Adams Golf, Inc.
S.E.C. Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A21

Excerpts from the June 7, 2006 deposition of Joseph D. Teklits . . . . . . . . . . . . . . . . A22

Adams Golf, Inc. Customer Due Diligence Questionnaire . . . . . . . . . . . . . . . . . . . . A23

Packet of Adams Golf, Inc. Customer Due Diligence Questionnaire dated April 1998  A24

Purported List of Adams Golf, Inc. Top Customers from January 1997-March 1998   A25

Fax from Mark Gonsalves to Sameet Mehta dated April 1, 1998 . . . . . . . . . . . . . . . . A26

Correspondence between WDC McKenzie and Adams Golf, Inc. re: Costco . . . . . . . A27

Exhibit VII of Expert Report of Stephen Grace . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A28

Handwritten Notes entitled "Additional Due Diligence Materials" dated July 9, 1998   A29

Adams Golf, Inc. Example Road Show Questions written by Lehman Brothers . . . . A30

Excerpts from Adams Golf, Inc. Initial Public Offering Summary Roadshow
Schedule dated July 13, 1998 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A31

Adams Golf Conference Call Suggested Summary Outline dated July 29, 1998 . . . . A32

Adams Golf, Inc. Press Release entitled "Adams Golf Reports Third Quarter
Operating Results" dated October 22, 1998 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A33

Email from Bernard Picchi to Tim Gamso re: Adams Golf dated November 2, 1998   A34

## UNREPORTED CASES:

*Anderson v. Production Management Corp.*,
2000 U.S. Dist. LEXIS 5696 (E.D. La. 2000) .............................. A35

*Competitive Assocs., Inc. V. Int'l Health Sciences, Inc.*,
72 Civ. 1848-CLB, 1975 U.S. Dist. LEXIS 14230 (S.D.N.Y. Jan. 22, 1975) ...... A36

*Dierson v. Walker*,
2003 U.S. Dist. LEXIS 9538 (N.D. Ill. 2003) ............................. A37

*Erie Ins. Exchange v. Applica Consumer Prods., Inc.*,
2005 WL 1165562 (M.D. Pa. 2005) ..................................... A38

*In re Int'l Rectifier Sec. Litig.*,
No. CV91-3357-RMT (BQRX), 1997 U.S. Dist. LEXIS 23966 (C.D. Cal. 1997) ... A39

*Kim v. Dawn Food Products, Inc.*,
2006 U.S. Dist. LEXIS 11033 (N.D. Ill. Mar. 17, 2006) ..................... A40

*Picard Chemical, Inc. v. Perrigo Co.*,
No 1:95-CV-141, 1:95-CV-290, 1998 U.S. Dist. LEXIS 11783 (W.D. Mich. 1998) . A41

*Positran Manufacturing, Inc. v. Diebold Inc.*,
2003 U.S. Dist. LEXIS 8114 (D. Del. 2003) .............................. A42

*Weinberger v. Jackson*,
No. C-89-2301-CAL, 1990 U.S. Dist. LEXIS 18394 (N.D. Cal. 1990) ........... A43

## DOCKETED CASES

*Coleman (Parent) Holdings, Inc. v. Morgan Stanley & Co.*, Case No.
    502003CA005045XXOCAI, 2005 WL 679071
    (Cir. Ct. 15th Jud. Dist. Palm Beach Fla. 2005) ....................... A44

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 9th day of October, 2006, I caused **APPENDIX OF EXHIBITS AND UNREPORTED AUTHORITIES CITED IN PLAINTIFFS' ANSWERING BRIEF IN RESPONSE TO UNDERWRITER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Jeffrey L. Moyer, Esquire
Alyssa M. Schwartz, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

John E. James, Esquire
Brian C. Ralston, Esquire
Potter, Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

In addition, a copy has been served by electronic mail upon the foregoing counsel and the following:

Theodore J. McEvoy, Esquire
Michael J. Chepiga, Esquire
Elaine Divelbliss, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Email: tmcevoy@stblaw.com
Email: mchepiga@stblaw.com
Email: edivelbliss@stblaw.com

Paul R. Bessette, Esquire
Akin, Gump, Strauss, Hauer & Feld LLP
Three Embarcadero Center, Suite 2800
San Francisco, CA 94111-4066
Email: pbessette@akingump.com

Jennifer R. Brannen, Esquire
Akin, Gump, Strauss, Hauer & Feld, LLP
300 West 6th Street, Suite 2100
Austin, TX 78701-2916
Email: jbrannen@akingump.com

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com