**A. 25**

| | $ Spent (1/97-3/98) | Company Name | City | State | % of Total |
|---|---|---|---|---|---|
| 1 | $2,283,094.52 | Edwin Watts-Corporate | Fort Walton Beach | FL | 4.72% |
| 2 | $1,365,192.39 | WDC Mackenzie Dist. L.T.D | Calgary | Canada | 2.82% |
| 3 | $1,113,954.00 | Golf Day | Revere | MA | 2.30% |
| 4 | $1,106,355.02 | Golfsmith International | Austin | TX | 2.29% |
| 5 | $703,468.04 | Family Golf Centers, Inc. | Melville | NY | 1.46% |
| 6 | $556,157.00 | Sports Authority Inc. | Ft Lauderdale | FL | 1.15% |
| 7 | $423,362.00 | Dick's Sporting Goods | Coraopolis | PA | 0.88% |
| 8 | $388,517.69 | Somerton Springs, Inc. Ivyland | Ivyland | PA | 0.80% |
| 9 | $382,879.00 | George Takei | Solana Beach | CA | 0.79% |
| 10 | $373,133.00 | Percentage Golf | Basildon, Essex | England | 0.77% |
| 11 | $355,320.00 | Dunhams Sports | Waterford | MI | 0.74% |
| 12 | $352,032.00 | Gart Sports, Denver | Denver | CO | 0.73% |
| 13 | $327,534.00 | Leandro Tiribelli | Miami | FL | 0.68% |
| 14 | $323,398.85 | Create Products | Solana Beach | CA | 0.67% |
| 15 | $309,494.11 | Pete Carlson's Golf & Tennis | Palm Desert | CA | 0.64% |
| 16 | $294,230.35 | Herrington Catalog, Londonderry | Londonderry | NH | 0.61% |
| 17 | $273,334.86 | Palm Beach Golf Center Inc. | Palm Beach Gard | FL | 0.57% |
| 18 | $271,864.98 | Martins Golf & Tennis | N Myrtle Beach | SC | 0.56% |
| 19 | $267,567.16 | Hank Haney Golf Ranch | McKinney | TX | 0.55% |
| 20 | $243,933.88 | Pro Golf Discount-Norcross, GA | Norcross | GA | 0.50% |
| 21 | $239,195.26 | Roots & Relics | Honolulu | HI | 0.49% |
| 22 | $205,485.27 | King Par | Flushing | MI | 0.43% |
| 23 | $204,608.00 | Bavarian Village | Troy | MI | 0.42% |
| 24 | $197,742.99 | Wally's Discount Golf | Garland | TX | 0.41% |
| 25 | $187,920.00 | Sportmart/Gart Sport | Wheeling | IL | 0.39% |
| 26 | $184,859.00 | Golf Technik | Fangdiek Str 59 | Germany | 0.38% |
| 27 | $178,163.18 | Pro Am Golf Shop, Honolulu | Honolulu | HI | 0.37% |
| 28 | $177,743.98 | Carl's Golf Land | Bloomfield Hill | MI | 0.37% |
| 29 | $172,642.64 | Special Tee, Altamonte Sprgs,FL | Altamonte Sprgs | FL | 0.36% |
| 30 | $171,100.69 | Golf & Tennis Etc. Houston | Houston | TX | 0.35% |
| 31 | $169,104.00 | DO NOT USE | Toronto | ON | 0.35% |
| 32 | $164,551.37 | Eagle | Seaford | NY | 0.34% |
| 33 | $155,518.15 | Hank Haney Golf Center-City Pt | Dallas | TX | 0.32% |
| 34 | $152,619.10 | Golf Discount of St Peters | St.Peters | MO | 0.32% |
| 35 | $151,340.18 | Hackers Helper Golf Shops | Bethal Park | PA | 0.31% |
| 36 | $147,344.25 | Nevada Bob's-Las Vegas, NV | Las Vegas | NV | 0.30% |
| 37 | $147,182.34 | Oshman's Supersports USA | Houston | TX | 0.30% |
| 38 | $140,558.09 | Uinta Golf | Salt Lake City | UT | 0.29% |
| 39 | $140,041.45 | World Of Golf of Naples | Naples | FL | 0.29% |
| 40 | $138,815.17 | Plaza Golf Inc. | Torrance | CA | 0.29% |
| 41 | $138,794.05 | Pro Golf Discount-Bellevue, WA | Bellevue | WA | 0.29% |
| 42 | $136,902.94 | World Of Golf of New York | New York | NY | 0.28% |
| 43 | $136,318.59 | One Up Golf Center | Tampa | FL | 0.28% |
| 44 | $135,491.17 | Club 4 | Dublin 18 | IE | 0.28% |
| 45 | $134,972.06 | Golf Discount of Huntington B | Huntington Beac | CA | 0.28% |
| 46 | $129,721.96 | Roger Dunn Golf Shop, Santa Ana,CA | Santa Ana | CA | 0.27% |
| 47 | $125,427.76 | Carolina Custom Golf | Raleigh | NC | 0.26% |

Page 1

ADAMS 001268

| | $ Spent (1/97-3/98) | Company Name | City | State | % of Total |
|---|---|---|---|---|---|
| 48 | $123,633.00 | LVG & T Inc. | Las Vegas | NV | 0.26% |
| 49 | $122,629.29 | Manatee Golf | Bradenton | FL | 0.25% |
| 50 | $118,095.00 | The Paradies Shops | Atlanta | GA | 0.24% |
| 51 | $117,648.27 | Fiddler's Green | Eugene | OR | 0.24% |
| 52 | $116,011.35 | Golfer's Warehouse | Hartford | CT | 0.24% |
| 53 | $112,208.54 | Pro Golf Discount-Charlotte, NC (2) | Charlotte | NC | 0.23% |
| 54 | $108,914.01 | Meg Cor Discount Golf | Lumberton | NC | 0.23% |
| 55 | $107,957.53 | New York Golf Center of LI, Hicksville | Hicksville | NY | 0.22% |
| 56 | $105,619.98 | Tee-Town Golf Ranch | Tulsa | OK | 0.22% |
| 57 | $104,439.84 | The Range, Avon | Avon | OH | 0.22% |
| 58 | $103,866.38 | Brass Tee | Escondido | CA | 0.21% |
| 59 | $100,874.08 | Del Rio Country Club | Modesto | CA | 0.21% |
| 60 | $98,927.83 | Fry's Sports | South San Franc | CA | 0.20% |
| 61 | $98,057.00 | Professional Back Up Ab | Malmo | SW | 0.20% |
| 62 | $97,655.00 | The Ian McRae Golfing Co. | Cremorne NSW 20 | AU | 0.20% |
| 63 | $94,404.30 | BT Pro Shop | Newark | OH | 0.20% |
| 64 | $92,158.18 | U S Golf | Crossville | TN | 0.19% |
| 65 | $91,915.04 | Golf Warehouse Sales Inc | Norcross | GA | 0.19% |
| 66 | $91,399.36 | Supreme Golf-Carmel | Carmel | IN | 0.19% |
| 67 | $91,058.40 | Maple Hill Golf Course | Grandville | MI | 0.19% |
| 68 | $90,433.00 | Edwin Watts Golf Shop , Sarasota | Sarasota | FL | 0.19% |
| 69 | $87,371.18 | Sun Golf | Jacksonville | FL | 0.18% |
| 70 | $86,974.50 | Copeland Sports | San Luis Obisbo | CA | 0.18% |
| 71 | $85,610.98 | Art Wilson Golf Shop | Santa Clara | CA | 0.18% |
| 72 | $85,200.98 | Washington Golf Center Corp. | Arlington | VA | 0.18% |
| 73 | $84,214.26 | Golf Shop Limited | Charlotte | NC | 0.17% |
| 74 | $83,631.53 | Lefties Only | South Burlingto | VT | 0.17% |
| 75 | $82,645.77 | Supreme Golf | Ft. Worth | TX | 0.17% |
| 76 | $82,350.75 | Nevada Bob's-Scottsdale, AZ | Scottsdale | AZ | 0.17% |
| 77 | $81,840.73 | Manasquan River Golf Club | Briele | NJ | 0.17% |
| 78 | $81,779.45 | Edwin Watts - Dallas, TX | Ft. Walton Beac | FL | 0.17% |
| 79 | $80,807.20 | Legends Golf Center | Old Bridge | NJ | 0.17% |
| 80 | $76,706.00 | Roger Dunn, Naples,FL | Naples | FL | 0.16% |
| 81 | $76,426.00 | Golf Dimensions | N. Myrtle Beach | SC | 0.16% |
| 82 | $76,278.00 | Jean's Pacific, Torrance,CA | Torrance | CA | 0.16% |
| 83 | $75,449.00 | Lars Kjaer & Co A/S | Denmark | NT | 0.16% |
| 84 | $75,283.11 | Puetz Golf Center | Seattle | WA | 0.16% |
| 85 | $75,148.30 | Pro Golf Discount-Houston, TX | Houston | TX | 0.16% |
| 86 | $74,819.52 | Aloha Golf Shop | Honolulu | HI | 0.15% |
| 87 | $73,186.64 | Van's Pro Shop | Phoenix | AZ | 0.15% |
| 88 | $72,108.95 | Big Leroy Total Golf | Fort Myers | FL | 0.15% |
| 89 | $71,609.56 | Wheat Road Golf | Vineland | NJ | 0.15% |
| 90 | $71,400.00 | Chun Shin Corp. | Seoul | Korea | 0.15% |
| 91 | $69,098.71 | Enterprise Discount Golf | Secaucus | NJ | 0.14% |
| 92 | $68,815.00 | Foissy Golf S.A. | Foissy Golf S.A. | France | 0.14% |
| 93 | $67,880.43 | Alf's Golf Shop of Miami | Miami | FL | 0.14% |
| 94 | $67,659.45 | Roger Dunn, N. Hollywood,CA | N Hollywood | CA | 0.14% |

ADAMS 001269

| | $ Spent (1/97-3/98) | Company Name | City | State | % of Total |
|---|---|---|---|---|---|
| 95 | $66,889.50 | Las Vegas Discount Golf, Las Vegas,NV | Las Vegas | NV | 0.14% |
| 96 | $66,380.62 | Haggin Oaks Golf Shop | Sacramento | CA | 0.14% |
| 97 | $65,817.87 | US Golf, ** DO NOT USE** | Panama City Bea | FL | 0.14% |
| 98 | $65,631.72 | Players World Of Golf | Atlanta | GA | 0.14% |
| 99 | $65,462.01 | Golf USA-W Palm Beach, FL | W. Palm Beach | FL | 0.14% |
| 100 | $64,375.97 | Orange Sports Center | Garden Grove | CA | 0.13% |
| 101 | $63,782.32 | Golf USA-Oklahoma City, OK (1) | Oklahoma City | OK | 0.13% |
| 102 | $63,557.19 | Nevada Bob's-McAllen, TX | McAllen | TX | 0.13% |
| 103 | $63,044.00 | Pro Golf Discount-Norwalk, CT | Norwalk | CT | 0.13% |
| 104 | $62,920.50 | Golf Round Up, Inc | Vero Beach | FL | 0.13% |
| 105 | $62,529.40 | Cam Golf Shop | Lansing | IL | 0.13% |
| 106 | $62,125.30 | Golf Craft Pro Shop & Repair | San Antonio | TX | 0.13% |
| 107 | $62,024.63 | Tyson's Washington Golf Center | McClean | VA | 0.13% |
| 108 | $62,003.65 | Richard Metz Golf | New York | NY | 0.13% |
| 109 | $60,762.42 | Midwest Golf & Tennis Company | St. Charles | IL | 0.13% |
| 110 | $59,839.29 | Ohio Discount | Cuyahora Falls | OH | 0.12% |
| 111 | $59,513.00 | Wayland Golf Shop, Wayland | Marboro | MA | 0.12% |
| 112 | $57,619.73 | Richmond Golf Center, Richmond,VA | Richmond | VA | 0.12% |
| 113 | $57,403.00 | Continental Sales Co. | Livonia | MI | 0.12% |
| 114 | $56,602.00 | US Golf / Tailor Built, Panama Cty Bch. | Panama Cty Bch | FL | 0.12% |
| 115 | $55,719.38 | Darien Golf Center | Darien | CT | 0.12% |
| 116 | $55,353.55 | Golf Outlet-Patterson, NY | Patterson | NY | 0.11% |
| 117 | $54,461.89 | Golf & Ski Warehouse | West Lebanon | NH | 0.11% |
| 118 | $54,424.90 | Edwin Watts Golf Shop, Hanover | Hanover | MA | 0.11% |
| 119 | $54,040.00 | AGS, Inc | Sioux Falls | SD | 0.11% |
| 120 | $53,963.12 | Nevada Bob's-Hilton Head, SC | Hilton Head | SC | 0.11% |
| 121 | $53,439.06 | Golf Galaxy | Eden Prairie | MN. | 0.11% |
| 122 | $52,880.08 | Don Sherwood Golf & Tennis | San Francisco | CA | 0.11% |
| 123 | $52,676.75 | Eagle Quest at Golf Park | Kent | WA | 0.11% |
| 124 | $52,643.54 | Pro Golf, Bluffton | Bluffton | SC | 0.11% |
| 125 | $52,185.00 | Trade International | Taipei | TW | 0.11% |
| 126 | $51,489.95 | The Practice Tee Golf Outlet | Clairton | PA | 0.11% |
| 127 | $51,017.60 | Pro Golf Discount-Bellevue, WA | Bellevue | WA | 0.11% |
| 128 | $50,886.00 | International Golf Disc-Southfield, MI | Southfield | MI | 0.11% |
| 129 | $50,760.00 | Edwin Watts | | | 0.11% |
| 130 | $50,758.00 | Las Vegas Disc. Golf, Las Vegas,NV | Las Vegas | NV | 0.11% |
| 131 | $50,643.58 | Philadelphia Washington Golf C | Conshohocker | PA | 0.10% |
| 132 | $50,574.00 | Pro Golf-Livonia | Livonia | MI | 0.10% |
| 133 | $50,426.54 | T & D Golf-Tampa, FL | Tampa | FL | 0.10% |
| 134 | $49,804.48 | Desert Golf Center | Palm Desert | CA | 0.10% |
| 135 | $49,389.00 | Pro Golf Discount-Sarasota, FL | Sarasota | FL | 0.10% |
| 136 | $49,132.93 | Bobicks Golf Inc. Ft. Wayne | Fort Wayne | IN | 0.10% |
| 137 | $49,042.28 | Moore's Golf Shop | Boyton Beach | FL | 0.10% |
| 138 | $48,917.07 | Hank Haney City Pointe Glf Ctr | Dallas | TX | 0.10% |
| 139 | $48,823.95 | Nevada Bob's-W. Springfield, MA | W. Springfield | MA | 0.10% |
| 140 | $48,800.04 | Larry's Discount Golf | Scarsdale | NY | 0.10% |
| 141 | $48,747.63 | Ironwood Country Club | Palm Desert | CA | 0.10% |

ADAMS 001270

**A. 26**

Received: 4/ 1/98  1:20PM;        972 424 0721 -> LEHMAN BROTHERS;  Page 1

APR-01-1998  15:04      ADAMS GOLF                    972 424 0721    P.01/03

2901 Summit Avenue, Suite 100
Plano, Texas 75074 USA
Phone: 972-422-7080 Fax: 972-424-0721



# Fax

| **To:** | Sameet Mehta | **From:** | Mark D. Gonsalves |
|---|---|---|---|
| **Fax:** | 415-274-5381 | **Pages:** | 3, including this one. |
| **Phone:** | 415-274-5389 | **Date:** | 04/01/98 |
| **Re:** | Top 10 Account List | **CC:** | Jim Farrell |

As Requested.

Dear Sameet,

Enclosed, please find the listing of our top accounts. I have not talked with each one directly, but have left voice mail for the individuals I did not reach prefacing your call. They should all provide you what you need.

Let me know if I can be of further help.

Best regards,



Mark D. Gonsalves
Vice President
Sales & Marketing



EXHIBIT
260

CONFIDENTIAL

UND 05262

Received:  4/ 1/98  1:20PM;          972 424 0721 -> LEHMAN BROTHERS;  Page 2
APR-01-1998  15:04        ADAMS GOLF                    972 424 0721   P.02/03

Top 10 Customer List for Lehman Bros.

1.  Edwin Watts- President & Owner
    Edwin Watts Golf Shops
    20 Hill Avenue
    Fort Walton Beach, FL 32548
    800-874-0146 x103

2.  Craig Johnson- VP of Merchandising
    Golfsmith International
    11000 N. IH-35
    Austin, TX 78753
    512-837-8810

3.  John MaGregor- VP of Golf Merchandising
    Golf Day
    135 American Legion Hwy
    Revere, MA 02131
    781-853-0900 x2318

4.  Gene McMasters- Director of Retail Sales
    Family Golf Centers, Inc.
    225 Broadhollow Rd., Ste. # 106E
    Melville, NY 11747
    516-694-1666 x31

5.  Butch Marman- VP of Sales
    Golf Discount of St. Peters
    4100 Mid Rivers Mall Drive
    St. Peters, MO 63376
    314-939-4283

6.  Craig McCallister- Owner
    World Wide Golf Enterprises
    26362 Carmel Rancho Lane
    Carmel, CA 93923
    408-624-3160 x101

7.  Jack London- Chairman of the Board
    Pro Golf of America
    Home Office: 2342 Vallecitos
    La Jolla, CA 90237
    619-459-0241

CONFIDENTIAL

UND 05263

Received:    4/ 1/98   1:21PM;            972 424 0721 -> LEHMAN BROTHERS;   Page 3
       APR-01-1998  15:05        ADAMS GOLF                        972 424 0721   P.03/03

8.    Henry Lange- VP of Sales
       Somerton Springs, Inc.
       48 Vincent Circle, Unit D
       Ivyland, PA 18974
       215-956-2460 x

9.    Joe Beauseigneur- Merchandising Manager
       Dick's Sporting Goods
       400 Fairway Drive
       Coraopolis, PA 15108
       412-269-4516 x3137

10.   Pete Carlson- Owner
       Pete Carlson's Golf & Tennis
       73-741 Hwy 111
       Palm Desert, CA 92260
       760-568-3263

TOTAL P.03

CONFIDENTIAL

UND 05264

A. 27

From: Chris Beebe  To: Greg Pratt                    Date: 11/15/98  Time: 4:58:38 PM                    Page 1 of 1

2801 East Plano Parkway
Plano, Texas 75074
beebeck@adamsgolf.com
FAX: 972-398-8818
800-622-0609
Tel: 972-673-9000



*From the desk of*
**Chris Beebe**

DATE _Apr. 27/06_ EXHIBIT NO. _23_

EXAM. OF _Greg Pratt_

_Kim Morosse_
COURT REPORTER CSR(A)
_Amicus Reporting Group_



To:  Greg Pratt – WDC Mackenzie

RE:  Costco

Date: November 16, 1998                    **Total Pages - 1**

Dear Greg,

Thank you for your voice mail last week and your very clear message. I understand your situation and am working to see what I can do on your behalf. However, I also want to let you know what I am up against.

Adams Golf is facing a very difficult fourth quarter, and we need to make sure that we have as good a showing as possible. It will cost Adams more to settle the Costco problem with bags than with clubs, and that is one big reason that this option is not attractive. The other is that Adams has had some payment problems with WDC. We worked out a payment program that was agreed to by both sides, but WDC could not keep that schedule. In addition, Adams was never told in advance that this schedule could not be kept. Both times that the payments were late, Adams had to call to see what the situation was. And we still do not know when the final payment will be made. Adams does not see this as being very cooperative, and there is some hesitation when asked to go out of our way to create a settlement that is convenient for you.

Yes, there are numerous reasons behind your situation, for things are never as simple as they seem. But Adams is looking at things from a financial point of view, and that is what I must fight. I will call you today after I speak with Adams.

Best regards,

Chris Beebe

MCK01505

# WDC MACKENZIE DISTRIBUTORS LTD.

11408 - 44th Avenue S.E., Calgary, Alberta T2G 4W6
Phone: (403) 243-4005          Toll Free: 1-800-395-6745          Fax: (403) 243-2457

April 13, 1998

DATE _Apr. 27/06_ EXHIBIT NO. _6_
EXAM. OF _Greg Pratt_
Kim Monroe
COURT REPORTER CSR(A)
Amicus Reporting Group

Attention:  Chris Beebe
            Director of International Sales
            ADAMS Golf

Let me start off by saying welcome to the exciting world of Adams from
WDC Mackenzie, one of Adams top international distributors. You have
already helped us out with our latest concern - the presence of Adams
clubs in the Costco stores in Canada.

As you are well aware, from our conversations, this has the potential to
have great impact on the Canadian market for Adams if together we do not
act quickly. I would like to fill you in on what has been the reaction
from our Canadian Adams clients, what action we have taken to date, and
some suggestions for Adams to help us put an end to this immediately.

Our Adams accounts have been calling us steady ever since the Tight Lies
showed up in the Costco stores, about three weeks ago. We handle
anywhere from ten to twenty-five calls daily. Please keep in mind that
we have a total of 2,200 golf accounts in the whole country. This
includes off-course, and green grass. We about four hundred Adams
accounts to date.

I have spoken with the Vice President of Costco Canada, other executives
and written them a letter explaining our concern as the holder of the
Canadian rights for Adams clubs, as they possibly were not aware. They
Are not concerned who holds the rights, and they will continue to source
product that " . . . our members are asking for". They admit to
sourcing the Adams clubs on the "gray market", and are not apologizing
for it. Other major golf companies have had this problem before, and
some still do. Each one in the past took action.

History has seen Callaway, Taylor Made, and Ping either match the
pricing of Costco to its accounts, or go into Costco and purchase all of
the product, to be rid of it. Many accounts have threatened to send the
product back to us if we do not do the same. It is important to note
that our wholesale price is $235 for graphite (retail $299-$349).
Costco is retailing the graphite Tight Lies at $249.99. While Costco

MCK00093

has not received much product to date this pricing has done some short term damage to the perception in the market. We have taken steps to buy some time so together with your help we can put an end to this.

We have asked our clients to stand behind us. While they all agree that this is the hottest club in the market they are very uncomfortable with Costco's retail being only $15 more than their wholesale. We have told our loyal Adams accounts to give us time, and if this problem has not gone away. and the clubs do not sell as a result we will take their product back. We have asked them to give us sixty days. We are confident that you will have helped us with our problem by then.

There are ways that you can help us. Since the product is originating at your facility you can take steps at your end. As you know these "parallel exporters", or "divertors" are very sly. The inside sales staff at Adams must play a major role. Can we make them aware of how serious this is? If necessary I will come there myself and explain how this could hurt us in Canada. I would suggest that any account that has only one or two stores in the United States should be red flagged any time they order more than fifty clubs. as a suggestion. This should especially apply for accounts close to the Canadian border.

Your quick action on the order for King Par in Flint Michigan stopped an order of 1.500 clubs from going to a one-store account. It is guys like this that are making life difficult for us. Ping was able to control this problem when they started to serial code their clubs. This way they are able to track where the clubs came from. and eventually put the "parallel exporters" out of business. bit by bit.

With your experience in this area you can offer many suggestions to help us with this problem. We welcome any ideas you may have. I look forward to hearing your thoughts.

Yours truly.

Greg Pratt
National Sales Manager

MCK00094

# WDC MACKENZIE DISTRIBUTORS LTD

1140 B 44TH AVENUE S.E.
CALGARY, ALBERTA
T2G 4W6
PHONE# (403) 243-4005
FAX# (403) 243-2457
E-MAIL: WDCMACKG@CADVISION.COM

## FACSIMILE TRANSMISSION SHEET

TO: _____    ATTN: Chris Beebe

FAX #: _____    DATE: April 13 '98

FROM: Greg Pratt    TIME: 7 15 pm

TOTAL NUMBER OF PAGES INCLUDING COVER: three

COMMENTS: _____

The letter we discussed

Thank-you.

MCK00095

W.D.C.MacKenzie          TEL:14032432457          Apr 14 98   16:03 No.021 P.01

## WDC MACKENZIE DISTRIBUTORS LTD
1140 B 44TH AVENUE S.E.
CALGARY, ALBERTA
T2G 4W6
PHONE# (403) 243-4005
FAX# (403) 243-2457
E-MAIL: WDCMACKG@CADVISION.COM

DATE _Apr. 2 7/00_ EXHIBIT NO. _1_
EXAM. OF _Gregg Pratt_
_Kim Morosse_
COURT REPORTER CSR(A)
_Amicus Reporting Group_

### FACSIMILE TRANSMISSION SHEET

TO: _Adams Golf_          ATTN: _Chris Beebe_

FAX #: _____          DATE: _April 14th_

FROM: _Phil Holford_          TIME: _____

TOTAL NUMBER OF PAGES INCLUDING COVER: _2.5_

COMMENTS: _No Per. Discussion - FYI_
_Our first lead on Adams/Costco_
_was Mar. 23rd Kelowna, BC._
_We passed on the info. to you_
_folks shortly thereafter._
_Thx_
_Phil_

ADAMS 009325

W.D.C.MacKenzie          TEL:14032432457          Apr 14 98    16:03 No.021 P.02

April 14, 1998

**CHRIS BEEBE**
*Adams Golf*
2801 East Plano Parkway
Plano, Texas
75074

Re : Costco Wholesale

Dear Chris,

As per our discussion, here is the related information.

*1.)* Acushnet Canada Inc. : *Transshipment/ Redistribution Policy*

2) Golf Connections : Orem, Utah (801) 467-4499 Contact : *Borges Lamont*
Parallel exporter of Adams, Callaway, Taylor Made, etc. Possible source for Costco, but
confirmed as presenting these products to Retail and Green Grass facilities.

Hope this information proves useful to our common plight. I would like to thank you
for your efforts on behalf of all of us here at WDC Mackenzie Distributors Ltd.

Sincerely,

Paul Holford
Manager
Customer Service

ADAMS 009326

W.D.C.MacKenzie          TEL:14032432457          Apr 14 98    16:30 No.024 P.01

*Titleist*                                          **foot-Joy.**

January 1998

### ACUSHNET CANADA INC.

### TRANSSHIPMENT/REDISTRIBUTION POLICY

THE ACUSHNET COMPANY, WORLDWIDE is committed to protecting the quality image and goodwill associated with TITLEIST, FOOT-JOY and COBRA products. This can be accomplished in part by ensuring that those who are authorized to sell our products are committed to providing an appropriate level of service merchandising, advertising and promotion.

Our policy is to sell our products to direct accounts strictly for retail sale to end-users from the direct account location authorized by ACUSHNET CANADA. It is a violation of our policy for a direct account to:

    A. Engage in wholesale sales of our products.

    B. Sell, transfer or distribute our products, either directly or indirectly, in or to locations other than the authorized direct account location or wholesalers without the approval of the National Sales Manager. Each direct account may once each year participate in the sale of our products at a location other than their approved location; provided that the other location is within 50 miles of the approved location, the sales are conducted by personnel of the direct account and the sales continue for a period of seven days or less. Any other such sales require the prior written approval of the National Sales Manager.

If, as a result of a direct account engaging in any of the above activities, product ordered by that direct account is subsequently discovered for resale in an unauthorized retail location, either in Canada or abroad. ACUSHNET CANADA INC. will enforce this policy as follows:

    1. <u>First Violation</u> – cancellation of all orders and a three month suspension of all order taking activity.

    2. <u>Subsequent Violation</u> – discontinuation of the business relationship.

A violation of this policy may, in Acushnet Canada's sole discretion, disqualify an account from participating in and receiving the benefits of (volume related) discounts, incentive programs, or rebate programs.

This is an ACUSHNET COMPANY WORLDWIDE corporate policy. No employee is authorized or permitted to solicit or accept any assurances of compliance from any account with regard to this policy. No sales representative or sales service person is authorized or permitted to [i] interpret or discuss this policy other than to answer general questions or [ii] reinstate delivery to any account that is suspended or terminated according to this policy. Any inquiries regarding this policy should be addressed to the National Sales Manager at our Gormley, Ontario office or if related to the Cobra Brand, the Cobra National Sales Manager at our Montreal, P.Q. office.

Acushnet Canada Inc., 42 Cardico Dr., P.O. Box 340, Gormley, Ontario L0H 1G0 • Telephone: 905-888-1445 • Toll Free Line: 1-800-263-1667 • Facsimile: 905-888-1449

ADAMS 009327

W.D.C.MacKenzie          TEL:14032432457          Apr 16 98   10:24 No.008 P.01

## WDC MACKENZIE DISTRIBUTORS LTD
1140 B 44TH AVENUE S.E.
CALGARY, ALBERTA
T2G 4W6
PHONE# (403) 243-4005
FAX# (403) 243-2457
E-MAIL: WDCMACKG@CADVISION.COM

DATE _Apr. 27/06_ EXHIBIT NO. _9_
EXAM. OF _Greg Pratt_
_Kim Morosse_
COURT REPORTER CSR(A)
_Amicus Reporting Group_

## FACSIMILE TRANSMISSION SHEET

TO: _Adams Golf_          ATTN: _Chris Beebe_

FAX #: _____       DATE: _April 16th_

FROM: _Phil Holford_      TIME: _____

TOTAL NUMBER OF PAGES INCLUDING COVER: _5_

COMMENTS: _Thanks_
_Chris_
_WH_

ADAMS 009331

W.D.C.MacKenzie          TEL:14032432457          Apr 16 98   10:24 No.008 P.02

## WDC MACKENZIE DISTRIBUTORS LTD.

1140B - 44th Avenue S.E., Calgary, Alberta T2G 4W6

Phone: (403) 243-4005          Toll Free: 1-800-395-6745          Fax: (403) 243-2457

April 15, 1998

CHRIS BEEBE
*Adams Golf*
2801 East Plano Parkway
Plano, Texas
75074

Re: **Parallel Exportation**

Dear Chris,

As per our conversations, here is the information that you have requested regarding Costco Wholesale.

1) **Importation Costs :**
   Graphite – Cost : $105.00 U.S.
   105 x 1.47 exchange rate (average) = 154.35 Canadian
   154.35 x 7% GST (Goods and Services Tax) = 165.15
   165.15 x 2% Duty = 168.45
   168.45 x 2 Brokerage = 171.81
   171.81 = 1.47 Canadian Freight p/piece = $173.28 Total Cost Canadian
   Wholesale = $235.00, Recommended Retail = $329.99   2.99 - 3.99

   Steel – Cost : $77.00 U.S.
   77 x 1.47 exchange rate (average) = 113.19 Canadian
   113.19 x 7% GST (Goods and Services Tax) = 121.11
   121.11 x 2% Duty = 123.53
   123.53 x 2% Brokerage = 126.00
   126.00 + 1.47 Canadian Freight p/piece = $127.47 Total Canadian Cost
   Wholesale = $175.00, Recommended Retail = $269.99   2.99 - 2.79

2) **Affected Accounts :** *Nationwide*
   The full impact of discounting by Costco Wholesale is yet to be fully understood. We have been able to narrow what we feel will be affected accounts given the source of areas of concern we have identified.

ADAMS 009332

Affected Accounts Continued :

*British Columbia* : Including The lower Mainland, Vancouver Island, Okanagan, Interior and the Kootenays

Retail Operations : 21 Locations
Green Grass Operations : 64 Locations (or 28% of possibles)

*Alberta* : Including South, South Central and Northern Alberta

Retail Operations : 15 Locations
Green Grass Operations : 48 (or 34% of possibles)

*Ontario* : Including Metro-Toronto, South West Ontario, Ottawa Valley and the LakeHead region

Retail Operations : 52 Locations
Green Grass Operations : 168 Locations (or 29% of possibles)

*Quebec* :

Retail Operations : 15 Locations
Green Grass Operations : 78 (or 23% of possibles)

*Manitoba / Saskatchewan* :

Retail Operations : 7 Locations
Green Grass Operations : (or 19% of possibles)

*Maritimes* : Including Nova Scotia, New Brunswick, Prince Edward Island and Newfoundland

Retail Operations : 3
Green Grass Operations : 9 (or 14% of possibles)

Total Number of Retail Accounts : 113
Total Number of Green Grass Accounts : 388

ADAMS 009333

W.D.C.MacKenzie        TEL:14032432457        Apr 16 98   10:25 No.008 P.04

Affected Accounts Continued

*Determined By :*
Proximity to Costco outlet
Private memberships or customer loyalty
Resort play
Type(s) of Hard Goods sold

To date we have applied our "60 Day Satisfaction" rule to approximately 70 clients.

We have had 108 pieces returned or cancelled since Costco has brought to market Adams Golf.

Another matter for consideration, : U.S. citizens who are also card carrying Costco members can purchase Adams Golf clubs in graphite for $161.85 retail, at current rates of exchange in Canada. This may adversely affect relations with Adams retailers in the U.S., particularly those close to the border.

This is all of the information we have to date. If there is anything further we can provide you, please let me know. Thanks alot.

Sincerely,

Paul Holford

ADAMS 009334



ADAMS 009335

**A. 28**

Exhibit VII

| DATE | NUMBER OF CLUBS ARRIVING IN COSTCO WAREHOUSE[1] | NUMBER OF CLUBS SOLD BY COSTCO[2] | COMPLAINTS TO ADAMS GOLF REGARDING COSTCO | SOLUTIONS IMPLEMENTED BY ADAMS GOLF | NUMBER OF CLUBS SOLD BY ADAMS GOLF[3] |
|---|---|---|---|---|---|
| 2/16/98 | 440 (Canada) | | | | |
| 3/3/98 | 200 (US) 60 (Canada) | | | | |
| 3/15/98 [for 2/16/98-3/15/98] | | 1 (Canada) | | | |
| 3/17/98 | 2,883 (US) | | | | |
| 3/23/98 | | | WDC Mackenzie first reports the appearance of Adams Golf clubs in Canadian Costcos (ADAMS 9325) | | |
| 3/26/98 | 492 (Canada) | | | | |
| 3/27/98 | | | | Adams Golf monitors large orders for potential gray marketing (ADAMS 1323) Adams Golf stopped a large order from going to King Par in Flint, MI for fear of potential gray marketing (ADAMS 1323) | |
| 3/31/98 | | | | | 188,898 |
| 4/12/98 [for 3/16/98-4/12/98] | | 223 (Canada) | | | |

---

[1] The counts in this column are from the document Costco produced, showing when its warehouses received Adams Golf Tight Lies clubs. COST 0001-0008.

[2] The counts in this column are from Costco's records showing Costco sales of Adams Golf Tight Lies Clubs. COST 0024, 0041, 0050-0052.

[3] ADAMS 28669.

| DATE | NUMBER OF CLUBS ARRIVING IN COSTCO WAREHOUSE | NUMBER OF CLUBS SOLD BY COSTCO | COMPLAINTS TO ADAMS GOLF REGARDING COSTCO | SOLUTIONS IMPLEMENTED BY ADAMS GOLF | NUMBER OF CLUBS SOLD BY ADAMS GOLF |
|---|---|---|---|---|---|
| 4/13/98 | | | WDC Mackenzie complains to Adams Golf's new director of international sales, Chris Beebe, about the presence of Adams Golf clubs in Canadian Costcos (MCK 93 – MCK 96) | | |
| 4/14/98 | | | WDC Mackenzie sends a follow-up fax to Chris Beebe, reminding him that the Adams clubs were first seen in Costco around March 23 (ADAMS 9325 – ADAMS 9328) | | |
| 4/15/98 | | | WDC Mackenzie sends memo to Chris Beebe regarding the impact of Costco on Mackenzie's sales of Adams Golf's clubs (MCK 87 – MCK 89) | Chris Beebe sends a memo to Mark Gonsalves, discussing the dangers of gray marketing and the solutions that other golf retailers have employed to combat the problem (ADAMS 5045) | |
| 4/28/98 | | | WDC Mackenzie tells Chris Beebe on a visit to Canada that about 600 woods made it into Canadian Costcos, although most Costcos had run out of stock by this point (ADAMS 9405 – ADAMS 9410) | | |
| 5/6/98 | | | Pro Golf Discount in Fairfax, VA cancelled order because Adams clubs are in Costco (ADAMS 041074) | Chris Beebe sends a letter to all international distributors, threatening to terminate any who participate in gray marketing, and offering to match Costcos price for any thinking of selling to Costco (MCK 81 - MCK 82) | |
| 5/7/98 | | | Adams Golf clubs found in Costco in Modesto, CA (ADAMS 1504) | | |

| DATE | NUMBER OF CLUBS ARRIVING IN COSTCO WAREHOUSE | NUMBER OF CLUBS SOLD BY COSTCO | COMPLAINTS TO ADAMS GOLF REGARDING COSTCO | SOLUTIONS IMPLEMENTED BY ADAMS GOLF | NUMBER OF CLUBS SOLD BY ADAMS GOLF |
|---|---|---|---|---|---|
| 5/10/98 [for 4/13/98-5/10/98] | | 649 (U.S.) 160 (Canada) | | | |
| 5/11/98 | 1,500 (US) | | | | |
| 5/18/98 | 300 (US) | | | Barney Adams writes to Jim Sinegal of Costco, demanding that Costco cease selling Adams clubs, and asking to know where Costco is acquiring the clubs (ADAMS 1505) | |
| 5/20/98 | 225 (US) | | | | |
| 5/21/98 | | | Pro Golf complains that Costco is selling Adams Golf product (ADAMS 2471) | Mark Gonsalves sends a letter to Paul McCormick at Pro Golf, explaining that Adams Golf does not sell to Costco, and that Adams Golf is looking for ways to stop its product from being in Costco. (ADAMS 2471) Gonsalves also writes Adams Golf's sales department, asking them to pass on this same message to any customers complaining about Costco (ADAMS 2470) | |
| 5/22/98 | | | | Costco's Patrick Callans responds to Barney Adams's letter, saying that Costco will not reveal its source, other than to say that it is a US company (ADAMS 1501 – ADAMS 1503) Barney Adams sends a letter to Patrick Callans, demanding that Costco identify the retailer that had sold Adams Golf clubs to it (ADAMS 1499) | |

| DATE | NUMBER OF CLUBS ARRIVING IN COSTCO WAREHOUSE | NUMBER OF CLUBS SOLD BY COSTCO | COMPLAINTS TO ADAMS GOLF REGARDING COSTCO | SOLUTIONS IMPLEMENTED BY ADAMS GOLF | NUMBER OF CLUBS SOLD BY ADAMS GOLF |
|---|---|---|---|---|---|
| 5/28/98 | | | | Patrick Callans of Costco responds to Barney Adams's letter, providing Adams with the certificate of authenticity signed by the retailer that supplied Costco, but still refusing to reveal the retailer's identity (ADAMS 1498 – ADAMS 1500) | |
| 5/29/98 | 2,000 (US) | | WDC Mackenzie reports that a new shipment of Adams Golf clubs have hit Canadian Costcos (ADAMS 1497) | | |
| 6/1/98 | | | Centerville Golf in Centerville, VA complained about Adams clubs in Costco. (ADAMS 041242) | Barney Adams writes another letter to Patrick Callans of Costco, demanding that Costco identify the retailer providing Costco with Adams Golf clubs (ADAMS 1495) | |
| 6/7/98 [for 5/11/98-6/7/98] | | 1625 (U.S.) 158 (Canada) | | | |
| 6/8/98 | | | Merrifield Golf in Fairfax, VA called regarding Adams clubs seen at Costco (ADAMS 041296) | Adams Golf implements a price-matching policy in Canada that allows the retailers to match Costco's price without giving up their margin for any customer that mentions that Adams clubs are available at Costco (MCK 1053 – MCK1055) | |
| 6/9/98 | | | | Adams Golf issues a press release announcing that the Company has taken legal action against Costco (ADAMS 1477) | |

4

| DATE | NUMBER OF CLUBS ARRIVING IN COSTCO WAREHOUSE | NUMBER OF CLUBS SOLD BY COSTCO | COMPLAINTS TO ADAMS GOLF REGARDING COSTCO | SOLUTIONS IMPLEMENTED BY ADAMS GOLF | NUMBER OF CLUBS SOLD BY ADAMS GOLF |
|---|---|---|---|---|---|
| 6/11/98 | | | Jack Tone Golf in Ripon, CA called regarding Adams clubs in Costco (ADAMS 041334) | Adams Golf files a Bill of Discovery in Texas state court against Costco (ADAMS 1474 – ADAMS 1493) | |
| 6/24/98 | | | Green River Golf Club in Corona, CA called to complain about clubs in Costco (ADAMS 041435) | | |
| 6/25/98 | | | Pro Golf Discount in Boise, ID called regarding their problems selling clubs due to Costco (ADAMS 041441) Centerville Golf Center in Centerville, VA called to complain again about Costco (ADAMS 041443) | | |
| 6/26/98 | | | | Barney Adams writes letters to Larry Tatro of Manatee Golf and Dan Straka of King Par Golf, reminding them of their retailer agreements with the Company and the fact that it only allows him to sell to end-users. Adams asks Tatro and Straka to sign and return copies of this distribution policy to the Company. (ADAMS 1457; ADAMS 1473) Adams Golf internal minutes indicate tracing of shipments to Manatee (ADAMS 9071) | |
| 6/29/98 | | | Tierneys Golf in Walnut Creek, CA called regarding a customer returning clubs after seeing Adams Golf clubs in Costco (ADAMS 041454) | | |
| 6/31/98 | | | | | 268,598 |

| DATE | NUMBER OF CLUBS ARRIVING IN COSTCO WAREHOUSE | NUMBER OF CLUBS SOLD BY COSTCO | COMPLAINTS TO ADAMS GOLF REGARDING COSTCO | SOLUTIONS IMPLEMENTED BY ADAMS GOLF | NUMBER OF CLUBS SOLD BY ADAMS GOLF |
|---|---|---|---|---|---|
| Pre-IPO total as of 6/31/98 | | | | | 457,496 |
| 7/3/98 | | | Customer requests Adams Golf hat offer after buying clubs at a Costco in Livonia, MI (ADAMS 1447) | | |
| 7/5/98 [for 6/8/98-7/5/98] | | 926 (US) 173 (Canada) | | | |
| Pre-IPO total as of 7/5/98 | | 3200 (US) 715 (Canada) | | | |
| 7/8/98 | 269 (US) | | Golfdom in McLean, VA called regarding a credit for clubs they had purchased at Costco (ADAMS 041514) | | |
| Pre-IPO total as of 7/8/98 | 992 (US) 7377 (Canada) | | | | |
| 7/16/98 | | | | At a staff meeting, the Company discusses potentially implementing a serialization program for Adams Golf clubs (ADAMS 9088 – ADAMS 9091) | |
| 7/21/98 | 1,296 (US) | | | | |
| 7/22/98 | 1,795 (US) | | | | |
| 7/27/98 | | | Foster's Discount Golf in Belingham, WA called to complain about problems with sell-through due to Adams clubs in Costco (ADAMS 041654) | | |
| 7/29/98 | 440 (US) | | | | |
| 8/2/98 [for 7/6/98-8/2/98] | | 2029 (US) 75 (Canada) | | | |

6

| DATE | NUMBER OF CLUBS ARRIVING IN COSTCO WAREHOUSE | NUMBER OF CLUBS SOLD BY COSTCO | COMPLAINTS TO ADAMS GOLF REGARDING COSTCO | SOLUTIONS IMPLEMENTED BY ADAMS GOLF | NUMBER OF CLUBS SOLD BY ADAMS GOLF |
|---|---|---|---|---|---|
| 8/10/98 | | | International Golf of Modesto, CA called to complain about Adams clubs being at Costco. (ADAMS 041729)<br><br>Jack Tone Golf of Ripon, CA called a second time to complain about Adams clubs at Costcos (ADAMS 041734) | Adams Golf's Bill of Discovery against Costco is voluntarily dismissed for lack of jurisdiction (ADAMS 1450 – ADAMS 1456) | |
| 8/11/98 | | | Golf Den in Portland, OR called to complain about the presence of Adams Golf clubs at Costco (ADAMS 041741)<br><br>Centerville Golf in Centerville, VA called again to complain about the fact that Adams Golf had not managed to keep its clubs out of Costco yet (ADAMS 041750) | | |
| 8/17/98 | | | Monroe Golf & Country Club in Monroe, MI calls to complain about the presence of Adams Golf clubs at Costco (ADAMS 041773) | | |
| 8/19/98 | 2,918 (US) | | WDC Mackenzie writes to Barney Adams, complaining of a problem with Adams Golf clubs in Costcos, and demanding that the Company find new solutions to the issue (MCK 72 ~ MCK 74) | | |
| 8/21/98 | | | Centerville Golf in Centerville, VA called yet again to complain of Adams Golf clubs still being in Costco (ADAMS 041818) | | |

7

| DATE | NUMBER OF CLUBS ARRIVING IN COSTCO WAREHOUSE | NUMBER OF CLUBS SOLD BY COSTCO | COMPLAINTS TO ADAMS GOLF REGARDING COSTCO | SOLUTIONS IMPLEMENTED BY ADAMS GOLF | NUMBER OF CLUBS SOLD BY ADAMS GOLF |
|---|---|---|---|---|---|
| 8/30/98 [for 8/3/98-8/30/98] | | 1373 (US) 53 (Canada) | | | |
| 9/2/98 | | | Crescent Golf Shop in Union, NJ called to complain about Adams Golf clubs in Costcos (ADAMS 041915-16) | | |
| 9/10/98 | 250 (US) | | | | |
| 9/14/98 | | | Golf Den in Portland, OR called again to complain about Adams Golf not resolving the Costco problem (ADAMS 041991) | | |
| 9/15/98 | | | Rancho Marina Golf Club in Santa Maria, CA called to report Adams Golf clubs in nearby Costco (ADAMS 042007) | | |
| 9/25/98 | | | Bob Waltons Golf Range called to complain about presence of Adams Golf clubs in Costco (ADAMS 042134) | | |
| 9/27/98 [for 8/31/98-9/27/98] | | 1266 (US) 16 (Canada) | | | |
| 9/30/98 | | | Mountain Shadows Golf Resort in Rohnert Park, CA called to return clubs due to the presence of Adams Golf clubs in Costco (ADAMS 042188) | | 203,445 |

| DATE | NUMBER OF CLUBS ARRIVING IN COSTCO WAREHOUSE | NUMBER OF CLUBS SOLD BY COSTCO | COMPLAINTS TO ADAMS GOLF REGARDING COSTCO | SOLUTIONS IMPLEMENTED BY ADAMS GOLF | NUMBER OF CLUBS SOLD BY ADAMS GOLF |
|---|---|---|---|---|---|
| 10/5/98 | | | | Club serialization program is on track to start in December (ADAMS 27732 – ADAMS 27735)<br><br>An order of 115 clubs to King Par have been marked by hand under the grip and sent to retailers suspected of gray marketing in an effort to track clubs before serialization can be implemented (ADAMS 27732 – ADAMS 27735)<br><br>The retailer agreement is being reworded by lawyers to make it as legally enforceable as possible (within the confines of antitrust law) (ADAMS 27732 – ADAMS 27735) | |
| 10/7/98 | | | | Scott Blevins begins using the Regional Account Coordinators to attempt to count the number of clubs in Costcos (ADAMS 1564) | |
| 10/8/98 | | | Golf Den in Portland, OR called again to complain of Costco selling Adams Golf clubs at reduced prices (ADAMS 042270) | | |

| DATE | NUMBER OF CLUBS ARRIVING IN COSTCO WAREHOUSE | NUMBER OF CLUBS SOLD BY COSTCO | COMPLAINTS TO ADAMS GOLF REGARDING COSTCO | SOLUTIONS IMPLEMENTED BY ADAMS GOLF | NUMBER OF CLUBS SOLD BY ADAMS GOLF |
|---|---|---|---|---|---|
| 10/15/98 | | | | "Costco Buster Team" made up of the Regional Account Coordinators is assigned to canvas all Costcos and attempt to get a sense of their inventories of Adams Golf clubs by asking how many clubs they have for an upcoming golf tournament (ADAMS 1524)<br><br>Adams Golf has implemented a stand bag promotion that is not offered to customers who buy their clubs at Costcos (ADAMS 1571) | |
| 10/19/98 | | | Kihei Discount Golf of Kihei, HI called to complain about the appearance of Adams Golf clubs in Costco (ADAMS 042365) | | |

| DATE | NUMBER OF CLUBS ARRIVING IN COSTCO WAREHOUSE | NUMBER OF CLUBS SOLD BY COSTCO | COMPLAINTS TO ADAMS GOLF REGARDING COSTCO | SOLUTIONS IMPLEMENTED BY ADAMS GOLF | NUMBER OF CLUBS SOLD BY ADAMS GOLF |
|---|---|---|---|---|---|
| 10/22/98 | | | Little Silver Pro Shop in Little Silver, NJ called to complain about problems with sell-through due to Adams Golf clubs appearing in Costcos (ADAMS 042396)<br><br>International Golf Disc. called to complain about Costco underselling them on Adams Clubs (ADAMS 042400)<br><br>Bob's Sports World in Waterford, NY called to complain about Costco (ADAMS 042403)<br><br>Oak Ridge Golf Club in New Haven, NY called to complain about the presence of Adams Golf clubs in Costcos (ADAMS 042404)<br><br>Charlottesville Golf Center in Charlottesville, VA called to complain about Adams Golf clubs in Costco and demand to return clubs as a result (ADAMS 1561) | Adams Golf continues to monitor large suspicious orders, take inventory of Costco, and wait on legal action and the serialization machine (ADAMS 1571; ADAMS 1574) | |
| 10/25/98 [for 9/28/98-10/25/98] | | 1115 (US)<br><br>11 (Canada) | | | |

| DATE | NUMBER OF CLUBS ARRIVING IN COSTCO WAREHOUSE | NUMBER OF CLUBS SOLD BY COSTCO | COMPLAINTS TO ADAMS GOLF REGARDING COSTCO | SOLUTIONS IMPLEMENTED BY ADAMS GOLF | NUMBER OF CLUBS SOLD BY ADAMS GOLF |
|---|---|---|---|---|---|
| 10/27/98 | | | Mountain Shadows Golf Resort in Rohnert Park, CA called again to complain about Adams Golf clubs appearing in Costcos (ADAMS 042427) Carpers Valley Golf Club in Winchester, VA called to return clubs due to the presence of Adams Golf clubs in Costco nearby (ADAMS 042430) | | |
| 10/28/98 | | | Robersonville Country Club in Robersonville, NC complained about having Adams Golf clubs in discount shops in the vicinity. (ADAMS 042441) | | |
| 11/2/98 | | | Mr. B's Discount Pro Shop in Eatontown, NJ complained that it was having problems with sell-through due to the presence of Adams Golf clubs at Costco (ADAMS 042465) | | |
| 11/4/98 | | | Kihei Discount Golf in Kihei, HI complained again about being undersold by Costco on Adams Golf clubs (ADAMS 042486) | | |
| 11/5/98 | | | New York Golf Center in Port Chester, NY complained about Adams Golf clubs being in a Costco next door to him (ADAMS 042501) | Continuing to monitor Costco's inventory, Adams Golf discovers that Costco has very slow sell-through of its clubs (ADAMS 1588 – ADAMS 1593) | |

12

| DATE | NUMBER OF CLUBS ARRIVING IN COSTCO WAREHOUSE | NUMBER OF CLUBS SOLD BY COSTCO | COMPLAINTS TO ADAMS GOLF REGARDING COSTCO | SOLUTIONS IMPLEMENTED BY ADAMS GOLF | NUMBER OF CLUBS SOLD BY ADAMS GOLF |
|---|---|---|---|---|---|
| 11/6/98 | | | Bryant Boys Golf in Marietta, GA complained that they were having problems competing with the price of Adams Golf clubs at Costco (ADAMS 042512-13)<br><br>New York Golf Club in Port Chester, NY called back to return clubs due to the presence of Adams Golf clubs at Costco (ADAMS 042515) | | |
| 11/9/98 | | | Pro Shop at Ridgeline in Orange, CA called to complain that Adams Golf clubs in Costco were hurting their sell-through rate (ADAMS 042540) | | |
| 11/11/98 | | | New York Golf Center in Port Chester, NY called to ask about programs for stores suffering the effects of Adams Golf clubs in Costco (ADAMS 042562) | | |
| 11/16/98 | | | John Prince Golf Center in Lake Worth, FL called to complain about the pricing of Adams Golf clubs in Costco (ADAMS 042589) | | |
| 11/18/98 | | | Dukes Golf Works in Annapolis, MD called to complain about the presence of Adams Golf clubs in Costco (ADAMS 042611-612) | Adams Golf continues to track Costco's inventory (ADAMS 1550 – ADAMS 1554) | |

13

| DATE | NUMBER OF CLUBS ARRIVING IN COSTCO WAREHOUSE | NUMBER OF CLUBS SOLD BY COSTCO | COMPLAINTS TO ADAMS GOLF REGARDING COSTCO | SOLUTIONS IMPLEMENTED BY ADAMS GOLF | NUMBER OF CLUBS SOLD BY ADAMS GOLF |
|---|---|---|---|---|---|
| 11/19/98 | | | Cape Ann Instant Replay in Ipswich, MA called to return clubs due to the presence of Adams Golf clubs at Costco  (ADAMS 042629) | Adams Golf ceases its price matching program in Canada; while the program was in place, WDC Mackenzie price-matched $34,368.19 worth of merchandize (MCK 1613) | |
| 11/20/98 | 491 (US) | | Tee Golf Shop in Colonia, NJ called to complain about discounters selling Adams Golf clubs at lower prices  (ADAMS 042632) | | |
| 11/22/98 [for 10/26/98-11/22/98] | | 977 (US) 8 (Canada) | | | |
| 12/2/98 | | | Chicago Heights Country Club in Chicago Heights, IL called to complain about Costco underselling them on Adams Golf clubs  (ADAMS 042706) WDC Mackenzie complains of the impact Costco has had on its sales in 1998 (MCK 50 – MCK 51) | | |

14

| DATE | NUMBER OF CLUBS ARRIVING IN COSTCO WAREHOUSE | NUMBER OF CLUBS SOLD BY COSTCO | COMPLAINTS TO ADAMS GOLF REGARDING COSTCO | SOLUTIONS IMPLEMENTED BY ADAMS GOLF | NUMBER OF CLUBS SOLD BY ADAMS GOLF |
|---|---|---|---|---|---|
| 12/7/98 | | | Pro Golf Discount in Simi Valley, CA called to return clubs due to the presence of Adams Golf clubs in Costco (ADAMS 042744)<br><br>Stony Hill Custom Golf in Bethel, CT called to complain about the low cost of Adams Golf clubs at Costco (ADAMS 042746)<br><br>WDC Mackenzie complains of Adams Golf clubs in Costco and requests price support (MCK 38 --MCK 41) | | |
| 12/9/98 | | | Pro Golf in Marietta, GA called to complain about Adams Golf clubs being sold at Costco for less  (ADAMS 042767)<br><br>Kihei Discount Golf in Kihei, HI called to complain again about the low cost of Adams Golf clubs in Costco (ADAMS 042768) | | |
| 12/16/98 | | | Albuquerque Golf called to complain about the effect of Adams Golf clubs in Costco on their prices  (ADAMS 042831) | Adams Golf re-implements the price-matching program in Canada (MCK 35 – MCK 36) | |
| 12/20/98 [for 11/23/98-12/20/98] | | 1325 (US)<br><br>6 (Canada) | | | |
| 12/30/98 | | | Diamond Head Golf Honolulu, HI called to complain about not being included in bag promo.  (ADAMS 042904) | | |
| 12/31/98 | | | | | 64,049 |

15