# JAMES

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

- - -

IN RE: ADAMS GOLF, INC.    :
SECURITIES LITIGATION      :

X

ORAL DEPOSITION

OF

CHRISTOPHER M. JAMES

Friday, August 11, 2006

- - -

Oral deposition of CHRISTOPHER M. JAMES, held at the offices of AKIN GUMP STRAUSS HAUER & FELD, LLP, 590 Madison Avenue, New York, New York, commencing at 8:30 a.m., reported by Pamela Harrison, RMR, CRR, CSR and Notary Public.

- - -

RSA/VERITEXT COURT REPORTING COMPANY
1845 Walnut Street, 15th Floor
Philadelphia, PA  19103
(215) 241-1000   (888) 777-6690

CHRISTOPHER M. JAMES

Page 22

1  Q.  Okay.
2  A.  -- Page 3.
3  Q.  Okay. Please.
4  A.  So the paper entitled "A VARMA,"
5  V-A-R-M-A, "Analysis of the Causal Relations
6  Among Stock Returns, Real Activity (sic) and
7  Nominal Interest Rates."
8      My recollection is that that is
9  an analysis because the data I believe are
10 available, the real output and interest rate
11 information is available, on a monthly basis
12 that uses a monthly frequency. That would be
13 an example.
14 Q.  Good.
15     Any other examples?
16 A.  As I sit here, I don't recall
17 one off the top of my head; although, I would
18 again say that the frequency with which the data
19 are available will determine the sort of
20 frequency with which the analysis is done
21 typically.
22 Q.  Doctor, I understand that's the
23 position you take. What I'm asking is whether
24 there is any other support beyond this article

Page 23

1  you just pointed to.
2  A.  There's other support in the
3  references in that article we've provided,
4  there's more support.
5  Q.  1985 article. Any support since
6  1985? Unless that's a typo. I thought I was
7  reading that it was a 1985 article. Maybe
8  that's a typo.
9  A.  No, it is a 1985 article.
10 Q.  So if I'm understanding you
11 correctly, one could read the article, which I
12 haven't, but I will, and find support for using
13 this -- support for the convention you
14 described.
15     Is there any other place that
16 one might go to find support for using that
17 convention?
18 A.  Certainly. You could -- I
19 would -- to provide you additional support would
20 be to look at recent literature on the
21 relationship between, say, economic activity and
22 stock returns or relationship between interest
23 rates and stock returns; the relationship
24 between market share information and stock

Page 24

1  returns or other variables of interest. And
2  again, what you would find is, if the frequency
3  of the data is available on a monthly basis for,
4  say, the independent variable, then that would
5  be the frequency with which -- the minimum
6  frequency with which you could undertake the
7  analysis.
8  Q.  Sure.
9      Now, this recent literature you
10 refer to, who wrote it?
11 A.  Oh, the contributors would be --
12 certainly Eugene Fama has done some recent work
13 in this area.
14 Q.  Spell it, please.
15 A.  Fama, F-A-M-A.
16     Others would be Eric Maskin,
17 Maskin, M-A-S-K-I-N. Those are the two names
18 that come to mind.
19 Q.  That's very helpful.
20     What did they write with
21 respect to this purported convention?
22 A.  Well, I'm referring to their
23 work on the relationship between, say,
24 macroeconomic activity and various variables of

Page 25

1  interest. I know Eric has published in the
2  Journal of Monetary Economics, the American
3  Economic Review.
4      Fama has published in the
5  Journal of Finance, Journal of Financial
6  Economics, The Review of Financial Studies.
7  Q.  I believe you said this is
8  macroeconomic activity and various variables of
9  interest, if I heard you correctly.
10 A.  That is what I indicated. And
11 again, it's a very simple and intuitive concept
12 that the frequency with which data becomes
13 available will determine the minimum frequency
14 with which you can undertake the analysis.
15 Q.  And I appreciate you telling me
16 that before, but you were very clear.
17 A.  Good.
18 Q.  So even I have got that one
19 down.
20     So my question, however, is the
21 work that Fama and Maskin have done, that you
22 just referred to, which was recent work; eh?
23 A.  Yes, I think their work is
24 within certainly the last five or ten years.

7 (Pages 22 to 25)

CHRISTOPHER M. JAMES

Page 30

1  expected relationship between market share data
2  and the value of the company as identified in,
3  say, analyst reports.
4      Second, I followed the
5  convention which is reflected in some of the
6  work that I've done and in, as I sit here
7  today, the work of several authors that I
8  recall, which is that the frequency of data
9  availability, the minimum frequency of data
10 availability, determines the interval on which
11 you estimate a relationship.
12     I would add in addition to
13 that, in reviewing, say, the conference call
14 information that was a part of the Adams
15 Golf's discussion with analysts and market
16 participants, I recall questions regarding
17 market share data, and I recall, I believe it
18 was Barney Adams indicating that the
19 contemporaneous market share data were not
20 available as of the end of the month.
21     So as I sit here those are the
22 items that I recall that are in support of the
23 frequency and the lag structure that under --
24 that is associated with the regression

Page 31

1  analyses in Exhibit-4.
2     Q.  Anything else, as you sit here?
3     A.  As I sit here, that's what I
4  recall.
5     Q.  Now, in that answer you referred
6  to, quote, some of the work I've done, closed
7  quote. That meant, I presume, solely the VARMA
8  article from December '85 that you pointed to in
9  Exhibit-1 of your report, or did it include
10 something else?
11    A.  It could certainly include other
12 of my works. I would have to go through and
13 determine the frequency of the data that I
14 utilized. For some of the papers I simply don't
15 recall whether the frequency was quarterly,
16 monthly, or weekly.
17    Q.  Sure.
18        Now, with regard to that VARMA
19 article, was that a situation in which you
20 used the convention or in which you provided
21 cogent reasons as to why the convention was
22 appropriate to use, or both?
23    A.  I would have to go back and
24 review the article. It's certainly my

Page 32

1  recollection that the -- I followed the
2  convention of using -- analyzing the data at the
3  frequency with which it became available.
4     MR. COLLINS: Would you be kind
5  enough to read my question back,
6  because I'm sure you meant to, but I
7  don't think you answered my question.
8  Please.
9     (The court reporter read the
10 record as follows:
11    "QUESTION: Now, with regard to
12 that VARMA article, was that a
13 situation in which you used the
14 convention or in which you provided
15 cogent reasons as to why the convention
16 was appropriate to use, or both?")
17    THE WITNESS: Can I have my
18 answer back?
19    MR. COLLINS: Of course.
20    (The court reporter read the
21 record as follows:
22    "ANSWER: I would have to go back
23 and review the article. It's certainly
24 my recollection that the -- I followed

Page 33

1  the convention of using -- analyzing
2  the data at the frequency with which it
3  became available.")
4  BY MR. COLLINS:
5     Q.  So did you use it or defend it,
6  or both?
7     A.  I don't think I can answer your
8  question any better than I did before. As I
9  recall the article, I certainly used -- I
10 followed the convention of using the data at a
11 frequency with which it became available, and I
12 simply don't recall whether the article also
13 contains the defense for the use of that
14 frequency; in other words, saying, for example,
15 that we focus on a monthly analysis because of
16 the -- the data is available on a monthly basis.
17    Q.  I appreciate that answer.
18        What was the information that
19 you addressed in the VARMA article that was
20 available on a monthly basis that you used?
21    A.  I would have to go back and
22 look. I know that, as I recall, there is
23 information on -- we were looking at the
24 relationship between real activity inflation and

Page 34

1 stock returns. I believe at that point in time
2 inflation data, data on the Consumer Price
3 Index, and GDP deflator are available on a
4 monthly basis.
5    Q.  On a particular day each month?
6        Please.
7    A.  I believe the inflation data is
8 available on a monthly basis.
9    Q.  And the inflation data you dealt
10 with in 1985, was that available on a particular
11 date each month?
12   A.  Back then, I don't recall.
13   Q.  Okay. In your article, did you
14 address the inflation data or some other data
15 that was not available on a specific day each
16 month but instead was available sometime during,
17 say, an eight-day span each month?
18   A.  I'm not sure I understand your
19 question. If you are asking me is the
20 motivation for using monthly data because there
21 was uncertainty regarding the date at which the
22 data were available, that was not the
23 motivation. The motivation was the frequency of
24 the reporting data.

Page 35

1    Q.  I see.
2        What was the motivation here
3 for using monthly data as in Models 1 and 2 on
4 Exhibit 12?
5    A.  Again, the one motivation was
6 that that was the frequency with which the data
7 were available.
8        Another motivation would be,
9 consistent with the analysis that was done in
10 Exhibit 10, that if one is focusing on, say,
11 the relationship between stock returns and
12 market returns or stock returns and industry
13 returns, there is a recognition, and I think
14 you can find that recognition would be -- the
15 source that comes to mind would be Ibbitson &
16 Associates which provides information on
17 betas, Barra would be another source of
18 information on betas, that monthly analyses
19 are useful in identifying more structural
20 relationships. And the reason for that is
21 that the monthly data is an aggregate of, say,
22 daily information which contains -- can
23 contain what an econometrician would call
24 noise, which is referring to random

Page 36

1 variations, which tend to be offsetting over a
2 month, so that the analysis, when looking at
3 the structural relationship, would focus on
4 less high frequency data, say monthly, to have
5 that randomness or noise filtered out. So,
6 for example, you get better estimates of --
7 better being greater explanatory power of
8 estimates of beta if you want to understand
9 the firm's risk characteristics using monthly
10 as opposed to daily data.
11   Q.  I see. Well, this is helpful.
12       So applied to golf club sales,
13 for example, do I understand that that
14 principle you just described means that if we
15 want to know how Orlimar market share is
16 progressing, going up or going down, in June
17 of 1998, it's more meaningful to look at that
18 on a monthly basis than to look at its market
19 share day by day during the month of June?
20   A.  It would depend on the nature of
21 the analysis that -- or the purpose of your
22 analysis. Let me give you an example, perhaps,
23 to clarify.
24       If I were going to investigate

Page 37

1 materiality, say, of whether -- the fed
2 interest rate policy, I would -- one part of
3 that analysis would be to look at the day in
4 which the fed announces that it is going to
5 either leave interest rates the same, increase
6 them, or decrease them, and I could assess
7 with that daily information the materiality of
8 that decision to move interest rates.
9        If I were to ask a different
10 question, say, what is the relationship
11 between stock returns and, say, interest rate
12 movements and other aggregate economic
13 variables, then I might -- and I have, as
14 indicated in that paper (indicating) -- use a
15 monthly frequency, and the reasons for using
16 monthly frequency is that I'm asking a
17 different question. Rather than ask the
18 question of what the materiality or impact of
19 the fed policy is on a particular day, I ask
20 what's the general relationship that I have a
21 hypothesis concerning, such as interest rates
22 and stock returns are inversely related. Then
23 I would -- it's my opinion it would be more
24 appropriate to utilize a less frequent data

CHRISTOPHER M. JAMES

Page 90

1  Q. Adams declined some, and the S&P
2  small cap and Callaway declined more -- is that
3  right so far? -- on or about July 23rd.
4  A. If you said Callaway and the
5  peer group?
6  Q. Yes.
7  A. I think you may have said --
8  Q. You know what, let me start
9  again. You are quite right.
10      Am I reading this correctly
11 that on July 23rd both Callaway and the peer
12 group went down sharply and roughly in tandem?
13 A. Yes. I think if you go to the
14 next exhibit, it might be easier.
15 Q. Okay.
16 A. 340.
17 Q. Okay.
18 A. Which has the dates and the
19 price decline. So on 7/23/1998, Adams is down
20 13 percent -- about roughly 13 percent; Callaway
21 is down 33 percent; and Miller's peer group is
22 down 28.2 percent.
23 Q. I see.
24     Now, Miller's peer group, do

Page 91

1  you know whether it included Callaway?
2  A. It did.
3  Q. And was the peer group -- the
4  peer group was comprised of how many companies?
5  A. I believe it was -- it consisted
6  of Callaway, Teardrop, Aldila --
7      THE COURT REPORTER: Callaway,
8  comma Teardrop?
9      THE WITNESS: It might help,
10 it's on the top line on the first page of
11 Mr. Miller's report.
12 BY MR. COLLINS:
13 Q. Okay.
14 A. I can read these off, but it may
15 be helpful for the court reporter just to look
16 at them.
17     It would be Callaway, Teardrop,
18 Aldila, Coastcast, Arnold Palmer, and Golden
19 Bear.
20 Q. Now, as you used the peer group
21 on Exhibits 339 and 340, was it a weighted group
22 or was it unweighted, based on the size or the
23 market caps or some other characteristics of the
24 companies making up the peer group?

Page 92

1  A. I used the peer group return as
2  reported by Mr. Miller in his rebuttal report.
3      My recollection is I could come
4  close but not exactly match the peer returns
5  by taking the -- the peer group return by
6  taking a value weighted average of the
7  individuals within the group.
8  Q. What do you mean by "value
9  weighted average"?
10 A. I was responding to the question
11 you just asked, was it a value weighted average
12 or an equally weighted average of the returns.
13     I can come close to, if I use
14 value weights, come close to the returns that
15 he had.
16 Q. That's fine. And I'm just
17 asking you what you did in using the value
18 weights, what process did you go through and
19 what specifically, specifically what value did
20 you weight.
21 A. The market value of the common
22 stock.
23     THE WITNESS: And I apologize,
24 but I need to take a short break.

Page 93

1      MR. COLLINS: Off the record.
2      (A recess was had from
3  11:23 a.m. to 11:33 a.m.; and then the
4  proceedings continued as follows:)
5  BY MR. COLLINS:
6  Q. Exhibit 339.
7  A. Okay.
8  Q. Why did you do this just for the
9  month of July?
10 A. Because Mr. Miller indicated in
11 his rebuttal report that it is his conjecture
12 that the price decline, particularly in the
13 latter part of July, was attributable to, I
14 think he refers to it as leakage regarding gray
15 market activities.
16 Q. Is there something about Exhibit
17 339 or Exhibit 340 that leads you to question
18 that conclusion on his part?
19 A. I think that -- yes, I think
20 that this analysis demonstrates, using his data,
21 that the decline in Adams Golf during this
22 period of time was certainly in line with the
23 decline experienced by its -- the firms
24 identified by Mr. Miller as being peers to Adams

Page 94

1  Golf, and that consistent with the discussion in
2  my report, the decline appears to be a result
3  principally of softness in the golf industry as
4  reflected by the earnings miss and discussion of
5  difficulties in the market that Callaway
6  disclosed, and then the peer group -- I think
7  Coastcast has a news article during that same
8  period of time indicating same weakness in
9  product demand, which I think is consistent with
10 the announcement of Callaway, since Coastcast is
11 a major supplier to Callaway.
12      Q.   Did you undertake -- the
13 analysis of these various stock prices, did you
14 do any work taking it out beyond July 31st?
15      A.   No. I -- you mean --
16      Q.   Did you run the chart beyond
17 July 31st?
18      A.   No, I just focused on the dates
19 in -- the dates that he identified as being
20 associated with price declines in late July that
21 he contends may be associated with information
22 disclosures regarding -- or leakage of
23 information regarding, say, purchase orders by
24 Costco.

Page 95

1       Q.   And in that regard you are
2  referring to the information he has -- perhaps
3  other places as well, but you are referring to
4  the information he has in Paragraph 22(A) of his
5  rebuttal report?
6       A.   22(A), yes.
7       Q.   Now, how long ago did you
8  prepare exhibits or did you create the documents
9  that are now 339 and 340?
10      A.   Within the last week.
11      Q.   Did counsel ask you to do so?
12      A.   No.
13      Q.   Did you tell counsel you were
14 doing this?
15      A.   Yes.
16      Q.   Did you run any other charts
17 beyond 339 either within the last week or since
18 the rebuttal report?
19      A.   I don't believe so. I don't
20 recall doing any.
21      Q.   And did you undertake an
22 analysis of peer performance with respect to
23 August or September?
24      A.   No, my focus was only on late --

Page 96

1  late July, is the period that he focuses in on
2  his report.
3            Just to add that he -- and the
4  other reason is that he has a chart, I believe
5  it's -- if you don't mind, I'll take it off.
6            (The witness takes the clip off
7  the document.)
8  BY MR. COLLINS:
9       Q.   Please.
10      A.   That is a -- that has a somewhat
11 different pegging in the sense that it's pegged
12 to 1. It's his Exhibit A. It's entitled ADGO
13 versus XLC(4), Adams Golf versus Comparable
14 Index. He carries it out to -- 12/23/1999 is
15 the last date.
16      Q.   You are referring to the page
17 immediately after the page that says Exhibit A,
18 or are you referring to a later?
19           Which chart are you referring
20 to, please?
21      A.   I know this is -- it doesn't
22 make the record look particularly good because
23 I'm holding something up, but it is this chart
24 (indicating), and I believe you are looking at

Page 97

1  it.
2            MS. FOX: Let me just check
3  that. I'll come around and see whether
4  it's the same.
5            THE WITNESS: Just so you are
6  clear, there appears to be two charts
7  in his Exhibit A. One is -- it looks
8  like they are the same chart. One is
9  simply, in my version, a smaller
10 version of the other.
11 BY MR. COLLINS:
12      Q.   Okay. Well, the chart --
13      A.   This you can identify --
14      Q.   Not a problem.
15      A.   Okay.
16      Q.   Do you see the page that says on
17 it Exhibit A? It's probably in your left hand.
18      A.   Yeah, the problem I'm having is
19 that there are a number of pages that say
20 Exhibit A on it. Okay? Maybe we can make this
21 easier.
22           This is Exhibit A (indicating),
23 it only has Exhibit A on it. Then there is a
24 page that follows it which is a --

Page 110

1  think are in Exhibit 4, I believe I did the same
2  thing with respect to -- I simply -- my
3  recollection -- here's what I can recall.
4      I did one-factor and two-factor
5  models to see if the explanatory power was any
6  different or the R-squareds were any
7  different, that's what I recall. And I recall
8  concluding based on that analysis that there
9  weren't any difference, that my results would
10 not change if I substituted the S&P index for
11 the NASDAQ, for example.
12     Q.  In constructing an index, one of
13 the things a researcher does is try to find a
14 good fit; correct?
15     A.  That -- that depends on the
16 purpose. I mean, typically it is not -- if
17 you're simply looking for a good fit without any
18 a priori reason for including a variable in a
19 regression, then that is thought of as data
20 mining and is not generally accepted as a
21 scientific inquiry.
22         One begins with a hypothesis
23 about what relationship should be expected and
24 then empirically tests that relationship and

Page 111

1  set up the experiment in a way that can be
2  replicated by a third party utilizing the
3  techniques that you have described.
4      Q.  Okay. Why did you use NASDAQ?
5      A.  Well, because Adams was trading
6  on the OTC or NASDAQ.
7      Q.  Any other reason?
8      A.  It's my practice if you want to
9  look at general market movements, the index you
10 use where you would expect to see a relationship
11 would be companies that are trading on a similar
12 exchange.
13     Q.  And it's true that the NASDAQ,
14 as Mr. Miller pointed out in his rebuttal, it's
15 true that at the time the NASDAQ was dominated
16 by high tech companies; correct?
17     A.  I don't know what he means by
18 "dominated." Certainly the NASDAQ is more
19 heavily weighted towards growth companies at
20 this particular point in time, which was before
21 the '99 run-up in tech stocks. It was -- I
22 mean, certainly the NASDAQ is more heavily
23 weighted towards tech and growth stocks than,
24 say, the Dow Jones Industrial Average or the

Page 112

1  NYCE index.
2      Q.  In your last answer you referred
3  to growth stocks. Did you consider Adams to be
4  a growth stock?
5      A.  Yes, I think it was generally
6  considered to be a type of stock that would be
7  considered to be a growth stock.
8      Q.  Did you consider it to be a tech
9  stock, a high tech stock?
10     A.  No, I think I considered it to
11 be a growth stock.
12     Q.  Now, at the time you used
13 NASDAQ, did you consider any other index besides
14 this modified Bloomberg golf?
15     A.  No.
16     Q.  Did you -- you didn't consider
17 the Dow Jones?
18     A.  Industrial?
19     Q.  Yes.
20     A.  No.
21     Q.  You didn't consider S&P 500 or
22 S&P small cap?
23     A.  I didn't consider S&P 500, I
24 didn't consider the Dow Jones, I didn't consider

Page 113

1  the S&P small cap.
2      Q.  Okay. Apart from NASDAQ,
3  modified Bloomberg golf, and apart from the two
4  of those together, did you do runs or
5  regressions on using any other indices?
6      A.  Other than the -- no, other than
7  the analysis that we were just talking about a
8  moment ago.
9      Q.  And by that analysis you are
10 referring to the analysis done after
11 Mr. Miller's rebuttal report --
12     A.  Yes.
13     Q.  -- using the Miller peer group,
14 or what you call that, and the S&P small cap?
15     A.  Yes.
16     Q.  Okay. Let's talk about event
17 windows. What is an event window, please?
18     A.  I'm sorry?
19     Q.  What is an event window?
20     A.  An event window and is commonly
21 referred -- the most common definition of an
22 event window is the time period over which
23 someone undertaking an event study investigates
24 the impact of information on stock prices or

CHRISTOPHER M. JAMES

Page 138

1  estimation period, is it true that the lower the
2  stock price during the estimation period, the
3  lower the level of statistical significance?
4      A.  Not necessarily.
5      Q.  It isn't true that the lower the
6  stock price, the lower the level of statistical
7  significance?
8      A.  No, I don't see -- I don't know
9  of anything that would -- both conceptually or
10 any written work that would suggest that there
11 is a relationship between the significance of
12 the explanatory power of the market model and
13 the level of the stock price.
14     Q.  The lower the stock price in
15 general, the smaller movement in the stock price
16 for the movement to be statistically
17 significant, correct, at least if one refers to
18 movement in an absolute as opposed to percentage
19 matter?
20     A.  I'm not sure I understand. What
21 is your question?
22     Q.  The stock price is lower. All
23 right?
24     A.  Right.

Page 139

1      Q.  If the stock price is lower, in
2  this case in connection with the estimation
3  period, then in order for a stock price movement
4  during a period under study to be statistically
5  significant, isn't it true that the movement
6  needs to be smaller in an absolute sense in
7  order for the level of statistical significance
8  to be reached?
9      A.  If you're -- are you asking me
10 whether there's any relationship between the
11 level of the stock price and the likelihood that
12 a particular return would be statistically
13 significant?
14     Q.  I am, but my question is
15 directed to the level of the stock price during
16 the estimation period.
17     A.  I'm just trying to understand
18 your question because I -- so you're asking if I
19 estimate a market model over a period of time
20 when the price is relatively low --
21     Q.  Correct.
22     A.  -- and use that to assess
23 statistical significance during the period when
24 the stock price is higher --

Page 140

1      Q.  Yes.
2      A.  -- am I likely to find -- am I
3  less likely to find statistical significance
4  than if I used an estimation period in which the
5  price in absolute terms were higher?
6      Q.  Either less likely or more
7  likely.
8      A.  It would -- frankly, it would
9  depend on the circumstances. I mean, I -- you
10 may be trying to get at the notion that there's
11 sort of a minimum tick size and then as the
12 price of a stock goes down, given that minimum
13 tick size, the percentage change increases, and
14 so if you had a very low price stock and you
15 estimated a market model and then you used it to
16 predict abnormal returns when the stock was
17 appreciably higher, it would depend on whether
18 the underlying volatility had changed, but that
19 -- I think it would depend on the circumstances,
20 frankly.
21     Q.  If you could go back to Exhibit
22 12 of your report, please.
23     A.  Exhibit 12?
24     Q.  Please.

Page 141

1      A.  Okay.
2      Q.  Now, you ran these regressions,
3  Models 1 and Model 2 --
4      A.  Right.
5      Q.  -- over the 18-month period that
6  you described previously.
7      A.  Right.
8      Q.  Why did you choose to do that
9  over 18 months?
10     A.  As I discuss in the report, I
11 wanted to analyze the relationship over a period
12 of time that would include the class period. If
13 I restricted my analysis only to the class
14 period, then I would have only three
15 observations on which to estimate it, and
16 typically that is not enough data on which to
17 estimate a regression with any degree of
18 reliability.
19     Q.  Okay. So if you had undertaken
20 the same analysis as described -- referenced in
21 Exhibit 12 and if you had restricted it to the
22 class period, you believe that any results from
23 that regression or those regressions would have
24 been unreliable had you done that?

36 (Pages 138 to 141)

CHRISTOPHER M. JAMES

Page 142

1   A.  Well, I think it's just a matter
2 of mechanics, that with only three observations,
3 the estimates would be less reliable than if you
4 used a greater number of observations.
5   Q.  All right.
6   A.  So, I mean, it's not specific to
7 limiting it to the class period. If you asked
8 me if I have one variable and one or two
9 explanatory variables and I'm trying to estimate
10 a relationship between the dependent variable
11 and those explanatory variables, would I have
12 more confidence in a regression with 18
13 observations as opposed to three, yes, I would,
14 and that's the motivation for using a greater
15 number of observations.
16   Q.  So what Exhibit 12 and your
17 regressions reflect is the stock price over an
18 18-month period, but they don't reflect the
19 stock price versus relative market share for any
20 particular subgroup of that 18-month period; is
21 that accurate?
22   A.  No, I think that certainly the
23 information over each of the subperiods is
24 included in and considered as part of the

Page 143

1 estimation of that -- of this regression.
2   Q.  But the regression is an
3 18-month regression and we have a three-month
4 class period.
5   A.  Right; so --
6   Q.  So my question, if I may, is,
7 what does a regression that provides information
8 with respect to a point in time two months or
9 nine months after the class period, what does
10 that regression have to do with predicting or
11 explaining stock movements during the first
12 three months of this 18-month period?
13   A.  It is a -- it has everything to
14 do with that issue for the following reason.
15 That it's establishing what analysts that
16 followed Adams and other observers noted, which
17 was there is a direct relationship between
18 Adams' earning -- Adams Golf's earning stock
19 price and its relative market share. And this
20 is providing statistical support for that --
21 that observation. There is -- using data both
22 during the class period and after the class
23 period.
24   So if, for example, as I was

Page 144

1 attempting to do, the question is why -- what
2 reasons can one provide for the decline in the
3 price of Adams during the class period, and
4 one knows that both conceptually and
5 empirically there is a relationship between
6 Adams Golf stock price and its market share,
7 then I think that's relevant for purposes of
8 explaining what moved the stock price.
9   Q.  In your last answer, if you had
10 substituted relative market share for numbers of
11 clubs sold through the gray market, would that
12 also have been a regression or a pair of
13 regressions that could, had you chosen to run
14 them, conceivably provided statistical support
15 for observations made by market participants in
16 or around the time of the class period?
17   A.  No, for the following reason,
18 what is motivating this analysis is an a priori
19 expectation based on the commentary of market
20 participants during the period that there's a
21 direct relationship between level of stock price
22 and market share.
23   And second, this is based upon
24 information that was publicly available and a

Page 145

1 part of the information available to market
2 participants.
3   Q.  During the class period?
4   A.  Both during the class period and
5 after the class period. And I'm not aware --
6 first of all, I'm not aware of any analyst
7 commentary, for example, linking or suggesting a
8 link between the level of Adams' stock price and
9 the number of clubs sold in the gray market.
10   Q.  Okay.
11   A.  Nor am I aware of any
12 contemporaneous public information during the
13 class period, or for that matter, after the
14 class period, that provides a -- which was
15 publicly available, it provides the proportion
16 of sales in the gray market relative to total
17 sales.
18   Q.  That's fine.
19   What difference does it make
20 whether it's publicly available or available
21 through non-public means if it's after the
22 class period; what possible bearing could that
23 have upon the usability of the information?
24   A.  It is usable for the purpose of

37 (Pages 142 to 145)

Page 218

1  Q. Stock return.
2     And how do you choose what
3  stock return you use?
4  A. Over the month?
5  Q. For each month.
6  A. It's from the close of the prior
7  month to the close of the current month, so it
8  would be the cumulative return over the month,
9  so all of the returns in the month are used.
10 All the daily returns are incorporated into the
11 monthly return.
12 Q. And for the monthly observation
13 for the industry index, how did you determine
14 that?
15 A. The same, the same way. So you
16 take each component of the industry -- I think
17 the index -- the Bloomberg index is on -- you
18 can -- I think -- I think I recall seeing it on
19 a level basis, you just take level prior month
20 -- level at the end of the month plus level at
21 the prior month divided by level at the prior
22 month will give you the return over that month,
23 the same way you calculate a return over the
24 month.

Page 219

1  Q. Why did you perform the
2  regression in Exhibit 10; what did that add to
3  the work you were doing otherwise?
4  A. I think we touched on this topic
5  this morning when we had a discussion of why
6  market participants and researchers utilize,
7  say, monthly returns. Remember I said if you
8  look at Ibbitson or Barra or other vendors of
9  what are called betas, how stock moves with the
10 market, those vendors may also have how stock
11 moves with industry comparables; that generally
12 that analysis -- not always, but typically that
13 analysis is done to figure out the influence of
14 general industry factors, is done on a monthly
15 basis as opposed to a daily basis for the
16 reasons I gave you before, which is that on a
17 monthly basis you are basically taking out a lot
18 of noise that occurs, what a statistician would
19 refer to as noise, on the daily returns due to
20 randomness.
21 Q. So, again, with regard to
22 Exhibit 10, if there were volatility in either
23 the index on an intramonth basis or in Adams
24 Golf stock on an intramonth basis, that would

Page 220

1  not be reflected; that would be washed out by
2  your monthly observation?
3  A. Yes, but it would be only
4  looking at how one could explain monthly
5  variations in the stock return relative to
6  monthly variations in the industry index.
7  Q. Why was the period under study
8  in Exhibit 10, why did that cut off at June 11?
9  A. You know, I looked at Exhibit 10
10 and I knew you were going to ask that question,
11 and I don't recall. I think it, frankly, might
12 be an oversight.
13 Q. "An oversight" meaning what?
14 A. On my part. So I need to go
15 back -- in just assembling this, as I sit here,
16 I don't recall why it ended in June of 1999.
17 Q. Did you consider -- and I
18 understand, I respect people that forget things,
19 I do that, too. But did you consider, if you
20 know, running the regression at Exhibit 10
21 through December '99 as you ran the regressions
22 in Exhibit 12?
23 A. I don't recall making a
24 distinction between June of 1999 and December of

Page 221

1  1999, so as I sit here I don't recall making any
2  conscious decision to cut one analysis at 6/99
3  and the other analysis at year-end 1999.
4  Q. I want to go back to a couple of
5  points you raised earlier. First, you said that
6  you did consider a two-day event window in
7  response to the August 28, 1998, Lehman analyst
8  report; correct?
9  A. Right.
10 Q. Did you consider a three-day
11 event window?
12 A. No.
13 Q. Did you consider a two-day event
14 window with regard to any other periods of the
15 class period?
16 A. I don't recall that I did.
17    I do recall, as we mentioned
18 earlier today, doing an analysis in response
19 to something which was in Mr. Miller's report,
20 and that was he indicated -- he made two
21 points: First, that, you know, while I looked
22 at statistical significance at a 95 percent
23 level, I didn't look at the significance at
24 other levels. And, as I indicated in my

CHRISTOPHER M. JAMES

Page 222

1  report, the 95 percent level is the
2  conventional level; although, some researchers
3  will report significance at a 10 percent
4  level. And so I examined whether there were
5  days that were significant at a 90 percent
6  level and what information was coming to the
7  market on those days.
8       Second is in response to a
9  comment in his report concerning looking at the
10 returns over multiple days. I asked the
11 question of whether if the results and my
12 conclusions regarding statistical significance
13 and the information coming to the market on
14 those days would be altered if I used a two-day
15 window, and concluded that -- my conclusions
16 were the same whether I used a two-day window or
17 a one-day window for each of the events that I
18 analyzed.
19      So if you take the Golf Pro
20 August 1st article and say, well, look at a
21 two-day window around that, would that alter
22 your conclusion regarding the statistical
23 significance, would using a 90 percent
24 confidence interval as opposed to a 95 percent

Page 223

1  confidence interval impact the conclusion, and
2  the answer to both of those questions is no.
3       Q.   Which events or which time
4  periods during the class period did you consider
5  using a multiple-day event window for?
6       A.   Every day.
7       Q.   Okay. And which events did you
8  consider using the 90 percent confidence level
9  for?
10      A.   Every day.
11      Q.   And how did you apply that using
12 every day? For example, if I can turn you to
13 Page Exhibit 5?
14      A.   Mm-hmm.
15      Q.   With regard to using a
16 multiple-day event window, what did you mean by
17 that; three days or five days?
18      A.   Two days.
19      Q.   Okay. You didn't look at
20 anything more than two days, did you?
21      A.   No, I had no information that
22 would indicate to me that the market would not
23 operate in an efficient way and I had no
24 information to me that indicated any uncertainty

Page 224

1  regarding -- there would be no reason to use a
2  multiple-day window more than two days for this
3  analysis because you would use that if you were
4  uncertain as -- you have a news announcement --
5  we talked about this earlier today; if you had a
6  news announcement and you weren't sure whether
7  that news announcement was made -- you know what
8  day it was made on, but you don't know whether
9  it was during trading hours or not.
10      Q.   Sure.
11           But you might also have new
12 information enter in the market or allegedly
13 new information enter in the market that might
14 be in the form of rumor or oral communication
15 which would be another situation in which you
16 were uncertain as to what the disclosure date
17 is. Correct?
18      A.   No, I would certainly think that
19 if there was an allegation that a rumor or oral
20 communication were material, that you would be
21 able to identify the date at which that
22 information became available to the market. I
23 would also say that -- and be able to relate it,
24 as I talked about earlier today, in an objective

Page 225

1  scientific manner, to the price reaction.
2       As I have indicated, oral
3  communication, as it would be in the context
4  of a conference call with investors, you would
5  look at the day on which that conference call
6  occurred, that oral communication, for
7  purposes of determining whether that
8  communication was material.
9       Q.   If it were a rumor, however, you
10 might not know when the rumor first started
11 circulating; correct?
12      A.   I think that's -- I mean, again,
13 it's -- and we went through this before -- I
14 would -- if I were asked to assess the
15 materiality of an alleged rumor, the first step
16 I would take is to try to determine when that
17 rumor was being utilized by market participants
18 for purposes of pricing or valuing the stock.
19      I would also think that --
20 there's certainly -- and I would -- I would
21 expect to see, if it was a rumor that was
22 material and significant to investors, that --
23 as I indicated before, that there would be
24 some commentary on it, in some source.

CHRISTOPHER M. JAMES

Page 230

1  circumstances in which the insider trading
2  occurred.
3     Q.   What would you need to know? Or
4  what would you need to suspect?
5     A.   I'm not -- I think I would have
6  to do a thorough analysis of the facts and
7  circumstances to reach a conclusion regarding
8  the importance of insider trading in a
9  particular case and I'm not prepared today to
10 analyze that issue.
11          If I were asked, however, to
12 address the question of whether insider trades
13 had a material impact on the stock price, I
14 would do the following types of things: First
15 to determine, as I indicated before, whether
16 those insider trades were -- trading
17 information was available to market
18 participants; second, to determine the timing
19 of those trades; and, third, to assess whether
20 those trades are associated with a
21 statistically significant price movement.
22          MR. COLLINS: All right, let's go
23 off the record.
24          (A recess was had from 4:27 p.m.

Page 231

1  to 4:45 p.m.; and then the proceedings
2  continued as follows:)
3  BY MR. COLLINS:
4     Q.   When did the market become
5  efficient? Tell me the date.
6     A.   You mean the market for Adams
7  Golf stock?
8     Q.   Please.
9     A.   I believe it was -- the evidence
10 would suggest that it was certainly efficient --
11 I think it's -- I haven't actually undertaken to
12 determine a specific date. Certainly I think it
13 would be reasonable to conclude that the market
14 was efficient at the time that it began trading.
15    Q.   Was there any impact of the
16 quiet period on that?
17    A.   The quiet period ended I believe
18 October -- August 4th. Certainly if I were
19 looking at simply the Cammer factors and asking
20 when are all of the Cammer factors met, the
21 trading volume was almost immediately -- it was
22 immediately. Number of market makers, it was
23 immediately. Speed of response to new
24 information appears to be immediate.

Page 232

1  With respect to the analyst --
2  the coverage by -- and institutional
3  ownership, that was probably the highest
4  immediately after the IPO. During the quiet
5  period, there would not be analyst coverage by
6  anyone -- any analyst affiliated with an
7  underwriter that was a part of the syndicate,
8  so that factor wouldn't be met.
9     Q.   It's your opinion that the
10 October 23 price reaction which was
11 statistically significant was not at all caused
12 by the introduction of new information into the
13 market with respect to gray marketing?
14    A.   I think I answered that
15 question, and my answer is -- I'll summarize
16 it -- that in my opinion the price reaction on
17 October the 22nd is a result of new information
18 and the new information contained in the report
19 has to do with fourth quarter earnings and
20 that's consistent with analyst commentary and
21 changes in their fourth quarter -- the change in
22 the fourth quarter consensus estimate. I have
23 not tried to parse out the extent to which.
24 And that was a result of the softness in the

Page 233

1  industry and softness in Adams sales as opposed
2  to industry factors, as opposed to, as was
3  referred to and talked about earlier, recent
4  gray market activities.
5          What is clear to me is that it's
6  not a result of the market becoming aware of the
7  risks of the gray market activity, nor is it a
8  result of information regarding gray market
9  activity that was historical or contemporaneous
10 with the initial public offering.
11    Q.   Okay. So in your last answer
12 you drew a distinction, if I heard you
13 correctly, between the risk, if one existed, at
14 the time of the IPO in connection with gray
15 marketing, on the one hand, and, on the other
16 hand, gray marketing's impact, if any, on those
17 reduced analyst expectations for the fourth
18 quarter. Those are two different things in your
19 view.
20    A.   I think they are
21 distinguishable. I think what I was -- the
22 distinction that I was drawing and I drew, when
23 you asked me this question earlier in the day,
24 was that there is a distinction in my mind

59 (Pages 230 to 233)

CHRISTOPHER M. JAMES

Page 254

1  Q.  Are there models that can be
2  used that test materiality on the basis of
3  volume or some combination of volume and price
4  movement?
5  A.  I mean, I have not seen that
6  analysis done in the context of, say, a damage
7  analysis. I have seen some academic studies
8  that ask the question of whether information has
9  an effect on trading volume.
10  Q.  And do you have any opinion as
11  to the usability or appropriateness of those
12  models?
13  A.  I think the appropriateness
14  would depend on the purpose of their being
15  used. I would have to go back and look at some
16  of those papers. Most of the paper -- the
17  academic literature in finance is more focused
18  on how information impacts value as opposed to
19  trading volume. Although, there are a few
20  papers out there that look at trading volume. I
21  just don't recall what the conclusions are.
22  Q.  The famous Golf Pro article
23  allegedly of August or August 1, 1998, when was
24  that available to the market?

Page 255

1  A.  As I indicate in my report, it's
2  my opinion that it's available to the market on
3  August 1st.
4  Q.  Well, surely you're not offering
5  an opinion on that now, Dr. James, are you?
6  A.  Yes, I am.
7  Q.  You might be making an
8  assumption, but you are offering -- are you an
9  expert with regard to when Golf Pro appeared in
10  1998?
11  A.  I'm not representing myself to
12  be an expert in when Golf Pro appeared. I am
13  representing myself to be an expert in, first of
14  all, knowing what the publication date and the
15  convention of using publication dates. I
16  believe your own expert uses the publication
17  date as the date referenced in his chronology.
18  Second, I undertook an
19  investigation to determine whether there was
20  any evidence that suggests that the Golf Pro
21  article was available prior to the cover day
22  and concluded based on that analysis that
23  there was none.
24  Q.  Okay. Do you know of any

Page 256

1  evidence, apart from what you've put in your
2  reports, to indicate when that Golf Pro article
3  was available?
4  A.  Yes.
5  Q.  When?
6  A.  In response to the Miller report
7  where he conjectures that it might have been
8  available earlier, I performed the following
9  test. Based upon communications that I'm aware
10  of between Cornerstone and the publishers of
11  Golf Pro, which is now not currently published,
12  they were unable to answer the question as to
13  whether it was available before or after the
14  cover price -- cover date.
15  So I conducted a Factiva search
16  between 1995 and 2000 in which I used the
17  keywords "Golf Pro magazine," and then I
18  looked at all of the articles that were
19  available on Factiva that reference Golf Pro
20  magazine and asked the question of whether
21  there was any reference in the public press to
22  a Golf Pro magazine article prior to the
23  stated publication date on the cover, and I
24  was able to identify several instances in

Page 257

1  which there is a reference to a particular
2  issue of Golf Pro magazine, and all of the
3  references were after the publication date
4  which is consistent with -- which is
5  inconsistent with the conjecture by Mr. Miller
6  that the information was available to the
7  market prior to the cover date.
8  Q.  Did you save those searches?
9  A.  No.
10  Q.  Did you communicate with your
11  office about providing to us information with
12  regard to the additional regressions you said
13  you would have?
14  A.  I have -- it's not my office.
15  Q.  Cornerstone. Whomever you had
16  to communicate with.
17  A.  Yes, and the individual that is
18  available -- the individual who undertook that
19  analysis is not available, he's -- that's Amir
20  Rosen, and I believe he's attending a deposition
21  today.
22  Q.  Not in this case?
23  A.  Yes, I believe he's downstairs,
24  two stories down.