# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | § | |
| IN RE ADAMS GOLF , INC., | § | CONSOLIDATED |
| SECURITIES LITIGATION | § | C.A. NO. 99-371-KAJ |
| | § | |

## APPENDIX OF EXHIBITS AND UNREPORTED AUTHORITIES CITED IN PLAINTIFFS' ANSWERING BRIEF IN RESPONSE TO ADAMS GOLF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**ROSENTHAL, MONHAIT & GODDESS P.A.**
Carmella P. Keener (DSBA No. 2810)
919 Market Street, Suite 1401
Citizens Bank Center
Wilmington, DE   19801
(302) 656-4433
ckeener@rmgglaw.com
*Liaison Counsel for Plaintiffs and the Class*

**BERGER & MONTAGUE, P.C.**
Todd Collins
Elizabeth Fox
Neil Mara
1622 Locust Street
Philadelphia, PA. 19103
(215) 875-3000
*Lead Counsel for Plaintiffs and the Class*

Dated: October 9, 2006

## TABLE OF CONTENTS

Adams Golf, Inc. Form S1 filed July 10, 1998 .............................. A1

Adams Golf Top Customer Charts ................................... A2

Letter from Greg Pratt-WDC Mackenzie to Chris Beebe dated April 13, 1998 ...... A3

Letter from Greg Pratt of WDC Mackenzie to Ed Maron, Executive Vice President
of Costco, Canada, dated March 31, 1998 ........................... A4

Declaration of Ryan Magnussen ................................... A5

Excerpts from the deposition of Greg Pratt, taken April 27, 2006 ............... A6

Transshipment policy of Titleist ................................... A7

Excerpts from the deposition of Barney Adams, taken on June 22, 2006 .......... A8

Letter to Chris Beebe from Paul Holford of WDC Mackenzie dated April 15, 1998 .. A9

Chris Beebe Memorandum re: notes from Canadian visit dated May 7, 1998 ...... A10

Memorandum re: impact of Costco on Canadian Accounts dated April 29, 1998 ... A11

Handwritten Notes re: Keith Thomas of Dynamic Golf dated May 7, 1998 ....... A12

Memorandum re: Canadian visits dated April 28, 1998 ...................... A13

Adams Golf Customer Due Diligence Questionnaire - Edwin Watts dated
April 21, 1998 ................................................ A14

Memorandum from Chris Beebe to Barney Adams re: New Shipment of Tight Lies
to Costco dated May 29, 1998 ...................................... A15

Memorandum from Chris Beebe to Ryan Magnussen re: the Costco problem dated
June 8, 1998 .................................................. A16

Memorandum to Richard Murtland from Gonsalves re: Transshipping
dated March 27, 1998 ........................................... A17

i

Declaration of Mark Woodrich dated August 1, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . A18

Memorandum from Chris Beebe to William Heinecke re: Thai Market
dated January 18, 1999 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A19

Excerpts from the deposition of Sandra Brooks, taken on June 30, 2006 . . . . . . . . . . A20

Memorandum from Beebe to All Distributors re: Pirated Clubs dated May 6, 1998 . A21

Adams Golf Log of Customer Contacts dated May 6, 1998 . . . . . . . . . . . . . . . . . . . . A22

Adams Golf Log of Customer Contacts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A23

Exhibit VII to the Grace Expert Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A24

Fax from Mark Gonsalves to Paul McCormick re: Costco dated May 21, 1998 . . . . . A25

Memorandum from Mark Gonsalves to Aneffann re: Costco dated May 8, 1998 . . . . A26

Memorandum from Barney Adams to Mark Gonsalves re: Costco dated
May 26, 1998 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A27

Memorandum from Gonsalves to Brabry re: Costco dated June 2, 1998 . . . . . . . . . . A28

Costco Bill of Discovery . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A29

Order Granting Adams Golf Motion to Dismiss Pursuant to Rule 41(a)(3)
dated September 3, 1998 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A30

Press Release entitled "Adams Takes Legal Action Against Costco" dated
June 9, 1998 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A31

Letter from George List, Jr. to Barney Adams re: dated September 29, 1998 . . . . . . . A32

Excerpts from the deposition of Eddie Tate, taken on June 27, 2006 . . . . . . . . . . . . A33

Letter from Barney Adams to Dan Straka, King Par Golf re: Costco dated
June 26, 1998 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A34

Letter from Barney Adams to Larry Tatro, Manatee Golf re: Costco dated
June 26, 1998 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A35

Handwritten Note from DeVault to Barney Adams re: Costco . . . . . . . . . . . . . . . . . A36

Excerpts from the deposition of David Washburn, taken on August 16, 2006 . . . . . . A37

Memorandum from Joe Hoffman to File re: Adams Golf SEC comments
dated June 25, 1998   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A38

Adams Golf, Inc. Stock Price Chart  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A39

Press Release entitled "Adams Golf Reports Record Second Quarter Sales and
Earnings" dated July 22, 1998 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A40

Press Release entitled "Calloway Golf Earnings" dated July 22, 1998   . . . . . . . . . . A41

Memorandum from Patty Walsh to Barney Adams re: New York Times Interview . . A42

Adams Golf Conference Call Suggested Summary Outline dated July 29, 1998  . . . . A43

This Page Intentionally Left Blank  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A44

NationsBanc Montgomery Securities Analyst Report - Adams Golf dated
 August 4, 1998  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A45

Memorandum re: Conference Call between Adams Golf and Lehman
Brothers dated July 29, 1998 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A46

Online Version of GolfPro Article entitled "Barney's Army" . . . . . . . . . . . . . . . . . A47

Article from GolfPro Magazine entitled "Barney's Army" . . . . . . . . . . . . . . . . . . . A48

Excerpts from Lehman Brothers Analyst Report - Adams Golf, Inc. dated
August 28, 1998 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A49

Excerpts from the deposition of Brian Lantier, taken on June 5, 2006 . . . . . . . . . . . A50

Minutes of a Special Meeting of the Board of Directors of Adams Golf
dated October 19, 1998  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A51

Fax from Scott Blevins re: "Costco Buster Team" dated October 15, 1998 . . . . . . . . A52

Excerpts from the deposition of Scott Blevins, taken on May 3, 2006 . . . . . . . . . . . A53

Email from Scott Blevins to Sales re: "Selling round the Costco issue" dated
October 20, 1998 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A54

Memorandum from Barney Adams to Board of Directors re: Fourth Quarter
dated October 8, 1998 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A55

Adams Golf Press Release entitled "Adams Golf Comments on Fourth
Quarter Outlook" dated January 7, 1999 . . . . . . . . . . . . . . . . . . . . . . . . . . . A56

Memorandum from Barney Adams to Board of Directors re: Fourth Quarter
dated October 13, 1998 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A57

Adams Golf Press Release re: Stock Buyback dated October 1, 1998 . . . . . . . . . . . . A58

Handwritten Notes re: October 19, 1998 Adams Golf Board Meeting . . . . . . . . . . . . A59

Adams Golf Press Release entitled "Adams Golf Reports Third Quarter
Operating Results" dated October 22, 1998 . . . . . . . . . . . . . . . . . . . . . . . . . . . A60

Excerpts from the deposition of Christopher James, taken on August 11, 2006 . . . . . A61

Letter to Phil Hawes from Barney Adams dated October 22, 1998 . . . . . . . . . . . . . . A62

Transcript from a Telephone Conference Call Between Adams and
Investors dated October 23, 1998 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A63

PowerPoint Exhibit from an October 28, 1998 Board of Directors Meeting . . . . . . . A64

Memorandum from Patty Walsh to the Board of directors re: February Board
Meeting Materials dated January 21, 1999 . . . . . . . . . . . . . . . . . . . . . . . . . . . A65

Memorandum to Dick Murtland from Mark Gonsalves re: Customer
Returns dated March 27, 1998 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A66

Excerpts from the deposition of Darl Hatfield, taken on June 8, 2006 . . . . . . . . . . . A67

Excerpts from the deposition of Paul Brown, taken on May 16, 2006 . . . . . . . . . . . A68

Excerpts from the deposition of Finis F. Conner, taken on May 9, 2006 . . . . . . . . . . A69

Excerpts from the deposition of Stephen R. Patchin, taken on June 13, 2006 . . . . . . A70

Memorandum to Mark Gonsalves from Barney Adams re: Current
Condition of Sales dated August 14, 1998 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A71

Memorandum to Adams Golf Board of Directors from Barney Adams
re: Third Quarter Results dated September 25, 1998 . . . . . . . . . . . . . . . . . . . . . . A72

Excerpts from the deposition of Chip Brewer, taken on May 2, 2006 . . . . . . . . . . . . A73

Handwritten notes recorded by Chip Brewer during conversation with
Jay Greanay dated October 20, 1998 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A74

Excerpts from the deposition of Ryan Magnussen, taken on April 28, 2006 . . . . . . . A75

Letter from Jennifer Brannen to Liz Fox re: Adams Golf Securities Litigation
dated June 30, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A76

Email from Bernard Picchi to Tim Gamso re: Adams Golf dated
November 2, 1998 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A77

Excerpts from the deposition of Jay Greanay, taken on May 18, 2006 . . . . . . . . . . . A78

Correspondence between Adams Golf Shareholders to Patty Walsh . . . . . . . . . . . . . A79

Miller Affidavit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A80

Memorandum from Chris Beebe to Mark Gonsalves re: Parallel Exports dated
April 15, 1998 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A81

Memorandum from Greg Pratt re: Adams Golf update dated July 4, 1998 . . . . . . . . A82

Excerpts from the deposition of Gary L. Frazier, taken on August 9, 2006 . . . . . . . . A83

## UNREPORTED AUTHORITIES

*Adair v. Kaye Kotts Associates,*
1998 U.S. Dist. LEXIS 3900 (S.D.N.Y. 1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A84

*Erie Ins. Exchange v. Applica Consumer Prods., Inc.,*
2005 WL 1165562 (M.D. Pa. 2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A85

*In re NTL, Inc. Securities Litigation,*
2006 U.S. Dist. LEXIS 5346 (S.D.N.Y. 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . A86

*Positran Manufacturing, Inc. v. Diebold Inc.,*
2003 U.S. Dist. LEXIS 8114 (D. Del. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A87

*RMED Int'l, Inc. V. Sloan's Supermarkets,*
2000 U.S. Dist. LEXIS 3742 (S.D.N.Y. 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . A88

*In re Surebeam Corp. Securities Litigation,*
2004 U.S. Dist. LEXIS 26951 (S.D. Cal. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . A89

*Weinberger v. Jackson*,
No. C-89-2301-CAL, 1990 U.S. Dist. LEXIS 18394 (N.D. Cal. 1990) . . . . . . . . . . . A90

## DOCKETED CASES

*Coleman (Parent) Holdings, Inc. v. Morgan Stanley & Co.,* Case No.
        502003CA005045XXOCAI, 2005 WL 679071
        (Cir. Ct. 15th Jud. Dist. Palm Beach Fla. 2005) . . . . . . . . . . . . . . . . . . . . . . . A91