**A. 80**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ADAMS GOLF, INC. SECURITIES LITIGATION | CONSOLIDATED C.A. No. 99-371 KAJ |

## AFFIDAVIT OF R. ALAN MILLER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE ADAMS GOLF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

R. ALAN MILLER declares as follows:

1.      I submit this affidavit in connection with plaintiffs' opposition to the Adams Golf defendants' motion for summary judgment.

2.      With respect to the deposition testimony of Dr. James, defendants' expert, on August 11, 2006, I note particularly three positions that James asserted that were new or amplified from the positions James took in his opening and rebuttal reports. First, James allowed for the possibility that material information could "leak" into the market. That is, as I understand James's deposition testimony, it is possible for rumor, oral communication, or observation to materially affect stock prices. See James Dep. Tr., pp. 116, 121-22, 126-31 (cited pages attached hereto at Tab A). Second, James asserted (or admitted) that under some circumstances it is permissible to use event windows of two days. Tab A, pp. 221-22. Third, the industry index that I employed in the analysis contained in my rebuttal report -- the "Miller index", as James referred to it – as well as the Standard & Poors ("S&P") Small Cap index may be considered, in James's view, in connection with running daily regression analyses in this case. Tab A, pp. 85-

1

94.

3.  In addition, James asserted for the first time at his deposition that the decline in the price of Adams Golf stock during July 1998 was consistent with the declines in the Miller index and the S&P Small Cap index during the same period.  Tab A., pp. 93-94.

4.  Notwithstanding these positions that I understand James to have asserted at his deposition, James did not appear to change his position as to the dates, during and immediately after the class period, on which there occurred statistically significant stock movement. Specifically, James appears not to have changed his position, previously expressed, that during July 1998, there were no statistically significant movements in Adams Golf common stock.

5.  As I expressed in my rebuttal report, I have serious reservations regarding the usability and appropriateness of event study regression analyses in a case such as this.  In particular, this case involves an IPO, 1933 Act claims, and the absence of a clean "estimation" period prior to the class period.

6.  Nonetheless, I have been asked to assume, arguendo, that event study regression analysis can be appropriate in a case such as this, and to attempt to replicate portions of James's regression analysis, substituting variables or assumptions as appropriate.  Specifically, I refer to James's agreement at his deposition with a position to which I subscribe -- in appropriate cases, particularly where information reaches the market by way of "leakage"-- an event or measurement window in excess of a single day may be appropriate.

7.  Accordingly,  I caused there to be run a regression using as many assumptions as possible from the various daily regressions that James ran, except I lengthened the window or measurement period.  My regression used or assumed a window or measurement period of 12

2

days after examination of the Adams Golf stock price data.. I believe that a window period of this length is appropriate in this case in view of the fact that, during the window period, the stock price was reacting to rumor, "leaked" information, or other forms of non-published disclosure. In such a situation, it is difficult to ascertain exactly when new material information enters the market. Indeed, it appears that in this case the information entered the market gradually, over a period of time, as increasing numbers of market participants gained access to the information. This exercise allowed testing of plaintiffs' assertion that the Adams Golf stock price moved in a significant fashion in July 1998 as a result of "leakage" that gray marketing was seriously affecting Adams Golf.

8.    The results of this regression are set forth on Tab B to this Affidavit. We analyzed the movement of Adams Golf returns versus, or adjusted for, the returns to the NASDAQ index (used by James) for each of the 12 consecutive day periods in the Class Period and discovered that there was only a 3% chance of any other 12-day period having as significant a deviation of Adams Golf returns from NASDAQ returns as the first 12 days' returns[a] meaning that the price movements in that period contrasted with NASDAQ were statistically significant. To further test the difference between Adams Golf returns in the first 12 days and the remaining days of the Class Period—adjusted for the NASDAQ returns in the same periods—we did the following. We created a slope (trend) line analysis, first, to compare the trend in Adams Golf's price in the period July 10 through July 28, 1998 to its trend in the remaining days from July 29 on; and, second, to take into account the changes in NASDAQ returns over these same two

---

[a] There are 12 days of returns for the 12 trading days of July 13, 1998 through July 28, 1998. To calculate these returns requires prices for the 13 trading days from July 10, 1998 through July 28, 1998.

periods. I then compared the <u>difference</u> between the first 12 day period movement in Adams stock price and the rest of the Class Period to the <u>difference</u> between the first 12-day period movement in the NASDAQ index and its movement in the rest of the Class Period[b] and noted two results. First, the slope of Adams Golf prices over the first period (July 10 – 28, 1998) is strongly significantly different from the same slope in the remainder of the Class Period from July 29 on. Second, the difference between the differences of the Adams Golf slopes and the NASDAQ slopes over the two periods is strongly and statistically significantly different, showing that the movement in the NASDAQ index does not explain the movement in Adams Golf during July 1998. The above results confirm that Adams Golf stock moved in a statistically significant manner during the period July 10, 1998 - July 28, 1998.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 6, 2006.

*R. alan Mille*

R. ALAN MILLER

adamsaffcollins.wpd

---

[b] A downward slope (trend) in prices over a period implies negative returns over the period. In general, the slope of price on day (time) is one way to measure average returns over any period.

# Statistical Significance of the Drop in Adams Golf Returns July 13-July 28, 1998[1]

It is useful to assess in two different ways the statistical significance of the drop in Adams Golf returns in the first 12-day period of the class period, i.e. is the drop significantly different from "chance."

1. The first way is a largely "non-parametric" approach, which determines how unusual that 12-day drop ("net of" the NASDAQ drop over the same period) is compared to all other 12-day periods during the 75 days (there are about 62 such periods). The steps are:

- To get the Adams Golf returns net of, i.e. adjusted for, NASDAQ returns, the Adams Golf returns are regressed on the NASDAQ returns (see Addendum, page 3 below for the printout).
- Find the residuals in date order from this regression. These are James' residuals which he uses to judge statistical significance.
- Each residual is an Adams Golf return net of, i.e. adjusted for, NASDAQ returns.
- Sum the first 12 days of the residuals, and then continue to find the sums of residuals for all moving 12-day periods after that formed by advancing one day at a time.
- Find the observed cumulative distribution of these summed residuals (Figure 1).
- Find the percent of summed residuals that are less than or equal to the first 12-day period's summed residuals.
- The results are:

The sum of residuals from the returns of July 13 through July 28, 1998 is -0.34864. The frequency (probability) of 12-day summed residuals less than or equal to -34.86% is about 3%. Since 3% is less than 5%, the first 12 days' summed residuals are statistically significant at the 5% level in terms of a non-parametric "randomization" or "permutation" test as applied to a time series.

---

[1] See the last page of the Addendum below for explanation of the "return" on a day. There are 12 days of returns for the 12 trading days of July 13, 1998 through July 28, 1998. To calculate these returns requires prices for the 13 trading days from July 10, 1998 through July 28, 1998.

**Figure 1**

**Empirical Cumulative Distribution of 12 Day Summed Residuals:
Regression of Adams Golf Price Change on NASDAQ Price Change**



2. A second way to determine if the first 12 day's returns are statistically significantly different from "chance" is to fit a "piecewise linear" model to the Adams Golf prices (not returns), and likewise to the NASDAQ prices (not returns). That is, fit lines with different slopes to the first 13 days of prices (first 12 days of returns) and the remaining 62 days of prices for Adams Golf. Repeat this for NASDAQ. The slopes of the

two lines in the Adams Golf regression are strongly statistically different from each other, and quite different in magnitude as well, establishing the existence of importantly different slopes. Further, by comparing this result to analogous regressions for the NASDAQ Index it is established that the difference in the two Adams Golf slopes between the first 13 days and the remaining days is <u>not</u> explained by the change in NASDAQ over these same two periods.


## Addendum


### Regression of daily Adams Golf returns on NASDAQ returns to adjust Adams for the market

The regression done by James is of the Adams Golf fractional price changes on the NASDAQ fractional price changes. This yields the following results (shown in R 2.3.1):

```
> summary(golf.fit.1)

Call:
lm(formula = PIBC$adgo ~ PIBC$nasdaq)

Residuals:
      Min        1Q     Median        3Q       Max
-0.1392300 -0.0466335  0.0009123  0.0354224  0.1839972

Coefficients:
              Estimate Std. Error t value Pr(>|t|)
(Intercept)  -0.016495   0.007509  -2.197 0.031264 *
PIBC$nasdaq   1.200588   0.302063   3.975 0.000166 ***
---
Signif. codes:  0 '***' 0.001 '**' 0.01 '*' 0.05 '.' 0.1 ' ' 1

Residual standard error: 0.06447 on 72 degrees of freedom
Multiple R-Squared: 0.1799,     Adjusted R-squared: 0.1685
F-statistic:  15.8 on 1 and 72 DF,  p-value: 0.0001657
```

The coefficient 1.200588 is significant, and is interpreted as an average 1.2 percent increase in the Adams Golf fractional price change for every 1.0 percent increase in the NASDAQ fractional price change. However, R-Squared is about 18%, which means that 82% of the variation in Adams Golf fractional price change is not explained by the NASDAQ changes.

Summary statistics for the residuals of this model are:

```
      Min.    1st Qu.     Median       Mean    3rd Qu.       Max.
-1.392e-01 -4.663e-02  9.150e-04  8.974e-20  3.542e-02  1.840e-01
```

The residual standard error is 0.06447, and the residual mean is 0. Consequently, it is expected that 95% of the residuals will lie in the interval (-0.1264, 0.1264), and 90%

in the interval (-0.1061, 0.1061). The residuals outside the 95% interval are what James terms "statistically significant", and occur on the dates August 12, September 1, and October 23. These same dates and August 4, September 21, September 29, and October 2 are outside the 90% interval.


**One and Two-slope models for Adams Golf price and for the NASDAQ Index**

One and two-slope linear regression models were fitted to (1) explain Adams Golf price as a function of "time" (day) in the 75 day class period; and, then, (2) to the NASDAQ Index as a function of "time" (day) in the same period. In the two-slope models the best least squares fit to the data allowed the slope and the intercept of the fitted lines to change between the first 12 days and the remaining 62 days. The change-point of July 28 was chosen to reflect the sharp drop in the Adams Golf stock price which occurred from the first to the twelfth day, and nowhere else in the data. For convenience of comparison, the prices of both stocks were normalized to their price on July 13, 1998.

The following graph illustrates the different fits. Following the graph are printouts from the regressions, and commentary.

**Figure 2**

4



Days (from July 13 to October 23, 1998)

Here the filled diamonds are the normalized price data fro Adams Golf. The corresponding one and two-slope fits are indicated by the solid line and open diamonds, respectively. The filled squares are the normalized price data for the NASDAQ Index. Their corresponding one and two-slope fits are indicated by the dashed line and the open squares.

**Printouts from the regressions for Adams Golf (one slope and two slope), for the NASDAQ Index, and commentaries:**

## ADAMS GOLF REGRESSIONS

**Single slope model for Adams Golf price over time:**

```
> summary(golf.fit.6)
```

5

```
Call:
lm(formula = PIBC$adgo.price.norm ~ PIBC$time)

Residuals:
    Min       1Q    Median      3Q      Max
-0.16009  -0.07425  -0.04307  0.06635  0.26668

Coefficients:
              Estimate Std. Error  t value  Pr(>|t|)
(Intercept)  0.7781500  0.0249293   31.21   <2e-16 ***
PIBC$time   -0.0091061  0.0005776  -15.76   <2e-16 ***
---
Signif. codes:  0 '***' 0.001 '**' 0.01 '*' 0.05 '.' 0.1 ' ' 1

Residual standard error: 0.1061 on 72 degrees of freedom
Multiple R-Squared: 0.7754,     Adjusted R-squared: 0.7722
F-statistic: 248.5 on 1 and 72 DF,  p-value: < 2.2e-16
```

## Two-slope model for Adams Golf price over time:

```
> summary(golf.fit.7)

Call:
lm(formula = PIBC$adgo.price.norm ~ PIBC$time * PIBC$drop12)

Residuals:
     Min        1Q     Median       3Q       Max
-0.1098721  -0.0423178  -0.0001569  0.0481051  0.0888530

Coefficients:
                     Estimate Std. Error  t value  Pr(>|t|)
(Intercept)         0.6115428  0.0177202   34.511  < 2e-16 ***
PIBC$time          -0.0058731  0.0003767  -15.590  < 2e-16 ***
PIBC$drop12         0.5102016  0.0371673   13.727  < 2e-16 ***
PIBC$time:PIBC$drop12 -0.0354474  0.0044551  -7.957 2.20e-11 ***
---
Signif. codes:  0 '***' 0.001 '**' 0.01 '*' 0.05 '.' 0.1 ' ' 1

Residual standard error: 0.05308 on 70 degrees of freedom
Multiple R-Squared: 0.9454,     Adjusted R-squared: 0.943
F-statistic: 403.8 on 3 and 70 DF,  p-value: < 2.2e-16
```

There is a substantial difference between these two models. The single slope model has an R-Squared of 0.7754, the two-slope model an R-Squared of 0.9454. Fitting two-slopes accounts for the linear variation in all but about 5% of the data, compared to over 22% unaccounted for by the single slope model. The effective change in slope is from about a 4% average decrease per day in normalized price before day 13, to about 0.6% average decrease per day from day 13 on.

Furthermore, the difference between the two models is statistically significant. This can be found by analyzing the change in least squares between the two models, using the F distribution. A summary of this test follows:

```
> anova(golf.fit.7,golf.fit.6)
Analysis of Variance Table

Model 1: PIBC$adgo.price.norm ~ PIBC$time * PIBC$drop12
Model 2: PIBC$adgo.price.norm ~ PIBC$time
  Res.Df    RSS Df Sum of Sq        F    Pr(>F)
1     70 0.19726
2     72 0.81113 -2  -0.61388 108.92 < 2.2e-16 ***
---
Signif. codes:  0 '***' 0.001 '**' 0.01 '*' 0.05 '.' 0.1 ' ' 1
```

The above results demonstrate that the two-slope model provides a statistically significantly better fit than the one-slope model, and provides a substantially more accurate model of the price behavior. In other words, the apparent change in the rate of decline of Adams Golf stock price is statistically significant.

## NASDAQ REGRESSIONS

A quite different picture is found for the NASDAQ index. While the two-slope NASDAQ model is barely statistically significantly better than the on-slope NASDAQ model, it adds little to the explanation, and the difference in the slope between the 12 days of returns (July 13-28, 1998) and after is minimal, and not statistically significant. Consistent with these observations, we can say that neither the decrease in NASDAQ over time, nor the difference in that decrease between July 13-28 and after, provides an explanation for the decrease in Adams Golf returns over the whole period, or for the change in the rate of decrease in Adams Golf returns between July 13-28 and after.

## Single slope model for the NASDAQ Index over time:

```
> summary(golf.fit.8)

Call:
lm(formula = PIBC$nasdaq.price.norm ~ PIBC$time)

Residuals:
     Min        1Q    Median        3Q       Max
-0.125251 -0.025523  0.003834  0.028441  0.087319

Coefficients:
             Estimate Std. Error t value Pr(>|t|)
(Intercept)  0.9941651  0.0099199  100.22   <2e-16 ***
PIBC$time   -0.0029484  0.0002299  -12.83   <2e-16 ***
---
Signif. codes:  0 '***' 0.001 '**' 0.01 '*' 0.05 '.' 0.1 ' ' 1
```

Residual standard error: 0.04224 on 72 degrees of freedom
Multiple R-Squared: 0.6956,    Adjusted R-squared: 0.6914
F-statistic: 164.5 on 1 and 72 DF,  p-value: < 2.2e-16

## Two-slope model for the NASDAQ Index over time:

```
> summary(golf.fit.9)

Call:
lm(formula = PIBC$nasdaq.price.norm ~ PIBC$time * PIBC$drop12)

Residuals:
     Min        1Q     Median        3Q        Max
-0.116025 -0.020883   0.007067   0.023563   0.075328

Coefficients:
                          Estimate  Std. Error  t value  Pr(>|t|)
(Intercept)              0.9642951   0.0133869   72.033   < 2e-16    ***
PIBC$time               -0.0023750   0.0002846   -8.345  4.23e-12   ***
PIBC$drop12              0.0592683   0.0280784    2.111    0.0384   *
PIBC$time:PIBC$drop12   -0.0011811   0.0033656   -0.351    0.7267
---
Signif. codes:  0 '***' 0.001 '**' 0.01 '*' 0.05 '.' 0.1 ' ' 1

Residual standard error: 0.0401 on 70 degrees of freedom
Multiple R-Squared: 0.7332,    Adjusted R-squared: 0.7218
F-statistic: 64.12 on 3 and 70 DF,  p-value: < 2.2e-16
```

The lack of significance of the fourth coefficient ("PIBC$time:PIBC$drop12") in the regression summary indicates that there is no statistically significant change in slope for the NASDAQ Index between July 10-28 and after. For this reason, we can say that the change in rate of decline in NASDAQ price between July 10-28 and after cannot account for the (dramatic) change in the rate of decline of Adams Golf returns between July 13-28 and after, which is statistically significant.

At the same time the difference between the two NASDAQ models—the one-slope and the two-slope models--is statistically significant:

```
> anova(golf.fit.9,golf.fit.8)
Analysis of Variance Table

Model 1: PIBC$nasdaq.price.norm ~ PIBC$time * PIBC$drop12
Model 2: PIBC$nasdaq.price.norm ~ PIBC$time
  Res.Df        RSS  Df  Sum of Sq     F   Pr(>F)
1     70   0.112578
2     72   0.128436  -2  -0.015857  4.93  0.00993  **
---
Signif. codes:  0 '***' 0.001 '**' 0.01 '*' 0.05 '.' 0.1 ' ' 1
```

However, here, for NASDAQ prices, while the two-slope model provides a better fit, the change is small; R-Squared increases from 0.6956 to 0.7332, so that only 3% more of the

8

variation in NASDAQ price is accounted for by the two-slope model. Furthermore, not all regression coefficients in the two-slope model are significant. The price behavior of the NASDAQ Index normalized price has a constant average decrease of about 0.25% per day from July 13 to October 23.

## EXPLANATION OF "RETURN" FOR A GIVEN DATE (DAY)

- The return for Adams listed on the row at day 1 (see excerpt below from spreadsheet of data) is defined as the Adams price on day 2 less its price on day 1 all divided by its price on day 1. Similarly for the indexes.

- It may be easier to read this to have put the above return given in the row for day 1 on the row for day 2, because it is really the return over day 2 or to day 2.

- However, given the way the returns are listed, there are 12 Adams returns calculated using data from day 1 through ay 13 (giving 12 returns) that include the last big drop of -0.131 on day 12. So there are exactly 12 returns at the beginning that are sharply downward trending, notwithstanding the two positive returns occurring on days 2 and 8, which should be noted.

- The 12 returns are accurately described as the returns of the market on the 12 days of 07-13-98 ("day 2" below) through 07-28-98 ("day 13" below).

| day | date | adams | adamscr | nasdaq | nasdaqcr | bloomberg | bloombergcr | day |
|---|---|---|---|---|---|---|---|---|
| 1 | 07-10-98 | 18.375 | -0.027 | 1943.04 | 0.012 | 110.45 | -0.009 | |
| 2 | 07-13-98 | 17.875 | 0.021 | 1965.53 | 0.001 | 109.45 | 0.005 | 1 |
| 3 | 07-14-98 | 18.25 | -0.003 | 1968.41 | 0.013 | 110.05 | -0.009 | 2 |
| 4 | 07-15-98 | 18.188 | -0.086 | 1994.54 | 0.003 | 109.11 | -0.018 | 3 |
| 5 | 07-16-98 | 16.625 | 0.060 | 2000.56 | 0.004 | 107.16 | 0.003 | 4 |
| 6 | 07-17-98 | 17.625 | -0.053 | 2008.76 | 0.003 | 107.48 | -0.008 | 5 |
| 7 | 07-20-98 | 16.688 | -0.105 | 2014.25 | -0.017 | 106.60 | -0.023 | 6 |
| 8 | 07-21-98 | 14.938 | 0.021 | 1979.14 | -0.005 | 104.19 | -0.002 | 7 |
| 9 | 07-22-98 | 15.25 | -0.127 | 1969.75 | -0.018 | 103.96 | -0.049 | 8 |
| 10 | 07-23-98 | 13.313 | -0.033 | 1935.22 | -0.002 | 98.83 | -0.002 | 9 |
| 11 | 07-24-98 | 12.875 | -0.112 | 1930.99 | 0.001 | 98.62 | -0.020 | 10 |
| 12 | 07-27-98 | 11.438 | -0.131 | 1933.26 | -0.019 | 96.66 | -0.019 | 11 |
| 13 | 07-28-98 | 9.938 | 0.000 | 1896.53 | -0.008 | 94.87 | -0.014 | 12 |
| | | | | | | | | 13 |

9

| 14 | 07-29-98 | 9.938 | 0.009 | 1881.49 | 0.020 | 93.54 | 0.000 | 14 |
| 15 | 07-30-98 | 10.031 | -0.009 | 1919.62 | -0.025 | 93.55 | -0.016 | 15 |

10

A. 81

To:   Mark Gonsalves                                              April 15, 1998

From: Chris Beebe

Re:   Parallel Exports/Grey Market Sales of Adams' *Tight Lies*

The transshipment of *Tight Lies* clubs has been detected recently, both in the United
States and in Canada. Incidences that I have been made aware of are

- King Par transshipping clubs to accounts in the Boston area
- Costco receiving a stock of Adams' products from unknown sources
- Jay told me that some clubs with light shafts, at that time only being shipped
  to Asia, once found their way into at least one of his accounts

These gray market operations hurt Adams Golf no matter where they occur, for the
outlets that receive these goods 1) have not been approved as an Adams' outlet for a
variety of reasons, 2) are not required to standby our pricing policies, which can impact
our good accounts and 3) can cost Adams Golf a great deal of money and/or sales.
One action that I would recommend taking is the adoption of a policy similar to that of
Titleist's (see attached sheet).

Regarding the Canadian Costco problem, I have spoken with WDC MacKenzie as well
as others involved in the golf industry in Canada. They all confirm that in the past,
companies that faced similar problems in the Canadian market took one of two actions:

1) The firms went into Costco and purchased any inventory of clubs there, or
2) The firms took inventories of the clubs in each of the affected accounts and
   issued credits or discounts which allowed these outlets to either match or
   become competitive with the Costco price (one firm internally divided these
   accounts into A/B/C categories, each of which received slightly different
   treatment). Once Costco has sold out of their products, the retail prices were
   brought back to the price level prevailing before Costco upset the market.
   (Callaway, Ping and Taylor Made all chose this option in the recent past.)

I would not recommend purchasing any Costco stock, for that only promotes inventory
turns and encourages the discounter to buy more Adams' products (this happened to
Lynx in Hawaii). While the other option can cost a good bit, it seems to be the better
move, both from a tactical point of view as well as from the publicity standpoint.
Additionally, as other companies have taken similar actions, it is expected that any major
player in the golf market will react in such a way.

This problem was first discovered on March 23rd, and brought to Adams' attention shortly
thereafter. I believe that Adams Golf should make a decision on how to respond to this
problem, for the longer it drags on the more it could impact our relations with the
Canadian retailers.

EXHIBIT
258

ADAMS 005045

**A. 82**

DATE _Apr. 27/06_ EXHIBIT NO. _12_
EXAM. OF _Grey Pratt_
_Ron Morosse_
COURT REPORTER CSR(A)
_Amicus Reporting Group_

July 4, 1998

Adams Golf update:

1. WDC Sale of Adams clubs for the 1998:

| | |
|---|---|
| January | 378 units |
| February | 1,014 |
| March | 3,629 |
| April | 2,788 |
| May | 2,293 |
| June | 3,083 |
| Total | 13,185 units |

Please note that these are the invoiced sales to our Canadian customers.
These statistics are not based on the clubs purchased from Adams. These
are approximate numbers, based on an average wholesale dollar sale.
They are accurate enough to determine sales history and trends.

2. Inventory:
The stock of Adams clubs on-hand as of July 3, 1998 is 6,000 units.

At the present time we have two orders packed up and ready to be shipped
from Adams. They are PO# 2017: 2543 units, and PO# 2018: 2212 units.
It would be my recommendation to take delivery of #2017, to arrive at
WDC about the end of July. I would recommend the cancellation of #2018.
We would then draw on the Adams stock as the business warrants it.
Based on our present trends I cannot recommend shipping both of these
orders to WDC in the next short while.

3. Sales blend by category:

| | | 1998 Actual | 1998 Projected | 1997 Actual |
|---|---|---|---|---|
| a. | Drivers | 1 % | 3 % | 4 % |
| | 3 Wood | 20 | 22 | 22 |
| | Original 16 Degree | 53 | 44 | 50 |
| | 5 Wood | 13 | 13 | 13 |
| | 7 Wood | 11 | 11 | 11 |
| | 9 Wood | 2 | 7 | - |
| | Total | 100 % | 100 % | 100 % |

MCK01356

b.  Graphite vs. Steel:

|          |       | 1998 Actual | 1997 Actual |
|----------|-------|-------------|-------------|
| Graphite |       | 73 %        | 76 %        |
| Steel    |       | 27          | 24          |
|          | Total | 100 %       | 100 %       |

c.  Right vs. Left Hand:

|            | 1998 Actual | 1997 Actual | Totals |
|------------|-------------|-------------|--------|
| Right Hand | 82 %        | 18 %        | 100 %  |
| Left Hand  | 82          | 18          | 100 %  |

Greg Pratt
National Sales Manager

MCK01357

A. 83

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF DELAWARE

3     - - - - - - - - - - - - - - - - - - - - -

4    IN RE:   ADAMS GOLF,     CA. NO.

5    INCORPORATED            99-371-KAJ

6

7    SECURITIES LITIGATION

8     - - - - - - - - - - - - - - - - - - - - -

9              Wednesday, August 9, 2006

10

11        Oral deposition of GARY L. FRAZIER,

12    was taken pursuant to Notice, at the

13    offices of SIMPSON THACHER & BARTLETT LLP,

14    425 Lexington Avenue, New York, NY

15    10017-3954 on the above date before

16    DEBRA G. JOHNSON-SPALLONE, CSR, RPR,

17    Notary Public, and a Federally Approved

18    Reporter of the United States District

19    Court commencing at or about 10:40 a.m.

20

21        RSA/VERITEXT COURT REPORTING COMPANY

22         1845 Walnut Street, 15th Floor

23             Philadelphia, PA  19103

24         (215) 241-1000    (888) 777-6690

Page 254

```
1        before they sent memos out      02:43:38PM
2        to channel members from         02:43:40PM
3        Beebe or from Gonsalves or      02:43:42PM
4        others talking about, or        02:43:47PM
5        reclarifying, their position    02:43:49PM
6        on gray marketing.              02:43:50PM
7            I summarize later some      02:43:53PM
8        of the steps -- this is on      02:43:56PM
9        page 14 -- where I felt this    02:43:57PM
10       -- in paragraph 44, that I      02:44:04PM
11       feel these steps taken were     02:44:06PM
12       reasonable and effective.       02:44:07PM
13           So, I don't -- based        02:44:09PM
14       on the record, they may --      02:44:11PM
15       they obviously perceived it,    02:44:13PM
16       but I don't believe, as a       02:44:14PM
17       marketing expert, that they     02:44:16PM
18       were slow to react.             02:44:19PM
19           - - -                       02:44:19PM
20   BY MR. COLLINS:                     02:44:19PM
21       Q.  Okay.                       02:44:20PM
22           One more document,          02:44:20PM
23   Exhibit-299, which is a memo to Scott  02:44:22PM
24   Levins, Eddie Tate.                 02:44:26PM
```

Page 255

```
1        A.  Thank you.                  02:44:29PM
2        Q.  And the memo goes on awhile,  02:44:33PM
3    but I am directing your attention to a  02:44:34PM
4    particular paragraph on the second page.  02:44:36PM
5        A.  Okay.                       02:44:38PM
6        Q.  Paragraph at the bottom.    02:44:41PM
7    Middle bottom; as the Costco issue  02:44:43PM
8    worsened, retailers complained that Adams  02:44:45PM
9    was both evasive and slow with their  02:44:47PM
10   response.  Retailers will point out how  02:44:49PM
11   other manufacturers who were quick to  02:44:53PM
12   address, fix and remedy the problems,  02:44:56PM
13   while we appeared to be myered in a myriad  02:44:58PM
14   of other conflicts.  With this delay  02:45:02PM
15   came less in support from many of our  02:45:03PM
16   retailers, especially once word of  02:45:05PM
17   Costco's inventories growth spread.  02:45:08PM
18           That statement by Eddie     02:45:11PM
19   Tate, who was Florida regional account  02:45:14PM
20   coordinator, as indicated here, that also  02:45:16PM
21   has no impact on your -- on your opinion  02:45:18PM
22   here?                               02:45:22PM
23           MR. GLUCKOW:  Objection.    02:45:23PM
24           Vague and ambiguous.        02:45:23PM
```

Page 256

```
1            You can answer.             02:45:25PM
2            THE WITNESS:  I read        02:45:25PM
3        it.  Everything I read I        02:45:26PM
4        considered.                     02:45:28PM
5            Ochoa had mentioned         02:45:32PM
6        in her deposition, and I        02:45:34PM
7        agree, that gray marketing      02:45:35PM
8        effects different               02:45:39PM
9        manufacturers differently       02:45:39PM
10       in the same industry.           02:45:41PM
11           In my opinion, as a         02:45:43PM
12       marketing expert, the steps     02:45:46PM
13       taken by Adams to deal with     02:45:47PM
14       gray market sales were          02:45:50PM
15       effective, and that they        02:45:52PM
16       needed to focus elsewhere on    02:45:56PM
17       marketing challenges much       02:45:58PM
18       more important to the firm      02:46:01PM
19       in ensuring that it's going     02:46:03PM
20       to be successful in this        02:46:04PM
21       industry.                       02:46:06PM
22           - - -                       02:46:06PM
23   BY MR. COLLINS:                     02:46:06PM
24       Q.  All right.                  02:46:06PM
```

Page 257

```
1            I don't want to be          02:46:07PM
2    argumentative, and I am not challenging in  02:46:08PM
3    this deposition, sir.               02:46:12PM
4            Your life background in     02:46:13PM
5    marketing --                        02:46:17PM
6        A.  I am used to dealing with my  02:46:17PM
7    wife, so, go ahead.                 02:46:18PM
8        Q.  -- but you have said earlier  02:46:20PM
9    today, Professor, that, unlike some pointy  02:46:22PM
10   headed intellectual in the classroom, whom  02:46:28PM
11   might not deal with real world situations,  02:46:30PM
12   you are somebody who rolls up your sleeves  02:46:35PM
13   and you dealt with corporate management  02:46:37PM
14   and you have tried to see the way  02:46:40PM
15   marketing theory works in the real world.  02:46:45PM
16       A.  Right.                      02:46:47PM
17       Q.  Is that fair?               02:46:47PM
18       A.  Right.                      02:46:49PM
19       Q.  I am struck by how          02:46:52PM
20   cavalierly, with all due respect, you are  02:46:57PM
21   introduced to a flood of statements by  02:46:59PM
22   Costco management -- now, that would be  02:47:05PM
23   shocking.                           02:47:07PM
24           I am struck by how you seem  02:47:07PM
```

65 (Pages 254 to 257)

Page 278

| | | |
|---|---|---|
| 1 | trenches in October '98 or | 03:11:21PM |
| 2 | March '99, you don't have | 03:11:24PM |
| 3 | all of the data. You don't | 03:11:25PM |
| 4 | have time to really reflect | 03:11:26PM |
| 5 | on things. You don't -- you | 03:11:28PM |
| 6 | don't have two weeks to sit | 03:11:31PM |
| 7 | down and only read documents | 03:11:32PM |
| 8 | related to this one minor | 03:11:33PM |
| 9 | issue when you have got so | 03:11:34PM |
| 10 | many other issues bombarding | 03:11:36PM |
| 11 | you in the marketing like | 03:11:37PM |
| 12 | product, price, place, | 03:11:38PM |
| 13 | promotion. It is not easy | 03:11:40PM |
| 14 | to make the calls that they | 03:11:41PM |
| 15 | did. | 03:11:43PM |
| 16 | I am not -- but the key | 03:11:43PM |
| 17 | here for me is; I have the | 03:11:46PM |
| 18 | luxury of having a lot of | 03:11:50PM |
| 19 | information. I have the | 03:11:51PM |
| 20 | background. I have the | 03:11:52PM |
| 21 | experience. I have | 03:11:53PM |
| 22 | expertise. I have facts | 03:11:53PM |
| 23 | in this case to render my | 03:11:55PM |
| 24 | opinions, and that is what | 03:11:57PM |

Page 279

| | | |
|---|---|---|
| 1 | I've have done. | 03:11:58PM |
| 2 | --- | 03:11:58PM |
| 3 | BY MR. COLLINS: | 03:11:58PM |
| 4 | Q. Okay. | 03:11:58PM |
| 5 | Now, are you familiar with | 03:12:10PM |
| 6 | the fact that in 1997, 10K -- | 03:12:12PM |
| 7 | A. Of Callaway? | 03:12:18PM |
| 8 | Q. Callaway. | 03:12:19PM |
| 9 | MR. GLUCKOW: Stop | 03:12:20PM |
| 10 | reading his mind. Let him | 03:12:21PM |
| 11 | get his question out. | 03:12:23PM |
| 12 | THE WITNESS: Sorry. | 03:12:24PM |
| 13 | --- | 03:12:24PM |
| 14 | BY MR. COLLINS: | 03:12:24PM |
| 15 | Q. Callaway addressed gray | 03:12:26PM |
| 16 | marketing as a risk factor of Callaway. | 03:12:28PM |
| 17 | Are you generally familiar | 03:12:36PM |
| 18 | with that? | 03:12:37PM |
| 19 | A. I know -- I know they raised | 03:12:37PM |
| 20 | it as a negative. | 03:12:38PM |
| 21 | Q. Okay. | 03:12:39PM |
| 22 | At that time, how extensive | 03:12:42PM |
| 23 | was gray marketing at Callaway, if you | 03:12:44PM |
| 24 | know? | 03:12:46PM |

Page 280

| | | |
|---|---|---|
| 1 | MR. GLUCKOW: Objection. | 03:12:46PM |
| 2 | Overbroad, vague and | 03:12:47PM |
| 3 | ambiguous. Calls for | 03:12:48PM |
| 4 | speculation. | 03:12:50PM |
| 5 | But you can answer. | 03:12:50PM |
| 6 | Outside the scope. | 03:12:51PM |
| 7 | You can answer. | 03:12:52PM |
| 8 | THE WITNESS: Yeah, I | 03:12:52PM |
| 9 | don't know for sure. | 03:12:53PM |
| 10 | --- | 03:12:53PM |
| 11 | BY MR. COLLINS: | 03:12:53PM |
| 12 | Q. Now, what does it mean to | 03:12:53PM |
| 13 | you that Callaway, in its '97 10K, raised | 03:12:55PM |
| 14 | it as a negative? | 03:12:59PM |
| 15 | Does that have any impact on | 03:13:00PM |
| 16 | your opinion? | 03:13:02PM |
| 17 | A. Yes, for Callaway or -- | 03:13:02PM |
| 18 | Let me put it this way. | 03:13:04PM |
| 19 | And, again, you know, I do | 03:13:06PM |
| 20 | agree with Ochoa on the point that, gray | 03:13:09PM |
| 21 | market sales attract different firms from | 03:13:12PM |
| 22 | the same industry differently. | 03:13:14PM |
| 23 | Callaway had been the only | 03:13:15PM |
| 24 | game in town for large head drivers since, | 03:13:17PM |

Page 281

| | | |
|---|---|---|
| 1 | like, '91. It was not until '97/'98 that | 03:13:21PM |
| 2 | others started to introduce a lot of their | 03:13:24PM |
| 3 | clubs. | 03:13:27PM |
| 4 | Callaway was it. They were | 03:13:27PM |
| 5 | not only hot over a year or two. They | 03:13:29PM |
| 6 | were there, and they had irons and putters | 03:13:32PM |
| 7 | and drivers and balls and everything else. | 03:13:34PM |
| 8 | A gray marketer, a diverter, | 03:13:38PM |
| 9 | will always be more attracted to products | 03:13:40PM |
| 10 | from a Callaway than they would to an | 03:13:43PM |
| 11 | Adams, because they are easier to sell, | 03:13:47PM |
| 12 | and as brand strength, it has brand | 03:13:49PM |
| 13 | prestige. It has brand awareness. | 03:13:53PM |
| 14 | If a golf shop did not | 03:13:54PM |
| 15 | carry, Callaway; oh, my God, what did I do | 03:13:56PM |
| 16 | to deserve this? Because they'd have no | 03:14:00PM |
| 17 | credibility with many golfers. | 03:14:03PM |
| 18 | So, is that surprising to me | 03:14:05PM |
| 19 | with those characteristics and | 03:14:06PM |
| 20 | tremendous pressure for diverters to | 03:14:06PM |
| 21 | acquire Callaway clubs and get them to | 03:14:09PM |
| 22 | anyone? | 03:14:11PM |
| 23 | So, given its level of | 03:14:11PM |
| 24 | sales, over 900,000,000; given its brand | 03:14:13PM |

71 (Pages 278 to 281)