**EXHIBIT E**

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF DELAWARE
 3
 4
 5   IN RE ADAMS GOLF, INC.,         :  CONSOLIDATED
                                     :
 6   SECURITIES LITIGATION           :  C.A. No. 99-371 KAJ
 7
 8                            - - - - -
             Friday, May 26, 2006
 9                            - - - - -
10           Oral deposition of PATRICK D. WALRAVENS, taken
11   pursuant to notice, was held at AKIN, GUMP, STRAUSS,
12   HAUER & FELD, LLP, 580 California Street, San Francisco
13   California 94104, commencing at 8:57 a.m., on the above
14   date, before Kenneth T. Brill, Registered Professional
15   Reporter, and California CSR #12797.
16                            - - - -
17
18
19
20
21
22
     RSA/VERITEXT COURT REPORTING COMPANY
23            1845 Walnut Street, 15th Floor
          Philadelphia, PA 19103
24              (215) 241-1000    (888) 777-6690


                                                        1
```

Page 2

```
 1  APPEARANCES:
 2
      LAW OFFICES OF DONALD B. LEWIS
 3       BY: DONALD B. LEWIS, ESQUIRE
      Five Cynwyd Road
 4       Bala Cynwyd, Pennsylvania 19004
      (610) 668-0331
 5         Representing the Plaintiffs
 6
 7    SIMPSON THACHER & BARTLETT, LLP
      BY: THEODORE J. MCEVOY, ESQUIRE
 8       425 Lexington Avenue
      New York, New York 10017-3954
 9       (212) 455-2831
      tmcevoy@stblaw.com
10         Representing the Underwriter
      Defendants and the Witness
11
12
      AKIN GUMP STRAUSS HAUER & FELD, LLP
13       BY: PAUL R. BESSETTE, ESQUIRE
      300 West 6th Street
14       Suite 2100
      Austin, Texas 78701-3911
15       (512) 499-6200
      pbessette@akingump.com
16         Representing All Other Defendants
17
18
19
20
21
22
23
24

                        2
```

Page 3

```
 1           I N D E X
                 - - -
 2
 3  Testimony of: PATRICK D. WALRAVENS
 4  By Mr. Lewis. . . . . . . . . . . . . . 6
 5
 6            - - -
 7          E X H I B I T S
 8            - - -
 9  EXHIBIT NUMBER   DESCRIPTION       PAGE MARKED
10  187    Bates stamped documents
         UND 09109 through 09117      14
11
    188    Bates stamped document
12       UND 09194                    16
13  189    Bates stamped documents 09321
         09322, nad 09442 through
14       09449                        17
15  190    Bates stamped document
         UND 08573                    22
16
    191    Bates stamped documents UND
17       010734 and 010735            26
18  192    Bates stamped document UND
         09391                        29
19
    193    Bates stamped documents UND
20       010634 through 010637        37
21  194    Bates stamped document UND
         09302                        38
22
    195    Bates stamped document UND
23       010435 through 010438        42
24  196    Bates stamped documents UND
         010443 through 010446        42

                        3
```

Page 4

```
 1         EXHIBITS (continued)
 2  EXHIBIT NUMBER   DESCRIPTION       PAGE MARKED
 3
    197    Bates stamped documents UND
 4       010644 through 010646        42
 5  198    Bates stamped documents UND
         06019 through 06022          45
 6
    199    Bates stamped documents UND
 7       00387 and 00388              49
 8  200    Bates stamped document UND
         09301                        54
 9
    201    Bates stamped document UND
10       09311                        55
11  202    Bates stamped document UND
         010409                       56
12
    203    Bates stamped document
13       ADAMS 001494                 74
14  204    Bates stamped document UND
         02708                        75
15
    205    Bates stamped document UND
16       010574                       81
17  206    Bates stamped document UND
         010054                       84
18
    207    Bates stamped documents UND
19       010737 through 01740         85
20  208    Bates stamped document UND
         09365                        92
21
    209    Bates stamped document UND
22       09452                        96
23  210    Bates stamped documents UND
         08890 and 08891             103
24

                        4
```

Page 5

```
 1         EXHIBITS (continued)
 2  EXHIBIT NUMBER   DESCRIPTION       PAGE MARKED
 3  211    Bates stamped documents UND
         08688 and 08689             112
 4
    212    Bates stamped documents UND
 5       010144 through 010169       114
 6  213    Bates stamped document UND
         08476                       118
 7
    214    Bates stamped document UND
 8       011029                      119
 9  215    Bates stamped documents
         ADAMS 004394 through 004396 133
10
    216    Bates stamped documents
11       ADAMS 004295 through 004301 142
12  217    Bates stamped documents
         ADAMS 040662 through 040672 145
13
    218    Bates stamped document UND
14       08540                       150
15  219    Bates stamped documents UND
         08537 and 08538             151
16
    220    Bates stamped document UND
17       08701                       159
18  221    Bates stamped documents UND
         08468 and 08469             161
19
    222    Bates stamped document UND
20       08525                       161
21  223    Bates stamped documents UND
         0817 through 08821          166
22
    224    Bates stamped document
23       UND 08517                   168
24

                        5
```

Page 178

Patrick Walravens

1  MR. BESSETTE: Sure.
2  MR. LEWIS: And we may be out of here.
3  (Recess taken from 2:58 to 3:02 p.m.)
4  BY MR. LEWIS:
5  Q. Just a couple quick things. Are you familiar
6  with Golf Pro Magazine?
7  A. That does not ring a bell.
8  Q. Okay. When you participated in the drafting
9  sessions that resulted in the prospectus and
10 registration statement, were there any matters that the
11 investment banking team identified as areas of potential
12 investor concern that were left out of the prospectus?
13 A. I don't recall that. And that's not really
14 how the process works.
15 Q. Why is that?
16 A. Because it's easy to put things in the
17 prospectus. So things seem like a material risk at the
18 time, you put it in.
19 MR. LEWIS: I have no further questions at
20 this time. I'd just like to state that we've had sort
21 of an ongoing issue about underwriter production, and if
22 documents should turn up later in somebody's file that
23 were germane to this deposition, we want to protect our
24 rights to reopen if necessary.

178

Page 179

Patrick Walravens

1  It's obviously nothing we will go out of our
2  way to do over technicalities, but if something
3  important should turn up, we don't want to waive that
4  right. Otherwise we thank you, Mr. Walravens.
5  MR. McEVOY: I have no questions at this time.
6  BY MR. BESSETTE:
7  Q. Mr. Walravens, I just have a couple of
8  questions. My name is Paul Bessette. I represent Adams
9  Golf, and the original Adams Golf defendants.
10 Mr. Brown asked --
11 MR. LEWIS: Lewis.
12 BY MR. BESSETTE:
13 Q. I'm sorry, Mr. Lewis asked you a few questions
14 earlier in the deposition about the marketing of the IPO
15 and whether golfers, or people who golf would be
16 interested in the IPO. Was that your experience in this
17 IPO, that since the IPO was based on a hot product of
18 Adams Golf, the Tight Lies, that golfers were interested
19 in the IPO?
20 MR. LEWIS: Object to form.
21 THE WITNESS: I don't have a specific
22 recollection but, you know, I think it stands to reason
23 that golfers used the products, right? And so if you're
24 a golfer that used the product, and you liked it, you'd

179

Page 180

Patrick Walravens

1  be more interested in the transaction.
2  BY MR. BESSETTE:
3  Q. And the roadshow, you were marketing to
4  institutional investors along with golfers and
5  non-golfers; is that right?
6  A. The roadshow is designed to market to
7  institutional investors, some of whom are golfers and
8  some of whom are not.
9  Q. Do you have any understanding of whether, you
10 know, people who golfed were a higher proportion of the
11 investors in the IPO than people who didn't golf?
12 A. I mean, I don't have any specific knowledge
13 about that.
14 MR. BESSETTE: Okay. That's all I had. Thank
15 you.
16 MR. LEWIS: Thank you.
17 (Deposition concluded at 3:07 p.m.)
18 ---
19
20
21
22
23
24

180

Page 181

1  C E R T I F I C A T E
2
3  I hereby certify that the witness was duly
4  sworn by me and that the deposition is a true record of
5  the testimony given by the witness.
6
7
8  _____
   Kenneth T. Brill, RPR, CRR,
9  CA CSR#12797
10 Dated: June 4, 2006
11
12
13 (The foregoing certification of this
14 transcript does not apply to any reproduction of the
15 same by any means, unless under the direct control
16 and/or supervision of the certifying shorthand
17 reporter.)
18
19
20
21
22
23
24

181

From: Frederick_Frank@usccmail.lehman.com
Sent: Tuesday, May 05, 1998 12:33 PM
To: Stuart_Francis@usccmail.lehman.com; Olga_Pulido@usccmail.lehman.com; Patrick_Walravens@usccmail.lehman.com; Sameet_Mehta@usccmail.lehman.com; dharring@examnyc.lehman.com; Brad_Smith@usccmail.lehman.com; bpicchi@examnyc.lehman.com; blantier@examnyc.lehman.com
Subject: Adams Golf, Inc. IPO

EXHIBIT 150

This is a terrific IPO. Do good golfers get a discount?

Congratulations on this new investment banking client. A June offering will capture all golfers in mid-season form and undoubtedly interest them in this investment opportunity.

FF:mn

From: Frederick_Frank@usccmail.lehman.com
Sent: Tuesday, May 05, 1998 12:33 PM
To: Stuart_Francis@usccmail.lehman.com; Olga_Pulido@usccmail.lehman.com; Patrick_Walravens@usccmail.lehman.com; Sameet_Mehta@usccmail.lehman.com; dharring@examnyc.lehman.com; Brad_Smith@usccmail.lehman.com; bpicchi@examnyc.lehman.com; blantier@examnyc.lehman.com
Subject: Adams Golf, Inc. IPO

This is a terrific IPO. Do good golfers get a discount?

Congratulations on this new investment banking client. A June offering will capture all golfers in mid-season form and undoubtedly interest them in this investment opportunity.

FF:mn

UND 08573