ROSENTHAL, MONHAIT & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

October 16, 2006

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 N. King Street, Room 6325
Lockbox 10
Wilmington, DE 19801

Re:     **Adams Golf Securities Litigation, C.A. No. 99-371 KAJ**

Dear Judge Jordan:

Plaintiffs filed three corrected briefs between Friday, October 13, 2006 and today: Corrected Plaintiffs' Opening Brief in Support of Motion to Strike and Exclude Testimony of Edward R. Necarsulmer III (D.I. 331), originally filed September 11, 2006 (original D.I. 298); Corrected Plaintiffs' Answering Brief in Response to the Underwriter Defendants' Motion to Exclude the Expert Opinion of R. Alan Miller (D.I. 332), originally filed October 9, 2006 (D.I. 314), and including a corrected Exhibit C; and Corrected Plaintiffs' Answering Brief in Response to the Adams Golf Defendants' Motion to Exclude the Expert testimony of R. Alan Miller (D.I. 330), originally filed October 9, 1996 (D.I. 316), and including a corrected Exhibit D.

The Honorable Kent A. Jordan
October 16, 2006
Page 2

    Lead counsel have asked me to clarify the reasons for the corrected briefs. When the briefs were drafted, counsel cited to pages from the rough draft of the deposition of defendants' expert, Edward Necarsulmer. When the exhibits were assembled, counsel included in the case of the motion against Necarsulmer, the entire official transcript of the deposition, not realizing that the page numbers were different than the page numbers in the rough draft of the deposition transcript. Likewise, when the two answering briefs were filed, they included a cite from the rough draft and exhibits from the official Necarsulmer transcript. This came to counsel's attention only when they received the underwriters' Answering Brief to plaintiffs' motion to exclude Mr. Necarsulmer (D.I. 315), on Tuesday, October 10, 2006.

    To correct this situation we have filed all three briefs with corrected citations to the Necarsulmer deposition in bold. No other changes were made to the briefs. Likewise, we have filed corrected exhibits for the answering briefs. The filings replace the original filings, each in its entirety, for the convenience of the Court and counsel.

    We apologize for any inconvenience to the Court and the parties as a result of our mistake in this regard.

                                                                    Respectfully,

                                                                    /s/ Carmella P. Keener

                                                                    Carmella P. Keener (DSBA No. 2810)
                                                                  ROSENTHAL, MONHAIT & GODDESS, P.A.
                                                                  919 N. Market Street, Suite 1401
                                                                  P.O. Box 1070
                                                                  Wilmington, DE 19899-1070
                                                                  (302) 656-4433
                                                                  ckeener@rmgglaw.com
                                                                  *Attorneys for Plaintiffs*

The Honorable Kent A. Jordan
October 16, 2006
Page 3

CPK/jls

cc: Jeffrey L. Moyer, Esquire (via CM/ECF)
  Alyssa M. Schwartz, Esquire (via CM/ECF)
  John E. James, Esquire (via CM/ECF)
  Brian C. Ralston, Esquire (via CM/ECF)
  Donald Lewis, Esquire (via CM/ECF)
  Elizabeth Fox, Esquire (via email)
  Juli Desper, Esquire (via CM/ECF)
  Neil Mara, Esquire (via CM/ECF)
  Todd S. Collins, Esquire (via CM/ECF)
  Clerk of the Court (via hand delivery)