IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ADAMS GOLF, INC., SECURITIES LITIGATION | § § § § | CIVIL ACTION NO. 99-371-KAJ (CONSOLIDATED) |

## ADAMS GOLF DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION

Defendants Adams Golf, Inc., B.H. (Barney) Adams, Darl P. Hatfield, Richard H. Murtland, Paul F. Brown, Jr., Roland E. Casati, Finis F. Conner and Stephen R. Patchin (collectively, the "Adams Golf Defendants") submit this motion pursuant to Local Rule 7.13(a)(4) to exceed the 20-page limit in the submission of their reply brief in support of their motion for summary judgment. The Adams Golf Defendants seek to extend the page limit to 30 pages.

Both the Adams Golf Defendants and plaintiffs requested and were granted an additional 25 pages for their opening and answering summary judgment briefs (*i.e.*, from 40 to 65). The Adams Golf Defendants submitted a 61-page opening brief, and plaintiffs submitted a 64-page answering brief. Additional pages were needed for those briefs to fully present the issues and evidence related to plaintiffs' two claims asserted under section 11 and the Adams Golf Defendants' two affirmative defenses. The additional pages requested for the reply brief will enable the Adams Golf Defendants to fully address plaintiffs' opposition arguments.

Pursuant to Local Rule 7.1.1, counsel for the Adams Golf Defendants, on October 16, 2006, discussed this motion with counsel for plaintiffs who have indicated that they consent to the relief sought in this motion.

RLF1-3070868-1

Accordingly, the Adams Golf Defendants respectfully request that this motion be granted and that the Court extend the page limit for the Adams Golf Defendants' Reply Brief in Support of Their Motion for Summary Judgment to 30 pages.

/s/ Jeffrey L. Moyer
Jeffrey L. Moyer (#3309)

Of Counsel:
Paul R. Bessette
Jennifer R. Brannen
Michelle A. Reed
Laura L. Moriaty
Akin Gump Strauss Hauer & Feld LLP
300 West 6th Street, Suite 2100
Austin, Texas 78701

moyer@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

Attorneys for Defendants Adams Golf, Inc., B.H. Adams, Richard H. Murtland, Darl P. Hatfield, Paul F. Brown, Jr., Roland E. Casati, Finis F. Conner, and Stephen R. Patchin

Dated: October 16, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ADAMS GOLF, INC., SECURITIES LITIGATION | § § § § § | CIVIL ACTION NO. 99-371-KAJ (CONSOLIDATED) |

### [PROPOSED] ORDER ON ADAMS GOLF DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION

The Court having considered the Adams Golf Defendants' Motion for an Order granting it leave to file a reply brief in support of their motion for summary judgment exceeding the page limitations set forth in District of Delaware Local Rule 7.1.3(a)(4), and good cause having been shown,

NOW, THEREFORE, IT IS HERBY ORDERED, this ___ day of _____, 2006, that the Adams Golf Defendants' Motion is granted, and the Adams Golf Defendants shall be permitted to file a reply brief in support of their motion for summary judgment not to exceed 30 pages.

_____
UNITED STATES DISTRICT JUDGE

RLF1-3070868-1

CERTIFICATION PURSUANT TO
DISTRICT OF DELAWARE LOCAL RULE 7.1.1

Counsel for defendants Adams Golf, Inc., B.H. (Barney) Adams, Darl P. Hatfield, Richard H. Murtland, Paul F. Brown, Roland E. Casati, Finis F. Conner and Stephen R. Patchin consulted with counsel for the plaintiffs pursuant to District of Delaware Local Rule 7.1.1 and determined that plaintiffs consent to the relief sought in the attached motion.

Alyssa M. Schwartz (#4351)

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**VIA HAND DELIVERY**

Carmella P. Keener
Rosenthal, Monhait & Goddess
919 Market Street, Suite 1401
Wilmington, DE 19801

Robert K. Payson
John E. James
Potter Anderson & Corroon LLP
1313 North Market Street, Hercules Plaza
Wilmington, DE 19801

I hereby certify that on October 16, 2006, I have sent by Federal Express the foregoing document(s) to the following non-registered participants:

Neil Mara
Todd S. Collins
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Michael J. Chepiga
Theodore J. McEvoy
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

Alyssa M. Schwartz (#4351)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
schwartz@rlf.com

RLF1-3040247-1