UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ADAMS GOLF, INC., <br> SECURITIES LITIGATION | § <br> § <br> § <br> § | CIVIL ACTION NO. 99-371-KAJ <br> (CONSOLIDATED) |

**[PROPOSED] ORDER ON ADAMS GOLF DEFENDANTS'
MOTION TO EXCEED PAGE LIMITATION**

The Court having considered the Adams Golf Defendants' Motion for an Order granting it leave to file a reply brief in support of their motion for summary judgment exceeding the page limitations set forth in District of Delaware Local Rule 7.1.3(a)(4), and good cause having been shown,

NOW, THEREFORE, IT IS HERBY ORDERED, this 16th day of Oct., 2006, that the Adams Golf Defendants' Motion is granted, and the Adams Golf Defendants shall be permitted to file a reply brief in support of their motion for summary judgment not to exceed 30 pages.

_____
UNITED STATES DISTRICT JUDGE

RLF1-3070868-1