# EXHIBIT F

## NationsBanc Montgomery Securities

NationsBanc Montgomery Securities LLC

# Facsimile

| | |
|---|---|
| Date: | 08/04/98 |
| To: | Patty Walsh |
| cc: | |
| Company: | Adams Golf |
| Fax: | 972-673-9590 |
| Page(s): | 9 |
| From: | Jennifer Shack |
| Telephone: | 415-627-2237 |
| Fax: | 415-913-5970 |
| RE: | |

Here is the piece that we distributed to our sales force and put on First Call this morning.



EXHIBIT
98
Walsh

If all pages do not transmit, please call (415) 627-2000.

Confidentiality Note:
The information contained in this facsimile transmission is confidential information intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone (415-627-2000) and return the original message to us via the United States Postal Service. We will reimburse any costs you incur in notifying us and returning the message to us. Thank you.

ADAMS 004240

NATIONSBANC MONTGOMERY**NATIONSBANC MONTGOMERY**NATIONSBANC MONTGOMERY

# ADAMS GOLF, INC.*                                    RATING: BUY

| August 4, 1998 | CONSUMER PRODUCTS | NASDAQ: ADGO |
| --- | --- | --- |

*John W. Weiss (415) 627-2240*                                    Handout

*Bracken J. White (415) 913-3528*

DJIA: 8842
S&P 500: 1118
NMSGI: 119

| PRICE: | $9 – 3/4 | FY ENDS 12/31 | 1997 | 1998E | 1999E |
| --- | --- | --- | --- | --- | --- |
| 52-WEEK RANGE: | $18 – 9 | | | | |
| FULLY DILUTED SHARES O/S: | 23.4 | Q1 (MAR) | $0.00 | $0.31A | $ |
| MARKET CAPITALIZATION: | $228.2 MM | Q2 (JUN) | 0.00 | 0.35A | |
| AVG DAILY VOL. (3 MOS.): | 947,878 | Q3 (SEP) | 0.24 | 0.22 (3) | |
| SECULAR EPS GROWTH: | 25% | Q4 (DEC) | 0.31 (2) | 0.20 (4) | |
| 1998E REVENUES: | $106 MM | FISCAL YEAR | $0.57 (2) | $1.05 | $1.25 |
| MARKET CAP/REVENUES (1): | 215% | P/E | 17.1 | 9.3 | 7.8 |
| 3/98 TOTAL DEBT (1): | $1.1 MM | P/E/G | 68% | 37% | 31% |
| 3/98 LTD/TOTAL CAP. (1): | 1% | | | | |
| 1998 ROAE: | 45% | | | | |
| 3/98 SHAREHOLDERS EQ.(1): | $72.9 MM | | | | |
| 3/98 BOOK VALUE/SHARE (1): | $3.11 | | | | |
| DIVIDEND/YIELD: | NONE | | | | |

(1) Adjusted for IPO in July 1998.
(2) Excludes stock compensation and bonus award.
(3) Net income is projected to increase 86%.
(4) Net income is projected to advance 15%.

\*    NationsBanc Montgomery Securities LLC currently maintains a market in this security. NationsBanc Montgomery Securities
LLC was manager or co-manager of a public offering and/or has performed investment banking or other services for this
company in the last three years.

## Summary and Investment Conclusion

We have initiated coverage of Adams Golf, Inc., with a rating of BUY, and purchase is recommended. Adams Golf is currently experiencing extremely rapid growth as a result of strong customer acceptance of its Tight Lies fairway woods, which enhance golfers' ability to hit from a variety of poor lies and still achieve good distance. Sales rose from $3.5 million in 1996 to $36.7 million in 1997 and jumped from $5.4 million to $58.3 million in the first half of 1998. We expect annual sales to rise from $36.7 million in 1997 to $106 million in 1998 and $162.5 million in 1999. EPS are anticipated to increase from $0.57 in 1997 to $1.05 in 1998 and $1.25 (+19%, with 11% more shares outstanding) in 1999.

The critical issues are the following:

◆   What are the prospects for growth in Adams' sales of fairway woods in the U.S. in 1999, which
will be the fourth year of the original Tight Lies 4-wood and the third year for most of the other

ADAMS 004241

> ## NationsBanc Montgomery Securities

lofts? We assume that Adams' sales will decline sequentially (but still increase dramatically year to year) in the third and fourth quarters of 1998, primarily because of normal seasonality of demand. The declines we project in EPS in the third and fourth quarters of 1998 on a year-over-year basis reflect an 86% increase in shares outstanding. In addition, we project that growth of Adams' fairway wood sales in the U. S. will slow to 7% in 1999 as a result of the age of the product, recent increased availability of Orlimar fairway woods at retail and the introduction by Callaway of a new and presumably improved fairway wood. There are no signs currently of a decline in demand for Adams' products based on comments by retailers and the maintenance of retail prices at $199 per club at almost all outlets. Our 1999 EPS estimate assumes that Adams lowers its wholesale price by $10 per club in 1999, which should allow retailers to continue to achieve attractive gross profits on Adams' fairway woods even if retail prices slip somewhat.

- ◆ Will Adams be successful in selling its fairway woods in foreign markets, which accounted for only 2% of Adams' sales but 50% of industry sales in 1997? Adams has already named 33 distributors in 39 countries, and the initial sell-in to most of these distributors in the second quarter of 1998 was above plan. Early indications are that consumer demand for Adams' products is strong in many foreign countries at retail prices that are equivalent to $300-400. These retail prices are likely to decline as distribution is broadened, and this should further stimulate consumer demand.

  Our 1999 EPS estimate assumes that foreign markets represent 23% of Adams' fairway wood sales. Foreign sales accounted for 33% of Callaway's sales in the third year of the original Big Bertha line.

- ◆ Will Adams be successful in introducing new products? The company expects to introduce a driver incorporating a new but unspecified technology in early 1999. Our 1999 EPS estimate assumes that sales of this product approximate $27 million next year, which seems achievable if a market share of only 4% is attained in the U. S, We estimate Adams' dollar share of fairway woods in the U. S. at 16% in 1998. We believe about 1.1 million golfers will own one or more Adams fairway woods by mid-1999. Our projection of driver sales of $27 million in 1999 could be achieved if only 12% of the owners of Adams fairway woods purchased a driver. For the industry and for Callaway, driver sales approximate fairway wood sales.

Projections for a new product are inherently speculative. However, we believe investors should remember that in the 1992-1996 period, when Callaway's sales and earnings grew strongly, there was never much "visibility" for that company into the next year in terms of new products. In addition, Callaway shares were often volatile in response to concerns such as "I saw a Big Bertha in Costco" or "some retailer offered a Big Bertha at $10 below an earlier price" that proved to be irrelevant. We expect Adams stock to also be volatile.

In view of Adams' currently very low sales in foreign markets and the absence of a driver, success in either or both of these untapped segments has the potential to dramatically expand Adams' sales, assuming sales of existing products are maintained. Because of the company's unusually high gross margin of 74%, small changes in market share or sales can have a significant effect on EPS, A 5% point change in market share in fairway woods or drivers either in the U. S. or in foreign markets can influence EPS by $0.30-0.35.

We believe the stock's current P/E multiples of 9.3x projected 1998 EPS and 7.8x estimated 1999 profits discount the uncertainties associated with any rapidly growing company that is dependent on

ADAMS 004242

## NationsBanc Montgomery Securities

successful new products. As suggested, our key assumptions appear to provide opportunities for favorable surprises. It should also be noted that Adams has cash of $3 per share and no debt.

> *Adams is a leading manufacturer and marketer of a line of premium-quality, technologically innovative fairway woods sold under the Tight Lies brand name. The Company's clubs enhance golfers' ability to hit from a variety of poor lies and still achieve good distance. Adams' uses a marketing model that integrates direct response and traditional image-based advertising to generate brand awareness and drive sales.*

ADAMS 004243

**NationsBanc Montgomery Securities**

## ADAMS GOLF, INC.
Annual Sales and Earnings Model
($ millions)

| FY ends 12/31 | 1997(1) | 1998E | 1999E |
|---|---|---|---|
| **Sales** | | | |
| Fairway Woods | $36.7 | $106.0 | $136.8 |
| United States | 34.9 | 88.1 | 105.0 |
| Wholesale | 25.4 | 85.8 | 92.0 |
| Direct Response | 9.5 | 12.3 | 13.0 |
| Foreign (Wholesale) | 0.8 | 7.9 | 30.9 |
| Drivers | | | 24.5 |
| United States | | | 21.6 |
| Wholesale | | | 9.6 |
| Direct Response | | | 12.0 |
| Foreign (Wholesale) | — | — | 5.0 |
| **Total Sales** | 36.7 | 106.0 | 162.5 |
| **Gross Profits** | | | |
| Fairway Woods | 26.7 | 78.7 | 95.0 |
| United States | 26.4 | 75.6 | 79.2 |
| Wholesale | 19.0 | 66.0 | 69.7 |
| Direct Response | 7.4 | 9.9 | 10.1 |
| Foreign (Wholesale) | 0.3 | 3.1 | 12.1 |
| Drivers | 0.0 | 0.0 | 17.4 |
| United States | | | 15.4 |
| Wholesale | | | 8.5 |
| Direct Response | | | 6.9 |
| Foreign (Wholesale) | — | — | 2.0 |
| **Total Gross Profits** | 26.7 | 78.7 | 108.0 |
| Selling Expense | 13.1 | 28.0 | 43.7 |
| G&A Expense | 2.1 | 15.0 | 19.0 |
| R&D Expense | 0.6 | 1.6 | 2.6 |
| Total Operating Expense | 15.8 | 44.6 | 65.3 |
| Operating Income | 10.9 | 34.2 | 43.4 |
| Other Income (Expense) | (0.1) | 0.8 | 2.6 |
| Pretax Income | 10.9 | 35.0 | 46.0 |
| Tax Rate | 34.0% | 37.0% | 37.0% |
| Net Income | 7.1 | 22.0 | 29.0 |
| **EPS** | **$0.57** | **$1.05** | **$1.25** |
| Average Shares Outstanding | 12.5 | 20.9 | 23.2 |

(1) Excludes special non-cash charge for stock compensation and assumes a tax rate of 34%.

**Gross Profit as % of Segment Sales**

| | 1997 | 1998E | 1999E |
|---|---|---|---|
| Fairway Woods | | | |
| United States | | | |
| Wholesale | 72.0% | 78.9% | 75.1% |
| Direct Response | 78.0% | 79.7% | 77.7% |
| Foreign (Wholesale) | 40.0% | 39.2% | 39.2% |
| Drivers | | | |
| United States | | | |
| Wholesale | | | 67.7% |
| Direct Response | | | 74.2% |
| Foreign (Wholesale) | | | 40.0% |

**Margin Analysis**
Percent of Total Sales

| | 1997 | 1998E | 1999E |
|---|---|---|---|
| Gross Profit | 72.7% | 74.2% | 66.5% |
| Selling Expense | 35.7% | 26.4% | 26.9% |
| General and Administrative | 5.7% | 14.2% | 11.7% |
| Research and Development | 1.6% | 1.5% | 1.6% |
| Total Operating Expense | 43.1% | 42.1% | 40.2% |
| Operating Income | 28.7% | 32.3% | 26.7% |
| Pretax Income | 29.4% | 33.0% | 28.3% |
| Net Income | 19.4% | 20.8% | 17.8% |

**Percentage Change – Y/Y**

| | | 1998E | 1999E |
|---|---|---|---|
| Total Sales | | 188.8% | 53.3% |
| Selling Expense | | 113.7% | 56.1% |
| General and Administrative | | 614.3% | 26.7% |
| Operating Income | | 213.8% | 26.9% |
| Other Income (Expense) | | NMF | 225.0% |
| Pretax Income | | 224.1% | 31.4% |
| Net Income | | 208.6% | 31.7% |
| EPS | | 91.2% | 14.7% |
| Average Shares Outstanding | | 67.2% | 11.0% |

ADAMS 004244

AUG. 4.1998   2:42PM   RESEARCH                          NO.193   P.6/9

| NationsBanc Montgomery Securities |
| --- |

# ADAMS GOLF, INC.
Quarterly Sales and Earnings Model
($ millions)

| FY ends 12/31 | 1997 1Q | 2Q | 3Q | 4Q (1) | 1998 1Q | 2Q | 3QE | 4QE |
|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | |
| Fairway Woods | | | | | $24.5 | $33.8 | $25.5 | $22.2 |
| United States | | | | | 23.3 | 28.7 | 24.2 | 20.9 |
| Wholesale | | | | | 20.5 | 25.0 | 21.0 | 18.3 |
| Direct Response | | | | | 2.8 | 3.7 | 3.2 | 2.6 |
| Foreign (Wholesale) | | | | | 1.2 | 4.1 | 1.3 | 1.3 |
| Driver | | | | | | | | |
| United States | | | | | | | | |
| Wholesale | | | | | | | | |
| Direct Response | | | | | | | | |
| Foreign (Wholesale) | | | | | — | — | — | — |
| **Total Sales** | 1.6 | 4.0 | 14.2 | 17.0 | 24.5 | 33.8 | 25.5 | 22.2 |
| **Gross Profits** | | | | | | | | |
| Fairway Woods | | | | | 18.6 | 26.0 | 18.4 | 15.7 |
| United States | | | | | 18.1 | 24.4 | 17.9 | 15.2 |
| Wholesale | | | | | 15.9 | 21.5 | 15.4 | 13.2 |
| Direct Response | | | | | 2.2 | 3.1 | 2.5 | 2.0 |
| Foreign (Wholesale) | | | | | 0.5 | 1.6 | 0.5 | 0.5 |
| Driver | | | | | | | | |
| United States | | | | | | | | |
| Wholesale | | | | | | | | |
| Direct Response | | | | | | | | |
| Foreign (Wholesale) | | | | | | | | |
| Total Gross Profits | 0.9 | 2.4 | 10.8 | 12.8 | 18.6 | 26.0 | 18.4 | 15.7 |
| Selling Expense | | | | | 6.2 | 11.1 | 6.3 | 4.4 |
| G&A Expense | | | | | 3.6 | 3.7 | 3.8 | 3.9 |
| R&D Expense | | | | | 0.1 | 0.5 | 0.6 | 0.5 |
| Total Operating Expense | 0.8 | 2.4 | 6.4 | 8.2 | 9.8 | 15.3 | 10.8 | 8.8 |
| Operating Income | 0.1 | 0.0 | 4.2 | 4.6 | 8.7 | 10.7 | 7.8 | 6.9 |
| Other Income (Expense) | | | | | 0.0 | 0.0 | 0.4 | 0.4 |
| Pretax Income | | | | | 8.7 | 10.7 | 8.2 | 7.3 |
| Tax Rate | | | | | 36.0% | 38.1% | 37.0% | 37.0% |
| Net Income | 0.04 | 0.0 | 3.1 | 4.0 | 5.5 | 6.7 | 5.1 | 4.6 |
| **EPS** | $0.00 | $0.00 | $0.24 | $0.31 | $0.31 | $0.36 | $0.22 | $0.20 |
| Average Shares Outstanding | 12.5 | 12.5 | 12.5 | 12.5 | 18.3 | 18.0 | 23.0 | 23.4 |
| **Gross Profit as % of Segment Sales** | | | | | | | | |
| Fairway Woods | | | | | | | | |
| United States | | | | | | | | |
| Wholesale | | | | | 77.6% | 81.2% | 73.3% | 72.1% |
| Direct Response | | | | | 78.8% | 83.0% | 77.0% | 77.0% |
| Foreign (Wholesale) | | | | | 40.0% | 40.0% | 40.0% | 40.0% |
| **Margin Analysis** | | | | | | | | |
| Percent of Total Sales | | | | | | | | |
| Gross Profit | 60.0% | 60.0% | 74.7% | 75.0% | 75.9% | 76.9% | 72.0% | 70.7% |
| Selling Expense | | | | | 25.3% | 32.8% | 24.7% | 19.8% |
| General and Administrative | | | | | 14.7% | 10.9% | 14.8% | 17.6% |
| Research and Development | | | | | 0.4% | 1.4% | 2.0% | 2.3% |
| Total Operating Expense | 53.3% | 60.0% | 45.1% | 36.5% | 40.4% | 45.3% | 41.6% | 39.6% |
| Operating Income | 6.7% | 0.0% | 29.6% | 38.8% | 35.5% | 31.7% | 30.5% | 31.1% |
| Pretax Income | | | | | 35.5% | 31.7% | 32.0% | 32.9% |
| Net Income | 2.7% | 0.0% | 21.8% | 23.5% | 22.7% | 19.8% | 20.2% | 20.7% |
| **Percentage Change - Y/Y** | | | | | | | | |
| Total Sales | | | | | 1533.3% | 745.0% | 79.6% | 30.6% |
| Gross Profits | | | | | 1866.7% | 983.5% | 73.3% | 22.7% |
| Operating Income | | | | | 8600.0% | NMF | 84.9% | 4.6% |
| Net Income | | | | | 13820.0% | NMF | 65.9% | 15.0% |
| EPS | | | | | NMF | NMF | (8.6%) | (36.6%) |
| Average Shares Outstanding | | | | | 46.0% | 52.0% | 84.0% | 87.2% |

(1) Excludes stock compensation and bonus award.

ADAMS 004245

AUG. 4.1998   2:42PM   RESEARCH                          NO.193   P.7/9

| NationsBanc Montgomery Securities |

---

## ADAMS GOLF, INC.

| | Unit Sales | | | | Average Selling Price | | |
|---|---|---|---|---|---|---|---|
| *FY end 12/31* | **1997** | **1998E** | **1999E** | | **1997** | **1998E** | **1999E** |
| Fairway Woods | 256,000 | 764,000 | 1,087,000 | | | | |
| United States | 248,000 | 687,000 | 787,000 | | | | |
| Wholesale | 198,000 | 622,000 | 719,000 | | $133 | $138 | $128 |
| Direct Response | 50,000 | 65,000 | 68,000 | | $190 | $190 | $190 |
| Foreign | 8,000 | 77,000 | 300,000 | | $103 | $103 | $103 |
| Drivers | | | 134,000 | | | | |
| United States | | | 94,000 | | | | |
| Wholesale | | | 55,000 | | | | $175 |
| Direct Response | | | 39,000 | | | | $305 |
| Foreign | | | 40,000 | | | | $125 |

ADAMS 004246

NationsBanc Montgomery Securities

**ADAMS GOLF, INC.**
Sources and Uses of Funds
($ millions)

| FY ends 12/31 | 1997 | 1998E | 1999E |
|---|---|---|---|
| **Sources** | | | |
| Net Income | $7.1 | $22.0 | $29.0 |
| Depreciation | — | 0.2 | 0.3 |
| Total From Operations | 7.1 | 22.2 | 29.3 |
| Common Stock | 0.0 | 60.1 | 0.0 |
| Debt | 0.0 | 0.0 | 0.0 |
| Other | 0.0 | 0.0 | 0.0 |
| **Total Sources** | 7.1 | 82.3 | 29.3 |
| **Uses** | | | |
| Capital Expenditures | 0.8 | 1.7 | 4.0 |
| Debt Reductions | 0.0 | 0.0 | 0.0 |
| Other | 0.0 | 0.0 | 0.0 |
| **Total Uses** | 0.8 | 1.7 | 4.0 |
| **Change in Working Capital** | 6.3 | 80.6 | 25.3 |
| Less: Increase in Inventories | 0.0 | (5.0) | (8.0) |
| Less: Increase in Receivables | 0.0 | (9.0) | (8.0) |
| Plus: Increase in Current Liabilities | 0.0 | 3.0 | 2.0 |
| **Change in Cash** | 6.3 | 69.6 | 11.3 |
| **Year-End Figures** | | | |
| Current Assets | $15.9 | $99.5 | $126.8 |
| Current Liabilities | $9.0 | $12.0 | $14.0 |
| Current Ratio | 1.8 to 1 | 8.3 to 1 | 9.1 to 1 |
| Cash | $2.0 | $71.6 | $82.9 |
| Debt | $0.0 | $0.0 | $0.0 |
| Shareholders' Equity | $8.3 | $90.4 | $119.4 |

ADAMS 004247

## NationsBanc Montgomery Securities

| NOT FDIC-INSURED | May lose value |
|---|---|
| | No bank guarantee |

The study on these pages is not a complete analysis of every material fact respecting any company, industry or security. The opinions here expressed reflect the judgment of the author at this date and are subject to change. Facts have been obtained from sources considered reliable, but are not guaranteed. NationsBanc Montgomery (or its affiliates), its partners and/or employees may have an interest in the securities and options on securities of the issuer described herein and may make purchases or sales, as principal or agent in securities mentioned, while this report is in circulation. Neither the information nor any opinion expressed herein constitutes a solicitation by us of the purchase or sales of any securities or options thereon. NationsBanc Montgomery may from time to time perform investment banking or other services for, or solicit investment banking or other business from, any company mentioned in this report.                    © Copyright 1998 NationsBanc Montgomery Securities LLC

ADAMS 004248

# EXHIBIT G

DATE _Apr 28/06_ EXHIBIT NO. _50_
EXAM. OF _Ryan Magnussen_
_Donna Gerbrandt CSR (A)_
_Amicus Reporting Group_

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: ADAMS GOLF, INC.,            :        CIVIL ACTION NO. 99-371-KAJ
SECURITIES LITIGATION              :        (CONSOLIDATED)

## DECLARATION OF RYAN MAGNUSSEN

1.      I, Ryan Magnussen, reside at 135 Woodmont Drive, Calgary, Alberta,

Canada T2W4L3.

2.      Before 1992, I worked at Sears and became familiar with retail sales. I then

became the branch manager of a bank. In 1992, I decided to start my own business, WDC *MYSELF & PARTNERS DAVID BROWN & O VANCE MACKENZIE* *OUR*

Mackenzie Distributors Ltd. ("Mackenzie"), among other things, a distributor of golf

products. During the period 1992 - 2001, I served as President of Mackenzie. In this

position, my responsibilities included overall management of the business, including sales,

finances, relations with banks, and marketing. I had responsibility for dealing with our

customers, who were golf equipment retailers located across Canada.

3.      I am competent to testify as to the matters set forth in this Declaration by

virtue of my training, experience and personal observation. I make this Declaration on the

basis of my own personal knowledge, and a review of company documents.

4.      During the years 1996 through 2000, Mackenzie was Adams Golf's sole

authorized distributor for Canada. This meant that there were not supposed to be any

sales of Adams Golf clubs at retail in Canada except by a retailer who was a Mackenzie

customer and who obtained the clubs through Mackenzie.

5.      During the spring of 1998, beginning in March, Costco stores in Canada

began to obtain large numbers of Adams Golf clubs. Costco sold these clubs at prices far

below the prices offered by Adams Golf authorized retailers and, indeed, at prices just barely in excess of the wholesale price at which Adams Golf authorized retailers located in Canada bought Adams Golf clubs from Mackenzie.

6.     For instance, in the spring of 1998, Costco was selling the graphite Tight Lies at $249.99 (Canadian), when Mackenzie's wholesale price was $235.00 (Canadian), and the suggested retail price was $349.00 (Canadian).

7.     This "gray marketing" posed a distinct threat to us at Mackenzie, as Adams Golf's exclusive distributor in Canada, and, more generally, for the Adams Golf brand and for the financial health of Adams Golf. Adams Golf clubs were offered to prospective retailers at high profit margins, making them attractive products to purchase and resell. As soon as a brand name product such as a golf club is subjected to gray marketing, however, the retail price at which that product can be sold drops, causing authorized retailers to lose loyalty to the brand.  For instance in April 1998, under pressure from Costco, our customers had to drop their retail price from $349 to $299, but they were still not able to compete effectively with Costco because of its lower retail price.

8.     The usual result of gray marketing is that a gray-marketed product becomes an unattractive low-margin item that exclusive retailers such as golf shops are no longer willing to sell. That happened here in Canada with respect to Adams Golf's clubs.

9.     When we heard about the presence of Adams clubs at Costco in the spring of 1998, Mackenzie notified Adams Golf immediately and began urging Adams to take steps to protect its brand, including to fund Mackenzie's purchase of all the Tight Lies at Costco, in an effort to reassure Mackenzie's customers that their prices and margins would be protected. Adams did not agree to do this.

2

10.    The gray marketing problem with respect to Adams Golf became particularly acute in July 1998, just after Adams Golf's initial public offering (the "IPO"). The preceding month, after Mackenzie's continuing urging that it take steps to protect its brand, Adams Golf had instituted a new program by which authorized retailers in Canada could receive a discount off the wholesale price they paid for Adams Golf clubs. This program was designed to attempt to counteract the gray marketing problem and the harmful effect it was having on retailers.

11.    In July 1998, after the IPO, MacKenzie realized that Adams Golf's wholesale price discount program was ineffective, and we became very concerned that Adams was not working on a viable solution. This became obvious to us in two ways. First, our customers, Canadian retailers, complained extensively to Mackenzie and to me personally that the discount program was not reducing and would not reduce the amount of business they were losing to Costco through gray market distribution. Retailer loyalty, which is critical to the high-end golf equipment business diminished noticeably. Second, Mackenzie's sales of Adams Golf clubs plummeted during July, particularly after the IPO. In July 1998, Mackenzie's sales of Adams Golf products (principally the Tight Lies clubs) were only $259,000, compared to $537,000 in June. The monthly sales chart attached to this Declaration accurately sets forth Mackenzie's gross sales of Adams Golf clubs during the period 1997-August 1999. Net sales were even lower because of returns. This decline in sales reflected not just gray marketing but also the failure of Adams Golf's attempts to address gray marketing effectively.

12.    The failure of Adams Golf effectively to combat gray marketing in Canada was known by golf retailers across the country. Canada was by far Adams Golf's biggest

3

foreign market. Further, many American consumers purchased Adams Golf products in Canada. Moreover, many Americans involved in the golf industry had interests in Canada -- in retail stores, golf courses, and otherwise. Word gets around quickly in the golf industry. The sales decline resulting from gray marketing and the failure of Adams Golf to address gray marketing adequately were discussed within the industry and known widely throughout the industry between the conclusion of the IPO and the end of July 1998.

13.    In my experience, it is very common for persons involved in golf, including golfers and persons who make their living in the industry, to invest or to consider investing in golf company stock.

I declare under penalty of perjury under the laws of the United States of America that the above statement is true and correct.

Executed on February 25, 2006.

RYAN MAGNUSSEN

402795.wpd

4

Adams golf   WDC Mackenzie sales since 1997

**1997**

| | | |
|---|---|---|
| January | $ 20 | |
| February | $ 4,270 | |
| March | $ 8,345 | |
| April | $ 20,879 | ** Adams sales are growing in Canada |
| May | $ 27,559 | |
| June | $ 47,922 | |
| July | $ 35,434 | |
| August | $ 49,985 | |
| September | $ 54,197 | |
| October | $ 66,189 | ** Golf Channel comes to Canada TV, infomercial |
| November | $.269,225 | starts, strong Christmas sales |
| December | $ 226,656 | |

**1998**

| | | |
|---|---|---|
| January | $ 77,605 | |
| February | $ 207,875 | ** Start shipping from fall bookings, strong support |
| March | $ 743,974 | from info mercial |
| April | $ 571,579 | |
| May | $ 470,250 | **Product hits Costco Canada |
| June | $ 537,000 | |
| July | $ 259,000 | ** Customer start returning clubs & don't want Adams due |
| August | $ 85,268 | to Costco. $200,000 loss due to exchange,CDN$$ crash |
| September | $ 336,000 | ** Only way they will take clubs is on consignment for |
| October | $ 108,800 | Christmas season. Poor booking season due to Costco. |
| November | $ 47,922 | ** slow Christmas season, we get fill in on consignment, |
| December | $ 31,178 | customers are still reluctant to bring in product |

**1999**

| | | |
|---|---|---|
| January | $(-77,200) | ** New pricing introduced, most customers from |
| February | $ 50,366 | Christmas consignment return clubs in droves |
| March | $ 315,235 | ** spring bookings go out, sales mainly demo clubs sold |
| April | $ 376,985 | from booking specials. Product in Costco, Canadian |
| May | $ 392,935 | Tire & Sports Authority, this is seriously impacting |
| June | $ 271,195 | our sales volumes in Canada. |
| July | $ 187,525 | |
| August | $ 189,755 | ** August 1999 1st month in 99 to increase sales compared |
| | | to same month 1998. |

Fiscal 1998 ending 8/31/98 $ 3,618,803    Adams 6 mos ending 6/30/98 $58.3 Mil.
Fiscal 1999 ending 8/31/99 $ 2,230,696    Adams 6 mos ending 6/30/99 $34.1 Mil.
61.6 % of previous year    58.4 % of previous year

MCK00046

# EXHIBIT H

ADAMS GOLF
Moderator: Patty Walsh
08-06-98/4:00 pm CT
Confirmation #516761
Page 1

# ADAMS GOLF

## Moderator: Patty Walsh
### August 6, 1998
### 4:00 pm CT



Operator:      Good day everyone and welcome to this Adams Golf Second Quarter Earnings

conference call.  Today's call is being recorded.

At this time for opening remarks and introductions, I would like to turn the call over to the Director

of Investor Relations, Ms. Patty Walsh.  Please go ahead.

Patty Walsh:      Good afternoon ladies and gentlemen, and welcome to the first Adams Golf

teleconference since our July 10 IPO.  With me today are Mr. Barney Adams, Chairman, Chief

Executive Officer and President, and Mr. Darl Hatfield, Senior Vice President Finance

Administration and Chief Financial Officer of Adams Golf.

As a formality, before we begin the conference call I need to point out that any comments made

about future performance reflect our best judgment today based on current market trends and

conditions.  Any such comments or forward-looking statements should be understood in the

context of our publicly available reports filed with the SEC, including our prospectus which

ADAMS 004344

ADAMS GOLF
Moderator: Patty Walsh
08-06-98/4:00 pm CT
Confirmation #516761
Page 2

contains a discussion of various factors we believe may affect our business. These factors could cause actual future performance to differ from current expectations.

At this time, I'd like to turn the meeting over to Barney Adams.

Barney Adams: Hi, everyone. As you know, we've been observing the 25-day quiet period since our IPO. Our second quarter earnings were issued during this period, and now that the period is ended we're pleased to take this opportunity to discuss the results and announce two new products.

Today we formally announced the Tight Lies Strong 2 and Strong 11 Woods. Personally I'm particularly excited about this 2 Wood which we plan to begin selling in early September because it's designed as a response to repeated requests from our customers who love their Tight Lies and wanted to know if we could come up with one they could play both off the fairway and use off the tee.

Now we'll get into the second quarter results in a little bit more detail but I'd be remiss if I didn't say that it was a record quarter.

We recently completed our road show. In that road show we discussed our business model and that business model is still intact. We're certainly pleased with results to date. Lehman Brothers is projecting earnings of $1.05 a share on 106 million, and I might add that that's a slight increase over what we talked about in our road show. And we found no reason to challenge the underlying assumptions for these numbers.

In new product department, our new driver is on track. I am personally excited about it. I've actually played with one myself for a few holes. It's still in the prototype stage but, you know, in

ADAMS 004345

about 45 days we're going to announce the millionth Tight Lies. And our goal is to put a driver in the hands of each of those happy customers of the Tight Lies.

You know, a newsletter called (Par Value), which specializes in the golf industry, recently sent out a report that said that the Adams IPO was the largest in the history of golf. It's a $4 billion market. We are one of the fastest growing companies in that market. Our market segment at this time is fairway woods and it's the fastest growing segment of that market.

I'd like to turn this over at this time to Darl Hatfield so he can discuss specific results from the second quarter.

Darl Hatfield:    Thanks Barney. As Barney indicated, the second quarter was a record quarter both in terms of sales and net income. Net income for the second quarter was $6.7 million or 35 cents a share. Sales for the second quarter were $33.8 million, compared to $4.0 million in the comparable period in 1997, and $24.5 million in the first quarter of '98. Sales for the first six months were $58.3 million versus $5.4 million in the comparable period in 1997.

As far as the breakdown of sales by product category, for our most recent quarter the original 16 degree lofted Tight Lies fairway woods accounted for 45% of our sales. Other lofts - or excuse me, other lofted fairway woods being the 3, 5, 7, and 9 as a group accounted for 52% of our sales.

Other product groups, primarily our custom fitting operation, accounted for 3% of our sales. This continued a trend which we noted during the last several months of increasing sales of the other lofted clubs category as the company continues to establish brand awareness.

ADAMS 004346

ADAMS GOLF
Moderator: Patty Walsh
08-06-98/4:00 pm CT
Confirmation #516761
Page 4

As far as the breakdown of sales by geographic territory, on a broad basis domestic sales accounted for 88% of our revenues. International sales accounted for 12% of our revenues in the second quarter. This is compared to the first quarter in which domestic was 94% and international was 6%. Up at domestic sales, direct response sales accounted for 12% of our revenues in the second quarter. In the first quarter that percentage was 14%.

A further breakdown of our international sales shows that Asia accounted for 31% of our sales in the second quarter, Europe accounted for 28%, and the rest of the world, primarily represented by Canada, accounted for 41% of our sales. And by the way, our second quarter international sales were $4.1 million.

Moving down the income statement, our gross profit as a percentage of sales for the second quarter increased to 77% from 61% in the comparable period of 1997 and 76% in the first quarter of 1998. The increase from the prior year is primarily the result of cost savings associated with buying component parts in large volumes and assembling them on a substantially increased scale.

Operating expenses as a percentage of sales equaled 45.2% and is composed of selling and royalty expense, general and administrative expenses, and to a lesser extent research and development expense.

Selling and royalty expense equaled 32.9% of sales for the second quarter. The biggest component of this expense is advertising which we break down into direct response advertising and non-direct response or image-based advertising.

ADAMS 004347

The image-based advertising component was somewhat higher in the second quarter due to several special campaigns including (The Ramble & The Bramble) Sweepstakes, advertising featuring Nick Faldo, and a special Father's Day Campaign.

General administrative expense equaled 10.9% of sales for quarter two, and this was compared to 12.8% for the comparable period in 1997 and 13.6% in the first quarter of '98. The decrease in this percentage relates primarily to the fixed nature of many of these expenses compared to the larger volume of sales occurring in the second quarter.

And finally, research and development expense equaled 1.4% of sales in quarter two. As a result, net income was 20% of sales or, as I indicated, $6.7 million for the second quarter. And year to date for the first six months was 21% of sales or $12.3 million.

That concludes our prepared remarks, so at this time we'll open up the call to questions.

Operator:    The question and answer session will be conducted electronically today. At this time, if you do have a question, you may signal by pressing the star key followed by the digit 1 on your touch-tone phone.

We'll go first to Joe Teklits, Ferris Baker Watts.

Joe Teklits:    Hi, Barney and Darl. Great quarter, of course. Let me ask you a quick question first, Barney. The loft on the 2 degree is- I'm sorry, on the 2 Wood is what?

Barney Adams: Twelve.

ADAMS 004348

ADAMS GOLF
Moderator: Patty Walsh
08-06-98/4:00 pm CT
Confirmation #516761
Page 6

Joe Teklits:     Thank you.  Obviously the stock at this point isn't really giving you any credit for a very

good second quarter.  I guess it's more taking into account the competitive nature of the industry.

Do you want to comment at all on competition you're seeing out there?

Obviously, you said you don't see any problem with 106 million this year.  Would you like to

comment any further on that?

Barney Adams: Well, I think, Joe, that the answer is that, you know, our job is to run this company.  Our

job is to meet the goals and objectives that we've set and that you people have referenced and

are publicizing.  And that's what we look at.

I mean, certainly you keep your eye open to competition.  You're a fool if you don't.  But by the

same token, you know, operations is the name of the game here.  We have to go forward.

Joe Teklits:     Right.  All right, good enough.  Can you also comment – I guess inventory – I don't – I'm

traveling so I don't have a balance sheet in front of me.  Inventory was what at the end of the

second quarter?

Darl Hatfield:     Inventory at the end of the second quarter was 9.6 million.

Joe Teklits:     Comfort level with inventory right now being too high, too low, not enough of a certain

loft?  Everything is pretty much in line there?

Darl Hatfield:     No, I think we're comfortable with that level.  Obviously it's a little bit higher than what you

might expect for the sales level that we have.  However it's at that level because of the conscious

ADAMS 004349

ADAMS GOLF
Moderator: Patty Walsh
08-06-98/4:00 pm CT
Confirmation #516761
Page 7

effort that we've made to make sure that we have sufficient supplies of inventory on hand to meet our customer demands.

Joe Teklits:    Okay. And was there any change in the reserve for bad debt in the quarter?

Darl Hatfield:    Actually, the expense associated with the reserve went down in the second quarter. We had - as you might remember, we had talked about 2% provision. We had about a 1% provision actually for the first six months but it went down the second quarter, so we think we've had very good results.

Joe Teklits:    Okay, great. And lastly, Barney, are you seeing the brand recognition of the Tight Lies helping your custom fitting business? I think you said possibly, but also even the (Aerosol) Driver at this point?

Barney Adams: Joe, I think it's - it isn't hurting. I mean, it's helping a little bit. I think it's really more a case, you know, because of the historical nature of the golf business, you know, as I alluded to earlier, we're going to celebrate the millionth Tight Lie here shortly.

And I really think it's more a case of those customers who have a product that they love who are looking forward to our next new product.

Joe Teklits:    Right. Yes, I look forward to it, too. Thanks.

Operator:    Next to Brian Wall, Munder Capital Management.

ADAMS 004350

ADAMS GOLF
Moderator: Patty Walsh
08-06-98/4:00 pm CT
Confirmation #516761
Page 8

Brian Wall:        Thank you.  Again, nice quarter.  Two questions.  Can you just go over the units sold in

second quarter of '98, second quarter of '97 and first quarter of '98?  And then I've got a second

question after that.


Darl Hatfield:    I think we're going to make it a policy not to disclose units by lofts and so forth but I can

tell you that year to date we have sold about 475,000 units in total.


Brian Wall:       Okay.  And second question, on the cash levels on the balance sheet and I think when

you were in, we talked – you know, there weren't – didn't seem like there were immediate needs

for the cash in the fact that, you know, you're still very under-leveraged.


Given any thoughts to, I mean, selling equity at I think 16 and buying it back in at 10 or 11?

Seems like a pretty good idea.  Any thoughts given along those lines?


Barney Adams: I think – this is Barney.  I don't think at – at least I haven't at this juncture.  I think it's – it's

the same answer I gave Joe Teklits.  I think at this time it's about concentrating on our position in

the marketplace, delivering a quality product and meeting the goals as outlined for the analysts.


Brian Wall:       Okay.  Along those lines, do you have any market share numbers for the second quarter?


Barney Adams: The market share service that we use, because there's only one that gives – number one,

breaks out fairway woods by fairway woods and also breaks out club sales in vehicles such as

direct response.  And there's only one vehicle in the world as far as we know that does that, and

their second quarter numbers aren't available yet.


ADAMS 004351

We were 27% market share in their first quarter numbers with the second place - I forget which of the major companies was in second place but they were down around 13. But I called them and their numbers won't be out until later on this year.

Brian Wall:      Later on this year or this month?

Barney Adams: No, it's this year. It's like late August or early September or something like that. It takes them that long to accumulate the data because it's a very broad-based survey they (hold).

Brian Wall:      Thank you.

Operator:        John Weiss, NationsBank Montgomery.

John Weiss:     Barney, you mentioned you've hit the new driver. At least preliminarily, what advantages do you see in terms of the ball flight?

Barney Adams: Well, my first tee shot carried about 410 yards, John, but...

John Weiss:     When can I get one?

Barney Adams: You know, I don't want to let that out because it would be a big deal.

I wish I could tell you it was that easy. I'm not being - you know, outside of my first answer, I'm not being that facetious.

ADAMS 004352

When you design a driver, you design it with a multitude of purposes. It depends upon - when you asked the ball flight question, you know, as club designer, my first question's got to be, well what swing speed are you talking about? What kind of a golfer are you talking about?

So when I talk about a driver, it's not a club. It's really a variation on a design for different types of players. When my testing - when I was doing my particular testing, it was just for one particular aspect of the whole. So it's way, way early but, you know, at least we passed the first hurdle.

John Weiss:    Getting back to your discussion of players with different club head speeds, I assume that by employing different shafts that this club could be appropriate for a relatively wide range of club head speeds?

Barney Adams: Certainly by applying different shafts, but it's a lot more complex than that if you want to do the job right. And you know, you've heard me say this before -- doing a golf club is one thing, doing a really good golf club is something else.

John Weiss:    So could this product involve different models for players with different club head speeds?

Barney Adams: I don't think it's a question of different models. It's just different variations of the same - you know, you're dealing with physics and there's different variations of a design to optimize the variations in club head speeds, path angles, and so on.

John Weiss:    So it'll be a single club with a choice of multiple shafts.

Barney Adams: Multiple shafts, that's correct, and at the very least, multiple lofts.

ADAMS 004353

ADAMS GOLF
Moderator: Patty Walsh
08-06-98/4:00 pm CT
Confirmation #516761
Page 11

John Weiss:     Okay, thank you.

Barney Adams: Sure.

Operator:     Go next to Brian Lantier, Lehman Brothers.

Brian Lantier:     Good afternoon, gentlemen, congratulations on the quarter.  The international sales

seemed fairly strong in the quarter.  I was wondering if you could comment particularly around the

sales to Asia, and if you guys are using a different marketing model to garner those sales.

Barney Adams: I think the Asian sales are really a reflection of how popular our product is because when

you - we haven't done anything proactively internationally.  We haven't run any ads, although I

think in a couple of Japanese golf magazines there were some stories written about us.  But they

just happened so they wouldn't even have effected those numbers.  I'm kind of going over this in

my mind.

It's really more a component of the popularity we have here in the United States.  We haven't

even begun our international marketing program.

Brian Lantier:     Great.  Thanks a lot.

Operator:     Stuart Levy, Lehman Brothers.

Stuart Levy:     Hey Barney, terrific quarter.

Barney Adams: Thanks.  I did it all by myself.

ADAMS 004354

ADAMS GOLF
Moderator: Patty Walsh
08-06-98/4:00 pm CT
Confirmation #516761
Page 12

Stuart Levy:    I know you did.  You know, one of the issues that has presented itself ex-out the

European and Asian markets is that the U.S. demand has slowed down or looks like it is slowing

down.

Could you address that in terms of how it relates to our product line presently as well as our plans

for future line extension?

Barney Adams: What I read about the U.S. demand slowing down, I read about it in reference to

companies like Callaway and Taylor Made.  And you know, those companies with the breadth and

depth of their products lines, it affected an awful lot more by variables that we don't see yet

because of the nature of our emphasis on a single product and so on.

So as far as, you know, the outlook over the next couple of quarters and so on, you know, nothing

has changed.  We are where we were.  I really can't comment on the overall effect of the industry

because we're not in parts of it.

Stuart Levy:    In addressing that, are we pursuing ways to possibly expand our present means of

distribution, maybe aside from just the off-side as well as the on-side pro-shop?

Barney Adams: Frankly, I don't know what you mean.  If you could give me an example, I could give you a

more intelligent answer.

Stuart Levy:    For example, sporting good outlets or sports apparel stores, et cetera, et cetera?

ADAMS 004355

ADAMS GOLF
Moderator: Patty Walsh
08-06-98/4:00 pm CT
Confirmation #516761
Page 13

Barney Adams: We are currently in and have stayed consistent with the selling environment where they

are known for selling premium golf products at, you know, market reasonable prices. We've

stayed away from what is commonly known as the big box stores -- the Kmart, Wal-Marts if you

will -- where it is strictly a price situation. I think we're going to stay consistent with that.


Stuart Levy:     Okay. Thanks, Barney.


Barney Adams: Sure.


Operator:     Once again, if you do have a question today you may signal by pressing the star key

followed by the digit 1 on your touch tone phone.


And we'll go next to Paul Applebaum, MY Myerson.


Paul Applebaum:     Good evening, gentlemen. I just wanted to get a little info as to the new products

that you're coming out with and what market specifically you'd be directing them towards?


Barney Adams: The announced product, (First Sequence), is a driver which has been forecast for early

1999. If you take a look at the worldwide sales of golf clubs which are $2 billion in the Unites

States and approximately another $2 billion adding up to $4 billion worldwide, fairway woods are

23% of that market, drivers are 26% of that market. That is our - that segment is our next target

area.


Paul Applebaum:     Okay. And the 2-woods that you were coming out with was a Strong 2 and the

other one was?


ADAMS 004356

ADAMS GOLF
Moderator: Patty Walsh
08-06-98/4:00 pm CT
Confirmation #516761
Page 14

Barney Adams: An 11 wood.

Paul Applebaum:     Okay.  Thank you.

Operator:     Randy Abbe, private investor.

Randy Abbe:     Good afternoon, gentlemen.

Barney Adams: Hello.

Randy Abbe:     I'm very excited about this new driver coming out.  And what I would like to ask you, if the international sales continues to become more of a factor, do you see anywhere down the future of maybe having a plant set up there and maybe building there or is it going to be just a wait-and-see and a supply-and-demand attitude?

Barney Adams: Yes, it all – you know, we've actually been approached by locations and, you know, at the end of the day it's a numbers game.  I mean if it helps us meet our goals from both a cost and a sales and a customer service standpoint, we would take a look at a situation.  So it's, you know, a one-off analysis at this stage as opposed to a broad policy.

Randy Abbe:     Okay, thank you.

Operator:     Tom Rogers, private investor.

Tom Rogers:     Barney.

ADAMS 004357

ADAMS GOLF
Moderator: Patty Walsh
08-06-98/4:00 pm CT
Confirmation #516761
Page 15

Barney Adams: Hello, Thomas.

Tom Rogers:    Nice going.

Barney Adams: Thank you, sir.

Tom Rogers:    Great performance. I wanted you to comment on your competition, notably Orlimar. It's
kind of annoying when I see their ads and they quote those statistics slamming your great fairway
woods. What's your read on them?

Barney Adams: Well, Tom, you know, if it wasn't Orlimar, it'd be somebody else. I mean, we knew long
ago when we were really starting to do well that it was just a question of time before somebody
jumped on our economic model. And most assuredly they have - you know, if you want to call it a
compliment they've complimented us by trying to mirror everything that we've done.

Is it uncomfortable? Sure it is. But the fact of the matter is, as I've said, it's going to be
somebody. Our job is to just continue what works, continue what's going - we're going to have,
as I said, the millionth Tight Lies in the marketplace here shortly. That means we've got a lot of
very pleased customers out there. And if we continue with the objectives that are in line with the
analysts and so on, let's see what time answers to that question.

Tom Rogers:    Yes. Do you have any litigation underway with infringements?

Barney Adams: The knockoffs? Absolutely. We do have litigation underway with knockoffs, but I will say
that it's nothing that's going to have a positive effect on our company at the bottom line, not like
we're going to make any million dollar lawsuits.

ADAMS 004358

ADAMS GOLF
Moderator: Patty Walsh
08-06-98/4:00 pm CT
Confirmation #516761
Page 16

Tom Rogers:    Yes.

Barney Adams: You litigate to protect your turf.

Tom Rogers:    Yes.  Is there anything underway with Orlimar.

Barney Adams: No, no.  No, not at all because you can't litigate them for copying our economic model.

And as far as the club goes, their club is fine.

Tom Rogers:    Yes.  Okay, well keep up the good work.

Barney Adams: Thank you, sir.

Tom Rogers:    Right.

Operator:    There appear to be no further questions at this time.  I would now like to turn the

conference back to Ms. Walsh for any additional or closing comments.

Patty Walsh:    On behalf of Barney Adams, Darl Hatfield and myself, I'd like to thank all of you for

participating in our first teleconference.  In the future, we plan to hold teleconferences following

each earnings release and you'll be notified by fax a few days prior to the call.

Thank you again and good afternoon.

ADAMS 004359

Operator:        That does conclude today's conference.  Thank you for your participation.

                 END

ADAMS 004360