IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| IN RE: ADAMS GOLF, INC. SECURITIES LITIGATION | ) Civil Action No. 99-371-KAJ<br>) (CONSOLIDATED) |
| --- | --- |

**APPENDIX TO UNDERWRITER DEFENDANTS' REPLY**
**BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

*Of Counsel*:

Michael J. Chepiga
Paul C. Gluckow
Theodore J. McEvoy
Ryan A. Kane
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000

Robert K. Payson (No. 274)
John E. James (No. 996)
POTTER ANDERSON & CORROON LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
E-Mail: rpayson@potteranderson.com
E-Mail: jjames@potteranderson.com

*Attorneys for Underwriter Defendants*

Dated: October 30, 2006
758520/23310

# Table of Contents

Adams Golf, Inc. Top 10 Customers by Sales, dated April 4, 1998 .......... C1

Revised Addendum A to the October 31, 2003 Final Judgments Approving the Global Research Analyst Settlement, Signed by Judge William H. Pauley III on September 24, 2004 .......... C2

Affidavit of Richard Leatherbarrow, dated May 23, 2006 .......... C24

Declaration of Vincent M. Faughnan .......... C26

Excerpts from the June 5, 2006 deposition of Brian Lantier .......... C28

Excerpts from the June 9, 2006 deposition of Bernard Picchi .......... C38

Affidavit of James Holdeman, dated October 25, 2006 .......... C44

## **Unreported Cases:**

*In re DaimlerChrysler AG Sec. Litig.*, No. Civ. A. 00-993-JJF, 2003 WL 22951696 (D. Del. Nov. 25, 2003) .......... C60

*In re Raymond James,* S.E.C. Release No. ID-296, 2005 WL 2237628 (Sept. 15, 2005) .......... C65

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

## CERTIFICATE OF SERVICE

I, John E. James, hereby certify that on October 30, 2006, the within document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following attorneys of record stating that the document is available for viewing and downloading from CM/ECF:

Carmella P. Keener, Esquire
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Alyssa Schwartz, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801

*/s/ John E. James*
John E. James (No. 996)
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
E-mail: jjames@potteranderson.com