IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ADAMS GOLF, INC.<br>SECURITIES LITIGATION | )<br>)  Civil Action No. 99-371-KAJ<br>)  (CONSOLIDATED)<br>) |

**APPENDIX TO UNDERWRITER DEFENDANTS'
REPLY BRIEF IN SUPPORT OF MOTION TO
<u>EXCLUDE EXPERT TESTIMONY OF R. ALAN MILLER</u>**

*Of Counsel*:

Michael J. Chepiga
Paul C. Gluckow
Theodore J. McEvoy
Ryan A. Kane
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000

Robert K. Payson (No. 274)
John E. James (No. 996)
POTTER ANDERSON & CORROON LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
E-Mail: rpayson@potteranderson.com
E-Mail: jjames@potteranderson.com

*Attorneys for Underwriter Defendants*

Dated: October 30, 2006
758638/23310

## Table of Contents

Excerpts from the August 11, 2006 deposition of R. Alan Miller................................ C1

**Unreported Cases:**

*In re Polymedica Corp. Sec. Lit*., Civil Action No. 00-12426 WGY, 2006 WL
2776669 (D. Mass. Sept. 28, 2006) ............................................................................ C5

*In re Safeguard Scientifics*, No. Civ. A. 01-3208, 2004 WL 2644393 (E.D. Pa.
Nov. 17, 2004) ................................................................................................................ C24

*Van De Walle v. Unimation, Inc., et al.*, Civ. A. No. 7046, 1991 WL 29303 (Del.
Ch. Mar. 7, 1991)............................................................................................................ C32

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that on October 30, 2006, the within document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following attorneys of record stating that the document is available for viewing and downloading from CM/ECF:

> Carmella P. Keener, Esquire
> Rosenthal Monhait Gross & Goddess, P.A.
> 919 Market Street, Suite 1401
> Wilmington, DE 19801
>
> Alyssa Schwartz, Esquire
> Richards Layton & Finger
> One Rodney Square
> Wilmington, DE 19801

> */s/ John E. James*
> John E. James (No. 996)
> Potter Anderson & Corroon LLP
> Hercules Plaza – Sixth Floor
> 1313 North Market Street
> Wilmington, DE 19801
> Telephone: (302) 984-6000
> E-mail: jjames@potteranderson.com