# EXHIBIT 42

11-16-1998 5:35AM    FROM EDWIN WATTS HANOVER : 617 875 7229    P.1

**ORLIMAR**
ORLIMAR GOLF COMPANY
2655 Barrington Court
Hayward, California 94545
Ph: 510-783-1883 - Fax: 510-783-4278



Dear Orlimar Retailer,

It is with deep disappointment that I must report to you that we have a problem with unauthorized redistribution of TriMetal fairway woods in some areas of the country to stores like Costco.

As we have outlined in the past we have undertaken an aggressive strategy which includes tracking clubs through holograms as well as going to much stricter allocations of all Orlimar product to help solve this problem in the future.

I am shocked and feel a deep resentment towards the few Retailers who have knowingly jeopardized both the program and their future business with Orlimar Golf. I promise all of you that we will find out who these few are, and that they will lose their Orlimar account status.

Because of the current circumstances we recognize the concerns of many Retailers. Availability of even counterfeit clubs at these unauthorized outlets makes it difficult to effectively compete for Orlimar TriMetal business in some areas of the country going into the all important Holiday season.

In order to facilitate the greatest possible interest in TriMetal fairway woods and direct business to our authorized Retailers we have introduced an optional $50 instant in store rebate program. This rebate program may be advertised in papers and also in stores. However please note that our new Advertising Policy which is in effect immediately is "Call for Price". It is against Orlimar's Sales Policy to advertise at any discounted price in future advertisements.

This special Holiday In-Store Rebate Program includes a credit towards free product for each fairway wood sold at authorized retail locations between November 12th 1998 and January 31st 1999, so accounts can continue to earn great margins on TriMetal fairway woods and still be competitive with unauthorized stores.

In addition to this instant Rebate Program, please find enclosed a Revised Sales Policy, which includes Orlimar's new "Call for Price" advertising policy. We have also included a Revised Orlimar Challenge Program and Orlimar's Press Release regarding the USGA's New Ruling on spring like effect.

DIAMOND    ADAMS 009297

DATE Apr. 27/06 EXHIBIT NO. 42
EXAM OF Greg Pratt
Kim Morosse
COURT REPORTER CSR(A)
Amicus Reporting Group

Please call your Orlimar Sales Representative so they can fully explain this exciting in store Holiday Rebate Program and help set the appropriate allocations of product to properly service your account.

Note: Demand for Driver and Irons as well as Fairway Woods has been overwhelming. I apologize for lower than expected allocations and deliveries, but I am working hard to meet the unbelievable demand for TriMetals.

*The TriMetal's skyrocketing use on Tour continued last week at the Sarazen World Open where the TriMetal was the #1 played fairway wood with 28 clubs played versus #2 Callaway SteelHead with 21 clubs played. The Sarazen World Open was played 11/5/98-11/8/98 and included many of the top players from around the world.*

Sincerely,

Jesse Ortiz
President

ADAMS 009298

11-16-1998 5:36AM    FROM EDWIN WATTS HANOVER 1 617 878 7299    P.3

## ORLIMAR
## OPTIONAL HOLIDAY IN-STORE REBATE PROGRAM

Note: Applies to Fairway Woods Only.

*What Account Will Receive...*

$20 credit toward the $264 wholesale price of a TriMetal Driver for each TriMetal Fairway Wood sold at an authorized retail location between November 12th 1998 and January 31st 1999.

Example: If 12 Fairway Woods are sold during the qualifying period, the account will receive a $240 credit towards a Driver. An invoice for the Driver would read $264 minus the $240 Fairway Wood credit. The invoice would show a balance due of only $24.

(Note: Driver is our hottest seller and can most easily be sold at suggested minimum sale price of $299.)

*How Do You Qualify...*

1) Honor our "Call for Price" advertising policy. (See example of recommended newspaper and in-store advertising on this Program)
2) Report accurate sales of TriMetal fairway woods sold between November 12th and January 31st and you will receive free product by the end of February 1998.

*Approved Newspaper Ad...*

*Note - no price listed for TriMetal Fairway Wood.*

---

### COME IN NOW
### FOR YOUR $50 HOLIDAY IN-STORE INSTANT REBATE
### OFF OUR REGULAR SALE PRICE ON...

*ORLIMAR TRIMETAL FAIRWAY WOODS*
*"THE HOTTEST GOLF CLUB IN GOLF"*

Offer good 11/12/98 thru 1/31/99

---

ADAMS 009298

11-16-1998 5:37AM   FROM EDWIN WATTS HANOVER 1 617 878 7229                     P.4

# ORLIMAR

*RETAIL PARTNER HOLIDAY REBATE MARGINS ON
TRIMETAL FAIRWAY WOODS*
(SOLD AT AUTHORIZED RETAILERS 11/12/98 – 1/31/99)

Regular Sale Price:

$269.95 – $50.00 rebate =

    $219.95  New Sale Price
    $132.25  Reg. Net Down = 40% Reg. Margins
    $ 20.00  Credit toward Driver at $264 = 49% Margin after credit

ADAMS 009300