# EXHIBIT 190

| | |
|---|---|
| From: | Frederick_Frank@usccmail.lehman.com |
| Sent: | Tuesday, May 05, 1998 12:33 PM |
| To: | Stuart_Francis@usccmail.lehman.com; Olga_Pulido@usccmail.lehman.com; Patrick_Walravens@usccmail.lehman.com; Sameet_Mehta@usccmail.lehman.com; dharring@examnyc.lehman.com; Brad_Smith@usccmail.lehman.com; bpicchi@examnyc.lehman.com; blantier@examnyc.lehman.com |
| Subject: | Adams Golf, Inc. IPO |

EXHIBIT 150

This is a terrific IPO. Do good golfers get a discount?

Congratulations on this new investment banking client. A June offering will capture all golfers in mid-season form and undoubtedly interest them in this investment opportunity.

FF:mn

| | |
|---|---|
| From: | Frederick_Frank@usccmail.lehman.com |
| Sent: | Tuesday, May 05, 1998 12:33 PM |
| To: | Stuart_Francis@usccmail.lehman.com; Olga_Pulido@usccmail.lehman.com; Patrick_Walravens@usccmail.lehman.com; Sameet_Mehta@usccmail.lehman.com; dharring@examnyc.lehman.com; Brad_Smith@usccmail.lehman.com; bpicchi@examnyc.lehman.com; blantier@examnyc.lehman.com |
| Subject: | Adams Golf, Inc. IPO |

This is a terrific IPO. Do good golfers get a discount?

Congratulations on this new investment banking client. A June offering will capture all golfers in mid-season form and undoubtedly interest them in this investment opportunity.

FF:mn

UND 08573