# EXHIBIT 441

**Brannen, Jenny**

**From:** Reed, Michelle
**Sent:** Wednesday, October 25, 2006 2:45 PM
**To:** Brannen, Jenny
**Subject:** FW: Review Documents at Adams Golf

---

**From:** Reed, Michelle
**Sent:** Monday, November 14, 2005 5:04 PM
**To:** 'Elizabeth Fox'
**Cc:** Todd Collins; Juli Desper; Neil Mara; morris lewislaw
**Subject:** RE: Review Documents at Adams Golf

Thanks Liz. I will let the company know that we will not be there this week, and I look forward to hearing from you by Friday.

Best,
Michelle

---

**From:** Elizabeth Fox [mailto:efox@bm.net]
**Sent:** Monday, November 14, 2005 4:56 PM
**To:** Reed, Michelle
**Cc:** Todd Collins; Juli Desper; Neil Mara; Elizabeth Fox; morris lewislaw
**Subject:** RE: Review Documents at Adams Golf

Michell—None of us is able to come to Plano this week. If we decide we do need to rereview the documents, we will let you know before Friday and work out an early agreeable date.
Thanks, Liz

---

**From:** Reed, Michelle [mailto:reedm@AKINGUMP.com]
**Sent:** Monday, November 14, 2005 11:03 AM
**To:** Neil Mara; Elizabeth Fox
**Subject:** Review Documents at Adams Golf

Neil/Liz,

Have plaintiffs determined whether they would like to re-review the documents at Adams Golf this Thursday and Friday (Nov. 17-18) per my November 9 letter to Todd? I need to firm things up with the company by the end of the day today.

Best,

Michelle A. Reed
Akin Gump Strauss Hauer & Feld LLP
300 West 6th Street, Suite 2100
Austin, Texas 78701
512.499.6269 (phone)

10/27/2006

512.499.6290 (fax)

IRS Circular 230 Notice Requirement: This communication is not given in the form of a covered opinion, within the meaning of Circular 230 issued by the United States Secretary of the Treasury. Thus, we are required to inform you that you cannot rely upon any tax advice contained in this communication for the purpose of avoiding United States federal tax penalties. In addition, any tax advice contained in this communication may not be used to promote, market or recommend a transaction to another party.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.


PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential. It is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Berger & Montague, P.C. immediately at (215) 875-3000 or by return e-mail. Pursuant to requirements related to practice before the U. S.Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

10/27/2006