# EXHIBIT 442

Case 1:99-cv-00371-GMS   Document 348-14   Filed 10/30/2006   Page 1 of 4

# AKIN GUMP
## STRAUSS HAUER & FELD LLP

▬▬▬▬▬▬▬ Attorneys at Law

MICHELLE A. REED
512.499.6269/fax: 512.499.6290
mreed@akingump.com

November 9, 2005

**VIA FACSIMILE**
**215.875.4674**

Mr. Todd S. Collins
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

      Re:    *In re Adams Golf Securities Litigation*

Dear Todd:

      We will respond soon to plaintiffs' Fourth Request for Production of Documents Directed to the Adams Golf Defendants, but to expedite the process, we want to explain why we object to the way the request has been framed. In April 2005, we provided plaintiffs with access to 54 boxes of documents that your team reviewed and had the opportunity to copy. As we have explained before, to the extent any purchase order, invoices, or shipping documents existed at the time the lawsuit was filed, they were contained in those boxes. *See* 8/16/05 letter from J. Brannen to L. Fox. Despite the fact that plaintiffs have had the opportunity already to copy whatever they want from these boxes, Paul agreed, as a courtesy, to allow plaintiffs to review the boxes again on an expedited basis so plaintiffs can use this discovery in their expert damages report. We have checked with our client and confirmed that plaintiffs may review the documents on November 17-18.

      Regarding plaintiffs' request for "every document relating to Adams Golf sales of clubs that contains any of the national purchase order numbers in the right hand columns of Exhibit A," the Adams Golf Defendants do not know to what those purchase order numbers refer. Exhibit A is a document produced and created by Costco, not Adams Golf. The numbers in the right-hand column are numbers designated by Costco, not Adams Golf. The Adams Golf Defendants have no reason to believe that those numbers refer to any number Adams Golf ever attached to any sales of its clubs. Adams Golf never shipped clubs to Costco.

AKIN GUMP
STRAUSS HAUER & FELD LLP
Attorneys at Law

Todd S. Collins
November 9, 2005
Page 2

      Please confirm that plaintiffs will be able to re-review the 54 boxes of documents on November 17-18.

                                  Very truly yours,

                                  Michelle A. Reed

MAR/ktb

cc:    Theodore J. McEvoy

#5824165

```
***************************
***   MULTI TX/RX REPORT   ***
***************************

TX/RX NO              0305
PGS.                  3
TX/RX INCOMPLETE      -----
TRANSACTION OK        (1)   013598#601498#0000#12158754674
                      (2)   013598#601498#0000#12124552502
ERROR INFORMATION     -----
```

# AKIN GUMP
# STRAUSS HAUER & FELD LLP
Attorneys at Law

## FAX TRANSMISSION

### November 9, 2005

| To | Company | Fax | Phone |
|---|---|---|---|
| Todd Collins | Berger & Montague | 215.875.4674 | 215.875.5806 |
| Ted McEvoy | Simpson Thacher & Barlett LLP | 212.455.2502 | 212.455.2831 |

**From:** Michelle Reed
**Total Pages:** 3
**Direct Dial:** 512.499.6269
**Re:** Adams Golf Securities Litigation

**Message:** Please see attached.

601498.0000/013598
Floor: 20
☒ Return fax via Interoffice Mail

Sender's email: mreed@akingump.com
Secretary: Kathy bryan
☐ Hold fax for pickup

Sender's fax: 512.499.6290
Ext: 35321
Fax Operation Verification: _____