# EXHIBIT 444

Case 1:99-cv-00371-GMS    Document 348-16    Filed 10/30/2006    Page 1 of 3

**2:01-cv-03208-JCJ** IN RE:SAFEGUARD SCIE v. , et al
J. CURTIS JOYNER, presiding
Date filed: 06/26/2001
Date terminated: 11/22/2004 **Date of last filing:** 07/10/2006

# Case Summary

**Office:** Philadelphia
**Jury Demand:** Both
**Nature of Suit:** 850
**Jurisdiction:** Federal Question
**County:** Outside the State of PA.
**Origin:** 1

**Filed:** 06/26/2001
**Demand:** $0
**Cause:** 15:78m(a) Securities Exchange Act
**Disposition:** Dismissed - Settled
**Terminated:** 11/22/2004
**Reopened:**

**Lead Case:** None
**Related Case:** None

**Other Court Case:** None

**Def Custody Status:**
**Flags:** CLOSED, SEALDC, SPECIAL

| | | | |
|---|---|---|---|
| Plaintiff **NICHOLAS GILMAN** | represented by | **TODD S. COLLINS** | Phone:215-875-3000<br>Fax:   215-875-5715<br>Email: tcollins@bm.net |
| Plaintiff **NICHOLAS GILMAN** | represented by | **ALLAN H. GORDON** | Phone:215-851-9700<br>Fax:   215-851-9701<br>Email: ahg@kgrs.com |
| Plaintiff **NICHOLAS GILMAN** | represented by | **DONALD B. LEWIS** | Phone:TEL 610-668-0331<br>Fax:   FAX 610-668-0334 |
| Plaintiff **NICHOLAS GILMAN** | represented by | **DANIEL A. OSBORN** | Phone:TEL 212-888-9000 |
| Plaintiff **NICHOLAS GILMAN** | represented by | **PHYLLIS M. PARKER** | Email:pparker@bm.net |
| Defendant **SAFEGUARD SCIENTIFICS, INC.** | represented by | **WILLIAM K. DODDS** | Phone:TEL 212-698-3500 |
| Defendant **SAFEGUARD SCIENTIFICS, INC.** | represented by | **MICHAEL S. DOLUISIO** | Phone:TEL 215-994-2749<br>Fax:   FAX 215-994-2222<br>Email: michael.doluisio@dechert.com |
| Defendant **SAFEGUARD SCIENTIFICS, INC.** | represented by | **STEVEN B. FEIRSON** | Phone:TEL 215-994-2749<br>Email: steven.feirson@dechert.com |

| | | | |
|---|---|---|---|
| Defendant **SAFEGUARD SCIENTIFICS, INC.** | represented by | STUART T. STEINBERG | Phone: TEL 215-994-2521<br>Email: stuart.steinberg@dechert.com |
| Defendant **SAFEGUARD SCIENTIFICS, INC.** | represented by | RICK SWEDLOFF | Phone: 215-994-2856<br>Email: rick.swedloff@dechert.com |
| Defendant **WARREN V. MUSSER** | represented by | H. ROBERT FIEBACH | Phone: 215-665-4166<br>Fax:   215-665-2013 |