Adams, Barney

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE: ADAMS GOLF, INC.        :    CONSOLIDATED

SECURITIES LITIGATION          :    C.A. NO. 99-371 KAJ

_____X


ORAL AND VIDEOTAPED DEPOSITION

OF BARNEY ADAMS

Thursday, June 22, 2006


The oral deposition of BARNEY ADAMS was held at the law offices of Akin Gump Strauss Hauer & Feld, LLP, 1700 Pacific Avenue, Suite 4100, Dallas, Texas, from 9:32 a.m. to 4:53 p.m., before Jamie K. Israelow, a Certified Shorthand Reporter in and for the State of Texas, Registered Professional Reporter, Certified Realtime Reporter and Certified LiveNote Reporter.


RSA/VERITEXT COURT REPORTING COMPANY

1845 Walnut Street, 15th Floor

Philadelphia, PA   19103

(215)241-1000    (888)777-6690

### Page 14

```
09:45:36   1  time, seeing it happen to other people. It was
09:45:39   2  just -- just one of those -- it's like "they."
09:45:42   3  It's one of those known things.
09:45:44   4      Q    Do you -- do you have a belief as to
09:45:46   5  why it happens, where there's a hot product in the
09:45:49   6  golf industry?
09:45:51   7      A    Why? Can you define that for me, so
09:45:56   8  I don't jump to a conclusion.
09:45:57   9      Q    My pleasure.
09:46:00  10           I believe you said, Mr. Adams,
09:46:02  11  that your understanding in the golf industry is
09:46:04  12  that where there is a hot product, gray marketing
09:46:09  13  occurs. My question is: Why?
09:46:13  14      A    I would -- this is just my
09:46:16  15  assumption, because I'm now in the minds of the --
09:46:21  16  that channel of distribution, but if it's a hot
09:46:23  17  product and they have it in their store, you know,
09:46:28  18  that's -- that's good retailing, I guess, from
09:46:30  19  their perspective. I could say that's -- I'm
09:46:34  20  thinking for them now.
09:46:43  21      Q    In your last answer when you referred
09:46:46  22  to "them," were you referring to a nonauthorized
09:46:53  23  dealer who receives product through gray market
09:46:59  24  channels?
```

### Page 15

```
09:46:59   1      A    Nonauthorized -- yeah. I mean, I
09:47:04   2  think I'm responding or I'm -- I believe I'm
09:47:06   3  responding to what you asked me, which was: Why
09:47:09   4  would somebody who was a nonauthorized dealer want
09:47:13   5  to have Adams product?
09:47:18   6      Q    Okay. Why would somebody who's an
09:47:22   7  authorized dealer or distributor want to
09:47:26   8  transship?
09:47:26   9           MR. BESSETTE: I'm just going
09:47:27  10  to object again. It's asking him to be in the
09:47:29  11  mind of one of those folks, so it's speculation.
09:47:32  12           MR. COLLINS: Sure.
09:47:34  13      Q    (By Mr. Collins) And you know, I
09:47:35  14  think Paul is right, so let me rephrase the
09:47:37  15  question.
09:47:37  16           Based on your experience in
09:47:39  17  the industry, what were the circumstances, if you
09:47:42  18  know, under which authorized distributors or
09:47:47  19  retailers of hot products transshipped? Under
09:47:54  20  what circumstances did that transshipping occur?
09:47:56  21      A    I have no idea. I mean, I'd only be
09:48:00  22  guessing.
09:48:03  23      Q    Okay. Now, transshipment or gray
09:48:08  24  marketing did occur at -- at Adams Golf pre-IPO,
```

### Page 16

```
09:48:14   1  correct?
09:48:20   2      A    The only incident that I was aware
09:48:24   3  of, or purported incident, was a very small
09:48:28   4  quantity in Canada.
09:48:53   5      Q    Okay. When you say "a very small
09:48:55   6  quantity," how many clubs?
09:48:56   7      A    I have no idea.
09:48:59   8      Q    More than 100?
09:49:01   9      A    Again, it was -- it was my
09:49:06  10  recollection it was just a very minor thing, so I
09:49:08  11  don't know what the definition of "minor" is.
09:49:13  12      Q    Okay. Pre-IPO, before -- before the
09:49:18  13  IPO, is it correct that you were not aware of any
09:49:23  14  other transshipping or gray marketing going on
09:49:26  15  apart from this very small quantity in Canada?
09:49:32  16           MR. BESSETTE: Can I get that
09:49:32  17  question back, please.
09:49:32  18           (The reporter read back the
09:49:46  19  requested text.)
09:49:46  20           MR. BESSETTE: Thank you.
09:49:47  21      A    Okay. Answer?
09:49:49  22      Q    (By Mr. Collins) Please.
09:49:53  23      A    That sounds very specific to me. If
09:49:59  24  I was aware of any product in the gray market
```

### Page 17

```
09:50:02   1  pre-IPO, it was extremely minor, and so to say
09:50:09   2  that I wasn't aware of anything at all -- I mean,
09:50:12   3  we had a million things going on at that time. I
09:50:15   4  might have heard about, you know, a few pieces at
09:50:18   5  some location. I honestly don't remember, but it
09:50:21   6  certainly wasn't anything of any significance, any
09:50:28   7  substance.
09:50:28   8      Q    Uh-huh. Okay. Let's -- let's talk
09:50:44   9  for a moment why it wasn't anything of any
09:50:46  10  significance or any substance. I want to
09:50:50  11  understand, Mr. Adams, the reasons why you believe
09:50:54  12  pre-IPO gray marketing wasn't of any significance
09:50:57  13  or any substance.
09:50:59  14           First, do I -- is it correct
09:51:01  15  that it wasn't of any significance or any
09:51:04  16  substance because the number of clubs involved was
09:51:13  17  small?
09:51:14  18      A    I think the answer is it was, you
09:51:15  19  know -- it was basically a nonissue. Well, that's
09:51:20  20  not fair. It certainly was a very small number of
09:51:25  21  clubs, if it was even going on.
09:51:38  22      Q    Okay. What do you mean by "a very
09:51:40  23  small number of clubs"?
09:51:43  24      A    You mean in volume?
```

**Page 138**

| Time | # | |
|---|---|---|
| 13:43:32 | 1 | A   Would you repeat that, please. |
| 13:43:35 | 2 | Q   Did you ever investigate or ask |
| 13:43:38 | 3 | somebody else to investigate whether some or all |
| 13:43:41 | 4 | of the 33.8 million in sales for the quarter were |
| 13:43:46 | 5 | sales that were purchased to transship to or for |
| 13:43:52 | 6 | the account of gray marketers? |
| 13:44:00 | 7 | A   I don't remember -- pardon me again. |
| 13:44:03 | 8 |     I don't remember any |
| 13:44:08 | 9 | investigation. It was a nonissue, as I've said |
| 13:44:10 | 10 | before. Does that mean that something could have |
| 13:44:15 | 11 | happened with an employee that I don't know |
| 13:44:17 | 12 | anything about? You know, who knows. |
| 13:44:19 | 13 |     But to me -- it's hard for me |
| 13:44:23 | 14 | to answer this question because you're asking me |
| 13:44:25 | 15 | about something that just wasn't going on -- |
| 13:44:27 | 16 | Q   Okay. |
| 13:44:27 | 17 | A   -- or didn't happen. |
| 13:44:46 | 18 | Q   Exhibit 57, please. Have you seen |
| 13:44:54 | 19 | this document before? |
| 13:45:01 | 20 | A   Yes, I have. |
| 13:45:01 | 21 | Q   You were the author of this document? |
| 13:45:04 | 22 | A   Well, probably. It's not signed, and |
| 13:45:08 | 23 | I think this is a classic case of my volatility, |
| 13:45:14 | 24 | and this would have been one that I hoped I looked |

**Page 139**

| Time | # | |
|---|---|---|
| 13:45:18 | 1 | at in the next morning and never sent out, but I |
| 13:45:22 | 2 | could easily have done it. |
| 13:45:24 | 3 | Q   But whether you sent it or not, you |
| 13:45:27 | 4 | authored this document, correct? |
| 13:45:28 | 5 | A   That's fair. |
| 13:45:29 | 6 | Q   And you authored it on or about |
| 13:45:31 | 7 | August 14th in your role as CEO? |
| 13:45:34 | 8 | A   That's fair. |
| 13:45:36 | 9 | Q   Now, what -- what was going on here? |
| 13:45:37 | 10 | Why -- whether you sent it or not, why did you |
| 13:45:39 | 11 | write this document? |
| 13:45:48 | 12 | A   I had a -- I had expectations for the |
| 13:45:54 | 13 | sales group: Morale, efficiency, and in a |
| 13:46:04 | 14 | personal visit, I did not encounter that. I |
| 13:46:09 | 15 | encountered an environment that I didn't care for. |
| 13:46:14 | 16 |     And as I said, in my normal, |
| 13:46:20 | 17 | occasionally volatile way of handling things, I |
| 13:46:23 | 18 | came up with this guilty-until-proven-innocent |
| 13:46:28 | 19 | approach. |
| 13:46:28 | 20 | Q   And you thought the guilty parties |
| 13:46:32 | 21 | were Mark Gonsalves and Ric Jarrett? |
| 13:46:35 | 22 | A   Well, I started with them. Let's put |
| 13:46:37 | 23 | it that way. |
| 13:46:38 | 24 | Q   What do you mean you started with |

**Page 140**

| Time | # | |
|---|---|---|
| 13:46:39 | 1 | them? |
| 13:46:40 | 2 | A   Well, it's addressed to them. I'm |
| 13:46:48 | 3 | being flip. It was addressed to them. |
| 13:46:50 | 4 | Q   In the first paragraph, what did you |
| 13:46:51 | 5 | mean: Have we been presenting a false image? |
| 13:46:58 | 6 | A   My image of the sales department was |
| 13:47:01 | 7 | as a very efficient, high morale, on top of |
| 13:47:05 | 8 | situations, you know, an area to be admired. And |
| 13:47:14 | 9 | what I saw in my personal visit made me question |
| 13:47:17 | 10 | there. |
| 13:47:17 | 11 | Q   Were you referring to the image you |
| 13:47:20 | 12 | held in your mind of inside sales, or instead, the |
| 13:47:25 | 13 | image that the investing public had with regard to |
| 13:47:28 | 14 | Adams Golf's prospects? |
| 13:47:29 | 15 | A   No. This -- excuse me. |
| 13:47:32 | 16 |     MR. BESSETTE:   Go ahead. |
| 13:47:33 | 17 | A   It's a personal reaction. |
| 13:47:42 | 18 | Q   (By Mr. Collins) In what way were |
| 13:47:42 | 19 | you concerned that we had been presenting a false |
| 13:47:45 | 20 | image with regard to inside sales? What was |
| 13:47:47 | 21 | false? |
| 13:47:48 | 22 |     MR. BESSETTE:   Asked and |
| 13:47:48 | 23 | answered. |
| 13:47:48 | 24 |     But go ahead. |

**Page 141**

| Time | # | |
|---|---|---|
| 13:47:52 | 1 | A   Well, I have to rely on their ability |
| 13:47:55 | 2 | to give me good numbers, good forecasts, good |
| 13:47:58 | 3 | market analyses and so on. And when I visit them |
| 13:48:04 | 4 | and I see disarray, bickering, finger-pointing, |
| 13:48:12 | 5 | you know, childish stuff going on, then, you know, |
| 13:48:16 | 6 | where does it stop? It wasn't the image I had of |
| 13:48:22 | 7 | the sales department. |
| 13:48:25 | 8 | Q   (By Mr. Collins) This visit that you |
| 13:48:26 | 9 | made, was it on or about August 14th? |
| 13:48:32 | 10 | A   I would guess prior to, but I |
| 13:48:32 | 11 | wouldn't -- I wouldn't know when. |
| 13:48:32 | 12 | Q   How long was the visit? |
| 13:48:35 | 13 | A   Again, I don't remember specifically. |
| 13:48:38 | 14 | Q   Where was sales located in relation |
| 13:48:40 | 15 | to your office at the time? |
| 13:48:43 | 16 | A   Down the hall and to the right. |
| 13:48:47 | 17 | Q   Did you speak to persons in sales on |
| 13:48:49 | 18 | the occasion of this visit? |
| 13:48:52 | 19 | A   Yes, I'm sure I spoke to one or more |
| 13:48:57 | 20 | members of the sales group. |
| 13:49:00 | 21 | Q   In the third paragraph, there's a |
| 13:49:01 | 22 | reference to George Clouse referred to as: My |
| 13:49:05 | 23 | friend at Platinum. |
| 13:49:06 | 24 | A   Yes. |

## Page 142

```
13:49:06  1   Q    Could you identify him further,
13:49:08  2   please.
13:49:08  3   A    George is CEO of -- it was Platinum
13:49:13  4   Software then. It's -- oh, I forget their name.
13:49:18  5   Now they've changed their name. But they were
13:49:20  6   making a presentation to us about changing -- or
13:49:24  7   about upgrading our internal software package.
13:49:37  8   Q    And is -- Telesales' parameters
13:49:42  9   refers to the direct -- direct marketing as
13:49:45  10  opposed to the inside sales function?
13:49:47  11  A    No. Telesales is inside sales.
13:49:56  12  Q    Now, the conclusion at Paragraph A:
13:50:00  13  The department staff has very low morale, is that
13:50:03  14  something you encountered yourself, or is that
13:50:06  15  what someone told you?
13:50:11  16  A    I would -- I would define this one as
13:50:14  17  my interpretation of what I saw.
13:50:18  18  Q    Did people complain to you?
13:50:22  19  A    I don't remember specifically.
13:50:37  20  Q    And C: They know cheating (at least
13:50:42  21  in the form of double shipments) occurs, and a
13:50:46  22  concern that such action is quietly endorsed.
13:50:48  23       How -- on what basis did you
13:50:51  24  conclude that the inside sales staff knows that
```

## Page 143

```
13:50:54  1   cheating, at least in the form of double
13:50:57  2   shipments, occurs?
13:50:59  3   A    Accusations. Somebody said: I think
13:51:05  4   somebody double-ships, something along those
13:51:08  5   lines.
13:51:08  6   Q    Who said that?
13:51:10  7   A    Oh, I don't remember. I don't
13:51:10  8   remember who I spoke to.
13:51:12  9   Q    And was -- do you remember who the
13:51:14  10  alleged double-shipper or shippers were?
13:51:16  11  A    No, I do not.
13:51:17  12  Q    Was the alleged double-shipper or one
13:51:20  13  of them Jay Greaney?
13:51:22  14  A    I don't remember specifically.
13:51:30  15  Q    Now, on the next page in the second
13:51:36  16  full paragraph under Our Short-Term Goals.
13:51:40  17  A    Our Short-Term Goals.
13:51:42  18  Q    Our Short-Term Goals are to make the
13:51:44  19  Q3, Q4 numbers?
13:51:46  20  A    Oh, yes. Sorry.
13:51:47  21  Q    It goes on at the end of the
13:51:49  22  paragraph to say -- or the paragraph continues to
13:51:55  23  say: What is the plan to resurrect this
13:52:01  24  department, return it to what I thought it was and
```

## Page 144

```
13:52:02  1   how it was presented in the road show.
13:52:04  2        How was it presented in the
13:52:05  3   road show?
13:52:06  4   A    As the -- as a very precised --
13:52:14  5   excuse me, precised -- as a very precise, tight,
13:52:21  6   well-managed organization. They were one of our
13:52:25  7   stars. Bright star, I think I used.
13:52:29  8   Q    The next sentence reads: I realize
13:52:31  9   there are decisions we can make (like diverters),
13:52:35  10  but we must rely on these people.
13:52:38  11       What did you mean
13:52:40  12  by "diverters"?
13:52:42  13  A    I don't know specifically.
13:52:44  14  Q    Were you saying in this sentence --
13:52:48  15  weren't you saying that you realized that Adams
13:52:50  16  Golf could increase sales by selling to outlets
13:52:57  17  that weren't authorized dealers by selling to
13:53:03  18  discount warehouses, for example?
13:53:06  19  A    I think -- no, but I do think what I
13:53:09  20  was saying is that you want to be absolutely sure
13:53:20  21  there's not an environment where something like
13:53:23  22  that could happen. That's what I was -- I mean,
13:53:27  23  it's not a specific thing. It's just a general
13:53:30  24  lack of professionalism that I -- that I felt that
```

## Page 145

```
13:53:33  1   I saw. And as I said, this was an over-the-top,
13:53:38  2   guilty-until-proven-innocence response.
13:53:38  3   Q    I see.
13:53:41  4        So you were concerned at the
13:53:43  5   time you wrote this that sales had been made or
13:53:46  6   might be made to diverters or customers that
13:53:53  7   weren't authorized retailers or distributors; is
13:53:56  8   that right?
13:53:56  9   A    No, not at all. I think you're
13:53:58  10  putting words in my mouth.
13:53:59  11       What I said was: If you
13:54:01  12  have -- excuse me -- if you have an organization
13:54:04  13  that's not tightly managed, lots of things can
13:54:06  14  happen, and this is a -- this is an example. I
13:54:09  15  mean, I use it because it's a very egregious
13:54:14  16  example, something we would never do. But I'm
13:54:17  17  trying to make a point here: You guys get your
13:54:19  18  act together.
13:54:20  19  Q    What are double shipments, when you
13:54:23  20  refer to -- as you refer to in this memo?
13:54:28  21  A    They could be anything. That's a
13:54:30  22  long answer.
13:54:30  23  Q    Tell me, please. I'm referring
13:54:32  24  specifically --
```

Page 146

```
13:54:32   1    A    Right.
13:54:33   2    Q    -- to how you referred to double
13:54:35   3   shipments in C on Page 1. What did you mean by
13:54:41   4   that?
13:54:41   5    A    I'm going to read C here.
13:54:47   6         It could be, for example, a
13:54:50   7   customer who feels that he ordered 50 pieces and
13:54:56   8   got 100 and that we intentionally shipped 100 to
13:54:59   9   boost our sales for that period of time. I mean,
13:55:02  10   that could be a case.
13:55:02  11    Q    And -- and you heard accusations
13:55:04  12   along those lines when you visited inside sales,
13:55:08  13   correct?
13:55:08  14    A    What I knew was that I -- I've been
13:55:13  15   through this double-shipping business, and I know
13:55:20  16   that it's -- it's a much broader and more complex
13:55:24  17   area than simply somebody deciding to ship an
13:55:29  18   extra 20 or 50 pieces.
13:55:32  19         A retailer calls up and says:
13:55:35  20   I'm going to send this stuff back. You
13:55:38  21   double-shipped me. And we never double-shipped
13:55:40  22   him at all, but maybe he was a little short on
13:55:40  23   money, couldn't pay his bill or whatever, you
13:55:43  24   know, a million reasons.
```

Page 147

```
13:55:45   1         But if you've got low morale
13:55:47   2   and a poorly run department, all of a sudden the
13:55:50   3   fact doesn't come out, it just comes out as
13:55:52   4   double-shipping, and that just adds to bad morale.
13:55:55   5   And that's the kind of stuff I was trying to
13:55:58   6   uproot, so to speak.
13:55:59   7    Q    On the second page, the memo goes on
13:56:01   8   to read: Apparently we've made a lot of sales
13:56:05   9   that have been falsely reported as sales and are
13:56:08  10   little more than consignments.
13:56:08  11    A    Uh-huh.
13:56:09  12    Q    What's the basis for that?
13:56:11  13    A    It's the same thing. And again, I
13:56:13  14   want to emphasize that this is -- I'm not real
13:56:15  15   proud of this memo, frankly. It's a little over
13:56:18  16   the top, even for me, but -- it's a
13:56:23  17   guilty-until-proven-innocent approach. You get on
13:56:24  18   the phone with the customer and say: Hey, look,
13:56:28  19   you know, we -- we are -- are -- our terms are
13:56:29  20   normally 30 days, we'll give you 60. Now, for me
13:56:33  21   to call that a consignment, of course, is a big
13:56:36  22   stretch.
13:56:37  23         But that's not the point. The
13:56:39  24   point is -- because, you know, you're not -- I'm
```

Page 148

```
13:56:42   1   talking about things in a well-run, well-managed
13:56:46   2   department that's on top of things. You know,
13:56:50   3   you -- you just don't hear about this kind of
13:56:52   4   stuff. I'm not saying -- of course it happens. I
13:56:55   5   mean, good heaven's, you have human beings.
13:56:57   6         You know, you have double
13:57:00   7   shipments, triple shipments, no shipments. You
13:57:03   8   know, the kind of volume that we were dealing in,
13:57:07   9   human beings make mistakes. I was interested in
13:57:07  10   the way the -- the way the sales department was
13:57:11  11   being managed.
13:57:11  12    Q    So when you visited the sale -- the
13:57:14  13   inside sales department, people made accusations
13:57:16  14   about consignments, the recording of sales; is
13:57:19  15   that right?
13:57:20  16    A    I think I used the word
13:57:24  17   "consignments." I don't know if they used the
13:57:24  18   word "consignments." As I said before, I took
13:57:26  19   everything to -- I wanted -- I wanted Mark and Ric
13:57:29  20   go come back to me and -- and absolutely embarrass
13:57:35  21   me by putting this thing to bed and showing me how
13:57:39  22   squared away they were.
13:57:40  23    Q    But as I was asking a moment ago,
13:57:43  24   whether people in inside sales used the word
```

Page 149

```
13:57:46   1   "consignment" or not, one or more persons during
13:57:50   2   your visit told you that there had been amounts
13:57:55   3   falsely reported as sales that were, in fact, not
13:57:59   4   properly recordable as sales; is that right?
13:58:01   5         MR. BESSETTE: That misstates
13:58:02   6   what he said.
13:58:03   7    Q    (By Mr. Collins) You may answer.
13:58:05   8    A    Again, the word "consignment" is my
13:58:07   9   word, my interpretation. I don't know if anybody
13:58:12  10   in the department ever brought up the word
13:58:14  11   "consignment."
13:58:15  12         What I'm saying is that it's
13:58:19  13   the same -- I see the same pattern in several
13:58:21  14   different areas. This -- this -- this
13:58:24  15   complaining, this finger-pointing, this lack of
13:58:26  16   professionalism, and this was supposed to be our
13:58:29  17   bright star, our great group of people.
13:58:33  18         And I have to -- in my role, I
13:58:34  19   have to depend on their information. So I was
13:58:38  20   upset just to hear this -- this bickering. I use
13:58:43  21   that word, but it wasn't professional. It wasn't
13:58:47  22   what it should have been.
13:58:48  23    Q    And respectfully, you didn't answer
13:58:50  24   my question.
```

Page 214

```
15:39:30   1   going to be marked?
15:39:33   2   A    I have no idea.
15:39:34   3   Q    And when did the marking begin?
15:39:39   4   A    I'm sorry. Same answer. I don't
15:39:40   5   have any idea.
15:39:41   6   Q    Okay. And in this case, with regard
15:39:42   7   to those retail accounts, the purpose of the
15:39:49   8   marking was specifically to cut down on
15:39:52   9   transshipment, I gather, correct?
15:39:54  10   A    It looks like for those particular
15:39:57  11   accounts that's what the objective was, yes.
15:40:11  12   Q    Exhibit 245, please.
15:40:21  13       You remember this press
15:40:29  14   release?
15:40:29  15   A    Again, generally, but not
15:40:33  16   specifically.
15:40:34  17   Q    You approved its issuance?
15:40:37  18   A    I would have.
15:40:59  19   Q    In this press release, in the fourth
15:41:09  20   paragraph, with reference to the outlook for the
15:41:12  21   fourth quarter, you were quoted as saying, and I'm
15:41:15  22   just reading part of this: In addition, we
15:41:17  23   anticipate our sales will be further impacted by
15:41:19  24   the recent gray market distribution of our
```

Page 215

```
15:41:22   1   products to a membership warehouse club.
15:41:24   2       Do you see that?
15:41:25   3   A    Yes, I do.
15:41:26   4   Q    It was an accurate statement as of
15:41:28   5   October 22nd?
15:41:29   6   A    I believe it was.
15:41:31   7   Q    And the membership warehouse club, I
15:41:33   8   presume, was -- was Costco?
15:41:35   9   A    I think that's a fair assumption.
15:41:37  10   Q    And what did you mean by "further"?
15:41:43  11   A    I'm reading this. I'm sorry.
15:41:45  12   Q    Please.
15:41:51  13   A    That as the -- again, as the -- with
15:41:54  14   the tightening of the market, as I said, I think
15:41:57  15   the -- I was reading the sentence below it: The
15:42:01  16   continuing weakness in the golf equipment market.
15:42:03  17   Just as I said before, any problem was going to
15:42:07  18   become exacerbated because the market is getting
15:42:17  19   worse.
15:42:17  20   Q    Okay. Weren't you saying that prior
15:42:18  21   to the fourth quarter sales had been impacted by
15:42:24  22   gray market distribution?
15:42:26  23       MR. BESSETTE: Misstates
15:42:27  24   testimony.
```

Page 216

```
15:42:27   1   Q    (By Mr. Collins) Please.
15:42:31   2   A    No. It -- I mean, if I'm reading
15:42:33   3   this, it says "our -- our fourth quarter sales,"
15:42:39   4   and I think I'm -- I interpret this as I'm saying:
15:42:41   5   Look, I'm talking about what's coming up in the
15:42:44   6   fourth quarter. The marketplace looks lousy and
15:42:47   7   all problems are exacerbated.
15:42:50   8       I'm sorry I'm putting this
15:42:53   9   into slang, but that's how -- that's how I
15:42:59  10   interpret it.
15:42:59  11   Q    Now, Orlimar eventually was
15:43:03  12   gray-marketed, correct?
15:43:03  13   A    I -- I believe that's true.
15:43:11  14   Q    Do you have any view on -- on the
15:43:15  15   basis of your experience with the market,
15:43:20  16   experience with gray marketing, why Orlimar was
15:43:24  17   targeted for Costco?
15:43:28  18       MR. BESSETTE: Can I --
15:43:30  19       MR. COLLINS: I'll make that a
15:43:31  20   better question.
15:43:32  21   Q    (By Mr. Collins) If you have any
15:43:33  22   opinion on this, why do you think that Orlimar, as
15:43:35  23   well as Adams Golf, suffered from gray marketing
15:43:42  24   at Costco?
```

Page 217

```
15:43:43   1   A    Hot product.
15:43:46   2   Q    Did the margins and other forms of
15:43:51   3   consideration paid to Orlimar retailers have
15:43:53   4   anything to do with the gray marketing?
15:43:57   5       MR. BESSETTE: Wait. I don't
15:43:57   6   understand that.
15:43:59   7   Q    (By Mr. Collins) Was the -- Orlimar
15:44:01   8   paid a healthy margin to retailers compared to
15:44:04   9   other golf manufacturers, correct?
15:44:05  10   A    That's --
15:44:06  11       MR. BESSETTE: Objection.
15:44:07  12   Again, I don't think a wholesaler pays margins.
15:44:11  13   A    Yeah. That's worth --
15:44:13  14       MR. COLLINS: That's quite
15:44:13  15   right. Thank you. But I think we all know what
15:44:16  16   we're talking about.
15:44:17  17   Q    (By Mr. Collins) Orlimar retailers,
15:44:19  18   in general, received, compared to the industry, a
15:44:23  19   large margin on retail sales in 1998, true?
15:44:27  20   A    I believe that's true, yes.
15:44:31  21   Q    Okay. Did that have anything to do,
15:44:33  22   in your opinion, with why Orlimar was hit with
15:44:37  23   gray marketing in Costco?
15:44:39  24   A    I don't think so. I would think that
```

55 (Pages 214 to 217)

Page 218

| Time | # | Text |
|---|---|---|
| 15:44:41 | 1 | the Costco decision would be based on the |
| 15:44:43 | 2 | popularity of the product. That would be my |
| 15:44:56 | 3 | opinion. |
| 15:45:04 | 4 | Q  Exhibit 17, please. |
| 15:45:14 | 5 | Have you seen this document |
| 15:45:15 | 6 | before? |
| 15:45:15 | 7 | A  Yes, I have. |
| 15:45:16 | 8 | Q  And that is your signature? |
| 15:45:19 | 9 | A  Yes, it is. |
| 15:45:20 | 10 | Q  And you had approved and sent out |
| 15:45:21 | 11 | this letter on or about January 4th, '99 to |
| 15:45:25 | 12 | retailers? |
| 15:45:25 | 13 | A  Yes, I did. |
| 15:45:31 | 14 | Q  In the middle of the page you say: |
| 15:45:34 | 15 | We can't help but be a little dissatisfied. Why? |
| 15:45:39 | 16 | And then: One, we failed to defend our market |
| 15:45:41 | 17 | position strongly enough. We didn't respond to |
| 15:45:45 | 18 | misleading advertising from both legitimate |
| 15:45:50 | 19 | competitors and knockoffs. |
| 15:45:50 | 20 | What did you mean by that, |
| 15:45:59 | 21 | please? |
| 15:46:00 | 22 | A  The Orlimar ads were rigged to make |
| 15:46:05 | 23 | their product look superior. I guess I didn't |
| 15:46:14 | 24 | think we made enough of an issue out of that. |

Page 219

| Time | # | Text |
|---|---|---|
| 15:46:18 | 1 | Q  By "legitimate competitors," were you |
| 15:46:22 | 2 | referring to Orlimar? |
| 15:46:24 | 3 | A  Yes. |
| 15:46:24 | 4 | Q  And who were you referring to by |
| 15:46:28 | 5 | "knockoffs"? |
| 15:46:28 | 6 | A  I think there were 40 of them at one |
| 15:46:30 | 7 | time. Take your pick. |
| 15:46:31 | 8 | Q  They were engaged in misleading |
| 15:46:36 | 9 | advertising, the knockoffs? |
| 15:46:36 | 10 | A  Well, we had a guy that ran an ad in |
| 15:46:39 | 11 | "USA Today," called his club the TL240 and didn't |
| 15:46:46 | 12 | even use his own picture. He actually used a |
| 15:46:48 | 13 | picture of our club. |
| 15:46:50 | 14 | Q  Now, Point 2: We were slow to react |
| 15:46:53 | 15 | when unauthorized resellers, such as Costco, hurt |
| 15:46:56 | 16 | retail margins. |
| 15:46:58 | 17 | Do you see that? |
| 15:46:59 | 18 | A  Yes, I do. |
| 15:47:00 | 19 | Q  So it was accurate that in 1998 |
| 15:47:05 | 20 | Costco hurt retail margins for authorized |
| 15:47:14 | 21 | retailers at Adams? |
| 15:47:14 | 22 | THE REPORTER: I'm sorry. |
| 15:47:14 | 23 | Could you repeat that? Costco hurt retailers -- |
| 15:47:14 | 24 | Q  (By Mr. Collins) Hurt retail margins |

Page 220

| Time | # | Text |
|---|---|---|
| 15:47:20 | 1 | for authorized retailers at Adams. |
| 15:47:20 | 2 | A  The statement -- unfortunately, I do |
| 15:47:23 | 3 | remember this one because this was a bit of an |
| 15:47:26 | 4 | early argument between Chip and myself. He didn't |
| 15:47:28 | 5 | think that statement even belonged in there. He |
| 15:47:30 | 6 | thought we had reacted very, very quickly. |
| 15:47:32 | 7 | So I was just taking the |
| 15:47:36 | 8 | position kind of like before: Look, if -- if any |
| 15:47:41 | 9 | retailer thinks we reacted slowly, let's admit it |
| 15:47:45 | 10 | and go on forward. |
| 15:47:46 | 11 | Q  Okay. But now I wasn't asking in |
| 15:47:48 | 12 | that question -- |
| 15:47:49 | 13 | A  I'm sorry. |
| 15:47:49 | 14 | Q  -- about the speed of reaction. |
| 15:47:50 | 15 | A  Oh, I'm sorry. |
| 15:47:52 | 16 | Q  I was just asking you to agree with |
| 15:47:54 | 17 | what you wrote here, which is that Costco in 1998 |
| 15:47:57 | 18 | hurt retail margins for Adams authorized |
| 15:47:57 | 19 | retailers. |
| 15:48:02 | 20 | You aren't denying that now, |
| 15:48:04 | 21 | are you? |
| 15:48:04 | 22 | A  We were slow to react when |
| 15:48:06 | 23 | unauthorized resellers, such as Costco, hurt |
| 15:48:08 | 24 | retail margins. |

Page 221

| Time | # | Text |
|---|---|---|
| 15:48:09 | 1 | As I said before, it could |
| 15:48:11 | 2 | be -- it could easily be true. It could easily be |
| 15:48:13 | 3 | true in, say, one marketplace, maybe two |
| 15:48:16 | 4 | marketplaces. I remember the argument that -- not |
| 15:48:18 | 5 | the -- the discussion that I had with Chip was |
| 15:48:20 | 6 | that there was no evidence that this happened |
| 15:48:22 | 7 | across the board or was even significant. All I |
| 15:48:27 | 8 | was trying to do, as I said before, was, you know, |
| 15:48:32 | 9 | listen, if you think it's our problem, we'll admit |
| 15:48:35 | 10 | it and let's go forward. |
| 15:48:36 | 11 | Q  You said in your last answer "one |
| 15:48:39 | 12 | marketplace, maybe two marketplaces," but this |
| 15:48:41 | 13 | letter, I gather, was sent to all Adams Golf |
| 15:48:45 | 14 | retailers in the U.S.? |
| 15:48:47 | 15 | A  I believe it was, yes. |
| 15:48:48 | 16 | Q  Why didn't you send it just to the |
| 15:48:50 | 17 | one or two marketplaces where you claim -- where |
| 15:48:52 | 18 | the only locations where retail margins were hurt |
| 15:48:55 | 19 | by Costco? |
| 15:48:56 | 20 | A  Oh, I don't know. I don't -- I don't |
| 15:48:57 | 21 | see any sense in doing it that way to tell you the |
| 15:49:00 | 22 | truth. You're making a -- you're making a |
| 15:49:03 | 23 | statement that says: Hey, we're on your side. |
| 15:49:07 | 24 | We're trying to help you. If you're going to make |