Beebe, Christopher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re: ADAMS GOLF, INC. )
)  Case No. 99-371 KAJ
SECURITIES LITIGATION. )
)

DEPOSITION OF CHRISTOPHER K. BEEBE

Taken at San Diego, California

May 23, 2006

Reported by Catherine Gautereaux, CSR
Certificate No. 3122

Page 18

1    A    In 1998 I don't think that was the case,
2  because the Tight Lies, T-i-g-h-t, L-i-e-s -- that was
3  our product, that was the hot seller at the time --
4  Tight Lies was a very hot product. And people,
5  retailers, want what's hot and will sell what's hot if
6  they are making a lot of money or making little money.
7         Taylor Made, Callaway, other big people
8  usually would give a retailer very little margin, but
9  because it was selling, they want what's hot to bring
10 people into their stores. Whether they bait and switch
11 or whether they sell the product, they want what's hot
12 in their stores.
13   Q    Did that change during the course of 1998 with
14 regard to Adams Golf?
15   A    Did what change? I'm sorry.
16   Q    Adams Golf -- I'm sorry -- the Tight Lie being
17 a hot product that retailers want.
18   A    No. It was -- it was the hot product. Other
19 products came along, that were also well received, that
20 became hot during the year.
21   Q    Okay. Now, during 1998 there was gray
22 marketing going on in Canada; is that correct?
23   A    Yes, it is.
24   Q    How did you become aware of that?
25   A    I believe it was by that fine welcome note

Page 19

1  from Greg Pratt that said, "Welcome" -- "Welcome, and we
2  have a problem."
3    Q    Well, you know, I take lots of depositions,
4  and it almost never occurs that a deponent says, "There
5  is a particular document, and that document is the
6  document immediately in front of me." But maybe I'm
7  wrong.
8         Take a look at a document previously marked
9  Exhibit 6, and take your time. But after you look at
10 it, tell me if that's the welcome note, the "fine
11 welcome note" you just referred to.
12   A    Yes, this is the note.
13   Q    Now, in this -- at the time, WDC Mackenzie was
14 the Canadian distributor for Adams Golf, correct?
15   A    That is correct.
16   Q    And at the time, the way things were supposed
17 to work was that there was no product sold at retail
18 that hadn't been obtained by the retailer from WDC
19 Mackenzie, correct?
20   A    That's how we envisioned it working, that's
21 correct.
22   Q    And before you received this "fine welcome
23 note" at Exhibit 6, as I understand it, you had no
24 information that there were any retail sales going on in
25 Canada that hadn't been obtained from WDC Mackenzie?

Page 20

1    A    I believe, reading this message -- this note,
2  it seems that I knew -- that they had told me
3  previously, because I had stopped a shipment to King Par
4  just after arriving. In the second-to-the-last
5  paragraph, it says I stopped something up.
6         So if that's the case, I would assume that I
7  was aware, because they had told me. But this is the
8  first time I saw something in writing where they
9  explained the situation in detail.
10   Q    Okay. Thank you. Now, let's talk about that
11 King Par order for a moment.
12   A    Okay.
13   Q    You were good enough to point out that it's
14 referenced here. Do you remember that order?
15   A    I believe I do.
16   Q    What do you remember about it, please?
17   A    I believe it was -- do you mean the order or
18 the circumstances surrounding the order?
19       MR. BESSETTE: I think he wants all of it, whatever
20 you remember about it.
21       MR. COLLINS: Please.
22       MR. BESSETTE: Okay. Sorry.
23       MR. COLLINS: No, no.
24       THE WITNESS: Getting into the company, Adams Golf,
25 everything was new. It was a little bit crazy. The

Page 21

1  company was growing. Shipments were going out in great
2  numbers. WDC Mackenzie said, I believe, that they heard
3  there was a shipment -- shipments going into their
4  market from gray marketers, and they believed that King
5  Par was one of these people.
6         I had never heard of King Par before. So I
7  went into our order base to find out about who this King
8  Par was, what they ordered in the past, what their order
9  history was, and what they had on order. And the order
10 history was not huge with us. Decent numbers, but
11 nothing spectacular.
12        And then you have a number of 1500 clubs.
13 It's out of the ordinary. And in my experience with
14 parallel exporters, this was one indication that someone
15 could be a parallel exporter -- or a gray marketer,
16 excuse me.
17 BY MR. COLLINS:
18   Q    What do you mean by "parallel exporter"?
19   A    Parallel exporter is the same as a gray
20 marketer. You have your parallel -- you export things
21 to your distributor, and on parallel lines someone else
22 is sending product into the country.
23   Q    I see.
24   A    Usually it goes directly to a retailer who has
25 friends in one country, brings the product over.