**Blevins, Scott**

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE: ADAMS GOLF, INC.      :      CONSOLIDATED

SECURITIES LITIGATION        :      C.A. NO. 99-371 KAJ

_____X

ORAL DEPOSITION OF SCOTT BLEVINS

Wednesday, May 3, 2006

The oral deposition of Scott Blevins was held at the law offices of Akin Gump Strauss Hauer & Feld, LLP, 1700 Pacific Avenue, Suite 4100, Dallas, Texas, from 9:36 a.m. to 2:26 p.m., before Jamie K. Israelow, a Certified Shorthand Reporter in and for the State of Texas, Registered Professional Reporter, Certified Realtime Reporter and Certified LiveNote Reporter.

RSA/VERITEXT COURT REPORTING COMPANY

1845 Walnut Street, 15th Floor

Philadelphia, PA  19103

(215)241-1000     (888)777-6690

## Page 70

| Time | # | Text |
|---|---|---|
| 11:03:48 | 1 | A   There wasn't much to analyze, other |
| 11:03:51 | 2 | than: Do they have it or not and what's the total |
| 11:03:54 | 3 | number of pieces. So if that's your definition of |
| 11:03:57 | 4 | analyzing it, that's what we spoke about. |
| 11:04:01 | 5 | Q   Did you make any effort with Chip |
| 11:04:06 | 6 | Brewer to take the information provided by the |
| 11:04:08 | 7 | RACs and fit it into any larger picture at Adams |
| 11:04:12 | 8 | Golf, as far as inventory or sales or market |
| 11:04:18 | 9 | share? |
| 11:04:19 | 10 | A   No. |
| 11:04:19 | 11 | Q   Any larger analysis like that? |
| 11:04:21 | 12 | A   No. |
| 11:04:24 | 13 | Q   Okay. Do you know if the information |
| 11:04:25 | 14 | you provided was subsequently used by Chip Brewer |
| 11:04:30 | 15 | in any type of analysis like that? |
| 11:04:45 | 16 | A   No. |
| 11:04:45 | 17 | Q   Would it be fair, then, for me to |
| 11:04:52 | 18 | characterize your activities with the RAC |
| 11:04:55 | 19 | investigation as mechanical? I mean, not -- I |
| 11:05:00 | 20 | don't mean any disrespect. I'm saying: You |
| 11:05:04 | 21 | gathered information and you passed it on. |
| 11:05:06 | 22 | A   We were data gatherers. |
| 11:05:09 | 23 | Q   Okay. You didn't analyze, you didn't |
| 11:05:12 | 24 | create policy? |

## Page 71

| Time | # | Text |
|---|---|---|
| 11:05:12 | 1 | A   (Witness nods.) |
| 11:05:14 | 2 |     MS. BRANNEN: Can you make an |
| 11:05:16 | 3 | audible answer? |
| 11:05:16 | 4 | A   No. No, I did not. |
| 11:05:23 | 5 | Q   (By Mr. Mara) During the period of |
| 11:05:25 | 6 | the investigation by the RACs, what -- how much |
| 11:05:30 | 7 | time a week were you devoting to it? |
| 11:05:36 | 8 | A   My time? |
| 11:05:37 | 9 | Q   Yeah. |
| 11:05:38 | 10 | A   The best I can recall, an hour or two |
| 11:05:40 | 11 | a day. |
| 11:05:45 | 12 | Q   Okay. And the time demand on the |
| 11:05:47 | 13 | RAC, I suppose, would vary week to week, how far |
| 11:05:50 | 14 | they would have to travel to a Costco? |
| 11:05:52 | 15 | A   Well, it just depended -- not really |
| 11:05:56 | 16 | that. They were in their route plans already to |
| 11:05:59 | 17 | see our retailers. |
| 11:06:00 | 18 | Q   Okay. |
| 11:06:00 | 19 | A   So their time demand was simply if |
| 11:06:02 | 20 | you're at a Pro Golf and there's a Costco across |
| 11:06:05 | 21 | the street, you'd take a right turn and you'd go |
| 11:06:08 | 22 | into Costco -- |
| 11:06:09 | 23 | Q   Okay. |
| 11:06:09 | 24 | A   -- and try to get the club number. |

## Page 72

| Time | # | Text |
|---|---|---|
| 11:06:11 | 1 | So they -- I don't know what their specific time |
| 11:06:13 | 2 | demands would have been. It depends on where they |
| 11:06:16 | 3 | were traveling. |
| 11:06:26 | 4 | Q   Did the information by the RACs that |
| 11:06:28 | 5 | they developed, were there particular areas where |
| 11:06:32 | 6 | there was a greater concentration of clubs in |
| 11:06:36 | 7 | Costco than other areas, or did you find the |
| 11:06:38 | 8 | distribution to be fairly even? |
| 11:06:40 | 9 |     MS. BRANNEN: I'm going to |
| 11:06:41 | 10 | object. That's compound -- |
| 11:06:42 | 11 | Q   (By Mr. Mara) Was there -- |
| 11:06:42 | 12 |     MS. BRANNEN: -- and |
| 11:06:44 | 13 | confusing. |
| 11:06:44 | 14 | Q   (By Mr. Mara) Was there a greater |
| 11:06:45 | 15 | concentration in some areas? |
| 11:06:49 | 16 | A   It seems like that -- I'm just trying |
| 11:06:52 | 17 | to recall. It seems like the Northwest had more |
| 11:06:57 | 18 | clubs than any other sector of their stores, and |
| 11:07:09 | 19 | they had them sooner, it seems like. |
| 11:07:11 | 20 | Q   Was there any sector that your clubs |
| 11:07:13 | 21 | did not show up in, any -- strike that. |
| 11:07:16 | 22 |     First of all, did you divide |
| 11:07:19 | 23 | the nation into sectors, as far as -- oh, I guess |
| 11:07:22 | 24 | it was divided -- |

## Page 73

| Time | # | Text |
|---|---|---|
| 11:07:24 | 1 | A   It was already divided by the |
| 11:07:26 | 2 | territories. |
| 11:07:26 | 3 | Q   Okay. Was there any regional account |
| 11:07:29 | 4 | where -- sector where clubs did not appear? |
| 11:07:33 | 5 | A   I don't recall. It seems -- it seems |
| 11:07:34 | 6 | to me like we had a number of stores that we never |
| 11:07:38 | 7 | found clubs in, but you don't know if they had |
| 11:07:40 | 8 | them and then they were gone. |
| 11:07:43 | 9 | Q   Right. |
| 11:07:44 | 10 | A   It's hard to tell. You can't say |
| 11:07:46 | 11 | specifically if they did or did not. |
| 11:07:48 | 12 | Q   Did any of the regional account |
| 11:07:50 | 13 | coordinators simply ask Costco where they were |
| 11:07:52 | 14 | getting the clubs? |
| 11:07:55 | 15 |     MS. BRANNEN: Object. |
| 11:07:56 | 16 |     If you know. |
| 11:07:56 | 17 | A   I don't know. |
| 11:07:59 | 18 | Q   (By Mr. Mara) Did you ask them to |
| 11:08:01 | 19 | ask, to go up to the sales staff and say: Where |
| 11:08:04 | 20 | are you getting these sales clubs? |
| 11:08:09 | 21 | A   I doubt I did. |
| 11:08:28 | 22 | Q   In addition to those names, are you |
| 11:08:30 | 23 | able to recall other names? I know it was |
| 11:08:33 | 24 | several -- well, strike that. |