Brooks, Sandra

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE:  ADAMS GOLF, INC.      :   CONSOLIDATED

SECURITIES LITIGATION         :   C.A. NO. 99-371 KAJ

_____X


ORAL DEPOSITION OF SANDRA BROOKS

Friday, June 30, 2006


The oral deposition of SANDRA BROOKS was held at the law offices of Akin Gump Strauss Hauer & Feld, LLP, 1700 Pacific Avenue, Suite 4100, Dallas, Texas, from 10:38 a.m. to 12:09 p.m., before Jamie K. Israelow, a Certified Shorthand Reporter in and for the State of Texas, Registered Professional Reporter, Certified Realtime Reporter and Certified LiveNote Reporter.


RSA/VERITEXT COURT REPORTING COMPANY

1845 Walnut Street, 15th Floor

Philadelphia, PA  19103

(215)241-1000     (888)777-6690

Page 10

```
10:43:14  1  Parrish was like, I think, under him and I would
10:43:17  2  report to him. He took over for a while, but Mark
10:43:20  3  was ultimately the --
10:43:23  4    Q  Okay. And how often did you -- say,
10:43:27  5  in '96 and '97, how often did you see Mark
10:43:31  6  Gonsalves? Was it --
10:43:32  7    A  Every day. Every day. We had a
10:43:34  8  morning meeting every day.
10:43:35  9    Q  Okay.
10:43:35  10   A  From the beginning of time, we had a
10:43:38  11 meeting -- the whole inside sales group and Mark,
10:43:41  12 we'd have a meeting and talk about goals and --
10:43:45  13 what did we call them? -- objections and how to
10:43:48  14 get around objections.
10:43:49  15   Q  Okay.
10:43:50  16   A  Yeah. So every day we had a meeting,
10:43:52  17 and it was a way to start off our day.
10:43:55  18   Q  And did that practice continue
10:43:56  19 throughout your employment at Adams Golf?
10:43:58  20   A  Yes.
10:44:06  21   Q  Okay. You testified that in the
10:44:07  22 beginning of your employment, and correct me if
10:44:10  23 I'm wrong, I don't want to misquote the record,
10:44:12  24 there were six members of the inside sales staff.
```

Page 11

```
10:44:14  1  Is that --
10:44:15  2    A  When I started, correct.
10:44:17  3    Q  And then -- so I assume your regions,
10:44:19  4  then, were -- were greater than the ones you've
10:44:26  5  described here, Seattle, Miami, Arkansas,
10:44:29  6  New Orleans, Connecticut --
10:44:32  7    A  Right. For instance, I had the
10:44:33  8  entire state of Washington.
10:44:34  9    Q  I see.
10:44:35  10   A  Then when we added more people, we
10:44:37  11 were asked: What territories do you want to get
10:44:40  12 rid of? And I was like: Well, you can have
10:44:43  13 Arkansas, and you can also have the east half of
10:44:46  14 Washington.
10:44:47  15   Q  Yep. Yep. Spokane?
10:44:49  16      MR. BESSETTE: Lucky folks.
10:44:53  17   Q  (By Mr. Mara) Okay. So and are you
10:44:54  18 able to recall when -- but you retained -- I'm
10:44:58  19 sorry. Strike that.
10:44:59  20      So you retained Seattle,
10:45:02  21 Miami, throughout your tenure at Adams Golf?
10:45:09  22   A  Yeah.
10:45:09  23   Q  Are you aware of the concept of gray
10:45:12  24 marketing?
```

Page 12

```
10:45:12  1    A  I am now.
10:45:14  2    Q  And what do you understand it to
10:45:16  3  mean? What does it mean to you?
10:45:22  4    A  I guess when people get ahold of a
10:45:25  5  product, like a golf club, and I guess they're not
10:45:29  6  really supposed to have it, like an
10:45:32  7  unauthorized -- like they get the golf club --
10:45:34  8  somebody gets the golf club and sells it to
10:45:37  9  somebody else who isn't really supposed to be
10:45:39  10 selling it.
10:45:39  11   Q  I see. Okay. Now, during 1997, did
10:45:50  12 you have an occasion to experience anything like
10:45:53  13 that in your sales regions?
10:45:54  14   A  Yes.
10:45:54  15   Q  And can you describe what that was?
10:45:57  16   A  It started off in Seattle where a big
10:46:03  17 client of mine called me up complaining that he
10:46:06  18 was at Costco and saw Adams Golf clubs at Costco.
10:46:09  19 And I wasn't really sure about Costco because we
10:46:12  20 didn't have Costcos there, but he explained to me,
10:46:15  21 a big warehouse wholesale-type place like Sam's.
10:46:17  22 I know what Sam's is, so he explained that to me.
10:46:19  23 That's how I first found out about it.
10:46:21  24   Q  And are you able to recall who the
```

Page 13

```
10:46:23  1  account was?
10:46:24  2    A  I think -- I think it was Pro Am
10:46:26  3  Golf. Is that it? It's -- it's -- big, giant --
10:46:30  4  it's like the biggest one in Seattle.
10:46:32  5    Q  Okay. They're in Seattle?
10:46:34  6    A  Uh-huh.
10:46:34  7    Q  And are you able to recall what, if
10:46:36  8  anything -- if it was Pro Am Golf, I know you're
10:46:40  9  trying to remember. What did they say to you?
10:46:42  10 Are you able to recall what they --
10:46:43  11   A  Well, he was pretty mad. He was
10:46:45  12 pretty mad, like: Why are these clubs showing up
10:46:48  13 in Costco? Why are you -- why are you-all giving
10:46:51  14 these clubs to Costco? That was pretty much
10:46:54  15 his --
10:46:55  16   Q  Okay.
10:46:55  17   A  -- take on it.
10:46:56  18   Q  And did he describe what quantity or
10:46:59  19 how many clubs he --
10:47:00  20   A  He said there were a bunch. I mean,
10:47:02  21 I don't think he actually gave me a number or
10:47:04  22 anything, but he said there was a bunch in there,
10:47:07  23 and that was his concern. I think if he saw like
10:47:09  24 one or two, he probably wouldn't care, but there
```

Page 14

```
10:47:10   1   were a bunch in there.
10:47:11   2   Q    And what, if anything, did you do
10:47:13   3   after you had this conversation --
10:47:14   4   A    I told -- I told Mark.
10:47:17   5   Q    And can you describe what happened
10:47:19   6   there? What did you say to Mark and --
10:47:22   7   A    I went in and I told him my concerns
10:47:24   8   and he just kind of blew me off, so to speak.
10:47:28   9   Q    And --
10:47:29  10   A    He just said that was another
10:47:30  11   objection that I had to get over and figure out
10:47:36  12   how to work around that.
10:47:39  13   Q    Did you say anything else to Mark
10:47:39  14   Gonsalves at that time or --
10:47:43  15   A    Well, I went to him more than once.
10:47:43  16   It wasn't just one time I let go. It kept
10:47:44  17   happening and my people kept calling me. They
10:47:46  18   were -- they were mad at me for somehow having
10:47:51  19   fault at the clubs getting into Costco.
10:47:53  20   Q    I see.
10:47:54  21   A    They were mad, just: Why are you --
10:47:56  22   why are these people having golf clubs?
10:47:58  23   Q    And are you able to recall -- now,
10:48:01  24   when you say they were mad and my people were
```

Page 15

```
10:48:04   1   calling me, was that from Washington?
10:48:07   2   A    Uh-huh. That's where it started. It
10:48:09   3   wasn't just the one big retailer, some green-grass
10:48:12   4   accounts would call and they'd say the same thing
10:48:15   5   and they'd get upset.
10:48:16   6   Q    I see. And by green-grass accounts,
10:48:18   7   do you mean --
10:48:18   8   A    Like country clubs.
10:48:19   9   Q    -- like pro shops and --
10:48:20  10   A    Yeah, pro shops and country clubs,
10:48:23  11   stuff like that.
10:48:25  12   Q    And now -- and that was occurring --
10:48:28  13   are you able to recall when that was occurring in
10:48:31  14   1997?
10:48:32  15   A    It was -- it was early in the year,
10:48:34  16   because we were in the first building in Plano.
10:48:37  17   Q    Uh-huh. Are you able to estimate, or
10:48:44  18   if you can recall, how many times do you think you
10:48:47  19   went to Mark Gonsalves relaying these complaints
10:48:50  20   about clubs in Costco?
10:48:53  21   A    I'm what is known as a squeaky wheel,
10:48:57  22   so I went often. I can't remember -- I can't tell
10:48:59  23   you how many times, but I do know I went multiple
10:49:02  24   times to him.
```

Page 16

```
10:49:06   1   Q    And did -- was his reaction
10:49:10   2   consistent each time or --
10:49:11   3   A    Pretty much.
10:49:12   4   Q    -- or did he just keep saying: Work
10:49:13   5   on it?
10:49:13   6   A    Yeah, work on it. You'll get over
10:49:16   7   it, or you know, he really just kind of blew me
10:49:21   8   off.
10:49:21   9   Q    And when you went to him, did --
10:49:27  10   well, can you describe the level -- was the level
10:49:31  11   of frustration growing from the accounts?
10:49:34  12   A    Yes.
10:49:34  13   Q    Okay. And can you describe what that
10:49:36  14   was like? What -- how do you know the level of
10:49:39  15   frustration was growing?
10:49:40  16   A    They would stop ordering clubs. They
10:49:42  17   didn't trust me anymore. Because when you're
10:49:44  18   calling people on the telephone, they've never
10:49:46  19   seen you, they've never met you, just some woman
10:49:49  20   from Texas is calling me trying to sell me a whole
10:49:51  21   bunch of golf clubs. It took a long time. You
10:49:54  22   build the trust, you have a rapport, you have a
10:49:57  23   relationship with these people, and they trust
10:49:57  24   you.
```

Page 17

```
10:49:59   1        And this is their business, so
10:50:01   2   they're trusting you to help them grow their
10:50:04   3   business, and all of a sudden, they feel as though
10:50:07   4   you stabbed them in the back, so there's a lot of
10:50:10   5   trust that -- they didn't trust us anymore. Us,
10:50:13   6   I'm saying us as a whole, as a company. It wasn't
10:50:16   7   just me.
10:50:17   8   Q    Right.
10:50:17   9   A    Because they saw the clubs and they
10:50:20  10   quit ordering them. The country clubs and stuff
10:50:23  11   got to the point where they wouldn't -- it's not
10:50:25  12   like they ordered a million clubs. They would
10:50:27  13   order maybe a dozen or a half a dozen to keep them
10:50:30  14   on hand. They wouldn't do that anymore. They
10:50:31  15   would just order like one special order or some
10:50:34  16   guy came in and wanted a specific Adams club, they
10:50:38  17   would order that and just kind of didn't want
10:50:40  18   anything else.
10:50:41  19   Q    I see. And -- okay. And did they
10:50:47  20   tell you it was because of the clubs in Costco --
10:50:50  21   A    Yeah.
10:50:51  22   Q    -- that this trust had been breached?
10:50:52  23   A    Uh-huh.
10:50:57  24   Q    What you just testified to, did you
```

## Page 18

```
10:50:58   1   relay that to Mark Gonsalves in '97?
10:51:01   2   A    Yes. Yes.
10:51:03   3   Q    Okay. And he said: Keep working on
10:51:06   4   it?
10:51:07   5   A    Yeah, they eventually had like some
10:51:10   6   little task force that they got going, but that
10:51:12   7   had -- it had been going on a long time. It
10:51:16   8   affected me first before it started affecting
10:51:18   9   other salespeople, and it wasn't until it started
10:51:21  10   affecting other salespeople that, you know, they
10:51:23  11   kind of like looked into it a little bit.
10:51:25  12        And they had this task force,
10:51:27  13   but the task force didn't happen until the damage
10:51:30  14   was done, if you ask me, and that's when -- I
10:51:32  15   think it was Scott Blevins, they had some serial
10:51:35  16   numbers they would write on them or something like
10:51:37  17   that, but I mean --
10:51:44  18   Q    Now, are you aware -- are you aware
10:51:46  19   that Adams Golf had an initial public offering --
10:51:49  20   A    Uh-huh, yeah.
10:51:51  21   Q    -- and went public?
10:51:52  22   A    Yes.
10:51:52  23   Q    And just for clarity, you're aware
10:51:54  24   that it was July 9th of 1998?
```

## Page 19

```
10:51:55   1   A    Right.
10:52:06   2   Q    The decline in sales that you were
10:52:10   3   complaining about, was that occurring in 1997?
10:52:14   4   A    Yes.
10:52:14   5   Q    And was that occurring in -- in the
10:52:16   6   first half of 1998?
10:52:18   7   A    Uh-huh.
10:52:21   8   Q    And did you -- did you tell Mark
10:52:26   9   Gonsalves specifically that you were experiencing
10:52:28  10   a decline in sales --
10:52:29  11   A    Yes.
10:52:29  12   Q    -- as a result of these complaints?
10:52:31  13   A    Yes.
10:52:31  14   Q    And what, if anything, did he say to
10:52:34  15   that?
10:52:34  16   A    He didn't really say much. He just
10:52:42  17   kind of blew me off. He never really had a whole
10:52:51  18   lot to say about it. He was just kind of: I
10:52:51  19   don't know.
10:52:51  20   Q    Other than Mark Gonsalves, did you --
10:52:51  21   did you talk about this Costco -- clubs in Costco
10:52:53  22   with other people at Adams Golf?
10:52:54  23   A    Oh, yeah. We -- everybody at Adams
10:52:57  24   Golf was really pretty close. We hung out. We
```

## Page 20

```
10:53:00   1   went to lunch together. We chitchatted. We saw
10:53:03   2   each other on the weekends. We were all pretty
10:53:06   3   close. Yeah, we'd talk about it. I mean, one of
10:53:08   4   the things, we would kind of try to help each
10:53:11   5   other, how to get over the objections that we
10:53:12   6   always had. You know, we would stand around and
10:53:14   7   we would write our numbers on the boards. I know
10:53:16   8   like Katherine and I would talk about it.
10:53:19   9   Katherine East and I would talk about it. So
10:53:22  10   yeah, we all talked about it.
10:53:23  11   Q    Were you the only one who was
10:53:24  12   experiencing a problem with clubs in Costco?
10:53:26  13   A    No. No. I believe Katherine was the
10:53:30  14   second salesperson affected by it.
10:53:32  15   Q    Are you able to recall what
10:53:34  16   regions -- Katherine is Katherine East?
10:53:36  17   A    Right.
10:53:36  18   Q    Are you able to recall what regions
10:53:39  19   of the country she had?
10:53:40  20   A    I think it was in the Southwest, like
10:53:43  21   around Arizona. I think that was the area that
10:53:46  22   was affected for her.
10:53:48  23   Q    And again, these discussions among --
10:53:52  24   correct me if I'm -- I don't want to characterize.
```

## Page 21

```
10:53:55   1   These discussions were generally among the inside
10:53:58   2   sales staff?
10:53:58   3   A    Yeah. Yeah. Pretty much.
10:54:00   4   Q    And were those discussions occurring
10:54:02   5   in 1997 and the first part of 1998?
10:54:04   6   A    Uh-huh, yes.
10:54:07   7   Q    Are you able to recall if anyone else
10:54:09   8   on the inside sales staff complained about a
10:54:12   9   breach of what -- what we've characterized as a
10:54:15  10   breach of trust this morning with their accounts?
10:54:20  11   A    I mean, if you're referring to the
10:54:23  12   double shipping and all that kind of crazy stuff,
10:54:26  13   yeah.
10:54:26  14   Q    Well, no, I --
10:54:27  15   A    I mean --
10:54:28  16   Q    I mean --
10:54:28  17   A    I mean the whole trust issues about
10:54:31  18   like the clients calling up --
10:54:33  19   Q    Yeah.
10:54:33  20   A    -- and complaining to us. Yeah,
10:54:34  21   everybody had that problem.
10:54:35  22   Q    I see. Did you -- were you ever able
10:54:51  23   to ascertain the amount of clubs that were
10:54:56  24   involved in showing up in Costco?
```

## Page 22

| Time | # | | |
|---|---|---|---|
| 10:54:57 | 1 | A | I couldn't give you a number, but I |
| 10:54:59 | 2 | | know that there were a lot, just for the fact |
| 10:55:02 | 3 | | that, well, the people in the Seattle area were |
| 10:55:05 | 4 | | telling me that there were hundreds in there. And |
| 10:55:08 | 5 | | then they made their way all the way down to |
| 10:55:10 | 6 | | Florida, and they made their way all the way to |
| 10:55:13 | 7 | | Arizona. That's a lot of clubs. |
| 10:55:21 | 8 | Q | Are you able to recall -- let's see. |
| 10:55:25 | 9 | | We'll take Pro Am Golf. I don't know anything |
| 10:55:27 | 10 | | about it, but was Pro Am Golf -- where was that in |
| 10:55:30 | 11 | | the hierarchy of your accounts? Was that the |
| 10:55:33 | 12 | | biggest or -- |
| 10:55:34 | 13 | A | Probably top five. And I had some |
| 10:55:37 | 14 | | big ones. |
| 10:55:38 | 15 | Q | Well, we'll take Pro Am Golf in 1997 |
| 10:55:41 | 16 | | and the first half of 1998. |
| 10:55:45 | 17 | | Can you describe what effect |
| 10:55:50 | 18 | | this clubs-in-Costco complaint had on -- on your |
| 10:55:54 | 19 | | sales to Pro Am Golf in 1997 and the first part of |
| 10:55:58 | 20 | | 1998? |
| 10:56:00 | 21 | A | They didn't buy nearly as many clubs. |
| 10:56:03 | 22 | | They would just buy less, a lot less. |
| 10:56:05 | 23 | Q | Are you able to estimate, rough |
| 10:56:10 | 24 | | estimate? |

## Page 23

| Time | # | | |
|---|---|---|---|
| 10:56:10 | 1 | A | I'm not good with estimates. |
| 10:56:15 | 2 | Q | I mean, if you can't, you can't. |
| 10:56:16 | 3 | A | I don't know. It was significant. |
| 10:56:17 | 4 | | It was a significant decrease in what they would |
| 10:56:22 | 5 | | buy. |
| 10:56:22 | 6 | Q | And were you on a commission -- |
| 10:56:24 | 7 | A | Yes. |
| 10:56:24 | 8 | Q | -- basis at that -- |
| 10:56:25 | 9 | | Okay. So that was hurting |
| 10:56:27 | 10 | | your pocketbook personally? |
| 10:56:32 | 11 | A | Yeah. |
| 10:56:32 | 12 | Q | Did anyone from Pro Am Golf cite any |
| 10:56:35 | 13 | | other reasons for a reduction in their orders? |
| 10:56:39 | 14 | A | No. |
| 10:56:39 | 15 | Q | Did any of your green-grass accounts |
| 10:56:42 | 16 | | suggest any other reason for a reduction in their |
| 10:56:45 | 17 | | orders? |
| 10:56:45 | 18 | A | No. I mean, that was -- that was it. |
| 10:56:47 | 19 | Q | The Costco problem? |
| 10:56:49 | 20 | A | Uh-huh. |
| 10:57:00 | 21 | Q | Was there any discussion about where |
| 10:57:05 | 22 | | the clubs were coming from that were showing up in |
| 10:57:12 | 23 | | Costco? |
| 10:57:13 | 24 | A | Do you mean with Mark? |

## Page 24

| Time | # | | |
|---|---|---|---|
| 10:57:14 | 1 | Q | Sure. Yeah. Did you ever -- |
| 10:57:14 | 2 | A | I know we -- |
| 10:57:16 | 3 | Q | Yeah, did -- |
| 10:57:18 | 4 | A | We all wondered, but I still don't |
| 10:57:21 | 5 | | know exactly how they got there. |
| 10:57:23 | 6 | Q | Yeah. |
| 10:57:24 | 7 | A | I've got my assumptions and what I -- |
| 10:57:26 | 8 | | how I think they got there, but no, no one ever -- |
| 10:57:30 | 9 | | no one ever pinpointed that. |
| 10:57:32 | 10 | Q | What -- what's your assumption? |
| 10:57:35 | 11 | A | My assumption is when Jay, another |
| 10:57:41 | 12 | | salesperson, he shipped a lot of clubs -- |
| 10:57:46 | 13 | Q | I'm sorry. For the record -- |
| 10:57:48 | 14 | A | Jay Greaney. He's a salesperson. |
| 10:57:50 | 15 | | He would ship clubs -- I do |
| 10:57:53 | 16 | | remember there was a place in California that he |
| 10:57:57 | 17 | | would ship gobs and gobs of clubs to, but there |
| 10:58:01 | 18 | | was no store. Gee, I wonder where they're going. |
| 10:58:05 | 19 | | And that -- I don't remember the name of the |
| 10:58:07 | 20 | | accounts. It wasn't my account base. But we do |
| 10:58:12 | 21 | | travel. It's not like we're stuck in Texas, and |
| 10:58:15 | 22 | | you go to places and there is no such and such |
| 10:58:18 | 23 | | store. |
| 10:58:18 | 24 | | And also, when he -- he |

## Page 25

| Time | # | | |
|---|---|---|---|
| 10:58:20 | 1 | | shipped out of a lot of clubs that he really |
| 10:58:25 | 2 | | probably shouldn't have been shipping out, and |
| 10:58:27 | 3 | | that's where I assume they went. |
| 10:58:28 | 4 | Q | I see. And when you said: We |
| 10:58:30 | 5 | | weren't stuck in Texas, again, are you referring |
| 10:58:33 | 6 | | to the inside sales staff? |
| 10:58:34 | 7 | A | Yeah. I travel -- even when I |
| 10:58:36 | 8 | | traveled for pleasure -- my brother -- at the |
| 10:58:39 | 9 | | time, my brother lived in Southern California, and |
| 10:58:41 | 10 | | I would go and: Hey, I work for Adams Golf. So |
| 10:58:44 | 11 | | I'd go to Edwin Watts or whatever golf stores were |
| 10:58:50 | 12 | | out there. We're not isolated. We get out. |
| 10:58:53 | 13 | Q | Well, and what -- okay. Strike that. |
| 10:58:56 | 14 | | Sorry. |
| 10:59:07 | 15 | | Your region -- let's say in |
| 10:59:13 | 16 | | 1997 and the first half of 1998, did -- you had |
| 10:59:17 | 17 | | the Miami region in Florida, or did -- how was |
| 10:59:23 | 18 | | your region bordered in Florida? |
| 10:59:24 | 19 | A | I had Fort Lauderdale and I had |
| 10:59:28 | 20 | | Miami. |
| 10:59:29 | 21 | Q | And in the hierarchy of the Adams |
| 10:59:31 | 22 | | Golf sales department, were those important |
| 10:59:35 | 23 | | markets or -- |
| 10:59:35 | 24 | A | Yes. |

## Page 34

| Time | # | Text |
|---|---|---|
| 11:07:29 | 1 | who used to work there. So I have no problem with |
| 11:07:31 | 2 | Adams Golf. |
| 11:07:31 | 3 | Q   Do you know what the plaintiffs' |
| 11:07:33 | 4 | claim in this litigation is? |
| 11:07:34 | 5 | A   Not really sure. No, I really don't |
| 11:07:39 | 6 | know the ins and outs of the case, I just -- I |
| 11:07:43 | 7 | really don't. |
| 11:07:44 | 8 | Q   Did the plaintiffs ever tell you what |
| 11:07:46 | 9 | their claims were? |
| 11:07:50 | 10 | A   I -- I don't know if I ever asked. |
| 11:08:04 | 11 | Q   Do you have any sense, as you sit |
| 11:08:06 | 12 | here, whether Adams Golf as a company did anything |
| 11:08:10 | 13 | wrong with respect to -- when they went public in |
| 11:08:16 | 14 | their IPO? |
| 11:08:18 | 15 | A   Yeah. I think there was some -- a |
| 11:08:21 | 16 | couple of misguided people at the company. |
| 11:08:23 | 17 | Q   What do you mean? |
| 11:08:24 | 18 | A   Well, when all that double-shipping |
| 11:08:29 | 19 | business was going on with Jay, and I'm sure |
| 11:08:32 | 20 | you-all talked to Jay Greaney and everything, |
| 11:08:36 | 21 | about the whole double shipping, I'm pretty sure |
| 11:08:39 | 22 | Mark Gonsalves knew about that. That's not right, |
| 11:08:46 | 23 | you know. |
| 11:08:46 | 24 | Q   Did you know that the company |

## Page 35

| Time | # | Text |
|---|---|---|
| 11:08:52 | 1 | investigated whether there was actual double |
| 11:08:52 | 2 | shipping or not? |
| 11:08:52 | 3 | A   I'm not really sure -- I know |
| 11:08:55 | 4 | there's -- you don't need to investigate it. I |
| 11:08:55 | 5 | know there was double shipping. I don't need to |
| 11:08:59 | 6 | investigate. I am quite confident there was |
| 11:08:59 | 7 | double shipping going on. |
| 11:08:59 | 8 | Q   I'm sure you are -- |
| 11:09:00 | 9 | A   Yeah. |
| 11:09:00 | 10 | Q   -- but do you know whether the |
| 11:09:01 | 11 | company investigated it? |
| 11:09:02 | 12 | A   I don't know. |
| 11:09:02 | 13 | Q   Do you know what Jay talked about |
| 11:09:04 | 14 | with respect to double shipping? |
| 11:09:06 | 15 | A   No. |
| 11:09:08 | 16 | Q   Okay. |
| 11:09:08 | 17 | A   I mean, Jay was a nice guy and |
| 11:09:10 | 18 | everything, but we weren't like -- we didn't like |
| 11:09:12 | 19 | hang out and chat or anything. |
| 11:09:21 | 20 | Q   You don't have any reason to believe |
| 11:09:23 | 21 | that Jay Greaney would lie under oath, do you? |
| 11:09:26 | 22 | A   No. |
| 11:09:26 | 23 | Q   You wouldn't lie under oath? |
| 11:09:28 | 24 | A   No. |

## Page 36

| Time | # | Text |
|---|---|---|
| 11:09:28 | 1 | Q   Let's talk about you joining Adams |
| 11:09:30 | 2 | Golf in August '96. What did you do before that? |
| 11:09:33 | 3 | A   I was a sale rep for "The Green |
| 11:09:37 | 4 | Sheet." And before that, I had just moved here |
| 11:09:40 | 5 | from El Paso. |
| 11:09:41 | 6 | Q   And before joining Adams Golf, did |
| 11:09:43 | 7 | you have any experience in the golf industry? |
| 11:09:45 | 8 | MR. MARA: I'm sorry. I |
| 11:09:47 | 9 | didn't mean to -- did you say '98, joining Adams |
| 11:09:50 | 10 | Golf in '98? |
| 11:09:51 | 11 | MR. BESSETTE: August of '96. |
| 11:09:53 | 12 | THE WITNESS: I thought he |
| 11:09:54 | 13 | said '96. |
| 11:09:55 | 14 | MR. MARA: Sorry. |
| 11:09:55 | 15 | A   Golf industry, no. I played golf, |
| 11:09:57 | 16 | but that was it. |
| 11:10:05 | 17 | Q   (By Mr. Bessette) Okay. And you |
| 11:10:05 | 18 | said you reported to Mark Gonsalves. How was he |
| 11:10:08 | 19 | as a -- as a boss, generally speaking? |
| 11:10:10 | 20 | A   He was -- he had certain standards he |
| 11:10:13 | 21 | would like us to live up to. He drove us pretty |
| 11:10:17 | 22 | hard, but he was a good salesperson. He was a |
| 11:10:19 | 23 | good sales manager. |
| 11:10:20 | 24 | Q   He was a good motivator? |

## Page 37

| Time | # | Text |
|---|---|---|
| 11:10:22 | 1 | A   Yeah. |
| 11:10:22 | 2 | Q   Was he a good mentor? |
| 11:10:25 | 3 | A   Yeah. |
| 11:10:25 | 4 | Q   And he held, I think you said, daily |
| 11:10:27 | 5 | sales meetings with the staff to help motivate and |
| 11:10:30 | 6 | help drive more sales? |
| 11:10:39 | 7 | A   Right. |
| 11:10:39 | 8 | Q   You -- I wrote this down. I thought |
| 11:10:41 | 9 | it was kind of funny. You called yourself a |
| 11:10:44 | 10 | squeaky wheel? |
| 11:10:45 | 11 | A   Yeah. |
| 11:10:45 | 12 | Q   Were you sort of the complainer in |
| 11:10:47 | 13 | the group? |
| 11:10:47 | 14 | A   When something was brought to my |
| 11:10:49 | 15 | attention, yeah. But I'm like that now, still. |
| 11:10:52 | 16 | If something I see is wrong or happening wrong, |
| 11:10:55 | 17 | I'm going to talk about it until I don't think |
| 11:10:57 | 18 | it's wrong anymore or it's been fixed or repaired |
| 11:11:01 | 19 | or has gone away or whatever, so yeah. |
| 11:11:06 | 20 | Q   And is it your recollection you kind |
| 11:11:07 | 21 | of went and talked to Mark quite a bit and |
| 11:11:10 | 22 | complained quite a bit about things, didn't you? |
| 11:11:12 | 23 | A   Not just things. I mean, that makes |
| 11:11:14 | 24 | it sound pretty trivial. But if there was |

Page 62

| Time | # | | |
|---|---|---|---|
| 11:34:21 | 1 | A | Am I aware of what they were doing? |
| 11:34:23 | 2 | Q | Right. |
| 11:34:24 | 3 | A | Other than that little team that |
| 11:34:30 | 4 | | Scott Blevins was heading up, I don't know of |
| 11:34:32 | 5 | | anything else. |
| 11:34:33 | 6 | Q | Right. And that team was in the fall |
| 11:34:35 | 7 | | of 1998. Does that square with your recollection? |
| 11:34:38 | 8 | A | Yeah. |
| 11:34:39 | 9 | Q | Okay. So when you moved into the new |
| 11:34:41 | 10 | | building until you went public, I say "you" |
| 11:34:45 | 11 | | meaning the company, okay, so March, April to |
| 11:34:47 | 12 | | July, do you know what steps the company was |
| 11:34:53 | 13 | | taking regarding this gray-marketing issue? |
| 11:34:58 | 14 | A | No. |
| 11:34:58 | 15 | Q | And you don't know -- excuse me. And |
| 11:35:00 | 16 | | you don't know what steps Mark Gonsalves -- |
| 11:35:03 | 17 | A | No. |
| 11:35:04 | 18 | Q | -- was taking, particularly about the |
| 11:35:06 | 19 | | gray marketing? |
| 11:35:06 | 20 | A | No. |
| 11:35:06 | 21 | Q | So you don't know if he went to |
| 11:35:11 | 22 | | visit, for example, locations, retailers, or |
| 11:35:14 | 23 | | Costco stores himself? You have no clue? |
| 11:35:18 | 24 | A | No. I would have hoped to have been |

Page 63

| Time | # | | |
|---|---|---|---|
| 11:35:18 | 1 | | informed if he was going into my particular |
| 11:35:20 | 2 | | territory, but no. |
| 11:35:21 | 3 | Q | Pro Am, is that -- |
| 11:35:23 | 4 | A | I think that's the name of it. |
| 11:35:25 | 5 | Q | Do they have a Boise, Idaho, store? |
| 11:35:27 | 6 | A | I don't know. |
| 11:35:30 | 7 | Q | You don't know if Pro -- oh, Pro |
| 11:35:33 | 8 | | Golf. I'm sorry. |
| 11:35:33 | 9 | A | Was it Pro Golf? |
| 11:35:34 | 10 | Q | I think it's Pro Golf. |
| 11:35:36 | 11 | A | I think -- |
| 11:35:36 | 12 | Q | Is Pro Golf your client? |
| 11:35:38 | 13 | A | Whoever the big guy in Seattle was. |
| 11:35:41 | 14 | | I don't remember. They all have very similar |
| 11:35:43 | 15 | | names: Pro Golf, Pro-Am Golf, pro this, pro that. |
| 11:35:47 | 16 | Q | Do you recall the name Paul |
| 11:35:50 | 17 | | McCormick? |
| 11:35:50 | 18 | A | No, I don't. |
| 11:35:57 | 19 | Q | Okay. Pro Golf in Seattle, how about |
| 11:35:59 | 20 | | Randy Silver? Does that name ring a bell? |
| 11:36:01 | 21 | A | That sounds kind of familiar. That's |
| 11:36:03 | 22 | | not who I talked to. |
| 11:36:05 | 23 | Q | Right. Okay. |
| 11:36:14 | 24 | | Now, you said Pro Golf was |

Page 64

| Time | # | | |
|---|---|---|---|
| 11:36:16 | 1 | | quite large, a lot of stores, right? |
| 11:36:18 | 2 | A | Yeah. I think they had like three, |
| 11:36:20 | 3 | | maybe. |
| 11:36:20 | 4 | Q | In the Seattle area? |
| 11:36:22 | 5 | A | I think so. |
| 11:36:23 | 6 | Q | But they had others in other states, |
| 11:36:25 | 7 | | did they not? |
| 11:36:26 | 8 | A | I didn't deal with those. |
| 11:36:27 | 9 | Q | Oh, so you only dealt with Pro |
| 11:36:30 | 10 | | Golf -- |
| 11:36:30 | 11 | A | Yeah. |
| 11:36:30 | 12 | Q | -- in your area, in your Seattle |
| 11:36:33 | 13 | | area? |
| 11:36:48 | 14 | A | Right. |
| 11:36:51 | 15 | Q | Okay. Now, you mentioned to the |
| 11:36:57 | 16 | | plaintiffs' counsel that it was your recollection |
| 11:36:59 | 17 | | that you -- some of your accounts who were |
| 11:37:02 | 18 | | complaining about clubs being in Costco stores |
| 11:37:05 | 19 | | where they would slow down or stop ordering |
| 11:37:08 | 20 | | clubs -- |
| 11:37:08 | 21 | A | Uh-huh. Right. |
| 11:37:09 | 22 | Q | -- right? |
| 11:37:10 | 23 | | Okay. Let's go customer by |
| 11:37:12 | 24 | | customer. Let's start with Pro Golf. Okay. How |

Page 65

| Time | # | | |
|---|---|---|---|
| 11:37:17 | 1 | | many clubs did they not order? |
| 11:37:18 | 2 | A | I can't give you numbers. I don't |
| 11:37:21 | 3 | | recall specifics. I do remember it being |
| 11:37:25 | 4 | | significant in the grand scheme of things, that if |
| 11:37:27 | 5 | | you're ordering 50 clubs a week, you know, he was |
| 11:37:32 | 6 | | ordering, maybe half that, and it trickled off. |
| 11:37:38 | 7 | Q | Yeah. So when -- this started when |
| 11:37:43 | 8 | | you -- again, right, as you said, before you moved |
| 11:37:46 | 9 | | into the Plano Parkway building -- |
| 11:37:48 | 10 | A | Uh-huh. |
| 11:37:49 | 11 | Q | -- complaints came. And how -- how |
| 11:37:51 | 12 | | long after the complaints started before they |
| 11:37:54 | 13 | | stopped ordering or slowed their ordering? |
| 11:38:03 | 14 | A | In the beginning, because I didn't |
| 11:38:04 | 15 | | see this as being a -- I -- I kept thinking it was |
| 11:38:09 | 16 | | going to go away. Maybe I was naive, I don't |
| 11:38:12 | 17 | | know, but I kept thinking it was going to go away, |
| 11:38:15 | 18 | | get better. |
| 11:38:15 | 19 | | So in the beginning, I assured |
| 11:38:17 | 20 | | them that: Oh, no, we're not selling directly to |
| 11:38:19 | 21 | | Costco. That's not what we're doing because -- |
| 11:38:21 | 22 | Q | Uh-huh. |
| 11:38:22 | 23 | A | -- if they would have been, it would |
| 11:38:24 | 24 | | have been my territory and I would have known |

### Page 66

| Time | Line | Text |
|---|---|---|
| 11:38:25 | 1 | about it. |
| 11:38:26 | 2 | So I was like: No, we are not |
| 11:38:28 | 3 | selling to Costco. It's -- it's not going to |
| 11:38:31 | 4 | happen. That's not what we're doing. And it just |
| 11:38:33 | 5 | kind of built up over a series of a couple of |
| 11:38:37 | 6 | months where they got more angry and kept seeing |
| 11:38:41 | 7 | the clubs, and I kept telling them, no, no, no, |
| 11:38:44 | 8 | and then they just kind of finally had enough and |
| 11:38:46 | 9 | just -- slowly just stopped buying. |
| 11:38:48 | 10 | Q   I see. So it took -- I mean, it took |
| 11:38:52 | 11 | several months because you were obviously being |
| 11:38:53 | 12 | very persuasive that the company is not selling |
| 11:38:56 | 13 | clubs to Costco? |
| 11:38:57 | 14 | A   Right. |
| 11:38:57 | 15 | Q   They must be getting them somewhere |
| 11:38:59 | 16 | else? |
| 11:38:59 | 17 | A   Right. |
| 11:38:59 | 18 | Q   And we're going to figure out where |
| 11:39:01 | 19 | they're getting them? |
| 11:39:02 | 20 | A   Right. |
| 11:39:02 | 21 | Q   And you were being told by Mark and |
| 11:39:04 | 22 | others in the company that the company was trying |
| 11:39:06 | 23 | to figure out how Costco was getting these clubs? |
| 11:39:09 | 24 | A   Towards the end, yeah, when everybody |

### Page 67

| Time | Line | Text |
|---|---|---|
| 11:39:11 | 1 | was affected by it, yeah. |
| 11:39:13 | 2 | Q   And you're aware that the company |
| 11:39:14 | 3 | sued Costco, right? |
| 11:39:16 | 4 | A   No, I didn't know that. |
| 11:39:17 | 5 | Q   You didn't know that. Okay. |
| 11:39:21 | 6 | So you didn't know that they |
| 11:39:22 | 7 | sued Costco to figure out how Costco was getting |
| 11:39:25 | 8 | the clubs. They put out a press release to tell |
| 11:39:30 | 9 | retailers and people in the marketplace that they |
| 11:39:31 | 10 | were suing Costco because Costco was an |
| 11:39:35 | 11 | unauthorized retailer. |
| 11:39:36 | 12 | You don't remember that at |
| 11:39:39 | 13 | all? |
| 11:39:40 | 14 | A   Vaguely. I remember something about |
| 11:39:42 | 15 | the Costco thing, but I don't remember there being |
| 11:39:44 | 16 | a lawsuit, but -- |
| 11:39:46 | 17 | Q   I think it was actually called a bill |
| 11:39:48 | 18 | of discovery, but unless you're a lawyer, you're |
| 11:39:50 | 19 | probably -- |
| 11:39:51 | 20 | A   I'm like, no, so that's -- yeah, |
| 11:39:53 | 21 | so -- I do remember something along those lines, |
| 11:39:57 | 22 | yeah. |
| 11:39:57 | 23 | Q   Because wasn't Mark telling you: |
| 11:39:59 | 24 | Look, here's the story. We're not selling to |

### Page 68

| Time | Line | Text |
|---|---|---|
| 11:40:03 | 1 | Costco. Tell your folks that. We're going to sue |
| 11:40:06 | 2 | Costco or we're suing Costco, and that's a message |
| 11:40:08 | 3 | you can send to the retailers? |
| 11:40:11 | 4 | A   Long time -- I mean, in my opinion, |
| 11:40:14 | 5 | the damage had already been done. My clients |
| 11:40:21 | 6 | didn't care at that point. They were like: Too |
| 11:40:21 | 7 | little, too late. |
| 11:40:24 | 8 | Q   Okay. |
| 11:40:28 | 9 | A   Because it wasn't just like: Oh, |
| 11:40:28 | 10 | really, let's run out and do something about it. |
| 11:40:28 | 11 | It took a long time of lots of clients and people |
| 11:40:32 | 12 | calling in before anything was ever really done |
| 11:40:35 | 13 | about it. |
| 11:40:35 | 14 | Q   So in the -- and what you're saying |
| 11:40:37 | 15 | as anything really done about it is sort of that |
| 11:40:40 | 16 | Scott Blevins team to go check -- |
| 11:40:42 | 17 | A   Yeah, and that thing of discovery |
| 11:40:43 | 18 | that you just talked about. I do remember that, |
| 11:40:45 | 19 | but -- |
| 11:40:46 | 20 | Q   When do you remember that? |
| 11:40:47 | 21 | A   I don't -- I don't remember a time, |
| 11:40:48 | 22 | but you -- I'd completely forgotten about that |
| 11:40:52 | 23 | until you -- I was like, oh, yeah, they did do |
| 11:40:54 | 24 | some little press release or whatever you called |

### Page 69

| Time | Line | Text |
|---|---|---|
| 11:40:56 | 1 | it. |
| 11:40:57 | 2 | Q   Uh-huh. |
| 11:40:58 | 3 | A   But that was too little too late. |
| 11:41:04 | 4 | Q   Okay. So when do you recall -- |
| 11:41:06 | 5 | A   I don't remember when it happened. I |
| 11:41:07 | 6 | do remember it happening, but I don't remember |
| 11:41:09 | 7 | what it was. I do remember my accounts had |
| 11:41:14 | 8 | already -- by the time that happened, I do |
| 11:41:15 | 9 | remember my accounts being disgruntled already. |
| 11:41:19 | 10 | Q   Oh, okay. |
| 11:41:20 | 11 | A   Does that -- |
| 11:41:21 | 12 | Q   Sure. Because if that happened in -- |
| 11:41:26 | 13 | say, the press release was in June, you move into |
| 11:41:29 | 14 | the new building in April, so between April -- |
| 11:41:32 | 15 | March, April and June, you've been working them a |
| 11:41:34 | 16 | long time telling them: It's not us, and not to |
| 11:41:38 | 17 | worry. |
| 11:41:38 | 18 | Does that sort of sound right? |
| 11:41:41 | 19 | A   I think so, yeah, but -- actions |
| 11:41:44 | 20 | speak louder than words sort of thing. |
| 11:41:46 | 21 | Q   Sure. |
| 11:41:46 | 22 | A   That was their -- |
| 11:41:48 | 23 | Q   So there's no doubt they were |
| 11:41:50 | 24 | disgruntled and they were complaining to you, |

### Page 70

| Time | Line | | |
|---|---|---|---|
| 11:41:52 | 1 | A | Uh-huh. |
| 11:41:52 | 2 | Q | The company puts out a press release |
| 11:41:54 | 3 | in June. | |
| 11:41:54 | 4 | A | Was it June? |
| 11:41:55 | 5 | Q | It was June. June 9th. |
| 11:41:59 | 6 | | And it's your recollection |
| 11:42:05 | 7 | that that was not much for you to really talk to | |
| 11:42:10 | 8 | the retailers about, they were already kind of | |
| 11:42:12 | 9 | still -- | |
| 11:42:15 | 10 | A | They were already mad. They were |
| 11:42:17 | 11 | like: Why do they have them if you're not getting | |
| 11:42:21 | 12 | them to them? | |
| 11:42:22 | 13 | Q | How many retail accounts did you have |
| 11:42:23 | 14 | actually, Ms. Brooks, in this time frame? | |
| 11:42:25 | 15 | A | I had a lot. I mean, I had -- I had |
| 11:42:29 | 16 | the whole state of Connecticut. | |
| 11:42:31 | 17 | Q | Uh-huh. |
| 11:42:32 | 18 | A | I had -- in Pennsylvania, I had like |
| 11:42:37 | 19 | summer and spring, like a whole huge territory | |
| 11:42:40 | 20 | over there. That was a lot -- that was a really | |
| 11:42:43 | 21 | nice area over where you live. | |
| 11:42:45 | 22 | | MR. MARA: Indicating |
| 11:42:46 | 23 | plaintiffs' counsel. | |
| 11:42:47 | 24 | A | Sorry. |

### Page 71

| Time | Line | | |
|---|---|---|---|
| 11:42:48 | 1 | Q | (By Mr. Bessette) I don't have the |
| 11:42:51 | 2 | luxury of living there. | |
| 11:42:52 | 3 | A | I actually got to go there for |
| 11:42:54 | 4 | Somerton Springs. That was probably my biggest | |
| 11:42:58 | 5 | account, Somerton Springs. | |
| 11:43:00 | 6 | | I had Miami. |
| 11:43:00 | 7 | Q | So let me just have a -- |
| 11:43:01 | 8 | A | In the Miami area, I had like three |
| 11:43:05 | 9 | Edwin Watts right there. | |
| 11:43:07 | 10 | Q | I don't mean to cut you off, but |
| 11:43:09 | 11 | hundreds of accounts? Thousands? | |
| 11:43:12 | 12 | A | No, not thousands. I would say |
| 11:43:14 | 13 | hundreds, yeah. | |
| 11:43:15 | 14 | Q | And we know you said Pro Golf |
| 11:43:18 | 15 | complained? | |
| 11:43:18 | 16 | A | Uh-huh. |
| 11:43:19 | 17 | Q | Okay. Who else complained? And this |
| 11:43:21 | 18 | is now, when you move into the new building up | |
| 11:43:24 | 19 | until the IPO. | |
| 11:43:27 | 20 | A | Right. The majority of the |
| 11:43:30 | 21 | green-grass accounts in Washington. | |
| 11:43:31 | 22 | Q | Okay. |
| 11:43:32 | 23 | A | In my territory in Washington. I'd |
| 11:43:37 | 24 | say everyone -- I'd even go as far to say like all | |

### Page 72

| Time | Line | | |
|---|---|---|---|
| 11:43:40 | 1 | of them complained at one point or another about | |
| 11:43:42 | 2 | that. | |
| 11:43:42 | 3 | Q | Well, let's try to be specific, okay? |
| 11:43:45 | 4 | | MR. MARA: I'm sorry. Can I |
| 11:43:46 | 5 | get a break when you get a -- at the next | |
| 11:43:49 | 6 | natural junction? | |
| 11:43:49 | 7 | | MR. BESSETTE: Sure. |
| 11:43:51 | 8 | Q | (By Mr. Bessette) So green-grass |
| 11:43:52 | 9 | accounts in your Seattle area -- | |
| 11:43:54 | 10 | A | Right. In the Seattle area. |
| 11:43:56 | 11 | Q | How many are you talking about? A |
| 11:43:57 | 12 | dozen? More? Less? | |
| 11:44:00 | 13 | A | Yeah, maybe a dozen or so. And there |
| 11:44:02 | 14 | were also some other retailers that that were like | |
| 11:44:04 | 15 | the Pro Golf, but -- Puts maybe. I think there's | |
| 11:44:08 | 16 | a place called Puts. Oh, I don't remember. But | |
| 11:44:11 | 17 | there was another big retailer in the Seattle | |
| 11:44:13 | 18 | area, and they complained also. | |
| 11:44:16 | 19 | Q | Okay. So Pro Golf, Puts, whatever |
| 11:44:18 | 20 | you remember -- | |
| 11:44:19 | 21 | A | I can't remember, yeah, something -- |
| 11:44:20 | 22 | Q | -- and some number, a dozen or so of |
| 11:44:23 | 23 | the green-grass accounts? | |
| 11:44:24 | 24 | A | Right. |

### Page 73

| Time | Line | | |
|---|---|---|---|
| 11:44:24 | 1 | Q | Who else do you recall, if anyone? |
| 11:44:28 | 2 | A | Some folks down in Florida, the Edwin |
| 11:44:31 | 3 | Watts guys. | |
| 11:44:31 | 4 | Q | And what time frame is that? I know |
| 11:44:37 | 5 | this is difficult, but I want to keep you in the | |
| 11:44:39 | 6 | move to the new building to the IPO, those few | |
| 11:44:42 | 7 | months. | |
| 11:44:42 | 8 | A | Yeah. I'm going to say that it was |
| 11:44:48 | 9 | probably March or April of '98. The reason I say | |
| 11:44:59 | 10 | that is because I got married, and it was before I | |
| 11:45:02 | 11 | got married. | |
| 11:45:02 | 12 | Q | When did you get married? |
| 11:45:04 | 13 | A | April, end of April. |
| 11:45:07 | 14 | Q | Okay. So there -- you're saying |
| 11:45:09 | 15 | essentially around the same time? | |
| 11:45:10 | 16 | A | Uh-huh. |
| 11:45:10 | 17 | Q | So the Edwin Watts guys in Florida, |
| 11:45:13 | 18 | the people you told us about in the Seattle area? | |
| 11:45:16 | 19 | A | Right. |
| 11:45:16 | 20 | Q | Okay. Anybody else? |
| 11:45:18 | 21 | A | My personal people? |
| 11:45:21 | 22 | Q | Yes. |
| 11:45:21 | 23 | A | No. No. Those were the main -- that |
| 11:45:30 | 24 | was it, yeah. | |

### Page 74

| Time | | |
|---|---|---|
| 11:45:30 | 1 | Q And they started complaining, and as |
| 11:45:30 | 2 | you say, they got more and more disgruntled, and |
| 11:45:32 | 3 | it took months, and then at some point they slowed |
| 11:45:34 | 4 | their orders and it stopped altogether? |
| 11:45:37 | 5 | A Yeah. |
| 11:45:37 | 6 | Q And the records of the company and |
| 11:45:40 | 7 | the sales records would reflect all the sales that |
| 11:45:42 | 8 | were made? |
| 11:45:44 | 9 | A Yeah. |
| 11:45:44 | 10 | Q So we could see, presumably, whether |
| 11:45:48 | 11 | anybody actually slowed or stopped? |
| 11:45:50 | 12 | A Yeah, I would guess. |
| 11:46:15 | 13 | MR. MARA: Is now a good time? |
| 11:46:17 | 14 | MR. BESSETTE: Yeah. Let's |
| 11:46:18 | 15 | break. |
| 11:46:18 | 16 | (A recess was taken from |
| 11:56:00 | 17 | 11:46 to 11:56.) |
| 11:56:00 | 18 | MR. BESSETTE: Okay. Back on. |
| 11:56:05 | 19 | Q (By Mr. Bessette) In the -- |
| 11:56:07 | 20 | Ms. Brooks, in the -- again, same time frame we've |
| 11:56:09 | 21 | been talking about, moving into the new building |
| 11:56:12 | 22 | on Plano Parkway, March/April, till the IPO, how |
| 11:56:15 | 23 | many inside salespeople do you think the company |
| 11:56:17 | 24 | had at that time, that you recall? |

### Page 75

| Time | | |
|---|---|---|
| 11:56:25 | 1 | A 12, maybe. I don't remember. I'm |
| 11:56:28 | 2 | trying to think of who all was there. I know it |
| 11:56:31 | 3 | was more than the initial six. |
| 11:56:33 | 4 | Q Uh-huh. |
| 11:56:33 | 5 | A 10, 10, 12, somewhere around there. |
| 11:56:36 | 6 | Q That's your recollection? |
| 11:56:36 | 7 | A I think -- I don't really remember. |
| 11:56:38 | 8 | I'm just trying to think of who the salespeople |
| 11:56:40 | 9 | were, because they were the original six, and then |
| 11:56:45 | 10 | there was like Darin and Andrea and all those |
| 11:56:47 | 11 | people got hired, and the little guy that drove |
| 11:56:51 | 12 | the Jeep. I can't remember his name. I don't |
| 11:56:53 | 13 | remember. I know it was more. |
| 11:56:54 | 14 | Q Okay. And do you remember -- do you |
| 11:56:56 | 15 | remember about the time of the IPO again, so we're |
| 11:56:59 | 16 | in the summer of '98, about how many retail |
| 11:57:02 | 17 | accounts were there overall that the company had? |
| 11:57:03 | 18 | A I don't know. |
| 11:57:04 | 19 | Q No idea? |
| 11:57:05 | 20 | A Huh-uh. |
| 11:57:06 | 21 | Q You don't know if it was 5,000 or |
| 11:57:09 | 22 | 10,000 or anything like that? |
| 11:57:11 | 23 | A No. |
| 11:57:11 | 24 | Q With lots of accounts and lots of |

### Page 76

| Time | | |
|---|---|---|
| 11:57:14 | 1 | salespeople, did you -- how well did you know |
| 11:57:16 | 2 | other people's accounts? Did you have time to |
| 11:57:18 | 3 | know other salespeople's accounts? |
| 11:57:20 | 4 | A Some of the bigger ones that maybe |
| 11:57:22 | 5 | affect your territory, maybe you would know. |
| 11:57:25 | 6 | Q Uh-huh. |
| 11:57:30 | 7 | A That way. |
| 11:57:31 | 8 | Q Okay. I can see that. Any other |
| 11:57:32 | 9 | way? |
| 11:57:32 | 10 | A Just chatting. Like I'll give you an |
| 11:57:36 | 11 | example that kind of -- like the -- there's a golf |
| 11:57:38 | 12 | club in Pennsylvania called Squires Club. It's a |
| 11:57:43 | 13 | pretty high-end -- when I say high-end, men-only |
| 11:57:47 | 14 | club, and I got to be such good friends with the |
| 11:57:51 | 15 | pro there that he actually sent me a wedding |
| 11:57:54 | 16 | present, and he thanked me when I sent Dr. Jay to |
| 11:57:57 | 17 | his club to buy a golf club. |
| 11:57:58 | 18 | So I told everybody the |
| 11:58:00 | 19 | Dr. Jay story a hundred times. So you know |
| 11:58:03 | 20 | things, if have like a story or something. We |
| 11:58:05 | 21 | knew things about maybe special accounts. |
| 11:58:07 | 22 | Q Okay. All right. Good. |
| 11:58:16 | 23 | Now, Jay Greaney was the top |
| 11:58:20 | 24 | salesperson at the time? |

### Page 77

| Time | | |
|---|---|---|
| 11:58:20 | 1 | A Correct. |
| 11:58:22 | 2 | MR. MARA: The time being? |
| 11:58:23 | 3 | Q (By Mr. Bessette) The time being, |
| 11:58:24 | 4 | again, it's March/April to -- |
| 11:58:26 | 5 | A While Jay was there, best of my |
| 11:58:28 | 6 | recollection, he was usually the top salesperson, |
| 11:58:31 | 7 | so -- |
| 11:58:31 | 8 | Q And why was that, in your view? |
| 11:58:33 | 9 | A He was a good salesperson, and he |
| 11:58:36 | 10 | also padded his orders. |
| 11:58:40 | 11 | Q Yeah. So let me explore that a |
| 11:58:42 | 12 | little. |
| 11:58:42 | 13 | Why do you think he padded his |
| 11:58:45 | 14 | orders? |
| 11:58:46 | 15 | A To make more money. |
| 11:58:47 | 16 | Q Let me ask you a better question: |
| 11:58:50 | 17 | How do you know? How do you have the opinion that |
| 11:58:52 | 18 | he padded his orders? |
| 11:58:53 | 19 | A Because my -- I know he had a lot of |
| 11:59:01 | 20 | returns and -- and it was kind of common |
| 11:59:04 | 21 | knowledge. |
| 11:59:04 | 22 | Q Okay. So besides water cooler talk |
| 11:59:06 | 23 | and people not liking Jay for whatever reason -- |
| 11:59:08 | 24 | A I never said I didn't like Jay. I do |

Page 78

```
11:59:11   1   like Jay.
11:59:12   2   Q   Okay. Let me ask you this in one
11:59:14   3   pointed question: Do you have any personal
11:59:17   4   knowledge that he actually, as you said, padded
11:59:19   5   his numbers?
11:59:20   6   A   I can't think of anything specific.
11:59:23   7   Eight years ago, I probably could have cited
11:59:25   8   something pretty specific, but right now, no, I
11:59:27   9   can't.
11:59:27  10   Q   So as you sit here, no personal
11:59:29  11   knowledge?
11:59:29  12   A   That I can remember.
11:59:30  13   Q   That's all I want to know, is what
11:59:32  14   you remember.
11:59:32  15   A   Yeah. I can't think of anything
11:59:34  16   right now. If someone were to jog my memory or
11:59:36  17   give me some specific examples, maybe I'd remember
11:59:38  18   something, maybe I wouldn't. I don't know.
11:59:42  19   Q   Okay. You also testified earlier
11:59:43  20   about this California store that Jay shipped to.
11:59:46  21   A   Uh-huh.
11:59:47  22   Q   So let me understand, are you saying
11:59:48  23   that you were out in California and you knew the
11:59:51  24   specific address?
```

Page 79

```
11:59:52   1   A   No. No. No. Other people, such as
11:59:54   2   myself -- I was giving you an example of when I
11:59:56   3   went to California and I would go look at other
11:59:58   4   people, but I do remember him having an account in
12:00:04   5   California that did not have a storefront.
12:00:07   6   Q   Okay.
12:00:07   7   A   I believe -- I believe maybe he's the
12:00:09   8   one who told us. I don't recall. I don't
12:00:11   9   remember, but it -- the inside sales team knew
12:00:16  10   that Jay had a customer, client, whatever you want
12:00:21  11   to call them, in California that did not have a
12:00:35  12   storefront.
12:00:35  13       I think maybe one of his other
12:00:35  14   clients found that out. I'm not really sure
12:00:35  15   exactly how it came to light, but that did come to
12:00:35  16   light.
12:00:35  17   Q   Okay. And what did that mean to you?
12:00:35  18   Because I don't know what that means.
12:00:35  19   A   Well, that meant to me: He is
12:00:39  20   selling clubs at the wholesale price to some guy
12:00:41  21   who doesn't have a store for people to come and
12:00:44  22   buy them in.
12:00:46  23   Q   Okay. So besides that, you don't
12:00:49  24   know -- is there any other meaning to that?
```

Page 80

```
12:00:52   1   A   I take it is that he is selling them
12:00:54   2   to this guy and this guy is probably, I'm
12:00:58   3   thinking, Mr. Gray Market guy.
12:01:01   4   Q   But again, no personal knowledge?
12:01:03   5   A   No. But it was -- the whole inside
12:01:06   6   sales team, including Mark and Craig and everybody
12:01:09   7   else, knew about this. We talked about it openly.
12:01:13   8   It wasn't some big secret.
12:01:15   9   Q   So wouldn't that suggest it was
12:01:17  10   appropriate and aboveboard, just a little unusual
12:01:19  11   and not something sinister?
12:01:22  12   A   No --
12:01:22  13       MR. MARA: Objection to the
12:01:23  14   form of the question.
12:01:23  15       But answer it. Sorry.
12:01:26  16   A   No, because didn't Jay get fired?
12:01:33  17   Q   (By Mr. Bessette) Is that your
12:01:33  18   recollection?
12:01:33  19   A   Yeah, I think he got fired
12:01:36  20   eventually. I mean, Jay had a unique way of
12:01:41  21   selling clubs, I'll say, and I personally don't
12:01:44  22   find it to have been an ethical way to sell clubs.
12:01:50  23   Q   What do you mean by that?
12:01:54  24   A   Some people, when you -- you say:
```

Page 81

```
12:01:56   1   Okay. I'll take six clubs.
12:02:00   2       Send them a dozen. He would
12:02:01   3   do that. That was his method. I don't believe
12:02:04   4   there's any secret. A person tells me: Send me
12:02:08   5   six clubs, I sent them six clubs. So that's what
12:02:10   6   I'm talking about.
12:02:11   7   Q   All right. So let's explore that
12:02:13   8   again. Besides the knowledge that you say was
12:02:16   9   around the water cooler --
12:02:17  10   A   Do I have something pinpoint specific
12:02:20  11   to document or anything, no, I don't.
12:02:21  12   Q   So no personal knowledge, no seeing
12:02:23  13   an order, knowing that somebody ordered six and --
12:02:25  14   A   No.
12:02:25  15   Q   -- seeing that Jay actually shipped
12:02:28  16   12?
12:02:29  17   A   No.
12:02:29  18   Q   Nothing like that?
12:02:29  19   A   No.
12:02:30  20   Q   Just talk around the halls?
12:02:32  21   A   Yeah.
12:02:35  22   Q   Okay. Now, you testified earlier
12:02:44  23   that -- I think you said Costco, you know, it was
12:02:47  24   a big problem for your -- the accounts we've
```

### Page 82

| Time | # | Text |
|---|---|---|
| 12:02:50 | 1 | already talked about -- |
| 12:02:51 | 2 | A  Right. |
| 12:02:51 | 3 | Q  -- who they were. And that |
| 12:02:54 | 4 | eventually, over time, they got so disgruntled |
| 12:02:58 | 5 | that they slowed or stopped orders? |
| 12:03:00 | 6 | A  Right. |
| 12:03:00 | 7 | Q  Sitting here, looking back on it now, |
| 12:03:04 | 8 | so this time frame in '98 -- |
| 12:03:06 | 9 | A  Uh-huh. |
| 12:03:07 | 10 | Q  -- let's say all of -- let's say that |
| 12:03:10 | 11 | same time frame, the April -- March/April, going |
| 12:03:13 | 12 | to the new building, to say, the IPO, how -- how |
| 12:03:18 | 13 | many clubs -- how many -- how many clubs did |
| 12:03:20 | 14 | Costco sell in your territory? Do you have any |
| 12:03:24 | 15 | sense? |
| 12:03:25 | 16 | A  No. I mean, I couldn't tell you. I |
| 12:03:27 | 17 | mean, I never went there. I don't know how many |
| 12:03:29 | 18 | they had, but according to my clients who told me |
| 12:03:33 | 19 | that they had, you know, in the -- a hundred clubs |
| 12:03:37 | 20 | or so sitting right there. It was always full and |
| 12:03:40 | 21 | it was all freshly stocked, so I'm going to say a |
| 12:03:43 | 22 | lot. |
| 12:03:43 | 23 | Q  A lot. |
| 12:03:43 | 24 | A  Yeah. I don't have a number to put |

### Page 83

| Time | # | Text |
|---|---|---|
| 12:03:45 | 1 | on it because I wasn't there. I didn't count |
| 12:03:47 | 2 | them. I'm just going by what my people told me. |
| 12:04:05 | 3 | Q  Okay. And you have no reason to |
| 12:04:07 | 4 | dispute that whatever the Costco records show what |
| 12:04:10 | 5 | their sales were in particular regions, you don't |
| 12:04:13 | 6 | have any reason to believe that that wouldn't be |
| 12:04:15 | 7 | accurate? |
| 12:04:16 | 8 | A  No. |
| 12:04:25 | 9 | Q  Okay. And if -- for example, if |
| 12:04:28 | 10 | Costco had showed that in the second quarter of |
| 12:04:32 | 11 | 1998 -- and again, that's right at the time frame |
| 12:04:34 | 12 | we're talking about, April, May, June 1998. |
| 12:04:37 | 13 | A  Uh-huh. |
| 12:04:39 | 14 | Q  -- in the states of Alaska and Idaho |
| 12:04:42 | 15 | and Montana and Oregon and Utah and Washington, |
| 12:04:48 | 16 | there were just over 700 clubs sold, does that |
| 12:04:52 | 17 | sort of sound accurate to you? |
| 12:04:54 | 18 |   MR. MARA:  Objection, assumes |
| 12:04:55 | 19 | facts not in evidence. |
| 12:04:55 | 20 |   But go ahead. |
| 12:04:57 | 21 | A  I figured it would be a lot more than |
| 12:04:58 | 22 | that, but I -- I have never been to any of those |
| 12:05:04 | 23 | places, so I have no idea. I mean -- |
| 12:05:06 | 24 | Q  (By Mr. Bessette) And that's a good |

### Page 84

| Time | # | Text |
|---|---|---|
| 12:05:07 | 1 | point. You would have thought it was more because |
| 12:05:10 | 2 | it seemed more to you because your customers |
| 12:05:13 | 3 | were -- were complaining to you? |
| 12:05:15 | 4 | A  Uh-huh. |
| 12:05:15 | 5 | Q  But you don't, as you sit here, know |
| 12:05:17 | 6 | how many actual sales were being made in Costco |
| 12:05:20 | 7 | and how it was affecting the company overall, |
| 12:05:22 | 8 | meaning Adams Golf? |
| 12:05:23 | 9 | A  Right. |
| 12:05:26 | 10 | Q  Okay. And would it surprise you to |
| 12:05:28 | 11 | learn -- and again, in the same time frame, April, |
| 12:05:30 | 12 | May, June of 1998 -- in what Costco calls the |
| 12:05:36 | 13 | Southeast region, but it's the states of Alabama |
| 12:05:38 | 14 | and Florida, Georgia, Maryland, North Carolina, |
| 12:05:41 | 15 | portions of New Jersey -- I don't know why that's |
| 12:05:47 | 16 | Southeast, but -- Puerto Rico, South Carolina, |
| 12:05:47 | 17 | Tennessee, and portions of Virginia, there were |
| 12:05:50 | 18 | only 150 clubs sold by Costco in that time frame? |
| 12:05:54 | 19 |   MR. MARA:  Same objection. |
| 12:05:54 | 20 | Q  (By Mr. Bessette) Is that surprising |
| 12:05:55 | 21 | to you as well? |
| 12:05:57 | 22 | A  Yeah. |
| 12:05:58 | 23 | Q  Again, you would have thought it |
| 12:05:59 | 24 | would be more? |

### Page 85

| Time | # | Text |
|---|---|---|
| 12:06:00 | 1 | A  Yeah. Maybe they're all sold out of |
| 12:06:02 | 2 | Miami, I don't know, but -- |
| 12:06:05 | 3 | Q  Maybe you know, maybe not. We don't |
| 12:06:07 | 4 | know. |
| 12:06:25 | 5 |   When did you -- let's see. |
| 12:06:27 | 6 | You said you got married in April? |
| 12:06:29 | 7 | A  Uh-huh. |
| 12:06:30 | 8 | Q  1998? |
| 12:06:30 | 9 | A  Uh-huh. |
| 12:06:31 | 10 | Q  You got married to Michael Brooks? |
| 12:06:33 | 11 | A  Right. |
| 12:06:33 | 12 | Q  He was an employee of Adams Golf? |
| 12:06:35 | 13 | A  Right. |
| 12:06:35 | 14 | Q  And you met him at Adams Golf? |
| 12:06:42 | 15 | A  Right. |
| 12:06:42 | 16 | Q  He was in what department? |
| 12:06:44 | 17 | A  He started off in customer service, |
| 12:06:46 | 18 | and then he moved up, and he was like the |
| 12:06:49 | 19 | purchasing manager or something like that. He -- |
| 12:06:52 | 20 | he was in charge of purchasing the components. |
| 12:07:00 | 21 | Q  We won't be too much longer. |
| 12:07:02 | 22 |   Purchasing. Who was his boss |
| 12:07:06 | 23 | in 1998/1999 time frame? Do you know? |
| 12:07:09 | 24 | A  Well, Dick Murtland was his boss, and |