**Frazier, Gary**

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - -

IN RE:    ADAMS GOLF,        CA. NO.

INCORPORATED                 99-371-KAJ


SECURITIES LITIGATION

- - - - - - - - - - - - - - - - - - -

Wednesday, August 9, 2006


Oral deposition of GARY L. FRAZIER, was taken pursuant to Notice, at the offices of SIMPSON THACHER & BARTLETT LLP, 425 Lexington Avenue, New York, NY 10017-3954 on the above date before DEBRA G. JOHNSON-SPALLONE, CSR, RPR, Notary Public, and a Federally Approved Reporter of the United States District Court commencing at or about 10:40 a.m.


RSA/VERITEXT COURT REPORTING COMPANY

1845 Walnut Street, 15th Floor

Philadelphia, PA   19103

(215) 241-1000    (888) 777-6690

**Page 278**

```
 1       trenches in October '98 or              03:11:21PM
 2       March '99, you don't have               03:11:24PM
 3       all of the data. You don't              03:11:25PM
 4       have time to really reflect             03:11:26PM
 5       on things. You don't -- you             03:11:28PM
 6       don't have two weeks to sit             03:11:31PM
 7       down and only read documents            03:11:32PM
 8       related to this one minor               03:11:33PM
 9       issue when you have got so              03:11:34PM
10       many other issues bombarding            03:11:36PM
11       you in the marketing like               03:11:37PM
12       product, price, place,                  03:11:38PM
13       promotion. It is not easy               03:11:40PM
14       to make the calls that they             03:11:41PM
15       did.                                    03:11:43PM
16           I am not -- but the key             03:11:43PM
17       here for me is; I have the              03:11:46PM
18       luxury of having a lot of               03:11:50PM
19       information. I have the                 03:11:51PM
20       background. I have the                  03:11:52PM
21       experience. I have                      03:11:53PM
22       expertise. I have facts                 03:11:53PM
23       in this case to render my               03:11:55PM
24       opinions, and that is what              03:11:57PM
```

**Page 279**

```
 1       I've have done.                         03:11:58PM
 2              ---                              03:11:58PM
 3   BY MR. COLLINS:                             03:11:58PM
 4       Q. Okay.                                03:11:58PM
 5           Now, are you familiar with          03:12:10PM
 6   the fact that in 1997, 10K --               03:12:12PM
 7       A. Of Callaway?                         03:12:18PM
 8       Q. Callaway.                            03:12:19PM
 9           MR. GLUCKOW: Stop                   03:12:20PM
10       reading his mind. Let him               03:12:21PM
11       get his question out.                   03:12:23PM
12           THE WITNESS: Sorry.                 03:12:24PM
13              ---                              03:12:24PM
14   BY MR. COLLINS:                             03:12:24PM
15       Q. Callaway addressed gray              03:12:26PM
16   marketing as a risk factor of Callaway.    03:12:28PM
17       Are you generally familiar              03:12:36PM
18   with that?                                  03:12:37PM
19       A. I know -- I know they raised         03:12:37PM
20   it as a negative.                           03:12:38PM
21       Q. Okay.                                03:12:39PM
22           At that time, how extensive         03:12:42PM
23   was gray marketing at Callaway, if you     03:12:44PM
24   know?                                       03:12:46PM
```

**Page 280**

```
 1           MR. GLUCKOW: Objection.             03:12:46PM
 2       Overbroad, vague and                    03:12:47PM
 3       ambiguous. Calls for                    03:12:48PM
 4       speculation.                            03:12:50PM
 5           But you can answer.                 03:12:50PM
 6           Outside the scope.                  03:12:51PM
 7           You can answer.                     03:12:52PM
 8           THE WITNESS: Yeah, I                03:12:52PM
 9       don't know for sure.                    03:12:53PM
10              ---                              03:12:53PM
11   BY MR. COLLINS:                             03:12:53PM
12       Q. Now, what does it mean to            03:12:53PM
13   you that Callaway, in its '97 10K, raised  03:12:55PM
14   it as a negative?                           03:12:59PM
15           Does that have any impact on        03:13:00PM
16   your opinion?                               03:13:02PM
17       A. Yes, for Callaway or --              03:13:02PM
18           Let me put it this way.             03:13:04PM
19           And, again, you know, I do          03:13:06PM
20   agree with Ochoa on the point that, gray   03:13:09PM
21   market sales attract different firms from 03:13:12PM
22   the same industry differently.             03:13:14PM
23           Callaway had been the only          03:13:15PM
24   game in town for large head drivers since, 03:13:17PM
```

**Page 281**

```
 1   like, '91. It was not until '97/'98 that   03:13:21PM
 2   others started to introduce a lot of their 03:13:24PM
 3   clubs.                                      03:13:27PM
 4           Callaway was it. They were          03:13:27PM
 5   not only hot over a year or two. They      03:13:29PM
 6   were there, and they had irons and putters 03:13:32PM
 7   and drivers and balls and everything else. 03:13:34PM
 8           A gray marketer, a diverter,        03:13:38PM
 9   will always be more attracted to products  03:13:40PM
10   from a Callaway than they would to an      03:13:43PM
11   Adams, because they are easier to sell,    03:13:47PM
12   and as brand strength, it has brand        03:13:49PM
13   prestige. It has brand awareness.          03:13:53PM
14           If a golf shop did not              03:13:54PM
15   carry, Callaway; oh, my God, what did I do 03:13:56PM
16   to deserve this? Because they'd have no    03:14:00PM
17   credibility with many golfers.             03:14:03PM
18           So, is that surprising to me       03:14:05PM
19   with those characteristics that there be   03:14:06PM
20   tremendous pressure for diverters to       03:14:06PM
21   acquire Callaway clubs and get them to     03:14:09PM
22   anyone?                                    03:14:11PM
23           So, given its level of             03:14:11PM
24   sales, over 900,000,000; given its brand   03:14:13PM
```

Page 282

1  strength, given the ease of selling those          03:14:16PM
2  products -- I mean, I'm not surprised that         03:14:18PM
3  10K that Callaway said that.                       03:14:21PM
4      But, Adams is not Callaway.                    03:14:23PM
5  Callaway is not Adams.                             03:14:25PM
6      Q. Okay.                                       03:14:26PM
7      And if I'm understanding                       03:14:27PM
8  correctly, the thing about Callaway that           03:14:28PM
9  made it particularly susceptible to gray           03:14:32PM
10 marketing was its prestige and the fact            03:14:34PM
11 that it was the industry leader.                   03:14:40PM
12     Is that right so far?                          03:14:42PM
13     MR. GLUCKOW: Objection.                        03:14:44PM
14     Mischaracterizes the                           03:14:45PM
15     testimony.                                     03:14:46PM
16     You can answer.                                03:14:46PM
17     THE WITNESS: Well, at                          03:14:47PM
18     least two factors; prestige,                   03:14:48PM
19     market position, the ease of                   03:14:49PM
20     selling.                                       03:14:51PM
21     ---                                            03:14:51PM
22 BY MR. COLLINS:                                    03:14:51PM
23     Q. All right. Okay.                            03:14:55PM
24     And then, to the extent                        03:14:56PM

Page 283

1  that Adams provided for particularly high          03:14:59PM
2  retailer margins, that was something that          03:15:07PM
3  made gray marketing of Adams clubs more            03:15:11PM
4  likely?                                            03:15:15PM
5      MR. GLUCKOW: Objection.                        03:15:16PM
6      Overbroad, vague and                           03:15:16PM
7      ambiguous. Asked and                           03:15:17PM
8      answered.                                      03:15:23PM
9      THE WITNESS: Adams,                            03:15:23PM
10     for a gray marketer, a                         03:15:24PM
11     diverter, in '98, would be                     03:15:26PM
12     attractive in part, because                    03:15:28PM
13     it was a hot product getting                   03:15:30PM
14     publicity and everything,                      03:15:33PM
15     and its margins were up.                       03:15:34PM
16     I would agree with                             03:15:38PM
17     that.                                          03:15:39PM
18     MR. COLLINS: All of --                         03:15:39PM
19     THE WITNESS: But the                           03:15:39PM
20     danger or lack thereof,                        03:15:40PM
21     presented by the gray market                   03:15:42PM
22     to Adams is completely                         03:15:44PM
23     different than the danger                      03:15:46PM
24     that somebody like Callaway                    03:15:50PM

Page 284

1      would face.                                    03:15:51PM
2      ---                                            03:15:51PM
3  BY MR. COLLINS:                                    03:15:51PM
4      Q. Well, when you say it was                   03:15:52PM
5  completely different --                            03:15:53PM
6      A. Well, it is not completely                  03:15:54PM
7  different. They are in the same industry,          03:15:55PM
8  yeah, but I wouldn't say completely                03:15:57PM
9  different, but very different --                   03:16:00PM
10     Q. Okay.                                       03:16:01PM
11     A. -- across the two.                          03:16:03PM
12     Q. But, can you say whether the                03:16:04PM
13 danger, as of July 1998, was higher for            03:16:06PM
14 Callaway or higher for Adams?                      03:16:08PM
15     MR. GLUCKOW: Objection.                        03:16:10PM
16     Overbroad.                                     03:16:12PM
17     MR. COLLINS: The                               03:16:13PM
18     danger of being gray                           03:16:13PM
19     marketed.                                      03:16:15PM
20     MR. GLUCKOW: Overbroad.                        03:16:15PM
21     MR. COLLINS: Excuse me.                        03:16:16PM
22     MR. GLUCKOW: Calls for                         03:16:17PM
23     speculation. Outside the                       03:16:17PM
24     scope.                                         03:16:17PM

Page 285

1      You can answer.                                03:16:18PM
2      ---                                            03:16:18PM
3  BY MR. COLLINS:                                    03:16:18PM
4      Q. Again, I appreciate your                    03:16:19PM
5  testimony about the difference in gray             03:16:20PM
6  marketing for Callaway in 1998, and gray           03:16:22PM
7  marketing Adams in 1998.                           03:16:27PM
8      A. Huh-huh.                                    03:16:29PM
9      Q. Different, I understand.                    03:16:29PM
10     But, can you really say that                   03:16:30PM
11 the one or the other faced a greater risk          03:16:31PM
12 of gray marketing?                                 03:16:35PM
13     MR. GLUCKOW: Same                              03:16:36PM
14     objections.                                    03:16:36PM
15     THE WITNESS: Given                             03:16:39PM
16     what I've seen, and given                      03:16:40PM
17     what I know about gray                         03:16:41PM
18     market sales, I would say                      03:16:43PM
19     it is an extremely high                        03:16:45PM
20     likelihood that gray market                    03:16:46PM
21     sales for Callaway were                        03:16:48PM
22     greater than gray market                       03:16:49PM
23     sales at Adams.                                03:16:51PM
24     Although, I don't have                         03:16:53PM