**Gonsalves, Mark**

```
                                                              Page 1

           IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE INDEX NO. 99-371-KAJ

_____x              09:38:48 AM

IN RE:  ADAMS GOLF, INC.                         09:38:48 AM

CONSOLIDATED SECURITIES LITIGATION               09:38:48 AM

_____x               09:38:48 AM

                                                 09:38:48 AM

           DEPOSITION OF MARK GONSALVES          09:38:48 AM

               (Taken by Plaintiff)              09:38:48 AM

                  June 6, 2006                   09:38:48 AM

                     9:30 AM                     09:38:48 AM

                                                 09:38:48 AM

                                                 09:38:48 AM

                                                 09:38:48 AM

                                                 09:38:48 AM

                                                 09:38:48 AM

                                                 09:38:48 AM

                                                 09:38:48 AM

                                                 09:38:48 AM

                                                 09:38:48 AM

                                                 09:38:48 AM

                                                 09:38:48 AM

  Reported by:  Arne' Davis, CCR-Huseby No: 7299  09:38:48 AM
```

Page 26

1  authorized retailer of Adams; is that correct?   10:33:18 AM
2     A. That is correct.   10:33:21 AM
3     Q. How many clubs did MVP Sports receive   10:33:26 AM
4  by way of this trans-shipment, please?   10:33:31 AM
5     A. I don't remember.   10:33:39 AM
6     Q. In view of the fact that, according to   10:33:47 AM
7  this memo, MVP Sports was advertising it must   10:33:49 AM
8  have been more than a handful of clubs, I gather;   10:33:55 AM
9  is that your understanding?   10:34:00 AM
10       MR. BESSETTE: Calls for speculation.   10:34:02 AM
11    A. I can't go there only because retailers   10:34:04 AM
12 are fairly notorious for advertising a product   10:34:06 AM
13 they have very limited quantity to provide   10:34:11 AM
14 traffic to their store. I'm not sure of the   10:34:14 AM
15 intent of that advertisement.   10:34:17 AM
16    Q. That's fine.   10:34:20 AM
17       In this paragraph you say: We called   10:34:30 AM
18 them to task, that is, King Par, for the   10:34:33 AM
19 trans-shipping.   10:34:37 AM
20       What does that mean?   10:34:38 AM
21    A. Having that been my words, I would say   10:34:46 AM
22 what I was doing at that time was addressing our   10:34:50 AM
23 non trans-shipment policy to King Par.   10:34:59 AM
24    Q. When you say, addressing to King Par,   10:35:09 AM
25 do you mean you simply informed King Par of that   10:35:11 AM

Page 27

1  policy?   10:35:14 AM
2     A. That would be correct. I informed   10:35:15 AM
3  them. I'm not sure at this point who at King Par   10:35:20 AM
4  I would have spoken with, but that would have   10:35:24 AM
5  been correct. It would have been their buyer, I   10:35:30 AM
6  would say.   10:35:37 AM
7     Q. Do you know who that was?   10:35:39 AM
8     A. I think he was a large fat man. I'm   10:35:42 AM
9  not good with the names but really good with   10:35:56 AM
10 physical traits of people.   10:35:58 AM
11    Q. How did the large fat man react?   10:36:01 AM
12    A. Nothing I can recall was any behavior I   10:36:06 AM
13 thought was unusual.   10:36:12 AM
14    Q. This large fat man, I gather he was the   10:36:15 AM
15 buyer on behalf of King Par, correct?   10:36:20 AM
16    A. That would be correct.   10:36:23 AM
17    Q. That was an employee of King Par?   10:36:24 AM
18    A. I believe so.   10:36:29 AM
19    Q. Did the buyer, when you called him to   10:36:29 AM
20 task, express surprise at the existence of any   10:36:33 AM
21 such no trans-shipment policy?   10:36:39 AM
22    A. I can't remember the specifics of the   10:36:42 AM
23 conversation.   10:36:43 AM
24    Q. Now, you referred a moment ago to the   10:36:46 AM
25 no trans-shipment policy. When was that policy   10:36:53 AM

Page 28

1  created?   10:36:57 AM
2     A. As a company, we have or had -- I don't   10:36:58 AM
3  know what they do now, but there was a document   10:37:05 AM
4  that we would provide to customers in regard to   10:37:08 AM
5  our policies, pricing and the fact that they're   10:37:13 AM
6  selling to the end user, the golfer, but they're   10:37:20 AM
7  not to be re-sold in a trans-shipment type   10:37:24 AM
8  manner. When that document became a formal   10:37:27 AM
9  document, that I don't recall, but it would have   10:37:32 AM
10 been -- I don't recall.   10:37:38 AM
11       There was a document. When it came   10:37:46 AM
12 into being, I'm not sure. It would have been as   10:37:48 AM
13 we were starting to develop our brand. Prior to   10:37:51 AM
14 that, there was no need for a document because we   10:37:54 AM
15 had no customers. At some point, it came into   10:37:57 AM
16 being so that we were able to be clear with our   10:38:01 AM
17 customer base.   10:38:05 AM
18    Q. Was this document in being as March   10:38:10 AM
19 27th, 1998?   10:38:15 AM
20    A. That is a good question.   10:38:18 AM
21    Q. Was it in being as of July 9th, 1998?   10:38:20 AM
22    A. I don't remember when the document came   10:38:25 AM
23 into being.   10:38:26 AM
24    Q. Was the document relayed or transmitted   10:38:31 AM
25 to authorized retailers once it came into being?   10:38:35 AM

Page 29

1     A. That would have been correct.   10:38:42 AM
2     Q. How would that transmission have gone?   10:38:43 AM
3     A. To my recollection, we did a mailing to   10:38:48 AM
4  our customers, and I believe and you may want to   10:38:50 AM
5  check with the credit department on this, but I   10:38:57 AM
6  believe our invoices at one point in time created   10:38:59 AM
7  that document.   10:39:04 AM
8     Q. By that document, you're referring to a   10:39:05 AM
9  statement that trans-shipment of sales to anyone   10:39:07 AM
10 other than an end user is prohibited?   10:39:13 AM
11    A. That would have been one of the points   10:39:17 AM
12 in that document, words to that effect.   10:39:18 AM
13    Q. Now, as of March 27th, 1998, was there   10:39:21 AM
14 any policy as to what would be what Adams Golf   10:39:26 AM
15 would do if an authorized retailer trans-shipped?   10:39:32 AM
16    A. Because I don't remember when that   10:39:54 AM
17 document came into being, that's a difficult   10:39:55 AM
18 question to answer. I don't know the timeline of   10:39:57 AM
19 that.   10:40:02 AM
20    Q. Once the document you referred to came   10:40:09 AM
21 into being what, if anything, was the sanction,   10:40:10 AM
22 if an authorized dealer trans-shipped?   10:40:13 AM
23    A. We would have addressed what we   10:40:18 AM
24 perceived to be the trans-shipment and restate   10:40:21 AM
25 our policy. To my knowledge, we would have -- I   10:40:27 AM

## Page 122

1  Q. Did you encourage them to take  02:36:48 PM
2  advantage of that opportunity and make a  02:36:50 PM
3  purchase?  02:36:52 PM
4  A. Again, I think, it's kind of like  02:36:54 PM
5  picking your wife: It's got to be an individual  02:36:57 PM
6  decision.  02:37:01 PM
7     All I was simply providing was the  02:37:02 PM
8  opportunity for them to participate if they so  02:37:04 PM
9  chose.  02:37:08 PM
10    (Whereupon a break ensued at 2:39 PM  02:42:07 PM
11  to 2:45 PM)  02:42:01 PM
12  Q. (By Mr. Collins) I have given Mr.  02:42:07 PM
13  Gonsalves the Exhibit 57, and I presume you've  02:45:32 PM
14  seen it before but I'll ask you to take a moment  02:45:35 PM
15  to look over it. Let me know when I can ask a  02:45:39 PM
16  question.  02:45:43 PM
17  A. Okay.  02:48:41 PM
18  Q. Have you seen these two pages before?  02:48:42 PM
19  A. Yes.  02:48:44 PM
20  Q. Was this memo sent to you on or about  02:48:45 PM
21  August 14, 1998?  02:48:48 PM
22  A. Yes.  02:48:51 PM
23  Q. May I ask your reaction to this when  02:48:57 PM
24  you received it?  02:48:59 PM
25  A. My reaction was taken in context with  02:49:00 PM

## Page 123

1  the person who sent it to me.  02:49:04 PM
2  Q. Which means what?  02:49:09 PM
3  A. Which means, Barney is at times able to  02:49:11 PM
4  allow his emotions to distort his thinking on  02:49:23 PM
5  certain topics. So I took that in context as  02:49:31 PM
6  related to the content of the memo.  02:49:38 PM
7  Q. Did you make any writing in response to  02:49:41 PM
8  this?  02:49:43 PM
9  A. Not that I know of. I'm sure I spent  02:49:45 PM
10  time with him in regard to this memo.  02:49:48 PM
11  Q. Do you know George Klaus?  02:49:56 PM
12  A. I know of him; I don't know him.  02:49:59 PM
13  Q. Did you talk to George Klaus about this  02:50:01 PM
14  memo or the subject matter?  02:50:03 PM
15  A. Not to my knowledge.  02:50:06 PM
16  Q. On Point A on Page 1, that's a  02:50:12 PM
17  subjective statement but it says: The department  02:50:18 PM
18  staff, presumably refers to Inside Sales staff,  02:50:21 PM
19  has very low morale.  02:50:28 PM
20    Was that accurate statement as of  02:50:31 PM
21  August 1998.  02:50:32 PM
22  A. I believe that for certain individuals  02:50:34 PM
23  that may have been an accurate statement.  02:50:37 PM
24  Q. Why, please.  02:50:41 PM
25  A. I think that for a few reasons. I  02:50:42 PM

## Page 124

1  think one is the commission plans were changed a  02:50:49 PM
2  number of times as the company continued to gain  02:50:58 PM
3  more and more momentum. So I think that  02:51:02 PM
4  potentially had something to do with it.  02:51:05 PM
5     I think Number 2, is that prospectus  02:51:08 PM
6  pretty clearly illustrates who is going to gain  02:51:12 PM
7  what. A the time, people could take out a  02:51:20 PM
8  calculator and figure out what people's newfound  02:51:23 PM
9  paper wealth was, and I think there may have been  02:51:26 PM
10  some feelings because of that and I think,  02:51:29 PM
11  thirdly, I think there was some friction between  02:51:35 PM
12  departments and sales.  02:51:39 PM
13  Q. The second point, were you referring to  02:51:50 PM
14  the decline in the stock price post IPO, to pull  02:51:52 PM
15  out a calculator and determine -- I didn't  02:51:58 PM
16  understand?  02:52:01 PM
17  A. When the IPO came out, it showed the  02:52:01 PM
18  holdings of the individuals, the officers and so  02:52:05 PM
19  on. So a person could determine their newfound  02:52:10 PM
20  worth of those individuals.  02:52:13 PM
21  Q. I understand.  02:52:16 PM
22    So --  02:52:18 PM
23  A. Everything I just told you is  02:52:19 PM
24  speculation on my part, but it's what I believe.  02:52:21 PM
25  Q. The third point you raised was a  02:52:24 PM

## Page 125

1  conflict between departments and sales?  02:52:27 PM
2  A. Yes.  02:52:29 PM
3  Q. What did you mean?  02:52:30 PM
4  A. I think in most companies there is a  02:52:31 PM
5  natural conflict between Sales and Credit as an  02:52:33 PM
6  example, Sales and Order Entry. Sales is viewed  02:52:38 PM
7  as a more lucrative profession by those that are  02:52:45 PM
8  not necessarily in it.  02:52:50 PM
9  Q. Point C: They know cheating, at least  02:52:59 PM
10  in the form of double shipments occurs and our  02:53:08 PM
11  concern is quietly endorsed.  02:53:13 PM
12     What is your reaction to that  02:53:18 PM
13  statement?  02:53:19 PM
14  MR. BESSETTE: At the time?  02:53:23 PM
15  MR. COLLINS: Yes.  02:53:24 PM
16  A. At the time, I knew of no activity.  02:53:24 PM
17  There was no evidence that has ever been  02:53:27 PM
18  presented to me that would make me believe Letter  02:53:29 PM
19  C was correct.  02:53:32 PM
20  Q. Jay Graeney was an Inside Sales  02:53:36 PM
21  associate?  02:53:40 PM
22  A. Yes.  02:53:41 PM
23  Q. Were there complaints from customers  02:53:42 PM
24  about his activities?  02:53:43 PM
25  A. I think there were complaints that  02:53:52 PM