Hatfield, Darl

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE: ADAMS GOLF, INC.     :     CONSOLIDATED

SECURITIES LITIGATION       :     C.A. NO. 99-371 KAJ

—————————————————X

ORAL DEPOSITION OF DARL HATFIELD

Thursday, June 8, 2006

The oral deposition of DARL HATFIELD was held at the law offices of Akin Gump Strauss Hauer & Feld, LLP, 1700 Pacific Avenue, Suite 4100, Dallas, Texas, from 9:34 a.m. to 12:52 p.m., before Jamie K. Israelow, a Certified Shorthand Reporter in and for the State of Texas, Registered Professional Reporter, Certified Realtime Reporter and Certified LiveNote Reporter.

RSA/VERITEXT COURT REPORTING COMPANY

1845 Walnut Street, 15th Floor

Philadelphia, PA  19103

(215)241-1000     (888)777-6690

Page 30

```
10:06:49   1   Q   Okay. In going back to the
10:06:51   2   conversation in the car, did -- whether it was --
10:06:55   3   I guess it was Gonsalves who said something to
10:06:58   4   Barney. It's not that important, but I'm just --
10:07:01   5   now, was that discussed at that time because the
10:07:06   6   information had just been learned, or was it
10:07:08   7   discussed because it was a concern during the road
10:07:15   8   show?
10:07:16   9       A   It was not a concern. The only
10:07:18  10   concern that anyone voiced was the fact that it
10:07:21  11   was -- the clubs were being sold by somebody that
10:07:23  12   was not an authorized dealer, that didn't have
10:07:28  13   people that could show the end user how to -- how
10:07:37  14   to use the club in terms of what type of shafts
10:07:37  15   they needed or lofts, et cetera.
10:07:37  16      Q   Right. In -- if you're able to
10:07:41  17   recall, was -- during this conversation in the car
10:07:45  18   on the road show, was Barney surprised by the
10:07:48  19   information? Did he exhibit -- was he surprised?
10:07:52  20      A   He seemed surprised, and he was upset
10:07:56  21   because he had told the authorized retailer group
10:08:00  22   that we would not sell to discount warehouses and
10:08:05  23   such.
10:08:05  24      Q   And are you able to recall how long
```

Page 31

```
10:08:07   1   the conversation was in the car?
10:08:08   2       A   It was very short.
10:08:10   3       Q   Okay. A couple of minutes?
10:08:21   4       A   Yes.
10:08:21   5       Q   This next document, which dovetails
10:08:24   6   right with your testimony, is previously marked
10:08:29   7   Exhibit 77.
10:08:33   8           MR. BESSETTE: Thanks.
10:08:34   9           MR. MARA: We're all familiar
10:08:35  10   with it.
10:08:40  11       Q   (By Mr. Mara) Please take a moment
10:08:41  12   to familiarize yourself.
10:08:45  13           MR. MARA: While you're doing
10:08:45  14   that, for the record, it's Adams 001494, as I said
10:08:53  15   previously, marked Exhibit 77.
10:09:06  16       Q   (By Mr. Mara) Have you seen
10:09:08  17   Exhibit 77 prior to this morning?
10:09:14  18       A   Yes.
10:09:14  19       Q   And when -- when did you see
10:09:16  20   Exhibit 77?
10:09:19  21       A   To the best of my knowledge, it was
10:09:21  22   sometime after I returned from the road show.
10:09:26  23       Q   Okay. Just the general question:
10:09:27  24   Did you -- what role, if any, did you play in
```

Page 32

```
10:09:33   1   taking legal action against Costco?
10:09:36   2       A   None.
10:09:36   3       Q   Were you present for strategy
10:09:40   4   discussions or --
10:09:40   5       A   No.
10:09:43   6       Q   Okay. No informal discussions with
10:09:44   7   Barney Adams saying: This is one option that we
10:09:47   8   could pursue?
10:09:48   9       A   No.
10:09:49  10       Q   Okay. To the best of your knowledge,
10:09:50  11   who was involved in any discussions of that type,
10:09:56  12   if they occurred?
10:09:57  13       A   I have no idea.
10:09:59  14       Q   Okay. So in other words, the first
10:10:01  15   time you heard about any legal action against
10:10:04  16   Costco was when you saw this press release?
10:10:07  17       A   No. In the car --
10:10:09  18       Q   Oh.
10:10:09  19       A   -- when we were -- I overheard the
10:10:12  20   discussion, Barney talked about taking some kind
10:10:15  21   of action --
10:10:17  22       Q   Okay.
10:10:18  23       A   -- to determine who was selling to
10:10:19  24   the unauthorized dealer.
```

Page 33

```
10:10:22   1       Q   Okay. And it would appear this is
10:10:24   2   the action that was taken, or one of the actions,
10:10:28   3   very possibly?
10:10:29   4       A   Yes.
10:10:40   5       Q   Okay. Just a moment, if I may.
10:10:54   6           Have you -- during your 30 --
10:10:57   7   I believe you testified a 30-year tenure at KPMG.
10:11:02   8   Had you ever heard of gray marketing, as we've
10:11:09   9   defined it this morning?
10:11:10  10       A   No.
10:11:10  11       Q   So you -- it -- it was not a concept
10:11:14  12   that you were familiar with from your tenure at
10:11:16  13   KPMG?
10:11:17  14       A   No, it was not.
10:11:25  15       Q   What is your -- I think it's
10:11:30  16   reasonable for me to say, looking -- given the
10:11:33  17   various exhibits and testimony, that gray
10:11:35  18   marketing is not a desirable event for a company?
10:11:43  19           MR. BESSETTE: Objection. I
10:11:43  20   think that misstates the record.
10:11:46  21       Q   (By Mr. Mara) Is that -- a company
10:11:47  22   doesn't want its products in the gray market. Is
10:11:49  23   that a general -- as a general proposition, fair
10:11:52  24   to say?
```

9 (Pages 30 to 33)

## Page 114

```
12:31:57   1   meetings of the board of directors in 1998 a
12:32:03   2   common thing, or was this a one-time deal?
12:32:05   3       A    Oh, I think there were several
12:32:07   4   meetings of this nature.
12:32:10   5       Q    Okay. Was there a lot of lead time
12:32:12   6   in scheduling a special meeting of the board of
12:32:15   7   directors, to your knowledge, or were these things
12:32:17   8   that came up kind of quickly and were thrown
12:32:20   9   together?
12:32:20  10       A    I think they came up rather quickly.
12:32:22  11   I wouldn't say that they were just thrown
12:32:24  12   together. I wouldn't characterize it that way.
12:32:26  13       Q    Right.
12:32:27  14       A    But there was some lead time, but
12:32:29  15   not -- not a lot.
12:32:32  16       Q    All right. And are you able to
12:32:33  17   recall what the purpose of this particular special
12:32:37  18   meeting was, why it was called?
12:32:43  19       A    No. I don't recall the specific
12:32:44  20   purpose of this meeting.
12:32:57  21       Q    Directing your attention -- I mean,
12:32:59  22   please read the document at your leisure.
12:33:01  23       A    Okay.
12:33:01  24       Q    I'm moving ahead just timewise to get
```

## Page 115

```
12:33:05   1   us -- based on your testimony this morning or this
12:33:08   2   afternoon, at the bottom of Page 1 is a paragraph
12:33:11   3   with the heading: Costco. If you could just read
12:33:18   4   that paragraph.
12:33:18   5       A    (Witness complies.)
12:34:01   6       Q    Did you have any knowledge of the
12:34:03   7   information provided in that paragraph, or was
12:34:04   8   that strictly in Chip Brewer and Barney Adams'
12:34:09   9   side of the fence?
12:34:12  10       A    That would primarily be their
12:34:16  11   responsibility. I didn't have any specific
12:34:18  12   knowledge of it.
12:34:19  13       Q    Okay. And if you did, then, is it --
12:34:21  14   if you had any specific knowledge, would it -- I
12:34:24  15   am assuming it would have related just to margins,
12:34:28  16   a discussion of --
12:34:30  17       A    Yeah. I was -- I was totally
12:34:32  18   concerned with the effect this would have on our
12:34:34  19   financial statements, and I -- you know, I
12:34:40  20   hesitated to even say that this -- Costco was, you
12:34:43  21   know, the primary reason why these retailers had
12:34:51  22   to reduce their selling price. Everybody was
12:34:55  23   reducing their selling price just because of
12:34:57  24   supply and demand at that time.
```

## Page 116

```
12:34:59   1       Q    Uh-huh.
12:35:00   2       A    So this is just one factor, I think,
12:35:03   3   that made it probably a little worse.
12:35:05   4            MR. BESSETTE: In fact, you
12:35:06   5   might want to look at the second page. That's
12:35:09   6   exactly what was said.
12:35:10   7            MR. MARA: I'm not trying to
12:35:11   8   restrict the document. I'm just --
12:35:25   9       Q    (By Mr. Mara) And turning to the
12:35:26  10   last page, 004521, there's an item with the
12:35:31  11   heading: Directors' and Officers' Insurance.
12:35:35  12       A    Uh-huh.
12:35:35  13       Q    And under that heading it says: Darl
12:35:39  14   Hatfield reported he has requested estimates to
12:35:39  15   increase D&O insurance from 7.5 million to
12:35:42  16   15 million, 20 million, 30 million, and 40
12:35:47  17   million.
12:35:47  18            Is that an accurate statement?
12:35:49  19   Did you do that at that time?
12:35:50  20       A    Yes, I -- I met with an insurance
12:35:57  21   consultant who reviewed all of our policies, and
12:36:00  22   as part of that review, they recommended this.
12:36:04  23       Q    Okay. And do you recall what, if
12:36:06  24   any, further action you took after this date on
```

## Page 117

```
12:36:10   1   the D&O insurance issue?
12:36:14   2       A    Relative to the insurance coverage?
12:36:17   3       Q    Yeah.
12:36:17   4       A    We did increase insurance coverage.
12:36:19   5       Q    Okay. Did you have concerns about
12:36:22   6   the prior level of insurance coverage, you
12:36:25   7   personally as CFO?
12:36:26   8       A    I did.
12:36:27   9       Q    And what were those concerns?
12:36:28  10       A    I just felt it was low for a public
12:36:32  11   company, and when we had the insurance consultant
12:36:36  12   review all of our policies, he felt that it was
12:36:39  13   low also.
12:36:40  14       Q    Were there any concerns unique to
12:36:44  15   Adams Golf as a company that caused you concern
12:36:46  16   about the D&O insurance at that time?
12:36:49  17       A    No, there was nothing specific. He
12:36:50  18   had some rule-of-thumb calculations that he made
12:36:56  19   and provided to me, and I don't even recall what
12:36:58  20   they were based on, but everything indicated that
12:37:01  21   it was low for a public company.
12:37:05  22       Q    And when you took a look at it, when
12:37:08  23   you came on board as CFO, at the existing levels
12:37:11  24   of coverage, did you think that they were in the
```

Page 118

| Time | # | Text |
|---|---|---|
| 12:37:15 | 1 | ballpark, or were they alarmingly low, whatever |
| 12:37:20 | 2 | those levels? |
| 12:37:21 | 3 | A    No, because I had a number of other |
| 12:37:23 | 4 | things I had to focus on when I came on board, so |
| 12:37:26 | 5 | this activity didn't really take place until after |
| 12:37:29 | 6 | I had been there a while and we had -- |
| 12:37:32 | 7 | Q    Some time. |
| 12:37:32 | 8 | A    -- the insurance consultant come in |
| 12:37:34 | 9 | and sit down and look at all of our policies. |
| 12:37:38 | 10 | Q    Okay. So you -- you invited the |
| 12:37:40 | 11 | insurance consultant in as just part of your |
| 12:37:42 | 12 | normal business practice, not because you had |
| 12:37:47 | 13 | concluded independently that they were too low? |
| 12:37:49 | 14 | A    No. The -- the insurance consultant |
| 12:37:52 | 15 | was, as I recall, a friend of one of the board |
| 12:37:58 | 16 | members. He had worked with their company, and he |
| 12:38:00 | 17 | suggested that we have a man -- I think I |
| 12:38:09 | 18 | expressed some concern about some insurance in |
| 12:38:09 | 19 | general, having somebody take a look at it, not |
| 12:38:09 | 20 | specifically the D&O policy, but just our general |
| 12:38:12 | 21 | requirements. |
| 12:38:12 | 22 | Q    And did you discuss those concerns |
| 12:38:15 | 23 | with Barney Adams prior to having the insurance |
| 12:38:18 | 24 | consultant come in? |

Page 119

| Time | # | Text |
|---|---|---|
| 12:38:20 | 1 | A    I don't know if I discussed them with |
| 12:38:22 | 2 | Barney or not at that point. I just -- this was |
| 12:38:25 | 3 | part of my responsibility, and I felt that we |
| 12:38:28 | 4 | needed to have somebody that was an expert in the |
| 12:38:30 | 5 | area come in and look at our coverage. |
| 12:38:37 | 6 | Q    Was there any resistance from either |
| 12:38:39 | 7 | Barney or the board of directors from increasing |
| 12:38:42 | 8 | the levels of coverage? |
| 12:38:47 | 9 | A    No. We discussed the cost, and I |
| 12:38:49 | 10 | don't think anybody had any concerns or resistance |
| 12:38:52 | 11 | about increasing that. |
| 12:38:56 | 12 | Q    On the other side of the coin, was |
| 12:38:58 | 13 | there strong support to increase the levels of |
| 12:39:01 | 14 | coverage? |
| 12:39:01 | 15 | A    I wouldn't characterize it as strong |
| 12:39:03 | 16 | support, but when I presented the information that |
| 12:39:06 | 17 | was provided by the consultant, I think everybody |
| 12:39:10 | 18 | agreed with it. And again, they used a formula, |
| 12:39:12 | 19 | which I think was based on the market |
| 12:39:17 | 20 | capitalization of the stock. |
| 12:39:19 | 21 | Q    Okay. |
| 12:39:20 | 22 | A    I don't remember the calculations, |
| 12:39:21 | 23 | but they had several different type calculations |
| 12:39:24 | 24 | that they made that were presented. |

Page 120

| Time | # | Text |
|---|---|---|
| 12:39:26 | 1 | Q    Are you able to recall if any Adams |
| 12:39:30 | 2 | Golf unique numbers or figures were factored into |
| 12:39:35 | 3 | that formulation, or to your memory, was it simply |
| 12:39:39 | 4 | a generic mathematical -- |
| 12:39:40 | 5 | A    It was a generic mathematical -- |
| 12:39:43 | 6 | Q    -- formula? |
| 12:39:44 | 7 | A    -- calculation, and nobody had any |
| 12:39:47 | 8 | concerns about anything specific to Adams. |
| 12:39:58 | 9 | Q    Okay. Did you participate in -- |
| 12:40:01 | 10 | prior to the IPO, did you participate in |
| 12:40:04 | 11 | responding to SEC oral comments on the offering |
| 12:40:16 | 12 | papers? |
| 12:40:16 | 13 | A    I did participate in responses to the |
| 12:40:19 | 14 | SEC. I don't recall when they took place, but I |
| 12:40:24 | 15 | do know that I did participate in some of those. |
| 12:40:26 | 16 | I'm not sure if it was all of them, but -- |
| 12:40:31 | 17 | Q    Okay. Specifically, this has been |
| 12:40:33 | 18 | marked as Exhibit 90, but there, as I'm -- you may |
| 12:40:37 | 19 | be aware, there was a specific inquiry from the |
| 12:40:42 | 20 | SEC. I'll just read it: The staff notes that the |
| 12:40:45 | 21 | company has filed an action in Texas against |
| 12:40:47 | 22 | Costco Companies, Incorporated, d/b/a, Costco |
| 12:40:52 | 23 | Wholesale. Please supplementally advise the staff |
| 12:40:55 | 24 | of the significance of this action. |

Page 121

| Time | # | Text |
|---|---|---|
| 12:40:57 | 1 | Again, that's Exhibit 90, and |
| 12:40:59 | 2 | specifically, AH 000007. |
| 12:41:07 | 3 | Do you recall if you |
| 12:41:08 | 4 | participated in responding to that particular oral |
| 12:41:10 | 5 | comment from the SEC? |
| 12:41:11 | 6 | A    I don't recall that. |
| 12:41:25 | 7 | Q    Okay. I'm sorry. And that wasn't |
| 12:41:27 | 8 | particularly fair. Let me read the response just |
| 12:41:29 | 9 | to complete the record. |
| 12:41:31 | 10 | A    Okay. |
| 12:41:31 | 11 | Q    The company responds: The company |
| 12:41:33 | 12 | filed a Bill of Discovery with the District Court |
| 12:41:34 | 13 | in Collin County, Texas, on June 11th, 1998, |
| 12:41:38 | 14 | against Costco for the purpose of obtaining the |
| 12:41:41 | 15 | identity of the company's distributors, who are |
| 12:41:41 | 16 | apparently selling the company's products in |
| 12:41:44 | 17 | violation of the company's policies and agreements |
| 12:41:47 | 18 | with such distributors. The company does not |
| 12:41:50 | 19 | believe that this proceeding is material. |
| 12:41:53 | 20 | So now, having said all that, |
| 12:41:55 | 21 | does that jog your memory at all as to whether or |
| 12:41:58 | 22 | not you participated in formulating the response |
| 12:42:00 | 23 | to that oral comment from the SEC? |
| 12:42:02 | 24 | A    I don't know if I participated in |