James, Christopher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

- - -

IN RE: ADAMS GOLF, INC.     :

SECURITIES LITIGATION       :


X

ORAL DEPOSITION

OF

CHRISTOPHER M. JAMES

Friday, August 11, 2006

- - -

Oral deposition of CHRISTOPHER M. JAMES, held at the offices of AKIN GUMP STRAUSS HAUER & FELD, LLP, 590 Madison Avenue, New York, New York, commencing at 8:30 a.m., reported by Pamela Harrison, RMR, CRR, CSR and Notary Public.

- - -

RSA/VERITEXT COURT REPORTING COMPANY
1845 Walnut Street, 15th Floor
Philadelphia, PA  19103
(215) 241-1000    (888) 777-6690

## Page 90

1  Q. Adams declined some, and the S&P  11:19:10a
2  small cap and Callaway declined more -- is that  11:19:14a
3  right so far? -- on or about July 23rd.  11:19:20a
4  A. If you said Callaway and the  11:19:23a
5  peer group?  11:19:26a
6  Q. Yes.  11:19:27a
7  A. I think you may have said --  11:19:27a
8  Q. You know what, let me start  11:19:29a
9  again. You are quite right.  11:19:30a
10  Am I reading this correctly  11:19:31a
11  that on July 23rd both Callaway and the peer  11:19:33a
12  group went down sharply and roughly in tandem?  11:19:36a
13  A. Yes. I think if you go to the  11:19:42a
14  next exhibit, it might be easier.  11:19:45a
15  Q. Okay.  11:19:49a
16  A. 340.  11:19:49a
17  Q. Okay.  11:19:50a
18  A. Which has the dates and the  11:19:51a
19  price decline. So on 7/23/1998, Adams is down  11:19:57a
20  13 percent -- about roughly 13 percent; Callaway  11:20:05a
21  is down 33 percent; and Miller's peer group is  11:20:08a
22  down 28.2 percent.  11:20:12a
23  Q. I see.  11:20:14a
24  Now, Miller's peer group, do  11:20:19a

## Page 91

1  you know whether it included Callaway?  11:20:22a
2  A. It did.  11:20:23a
3  Q. And was the peer group -- the  11:20:24a
4  peer group was comprised of how many companies?  11:20:26a
5  A. I believe it was -- it consisted  11:20:37a
6  of Callaway, Teardrop, Aldila --  11:20:42a
7  THE COURT REPORTER: Callaway,  11:20:54a
8  comma Teardrop?  11:20:54a
9  THE WITNESS: It might help,  11:20:54a
10  it's on the top line on the first page of  11:20:54a
11  Mr. Miller's report.  11:21:02a
12  BY MR. COLLINS:  11:21:04a
13  Q. Okay.  11:21:04a
14  A. I can read these off, but it may  11:21:04a
15  be helpful for the court reporter just to look  11:21:08a
16  at them.  11:21:10a
17  It would be Callaway, Teardrop,  11:21:10a
18  Aldila, Coastcast, Arnold Palmer, and Golden  11:21:14a
19  Bear.  11:21:18a
20  Q. Now, as you used the peer group  11:21:27a
21  on Exhibits 339 and 340, was it a weighted group  11:21:41a
22  or was it unweighted, based on the size or the  11:21:51a
23  market caps or some other characteristics of the  11:22:01a
24  companies making up the peer group?  11:22:06a

## Page 92

1  A. I used the peer group return as  11:22:08a
2  reported by Mr. Miller in his rebuttal report.  11:22:13a
3  My recollection is I could come  11:22:18a
4  close but not exactly match the peer returns  11:22:21a
5  by taking the -- the peer group return by  11:22:26a
6  taking a value weighted average of the  11:22:31a
7  individuals within the group.  11:22:37a
8  Q. What do you mean by "value  11:22:39a
9  weighted average"?  11:22:42a
10  A. I was responding to the question  11:22:43a
11  you just asked, was it a value weighted average  11:22:44a
12  or an equally weighted average of the returns.  11:22:49a
13  I can come close to, if I use  11:22:54a
14  value weights, come close to the returns that  11:22:56a
15  he had.  11:22:57a
16  Q. That's fine. And I'm just  11:22:58a
17  asking you what you did in using the value  11:23:00a
18  weights, what process did you go through and  11:23:01a
19  what specifically, specifically what value did  11:23:03a
20  you weight.  11:23:07a
21  A. The market value of the common  11:23:09a
22  stock.  11:23:12a
23  THE WITNESS: And I apologize,  11:23:20a
24  but I need to take a short break.  11:23:20a

## Page 93

1  MR. COLLINS: Off the record.  11:23:24a
2  (A recess was had from  11:33:46a
3  11:23 a.m. to 11:33 a.m.; and then the  11:33:46a
4  proceedings continued as follows:)  11:33:46a
5  BY MR. COLLINS:  11:33:46a
6  Q. Exhibit 339.  11:33:46a
7  A. Okay.  11:33:48a
8  Q. Why did you do this just for the  11:33:49a
9  month of July?  11:33:56a
10  A. Because Mr. Miller indicated in  11:33:59a
11  his rebuttal report that it is his conjecture  11:34:05a
12  that the price decline, particularly in the  11:34:11a
13  latter part of July, was attributable to, I  11:34:15a
14  think he refers to it as leakage regarding gray  11:34:20a
15  market activities.  11:34:26a
16  Q. Is there something about Exhibit  11:34:27a
17  339 or Exhibit 340 that leads you to question  11:34:28a
18  that conclusion on his part?  11:34:33a
19  A. I think that -- yes, I think  11:34:35a
20  that this analysis demonstrates, using his data,  11:34:41a
21  that the decline in Adams Golf during this  11:34:43a
22  period of time was certainly in line with the  11:34:51a
23  decline experienced by its -- the firms  11:34:55a
24  identified by Mr. Miller as being peers to Adams  11:35:01a

Page 94

1  Golf, and that consistent with the discussion in  11:35:07a
2  my report, the decline appears to be a result  11:35:18a
3  principally of softness in the golf industry as  11:35:25a
4  reflected by the earnings miss and discussion of  11:35:29a
5  difficulties in the market that Callaway  11:35:36a
6  disclosed, and then the peer group -- I think  11:35:44a
7  Coastcast has a news article during that same  11:35:48a
8  period of time indicating same weakness in  11:35:53a
9  product demand, which I think is consistent with  11:36:00a
10  the announcement of Callaway, since Coastcast is  11:36:06a
11  a major supplier to Callaway.  11:36:09a
12  Q.  Did you undertake -- the  11:36:15a
13  analysis of these various stock prices, did you  11:36:20a
14  do any work taking it out beyond July 31st?  11:36:25a
15  A.  No, I -- you mean --  11:36:33a
16  Q.  Did you run the chart beyond  11:36:37a
17  July 31st?  11:36:39a
18  A.  No, I just focused on the dates  11:36:41a
19  in -- the dates that he identified as being  11:36:43a
20  associated with price declines in late July that  11:36:53a
21  he contends may be associated with information  11:36:59a
22  disclosures regarding -- or leakage of  11:37:03a
23  information regarding, say, purchase orders by  11:37:07a
24  Costco.  11:37:10a

Page 95

1  Q.  And in that regard you are  11:37:16a
2  referring to the information he has -- perhaps  11:37:17a
3  other places as well, but you are referring to  11:37:21a
4  the information he has in Paragraph 22(A) of his  11:37:23a
5  rebuttal report?  11:37:26a
6  A.  22(A), yes.  11:37:28a
7  Q.  Now, how long ago did you  11:37:39a
8  prepare exhibits or did you create the documents  11:37:41a
9  that are now 339 and 340?  11:37:43a
10  A.  Within the last week.  11:37:49a
11  Q.  Did counsel ask you to do so?  11:37:55a
12  A.  No.  11:37:58a
13  Q.  Did you tell counsel you were  11:37:58a
14  doing this?  11:38:00a
15  A.  Yes.  11:38:00a
16  Q.  Did you run any other charts  11:38:10a
17  beyond 339 either within the last week or since  11:38:13a
18  the rebuttal report?  11:38:18a
19  A.  I don't believe so. I don't  11:38:24a
20  recall doing any.  11:38:26a
21  Q.  And did you undertake an  11:38:28a
22  analysis of peer performance with respect to  11:38:30a
23  August or September?  11:38:35a
24  A.  No, my focus was only on late --  11:38:39a

Page 96

1  late July, is the period that he focuses in on  11:38:45a
2  his report.  11:38:49a
3  Just to add that he -- and the  11:38:51a
4  other reason is that he has a chart, I believe  11:38:55a
5  it's -- if you don't mind, I'll take it off.  11:39:00a
6  (The witness takes the clip off  11:39:08a
7  the document.)  11:39:10a
8  BY MR. COLLINS:  11:39:10a
9  Q.  Please.  11:39:10a
10  A.  That is a -- that has a somewhat  11:39:15a
11  different pegging in the sense that it's pegged  11:39:23a
12  to 1. It's his Exhibit A. It's entitled ADGO  11:39:28a
13  versus XLC(4), Adams Golf versus Comparable  11:39:35a
14  Index. He carries it out to -- 12/23/1999 is  11:39:43a
15  the last date.  11:39:55a
16  Q.  You are referring to the page  11:39:57a
17  immediately after the page that says Exhibit A,  11:40:01a
18  or are you referring to a later?  11:40:07a
19  Which chart are you referring  11:40:17a
20  to, please?  11:40:18a
21  A.  I know this is -- it doesn't  11:40:24a
22  make the record look particularly good because  11:40:26a
23  I'm holding something up, but it is this chart  11:40:30a
24  (indicating), and I believe you are looking at  11:40:34a

Page 97

1  it.  11:40:36a
2  MS. FOX:  Let me just check  11:40:37a
3  that.  I'll come around and see whether  11:40:39a
4  it's the same.  11:40:42a
5  THE WITNESS:  Just so you are  11:40:45a
6  clear, there appears to be two charts  11:40:46a
7  in his Exhibit A.  One is -- it looks  11:40:48a
8  like they are the same chart.  One is  11:41:00a
9  simply, in my version, a smaller  11:41:03a
10  version of the other.  11:41:06a
11  BY MR. COLLINS:  11:41:09a
12  Q.  Okay.  Well, the chart --  11:41:09a
13  A.  This you can identify --  11:41:23a
14  Q.  Not a problem.  11:41:24a
15  A.  Okay.  11:41:26a
16  Q.  Do you see the page that says on  11:41:26a
17  it Exhibit A?  It's probably in your left hand.  11:41:28a
18  A.  Yeah, the problem I'm having is  11:41:35a
19  that there are a number of pages that say  11:41:37a
20  Exhibit A on it.  Okay?  Maybe we can make this  11:41:40a
21  easier.  11:41:43a
22  This is Exhibit A (indicating),  11:41:44a
23  it only has Exhibit A on it.  Then there is a  11:41:46a
24  page that follows it which is a --  11:41:50a

Page 122

1  client and says, "I'm going to issue an analyst    12:19:24p
2  report tomorrow that is going to have an impact    12:19:26p
3  on the stock price. I just wanted you to know      12:19:28p
4  what I'm going to say."                            12:19:31p
5       A.   That -- I'm not familiar with            12:19:33p
6  that practice.                                     12:19:35p
7       Q.   You are familiar with the                12:19:36p
8  occurrence that stock prices move sometimes on     12:19:40p
9  the basis of oral information being disseminated   12:19:45p
10 into the marketplace?                              12:19:51p
11      A.   Are you saying --                        12:19:55p
12      Q.   Rumors move stock prices                 12:19:58p
13 sometimes, don't they?                             12:20:00p
14      A.   If they are material and -- if           12:20:02p
15 they are material, they certainly can move stock   12:20:13p
16 prices, and there are scientific methods for the   12:20:15p
17 determination of whether a specific rumor or       12:20:21p
18 conjecture is disseminated to the market.          12:20:31p
19      Q.   What are those scientific                12:20:36p
20 methods?                                           12:20:37p
21      A.   Let me give a couple of                  12:20:42p
22 examples.                                          12:20:44p
23           There is academic literature             12:20:45p
24 that looks at the impact of, say, chat room        12:20:50p

Page 123

1  information, and that literature asks the          12:21:02p
2  question of whether chat room information is       12:21:10p
3  viewed as material to investors.                   12:21:12p
4            Now, what that literature                12:21:19p
5  recognizes is that a reference in a chat room      12:21:21p
6  to a particular company, whether that is           12:21:25p
7  favorable or unfavorable, is likely to be a        12:21:32p
8  subjective evaluation. So those studies            12:21:39p
9  provide objective measures of the extent to        12:21:41p
10 which there is discussion within a chat room       12:21:46p
11 and objective measures as to whether that --       12:21:51p
12 those discussions are favorable or unfavorable     12:21:54p
13 and then attempts to test whether that             12:21:59p
14 information is viewed by market participants       12:22:04p
15 as being material.                                 12:22:07p
16      Q.   What are these objective                 12:22:11p
17 measures determining whether the information is    12:22:18p
18 favorable or unfavorable?                          12:22:20p
19      A.   The -- and I'm going by                  12:22:26p
20 recollection, this is an article published in      12:22:27p
21 the Journal of Finance maybe five years ago --     12:22:29p
22 the researchers set up a text-based search of      12:22:36p
23 chat room information and identify certain words   12:22:42p
24 that would be considered to be unambiguous with    12:22:51p

Page 124

1  favorable such as "buy" --                         12:22:59p
2       Q.   "Hot"?                                   12:23:01p
3       A.   Something like that.                     12:23:03p
4            -- and "negative," and then              12:23:09p
5  try to come up with a quantitative measure of      12:23:09p
6  the frequency on a particular day in which         12:23:12p
7  those words appear, and then to use that           12:23:14p
8  quantitative measure to examine whether on         12:23:20p
9  that day there is a significant stock price        12:23:24p
10 movement, and so what the researcher is doing      12:23:29p
11 is setting up a -- an experiment that can be       12:23:34p
12 replicated by a third party that is testing,       12:23:37p
13 using objective scientific measures, the           12:23:43p
14 significance of a piece of information.            12:23:49p
15      Q.   And you said Journal of Finance          12:23:55p
16 five years ago or thereabouts?                     12:23:58p
17      A.   Or thereabouts, yes.                     12:24:00p
18      Q.   Who wrote it?                            12:24:01p
19      A.   My recollection is a guy -- at           12:24:04p
20 least one of the authors was at the University     12:24:06p
21 of British Columbia. I don't recall, as I sit      12:24:09p
22 here, who the authors are.                         12:24:13p
23      Q.   That article dealt with chat             12:24:14p
24 room --                                            12:24:16p

Page 125

1       A.   Right.                                   12:24:17p
2       Q.   -- communication.                        12:24:18p
3            Did it deal with oral rumors?            12:24:19p
4       A.   I don't recall.                          12:24:25p
5       Q.   Rumor or other forms of oral             12:24:28p
6  communication can, if material, affect stock       12:24:34p
7  price; correct?                                    12:24:37p
8       A.   If that information is material          12:24:40p
9  and becomes available to market participants.      12:24:43p
10      Q.   And how in that case does one            12:24:46p
11 objectively measure, if at all, as to whether      12:24:48p
12 the information has materially affected the        12:24:53p
13 market?                                            12:24:56p
14      A.   The procedure that I think I've          12:24:57p
15 used and would use is to first provide             12:25:01p
16 information -- to ascertain whether the            12:25:05p
17 information that is characterized as -- you are    12:25:09p
18 characterizing as rumor or opinion is publicly     12:25:15p
19 available. So there is a news report, an           12:25:21p
20 analyst report, a company disclosure, a            12:25:27p
21 disclosure, say, of a government regulatory        12:25:33p
22 agency, some objective way of determining          12:25:37p
23 whether the information is publicly available.     12:25:39p
24           And then the second step would           12:25:45p

Page 222

1  report, the 95 percent level is the
2  conventional level; although, some researchers
3  will report significance at a 10 percent
4  level. And so I examined whether there were
5  days that were significant at a 90 percent
6  level and what information was coming to the
7  market on those days.
8      Second is in response to a
9  comment in his report concerning looking at the
10 returns over multiple days. I asked the
11 question of whether if the results and my
12 conclusions regarding statistical significance
13 and the information coming to the market on
14 those days would be altered if I used a two-day
15 window, and concluded that -- my conclusions
16 were the same whether I used a two-day window or
17 a one-day window for each of the events that I
18 analyzed.
19      So if you take the Golf Pro
20 August 1st article and say, well, look at a
21 two-day window around that, would that alter
22 your conclusion regarding the statistical
23 significance, would using a 90 percent
24 confidence interval as opposed to a 95 percent

Page 223

1  confidence interval impact the conclusion, and
2  the answer to both of those questions is no.
3      Q.   Which events or which time
4  periods during the class period did you consider
5  using a multiple-day event window for?
6      A.   Every day.
7      Q.   Okay. And which events did you
8  consider using the 90 percent confidence level
9  for?
10     A.   Every day.
11     Q.   And how did you apply that using
12 every day? For example, if I can turn you to
13 Page Exhibit 5?
14     A.   Mm-hmm.
15     Q.   With regard to using a
16 multiple-day event window, what did you mean by
17 that; three days or five days?
18     A.   Two days.
19     Q.   Okay. You didn't look at
20 anything more than two days, did you?
21     A.   No, I had no information that
22 would indicate to me that the market would not
23 operate in an efficient way and I had no
24 information to me that indicated any uncertainty

Page 224

1  regarding -- there would be no reason to use a
2  multiple-day window more than two days for this
3  analysis because you would use that if you were
4  uncertain as -- you have a news announcement --
5  we talked about this earlier today; if you had a
6  news announcement and you weren't sure whether
7  that news announcement was made -- you know what
8  day it was made on, but you don't know whether
9  it was during trading hours or not.
10     Q.   Sure.
11          But you might also have new
12 information enter in the market or allegedly
13 new information enter in the market that might
14 be in the form of rumor or oral communication
15 which would be another situation in which you
16 were uncertain as to what the disclosure date
17 is. Correct?
18     A.   No, I would certainly think that
19 if there was an allegation that a rumor or oral
20 communication were material, that you would be
21 able to identify the date at which that
22 information became available to the market. I
23 would also say that -- and be able to relate it,
24 as I talked about earlier today, in an objective

Page 225

1  scientific manner, to the price reaction.
2      As I have indicated, oral
3  communication, as it would be in the context
4  of a conference call with investors, you would
5  look at the day on which that conference call
6  occurred, that oral communication, for
7  purposes of determining whether that
8  communication was material.
9      Q.   If it were a rumor, however, you
10 might not know when the rumor first started
11 circulating; correct?
12     A.   I think that's -- I mean, again,
13 it's -- and we went through this before -- I
14 would -- if I were asked to assess the
15 materiality of an alleged rumor, the first step
16 I would take is to try to determine when that
17 rumor was being utilized by market participants
18 for purposes of pricing or valuing the stock.
19     I would also think that --
20 there's certainly -- and I would -- I would
21 expect to see, if it was a rumor that was
22 material and significant to investors, that --
23 as I indicated before, that there would be
24 some commentary on it, in some source.

1  Q.  Are there models that can be                 05:21:20p
2  used that test materiality on the basis of       05:21:21p
3  volume or some combination of volume and price   05:21:25p
4  movement?                                        05:21:29p
5  A.  I mean, I have not seen that                 05:21:37p
6  analysis done in the context of, say, a damage   05:21:40p
7  analysis. I have seen some academic studies      05:21:43p
8  that ask the question of whether information has 05:21:49p
9  an effect on trading volume.                     05:22:01p
10 Q.  And do you have any opinion as               05:22:11p
11 to the usability or appropriateness of those     05:22:13p
12 models?                                          05:22:17p
13 A.  I think the appropriateness                  05:22:20p
14 would depend on the purpose of their being       05:22:23p
15 used. I would have to go back and look at some   05:22:31p
16 of those papers. Most of the paper -- the        05:22:36p
17 academic literature in finance is more focused   05:22:40p
18 on how information impacts value as opposed to   05:22:48p
19 trading volume. Although, there are a few        05:22:53p
20 papers out there that look at trading volume. I  05:22:55p
21 just don't recall what the conclusions are.      05:22:58p
22 Q.  The famous Golf Pro article                  05:22:59p
23 allegedly of August or August 1, 1998, when was  05:23:03p
24 that available to the market?                    05:23:08p

Page 255

1  A.  As I indicate in my report, it's             05:23:10p
2  my opinion that it's available to the market on  05:23:16p
3  August 1st.                                      05:23:19p
4  Q.  Well, surely you're not offering             05:23:19p
5  an opinion on that now, Dr. James, are you?      05:23:21p
6  A.  Yes, I am.                                   05:23:23p
7  Q.  You might be making an                       05:23:24p
8  assumption, but you are offering -- are you an   05:23:26p
9  expert with regard to when Golf Pro appeared in  05:23:29p
10 1998?                                            05:23:32p
11 A.  I'm not representing myself to               05:23:33p
12 be an expert in when Golf Pro appeared. I am     05:23:35p
13 representing myself to be an expert in, first of 05:23:40p
14 all, knowing what the publication date and the   05:23:43p
15 convention of using publication dates. I         05:23:50p
16 believe your own expert uses the publication     05:23:52p
17 date as the date referenced in his chronology.   05:23:55p
18     Second, I undertook an                       05:23:59p
19 investigation to determine whether there was     05:24:01p
20 any evidence that suggests that the Golf Pro     05:24:03p
21 article was available prior to the cover day     05:24:06p
22 and concluded based on that analysis that        05:24:12p
23 there was none.                                  05:24:14p
24 Q.  Okay. Do you know of any                     05:24:15p

Page 256

1  evidence, apart from what you've put in your    05:24:16p
2  reports, to indicate when that Golf Pro article 05:24:21p
3  was available?                                  05:24:24p
4  A.  Yes.                                        05:24:26p
5  Q.  When?                                       05:24:26p
6  A.  In response to the Miller report            05:24:28p
7  where he conjectures that it might have been    05:24:32p
8  available earlier, I performed the following    05:24:37p
9  test. Based upon communications that I'm aware  05:24:40p
10 of between Cornerstone and the publishers of    05:24:46p
11 Golf Pro, which is now not currently published, 05:24:53p
12 they were unable to answer the question as to   05:25:04p
13 whether it was available before or after the    05:25:05p
14 cover price -- cover date.                      05:25:08p
15     So I conducted a Factiva search             05:25:11p
16 between 1995 and 2000 in which I used the       05:25:15p
17 keywords "Golf Pro magazine," and then I        05:25:22p
18 looked at all of the articles that were         05:25:26p
19 available on Factiva that reference Golf Pro    05:25:29p
20 magazine and asked the question of whether      05:25:34p
21 there was any reference in the public press to  05:25:36p
22 a Golf Pro magazine article prior to the        05:25:41p
23 stated publication date on the cover, and I     05:25:46p
24 was able to identify several instances in       05:25:50p

Page 257

1  which there is a reference to a particular     05:25:53p
2  issue of Golf Pro magazine, and all of the     05:25:57p
3  references were after the publication date     05:26:01p
4  which is consistent with -- which is           05:26:04p
5  inconsistent with the conjecture by Mr. Miller 05:26:09p
6  that the information was available to the      05:26:13p
7  market prior to the cover date.                05:26:19p
8  Q.  Did you save those searches?               05:26:27p
9  A.  No.                                        05:26:29p
10 Q.  Did you communicate with your              05:26:30p
11 office about providing to us information with  05:26:34p
12 regard to the additional regressions you said  05:26:35p
13 you would have?                                05:26:38p
14 A.  I have -- it's not my office.              05:26:41p
15 Q.  Cornerstone. Whomever you had              05:26:43p
16 to communicate with.                           05:26:44p
17 A.  Yes, and the individual that is            05:26:46p
18 available -- the individual who undertook that 05:26:53p
19 analysis is not available, he's -- that's Amir 05:26:59p
20 Rosen, and I believe he's attending a deposition 05:27:07p
21 today.                                         05:27:10p
22 Q.  Not in this case?                          05:27:11p
23 A.  Yes, I believe he's downstairs,            05:27:12p
24 two stories down.                              05:27:14p