**Lantier, Brian**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---

IN RE: ADAMS GOLF, INC. : CONSOLIDATED

SECURITIES LITIGATION : C.A. NO. 99-371-KAJ

---

ORAL DEPOSITION OF BRIAN LANTIER

Monday, June 5, 2006

The oral deposition of BRIAN LANTIER was held at the Wyndham Syracuse Hotel, 6301 Route 298, East Syracuse, New York, from 12:00 noon to 4:59 p.m., before Cynthia A. Sanders, a Certified Shorthand Reporter in and for the State of New York and Registered Professional Reporter.

information about what was happening in the
130
marketplace.

I think some of the things that we wrote here in August ultimately played out to the detriment of Adams, that we were concerned about. Things like, Orlimar really offering big rebates, leading better placement in the golf shop. Callaway's product really had some buzz in early August already, which surprised us; I didn't think it was a very good club, and it surprised me. And it clearly was a very successful club in '99 and 2000, which we did not expect in 1998.

Q Let's back up a moment to when this began.

At page 27 you write: We have spoken with a number of leading on-and-off golf shops in the U.S. over the past three months.

Before we go on, this report was written August 28?

A Um-hmm.

Q Three months before August 28 was May 28?

A Um-hmm.

Q When did the pro shops survey actually begin?

A I don't remember the specific date, but that sounds about right. Given the other timeline of

some of the meetings we had in April, the intensive
131
due diligence would have occurred -- would have started in May, June, time frame.

So it sounds like we were probably just about right in starting our pro shop survey in the middle to the end of May.

Q Was there an event in the underwriting process that triggered the beginning of the pro shop survey?

A I don't think so, I think it was more seasonality. You know, we could have started earlier, clearly in the spring, down south, but we wanted to get a good cross section of the country, so we went with the middle of May; people are going to be playing golf everywhere by then.

Q Now, mechanically, when did you actually start putting together this lengthy report?

A I can't recall the actual date, but we would have started clearly before the date of the first-call note, which was August 9th or something --

Q 4th?

A -- August 4th. We would have started somewhere around that time frame and used that as the general outline and then expanded from there.

Q When this was completed, how was it
132
released?

A This also has a very specific procedure by which it's released, and I can't recall exactly what that procedure is. But it's also a time-sensitive document that's released broadly to the firm and the public at the same time. But I can't recall if it's released electronically, all at once, or -- And clearly, I'm sure it's changed since 1998, but I can't recall how we released it.

I know that, again, it was not something that was disseminated separately and then, you know, to certain individuals or investors or anything. The release of a report is something that is done to insure fairness among all investors, so it would have gone out to everyone at the same time.

Q Was there a hard copy mailing?

A There was a hard copy mailing. It would be done not by the research -- Well, I'll take that back. We had our own mailing list; I didn't maintain one, I didn't have enough contacts to maintain a mailing list. But Mr. Picchi would have a mailing list, they would have received a mailing. The -- And the individual salespeople handling institutions, as

well as individuals, would have handled their own
133
mailing; but I don't know the mechanism of how that worked.

Once it was printed and it came back from the printer, then we were able to, you know, just -- It was then available to all the salespeople and to all of our investors at the same time.

Q All right. Did it -- What significance does the August 28th date have on this document?

A That was the date that it, I would assume, went to the printer. Usually the print turn-around time is less than a day, especially for a document like this; it's relatively small.

Q And when, to the best of your knowledge, was it first distributed?

A It probably was on the sales floor that day -- I don't know if this is a weekday or weekend or what date that is?

A That would have been the date that we expected it to come back from the printer. It came back, it appears on a Friday, when each individual salesperson mailed it out is hard to say, because that was something they handled themselves.

Q Was it electronically distributed on the

28th?



A I don't believe at this time we were doing electronic distributions, but I could be completely wrong on that.

Q Was -- In addition to the report, itself, was something put on a first-call note or summary electronic form on that date?

A I don't believe so. The first-call note would have been the down-sized version of this, the August 4th note, because that was our initiation of coverage, and this is just the extended version with models.

Q Now, on the survey, itself, did anyone other than you and Mr. Picchi make calls?

A In our research department; no, not that I can recall. I don't know if the investment banking group was still doing any due diligence at that point, but in the research department -- And for the most part, it would have been me making the calls. Bernie may have attended -- listened in on some of the calls, but for the most part, I was doing the pro shop survey.

Q And you called between 50 and 100 --

A Yes --



Q -- stores?



A Sorry.

Yes, I don't know how many responses we would have gotten, but there were 50 to 100, and we called them.

Q And did you call some of them more than once over the three-month period that the survey was conducted?

A I believe so, yes.

Q How did you keep the records straight?

A A lot of it was because they are subjective answers; this is selling well, this isn't. It wasn't something that you could say: Okay, you sold 38 Title Lies, so we'll put that into a chart, and you sold 15 Warbirds; it was what's demand, what's good, bad, different. Are people liking Orlimar? Is that driving traffic? Do you like Orlimar? Do you like the profit you're making off it? So it was a lot of subjective questions and answers.

And I think you see that on our commentary on the survey. That's what we used Golf Data Tech for, because they had the physical numbers; ours was more subjective in terms of what was working.

Q Did you make notes of your telephone calls?



A I would assume that we had notes of some



sort, but I don't have the files, I don't know if Lehman has the files.

Q Okay. When you made notes in those days, did you do it on a computer or on a yellow pad or something?

A For the most part it was handwritten.

Q And by the time you were finished with the pro shop survey, what kind of collection of notes did you have?

A I don't know. Every firm, every shop gave you different amounts of information. Some might be as simple as we're selling a lot of Orlimar, and you might have made 50 calls and ended up with a page a day, and some others might give you some valuable information.

Q I'm just talking about the physical paper, if you got a quick response from someone.

A Um-hmm.

Q I assume you would use a piece of paper to jot it down?

A Yeah. I think that's safe to assume, but there was no folder of pro shop survey results, that was an inch thick or anything. There were probably a



few pages somewhere. But where they ever went, I have



no idea.

Q Did you consciously ever throw them out?

A No. Like I said, when we resign it was very much -- they packed up all my stuff that was physically mine and mailed it to my new job, and that was that.

Q Now, on page 27 -- And I just want to focus on the paragraph, for the moment, margins/pricing.

A Um-hmm.

Q You write: One concern that we should report is that Adams, Title Lies are appearing in Costco wholesale stores with increasing regularity.

What was the increasing regularity, in general terms, that you're referring to there?

A I don't have a specific number to say they were increasing from 20 stores to 50 stores; I don't know what the numbers were, but we were hearing -- or I was hearing of it more frequently. I don't know what the increased frequency would be, but --

Q And how were you hearing of it?

A Again, through -- possibly from an investor or from the pro shop survey.