**Ochoa, Christiana**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:  ADAMS GOLF, INC. :

SECURITIES LITIGATION    :

                         X


        The Expert Discovery Deposition of

CHRISTIANA OCHOA, taken in the above-entitled case

before KATHLEEN J. PACULT, a Certified Shorthand

Reporter within and for the County of Cook, State of

Illinois, taken pursuant to the provisions of the

Federal Rules of Civil Procedure and the Rules of

the Supreme Court thereof pertaining to the taking

of depositions for the purpose of discovery, taken

on the 4th day of August 2006, at the hour of

9:30 a.m., at 6100 North River Road, Rosemont,

Illinois.

Page 18

1  typically goes through in selecting a course book   09:50:20
2  and choosing that one.                            09:50:23
3      Q.   Okay. And would you just explain for    09:50:25
4  the jury what that process is?                    09:50:26
5      A.   Sure. That process includes reviewing   09:50:27
6  the world of possible international business       09:50:30
7  transactions textbooks, looking at them seeing which  09:50:34
8  ones has materials that you think are presented   09:50:39
9  clearly, neatly, in a way that is well organized,  09:50:41
10  easy to understand and will capture the students'  09:50:44
11  attention.                                        09:50:44
12          In addition, I spoke with other         09:50:51
13  professors who I knew had taught in the area before  09:50:53
14  and asked them about their experiences in teaching  09:50:55
15  international business transactions and the       09:50:59
16  textbooks that they had used and the problems and  09:51:01
17  the benefits that they had encountered with each of  09:51:02
18  them.                                             09:51:07
19      Q.   Now, only one section in that course    09:51:08
20  book is devoted to gray marketing. Do I have that  09:51:10
21  right?                                            09:51:15
22      A.   Yes.                                     09:51:15
23      Q.   And do the materials in that section    09:51:15
24  deal with the golf industry exclusively or just sort  09:51:18

Page 19

1  of mention it?                                    09:51:24
2          MR. COLLINS: I am sorry. I think you     09:51:25
3  are misunderstanding some of the thrust of the    09:51:27
4  testimony here, but -- so therefore, I object on  09:51:30
5  grounds that you mangled the testimony.           09:51:35
6          Go ahead and answer.                      09:51:37
7  BY THE WITNESS:                                   09:51:39
8      A.   There are, in the textbook itself,      09:51:40
9  there is no -- I believe no mention of the golf    09:51:43
10  industry at all. It is my supplemental materials  09:51:47
11  that include that.                                09:51:49
12  BY MR. BESSETTE:                                  09:51:50
13      Q.   Okay. What supplementary materials      09:51:50
14  are those?                                        09:51:51
15      A.   Every year in addition to the textbook  09:51:52
16  I assign a course packet of supplemental materials  09:51:55
17  that I believe are particularly useful in          09:51:59
18  illuicdating particular topics, and I chose some   09:52:07
19  materials on the gold industry and the golf        09:52:08
20  equipment industry in particular in the presentation  09:52:08
21  of counterfeiting and gray marketing material.    09:52:11
22      Q.   And when did you add those             09:52:12
23  supplementary materials, the particular ones on the  09:52:16
24  golf industry?                                    09:52:19

Page 20

1      A.   They have been changed over the course  09:52:19
2  of the time that I have taught the class. I have  09:52:21
3  now taught the class three times. Each year I     09:52:24
4  believe they have been slightly different, those  09:52:26
5  materials have been slightly different. So in     09:52:29
6  preparation for teaching each year, I reevaluate  09:52:32
7  and -- I reevaluate the materials I have used before  09:52:35
8  and add or subtract materials that were included.  09:52:39
9      Q.   So the course book itself doesn't have  09:52:42
10  a section on gray materials as it deals with the   09:52:44
11  golf industry, it is the supplemental materials. Do  09:52:47
12  I understand that right?                          09:52:50
13      A.   It is has a section on the gray         09:52:50
14  market. It does not have a section on the gray    09:52:53
15  market in relation to the golf industry.          09:52:56
16      Q.   Okay. And when you first started        09:52:58
17  teaching, is it your understanding that in the first  09:53:00
18  year, which I guess we'll get to here, '03 maybe,  09:53:03
19  you provided supplemental materials that focused on  09:53:05
20  gray marketing in the golf industry?              09:53:08
21          MR. COLLINS: Asked and answered.         09:53:10
22          Go ahead.                                09:53:12
23  BY THE WITNESS:                                   09:53:13
24      A.   In the first year that I taught the    09:53:13

Page 21

1  course, I did include those materials, yes.       09:53:16
2  BY MR. BESSETTE:                                  09:53:18
3      Q.   I'm sorry, you did?                      09:53:18
4      A.   I did include those materials, yes.     09:53:18
5      Q.   Okay. Now, where did you find those     09:53:19
6  materials?                                        09:53:20
7          MR. COLLINS: And we're asking           09:53:23
8  specifically with regard to the first year?       09:53:24
9          MR. BESSETTE: Right.                      09:53:26
10  BY THE WITNESS:                                   09:53:26
11      A.   The first year that I taught the       09:53:27
12  class, again, I followed pretty standard practice  09:53:29
13  for new professors. I used materials that a person  09:53:32
14  who had taught international business transactions  09:53:39
15  introduced me to.                                 09:53:42
16  BY MR. BESSETTE:                                  09:53:43
17      Q.   And the supplemental materials that     09:53:43
18  you used starting in '03 and continuing to the    09:53:45
19  present have been produced?                       09:53:48
20      A.   Yes. I believe. And materials that I    09:53:49
21  taught the last time that I taught have been      09:53:52
22  produced.                                         09:53:55
23      Q.   Do you have in your possession the     09:53:56
24  materials starting from the first time you taught to  09:53:59

Page 26

1   this case?                                09:57:18
2       A.   Yes.                             09:57:18
3       Q.   Did you review any other academic   09:57:19
4   articles on gray marketing in your work in this case   09:57:23
5   that you have not listed here?           09:57:27
6       A.   No, I don't think so. Let me actually   09:57:28
7   rephrase. After receiving Mr. Frazier's report, I   09:57:32
8   also reviewed the articles that he submitted that   09:57:38
9   were not on this list.                   09:57:42
10      Q.   Okay. So prior to receiving his   09:57:43
11  report, you didn't review anything more than the   09:57:45
12  eight articles in your report?           09:57:48
13          MR. COLLINS: In connection with this   09:57:49
14  case?                                    09:57:51
15          MR. BESSETTE: Yes.              09:57:51
16  BY THE WITNESS:                          09:57:52
17      A.   Correct.                        09:57:53
18  BY MR. BESSETTE:                         09:57:53
19      Q.   Okay. How did you -- what search did   09:57:53
20  you undertake to decide on these eight articles to   09:57:54
21  review?                                  09:57:58
22      A.   I did -- I went through the process   09:57:58
23  that I often go through in performing my research. I   09:58:01
24  I got online, I looked at our library's holdings, I   09:58:05

Page 27

1   used databases that are available to me as a   09:58:11
2   professor, and looked for articles that I thought   09:58:16
3   were useful and pertinent.               09:58:20
4       Q.   Why did you exclude some and include   09:58:23
5   these eight?                             09:58:27
6           MR. COLLINS: Foundation.        09:58:27
7           Go ahead.                       09:58:28
8   BY THE WITNESS:                          09:58:28
9       A.   I tried to find articles that I   09:58:30
10  thought specifically dealt with the questions that I   09:58:32
11  was asked to address, the types of profiles that   09:58:34
12  make a business particularly susceptible to gray   09:58:39
13  marketing, and also the kinds of impacts that gray   09:58:43
14  marketing can have on a business.        09:58:46
15  BY MR. BESSETTE:                         09:58:48
16      Q.   In your review that produced the eight   09:58:48
17  articles that are listed in your report, do you   09:58:51
18  recall whether you reviewed any of the articles that   09:58:53
19  you saw listed in Mr. Frazier's report, Exhibit 305?   09:58:55
20      A.   No, I don't think I did.        09:59:01
21      Q.   To the best of your knowledge, in your   09:59:03
22  search for articles related to gray marketing, you   09:59:07
23  didn't come across any of the ones Mr. Frazier   09:59:10
24  listed?                                  09:59:13

Page 28

1       A.   That's correct.                09:59:13
2       Q.   Do you teach courses in marketing?   09:59:14
3       A.   No.                            09:59:16
4       Q.   Have you ever taught a course in   09:59:16
5   marketing?                               09:59:18
6       A.   No.                            09:59:19
7       Q.   Have you ever taken a course in   09:59:19
8   marketing?                               09:59:21
9       A.   That's thinking back a long ways. I   09:59:22
10  don't think so.                         09:59:27
11      Q.   Have you ever published a paper on   09:59:27
12  gray marketing?                         09:59:30
13      A.   No.                            09:59:31
14      Q.   Have you ever published an article or   09:59:31
15  book on gray marketing?                 09:59:33
16      A.   No.                            09:59:35
17      Q.   Have you ever given a presentation on   09:59:35
18  gray marketing?                         09:59:37
19          MR. COLLINS: Outside the class work   09:59:38
20  that she has described?                 09:59:41
21          MR. BESSETTE: Yeah.            09:59:43
22  By MR. BESSETTE:                        09:59:43
23      Q.   I am not viewing teaching law students   09:59:45
24  as a presentation. That's your profession.   09:59:48

Page 29

1           Have you ever given a presentation   09:59:50
2   outside the law school on gray marketing?   09:59:52
3       A.   No.                            09:59:54
4       Q.   How about on marketing generally.   09:59:56
5   Have you ever give a presentation on marketing   09:59:59
6   generally?                              10:00:02
7       A.   No.                            10:00:02
8       Q.   Prior to your employment as an   10:00:02
9   assistant -- I am sorry -- as an assistant   10:00:09
10  professor --                            10:00:16
11      A.   Associate professor.            10:00:18
12      Q.   Oh, is it associate? I am sorry.   10:00:21
13  Okay.                                   10:00:23
14          So prior to your employment as   10:00:24
15  associate professor, had you ever -- Strike that.   10:00:26
16          Prior to your employment as an   10:00:32
17  associate professor, did you have any involvement   10:00:34
18  with gray marketing?                    10:00:39
19          MR. COLLINS: Vague and ambiguous.   10:00:41
20  BY THE WITNESS:                         10:00:45
21      A.   I would agree. I'm not sure what you   10:00:45
22  mean.                                   10:00:47
23  BY MR. BESSETTE:                        10:00:47
24      Q.   Well, did you ever get involved with   10:00:48

Page 34

| | | |
|---|---|---|
| 1 | A. | No.                    10:04:46 |
| 2 | Q. | And then what did you do?         10:04:46 |
| 3 | A. | I was planning to go to Columbia    10:04:47 |

4 already. I went to Columbia. I worked there at a   10:04:51
5 law school and also in a human rights organization  10:04:55
6 in Bogota, Columbia. While I was there, I also came  10:04:59
7 back to take the bar again, passed it and then was  10:05:01
8 admitted.                    10:05:04
9    Q.   Okay. And the second time you took   10:05:05
10 the bar was in 2000?            10:05:06
11    A.   No, it was in 1999 February.      10:05:08
12    Q.   The next year, 1999, okay.       10:05:12
13    A.   Correct. The next available time.   10:05:13
14    Q.   Again, the New York Bar?        10:05:15
15    A.   Yes.                 10:05:17
16    Q.   And passed it that time?        10:05:18
17    A.   Yes.                 10:05:19
18    Q.   And then what did you do after passing  10:05:20
19 the bar in terms of working?         10:05:26
20    A.   I was already in Columbia, committed  10:05:28
21 to working there for a year. And I fulfilled that  10:05:30
22 obligation, and then came back to the offer that I  10:05:34
23 had open for my law firm, Clifford Chance, and began  10:05:37
24 working as I had agreed with them before I went to  10:05:41

Page 35

1 Columbia.                    10:05:44
2    Q.   Okay. So through July 1999 at     10:05:46
3 Columbia, and then started back at Clifford Chance  10:05:49
4 in September '99 then, is that right?     10:05:53
5    A.   That's correct.            10:05:54
6    Q.   When did you decide you wanted to, you  10:05:55
7 know, go into teaching, being a law professor?   10:06:01
8    A.   It is hard to remember when I didn't  10:06:03
9 think I might be a teacher. I think I finally   10:06:06
10 ultimately decided that I wanted to go into    10:06:10
11 academia -- well, no. Let me rephrase. That I   10:06:15
12 wanted to be a law professor during the trip that my  10:06:17
13 husband and I took in 2001 and 2002.      10:06:21
14    Q.   Okay. When -- Professor, when do you  10:06:33
15 believe you became knowledgeable about the gray   10:06:44
16 market, gray marketing, I should say?     10:06:47
17    A.   What do you mean by knowledgeable?   10:06:50
18    Q.   Beyond a consumer, beyond somebody   10:06:52
19 just being a consumer, but having specialized   10:06:56
20 knowledge about gray marketing. When do you think  10:07:01
21 you attained that specialized knowledge?    10:07:03
22    A.   My knowledge in the area has been   10:07:03
23 evolving, has been developing over the course of the  10:07:06
24 last three years as I have been teaching at Indiana  10:07:09

Page 36

1 University.                   10:07:13
2    Q.   Can you explain for me marketing as a  10:07:13
3 discipline in academia and business?      10:07:16
4       MR. COLLINS: Outside the scope of the  10:07:20
5 opinion.                    10:07:22
6 BY THE WITNESS:                 10:07:22
7    A.   It's not my area of expertise.     10:07:23
8 BY MR. BESSETTE:                10:07:23
9    Q.   What is not?              10:07:25
10    A.   Marketing.              10:07:26
11    Q.   Okay. So do you acknowledge you are  10:07:27
12 not an expert in marketing?         10:07:32
13    A.   In marketing generally?        10:07:33
14    Q.   Yes.                 10:07:35
15    A.   Yes.                 10:07:35
16    Q.   So you view gray marketing as     10:07:36
17 something different than marketing generally?   10:07:40
18    A.   Yes.                 10:07:42
19    Q.   Can you explain that to me?       10:07:42
20    A.   Sure. The reason I teach gray     10:07:44
21 marketing in my class, the reason I believe that the  10:07:47
22 authors of my book have included it in a book on  10:07:50
23 international business transactions is because the  10:07:52
24 gray market can have significant impact on a    10:07:56

Page 37

1 business. And as a result, both I and the authors  10:07:59
2 of the book I would expect, though I don't know   10:08:02
3 their exact reasoning, believe that students who are  10:08:05
4 holding themselves out as particularly knowledgeable  10:08:09
5 about international business transactions ought to  10:08:12
6 have some background in gray marketing.     10:08:16
7       (Off the record      10:08:16
8       discussion.)      10:08:16
9 BY MR. BESSETTE:                10:08:28
10    Q.   So I take it if I asked you what is   10:08:28
11 commonly known as the four Ps of marketing, you   10:08:43
12 wouldn't know what they were?         10:08:47
13    A.   No.                 10:08:48
14    Q.   Okay. Let me ask you, do you think  10:08:48
15 holding yourself out as an expert in gray marketing  10:08:51
16 without having any background knowledge or     10:08:55
17 specialized experience in marketing generally, you  10:08:59
18 can feel comfortable that you are an expert in gray  10:09:03
19 marketing without having that marketing generally  10:09:06
20 background?                   10:09:10
21       MR. COLLINS: I think you are calling  10:09:11
22 for a legal opinion.              10:09:12
23       MR. BESSETTE: No, I am not.      10:09:14
24       MR. COLLINS: What do you mean by    10:09:15

Page 38

1 expert then?                          10:09:16
2        MR. BESSETTE: All right. Let me    10:09:17
3 withdraw the question.                 10:09:17
4 BY MR. BESSETTE:                       10:09:17
5    Q.   Let me ask you this: You are here    10:09:38
6 today as an expert in gray marketing. Do I    10:09:41
7 understand that right?                 10:09:50
8    A.   Yes.                          10:09:52
9    Q.   And that expertise has been developed  10:09:52
10 over the last three years in connection with your  10:09:55
11 teaching duties at the Indiana University School of  10:09:58
12 Law?                               10:10:03
13    A.   Correct.                      10:10:03
14    Q.   All right. You have no background,    10:10:04
15 expertise or knowledge in marketing generally?    10:10:05
16    A.   Correct.                      10:10:07
17    Q.   To what extent in your view,        10:10:08
18 Professor, is gray marketing related to marketing    10:10:11
19 generally?                          10:10:18
20    A.   Again, I am not an expert in marketing  10:10:20
21 generally. So how much it relates and in what    10:10:23
22 manners it relates to marketing generally, I    10:10:29
23 wouldn't be qualified to answer.        10:10:32
24    Q.   Okay. And when do you believe you    10:10:35

Page 39

1 became an expert in gray marketing?        10:10:47
2    A.   I'm not sure exactly what you mean by  10:10:49
3 the question.                        10:10:54
4    Q.   Let me ask you this -- let me        10:10:55
5 withdraw.                           10:10:58
6        MR. COLLINS: I should have objected.  10:10:59
7        Go ahead.                     10:11:00
8 BY MR. BESSETTE:                       10:11:01
9    Q.   Would you consider yourself an expert  10:11:02
10 in gray marketing the first year you taught a class  10:11:04
11 that had one component of it gray marketing?    10:11:09
12    A.   I think my students --          10:11:12
13        MR. COLLINS: I'm sorry. Objection,  10:11:12
14 vague and ambiguous when you use the word "expert,"  10:11:13
15 because one doesn't know the context you are using  10:11:17
16 it.                               10:11:17
17        In any event, go ahead and answer.  10:11:20
18        MR. BESSETTE: Well, let me clarify.  10:11:20
19 She has testified that she is holding herself out as  10:11:20
20 an expert in gray marketing.            10:11:24
21        MR. COLLINS: In connection with this  10:11:25
22 litigation, yes.                     10:11:26
23        MR. BESSETTE: Correct. And that's  10:11:26
24 the definition I am using, so...        10:11:27

Page 40

1 BY MR. BESSETTE:                       10:11:28
2    Q.   To do that, you are sitting here today  10:11:30
3 as an expert in gray marketing in connection with  10:11:32
4 this case. When do you believe you first acquired  10:11:37
5 the requisite knowledge and expertise to sit in this  10:11:39
6 chair today and offer testimony as an expert in gray  10:11:42
7 marketing?                          10:11:49
8        MR. COLLINS: You may answer.
9 BY THE WITNESS:
10    A.   To offer testimony in this case as an
11 expert in gray marketing?
12 BY MR. BESSETTE:
13    Q.   No. Do you understand the question
14 is, when do you believe you acquired the requisite  10:11:50
15 knowledge and expertise to hold yourself out as an  10:11:53
16 expert in gray marketing, such as you are doing    10:11:55
17 today in this case?                   10:11:59
18    A.   Okay. Again, I think I answered this  10:11:59
19 question already. Over the course of the last    10:12:02
20 three years, I have been evolving and developing as  10:12:04
21 an expert in a variety of fields, including the gray  10:12:08
22 market.                            10:12:11
23    Q.   I understand the evolvement part. Can  10:12:11
24 you tell me when you believe you acquired a certain  10:12:16

Page 41

1 knowledge of level and expertise that you deemed    10:12:19
2 yourself qualified to be an expert such as you are  10:12:22
3 holding yourself out today?              10:12:25
4    A.   It is a hard answer to give you, since  10:12:27
5 I didn't assess myself in that way until after I was  10:12:29
6 asked to serve in this case. However, the first    10:12:32
7 time I walked into a classroom to reach gray market  10:12:35
8 issues, I certainly had to have acquired the    10:12:41
9 knowledge that I believed was necessary in order to  10:12:41
10 educate -- I had to acquire the knowledge that was  10:12:41
11 necessary in order to educate students about issues  10:12:50
12 that they may not have known about, or may have had  10:12:53
13 quite a lot of knowledge about before I walked in    10:12:56
14 the room, and nonetheless, be able to teach them    10:12:59
15 something. And as a result, I think, of the first  10:13:02
16 time I walked into a classroom to teach gray market  10:13:04
17 issues, I was certainly holding myself out as an    10:13:07
18 expert to my students.                 10:13:10
19    Q.   And to acquire the knowledge to hold    10:13:11
20 yourself out as an expert to your student was    10:13:13
21 acquired by what, reading the course book or what    10:13:16
22 did you do to acquire the knowledge that you think  10:13:19
23 was sufficient to hold yourself out as an expert to  10:13:22
24 your students?                      10:13:25

Page 42

```
 1      A.    What I typically do in preparing for   10:13:25
 2  class.                             10:13:28
 3      Q.    And tell me what that is, please.       10:13:28
 4      MR. COLLINS:   Asked and answered.       10:13:31
 5      Go ahead.                        10:13:31
 6  BY THE WITNESS:                       10:13:32
 7      A.    Again, I read the materials that are    10:13:33
 8  necessary -- that I have assigned to my students. I  10:13:35
 9  also read outside materials that are out there for   10:13:38
10  them to read, but I am fairly sure they don't read.  10:13:42
11  BY MR. BESSETTE:                      10:13:46
12      Q.    Fair enough.  So outside of reading     10:13:46
13  materials that other people have published, anything  10:13:48
14  else to gain the knowledge that you think is        10:13:57
15  appropriate to hold yourself out as an expert as you  10:14:00
16  do to your students?                  10:14:04
17      A.    No.                       10:14:05
18      Q.    Okay.  And how many articles would you  10:14:05
19  say you have read in total dealing with the gray    10:14:07
20  market or gray marketing activity?            10:14:09
21      A.    Again, that's -- that would be hard to  10:14:12
22  say.  I don't keep a tally.               10:14:14
23      Q.    I mean, a dozen, two dozen, three       10:14:16
24  dozen?  I mean, can you give me an estimate?      10:14:21
```

Page 43

```
 1      A.    Again, it is hard to say simply        10:14:23
 2  because I don't keep a tally, I don't keep a log.   10:14:26
 3  And for each section in each class that I teach, of  10:14:29
 4  which now there have been many over the course of    10:14:32
 5  the last three years, I do the same.  I engage in   10:14:35
 6  the same activities.                  10:14:39
 7      Q.    Well, I mean, just give me a sense for  10:14:41
 8  how many articles you review, published articles     10:14:44
 9  that deal with gray marketing?             10:14:47
10      MR. COLLINS:  May I?  You mean ever?   10:14:52
11      MR. BESSETTE:  In total.            10:14:52
12      MR. COLLINS:  The total number of     10:14:52
13  articles ever reviewed to the extent that Professor  10:14:53
14  Ochoa can give you a number.             10:14:55
15  BY MR. BESSETTE:                      10:14:55
16      Q.    Well, if it is easier to do it by      10:14:55
17  year, maybe.  If you can think of a particular class  10:14:58
18  year and you review materials, as you say, to get    10:15:00
19  ready.  How many -- let's do it that way, if that's  10:15:03
20  easier.                        10:15:03
21      How many articles or books or         10:15:03
22  publications would you review that deal with gray    10:15:04
23  marketing activity in any given year, say, in the   10:15:07
24  last three years?                   10:15:10
```

Page 44

```
 1      A.    Again, the number is hard to estimate,  10:15:12
 2  simply because the kinds of materials I review may   10:15:14
 3  be very lengthy, they may be very short.  So if I -- 10:15:18
 4  I could easily tell you that I have reviewed 90     10:15:20
 5  published pieces in the gray market, that may not be  10:15:24
 6  accurate, depending on the length of the pieces that  10:15:28
 7  I was reviewing.                    10:15:31
 8      Q.    You've never served as an expert       10:15:32
 9  witness before in litigation?             10:15:34
10      A.    Correct.                   10:15:35
11      Q.    Never testified in court as an expert  10:15:36
12  witness either?                     10:15:41
13      A.    Correct.                   10:15:41
14      Q.    Somewhere in here, I think Paragraph 8  10:15:41
15  of your report, Exhibit 303, you say you are being   10:15:20
16  compensated for the time spent in this matter at    10:15:59
17  your current hourly rate of 425.  How did you       10:16:04
18  determine what your current hourly rate is?        10:16:07
19      A.    Again, as we just discussed, I had not  10:16:09
20  served as an expert before, had not given expert    10:16:11
21  testimony before.  And as a result, sought advise of  10:16:14
22  colleagues, both in fields of securities litigation  10:16:17
23  and also colleagues who are professors.  And I also  10:16:20
24  believe I spoke to the partners with whom I worked   10:16:28
```

Page 45

```
 1  at Clifford Chance.                   10:16:31
 2      Q.    And how did you settle on 425?        10:16:33
 3      A.    Given the information that I received   10:16:36
 4  from all the people with whom I spoke, it seemed     10:16:38
 5  like a reasonable rate.                10:16:41
 6      Q.    Did Mr. Collins or anyone on the       10:16:42
 7  plaintiffs -- plaintiff's lawyers have input into    10:16:45
 8  what your rate should be?                10:16:47
 9      A.    They agreed.                 10:16:49
10      MR. COLLINS:  I think what we did was  10:16:49
11  to pay it.                       10:16:51
12  BY MR. BESSETTE:                      10:16:52
13      Q.    But before you settled on the rate,    10:16:52
14  did you inquire of the plaintiff's lawyers whether   10:16:54
15  that was appropriate?  Were they part of the        10:16:57
16  information you took into account in deciding on     10:16:59
17  425?                          10:17:08
18      A.    No.  I stated my rate, they agreed.    10:17:08
19      Q.    Okay.  On page 3, again of Paragraph 9  10:17:12
20  of your initial report, you say, "I am familiar with  10:18:12
21  the causes and effects of gray market activity."    10:18:19
22      That familiarity with the causes      10:18:23
23  and effects, again, does that come from what you     10:18:25
24  have told us here today, your reading of various     10:18:27
```

Page 46

```
 1   articles and teaching at the law school?      10:18:30
 2       A.    Yes.                    10:18:32
 3       Q.    Now, if you would turn to page 15 and  10:18:32
 4   16 of your initial report. It is actually the last  10:19:23
 5   sentence of Paragraph 24 on page 16, but if you want  10:19:30
 6   to see that paragraph in total, you say that, "A   10:19:33
 7   significant amount of the literature on gray     10:19:38
 8   marketing discusses it in an international context,  10:19:41
 9   given the increased opportunities for arbitrage once  10:19:46
10   largely undifferentiated products are sold     10:19:50
11   internationally."                10:19:54
12           How do you define "significant" in  10:19:55
13   that sentence, Professor?            10:19:57
14       A.    Again, I am not comfortable with    10:19:59
15   giving a percentage. It is a feel more than a   10:20:09
16   quantitative measure.              10:20:13
17       Q.    I mean, is it a super majority, a    10:20:15
18   majority, some?                  10:20:18
19       A.    A good body.              10:20:19
20       Q.    So that would be less than a majority? 10:20:20
21       A.    Again, I'm not sure about the      10:20:24
22   percentages. I would say it is somewhere -- well,  10:20:28
23   I'm just not sure about the percentages. It is a   10:20:31
24   feel. It is a lot of material on gray marketing.  10:20:33
```

Page 47

```
 1       Q.    Going back I guess to pages 3 and 4,  10:20:42
 2   the eight articles, the eight academic articles that  10:20:52
 3   you reviewed in connection with your work in this   10:20:54
 4   case. I think I already have the answer to this,   10:20:58
 5   but that's not the universe of academic literature  10:20:59
 6   related to gray marketing, right?          10:21:05
 7       A.    Correct.                10:21:06
 8       Q.    Okay. How many academic articles are  10:21:07
 9   you aware of that deal with gray marketing?     10:21:10
10           MR. COLLINS: In the universe?     10:21:13
11           MR. BESSETTE: Yeah.          10:21:16
12   BY MR. BESSETTE:                  10:21:16
13       Q.    How many exist?            10:21:17
14       A.    I don't know.              10:21:18
15       Q.    No sense at all?            10:21:19
16       A.    It is like any area. If you ask me to  10:21:20
17   give you a sense of how many academic articles exist  10:21:22
18   in the area in which I focus my research, I couldn't  10:21:26
19   even venture a guess. And it would be the same with  10:21:32
20   gray marketing.                 10:21:35
21       Q.    Well, if you don't know how many    10:21:36
22   articles about gray marketing exist, how can you   10:21:43
23   assert that there is a significant amount of the   10:21:47
24   literature, as you do here, dealing with it in an   10:21:49
```

Page 48

```
 1   international context?              10:21:57
 2       A.    In my experience of reading articles  10:21:58
 3   on gray marketing and in pulling up articles on gray  10:22:00
 4   marketing and seeing articles on gray marketing,   10:22:02
 5   those which I have read, those I have seen titled,  10:22:05
 6   those which I have scanned, a significant portion of  10:22:09
 7   those deal with gray marketing in the international  10:22:11
 8   context.                    10:22:14
 9       Q.    So what you are saying is Paragraph   10:22:14
10   24, that last sentence should say a significant    10:22:18
11   amount of the literature on gray marketing that you  10:22:19
12   have reviewed discuss it in an international     10:22:22
13   context?                    10:22:26
14       A.    I don't think that would be accurate. 10:22:27
15       Q.    How can you say that a significant   10:22:28
16   amount of the total body of literature, which you  10:22:30
17   are implying to me here today when you don't know  10:22:34
18   how many that is, how can you say a significant    10:22:36
19   amount deals with international? I am just curious. 10:22:41
20           MR. COLLINS: Misstates the testimony. 10:22:44
21           Go ahead and answer.        10:22:45
22   BY THE WITNESS:                  10:22:46
23       A.    Again, I stated that I wouldn't be   10:22:47
24   able to give you a percentage. And the reason I   10:22:48
```

Page 49

```
 1   wouldn't be able to give you a percentage is because  10:22:52
 2   I haven't tallied up how many articles there are,  10:22:53
 3   how many of them deal with international gray     10:22:57
 4   marketing. It is my experience in not just in     10:23:01
 5   reviewing articles, but also in seeing the titles of  10:23:04
 6   articles and doing research that pulls up lists of  10:23:06
 7   articles, that a significant percentage of       10:23:10
 8   articles that are out there deal with gray marketing  10:23:14
 9   in the international context.          10:23:18
10       Q.    That's your basis for this statement?  10:23:18
11       A.    Let me rephrase. They either deal   10:23:18
12   specifically with gray marketing in the        10:23:18
13   international context, or at least touch on the   10:23:20
14   issue.                     10:23:21
15       Q.    That's the basis for your statement?  10:23:21
16       A.    Yes.                  10:23:23
17       Q.    And if you look at Exhibit 304, your  10:23:23
18   rebuttal report, in Paragraph 4, which is on page 2,  10:23:33
19   second sentence, you say, "The overwhelming      10:23:47
20   attention national/international gray marketing   10:23:51
21   receives in the academic literature."         10:23:56
22           Is that also based on -- what is    10:24:00
23   that sentence based on?            10:24:00
24       A.    The same.                10:24:01
```

Page 50

1   Q.   Okay. The eight articles you have    10:24:02
2   listed and your research and reviewing any number of  10:24:03
3   articles that you can't tell me how many and pulling  10:24:07
4   things up on the internet?          10:24:10
5        MR. COLLINS:  Asked and answered.    10:24:11
6   BY THE WITNESS:                10:24:12
7   A.   Correct.          10:24:13
8   BY MR. BESSETTE:              10:24:13
9   Q.   Okay. Let me ask you to look at    10:24:29
10  Exhibit 305, Mr. Frazier's report.      10:24:36
11       MR. COLLINS:  Off the record.
12       MR. BESSETTE:  Oh, is it time for a
13  break?
14       MR. COLLINS:  No, no, I don't know.
15  But you're reaching a point when you can stop, I
16  presume?                    10:24:42
17       MR. BESSETTE:  I can stop any time.   10:24:42
18       THE WITNESS:  If this is a good     10:24:44
19  breaking point, it might be good.      10:24:46
20       MR. BESSETTE:  Sure, that's fine.    10:24:46
21            (Break taken.)    10:24:46
22                      10:24:46
23
24

Page 51

1   BY MR. BESSETTE:              11:04:43
2   Q.   Professor, what are some of the other  11:04:58
3   topics in the international business transaction  11:05:00
4   course book?              11:05:02
5        MR. COLLINS:  Document speaks for    11:05:03
6   itself.                11:05:05
7        Go ahead.              11:05:05
8   BY MR. BESSETTE:              11:05:07
9   Q.   And I apologize. We are going to have  11:05:07
10  it soon. We are having copies made.      11:05:10
11       MR. COLLINS:  Off the record.      11:05:15
12            (Off the record      11:05:19
13            discussion.)      11:06:32
14            (Exhibit No. 306 was  11:06:32
15            marked for        11:06:32
16            identification.)    11:06:33
17  BY MR. BESSETTE:              11:06:33
18  Q.   All right. Professor, I'm handing you  11:06:34
19  what the court reporter has marked as Exhibit 306.  11:06:34
20  And for the record, would you just identify that,  11:06:38
21  including the Bates numbers, which are printed at  11:06:41
22  the bottom, from just the first one to the last one?  11:06:44
23  A.   The Bates Numbers OCH 0137 to OCH    11:06:47
24  0199. And it is the front page or the first sort of  11:06:53

Page 52

1   the title page of the international business    11:06:58
2   transactions book from which I teach. And then the  11:07:01
3   section which includes the materials on      11:07:04
4   counterfeiting and gray marketing.        11:07:08
5        Q.   Okay. And that section I think is  11:07:11
6   titled or numbered 9.2?            11:07:14
7   A.   Correct.              11:07:17
8   Q.   And is 9.3 a different section?      11:07:17
9   A.   Yes.                11:07:21
10  Q.   So just 9.2 is the portion of the    11:07:21
11  course book that involves gray marketing?    11:07:27
12  A.   Correct.              11:07:33
13  Q.   And then there are supplemental      11:07:33
14  materials as well, which you talked about earlier,  11:07:36
15  which I understand do you pass out to your students  11:07:38
16  as part of your class or is that just what you teach  11:07:42
17  from?                  11:07:45
18  A.   Yeah --              11:07:45
19       MR. COLLINS:  Let him finish.
20       THE WITNESS:  Right, right, right.
21       MR. COLLINS:  Do you have the
22  question?
23       THE WITNESS:  Yes, I do.
24

Page 53

1   BY THE WITNESS:
2   A.   The supplemental materials are    11:07:51
3   materials that I assign similarly to how I assign  11:07:52
4   the book. The students are expected to purchase the  11:07:57
5   materials in advance of the class.      11:08:00
6   BY MR. BESSETTE:              11:08:01
7   Q.   Okay. How many times a year do you   11:08:01
8   teach the international business transactions class?  11:08:05
9   A.   I teach it -- so far it has been once  11:08:07
10  a year. That may change.          11:08:09
11  Q.   So, so far between '03 and the present  11:08:11
12  it has been once a year?            11:08:14
13  A.   Correct.              11:08:16
14  Q.   And that module 9.2 and whatever    11:08:16
15  supplemental materials dealing with gray market, how  11:08:20
16  big a portion of that class that runs a semester is  11:08:24
17  that?                  11:08:29
18  A.   Typically we devote between three and  11:08:29
19  four class sessions to these issues.      11:08:32
20  Q.   And then how much preparation work do  11:08:34
21  you do to be able to teach those three or four    11:08:42
22  classes that deal with the subject matter we are  11:08:45
23  talking about, gray marketing?        11:08:47
24  A.   How much in time?          11:08:49

14 (Pages 50 to 53)

Page 58

```
1    A.   No.                        11:13:53
2    Q.   Okay.                      11:13:54
3         MR. COLLINS:  And we don't want you to  11:13:54
4    answer more than he asks, so good answer.    11:13:57
5         THE WITNESS:  Right.       11:14:00
6    BY MR. BESSETTE:                11:14:00
7    Q.   So let me just ask, on the licensing  11:14:01
8    you talked about licensing as it relates to  11:14:04
9    international business transactions, that's one  11:14:07
10   section or component of the class. Do you consider  11:14:09
11   yourself an expert in licensing in international  11:14:13
12   business transactions?          11:14:16
13   A.   Sure.                      11:14:17
14   Q.   And that's based on the same criteria  11:14:18
15   that you've used before, you read materials, you  11:14:20
16   presented in your class, so you think you are an  11:14:22
17   expert?                         11:14:24
18   A.   Yes.                       11:14:24
19   Q.   Okay. Same thing with respect to  11:14:25
20   franchising in connection with the international  11:14:27
21   business transactions. Because it is in the class  11:14:30
22   and you teach it, do you feel that you are an expert  11:14:32
23   in franchising in connection with international  11:14:36
24   business transactions?          11:14:39
```

Page 59

```
1    A.   Yes.                       11:14:40
2    Q.   Same question with respect to foreign  11:14:41
3    direct investment?              11:14:44
4    A.   Yes. And I would say there are areas  11:14:44
5    in which I feel more and less comfortable. For  11:14:46
6    various reasons, I may have other pressing issues  11:14:50
7    that are going on during the time that I am  11:14:52
8    preparing for a class and may have read less or more  11:14:55
9    outside materials as a result.  11:15:00
10   Q.   Is there any area that you can tell me  11:15:02
11   now in connection why the international business  11:15:06
12   transactions and the course book that you teach from  11:15:08
13   and whatever other materials you read to prepare,  11:15:08
14   that you do not consider yourself an expert in?  11:15:17
15        MR. COLLINS: In connection with this  11:15:17
16   particular course?              11:15:18
17        MR. BESSETTE: Yes. I thought I made  11:15:18
18   that clear.                     11:15:19
19   BY THE WITNESS:                 11:15:19
20   A.   In connection with the course, no.  11:15:20
21   BY MR. BESSETTE:                11:15:21
22   Q.   You also teach I think it is a  11:15:21
23   contracts class, right?          11:15:23
24   A.   Correct.                    11:15:24
```

Page 60

```
1    Q.   Do you consider yourself an expert in  11:15:25
2    connection with the contracts that you teach?  11:15:29
3    A.   Absolutely.               11:15:30
4    Q.   And again, that's based on your  11:15:31
5    reviewing the course book and whatever other  11:15:33
6    materials that you use to prepare to teach law  11:15:38
7    students?                       11:15:42
8    A.   Yes.                       11:15:42
9    Q.   So, Professor, just I want to be  11:15:42
10   clear. Your expertise in gray marketing as it  11:16:33
11   relates to this case in which you are proffering  11:16:37
12   yourself as an expert in, is based on your being a  11:16:40
13   lawyer and teaching classes that contain gray  11:16:48
14   marketing subject areas and your reading the  11:16:51
15   materials to prepare for the class that you teach.  11:16:54
16   That's the basis for your expertise?  11:16:57
17   A.   The materials that I teach, as well as  11:16:59
18   outside materials, yes.          11:17:02
19   Q.   Now, I think before the break I asked  11:17:02
20   you to take a look at Paragraph 37 of Mr. Frazier's  11:17:10
21   report -- I'm sorry, it may be professor as well.  11:17:16
22   But Exhibit 305, Paragraph 37, it is on page 12.  11:17:16
23   Professor Frazier writes that -- I think it's the  11:17:31
24   second sentence -- that consumers shopping at Costco  11:17:38
```

Page 61

```
1    did not particularly care about pre- and post-sales  11:17:41
2    service availability at specialty and pro shops, and  11:17:45
3    sites, the Coughlan piece down there. Do you agree  11:17:51
4    with that statement?            11:17:53
5         MR. COLLINS: Excuse me. You mean  11:17:55
6    that one statement in isolation apart from the  11:17:55
7    paragraph and apart from the section?  11:18:00
8         MR. BESSETTE: Yes.         11:18:02
9    BY MR. BESSETTE:                11:18:02
10   Q.   Do you agree with that statement?  11:18:03
11        MR. COLLINS: I will caution you, go  11:18:04
12   ahead and answer, but if you feel you need to read  11:18:06
13   the paragraph and read the section, you read them.  11:18:11
14        THE WITNESS: Uh-huh. I'll be right  11:18:11
15   with you.                       11:18:13
16   BY THE WITNESS:                 11:18:13
17   A.   No, I don't.               11:18:16
18   BY MR. BESSETTE:                11:18:17
19   Q.   Why not?                   11:18:18
20   A.   I think that what he says there is  11:18:18
21   essentially that nobody shopping -- what I read in  11:18:23
22   that sentence is that nobody shopping at Costco  11:18:26
23   would care about pre and post sales service. And I  11:18:30
24   think that's a stretch. I could imagine -- well, I  11:18:34
```

Page 70

1          (Record read.)    11:27:09
2          MR. COLLINS: Now, Paul asked crisp    11:27:09
3    questions. That was not necessarily the crispest.    11:27:12
4    So make sure you understand the question before you    11:27:17
5    answer. And Paul can say it again or we could have    11:27:19
6    it read back again. If you understand it, go ahead    11:27:23
7    and answer.    11:27:24
8          THE WITNESS: I think I understand the    11:27:24
9    question.    11:27:27
10    BY THE WITNESS:    11:27:27
11          A.    Though my answer -- my answer takes    11:27:28
12    issue with various parts of what you said. And I    11:27:32
13    can either take issue with those in turn or you    11:27:37
14    could break the question into a couple of parts.    11:27:40
15    BY MR. BESSETTE:    11:27:42
16          Q.    Go ahead and answer it however you see    11:27:42
17    fit.    11:27:45
18          (Off the record    11:27:45
19          discussion.)    11:28:17
20          MR. COLLINS: Are you okay or do you    11:28:17
21    need it read back again?    11:28:19
22          MR. BESSETTE: She already said, Todd,    11:28:19
23    that she understood.    11:28:19
24          MR. COLLINS: No. We just had an    11:28:21

Page 71

1    interruption, Paul. She is entitled to hear the    11:28:23
2    question again, which was confusing, if she wants    11:28:25
3    to.
4          MR. BESSETTE: Well, let's just --
5          MR. COLLINS: If you're read, go ahead
6    and answer.
7    BY MR. BESSETTE:
8          Q.    Do you want it again?
9          A.    I'm okay. I'm fine.
10          The first part of your question    11:28:30
11    implied, I read -- I interpreted in what you said    11:28:31
12    that academic literature is divorced from real life    11:28:37
13    or reality. The academic literature that deals    11:28:41
14    specifically with the effects of gray marketing on    11:28:45
15    both on brand image and profitability or sales as a    11:28:48
16    result is, in fact, empirically based. And so it is    11:28:52
17    a summary and extrapolation of what happens in that    11:28:57
18    rear world.    11:29:01
19          In addition when -- so yes, I    11:29:02
20    relied on that academic literature when I was    11:29:03
21    studying the problem that Adams Golf had faced. And    11:29:08
22    I want to make clear that had Adams Golf not had a    11:29:11
23    gray market problem when Adams Golf was experiencing    11:29:15
24    declining sales, I would have no reason to believe    11:29:18

Page 72

1    that the reason that they were experiencing    11:29:21
2    declining sales was gray marketing. However, Adams    11:29:24
3    Golf was experiencing a gray market problem, and    11:29:28
4    that very much informed my analysis.    11:29:30
5          Q.    Again, I think the answer was    11:29:33
6    confusing. Let me try to parse a couple other    11:29:34
7    question.    11:29:34
8          Did you undertake any analysis of    11:29:36
9    the causes for Adams Golf's decline in sales in    11:29:40
10    1998, the second half?    11:29:43
11          A.    Can you ask that again?    11:29:45
12          Q.    Did you undertake any analysis to    11:29:47
13    determine what caused Adams Golf's decline in sales    11:29:51
14    in the second half of 1998?    11:29:57
15          A.    Yes.    11:29:58
16          Q.    Tell me what analysis you undertook.    11:29:59
17          A.    I studied its gray market problem and    11:30:02
18    made a determination of whether or not its gray    11:30:06
19    market problem caused some of that decline.    11:30:08
20          Q.    What analysis did you undertake in    11:30:10
21    particular?    11:30:13
22          A.    I applied the academic literature on    11:30:13
23    gray marketing studies, the business strategies that    11:30:18
24    Adams Golf employed, I superimposed that on the    11:30:22

Page 73

1    academic literature on the causes of gray marketing,    11:30:25
2    the various invitations that companies can make to    11:30:28
3    gray marketers, and then saw that, in fact, Adams    11:30:33
4    Golf had experienced a gray market problem and made    11:30:35
5    a determination based on those factors.    11:30:35
6          Q.    And that's what led you to your    11:30:37
7    conclusion that the decline in sales was caused in    11:30:40
8    part by gray marketing?    11:30:43
9          A.    Yes.    11:30:45
10          Q.    Nothing else, just reading the    11:30:45
11    academic literature and superimposing that on to the    11:30:47
12    company's decline in sales?    11:30:52
13          MR. COLLINS: Mischaracterize the    11:30:54
14    testimony.    11:30:56
15    BY THE WITNESS:    11:30:56
16          A.    On to Adams Golf's business model,    11:30:56
17    it's strategies, and yes, the fact that it was    11:31:00
18    actually experiencing a gray market problem and was    11:31:08
19    experiencing a decline in sales.    11:31:10
20    BY MR. BESSETTE:    11:31:13
21          Q.    So okay. In your analysis, did you    11:31:15
22    attribute any other causes to Adams Golf's decline    11:31:17
23    in sales in the second half of 1998 other than gray    11:31:20
24    marketing?    11:31:23

Page 78

```
 1      Q.   And prior to reading that, you had no  11:35:03
 2   understanding or did you, of consumer segmenting in  11:35:06
 3   the golf club market?                  11:35:09
 4          MR. COLLINS:  As she just testified,  11:35:13
 5   is that what you mean?                 11:35:13
 6          MR. BESSETTE:  No.             11:35:13
 7          MR. COLLINS:  In connection with --  11:35:14
 8   BY MR. BESSETTE:                   11:35:14
 9      Q.   Prior to reading the Harvard business  11:35:16
10   school study, did you have any knowledge of the  11:35:18
11   consumer segmenting in the golf club market?  11:35:18
12          MR. COLLINS:  Vague and ambiguous.  11:35:18
13   BY THE WITNESS:                    11:35:21
14      A.   The information that I would have in  11:35:21
15   that respect would have come from reading documents  11:35:23
16   in connection with this litigation.        11:35:26
17   BY MR. BESSETTE:                   11:35:28
18      Q.   Okay.  Prior to this litigation, did  11:35:28
19   you have any knowledge of consumer segmenting in the  11:35:31
20   golf club market?                  11:35:34
21          MR. COLLINS:  Vague and ambiguous.  11:35:36
22   BY THE WITNESS:                    11:35:36
23      A.   I had what I would characterize as a  11:35:38
24   lay understanding of that.             11:35:39
```

Page 79

```
 1   BY MR. BESSETTE:                   11:35:40
 2      Q.   Certainly not an expert understanding?  11:35:41
 3      A.   No.                     11:35:42
 4      Q.   And now that you have read litigation  11:35:42
 5   and read the Harvard business school study, do you  11:35:47
 6   have any view as to what customer segment Adams Golf  11:35:50
 7   was targeting with the Tight Lies?         11:35:55
 8          MR. COLLINS:  Vague and ambiguous.  11:35:57
 9   BY THE WITNESS:                    11:36:00
10      A.   Yeah.  I'm not sure exactly what you  11:36:01
11   mean by the question.                11:36:01
12   BY MR. BESSETTE:                   11:36:02
13      Q.   What don't you understand about it?  11:36:02
14      A.   I'm not sure -- well, if you can  11:36:02
15   actually just restate the question that will be  11:36:07
16   helpful.                       11:36:07
17      Q.   Can you say which of the customer  11:36:09
18   segments listed in the Harvard business school study  11:36:11
19   that Adams Golf was targeting?           11:36:15
20          MR. COLLINS:  Foundation.         11:36:19
21   BY THE WITNESS:                    11:36:20
22      A.   It appears to me from the documents  11:36:20
23   that I've read that Adams Golf wanted to maintain  11:36:22
24   high prestige brand, wanted to be able to maintain a  11:36:27
```

Page 80

```
 1   high profit margin.  And those would indicate that  11:36:32
 2   Adams Golf was trying to target the high end of the  11:36:35
 3   market.                        11:36:40
 4   BY MR. BESSETTE:                   11:36:40
 5      Q.   Okay.  And that high end of the  11:36:40
 6   market, where would this segment likely shop for the  11:36:42
 7   golf clubs?                      11:36:46
 8      A.   In the places that Adams Golf was  11:36:47
 9   hoping they would shop.               11:36:51
10      Q.   Pro shops, specialty stores, that sort  11:36:52
11   of thing?                       11:36:55
12      A.   Yes.                     11:36:55
13      Q.   Which of the consumer segments is more  11:36:55
14   likely to shop at Costco or other discount  11:36:58
15   retailers?                      11:37:01
16          MR. COLLINS:  Which of the two  11:37:01
17   segments you referred to in the article a moment  11:37:02
18   ago, is that what you mean?             11:37:05
19   BY MR. BESSETTE:                   11:37:05
20      Q.   Which of the customer segments that we  11:37:06
21   are referring to would be most likely to shop in  11:37:08
22   Costco or other discount retailers?        11:37:11
23      A.   That's impossible to say.         11:37:15
24      Q.   Why?                     11:37:16
```

Page 81

```
 1      A.   I think there is not necessarily a  11:37:17
 2   direct correlation between avid golfers and lack of  11:37:19
 3   price sensitivity.                 11:37:24
 4      Q.   What is that based on?           11:37:25
 5      A.   Based on living in the world.  People  11:37:27
 6   like to find a bargain.  So even though a person may  11:37:29
 7   be an avid golfer, they may not have so much  11:37:32
 8   disposable income that they wouldn't seek the deal.  11:37:36
 9      Q.   So you don't think it is more likely  11:37:36
10   that a certain consumer segment would shop at Costco  11:37:39
11   in terms of the golf market?            11:37:45
12      A.   No.                     11:37:47
13      Q.   How likely is it in your view that a  11:37:47
14   beginning golfer would go to a pro shop and pay full  11:38:02
15   price for a club?                  11:38:06
16      A.   That they would pay full price for a  11:38:07
17   club?                         11:38:10
18      Q.   How likely is a customer in the  11:38:10
19   beginning golfer segment to go to a golf shop and  11:38:13
20   pay full price for a club?             11:38:17
21      A.   I see two parts in your question, and  11:38:19
22   I will answer them both.  I think it is likely that  11:38:21
23   a beginning golfer would like to find as much  11:38:24
24   information as they could about the products that  11:38:28
```

1  be a cure that most manufacturers would hope for.    11:52:59
2  It would be a cure that would essentially mean that    11:53:02
3  their product is no longer in demand.    11:53:06
4    Q.   Now, what do you mean by "proactive    11:53:08
5  and reactive steps" in that sentence?    11:53:20
6    A.   Gray market literature often refers to    11:53:23
7  steps that manufacturers can take as proactive steps    11:53:25
8  and reactive steps. Proactive steps would be steps    11:53:29
9  like ensuring that they have business strategies in    11:53:34
10  place that ward off gray marketers.    11:53:37
11        They might also include strategies    11:53:44
12  that Adams later adopted, like serializing golf    11:53:47
13  clubs or serializing products. They might include    11:53:53
14  ensuring that there is little to no price    11:53:55
15  differentiation, so that the arbitrage that gray    11:53:58
16  marketing depends on can't occur. They might ensure    11:54:01
17  that they are counting for currency fluctuations,    11:54:06
18  and ensuring that there is little space for    11:54:09
19  arbitrage there, as well. Those would be typical    11:54:12
20  proactive steps.    11:54:16
21        Reactive steps would include    11:54:17
22  making requests to the customs service to stop    11:54:19
23  products from coming into the country. They might    11:54:26
24  include issuing -- I am sorry -- litigating against    11:54:29

1  the gray marketer or the company that is selling    11:54:32
2  goods through the gray market, or trying, though    11:54:35
3  there are not very many avenues for that at this    11:54:39
4  point. Those would be some reactive steps. They    11:54:44
5  might also -- well, those would be some reactive    11:54:47
6  steps. There are more.    11:54:49
7    Q.   What strategies did Adams use to    11:54:49
8  manage the gray market that it was experiencing?    11:54:53
9        MR. COLLINS: Are you asking    11:54:55
10  proactive, reactive or both?    11:54:57
11  BY MR. BESSETTE:    11:54:59
12    Q.   I am going to ask you to tell me what    11:55:00
13  the activities are and then classify them as    11:55:02
14  proactive or reactive.    11:55:05
15        MR. COLLINS: Foundation.    11:55:08
16        Go ahead.    11:55:09
17  BY THE WITNESS:    11:55:10
18    A.   I'm sorry, I think I'm going to ask    11:55:10
19  you to restate the question, just because I'm not    11:55:10
20  sure exactly what you are asking.    11:55:12
21  BY MR. BESSETTE:    11:55:13
22    Q.   What I want to know is what steps did    11:55:13
23  Adams Golf take to manage the gray market it was    11:55:15
24  experiencing, and tell me if you think those were    11:55:20

1  proactive or reactive steps.    11:55:23
2        MR. COLLINS: Foundation, compound.    11:55:25
3        Please answer.    11:55:28
4  BY THE WITNESS:    11:55:28
5    A.   I don't feel comfortable answering the    11:55:29
6  question the way that it was posed, because there is    11:55:30
7  a timeline -- there is a timeline to the steps that    11:55:33
8  Adams Golf decided to take in managing its gray    11:55:38
9  market problem. So I am not entirely comfortable    11:55:43
10  with answering the question the way it was asked.    11:55:47
11  BY MR. BESSETTE:    11:55:49
12    Q.   I don't understand why.    11:55:49
13    A.   I can explain that. You are asking me    11:55:50
14  to say whether Adams Golf -- whether the steps they    11:55:54
15  took were proactive or reactive. And although some    11:55:58
16  of the steps that Adams Golf may have taken may be    11:56:05
17  steps that are characterized often in the literature    11:56:10
18  as proactive steps, all of them were taken in    11:56:13
19  reaction to gray marketing. I didn't see any    11:56:17
20  evidence that Adams Golf did take any proactive    11:56:20
21  steps in the sense of steps taken before its gray    11:56:24
22  marketing problem commenced.    11:56:28
23    Q.   Okay. So if a company takes steps to    11:56:29
24  manage gray marketing after gray marketing has    11:56:34

1  already appeared, whatever steps it takes are    11:56:37
2  reactive not proactive. Is that what I understand?    11:56:40
3    A.   Not necessarily.    11:56:44
4    Q.   Then what is the distinction?    11:56:45
5    A.   Those steps are taken in reaction to    11:56:46
6  the gray marketing that has already occurred. Those    11:56:49
7  steps might be proactive in the sense of trying to    11:56:53
8  prevent future gray market activities from    11:56:56
9  occurring.    11:56:59
10    Q.   So you are saying an activity that a    11:56:59
11  company might employ could be both proactive and    11:57:04
12  reactive?    11:57:07
13    A.   Yes.    11:57:08
14    Q.   And have you analyzed the steps Adams    11:57:08
15  Golf in particular took to manage gray marketing and    11:57:16
16  have you considered whether they were proactive or    11:57:19
17  reactive or both?    11:57:22
18        MR. COLLINS: Can you give us a time    11:57:23
19  period or do you want a general --    11:57:25
20  BY MR. BESSETTE:    11:57:26
21    Q.   In the whole thing that you looked at.    11:57:26
22        MR. COLLINS: Overbroad.    11:57:28
23  BY THE WITNESS:    11:57:28
24    A.   Yes.    11:57:31

Page 98

1  BY MR. BESSETTE:                           11:57:31
2      Q.    Okay.  Well, then, back to my first   11:57:32
3  question.  Would you tell me the steps that you know  11:57:33
4  Adams Golf took and whether you characterize them as  11:57:36
5  proactive, reactive or maybe both?          11:57:41
6          MR. COLLINS:  Overbroad as there is no   11:57:42
7  time period.                                11:57:45
8          Go ahead.                           11:57:45
9  BY THE WITNESS:                             11:57:45
10     A.    Let me tell you the reason that I am   11:57:46
11 hesitating in answering the question.  It's because  11:57:48
12 I think that there is sort of a step of omission   11:57:49
13 that happened before the gray marketing started to  11:57:52
14 occur, which was a step of designing a business   11:57:56
15 strategy that was particularly attractive to gray   11:58:00
16 marketers without putting in place any sort of   11:58:04
17 prohibitors on gray market activity.        11:58:08
18         Once the gray marketing began at   11:58:12
19 Adams Golf, then the company did begin to react   11:58:16
20 mostly through what would be characterized in the   11:58:22
21 literature as proactive steps.              11:58:26
22 BY MR. BESSETTE:                            11:58:29
23     Q.    Are there demand side strategies and   11:58:29
24 supply side strategies to deal with gray marketing?  11:58:40

Page 99

1      A.    Let me think about that for just one   11:58:44
2  second, because that's not the way that I think   11:58:51
3  about it.                                   11:58:52
4          Yes.                               11:58:53
5      Q.    Give me some examples of both, if you   11:58:53
6  would.                                      11:58:56
7      A.    Okay.  On the demand side, educated   11:58:56
8  consumers about the gray market and about the   11:58:59
9  potential hazards of buying goods through gray   11:59:01
10 market channels would be an example of demand side   11:59:06
11 steps to combat gray market activity.       11:59:12
12         The supply side we have already   11:59:15
13 talked about some of them, serializing products,   11:59:17
14 ensuring that price differentiation is kept to a   11:59:20
15 minimum, decreasing profit -- sort of keeping profit  11:59:24
16 margins within reason would be another good example.  11:59:29
17 There are more.                             11:59:34
18     Q.    Are you familiar with the Berman   11:59:35
19 article you list in your materials?         11:59:43
20     A.    Yes.                               11:59:45
21     Q.    It is entitled "Strategies to Combat   11:59:46
22 the Sale of Gray Market Goods"?             11:59:51
23     A.    Correct.                           11:59:53
24     Q.    Okay.  Now, let me ask you, did you   11:59:54

Page 100

1  review that -- were you familiar with that in part   11:59:54
2  of your course work or just in connection with your   11:59:57
3  work on this case?                          11:59:59
4      A.    I had seen the article before.    12:00:00
5      Q.    You used it in your course work?   12:00:02
6      A.    I used it -- I am taking issue with   12:00:05
7  the word "used."  I read it before.         12:00:11
8      Q.    Okay.  Now, I can get the article if   12:00:13
9  you need it, but are you familiar that the author   12:00:34
10 lists offering rebates as a proactive demand side   12:00:37
11 strategy to deal with gray marketing?       12:00:42
12     A.    Yes.                               12:00:45
13     Q.    Did Adams offer rebates to retailers   12:00:45
14 to combat the gray marketing?               12:00:49
15     A.    They put in place a couple of   12:00:52
16 programs, one of them was a fairly complicated   12:00:55
17 program which might be categorized as a rebate.   12:00:59
18     Q.    So in your opinion, is this a reactive   12:01:02
19 or proactive strategy?                      12:01:05
20     A.    It was in reaction to gray marketing   12:01:07
21 that was already occurring.  It was a proactive   12:01:10
22 strategy, if you put it into the classification that   12:01:13
23 are typically found in the literature.      12:01:16
24     Q.    Well, what do you do?  How do you   12:01:18

Page 101

1  classify it?                                12:01:19
2      A.    A reaction that is a proactive step to   12:01:20
3  try to eliminate future gray marketing.     12:01:23
4      Q.    So it is a proactive strategy?     12:01:26
5      A.    Taking in reaction to existing gray   12:01:29
6  marketing.                                  12:01:32
7          MR. COLLINS:  When you reach a point,   12:01:33
8  I want to stop for a moment.                12:01:35
9          MR. BESSETTE:  Okay.               12:01:36
10 BY MR. BESSETTE:                            12:01:45
11     Q.    Did you conclude in your report that   12:01:45
12 Adams Golf took no deliberate proactive steps to   12:01:48
13 combat gray marketing?                      12:01:53
14         MR. COLLINS:  Speaks for itself.   12:01:55
15 BY THE WITNESS:                             12:01:56
16     A.    Could you point to that paragraph?   12:01:57
17 BY MR. BESSETTE:                            12:02:00
18     Q.    I think it is Paragraph 29 of your   12:02:01
19 rebuttal report.  Let's just look.  Yes.  Third   12:02:03
20 sentence, Paragraph 29 of the rebuttal report, which  12:02:19
21 is Exhibit 304.  "Despite the prevalence of gray   12:02:23
22 market activity in certain sectors of the golf   12:02:27
23 industry, the company appears to have taken no   12:02:31
24 deliberate proactive steps to prevent a gray   12:02:31

1   marketing problem from gaining a foothold at Adams." 12:02:39
2       A.   Yes.  The company appears to have    12:02:39
3   taken no proactive steps from preventing a gray    12:02:43
4   market problem from arising at Adams.    12:02:48
5       Q.   Well, that's not what you say.  You    12:02:51
6   say from gaining a foothold.    12:02:51
7       A.   From gaining a foothold.  They took no    12:02:53
8   steps prior to the gray market problem arising at    12:02:55
9   Adams.    12:02:57
10      Q.   Did Adams Golf take any proactive    12:02:57
11  steps to manage the gray marketing that was    12:03:01
12  appearing?    12:03:03
13          MR. COLLINS:  Asked and answered    12:03:03
14  several times.    12:03:03
15  BY THE WITNESS:    12:03:04
16      A.   After the gray marketing occurred,    12:03:04
17  yes.    12:03:06
18  BY MR. BESSETTE:    12:03:06
19      Q.   Now, the author in that same article    12:03:06
20  lists labeling products as a proactive supply side    12:03:16
21  strategy.  Did Adams Golf do that to the best of    12:03:20
22  your knowledge?    12:03:23
23      A.   After the gray market problem arose,    12:03:23
24  yes.    12:03:26

1       Q.   Is this an example of reactive or    12:03:26
2   proactive strategy?    12:03:30
3       A.   Typically categorized in the    12:03:30
4   literature as a proactive step.    12:03:31
5       Q.   And how do you characterize it?    12:03:31
6       A.   A reaction to a gray matter problem    12:03:33
7   that had already arisen.  It is a proactive step.    12:03:37
8       Q.   In the literature, do they -- have you    12:03:40
9   ever read anything that characterizes the way you do    12:03:42
10  a proactive step, whether it's before or after gray    12:03:46
11  marketing has occurred?  Is it any different?    12:03:49
12      A.   I couldn't tell you for sure whether I    12:03:50
13  have seen it characterized that way.  It is --    12:03:52
14  certainly the literature that is out there to try to    12:03:55
15  inform manufacturers about how to prevent or stop    12:03:57
16  gray market problems assumes that manufacturers are    12:04:01
17  concerned about a gray market problem.    12:04:04
18      Q.   Well, proactive steps also assume that    12:04:06
19  gray marketing is going on, do they not, in the    12:04:10
20  literature?    12:04:14
21      A.   In the world, yes.    12:04:14
22      Q.   So when the academic literature you    12:04:15
23  read talks about proactive steps to manage gray    12:04:18
24  marketing, by definition gray marketing is already    12:04:21

1   happening, right?    12:04:25
2       A.   Gray marketing is already happening in    12:04:26
3   the world, yes.  It does not assume that gray    12:04:27
4   marketing is happening at any one firm, no.    12:04:31
5       Q.   Have you ever seen in the academic    12:04:34
6   literature a category that you are testifying to    12:04:37
7   today which is proactive steps that are a reaction    12:04:41
8   to gray marketing at that company?    12:04:44
9       A.   Yes.  I think any literature that    12:04:46
10  deals with steps the companies can take to stem gray    12:04:49
11  market problems and to keep them at bay deals with    12:04:55
12  both the potential of gray marketing arising for a    12:05:01
13  particular company.  It also deals with the    12:05:05
14  possibility that gray marketing has already arisen    12:05:07
15  at a company, and a company is now looking for a way    12:05:10
16  to diminished that gray market activity over time.    12:05:13
17      Q.   Right.  So proactive steps assume both    12:05:15
18  gray marketing is happening in the world, and in    12:05:18
19  that particular company, do they not?    12:05:20
20      A.   No.    12:05:22
21          MR. COLLINS:  Objection, vague.    12:05:22
22  BY THE WITNESS:    12:05:23
23      A.   No.  Not necessarily.  You can imagine    12:05:24
24  a situation in which a manufacturer who knows that    12:05:26

1   they have a product and a business model that is    12:05:29
2   particularly attractive to gray marketers, that they    12:05:32
3   are likely to have a gray marketing problem given    12:05:36
4   their business model and given the nature of their    12:05:39
5   product.  Being aware that gray marketing exists in    12:05:43
6   the world and, therefore, taking proactive steps to    12:05:47
7   ensure that gray marketing never occurs or trying to    12:05:50
8   ensure that gray marketing never occurs within their    12:05:53
9   company.    12:05:57
10  BY MR. BESSETTE:    12:05:58
11      Q.   Was Adams Golf's offering of rebates a    12:05:58
12  deliberate proactive step to manage its gray    12:06:03
13  marketing problem?    12:06:07
14      A.   Can you ask the question again?  I'm    12:06:08
15  sorry.    12:06:08
16          MR. BESSETTE:  Can you read it back,    12:06:08
17  please?    12:06:08
18          (Record read.)    12:06:21
19  BY THE WITNESS:    12:06:21
20      A.   It was --    12:06:22
21          MR. COLLINS:  Excuse me.  Asked and    12:06:22
22  answered.    12:06:22
23          Go ahead.    12:06:24
24

Page 106

1  BY THE WITNESS:                    12:06:24
2      A.   It was a step that was taken in    12:06:25
3  reaction to the gray market having already arised at 12:06:26
4  Adams Golf, and it was a proactive step.    12:06:32
5  BY MR. BESSETTE:                   12:06:35
6      Q.   And was Adams Golf's efforts to label  12:06:35
7  its products with serial numbers a proactive supply  12:06:40
8  side strategy to combat or deal with its existing  12:06:40
9  gray marketing problem?              12:06:45
10     A.   Yes.                    12:06:46
11         MR. COLLINS:  Paul, if you have   12:06:56
12  reached a point to pause.            12:06:57
13         MR. BESSETTE:  Oh, this is fine.  I  12:07:18
14  forgot.  That's fine.               12:07:18
15         (Off the record           12:07:18
16            discussion.)           12:07:18
17  BY MR. BESSETTE:                   12:07:18
18     Q.   Let's see.  Professor Frazier's    12:07:20
19  report, 305, Paragraph 11, first sentence.  "Gray  12:07:24
20  market activities are commonplace in a wide variety  12:07:42
21  of industries from expensive consumer durables like  12:07:45
22  cars to inexpensive household products like    12:07:50
23  cosmetics."  Do you agree with that statement?  12:07:53
24     A.   Yes.                    12:07:55

Page 107

1      Q.   In Paragraph 5A of your rebuttal    12:07:56
2  report, and I think you do it a couple of other  12:09:53
3  places too, but that's the one I have.  I guess it  12:09:56
4  is the last sentence.  You say, "In addition," and  12:10:19
5  then A.  And what you are talking about there is  12:10:23
6  gray marketing.  Saying that gray marketing -- it  12:10:26
7  was widely known that gray marketing was taking  12:10:29
8  place in certain sectors of the golf industry.  What  12:10:31
9  did you mean by that?              12:10:34
10         MR. COLLINS:  Read to yourself the   12:10:36
11  whole subparagraph, or if you feel necessary, the  12:10:38
12  whole paragraph, please.            12:10:40
13  BY THE WITNESS:                    12:10:42
14     A.   Okay.  As you know, I teach a section  12:10:59
15  on gray marketing and use the golf industry as an  12:11:01
16  example.  Specifically, I use Callaway as an example  12:11:05
17  of gray marketing, in addition to others.  It is  12:11:08
18  certainly not the case that gray marketing was a  12:11:14
19  uniform problem in the golf industry.  It affected  12:11:17
20  different companies differently.          12:11:21
21  BY MR. BESSETTE:                   12:11:22
22     Q.   That's what you meant?          12:11:22
23     A.   Yes.                    12:11:25
24     Q.   What I want to know is what you meant  12:11:26

Page 108

1  when you said it was widely known that gray    12:11:28
2  marketing was taking place in certain sectors of the 12:11:31
3  industry?                      12:11:35
4      A.   I meant that gray marketing was    12:11:35
5  occurring in certain sectors of the industry.  I'm  12:11:35
6  not sure what's unclear.             12:11:37
7      Q.   How was it widely known?        12:11:37
8      A.   The world is -- well, let me back up.  12:11:39
9  Consumers become aware of gray marketing through  12:11:44
10  seeing golf clubs available through gray market    12:11:47
11  chains, big box retailers, etcetera.  And also in  12:11:54
12  the golf industry, my understanding is that word  12:11:58
13  spreads quickly and that would be another way.    12:12:02
14     Q.   So your understanding, what is that  12:12:04
15  based on?                      12:12:08
16     A.   What I have read about the golf    12:12:09
17  industry in connection with this litigation.    12:12:11
18     Q.   Okay.  Any other knowledge about the  12:12:13
19  golf industry other than what you have read in this  12:12:15
20  litigation?                     12:12:18
21     A.   Do I know anything else about the golf  12:12:20
22  industry other than what I have read in connection  12:12:23
23  with this litigation?  Is that the question?    12:12:24
24     Q.   Well, I will ask her to repeat my   12:12:26

Page 109

1  question.                      12:12:26
2         (Record read.)            12:12:26
3  BY THE WITNESS:                    12:12:26
4      A.   I guess I just don't understand.  Do I  12:12:36
5  have any other knowledge about the golf industry?  12:12:39
6  BY MR. BESSETTE:                   12:12:42
7      Q.   Let me ask you this:  What was your  12:12:42
8  level of knowledge about the golf industry prior to  12:12:43
9  you teaching a class that had gray marketing in a  12:12:46
10  subset, you know, gray marketing as it related to  12:12:49
11  the golf industry?  What was your knowledge?    12:12:51
12     A.   No more than a layperson.        12:12:54
13     Q.   And now it is more because of the    12:12:56
14  litigation that we are in and the materials that you 12:12:59
15  have read about it?               12:13:02
16     A.   Yes.                    12:13:04
17     Q.   Paragraph 1 of your rebuttal report,  12:13:05
18  1A actually, you say that you have been asked by  12:14:05
19  plaintiff's counsel to provide your opinions    12:14:14
20  regarding the expert reports of Stephen Grace and  12:14:15
21  Chris James to the extent such reports purport to  12:14:14
22  present the characteristics of gray marketing and  12:14:23
23  the effects the gray market can have on brand name  12:14:26
24  products on the trademark owners or manufacturers  12:14:29

Page 214

1  anywhere?                                    15:18:00
2        MR. COLLINS: Speak for themselves.   15:18:01
3  BY THE WITNESS:                             15:18:03
4     A.   I don't recall.            15:18:04
5  BY MR. BESSETTE:                            15:18:04
6     Q.   Well, you reviewed it I guess in    15:18:05
7  connection with your work in this case, so is it   15:18:07
8  detailed somewhere in your reports?         15:18:09
9        MR. COLLINS: She just said she       15:18:11
10 doesn't know.                               15:18:14
11 BY THE WITNESS:                             15:18:14
12    A.   I don't recall. I reviewed a lot of   15:18:15
13 documents. I didn't cite them all.          15:18:17
14 BY MR. BESSETTE:                            15:18:19
15    Q.   Why didn't you cite them all, by the   15:18:19
16 way?                                15:18:21
17    A.   My understanding is that there is some   15:18:21
18 limitation on the page limit of the report. If I   15:18:25
19 were to cite every document that I received, I can't   15:18:31
20 even imagine how long the report would have been.   15:18:34
21    Q.   What is this understanding of some   15:18:36
22 page limit?                         15:18:39
23    A.   It is my own understanding from     15:18:40
24 talking to people who have worked in litigation   15:18:43

Page 215

1  previously about what the standard practice is of   15:18:48
2  expert's reports.                    15:18:50
3     Q.   Well, how did you decide which    15:18:51
4  documents to include -- to include in your report   15:18:53
5  detailing which ones they were and which ones you   15:18:58
6  didn't? How did you decide which ones to include?   15:19:01
7     A.   I read them. I looked for all      15:19:03
8  documents that appeared to in any way touch on gray   15:19:05
9  marketing, specifically on the impact that gray   15:19:10
10 marketing was having on the company. I also looked   15:19:13
11 for documents that revealed information about the   15:19:16
12 company's business strategies and business model and   15:19:18
13 strategies for growth in order to be able to   15:19:22
14 determine whether or not the company was poised to   15:19:25
15 become -- to avail itself of the gray market.   15:19:28
16    Q.   Well, no, no. I am sorry. Maybe I   15:19:34
17 wasn't clear on my question.           15:19:37
18       My question is, you are required   15:19:38
19 to list the documents that you reviewed, whether you   15:19:40
20 relied on them or not.               15:19:45
21    A.   Uh-huh.                     15:19:46
22    Q.   And maybe I am misunderstanding, but   15:19:47
23 what I am hearing is that you reviewed some   15:19:50
24 documents that you have not set forth in your   15:19:53

Page 216

1  report.                             15:19:55
2     A.   No, no.                      15:19:56
3     Q.   Okay.                        15:19:56
4     A.   No, no, no. I set forth all the   15:19:56
5  documents in my report early on in the report.   15:19:58
6     Q.   Okay.                        15:19:58
7     A.   There I stated that I have reviewed   15:20:02
8  all the exhibits that I received at that time. I   15:20:03
9  did not cite every one of those exhibits.   15:20:05
10    Q.   So the document is, according to your   15:20:08
11 report, has to be an exhibit in the deposition?   15:20:33
12    A.   Can you say that again?      15:20:37
13    Q.   Yeah. On page 4 of your report, this   15:20:39
14 is where you list the documents that you reviewed   15:20:43
15 and/or relied on, okay. And the first bullet is   15:20:45
16 depositions and transcripts and exhibits of all   15:20:54
17 deponents except plaintiffs. Then there are other   15:20:57
18 declarations in the Costco documents, a Callaway 10K   15:21:00
19 and an expert report from Alan Miller. So there are   15:21:04
20 no individual documents listed.        15:21:08
21       So my question is, since you don't   15:21:11
22 have any individual documents listed, and you don't   15:21:12
23 cite it anywhere individually in your report, I   15:21:16
24 suppose it has to be an exhibit to a deposition   15:21:18

Page 217

1  transcript, because otherwise you haven't listed all   15:21:20
2  the documents you have reviewed or relied on.   15:21:23
3     A.   My understanding of the exhibits that   15:21:25
4  I received was that they were all in connection with   15:21:27
5  deposition transcripts.             15:21:30
6     Q.   And that's what I asked you.     15:21:31
7        MR. COLLINS: That's what she    15:21:33
8  answered.                          15:21:36
9        MR. BESSETTE: I don't think I got an   15:21:36
10 answer before just now.             15:21:38
11       MR. COLLINS: Well, I am glad to tell   15:21:40
12 you, if this is helpful, that we gave her all the   15:21:41
13 deposition transcripts.             15:21:43
14       MR. BESSETTE: Okay. I just want   15:21:43
15 to --                              15:21:43
16       MR. COLLINS: And all of the      15:21:44
17 deposition transcript exhibits. And I don't recall   15:21:45
18 any other document -- I don't know of any documents   15:21:47
19 that we provided that aren't listed here.   15:21:48
20       MR. BESSETTE: Okay.           15:21:50
21 BY MR. BESSETTE:                     15:21:51
22    Q.   Now, go to page -- I'm sorry --   15:22:02
23 Paragraph 27 of your initial report. You say, low   15:22:04
24 sales force morale is another common effect of gray   15:22:19

Page 218

1  market activity, and then you cite Barney Adams's    15:22:24
2  memo of August 14, which is Exhibit 57, where among    15:22:27
3  other comments, he states that the staff had very    15:22:32
4  low morale, including having no faith in their    15:22:37
5  management. Do you have any knowledge whether the    15:22:40
6  low morale that Mr. Adams is referring to in that    15:22:42
7  memo had anything to do with gray marketing?    15:22:45
8      A.   I don't. I thought it was interesting    15:22:48
9  that this is one of the common effects of gray    15:22:50
10  market activity, and it was, itself, present within    15:22:53
11  Adams Golf.    15:22:58
12      Q.   But you are not giving the opinion or    15:22:59
13  it is not part of your conclusion that there is a    15:23:02
14  cause and effect relationship between gray marketing    15:23:04
15  and a low morale?    15:23:08
16      A.   I am not making the opinion that it    15:23:09
17  necessarily caused the low morale.    15:23:13
18      Q.   Is it your opinion that it had    15:23:16
19  anything to do with the low morale?    15:23:18
20      A.   I don't know with certainty, no.    15:23:37
21      Q.   Do you know at all or are you just    15:23:46
22  speculating?    15:23:50
23          MR. COLLINS: Asked and answered.    15:23:50
24

Page 219

1  BY THE WITNESS:    15:23:51
2      A.   There is a certain amount of    15:23:52
3  speculation, because I'll tell you the process that    15:23:53
4  I went through in seeing them. When I saw some of    15:23:55
5  the negative effects that gray market activity can    15:24:00
6  have on a company, one of them, which I wasn't sure    15:24:03
7  I would find, was low sales force morale. However,    15:24:07
8  in then reviewing the documents that I received, I    15:24:11
9  saw that, in fact, that was another problem that    15:24:14
10  Adams Golf was facing at the time. I thought that    15:24:20
11  was interesting.    15:24:26
12      Q.   Okay.    15:24:26
13      A.   And worth noting, since that is often    15:24:28
14  caused by the gray market.    15:24:31
15      Q.   Right. Okay. But it's speculation on    15:24:33
16  your part whether there is any cause and effect    15:24:35
17  relationship?    15:24:38
18      A.   Yes.    15:24:38
19      Q.   23A, last sentence. "The displeasure    15:24:38
20  Adams' authorized retailers felt with gray market    15:25:13
21  sales is well documented and described in part in    15:25:18
22  Paragraph 15A above." Which authorized retailers    15:25:22
23  were displeased with Adams, Professor?    15:25:26
24      A.   I wouldn't be able to tell you the    15:25:28

Page 220

1  world, the universe of authorized retailers that    15:25:35
2  were displeased with Adams. The entire universe.    15:25:40
3      Q.   Tell me some.    15:25:44
4      A.   Okay. I can tell you that all the    15:25:45
5  retailers that sent complaints to Adams, in addition    15:25:46
6  to those that were represented by WDC Mackenzie when    15:25:49
7  they corresponded with Adams, and related to Adams    15:25:55
8  that authorized retailers in Canada were quite    15:25:58
9  displeased.    15:26:02
10      Q.   Okay. So we have Mackenzie as the    15:26:02
11  Canadian distributor, we have got six or seven    15:26:05
12  retailers that complain. And what else do we have?    15:26:09
13          MR. COLLINS: Asked and answered.    15:26:12
14  By THE WITNESS:    15:26:12
15      A.   We talked about that earlier in the    15:26:13
16  day. As far as written documentation, we have got    15:26:15
17  the communications between authorized retailers and    15:26:19
18  distributors and the company. And that's what we've    15:26:23
19  got.    15:26:25
20  BY MR. BESSETTE:    15:26:25
21      Q.   Okay.    15:26:25
22      A.   If I can just add to that response.    15:27:24
23  Just talking back to that earlier conversation, I    15:27:27
24  just want to make sure that is clear that I am    15:27:28

Page 221

1  referring to also having knowledge of the practice    15:27:32
2  of regional account coordinators going into the    15:27:35
3  field, having strong relationships with the    15:27:38
4  retailers. Especially after the gray market problem    15:27:41
5  arose, they were making trips into the fields to    15:27:43
6  work with authorized retailers. And so like I said,    15:27:46
7  and we talked about the speculative nature of this    15:27:50
8  as well, I could imagine that an awful lot of    15:27:53
9  unofficial complaints were made sort of in those    15:27:56
10  engagements.    15:28:00
11      Q.   Sure. Do you have any evidence of    15:28:01
12  any?    15:28:02
13      A.   No.    15:28:02
14      Q.   Okay. At Paragraph 19 and I think 21    15:28:03
15  of your report, and I don't know that you need to    15:28:09
16  refer to them, but you say, again, one of the other    15:28:14
17  things that make Adams Golf particularly vulnerable    15:28:16
18  to the gray market -- well, no. Strike that.    15:28:21
19          You actually say, citing Myers,    15:28:27
20  you say, problems can arise in the form of    15:28:31
21  ineffective pricing policies, which you talked    15:28:33
22  about, deteriorated distributor relationships, which    15:28:36
23  you talked about, low sales force morale, again,    15:28:40
24  which you've talked about, and poor customer    15:28:41

Page 258

```
1   he does say that there were no specific double     16:27:41
2   shipment issues with Jay, there were allegations of  16:27:44
3   it. But even if there were, we have got Jay        16:27:47
4   Greaney's personnel file where there are allegations  16:27:53
5   of several shipments. But my larger question is, at  16:27:57
6   most what we see from the evidence is allegations or  16:28:00
7   each if some occurred, isolated examples of double   16:28:03
8   shipping or extra shipments, whatever you want to    16:28:08
9   call it. Where is the material amounts of double     16:28:10
10  shipping, where is the evidence of that, for you to  16:28:13
11  draw the conclusion that there must have been enough 16:28:16
12  out there in the hands of retailers from double      16:28:19
13  shipping and consignment sales that allowed them to  16:28:23
14  sell to Costco and perpetuate the gray market?       16:28:27
15       MR. COLLINS: Are you asking about              16:28:29
16  some paragraph -- have you read this paragraph       16:28:29
17  carefully? What particular portion of the paragraph  16:28:31
18  are you asking her the basis for? I mean, the basis  16:28:33
19  for the paragraph is cited in the paragraph. You     16:28:38
20  can ask her, as I mentioned, whether there is any    16:28:41
21  other basis. If you have got something in            16:28:43
22  particular --                                        16:28:46
23       MR. BESSETTE: Can I have an answer to          16:28:46
24  that question, please? And this will be quicker.     16:28:48
```

Page 259

```
1        MR. COLLINS: Unanswerable.                     16:28:51
2   BY THE WITNESS:                                      16:28:52
3        A.   What I state in the paragraph is that     16:28:53
4   there were at least some cases of --                 16:28:53
5        MR. COLLINS: I'm sorry. Vague and              16:28:55
6   ambiguous, repetitive, unintelligible, asked and     16:28:56
7   answered.                                            16:28:56
8        Go ahead.                                       16:29:01
9   BY THE WITNESS:                                      16:29:02
10       A.   What I state in this paragraph is that    16:29:03
11  there were -- that in some cases, Adams' retailers   16:29:05
12  were receiving twice the number of clubs they had    16:29:07
13  ordered. And what you asked me about was whether     16:29:10
14  there was some material amount. You could imagine    16:29:13
15  one case of double shipment that could have given    16:29:16
16  rise to Adams Golf's entire gray market problem, if  16:29:20
17  it was big enough.                                   16:29:20
18  BY MR. BESSETTE:                                     16:29:28
19       Q.   Right. But that's speculation, right?     16:29:28
20       A.   That is, yeah.                             16:29:29
21       Q.   And we could have one or two examples     16:29:30
22  that involves five clubs and ten clubs, and would    16:29:33
23  that have given rise to the gray market problem?     16:29:37
24       A.   The double shipment itself alone would    16:29:39
```

Page 260

```
1   not have given rise to the entirety of Adams Golf's  16:29:42
2   gray market problem if there were only five or ten   16:29:42
3   clubs sold into the gray market, no.                 16:29:48
4        Q.   Okay. So let me just cut through it.      16:29:49
5   Your statement, I guess three from the bottom.       16:29:52
6   "Double shipments and consignments put into the      16:29:56
7   hands of retailers a certain quantity of clubs that  16:29:59
8   they might not have been able to sell for their own  16:30:04
9   customers of standard retail prices." Speculation    16:30:06
10  because you say "might not." So you don't have any   16:30:07
11  direct knowledge, is that right?                     16:30:11
12       A.   It is not speculation to say that         16:30:12
13  double shipments and consignment would put into the  16:30:15
14  hands of retailers a certain quantity of clubs.      16:30:19
15  That's not speculation.                              16:30:19
16       Q.   But that's based on the evidence you      16:30:21
17  cite above, right?                                   16:30:21
18       MR. COLLINS: Excuse me. Let her               16:30:21
19  finish.                                              16:30:21
20  BY MR. BESSETTE:                                     16:30:21
21       Q.   Just to be clear?                         16:30:24
22       MR. COLLINS: Let her finish.                   16:30:25
23       Go ahead.                                       16:30:25
24                                                       16:30:25
```

Page 261

```
1   BY THE WITNESS:                                      16:30:25
2        A.   That they might not have been able to     16:30:30
3   sell to their own customers? It would be             16:30:32
4   speculation whether they might have been able to     16:30:34
5   sell to their own customers if they held on to them  16:30:36
6   long enough. I don't know whether they -- they      16:30:38
7   might have or might not have been able to sell them  16:30:40
8   on to their own customers if they held on to those   16:30:42
9   clubs long enough.                                   16:30:45
10  BY MR. BESSETTE:                                     16:30:46
11       Q.   You don't know as you sit here what       16:30:46
12  number, if any, of clubs got in the hands of         16:30:46
13  retailers through double shipping or consignment     16:30:46
14  sales, do you, Professor?                            16:30:52
15       A.   That's correct.                           16:30:52
16       Q.   And you don't know what number of         16:30:53
17  clubs, if any, that retailers, assuming they got     16:30:56
18  them through double shipments or consignment sales,  16:31:01
19  sold them to Costco?                                 16:31:05
20       A.   That's correct.                           16:31:07
21       Q.   And your statement here that "This        16:31:07
22  provided a pool of clubs potentially available for   16:31:10
23  the gray market," again, we don't know how big this  16:31:12
24  pool is, you have no direct evidence whatsoever that 16:31:16
```

Page 266

1  itself.                                16:36:09
2         Go ahead.                       16:36:09
3  BY THE WITNESS:                        16:36:10
4      A.   I believe there was a document that   16:36:10
5  talks about the first shipment having sold through   16:36:12
6  or anticipating the first shipment would sell   16:36:14
7  through.                               16:36:17
8  BY MR. BESSETTE:                       16:36:17
9      Q.   So what evidence are you relying on to   16:36:17
10 say that the trend -- that Adams Golf should have   16:36:21
11 been aware that sales through Costco were likely to   16:36:24
12 continue or intensify after April 1998?    16:36:28
13         MR. COLLINS:   Asked and answered.   16:36:31
14 BY THE WITNESS:                        16:36:32
15     A.   The frequency with which complaints   16:36:33
16 were being made was increasing.  After that first   16:36:35
17 shipment was made, the company was also aware that   16:36:38
18 there were additional shipments made to Costco.   16:36:41
19 BY MR. BESSETTE:                       16:36:44
20     Q.   And is there any evidence that Adams   16:36:44
21 Golf knew what numbers, how much Costco had   16:36:50
22 purchased?                             16:36:54
23     A.   The company was trying to determine   16:36:54
24 those numbers and was unable to.       16:36:56

Page 267

1      Q.   Paragraph 21D, and actually there are   16:36:59
2  several places in this report and your rebuttal,   16:37:14
3  where you reference the Golf Pro magazine?   16:37:25
4      A.   Yes.                          16:37:29
5      Q.   Which has a publish date of August 1,   16:37:29
6  1998.  And you say continuously in various places in   16:37:32
7  your report, which was apparently available in the   16:37:37
8  middle of July.  So just tell me what you base that   16:37:39
9  on?                                    16:37:42
10     A.   I base that on my lay knowledge of how   16:37:42
11 it is that magazines are published.  So magazines,   16:37:45
12 if you go to a stand in July, in the middle of July,   16:37:50
13 you will see a number of magazines that are dated   16:37:54
14 August 1st or August or just August plainly.   16:37:56
15     Q.   So no proof?                   16:38:00
16     A.   It is a common practice -- my   16:38:01
17 perception is that it is a common practice in the   16:38:03
18 magazine publishing industry.          16:38:07
19     Q.   Any proof?                     16:38:09
20     A.   No.                           16:38:10
21     Q.   Just an assumption?             16:38:10
22     A.   Well, no.  I mean, in addition to   16:38:12
23 that, there is also, in reading the magazine, there   16:38:13
24 is some -- when you read that magazine, you see that   16:38:21

Page 268

1  the magazine is talking about forward -- things that   16:38:25
2  are happening in the future that happened in July.   16:38:28
3  So things that are happening in the future that   16:38:32
4  happened at the end of July.  So if it was published   16:38:35
5  after August 1st, you would assume that would be in   16:38:38
6  the past rather than the future, right?  The end of   16:38:41
7  July was in the past relative to August 1st.   16:38:43
8      Q.   I don't understand that.        16:38:46
9      A.   Okay.  There are references, and I   16:38:48
10 don't remember the exact references I would have to   16:38:50
11 read the magazine again.  There are references -- my   16:38:52
12 recollection is that there are references to things   16:38:55
13 that are happening at the tail end of July as if   16:38:59
14 those things were happening in the future.   16:39:03
15 Presumably the end of July, well, not presumably,   16:39:08
16 the end of July is before the beginning of August.   16:39:13
17 So if the magazine wasn't published until the   16:39:15
18 beginning of August, those things that happened at   16:39:18
19 the end of July would have, in fact, been in the   16:39:22
20 past, not the future.                  16:39:23
21     Q.   Well, what if the author was   16:39:23
22 writing -- it takes a while to write an article,   16:39:25
23 does it not?                           16:39:27
24     A.   Yes.                          16:39:28

Page 269

1      Q.   I am just trying to understand why   16:39:28
2  that leads you to the conclusion that it was   16:39:31
3  published sometime in the middle of July?   16:39:36
4      A.   The writer would know when its article   16:39:38
5  was going to be published and would write taking   16:39:42
6  that into consideration.               16:39:46
7      Q.   I see.  Any other reasons why?    16:39:47
8      A.   No.                           16:39:49
9      Q.   21E, first sentence.  "Consumer and   16:39:49
10 investor knowledge of gray marketing likely   16:40:05
11 increased in tandem with the increase of Adams Golf   16:40:08
12 clubs available and/or sold through gray market   16:40:12
13 channels."  Did you do any analysis to lead you to   16:40:16
14 that conclusion?  Well, actually, is that a   16:40:23
15 conclusion or speculation?             16:40:26
16     A.   The word "likely" I think speaks for   16:40:28
17 itself.                                16:40:30
18     Q.   Just for the record, what is it?   16:40:31
19     A.   It is speculative.             16:40:39
20         MR. COLLINS:   Is there a question   16:40:41
21 pending or is that it?                 16:40:43
22         MR. BESSETTE:   No.  That's -- I think   16:40:44
23 that answers that one.                 16:40:46
24

Page 270

1  BY MR. BESSETTE:                     16:40:47
2    Q.  28B.                           16:40:49
3    A.  Can I actually just come back to 21E  16:40:59
4  for a second?                        16:41:02
5    Q.  Sure.                          16:41:03
6    A.  I just want to take a second to read  16:41:03
7  that paragraph to make sure I gave you a full  16:41:07
8  answer. There is a little bit more that went into  16:41:09
9  that statement. I can tell you what that was.  16:41:45
10   Q.  Sure.                          16:41:47
11   A.  There was some documents, again, I am  16:41:48
12 not going to remember exactly which exhibits they  16:41:53
13 were, that talked about the nature of the golf  16:41:56
14 industry and the rapidity with which information  16:41:59
15 spreads within the golf industry. And that would  16:42:02
16 inform my statement that consumer investor knowledge  16:42:06
17 would increase, together with the availability of  16:42:10
18 Adams' clubs in Costcos. Right, so --  16:42:14
19   Q.  But you have no proof of that  16:42:18
20 statement to back it up?              16:42:20
21   A.  Correct.                        16:42:21
22   Q.  You are making an assumption based on  16:42:22
23 something else you read?             16:42:24
24   A.  Correct.                        16:42:25

Page 271

1    Q.  28B, last sentence. You are talking  16:42:26
2  about the 8,400 clubs that Costco had purchased pre  16:42:34
3  IPO.                                 16:42:59
4    A.  I'm sorry, 28B? I was in the wrong  16:42:59
5  place.                               16:42:59
6    Q.  28B, page 18.                   16:42:59
7    A.  Yeah.                          16:42:59
8    Q.  You can read that paragraph. You talk  16:43:00
9  about the clubs. And you say in the last sentence,  16:43:02
10 "These 8,400 plus sales were nonetheless included in  16:43:03
11 the company's total sales volume figures as  16:43:08
12 presented to potential investors." Now, how do you  16:43:11
13 know that?                           16:43:15
14   A.  Because the company sold those clubs,  16:43:15
15 I would assume that they had an accurate accounting  16:43:30
16 of the clubs they sold.              16:43:32
17   Q.  Is it your understanding that the  16:43:33
18 company presented its Q2 numbers to potential  16:43:36
19 investors?                           16:43:41
20       MR. COLLINS: Could you make that more  16:43:41
21 crisp, please? You mean in the IPO? In the IPO  16:43:45
22 prospectus?                          16:43:48
23       MR. BESSETTE: Anywhere.        16:43:49
24   Q.  I mean, you say here, "These 8,400  16:43:50

Page 272

1  plus sales were nonetheless included in the  16:43:52
2  company's total sales volume figures as presented to  16:43:56
3  potential investors." Good point.    16:43:56
4       Let me ask you, as presented to  16:44:00
5  potential investors where and when?  16:44:02
6    A.  In the prospectus.            16:44:04
7    Q.  Are there any sales numbers for the  16:44:05
8  second quarter of 1998 in the prospectus?  16:44:09
9    A.  Let me look at the prospectus again.  16:44:12
10       MR. COLLINS: Can I cut this short?  16:44:14
11       MR. BESSETTE: Yeah.            16:44:14
12       MR. COLLINS: We can stipulate that  16:44:15
13 the second quarter numbers are not in the  16:44:16
14 prospectus.                          16:44:18
15       MR. BESSETTE: Okay.            16:44:18
16       THE WITNESS: Great.            16:44:18
17       MR. COLLINS: And Professor Ochoa is  16:44:19
18 not offering --                      16:44:21
19       THE WITNESS: You're right.      16:44:21
20       MR. COLLINS: -- is not offering an  16:44:22
21 opinion on the second quarter financial statements.  16:44:25
22       MR. BESSETTE: That's fine. That  16:44:30
23 statement is then wrong for the record. That  16:44:32
24 statement is incorrect.              16:44:40

Page 273

1        MR. COLLINS: I think we have a  16:44:47
2  disconnect.                          16:44:48
3  BY MR. BESSETTE:                     16:44:49
4    Q.  If that statement is not incorrect,  16:44:49
5  tell me where and when second quarter sales numbers  16:44:51
6  were presented to potential investors?  16:44:56
7        MR. COLLINS: If you know, please  16:45:01
8  answer.                              16:45:03
9  BY THE WITNESS:                      16:45:03
10   A.  I don't know.                  16:45:05
11 BY MR. BESSETTE:                     16:45:07
12   Q.  So you put this statement in here  16:45:08
13 without any evidence or knowledge?   16:45:10
14       MR. COLLINS: About --          16:45:13
15 BY THE WITNESS:                      16:45:13
16   A.  About what?                    16:45:14
17 BY MR. BESSETTE:                     16:45:14
18   Q.  About what you say here.        16:45:16
19   A.  I guess if you can give me a full  16:45:17
20 question, that would be great.       16:45:22
21   Q.  Okay. How about tell me what your  16:45:24
22 basis is for saying that 8,400 clubs sold to Costco  16:45:24
23 in the second quarter were reflected in the numbers  16:45:28
24 of the company as presented to potential investors?  16:45:31

Page 306

1    Q.    Well, when you did your report.    18:00:15
2    A.    From reading the documents, I was    18:00:17
3  aware of what the documents say regarding life    18:00:19
4  cycles.    18:00:24
5    Q.    No independent knowledge before you    18:00:25
6  started your work in this case about life cycles of    18:00:32
7  various golf clubs or golf products?    18:00:35
8    A.    No.    18:00:38
9    Q.    Do you know what the lifespan was of    18:00:38
10  the Tight Lies club?    18:00:58
11    MR. COLLINS:  Vague and ambiguous.    18:01:00
12  BY THE WITNESS:    18:01:00
13    A.    I don't know.    18:01:05
14  BY MR. BESSETTE:    18:01:06
15    Q.    You are aware that the company    18:01:06
16  produced a newer one, a Tight Lies 2 I think or    18:01:08
17  whatever they called it, beyond the original, they    18:01:13
18  made a series of clubs?    18:01:16
19    A.    Yes, I am aware that they were -- I    18:01:16
20  believe there was more than just the two. I believe    18:01:19
21  there were additional.    18:01:21
22    Q.    Right. If Adams Golf had continued to    18:01:24
23  produce only the original Tight Lies, do you have an    18:01:28
24  opinion here what would have happened to sales of    18:01:32

Page 307

1  the original Tight Lies over time?    18:01:35
2    MR. COLLINS:  Outside the scope.    18:01:37
3  BY THE WITNESS:    18:01:38
4    A.    No.    18:01:38
5  BY MR. BESSETTE:    18:01:39
6    Q.    Do you have any opinion on what would    18:01:41
7  have been the impact of gray marketing on the    18:01:43
8  continued sales of only the original Tight Lies    18:01:48
9  clubs if that's all the clubs Adams Golf had?    18:01:51
10    A.    I would be really in the realm of    18:01:56
11  speculation to answer that question.    18:01:59
12    MR. BESSETTE:  We are good. I am done    18:02:00
13  for now. Thanks.    18:02:03
14    EXAMINATION    18:02:03
15  BY MR. GLUCKOW:    18:02:03
16    Q.    Professor Ochoa, Paul Gluckow, I'm    18:02:03
17  with Simpson Thacher. My firm represents the    18:02:09
18  underwriter defendants in this matter.    18:02:11
19    I take it from your report you    18:02:13
20  have had an opportunity to review Mr. Miller's    18:02:17
21  report as well?    18:02:20
22    A.    Correct.    18:02:21
23    Q.    And you understand that Mr. Miller is    18:02:21
24  prepared to offer testimony concerning whether the    18:02:24

Page 308

1  due diligence investigation by the underwriters in    18:02:26
2  connection with the IPO of Adams Golf was reasonable    18:02:30
3  and adequate?    18:02:34
4    A.    Yes.    18:02:35
5    Q.    And do you have any intention of    18:02:35
6  offering any opinion on that question?    18:02:37
7    A.    No.    18:02:39
8    Q.    Coming back to the drafting process    18:02:39
9  that you used in preparing both your initial report    18:02:46
10  and your rebuttal report. From the time that you    18:02:49
11  first began working on this matter until we started    18:02:55
12  the deposition this morning, do you have an estimate    18:02:58
13  of how many hours you've spent on this matter?    18:03:01
14    A.    Yeah. From what was the beginning    18:03:04
15  time, I'm sorry?    18:03:09
16    Q.    Whenever you started.    18:03:10
17    A.    Whenever I started the matter until    18:03:13
18  now? Approximately, I believe it is something like    18:03:14
19  100 hours.    18:03:17
20    Q.    And has anybody else connected with    18:03:17
21  the law school provided any research or other    18:03:19
22  assistance to you in connection with your work?    18:03:22
23    A.    I have had -- I have been working    18:03:24
24  mostly at home. I have had difficulty downloading    18:03:27

Page 309

1  PDF files, my secretary has assisted me in    18:03:30
2  delivering PDF files.    18:03:35
3    Q.    And other than secretarial assistance,    18:03:36
4  have you had anybody doing any actual research to    18:03:39
5  help you?    18:03:41
6    A.    No, no.    18:03:41
7    Q.    Who wrote your initial --    18:03:42
8    A.    Actually, let me back up.    18:03:44
9    Q.    Yeah.    18:03:44
10    A.    I have asked a librarian to pull some    18:03:46
11  documents for me. But not doing actual research,    18:03:49
12  just pulling documents.    18:03:52
13    Q.    To pull documents that you identified    18:03:52
14  yourself?    18:03:57
15    A.    That I had previously identified, yes.    18:03:57
16    Q.    Who wrote your initial report?    18:03:58
17    A.    I did.    18:03:59
18    Q.    Is every word in that initial report    18:03:59
19  yours?    18:04:02
20    A.    Yes.    18:04:02
21    Q.    And did anyone other than yourself    18:04:02
22  have any input on the initial report?    18:04:05
23    A.    I had discussions with Mr. Collins    18:04:10
24  about the questions that I was being asked. I also    18:04:13