**Walravens, Patrick**

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF DELAWARE

 3

 4

 5   IN RE ADAMS GOLF, INC.,        :  CONSOLIDATED
                                    :
 6   SECURITIES LITIGATION          :  C.A. No. 99-371 KAJ

 7

 8                            - - - - -
              Friday, May 26, 2006
 9                            - - - - -

10          Oral deposition of PATRICK D. WALRAVENS, taken

11   pursuant to notice, was held at AKIN, GUMP, STRAUSS,

12   HAUER & FELD, LLP, 580 California Street, San Francisco

13   California 94104, commencing at 8:57 a.m., on the above

14   date, before Kenneth T. Brill, Registered Professional

15   Reporter, and California CSR #12797.

16                            - - - -

17

18

19

20

21

22
     RSA/VERITEXT COURT REPORTING COMPANY
23              1845 Walnut Street, 15th Floor
         Philadelphia, PA 19103
24              (215) 241-1000      (888) 777-6690
```

1

## Page 178

Patrick Walravens

1  MR. BESSETTE: Sure.
2  MR. LEWIS: And we may be out of here.
3  (Recess taken from 2:58 to 3:02 p.m.)
4  BY MR. LEWIS:
5  Q. Just a couple quick things. Are you familiar
6  with Golf Pro Magazine?
7  A. That does not ring a bell.
8  Q. Okay. When you participated in the drafting
9  sessions that resulted in the prospectus and
10 registration statement, were there any matters that the
11 investment banking team identified as areas of potential
12 investor concern that were left out of the prospectus?
13 A. I don't recall that. And that's not really
14 how the process works.
15 Q. Why is that?
16 A. Because it's easy to put things in the
17 prospectus. So things seem like a material risk at the
18 time, you put it in.
19 MR. LEWIS: I have no further questions at
20 this time. I'd just like to state that we've had sort
21 of an ongoing issue about underwriter production, and if
22 documents should turn up later in somebody's file that
23 were germane to this deposition, we want to protect our
24 rights to reopen if necessary.

## Page 179

Patrick Walravens

1  It's obviously nothing we will go out of our
2  way to do over technicalities, but if something
3  important should turn up, we don't want to waive that
4  right. Otherwise we thank you, Mr. Walravens.
5  MR. McEVOY: I have no questions at this time.
6  BY MR. BESSETTE:
7  Q. Mr. Walravens, I just have a couple of
8  questions. My name is Paul Bessette. I represent Adams
9  Golf, and the original Adams Golf defendants.
10 Mr. Brown asked --
11 MR. LEWIS: Lewis.
12 BY MR. BESSETTE:
13 Q. I'm sorry. Mr. Lewis asked you a few questions
14 earlier in the deposition about the marketing of the IPO
15 and whether golfers, or people who golf would be
16 interested in the IPO. Was that your experience in this
17 IPO, that since the IPO was based on a hot product of
18 Adams Golf, the Tight Lies, that golfers were interested
19 in the IPO?
20 MR. LEWIS: Object to form.
21 THE WITNESS: I don't have a specific
22 recollection but, you know, I think it stands to reason
23 that golfers used the products, right? And so if you're
24 a golfer that used the product, and you liked it, you'd

## Page 180

Patrick Walravens

1  be more interested in the transaction.
2  BY MR. BESSETTE:
3  Q. And the roadshow, you were marketing to
4  institutional investors along with golfers and
5  non-golfers; is that right?
6  A. The roadshow is designed to market to
7  institutional investors, some of whom are golfers and
8  some of whom are not.
9  Q. Do you have any understanding of whether, you
10 know, people who golfed were a higher proportion of the
11 investors in the IPO than people who didn't golf?
12 A. I mean, I don't have any specific knowledge
13 about that.
14 MR. BESSETTE: Okay. That's all I had. Thank
15 you.
16 MR. LEWIS: Thank you.
17 (Deposition concluded at 3:07 p.m.)
18 ---

## Page 181

1  CERTIFICATE
2
3  I hereby certify that the witness was duly
4  sworn by me and that the deposition is a true record of
5  the testimony given by the witness.
6
7
8  _____
   Kenneth T. Brill, RPR, CRR,
9  CA CSR#12797
10 Dated: June 4, 2006
11
12
13 (The foregoing certification of this
14 transcript does not apply to any reproduction of the
15 same by any means, unless under the direct control
16 and/or supervision of the certifying shorthand
17 reporter.)