# EXHIBIT 17

# Exhibit 17
## Summation of Adams Golf's Stock Returns
Source: CRSP, Affidavit of R. Alan Miller dated October 6, 2006

|  | Residual Returns | Raw Returns |
|---|---|---|
| **9 Days** | | |
| Sum of Returns in First Period (7/13/98 - 7/23/98) | -16.34% | -29.96% |
| Total Number of Periods | 65 | 65 |
| Number of Periods for Which the Sum of Returns is <= First Period | 15 | 15 |
| Percentage | 23.08% | 23.08% |
| **10 Days** | | |
| Sum of Returns in First Period (7/13/98 - 7/24/98) | -17.80% | -33.25% |
| Total Number of Periods | 64 | 64 |
| Number of Periods for Which the Sum of Returns is <= First Period | 11 | 14 |
| Percentage | 17.19% | 21.88% |
| **11 Days** | | |
| Sum of Returns in First Period (7/13/98 - 7/27/98) | -27.76% | -44.41% |
| Total Number of Periods | 63 | 63 |
| Number of Periods for Which the Sum of Returns is <= First Period | 6 | 9 |
| Percentage | 9.52% | 14.29% |
| **12 Days** | | |
| Sum of Returns in First Period (7/13/98 - 7/28/98) | -37.16% | -57.53% |
| Total Number of Periods | 62 | 62 |
| Number of Periods for Which the Sum of Returns is <= First Period | 1 | 2 |
| Percentage | 1.61% | 3.23% |
| **13 Days** | | |
| Sum of Returns in First Period (7/13/98 - 7/29/98) | -34.73% | -57.53% |
| Total Number of Periods | 61 | 61 |
| Number of Periods for Which the Sum of Returns is <= First Period | 2 | 3 |
| Percentage | 3.28% | 4.92% |
| **14 Days** | | |
| Sum of Returns in First Period (7/13/98 - 7/30/98) | -34.75% | -56.58% |
| Total Number of Periods | 60 | 60 |
| Number of Periods for Which the Sum of Returns is <= First Period | 2 | 3 |
| Percentage | 3.33% | 5.00% |

Note: Residual Return = Actual Return - (-0.01 + (1.19 * Nasdaq Return))

# EXHIBIT 18

Exhibit 18
Analysis of Miller's Two-Slope Models
Source: CRSP; Affidavit of R. Alan Miller dated 10/6/06

| Adams Golf | 8-Day 7/13/98 - 7/22/98 | | 9-Day 7/13/98 - 7/23/98 | | 10-Day 7/13/98 - 7/24/98 | | 11-Day 7/13/98 - 7/27/98 | | 12-Day 7/13/98 - 7/28/98 | | 13-Day 7/13/98 - 7/29/98 | | 14-Day 7/13/98 - 7/30/98 | | 15-Day 7/13/98 - 7/31/98 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adjusted R-Squared | 93.1% | | 93.7% | | 94.4% | | 94.5% | | 94.3% | | 94.3% | | 94.3% | | 94.3% | |
| Coefficients (T-statistics) | | | | | | | | | | | | | | | | |
| Time [1] | -0.01 | (-17.15) | -0.01 | (-16.98) | -0.01 | (-16.90) | -0.01 | (-16.31) | -0.01 | (-15.59) | -0.01 | (-15.12) | -0.01 | (-14.63) | -0.01 | (-14.08) |
| July Dummy [2] | 0.42 | (8.59) | 0.45 | (10.26) | 0.47 | (11.90) | 0.49 | (13.05) | 0.51 | (13.73) | 0.52 | (14.26) | 0.52 | (14.57) | 0.51 | (14.67) |
| Time / July Dummy Interaction [3] | -0.02 | (-2.12) | -0.03 | (-3.49) | -0.03 | (-4.81) | -0.03 | (-6.34) | -0.04 | (-7.96) | -0.04 | (-9.21) | -0.04 | (-10.10) | -0.03 | (-10.74) |
| Constant | 0.64 | (37.31) | 0.63 | (37.29) | 0.62 | (37.51) | 0.61 | (36.31) | 0.61 | (34.51) | 0.61 | (33.31) | 0.61 | (32.14) | 0.60 | (30.85) |

Note:
Bolded entries are significant at the 95% confidence interval.
[1] Time variable is the observation number.
[2] July Dummy variable equals 1 during the 8-, 9-, 10-, 11-, 12-, 13-, 14- or 15-day period in July that is potentially different from the rest of the estimation period (and 0 otherwise).
[3] Time / July Dummy Interaction variable is an interaction of the two other variables, so the observation number is multiplied by 1 during the 8-, 9-, 10-, 11-, 12-, 13-, 14- or 15-day period in July, and 0 during the rest of the estimation period.

# EXHIBIT 19

# Exhibit 19
# Chow Test

Source: CRSP; Affidavit of R. Alan Miller dated 10/6/06

|  | Regression Results |  |
| --- | --- | --- |
| Adjusted R-Squared | 21.7% | |
| Coefficients (T-statistics) | | |
| Nasdaq | **1.11** | **(3.83)** |
| July Dummy[1] | -0.03 | (-1.64) |
| Nasdaq / July Dummy Interaction[2] | 2.47 | (1.44) |
| Constant | -0.01 | (-1.10) |
| F-statistic | 2.88 | |

Note:

Bolded entries are significant at the 95% confidence interval.

[1] July Dummy variable equals 1 during the 12-day period from 7/13/98 to 7/28/98 (as suggested by Miller) and 0 for the rest of the estimation period.

[2] Nasdaq / July Dummy interaction variable is an interaction of the two other variables, so the Nasdaq return is multiplied by 1 during the 12-day period from 7/13/98 to 7/28/98, and 0 during the rest of the estimation period.