IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ADAMS GOLF, INC., SECURITIES LITIGATION | § § § § § § | CIVIL ACTION NO. 99-371-KAJ (CONSOLIDATED) |

### ADAMS GOLF DEFENDANTS' MOTION TO STRIKE MILLER AFFIDAVIT AND BROOKS DEPOSITION TESTIMONY

Defendants Adams Golf, Inc., B.H. Adams, Richard H. Murtland, Darl P. Hatfield, Paul F. Brown, Jr., Roland E. Casati, Finis F. Conner and Stephen R. Patchin (collectively, the "Adams Golf Defendants"), by and through their attorneys, move pursuant to Rules 26, 37 and 56 of the Federal Rules of Civil Procedure for an order striking the Affidavit of R. Allen Miller and the deposition testimony of Sandra Brooks that includes inadmissible hearsay and statements not based on her personal knowledge. In further support of this motion, the Adams Golf Defendants rely on their Opening Brief filed contemporaneously herewith.

OF COUNSEL:

Paul R. Bessette
Jennifer R. Brannen
Michelle A. Reed
Laura Moriaty
Akin Gump Strauss Hauer & Feld LLP
300 W. 6th Street, Suite 2100
Austin, Texas 78701

_____
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Alyssa M. Schwartz (#4351)
schwartz@rlf.com
Richards, Layton & Finger
920 North King Street
Wilmington, Delaware 19899
(302) 651-7700
    Attorneys for Defendants Adams Golf, Inc.,
    B.H. Adams, Richard H. Murtland, Darl P.
    Hatfield, Paul F. Brown, Jr., Roland E.
    Casati, Finis F. Conner, and Stephen R.
    Patchin

Dated: October 30, 2006

CERTIFICATION PURSUANT TO
DISTRICT OF DELAWARE LOCAL RULE 7.1.1

Counsel for defendants Adams Golf, Inc., B.H. (Barney) Adams, Darl P. Hatfield, Richard H. Murtland, Paul F. Brown, Roland E. Casati, Finis F. Conner and Stephen R. Patchin consulted with counsel for the plaintiffs pursuant to District of Delaware Local Rule 7.1.1 and determined that plaintiffs do not consent to the relief sought in the attached motion.

_____
Jeffrey L. Moyer (#3309)

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2006, I have caused the foregoing to be served by Hand Delivery which has also been filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Carmella P. Keener
Rosenthal, Monhait & Goddess
919 Market Street, Suite 1401
Wilmington, DE 19801

Robert K. Payson
John E. James
Potter Anderson & Corroon LLP
1313 North Market Street, Hercules Plaza
Wilmington, DE 19801

I hereby certify that on October 30, 2006, I have sent by electronic mail the foregoing document(s) to the following non-registered participants:

Neil Mara
Todd S. Collins
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Michael J. Chepiga
Theodore J. McEvoy
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

Jeffrey L. Moyer (#3309)