# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ADAMS GOLF, INC.,<br>SECURITIES LITIGATION | §<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 99-371-KAJ<br>(CONSOLIDATED) |

## [PROPOSED] ORDER

After considering the Adams Golf Defendants' Motion to Strike Miller Affidavit and Brooks Deposition Testimony (the "Motion"), and all briefing and any argument thereon, and good cause having been shown for the relief sought in the Motion,

**IT IS HEREBY ORDERED** this _____ day of _____, 2006 that the Motion **is GRANTED and**

1. The Affidavit of R. Alan Miller in Support of Plaintiffs' Opposition to the Adams Golf Defendants' Motion for Summary Judgment ("Miller Affidavit") is stricken in its entirety, and

2. The following sections of the Deposition of Sandra Brooks ("Brooks Deposition") are stricken:

| **Granted** | **Denied** | **Section of Brooks Deposition** |
|---|---|---|
| ☐ | ☐ | 12:16-14:1 |
| ☐ | ☐ | 14:7-14:12 |
| ☐ | ☐ | 14:17-15:5 |
| ☐ | ☐ | 16:4-16:8 |
| ☐ | ☐ | 16:16-17:7 |
| ☐ | ☐ | 17:19-23 |
| ☐ | ☐ | 18:3-5 |
| ☐ | ☐ | 19:14-19:19 |
| ☐ | ☐ | 20:7-14 |

#5989817

RLF1-3076319-1

| | | |
|---|---|---|
| ☐ | ☐ | 21:22-22:4 |
| ☐ | ☐ | 34:18-22 |
| ☐ | ☐ | 68:5-7 |
| ☐ | ☐ | 69:7-9 |
| ☐ | ☐ | 69:23-70:1 |
| ☐ | ☐ | 70:6-12 |
| ☐ | ☐ | 77:9-10 |
| ☐ | ☐ | 80:4-81:6 |
| ☐ | ☐ | 82:18-83:2 |

The sections of the Brooks Deposition for which this order is granted, as noted above, and the Miller Affidavit will not be considered by the Court in determining the Adams Golf Defendants' Motion for Summary Judgment or for any other purpose.

_____
**UNITED STATES DISTRICT JUDGE**