# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ALYSSA M. SCHWARTZ

DIRECT DIAL NUMBER
302-651-7756
SCHWARTZ@RLF.COM

October 27, 2006

**BY ELECTRONIC FILING AND HAND DELIVERY**

**PUBLIC VERSION**

The Honorable Kent A. Jordan
United States District Court for
 the District of Delaware
844 King Street
Wilmington, Delaware 19801

Re: Adams Golf Securities Litigation, C.A. No. 99-371-KAJ

Dear Judge Jordan:

Enclosed please find a corrected version of the Declaration of Jennifer R. Brannen in Support of the Adams Golf Defendants' Motion for Summary Judgment (the "Declaration"). (D.I. 284). It has come to the Adams Golf Defendants' attention that in the version of the Declaration previously filed with the Court, paragraphs 69-72 of the Declaration do not correlated with the exhibits they reference (Exhibits 412, 413, 414 and 415). The enclosed Declaration corrects this inaccuracy. Corrected copies of Exhibits 412-415 have also been forwarded to counsel for Plaintiffs and the Underwriter Defendants.

Counsel remains available should the Court have any questions.

Respectfully,

Alyssa M. Schwartz (#4351)

Enclosure

AMS:lmg

cc: Clerk of the Court (by Electronic File)
Carmella P. Keener (by Electronic File and Hand Delivery w/Exhibits 412-415)
John E. James (by Electronic File and Hand Delivery w/Exhibits 412-415)
Todd S. Collins (by Federal Express w/Exhibits 412-415)
Theodore J. McEvoy (by Federal Express w/Exhibits 412-415)

RLF1-3075437-1

EXHIBIT 412

 

June 26, 1998

Larry Tatro  
Manatee Golf  
3908 Manatee Avenue West  
Bradenton, FL 34205

VIA FACSIMILE  
941-745-1693

Dear Mr. Tatro:

As you know, our Distribution Agreement and the business arrangements that follow therefrom and are provided to you periodically in writing, permit you to sell Adams Golf products to end-user consumers. We have been advised that one or more of our distributors has been selling Adams Golf products to wholesalers, such as Costco Wholesale. As we are investigating this information, we write to remind you of your agreement and the limitation within the Agreement as stated above.

Please acknowledge your understanding and receipt of this notification by signing below where indicated.

For the benefit of all of our customers, Adams Golf will continue to ensure that each distributor abides by the terms of its Distribution Agreement and business arrangements.

Thank you for your cooperation.

Yours truly,

*B H Adams*

B.H. (Barney) Adams

ACKNOWLEDGED AND RECEIVED:

ADAMS 001457

BHA:afn

cc: J. Valenzuela

Post-it® Fax Note 7671 Date 6/26/98 # of pages ▶ 2
To: Jacquie Valenzuela  From: Ann Neff
Co./Dept.  Co.
Phone #  Phone #
Fax #  Fax # Thanks!

2801 East Plano Parkway, Plano, Texas 75074 • www.adamsgolf.com  
(972) 673-9000 • (800) 622-0609 • FAX: (972) 398-8818

# EXHIBIT 413



June 26, 1998

Dan Straka  
King Par Golf  
G-5140 Flushing Road  
Flushing, MI  48433

VIA FACSIMILE  
816-732-6662

Dear Mr. Straka:

As you know, our Distribution Agreement and the business arrangements that follow therefrom and are provided to you periodically in writing, permit you to sell Adams Golf products to end-user consumers. We have been advised that one or more of our distributors has been selling Adams Golf products to wholesalers, such as Costco Wholesale. As we are investigating this information, we write to remind you of your agreement and the limitation within the Agreement as stated above.

Please acknowledge your understanding and receipt of this notification by signing below where indicated.

For the benefit of all of our customers, Adams Golf will continue to ensure that each distributor abides by the terms of its Distribution Agreement and business arrangements.

Thank you for your cooperation.

Yours truly,

B.H. (Barney) Adams

ACKNOWLEDGED AND RECEIVED:

ADAMS 001473

BHA:afn

cc:   J. Valenzuela

2801 East Plano Parkway, Plano, Texas 75074 • www.adamsgolf.com  
(972) 673-9000 • (800) 622-0609 • FAX: (972) 398-8818

# EXHIBIT 414

**Orlimar Golf Unveils Breakthrough Metal Wood Technology With New TriMetal Club; "Contrarian" Philosophy Pays Big Dividends**
869 words
4 February 1998
10:18
Business Wire
English
(c) 1998 Business Wire

ORLANDO, Fla.--(BW SportsWire)--Feb. 4, 1998--

Versatile **New** Product Will Challenge Industry Leaders With

"Small Is Better" Design

**Orlimar** Golf Co., a 37-year old Northern California golf club maker, unveiled the latest breakthrough in metal wood technology at the PGA Merchandise Show today with its **new** TriMetal(TM) club made from a revolutionary combination of metals, including a face that is 85% harder than pure Titanium.

The preliminary response to the TriMetal(TM) has been "surprising," according to industry experts:

```
--   More than 70 players from the PGA Tour, Senior Tour and LPGA Tour
     are currently carrying the club in their bag or have ordered the
     TriMetal(TM).
--   A national infomercial campaign launched on New Year's Eve has
     already surpassed the leading ratios for television golf club
     sales.
--   Based on initial response, many industry insiders believe it
     could surpass the recorded $30 million in sales of the Adams
     Tight Lies, which was the hottest golf product sold on television
     in 1997.
```

The TriMetal(TM) is a **new** category of club that can be used off the tee as a driver as well as a fairway wood from a variety of lies because of its unique design. Contrary to popular philosophy that bigger is better, this **new** club has proven to carry longer and fly straighter than the Biggest Big Bertha driver by Callaway and the Ti Bubble 2 by Taylor Made in independent test results.

In addition to a revolutionary metal for the face of the club called Alpha Maraging(TM), coupled with copper tungsten inserts in the sole plate and a stainless steel shell, its shallow face and small profile sits in stark contrast to ever larger metal woods being produced by the major manufacturers.

Another revolutionary aspect of the TriMetal(TM) is its ultralight high modulus graphite shaft with an oversized tip diameter that increases clubhead speed for maximum distance, lowers the balance point for optimal trajectory and increases the feel and stability on off-center hits.

"This is the next generation of metal woods," said Jesse Ortiz, president of **Orlimar** Golf Co. and the designer of the TriMetal(TM). "We have found that oversized is over rated when it comes to metal woods. Because of the shallow face of this club, our unique Alpha Maraging(TM) face, the copper tungsten weights and our inverted rail design, this club is longer, straighter and easier to hit than anything on the market today.

"The sweet spot is actually wider and the energy of the club is concentrated in a smaller area for more power in hitting the ball. With a lower center of gravity the ball gets up faster and is easier to hit. The response to this club from Tour players has been fantastic -- and we don't pay players to use our clubs. They have put it in their bag because of the way it plays."

In tests by Golf's leading independent testing facility, Golf Labs Inc. in San Diego, the TriMetal(TM) was longer and straighter off the tee than any other club tested.

According to Roger Maltbie, **Orlimar** spokesman and five-time winner on the PGA Tour, the **new** TriMetal(TM) design will turn a lot of heads in the golf industry before long.

"This is the longest, straightest and easiest to hit metalwood that I have seen in all my years on the PGA Tour," said Maltbie, who is also the lead on-course announcer for NBC Sports. "In only two stops on the Senior PGA Tour, over 40 pros ordered this club. The TriMetal(TM) isn't oversized -- it's the right size."

The TriMetal(TM) comes in nine different lofts, ranging from 9 to 27 degrees, and shaft lengths ranging up to 44 inches. In addition to graphite, it also comes in a steel shaft. Five different flexes -- strong, firm, regular, senior and ladies are available. TriMetal(TM) clubs are priced at $369 suggested retail, and sold in pro shops, off-course outlets and through infomercials.

**Orlimar** Golf Co. was founded in 1960 by Lou Ortiz in San Francisco, who had a European background as a tool and die maker and became one of a handful of manufacturers in this country making handcrafted golf clubs, which today is a lost art. But **Orlimar**, under the guidance of Lou's son Jesse, has carried on the tradition of European hands-on craftsmen and withstood the barrage of the large conglomerate golf manufacturers.

Club designs by both Lou and Jesse have been played by the winners of golf's four major championships -- the Masters, the U.S. Open, the British Open and the PGA Championship. Today, **Orlimar** Golf Co. is a rapidly growing firm based in Hayward, Calif., that is true to its roots of "generations of golf craftsmen," and produces a variety of woods, metal woods, irons and classic wedges and putters.

For more information about the TriMetal(TM) and **Orlimar** Golf Co. call 800/833-4266 or visit their website at www.orlimar.com.

CONTACT: For **Orlimar** Golf Company Mike Hoye/Terry Ross, 310/791-2755 11:03 EST FEBRUARY 4, 1998

Document bwr0000020010915du2400clq

© 2006 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved

EXHIBIT 415

**Callaway Golf Introduces Big Bertha(R) Steelhead(TM) Metal Woods The Company's Best Stainless Steel Woods Ever**
825 words
12 August 1998
07:19
PR Newswire
English
(c) 1998 PR Newswire

CARLSBAD, Calif., Aug. 12 /PRNewswire/ -- **Callaway Golf** Company (NYSE: ELY) has done it again. The industry's acknowledged leader in golf club innovation today announced the introduction of its latest design breakthrough, Big Bertha(R) Steelhead(TM) Metal Woods. These **new** stainless steel metal woods, which will replace the existing line of Big Bertha War Bird(R) Stainless Steel Metal Woods, are loaded with the superior design features and playability benefits that golfers worldwide have come to expect from **Callaway Golf**.

The **new** Big Bertha Steelhead Metal Woods were designed by **Callaway Golf**'s Senior Executive Vice President and Chief of **New** Products, Richard C. Helmstetter, and his team. They have a unique design made of three different parts: (1) an extremely lightweight, very thin crown plate; (2) a super strong solid face and lower body with varied internal thicknesses; and (3) a precision-cast, stainless steel variable weight chip that is individually inserted into the interior of the clubhead to achieve the exact weighting and ensure the right inertial properties.

Like every **new** Callaway(R) product introduced since the Company first revolutionized the industry with the original Big Bertha Driver, the Big Bertha Steelhead Metal Woods have been rigorously tested and found to be demonstrably superior to, and pleasingly different from, any comparable golf club on the market. The Big Bertha Steelhead Metal Woods conform with United States Golf Association Rules.

"Our goal was to produce a metal wood with a very low center of gravity while not sacrificing the larger effective hitting area of the clubface," said Donald H. Dye, President and CEO of **Callaway Golf**. "We wanted to increase the average golfer's chances for a better shot from a greater variety of lies. We are very excited about the **new** Big Bertha Steelhead Metal Woods, because we believe they have accomplished our goals. For golfers of all skill levels, we believe they perform better than shallow-faced fairway woods or anything else being offered by our competitors."

The unique design features in the Big Bertha Steelhead Metal Woods have allowed us to move much of the weight lower in the body of the clubhead; to lower the center of gravity; and to maintain a large effective hitting area above the center of gravity -- at least 33 percent larger than shallow-faced or low profile fairway woods. This increases the club's forgiveness on off- center hits and delivers a better trajectory.

"We believe golfers everywhere identify the Big Bertha(R) trademark with our continuing tradition of making golf more enjoyable for the average golfer," Mr. Helmstetter said. "These **new** Big Bertha Steelhead Metal Woods deliver that sort of satisfaction. All of our testing with average golfers has shown the same thing. Some of them had problems hitting our competitor's low-profile or shallow-faced woods from fluffy lies in the rough or off the tee because those conditions occasionally cause the ball to "pop up." The Big Bertha Steelhead Metal Woods have a larger hitting area above the center of gravity, and so pop-ups aren't likely to be a problem. The Big Bertha(R) Steelhead(TM) Metal Woods are the most forgiving stainless steel metal woods we have ever developed."

In addition to all the unique design features above the center of gravity, the Big Bertha(R) Steelhead(TM) Metal Woods also have a **new** sole. It is convex, to push the turf down as the club glides through impact. Our designers have also increased the bounce to propel the club forward and help eliminate digging on fairway shots.

Reaction from **Callaway Golf** Staff Professionals who have tested the Big Bertha Steelhead Metal Woods has been very positive. Five-time European Order of Merit winner Colin Montgomerie will have a Big Bertha Steelhead 3-wood in his bag this week at the PGA Championship. Other Callaway Staff Professionals on the PGA Tour, LPGA Tour, Senior PGA Tour, PGA European Tour and Nike Tour have indicated they will put the clubs in play very soon.

The Big Bertha(R) Steelhead(TM) Driver is available in lofts starting at 6 degrees. A complete line of Big Bertha Steelhead Fairway Woods is available in both right and left-handed in both men's and ladies' models, including: 2, 3, Strong 3, 4, Strong 4, 5, 7 (HeavenWood(R)), 9 (Divine Nine(R)) and 11 (Ely Would(R)). The suggested retail price for the **new** Big Bertha Steelhead Metal Woods is $295 with an RCH Series(R) 99 graphite shaft and $195

with a steel shaft.

The Big Bertha Steelhead Metal Woods are available in retail shops around the world. For more information and for photographs of Big Bertha Steelhead Metal Woods, visit the company's website at www.callawaygolf.com.

/NOTE

/CONTACT: Krista Mallory of **Callaway Golf**, 760-931-1771/ 08:01 EDT

Document prn00000020010918du8c02ftt

© 2006 Dow Jones Reuters Business Interactive LLC (trading as Factiva). All rights reserved.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2006, I have caused the foregoing to be served by Hand Delivery which has also been filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Carmella P. Keener
Rosenthal, Monhait & Goddess
919 Market Street, Suite 1401
Wilmington, DE 19801

Robert K. Payson
John E. James
Potter Anderson & Corroon LLP
1313 North Market Street, Hercules Plaza
Wilmington, DE 19801

I hereby certify that on October 31, 2006, I have sent by electronic mail the foregoing document(s) to the following non-registered participants:

Neil Mara
Todd S. Collins
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Michael J. Chepiga
Theodore J. McEvoy
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

Alysssa M. Schwartz (#4351)

RLF1-2851933-2