RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ALYSSA M. SCHWARTZ

DIRECT DIAL NUMBER
302-651-7756
SCHWARTZ@RLF.COM

October 31, 2006

BY ELECTRONIC FILING AND HAND DELIVERY

The Honorable Kent A. Jordan
United States District Court for
 the District of Delaware
844 King Street
Wilmington, Delaware 19801

Re:   Adams Golf Securities Litigation, C.A. No. 99-371-KAJ

Dear Judge Jordan:

Pursuant to District of Delaware Local Rule 7.1.4, the Adams Golf Defendants respectfully request that Your Honor hear oral argument on the Adams Golf Defendants' motion for summary judgment and other motions filed on September 11, 2006. Specifically, the Adams Golf Defendants filed their motion for summary judgment, motion to preclude expert testimony of R. Alan Miller, and motion to preclude the expert testimony of Christiana Ochoa. With the filing of the Adams Golf Defendants' reply briefs on October 30, 2006, the parties concluded briefing on these matters.

The Adams Golf Defendants respectfully request that any oral argument be scheduled after briefing is completed on its motion to strike the R. Alan Miller affidavit and Sandra Brooks deposition testimony, filed on October 30. Briefing on the motion to strike will be completed by November 21, 2006.

Counsel remains available should Your Honor have any questions. Thank you for your consideration.

Respectfully,

Alyssa M. Schwartz (#4351)

AMS:lmg
cc:   Clerk of the Court (by Electronic File)
      Carmella P. Keener, Esq. (by Electronic File and Hand Delivery)

RLF1-3074323-2

The Honorable Kent A. Jordan
October 31, 2006
Page 2

    John E. James, Esq. (by Electronic File and Hand Delivery)
    Todd S. Collins, Esq. (by Federal Express)
    Theodore J. McEvoy, Esq. (by Federal Express)
    Paul R. Bessette, Esq. (by Electronic Mail)
    Jeffrey L. Moyer, Esq.

RLF1-3074323-2