ROSENTHAL, MONHAIT & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

November 1, 2006

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 N. King Street, Room 6325
Lockbox 10
Wilmington, DE  19801

Re:   **Adams Golf Securities Litigation, C.A. No. 99-371 KAJ**

Dear Judge Jordan:

    Pursuant to District of Delaware Local Rule 7.1.4, plaintiffs respectfully request that Your Honor hear oral argument on the following motions filed by plaintiffs on September 11, 2006:

1.  Plaintiffs' Motion to Strike and Exclude Testimony of Edward R. Necarsulmer III (D.I. 297);

2.  Plaintiffs' Motion to Strike and Exclude Testimony of Edward Lynch, C.P.A. and Stephen Grace, M.B.A., Ph.D. (D.I. 291); and

3.  Plaintiffs' Motion to Strike and Exclude Testimony of Christopher James, Ph.D. (D.I. 299).

    Briefing was completed on these Motions with the filing of Plaintiffs' Reply Briefs on October 30, 2006.

Honorable Kent A. Jordan
November 1, 2006
Page 2

      Plaintiffs' counsel are available at Your Honor's convenience should there be any question in this regard.

                                      Respectfully,

                                      /s/ Carmella P. Keener

                                      Carmella P. Keener (DSBA No. 2810)
                                      ROSENTHAL, MONHAIT & GODDESS, P.A.
                                      919 N. Market Street, Suite 1401
                                      P.O. Box 1070
                                      Wilmington, DE 19899-1070
                                      (302) 656-4433
                                      ckeener@rmgglaw.com
                                      *Attorneys for Plaintiffs*

CPK/jls

cc:     Jeffrey L. Moyer, Esquire (via CM/ECF)
        Alyssa M. Schwartz, Esquire (via CM/ECF)
        John E. James, Esquire (via CM/ECF)
        Brian C. Ralston, Esquire (via CM/ECF)
        Donald Lewis, Esquire (via electronic mail)
        Elizabeth Fox, Esquire (via electronic mail)
        Juli Desper, Esquire (via electronic mail)
        Neil Mara, Esquire (via electronic mail)
        Todd S. Collins, Esquire (via via electronic mail)
        Clerk of the Court (via hand delivery)