
Potter
Anderson
&Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**John E. James**
Partner
Attorney at Law
jjames@potteranderson.com
302 984-6018 Direct Phone
302 658-5607 Fax

November 1, 2006

**By CM/ECF and By Hand**

The Honorable Kent A. Jordan
United States District Court for the
  District of Delaware
844 North King Street
Wilmington, Delaware 19801

    Re: **In re Adams Golf, Inc. Securities Litigation**
      **Consolidated C.A. No. 99-371-KAJ**

Dear Judge Jordan:

  I write to Your Honor on behalf of the Underwriter Defendants, Lehman Brothers, Inc., Ferris, Baker Watts, Inc., and Banc of America Securities, to request oral argument in accordance with Local Rule 7.1.4 with respect to the two motions filed by the Underwriter Defendants. These motions are the Underwriter Defendants' Motion for Summary Judgment and Underwriter Defendants' Motion to Exclude Expert Opinion of R. Alan Miller, both of which have been fully briefed.

  If Your Honor has any questions concerning this request, counsel for the Underwriter Defendants are available at the Court's convenience.

               Respectfully submitted,

               John E. James (I.D. 996)

JEJ/cml
759309/23310
cc: Dr. Peter T. Dalleo, Clerk of Court (by CM/ECF)
   Carmella P. Keener, Esquire (by CM/ECF)
   Alyssa Schwartz, Esquire (by CM/ECF)