IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

- - -

IN RE: ADAMS GOLF, INC. :

SECURITIES LITIGATION    :


X

ORAL DEPOSITION

OF

CHRISTOPHER M. JAMES

Friday, August 11, 2006

- - -

Oral deposition of CHRISTOPHER M.

JAMES, held at the offices of AKIN GUMP

STRAUSS HAUER & FELD, LLP, 590 Madison Avenue,

New York, New York, commencing at 8:30 a.m.,

reported by Pamela Harrison, RMR, CRR, CSR and

Notary Public.

- - -

RSA/VERITEXT COURT REPORTING COMPANY
1845 Walnut Street, 15th Floor
Philadelphia, PA  19103
(215) 241-1000  (888) 777-6690

Page 82

1    A.    Yes.
2    Q.    Any other indices that you used
3  in this case?
4    A.    Yes.  In response to the report
5  of Mr. Miller, I believe his rebuttal report, I
6  also undertook the analysis utilizing the S&P
7  small cap and the S&P small cap together with
8  the -- his peer group.
9    Q.    Am I missing something or is
10  this something I haven't seen yet?
11    A.    I don't know whether it's been
12  produced to you, but it was something that I did
13  subsequent to my rebuttal report because it was
14  in response to Mr. Miller's.
15    MR. COLLINS:  Okay.
16    MS. REED:  I haven't seen it.
17  BY MR. COLLINS:
18    Q.    Okay.  So that work you did in
19  response to Mr. Miller's rebuttal; correct?
20    A.    That's right.
21    Q.    Any other work you did in
22  response to Mr. Miller's rebuttal?
23    A.    Yes.  When I reviewed his
24  rebuttal report, I investigated and prepared

Page 83

1  responses to -- I thought about -- and that's
2  what I meant by prepared -- I thought about
3  responses to and tried to assess the validity of
4  some of the issues that he raised.
5    I also undertook an analysis,
6  which I believe is in -- which has been marked
7  as Exhibit 339 and 340, which addresses an
8  issue that Mr. Miller raised in his report
9  regarding his contention that the price
10  decline principally in late July was
11  attributable to issues concerning the gray
12  market.
13    Q.    Anything else?
14    A.    I think that's -- as I sit here,
15  that's a summary of the things that I did.
16    Q.    Okay.  Now, the work that you
17  did in response to or in connection with the
18  Miller rebuttal report, that work is reflected
19  in part by Exhibits 339 and 340, if I heard you
20  correctly.
21    A.    Yes, some of it -- some of the
22  analysis that I just referred to is contained in
23  339, 340.
24    Q.    Okay.  Any other pieces of paper

Page 84

1  or computer programs or documents of any nature
2  reflect any of the work you did in response or
3  in connection with the rebuttal report of
4  Mr. Miller?
5    A.    I don't have any other -- I
6  don't have any other paper or -- I reviewed the
7  output of a market model analysis using the S&P
8  small cap and the peer group from the data that
9  Mr. Miller provided --
10    Q.    Okay.
11    A.    -- that I reviewed that output
12  on a computer screen.  I don't believe -- I
13  don't think I printed it out.
14    Q.    Okay.  Could you do so for us,
15  please.
16    A.    I believe I can recreate it.
17    Q.    If you would, please.
18    How long would it take you to
19  recreate it?
20    A.    The estimation wouldn't take
21  long.
22    Q.    Could you ask someone to do
23  that, say, at the next break or lunch and have
24  it sent to us so we can take a look at it before

Page 85

1  you go home?
2    A.    I'll take it under advisement.
3  I would have to ask the attorneys what the
4  protocol is, and if those people are available.
5  I'll certainly try to look into it.
6    Q.    Good.  Thank you.
7    And what is the nature of that
8  material that's on the computer that you just
9  described?
10    A.    Just so you are clear, one issue
11  that I wanted to address was whether the
12  conclusions that I reached with respect to the
13  statistical significance of the days that I
14  identify, those conclusions would differ if I
15  used an S&P small cap as opposed to the NASDAQ,
16  or if I used the peer group as opposed to the
17  industry index in combination with the NASDAQ or
18  S&P small cap.
19    Q.    Okay.  And by the peer group,
20  you are referring to what?
21    A.    Mr. Miller's peer group.
22    Q.    And what Mr. Miller was using
23  was the peer group that appeared in the company
24  proxy statement?

Page 86

1      A.    I don't believe that -- I would
2  have to go back and check whether that peer
3  group is the -- whether it's referred -- whether
4  those groups of firms are referred to as the
5  peer group in the proxy statement. I simply
6  don't recall. I utilized the peer group as
7  identified in his report, appendix, I believe
8  it's -- if you have a copy of his report, I
9  could...
10     Q.    This is the rebuttal report; eh?
11     A.    Rebuttal Report A?
12           MS. REED:  Oh, rebuttal report
13  question mark.
14           THE WITNESS:  Oh.
15           MS. REED:  It's Canadian.
16           MR. COLLINS:  E-H.
17           THE WITNESS:  Cast as a rebuttal
18  report B?
19           (Laughter.)
20           MS. REED:  Not another one.
21  BY MR. COLLINS:
22     Q.    Is it the rebuttal report?
23     A.    Yes.
24           MR. COLLINS:  Has this been

Page 87

1  marked previously, Michelle?
2           MS. REED:  It will be Exhibit
3  335.
4           (Whereupon, a document was
5           marked, for identification purposes, as
6           Exhibit 335.)
7  BY MR. COLLINS:
8     Q.    Take a look at it, please.
9     A.    The peer group -- the peer group
10  that I'm referring to is the peer group that is
11  referred to in his report.
12     Q.    Where, please?
13     A.    I'm not sure I know of all of
14  the references, but there is a reference to it
15  on Page 1 of Exhibit B, the last column.
16     Q.    Okay. And so you ran, I
17  presume, Exhibit 339 using the same peer group
18  as indicated on Page 1, Exhibit B of the Miller
19  rebuttal?
20     A.    Just so we are clear, yes, when
21  you mean run, the blue line is the -- is it
22  blue?
23           MS. REED:  Yes.
24           THE WITNESS:  I believe it's

Page 88

1  blue.
2  BY MR. COLLINS:
3     Q.    You're not color-blind, are you?
4     A.    Yeah, so --
5     Q.    How can you be in this business
6  and be color-blind?
7     A.    I'm pretty good at
8  distinguishing colors, but --
9     Q.    Now, wait, we have a problem
10  here, Professor, because I'm color-blind. So
11  when you refer to the blue line...?
12     A.    I believe the blue line is the
13  peer group.
14     Q.    The dark blue line, anyway?
15     A.    The peer group is the third
16  entry --
17     Q.    Okay.
18     A.    -- on the index. All right?
19     Q.    Okay. Good.
20     A.    And that corresponds to the --
21  and I'm simply having trouble distinguishing
22  what is blue and green here, but the blue line I
23  believe is -- tracks the green line with the
24  exception of the line below the green line from,

Page 89

1  it looks like, 7/15/1998 to 7/21/1998.
2           Does that help?
3     Q.    It does. Thank you.
4           And how did you construct this
5  chart? Is this daily closing price?
6     A.    How this chart was constructed
7  is to peg, as it indicates in the note, both the
8  S&P small cap, the peer, and the -- and Callaway
9  to $16.00 at 7/09/98. And then once pegged in
10  that manner, to compute the changes -- or plot
11  the prices based on the returns on Callaway, S&P
12  small cap, peer group, and then the red line is
13  Adams Golf.
14     Q.    Now, did you undertake any
15  analysis as to what caused the decline in
16  Callaway, peer group, and S&P on or about July
17  23rd?
18     A.    I don't believe the S&P is --
19     Q.    The S&P didn't decline.
20     A.    If it did decline, it declined a
21  very small amount.
22     Q.    So the S&P declined a very small
23  amount or didn't decline on or about July 23?
24     A.    Right.

1    Q.    Adams declined some, and the S&P
2  small cap and Callaway declined more -- is that
3  right so far? -- on or about July 23rd.
4    A.    If you said Callaway and the
5  peer group?
6    Q.    Yes.
7    A.    I think you may have said --
8    Q.    You know what, let me start
9  again. You are quite right.
10         Am I reading this correctly
11  that on July 23rd both Callaway and the peer
12  group went down sharply and roughly in tandem?
13    A.    Yes. I think if you go to the
14  next exhibit, it might be easier.
15    Q.    Okay.
16    A.    340.
17    Q.    Okay.
18    A.    Which has the dates and the
19  price decline. So on 7/23/1998, Adams is down
20  13 percent -- about roughly 13 percent; Callaway
21  is down 33 percent; and Miller's peer group is
22  down 28.2 percent.
23    Q.    I see.
24         Now, Miller's peer group, do

1  you know whether it included Callaway?
2    A.    It did.
3    Q.    And was the peer group -- the
4  peer group was comprised of how many companies?
5    A.    I believe it was -- it consisted
6  of Callaway, Teardrop, Aldila --
7         THE COURT REPORTER: Callaway,
8  comma Teardrop?
9         THE WITNESS: It might help,
10  it's on the top line on the first page of
11  Mr. Miller's report.
12  BY MR. COLLINS:
13    Q.    Okay.
14    A.    I can read these off, but it may
15  be helpful for the court reporter just to look
16  at them.
17         It would be Callaway, Teardrop,
18  Aldila, Coastcast, Arnold Palmer, and Golden
19  Bear.
20    Q.    Now, as you used the peer group
21  on Exhibits 339 and 340, was it a weighted group
22  or was it unweighted, based on the size or the
23  market caps or some other characteristics of the
24  companies making up the peer group?

1    A.    I used the peer group return as
2  reported by Mr. Miller in his rebuttal report.
3         My recollection is I could come
4  close but not exactly match the peer returns
5  by taking the -- the peer group return by
6  taking a value weighted average of the
7  individuals within the group.
8    Q.    What do you mean by "value
9  weighted average"?
10    A.    I was responding to the question
11  you just asked, was it a value weighted average
12  or an equally weighted average of the returns.
13         I can come close to, if I use
14  value weights, come close to the returns that
15  he had.
16    Q.    That's fine. And I'm just
17  asking you what you did in using the value
18  weights, what process did you go through and
19  what specifically, specifically what value did
20  you weight.
21    A.    The market value of the common
22  stock.
23         THE WITNESS: And I apologize,
24  but I need to take a short break.

1         MR. COLLINS: Off the record.
2         (A recess was had from
3    11:23 a.m. to 11:33 a.m.; and then the
4    proceedings continued as follows:)
5  BY MR. COLLINS:
6    Q.    Exhibit 339.
7    A.    Okay.
8    Q.    Why did you do this just for the
9  month of July?
10    A.    Because Mr. Miller indicated in
11  his rebuttal report that it is his conjecture
12  that the price decline, particularly in the
13  latter part of July, was attributable to, I
14  think he refers to it as leakage regarding gray
15  market activities.
16    Q.    Is there something about Exhibit
17  339 or Exhibit 340 that leads you to question
18  that conclusion on his part?
19    A.    I think that -- yes, I think
20  that this analysis demonstrates, using his data,
21  that the decline in Adams Golf during this
22  period of time was certainly in line with the
23  decline experienced by its -- the firms
24  identified by Mr. Miller as being peers to Adams

Page 94

1  Golf, and that consistent with the discussion in
2  my report, the decline appears to be a result
3  principally of softness in the golf industry as
4  reflected by the earnings miss and discussion of
5  difficulties in the market that Callaway
6  disclosed, and then the peer group -- I think
7  Coastcast has a news article during that same
8  period of time indicating same weakness in
9  product demand, which I think is consistent with
10 the announcement of Callaway, since Coastcast is
11 a major supplier to Callaway.
12     Q.    Did you undertake -- the
13 analysis of these various stock prices, did you
14 do any work taking it out beyond July 31st?
15     A.    No. I -- you mean --
16     Q.    Did you run the chart beyond
17 July 31st?
18     A.    No, I just focused on the dates
19 in -- the dates he identified as being
20 associated with price declines in late July that
21 he contends may be associated with information
22 disclosures regarding -- or leakage of
23 information regarding, say, purchase orders by
24 Costco.

Page 95

1      Q.    And in that regard you are
2  referring to the information he has -- perhaps
3  other places as well, but you are referring to
4  the information he has in Paragraph 22(A) of his
5  rebuttal report?
6      A.    22(A), yes.
7      Q.    Now, how long ago did you
8  prepare exhibits or did you create the documents
9  that are now 339 and 340?
10     A.    Within the last week.
11     Q.    Did counsel ask you to do so?
12     A.    No.
13     Q.    Did you tell counsel you were
14 doing this?
15     A.    Yes.
16     Q.    Did you run any other charts
17 beyond 339 either within the last week or since
18 the rebuttal report?
19     A.    I don't believe so. I don't
20 recall doing any.
21     Q.    And did you undertake an
22 analysis of peer performance with respect to
23 August or September?
24     A.    No, my focus was only on late --

Page 96

1  late July, is the period that he focuses in on
2  his report.
3          Just to add that he -- and the
4  other reason is that he has a chart, I believe
5  it's -- if you don't mind, I'll take it off.
6          (The witness takes the clip off
7  the document.)
8  BY MR. COLLINS:
9      Q.    Please.
10     A.    That is a -- that has a somewhat
11 different pegging in the sense that it's pegged
12 to 1. It's his Exhibit A. It's entitled ADGO
13 versus XLC(4), Adams Golf versus Comparable
14 Index. He carries it out to -- 12/23/1999 is
15 the last date.
16     Q.    You are referring to the page
17 immediately after the page that says Exhibit A,
18 or are you referring to a later?
19          Which chart are you referring
20 to, please?
21     A.    I know this is -- it doesn't
22 make the record look particularly good because
23 I'm holding something up, but it is this chart
24 (indicating), and I believe you are looking at

Page 97

1  it.
2          MS. FOX: Let me just check
3  that. I'll come around and see whether
4  it's the same.
5          THE WITNESS: Just so you are
6  clear, there appears to be two charts
7  in his Exhibit A. One is -- it looks
8  like they are the same chart. One is
9  simply, in my version, a smaller
10 version of the other.
11 BY MR. COLLINS:
12     Q.    Okay. Well, the chart --
13     A.    This you can identify --
14     Q.    Not a problem.
15     A.    Okay.
16     Q.    Do you see the page that says on
17 it Exhibit A? It's probably in your left hand.
18     A.    Yeah, the problem I'm having is
19 that there are a number of pages that say
20 Exhibit A on it. Okay? Maybe we can make this
21 easier.
22          This is Exhibit A (indicating),
23 it only has Exhibit A on it. Then there is a
24 page that follows it which is a --

25 (Pages 94 to 97)

Page 122

1  client and says, "I'm going to issue an analyst
2  report tomorrow that is going to have an impact
3  on the stock price. I just wanted you to know
4  what I'm going to say."
5       A.    That -- I'm not familiar with
6  that practice.
7       Q.    You are familiar with the
8  occurrence that stock prices move sometimes on
9  the basis of oral information being disseminated
10 into the marketplace?
11      A.    Are you saying --
12      Q.    Rumors move stock prices
13 sometimes, don't they?
14      A.    If they are material and -- if
15 they are material, they certainly can move stock
16 prices, and there are scientific methods for the
17 determination of whether a specific rumor or
18 conjecture is disseminated to the market.
19      Q.    What are those scientific
20 methods?
21      A.    Let me give a couple of
22 examples.
23            There is academic literature
24 that looks at the impact of, say, chat room

Page 123

1  information, and that literature asks the
2  question of whether chat room information is
3  viewed as material to investors.
4             Now, what that literature
5  recognizes is that a reference in a chat room
6  to a particular company, whether that is
7  favorable or unfavorable, is likely to be a
8  subjective evaluation. So those studies
9  provide objective measures of the extent to
10 which there is discussion within a chat room
11 and objective measures as to whether that --
12 those discussions are favorable or unfavorable
13 and then attempts to test whether that
14 information is viewed by market participants
15 as being material.
16      Q.    What are these objective
17 measures determining whether the information is
18 favorable or unfavorable?
19      A.    The -- and I'm going by
20 recollection, this is an article published in
21 the Journal of Finance maybe five years ago --
22 the researchers set up a text-based search of
23 chat room information and identify certain words
24 that would be considered to be unambiguous with

Page 124

1  favorable such as "buy" --
2       Q.    "Hot"?
3       A.    Something like that
4             -- and "negative," and then
5  try to come up with a quantitative measure of
6  the frequency on a particular day in which
7  those words appear, and then to use that
8  quantitative measure to examine when on
9  that day there is a significant stock price
10 movement, and so what the researcher is doing
11 is setting up a -- an experiment that can be
12 replicated by a third party that is testing,
13 using objective scientific measures, the
14 significance of a piece of information.
15      Q.    And you said Journal of Finance
16 five years ago or thereabouts?
17      A.    Or thereabouts, yes
18      Q.    Who wrote it?
19      A.    My recollection is a guy -- at
20 least one of the authors was at the University
21 of British Columbia. I don't recall, as I sit
22 here, who the authors are.
23      Q.    That article dealt with chat
24 room --

Page 125

1       A.    Right.
2       Q.    -- communication.
3             Did it deal with oral rumors?
4       A.    I don't recall.
5       Q.    Rumor or other forms of oral
6  communication can, if material, affect stock
7  price; correct?
8       A.    If that information is material
9  and becomes available to market participants.
10      Q.    And how in that case does one
11 objectively measure, if at all, as to whether
12 the information has materially affected the
13 market?
14      A.    The procedure that I think I've
15 used and would use is to first provide
16 information -- to ascertain whether the
17 information that is characterized as -- you are
18 characterizing as rumor or opinion is publicly
19 available. So there is a news report, an
20 analyst report, a company disclosure, a
21 disclosure, say, of a government regulatory
22 agency, some objective way of determining
23 whether the information is publicly available.
24            And then the second step would

Page 126

1  be, in terms of identifying the materiality of
2  that information, to examine the stock price
3  movements on the day that or days in which the
4  analyst has been able to determine the
5  information was publicly available.
6       Q.    And in your last answer, when
7  you referred to the date on which the
8  information was publicly available, do you mean
9  by means of some writing or do you mean,
10 instead, by means of the rumor process?
11      A     I think one needs to determine
12 that it was available to market participants.
13 Let me see if I can make a distinction, and I
14 think it's an important one.
15           If -- would I consider as I
16 walk back to my hotel tonight or this
17 afternoon --
18           MR. COLLINS:  Off the record.
19           (Discussion off the record.)
20           THE WITNESS:  As I walk back
21      early this afternoon to my hotel, and I
22      were to pass someone that said, "Gosh,
23      I think Google is overvalued," okay,
24      that would be a rumor.  Okay?

Page 127

1            Now, how would I as a scientist
2       determine whether that rumor was
3       material and was available -- was
4       reflected in the information that the
5       market was using to value the stock?
6       Well, I first would have to say, is
7       there any indication that market
8       participants are aware of that opinion
9       and view it as new information?  What
10      would I do?
11           I would not rely necessarily
12      completely on written documents, but
13      certainly I would look for press
14      releases, I would like for company
15      releases, I would look for analyst
16      discussion, I would go to the -- I
17      would review perhaps the e-mails that
18      come to the investor relations
19      department of a company, I would review
20      the conference calls that the company
21      holds with investors and analysts to
22      determine whether the information that
23      I, quote, heard on the street was
24      information that market participants

Page 128

1       were considering in valuing the stock.
2            And then I would look to the time
3       at which that were available to market
4       participants, and then I would do the
5       next step, which would be assess its
6       materiality by examining whether it
7       changed the total mix of information as
8       measured by did it move the stock in a
9       significant way.
10 BY MR. COLLINS:
11      Q.    Okay, that is very interesting.
12           So let's assume you are walking
13 to your cab this afternoon to get a ride to
14 the airport and the person who tells you
15 Google is overvalued is the CEO of Google.
16           Let's further assume that you
17 can find no writing, analyst report, press
18 report, news story suggesting or stating that
19 the CEO of Google believes Google to be
20 overstated.
21           And let's further assume, going
22 to your next step as you called it a moment
23 ago, there is a statistically significant
24 movement on the day that the CEO of Google

Page 129

1  shared with you this information.
2            Under those circumstances,
3  would you conclude that it was impossible that
4  -- or highly unlikely that oral communication,
5  in this case in the form of rumor, materially
6  affected the market price?
7       A.    Well, I mean, I think that if,
8  under your hypothetical, if the CEO of Google
9  conveyed that information of overvaluation to me
10 in the cab and on the same day there was a
11 change in the stock price, I would -- first of
12 all, under the hypothetical, if I were the one
13 that received that information -- and I was the
14 only one -- and I didn't trade on it, then
15 there's no reason to expect that that
16 conversation would have -- that that would be
17 causally linked to the stock price movement.
18           Now, if, in fact, the CEO of
19 Google were -- that we undertook an
20 investigation and concluded that in fact on
21 the day that I got into the cab and heard that
22 Google was overvalued, the CEO had also
23 communicated to Black Rock and other
24 institutional investors that it was his view

Page 218

1    Q.    Stock return.
2         And how do you choose what
3    stock return you use?
4    A.    Over the month?
5    Q.    For each month.
6    A.    It's from the close of the prior
7    month to the close of the current month, so it
8    would be the cumulative return over the month,
9    so all of the returns in the month are used.
10   All the daily returns are incorporated into the
11   monthly return.
12   Q.    And for the monthly observation
13   for the industry index, how did you determine
14   that?
15   A.    The same, the same way. So you
16   take each component of the industry -- I think
17   the index -- the Bloomberg index is on -- you
18   can -- I think -- I think I recall seeing it on
19   a level basis, you just take level prior month
20   -- level at the end of the month plus level at
21   the prior month divided by level at the prior
22   month will give you the return over that month,
23   the same way you calculate a return over the
24   month.

Page 219

1    Q.    Why did you perform the
2    regression in Exhibit 10; what did that add to
3    the work you were doing otherwise?
4    A.    I think we touched on this topic
5    this morning when we had a discussion of why
6    market participants and researchers utilize,
7    say, monthly returns. Remember I said if you
8    look at Ibbitson or Barra or other vendors of
9    what are called betas, how stock moves with the
10   market, those vendors may also have how stock
11   moves with industry comparables; that generally
12   that analysis -- not always, but typically that
13   analysis is done to figure out the influence of
14   general industry factors, is done on a monthly
15   basis as opposed to a daily basis for the
16   reasons I gave you before, which is that on a
17   monthly basis you are basically taking out a lot
18   of noise that occurs, what a statistician would
19   refer to as noise, on the daily returns due to
20   randomness.
21   Q.    So, again, with regard to
22   Exhibit 10, if there were volatility in either
23   the index on an intramonth basis or in Adams
24   Golf stock on an intramonth basis, that would

Page 220

1    not be reflected; that would be washed out by
2    your monthly observation?
3    A.    Yes, but it would be only
4    looking at how one could explain monthly
5    variations in the stock return relative to
6    monthly variations in the industry index
7    Q.    Why was the period under study
8    in Exhibit 10, why did that cut off at June 11?
9    A.    You know, I looked at Exhibit 10
10   and I knew you were going to ask that question,
11   and I don't recall. I think it, frankly, might
12   be an oversight.
13   Q.    "An oversight" meaning what?
14   A.    On my part. So I need to go
15   back -- in just assembling this, as I sit here,
16   I don't recall why it ended in June of 1999.
17   Q.    Did you consider -- and I
18   understand, I respect people that forget things,
19   I do that, too. But did you consider, if you
20   know, running the regression at Exhibit 10
21   through December '99 as you ran the regressions
22   in Exhibit 12?
23   A.    I don't recall making a
24   distinction between June of 1999 and December of

Page 221

1    1999, so as I sit here I don't recall making any
2    conscious decision to cut one analysis at 6/99
3    and the other analysis at year-end 1999.
4    Q.    I want to go back to a couple of
5    points you raised earlier. First, you said that
6    you did consider a two-day event window in
7    response to the August 28, 1998, Lehman analyst
8    report; correct?
9    A.    Right.
10   Q.    Did you consider a three-day
11   event window?
12   A.    No.
13   Q.    Did you consider a two-day event
14   window with regard to any other periods of the
15   class period?
16   A.    I don't recall that I did.
17        I do recall, as we mentioned
18   earlier today, doing an analysis in response
19   to something which was in Mr. Miller's report,
20   and that was he indicated -- he made two
21   points: First, that, you know, while I looked
22   at statistical significance at a 95 percent
23   level, I didn't look at the significance at
24   other levels. And, as I indicated in my

Page 222

1  report, the 95 percent level is the
2  conventional level; although, some researchers
3  will report significance at a 10 percent
4  level. And so I examined whether there were
5  days that were significant at a 90 percent
6  level and what information was coming to the
7  market on those days.
8        Second is in response to a
9  comment in his report concerning looking at the
10  returns over multiple days. I asked the
11  question of whether if the results and my
12  conclusions regarding statistical significance
13  and the information coming to the market on
14  those days would be altered if I used a two-day
15  window, and concluded that -- my conclusions
16  were the same whether I used a two-day window or
17  a one-day window for each of the events that I
18  analyzed.
19        So if you take the Golf Pro
20  August 1st article and say, well, look at a
21  two-day window around that, would that alter
22  your conclusion regarding the statistical
23  significance, would using a 90 percent
24  confidence interval as opposed to a 95 percent

Page 223

1  confidence interval impact the conclusion, and
2  the answer to both of those questions is no.
3        Q.  Which events or which time
4  periods during the class period did you consider
5  using a multiple-day event window for?
6        A.  Every day.
7        Q.  Okay. And which events did you
8  consider using the 90 percent confidence level
9  for?
10        A.  Every day.
11        Q.  And how did you apply that using
12  every day? For example, if I can turn you to
13  Page Exhibit 5?
14        A.  Mm-hmm.
15        Q.  With regard to using a
16  multiple-day event window, what did you mean by
17  that; three days or five days?
18        A.  Two days.
19        Q.  Okay. You didn't look at
20  anything more than two days, did you?
21        A.  No, I had no information that
22  would indicate to me that the market would not
23  operate in an efficient way and I had no
24  information to me that indicated any uncertainty

Page 224

1  regarding -- there would be no reason to use a
2  multiple-day window more than two days for this
3  analysis because you would use that if you were
4  uncertain as -- you have a news announcement --
5  we talked about this earlier today; if you had a
6  news announcement and you weren't sure whether
7  that news announcement was made -- you know what
8  day it was made on, but you don't know whether
9  it was during trading hours or not.
10        Q.  Sure.
11            But you might also have new
12  information enter in the market or allegedly
13  new information enter in the market that might
14  be in the form of rumor or oral communication
15  which would be another situation in which you
16  were uncertain as to what the disclosure date
17  is. Correct?
18        A.  No, I would certainly think that
19  if there was an allegation that a rumor or oral
20  communication were material, that you would be
21  able to identify the date at which that
22  information became available to the market. I
23  would also say that -- and be able to relate it,
24  as I talked about earlier today, in an objective

Page 225

1  scientific manner, to the price reaction.
2            As I have indicated, oral
3  communication, as it would be in the context
4  of a conference call with investors, you would
5  look at the day on which that conference call
6  occurred, that oral communication, for
7  purposes of determining whether that
8  communication was material.
9        Q.  If it were a rumor, however, you
10  might not know when the rumor first started
11  circulating; correct?
12        A.  I think that's -- I mean, again,
13  it's -- and we went through this before -- I
14  would -- if I were asked to assess the
15  materiality of an alleged rumor, the first step
16  I would take is to try to determine when that
17  rumor was being utilized by market participants
18  for purposes of pricing or valuing the stock.
19            I would also think that --
20  there's certainly -- and I would -- I would
21  expect to see, if it was a rumor that was
22  material and significant to investors, that --
23  as I indicated before, that there would be
24  some commentary on it, in some source.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


IN RE: ADAMS GOLF, INC.  :    CONSOLIDATED

SECURITIES LITIGATION    :    C.A. NO. 99-371 KAJ

_____X


ORAL DEPOSITION OF SANDRA BROOKS

Friday, June 30, 2006


The oral deposition of SANDRA BROOKS was

held at the law offices of Akin Gump Strauss Hauer

& Feld, LLP, 1700 Pacific Avenue, Suite 4100,

Dallas, Texas, from 10:38 a.m. to 12:09 p.m.,

before Jamie K. Israelow, a Certified Shorthand

Reporter in and for the State of Texas, Registered

Professional Reporter, Certified Realtime Reporter

and Certified LiveNote Reporter.


RSA/VERITEXT COURT REPORTING COMPANY

1845 Walnut Street, 15th Floor

Philadelphia, PA  19103

(215)241-1000    (888)777-6690

Page 10

| | | |
|---|---|---|
| 10:43:14 | 1 | Parrish was like, I think, under him and I would |
| 10:43:17 | 2 | report to him. He took over for a while, but Mark |
| 10:43:20 | 3 | was ultimately the -- |
| 10:43:23 | 4 | Q    Okay. And how often did you -- say, |
| 10:43:27 | 5 | in '96 and '97, how often did you see Mark |
| 10:43:31 | 6 | Gonsalves? Was it -- |
| 10:43:32 | 7 | A    Every day. Every day. We had a |
| 10:43:34 | 8 | morning meeting every day. |
| 10:43:35 | 9 | Q    Okay. |
| 10:43:35 | 10 | A    From the beginning of time, we had a |
| 10:43:38 | 11 | meeting -- the whole inside sales group and Mark, |
| 10:43:41 | 12 | we'd have a meeting and talk about goals and -- |
| 10:43:45 | 13 | what did we call them? -- objections and how to |
| 10:43:48 | 14 | get around objections. |
| 10:43:49 | 15 | Q    Okay. |
| 10:43:50 | 16 | A    Yeah. So every day we had a meeting, |
| 10:43:52 | 17 | and it was a way to start off our day. |
| 10:43:55 | 18 | Q    And did that practice continue |
| 10:43:56 | 19 | throughout your employment at Adams Golf? |
| 10:43:58 | 20 | A    Yes. |
| 10:44:06 | 21 | Q    Okay. You testified that in the |
| 10:44:07 | 22 | beginning of your employment, and correct me if |
| 10:44:10 | 23 | I'm wrong, I don't want to misquote the record, |
| 10:44:12 | 24 | there were six members of the inside sales staff. |

Page 11

| | | |
|---|---|---|
| 10:44:14 | 1 | Is that -- |
| 10:44:15 | 2 | A    When I started, correct. |
| 10:44:17 | 3 | Q    And then -- so I assume your regions, |
| 10:44:19 | 4 | then, were -- were greater than the ones you've |
| 10:44:26 | 5 | described here, Seattle, Miami, Arkansas, |
| 10:44:29 | 6 | New Orleans, Connecticut -- |
| 10:44:32 | 7 | A    Right. For instance, I had the |
| 10:44:33 | 8 | entire state of Washington. |
| 10:44:34 | 9 | Q    I see. |
| 10:44:35 | 10 | A    Then when we added more people, we |
| 10:44:37 | 11 | were asked: What territories do you want to get |
| 10:44:40 | 12 | rid of? And I was like: Well, you can have |
| 10:44:43 | 13 | Arkansas, and you can also have the east half of |
| 10:44:46 | 14 | Washington. |
| 10:44:47 | 15 | Q    Yep. Yep. Spokane? |
| 10:44:49 | 16 | MR. BESSETTE: Lucky folks. |
| 10:44:53 | 17 | Q    (By Mr. Mara) Okay. So and are you |
| 10:44:54 | 18 | able to recall when -- but you retained -- I'm |
| 10:44:58 | 19 | sorry. Strike that. |
| 10:44:59 | 20 | So you retained Seattle, |
| 10:45:02 | 21 | Miami, throughout your tenure at Adams Golf? |
| 10:45:09 | 22 | A    Yeah. |
| 10:45:09 | 23 | Q    Are you aware of the concept of gray |
| 10:45:12 | 24 | marketing? |

Page 12

| | | |
|---|---|---|
| 10:45:12 | 1 | A    I am now. |
| 10:45:14 | 2 | Q    And what do you understand it to |
| 10:45:16 | 3 | mean? What does it mean to you? |
| 10:45:22 | 4 | A    I guess when people get ahold of a |
| 10:45:25 | 5 | product, like a golf club, and I guess they're not |
| 10:45:29 | 6 | really supposed to have it, like an |
| 10:45:32 | 7 | unauthorized -- like they get the golf club -- |
| 10:45:34 | 8 | somebody gets the golf club and sells it to |
| 10:45:37 | 9 | somebody else who isn't really supposed to be |
| 10:45:39 | 10 | selling it. |
| 10:45:39 | 11 | Q    I see. Okay. Now, during 1997, did |
| 10:45:50 | 12 | you have an occasion to experience anything like |
| 10:45:53 | 13 | that in your sales regions? |
| 10:45:54 | 14 | A    Yes. |
| 10:45:54 | 15 | Q    And can you describe what that was? |
| 10:45:57 | 16 | A    It started off in Seattle where a big |
| 10:46:03 | 17 | client of mine called me up complaining that he |
| 10:46:06 | 18 | was at Costco and saw Adams Golf clubs at Costco. |
| 10:46:09 | 19 | And I wasn't really sure about Costco because we |
| 10:46:12 | 20 | didn't have Costcos there, but he explained to me, |
| 10:46:15 | 21 | a big warehouse wholesale-type place like Sam's. |
| 10:46:17 | 22 | I know what Sam's is, so he explained that to me. |
| 10:46:19 | 23 | That's how I first found out about it. |
| 10:46:21 | 24 | Q    And are you able to recall who the |

Page 13

| | | |
|---|---|---|
| 10:46:23 | 1 | account was? |
| 10:46:24 | 2 | A    I think -- I think it was Pro Am |
| 10:46:26 | 3 | Golf. Is that it? It's -- it's -- big, giant -- |
| 10:46:30 | 4 | it's like the biggest one in Seattle. |
| 10:46:32 | 5 | Q    Okay. They're in Seattle? |
| 10:46:34 | 6 | A    Uh-huh. |
| 10:46:34 | 7 | Q    And are you able to recall what, if |
| 10:46:36 | 8 | anything -- if it was Pro Am Golf, I know you're |
| 10:46:40 | 9 | trying to remember. What did they say to you? |
| 10:46:42 | 10 | Are you able to recall what they -- |
| 10:46:43 | 11 | A    Well, he was pretty mad. He was |
| 10:46:45 | 12 | pretty mad, like: Why are these clubs showing up |
| 10:46:48 | 13 | in Costco? Why are you -- why are you-all giving |
| 10:46:51 | 14 | these clubs to Costco? That was pretty much |
| 10:46:54 | 15 | his -- |
| 10:46:55 | 16 | Q    Okay. |
| 10:46:55 | 17 | A    -- take on it. |
| 10:46:56 | 18 | Q    And did he describe what quantity or |
| 10:46:59 | 19 | how many clubs he -- |
| 10:47:00 | 20 | A    He said there were a bunch. I mean, |
| 10:47:02 | 21 | I don't think he actually gave me a number or |
| 10:47:04 | 22 | anything, but he said there was a bunch in there, |
| 10:47:07 | 23 | and that was his concern. I think if he saw like |
| 10:47:09 | 24 | one or two, he probably wouldn't care, but there |

Page 14

| | | |
|---|---|---|
| 10:47:10 | 1 | were a bunch in there |
| 10:47:11 | 2 | Q    And what, if anything, did you do |
| 10:47:13 | 3 | after you had this conversation -- |
| 10:47:14 | 4 | A    I told -- I told Mark |
| 10:47:17 | 5 | Q    And can you describe what happened |
| 10:47:19 | 6 | there? What did you say to Mark and -- |
| 10:47:22 | 7 | A    I went in and I told him my concerns |
| 10:47:24 | 8 | and he just kind of blew me off, so to speak |
| 10:47:28 | 9 | Q    And -- |
| 10:47:29 | 10 | A    He just said that was another |
| 10:47:30 | 11 | objection that I had to get over and figure out |
| 10:47:36 | 12 | how to work around that. |
| 10:47:39 | 13 | Q    Did you say anything else to Mark |
| 10:47:39 | 14 | Gonsalves at that time or -- |
| 10:47:43 | 15 | A    Well, I went to him more than once |
| 10:47:43 | 16 | It wasn't just one time I let go  It kept |
| 10:47:44 | 17 | happening and my people kept calling me  They |
| 10:47:46 | 18 | were -- they were mad at me for somehow having |
| 10:47:51 | 19 | fault at the clubs getting into Costco. |
| 10:47:53 | 20 | Q    I see |
| 10:47:54 | 21 | A    They were mad, just: Why are you -- |
| 10:47:56 | 22 | why are these people having golf clubs? |
| 10:47:58 | 23 | Q    And are you able to recall -- now, |
| 10:48:01 | 24 | when you say they were mad and my people were |

Page 15

| | | |
|---|---|---|
| 10:48:04 | 1 | calling me, was that from Washington? |
| 10:48:07 | 2 | A    Uh-huh  That's where it started  It |
| 10:48:09 | 3 | wasn't just the one big retailer, some green-grass |
| 10:48:12 | 4 | accounts would call and they'd say the same thing |
| 10:48:15 | 5 | and they'd get upset |
| 10:48:16 | 6 | Q    I see  And by green-grass accounts, |
| 10:48:18 | 7 | do you mean -- |
| 10:48:18 | 8 | A    Like country clubs. |
| 10:48:19 | 9 | Q    -- like pro shops and -- |
| 10:48:20 | 10 | A    Yeah, pro shops and country clubs, |
| 10:48:23 | 11 | stuff like that. |
| 10:48:25 | 12 | Q    And now -- and that was occurring -- |
| 10:48:28 | 13 | are you able to recall when that was occurring in |
| 10:48:31 | 14 | 1997? |
| 10:48:32 | 15 | A    It was -- it was early in the year, |
| 10:48:34 | 16 | because we were in the first building in Plano |
| 10:48:37 | 17 | Q    Uh-huh  Are you able to estimate, or |
| 10:48:44 | 18 | if you can recall, how many times do you think you |
| 10:48:47 | 19 | went to Mark Gonsalves relaying these complaints |
| 10:48:50 | 20 | about clubs in Costco? |
| 10:48:53 | 21 | A    I'm what is known as a squeaky wheel, |
| 10:48:57 | 22 | so I went often  I can't remember -- I can't tell |
| 10:48:59 | 23 | you how many times, but I do know I went multiple |
| 10:49:02 | 24 | times to him |

Page 16

| | | |
|---|---|---|
| 10:49:06 | 1 | Q    And did -- was his reaction |
| 10:49:10 | 2 | consistent each time or -- |
| 10:49:11 | 3 | A    Pretty much. |
| 10:49:12 | 4 | Q    -- or did he just keep saying:  Work |
| 10:49:13 | 5 | on it? |
| 10:49:13 | 6 | A    Yeah, work on it  You'll get over |
| 10:49:16 | 7 | it, or you know, he really just kind of blew me |
| 10:49:21 | 8 | off. |
| 10:49:21 | 9 | Q    And when you went to him, did -- |
| 10:49:27 | 10 | well, can you describe the level -- was the level |
| 10:49:31 | 11 | of frustration growing from the accounts? |
| 10:49:34 | 12 | A    Yes. |
| 10:49:34 | 13 | Q    Okay  And can you describe what that |
| 10:49:36 | 14 | was like?  What -- how do you know the level of |
| 10:49:39 | 15 | frustration was growing? |
| 10:49:40 | 16 | A    They would stop ordering clubs  They |
| 10:49:42 | 17 | didn't trust me anymore  Because when you're |
| 10:49:44 | 18 | calling people on the telephone, they've never |
| 10:49:46 | 19 | seen you, they've never met you, just some woman |
| 10:49:49 | 20 | from Texas is calling me trying to sell me a whole |
| 10:49:51 | 21 | bunch of golf clubs  It took a long time  You |
| 10:49:54 | 22 | build the trust, you have a rapport, you have a |
| 10:49:57 | 23 | relationship with these people, and they trust |
| 10:49:57 | 24 | you |

Page 17

| | | |
|---|---|---|
| 10:49:59 | 1 | And this is their business, so |
| 10:50:01 | 2 | they're trusting you to help them grow their |
| 10:50:04 | 3 | business, and all of a sudden, they feel as though |
| 10:50:07 | 4 | you stabbed them in the back, so there's a lot of |
| 10:50:10 | 5 | trust that -- they didn't trust us anymore  Us, |
| 10:50:13 | 6 | I'm saying us as a whole, as a company  It wasn't |
| 10:50:16 | 7 | just me. |
| 10:50:17 | 8 | Q    Right. |
| 10:50:17 | 9 | A    Because they saw the clubs and they |
| 10:50:20 | 10 | quit ordering them  The country clubs and stuff |
| 10:50:23 | 11 | got to the point where they wouldn't -- it's not |
| 10:50:25 | 12 | like they ordered a million clubs  They would |
| 10:50:27 | 13 | order maybe a dozen or a half a dozen to keep them |
| 10:50:30 | 14 | on hand  They wouldn't do that anymore  They |
| 10:50:31 | 15 | would just order like one special order or some |
| 10:50:34 | 16 | guy came in and wanted a specific Adams club, they |
| 10:50:38 | 17 | would order that and just kind of didn't want |
| 10:50:40 | 18 | anything else |
| 10:50:41 | 19 | Q    I see  And -- okay  And did they |
| 10:50:47 | 20 | tell you it was because of the clubs in Costco -- |
| 10:50:50 | 21 | A    Yeah |
| 10:50:51 | 22 | Q    -- that this trust had been breached? |
| 10:50:52 | 23 | A    Uh-huh |
| 10:50:57 | 24 | Q    What you just testified to, did you |

Page 18

| | |
|---|---|
| 10:50:58 | 1 relay that to Mark Gonsalves in '97? |
| 10:51:01 | 2 A Yes. Yes. |
| 10:51:03 | 3 Q Okay. And he said: Keep working on |
| 10:51:05 | 4 it? |
| 10:51:07 | 5 A Yeah, they eventually had like some |
| 10:51:10 | 6 little task force that they got going, but that |
| 10:51:12 | 7 had -- it had been going on a long time. It |
| 10:51:16 | 8 affected me first before it started affecting |
| 10:51:18 | 9 other salespeople, and it wasn't until it started |
| 10:51:21 | 10 affecting other salespeople that, you know, they |
| 10:51:23 | 11 kind of like looked into it a little bit. |
| 10:51:25 | 12 And they had this task force, |
| 10:51:27 | 13 but the task force didn't happen until the damage |
| 10:51:30 | 14 was done, if you ask me, and that's when -- I |
| 10:51:32 | 15 think it was Scott Blevins, they had some serial |
| 10:51:35 | 16 numbers they would write on them or something like |
| 10:51:37 | 17 that, but I mean -- |
| 10:51:44 | 18 Q Now, are you aware -- are you aware |
| 10:51:46 | 19 that Adams Golf had an initial public offering -- |
| 10:51:49 | 20 A Uh-huh, yeah. |
| 10:51:51 | 21 Q -- and went public? |
| 10:51:52 | 22 A Yes. |
| 10:51:52 | 23 Q And just for clarity, you're aware |
| 10:51:54 | 24 that it was July 9th of 1998? |

Page 19

| | |
|---|---|
| 10:51:56 | 1 A Right. |
| 10:52:06 | 2 Q The decline in sales that you were |
| 10:52:10 | 3 complaining about, was that occurring in 1997? |
| 10:52:14 | 4 A Yes. |
| 10:52:14 | 5 Q And was that occurring in -- in the |
| 10:52:16 | 6 first half of 1998? |
| 10:52:18 | 7 A Uh-huh. |
| 10:52:21 | 8 Q And did you -- did you tell Mark |
| 10:52:25 | 9 Gonsalves specifically that you were experiencing |
| 10:52:28 | 10 a decline in sales -- |
| 10:52:29 | 11 A Yes. |
| 10:52:29 | 12 Q -- as a result of these complaints? |
| 10:52:31 | 13 A Yes. |
| 10:52:31 | 14 Q And what, if anything, did he say to |
| 10:52:34 | 15 that? |
| 10:52:34 | 16 A He didn't really say much. He just |
| 10:52:42 | 17 kind of blew me off. He never really had a whole |
| 10:52:51 | 18 lot to say about it. He was just kind of: I |
| 10:52:51 | 19 don't know. |
| 10:52:51 | 20 Q Other than Mark Gonsalves, did you -- |
| 10:52:51 | 21 did you talk about this Costco -- clubs in Costco |
| 10:52:53 | 22 with other people at Adams Golf? |
| 10:52:54 | 23 A Oh, yeah. We -- everybody at Adams |
| 10:52:57 | 24 Golf was really pretty close. We hung out. We |

Page 20

| | |
|---|---|
| 10:53:00 | 1 went to lunch together. We chitchatted. We saw |
| 10:53:03 | 2 each other on the weekends. We were all pretty |
| 10:53:06 | 3 close. Yeah, we'd talk about it. I mean, one of |
| 10:53:08 | 4 the things, we would kind of try to help each |
| 10:53:11 | 5 other, how to get over the objections that we |
| 10:53:12 | 6 always had. You know, we would stand around and |
| 10:53:14 | 7 we would write our numbers on the boards. I know |
| 10:53:16 | 8 like Katherine and I would talk about it. |
| 10:53:19 | 9 Katherine East and I would talk about it. So |
| 10:53:22 | 10 yeah, we all talked about it. |
| 10:53:23 | 11 Q Were you the only one who was |
| 10:53:24 | 12 experiencing a problem with clubs in Costco? |
| 10:53:26 | 13 A No. No. I believe Katherine was the |
| 10:53:30 | 14 second salesperson affected by it. |
| 10:53:32 | 15 Q Are you able to recall what |
| 10:53:34 | 16 regions -- Katherine is Katherine East? |
| 10:53:36 | 17 A Right. |
| 10:53:36 | 18 Q Are you able to recall what regions |
| 10:53:39 | 19 of the country she had? |
| 10:53:40 | 20 A I think it was in the Southwest, like |
| 10:53:43 | 21 around Arizona. I think that was the area that |
| 10:53:46 | 22 was affected for her. |
| 10:53:48 | 23 Q And again, these discussions among -- |
| 10:53:52 | 24 correct me if I'm -- I don't want to characterize. |

Page 21

| | |
|---|---|
| 10:53:55 | 1 These discussions were generally among the inside |
| 10:53:58 | 2 sales staff? |
| 10:53:58 | 3 A Yeah. Yeah. Pretty much. |
| 10:54:00 | 4 Q And were those discussions occurring |
| 10:54:02 | 5 in 1997 and the first part of 1998? |
| 10:54:04 | 6 A Uh-huh, yes. |
| 10:54:07 | 7 Q Are you able to recall if anyone else |
| 10:54:09 | 8 on the inside sales staff complained about a |
| 10:54:12 | 9 breach of what -- what we've characterized as a |
| 10:54:15 | 10 breach of trust this morning with their accounts? |
| 10:54:20 | 11 A I mean, if you're referring to the |
| 10:54:23 | 12 double shipping and all that kind of crazy stuff, |
| 10:54:26 | 13 yeah. |
| 10:54:26 | 14 Q Well, no. I -- |
| 10:54:27 | 15 A I mean -- |
| 10:54:28 | 16 Q I mean -- |
| 10:54:28 | 17 A I mean the whole trust issues about |
| 10:54:31 | 18 like the clients calling up -- |
| 10:54:33 | 19 Q Yeah. |
| 10:54:33 | 20 A -- and complaining to us. Yeah, |
| 10:54:34 | 21 everybody had that problem. |
| 10:54:35 | 22 Q I see. Did you -- were you ever able |
| 10:54:51 | 23 to ascertain the amount of clubs that were |
| 10:54:56 | 24 involved in showing up in Costco? |

**Page 22**

| | | |
|---|---|---|
| 10:54:57 | 1 | A    I couldn't give you a number, but I |
| 10:54:59 | 2 | know that there were a lot, just for the fact |
| 10:55:02 | 3 | that, well, the people in the Seattle area were |
| 10:55:05 | 4 | telling me that there were hundreds in there   And |
| 10:55:08 | 5 | then they made their way all the way down to |
| 10:55:10 | 6 | Florida, and they made their way all the way to |
| 10:55:13 | 7 | Arizona   That's a lot of clubs. |
| 10:55:21 | 8 | Q    Are you able to recall -- let's see |
| 10:55:25 | 9 | We'll take Pro Am Golf   I don't know anything |
| 10:55:27 | 10 | about it, but was Pro Am Golf -- where was that in |
| 10:55:30 | 11 | the hierarchy of your accounts?   Was that the |
| 10:55:33 | 12 | biggest or -- |
| 10:55:34 | 13 | A    Probably top five   And I had some |
| 10:55:37 | 14 | big ones |
| 10:55:38 | 15 | Q    Well, we'll take Pro Am Golf in 1997 |
| 10:55:41 | 16 | and the first half of 1998. |
| 10:55:45 | 17 |          Can you describe what effect |
| 10:55:50 | 18 | this clubs-in-Costco complaint had on -- on your |
| 10:55:54 | 19 | sales to Pro Am Golf in 1997 and the first part of |
| 10:55:58 | 20 | 1998? |
| 10:56:00 | 21 | A    They didn't buy nearly as many clubs |
| 10:56:03 | 22 | They would just buy less, a lot less |
| 10:56:05 | 23 | Q    Are you able to estimate, rough |
| 10:56:10 | 24 | estimate? |

**Page 23**

| | | |
|---|---|---|
| 10:56:10 | 1 | A    I'm not good with estimates |
| 10:56:15 | 2 | Q    I mean, if you can't, you can't |
| 10:56:16 | 3 | A    I don't know   It was significant |
| 10:56:17 | 4 | It was a significant decrease in what they would |
| 10:56:22 | 5 | buy |
| 10:56:22 | 6 | Q    And were you on a commission -- |
| 10:56:24 | 7 | A    Yes |
| 10:56:24 | 8 | Q    -- basis at that -- |
| 10:56:25 | 9 |          Okay   So that was hurting |
| 10:56:27 | 10 | your pocketbook personally? |
| 10:56:32 | 11 | A    Yeah. |
| 10:56:32 | 12 | Q    Did anyone from Pro Am Golf cite any |
| 10:56:35 | 13 | other reasons for a reduction in their orders? |
| 10:56:39 | 14 | A    No. |
| 10:56:39 | 15 | Q    Did any of your green-grass accounts |
| 10:56:42 | 16 | suggest any other reason for a reduction in their |
| 10:56:45 | 17 | orders? |
| 10:56:45 | 18 | A    No   I mean, that was -- that was it. |
| 10:56:47 | 19 | Q    The Costco problem? |
| 10:56:49 | 20 | A    Uh-huh |
| 10:57:00 | 21 | Q    Was there any discussion about where |
| 10:57:05 | 22 | the clubs were coming from that were showing up in |
| 10:57:12 | 23 | Costco? |
| 10:57:13 | 24 | A    Do you mean with Mark? |

**Page 24**

| | | |
|---|---|---|
| 10:57:14 | 1 | Q    Sure   Yeah   Did you ever -- |
| 10:57:14 | 2 | A    I know we -- |
| 10:57:16 | 3 | Q    Yeah, did -- |
| 10:57:18 | 4 | A    We all wondered, but I still don't |
| 10:57:21 | 5 | know exactly how they got there |
| 10:57:23 | 6 | Q    Yeah |
| 10:57:24 | 7 | A    I've got my assumptions and what I -- |
| 10:57:26 | 8 | how I think they got there, but no, no one ever -- |
| 10:57:30 | 9 | no one ever pinpointed that |
| 10:57:32 | 10 | Q    What -- what's your assumption? |
| 10:57:35 | 11 | A    My assumption is when Jay, another |
| 10:57:41 | 12 | salesperson, shipped a lot of clubs -- |
| 10:57:46 | 13 | Q    I'm sorry   For the record -- |
| 10:57:48 | 14 | A    Jay Greaney   He's a salesperson |
| 10:57:50 | 15 |          He would ship clubs -- I do |
| 10:57:53 | 16 | remember there was a place in California that he |
| 10:57:57 | 17 | would ship gobs and gobs of clubs to, but there |
| 10:58:01 | 18 | was no store   Gee, I wonder where they're going. |
| 10:58:05 | 19 | And that -- I don't remember the name of the |
| 10:58:07 | 20 | accounts   It wasn't my account base   But we do |
| 10:58:12 | 21 | travel   It's not like we're stuck in Texas, and |
| 10:58:15 | 22 | you go to places and there is no such and such |
| 10:58:18 | 23 | store |
| 10:58:18 | 24 |          And also, when he -- he |

**Page 25**

| | | |
|---|---|---|
| 10:58:20 | 1 | shipped out of a lot of clubs that he really |
| 10:58:25 | 2 | probably shouldn't have been shipping out, and |
| 10:58:27 | 3 | that's where I assume they went |
| 10:58:28 | 4 | Q    I see   And when you said: We |
| 10:58:30 | 5 | weren't stuck in Texas, again, are you referring |
| 10:58:33 | 6 | to the inside sales staff? |
| 10:58:34 | 7 | A    Yeah   I travel -- even when I |
| 10:58:36 | 8 | traveled for pleasure -- my brother -- at the |
| 10:58:39 | 9 | time, my brother lived in Southern California, and |
| 10:58:41 | 10 | I would go and: Hey, I work for Adams Golf   So |
| 10:58:44 | 11 | I'd go to Edwin Watts or whatever golf stores were |
| 10:58:50 | 12 | out there   We're not isolated   We get out. |
| 10:58:53 | 13 | Q    Well, and what -- okay   Strike that |
| 10:58:56 | 14 | Sorry |
| 10:59:07 | 15 |          Your region -- let's say in |
| 10:59:13 | 16 | 1997 and the first half of 1998, did -- you had |
| 10:59:17 | 17 | the Miami region in Florida, or did -- how was |
| 10:59:23 | 18 | your region bordered in Florida? |
| 10:59:24 | 19 | A    I had Fort Lauderdale and I had |
| 10:59:28 | 20 | Miami |
| 10:59:29 | 21 | Q    And in the hierarchy of the Adams |
| 10:59:31 | 22 | Golf sales department, were those important |
| 10:59:35 | 23 | markets or -- |
| 10:59:35 | 24 | A    Yes. |

Page 26

| | | |
|---|---|---|
| 10:59:35 | 1 | Q -- average markets? |
| 10:59:36 | 2 | A No. No. That's -- there's a lot of |
| 10:59:38 | 3 | money in Southern Florida. And the way the -- |
| 10:59:41 | 4 | it's -- the way the inside sales was mapped out is |
| 10:59:44 | 5 | that you would have -- because in the winter, |
| 10:59:47 | 6 | you're in Seattle or Philadelphia or whatever, |
| 10:59:50 | 7 | you're not playing golf because it's cold. You go |
| 10:59:54 | 8 | down to Miami and play golf. |
| 10:59:56 | 9 | So you'd have an amount of |
| 10:59:57 | 10 | summer accounts and an amount of winter accounts. |
| 11:00:00 | 11 | And so that was -- I mean, if I didn't have Miami, |
| 11:00:04 | 12 | I probably wouldn't have made any money in the |
| 11:00:07 | 13 | winter months. |
| 11:00:07 | 14 | Q Right. Nobody is playing golf in the |
| 11:00:09 | 15 | snow. |
| 11:00:11 | 16 | A Yeah. |
| 11:00:11 | 17 | Q You've testified to the reaction of |
| 11:00:14 | 18 | your accounts in Washington to clubs in Costco. |
| 11:00:17 | 19 | Can you tell us about the reaction of your |
| 11:00:20 | 20 | accounts in Fort Lauderdale or Miami area? |
| 11:00:24 | 21 | A Yeah. I'm pretty sure it was Edwin |
| 11:00:28 | 22 | Watts that called me, and I'm sure you know Edwin |
| 11:00:30 | 23 | Watts is a big chain. |
| 11:00:31 | 24 | Q Oh, yeah. |

Page 27

| | | |
|---|---|---|
| 11:00:32 | 1 | A And also some smaller places too. |
| 11:00:34 | 2 | They would call and complain, kind of the same |
| 11:00:38 | 3 | thing, just a different area. |
| 11:00:40 | 4 | Q And was -- can you characterize what, |
| 11:00:43 | 5 | if any, impact that had on sales in -- |
| 11:00:46 | 6 | A Yeah, it -- dramatic decline. They |
| 11:00:48 | 7 | were angry. I mean, their first thing is they're |
| 11:00:52 | 8 | angry because they think we bamboozled them. That |
| 11:00:55 | 9 | was their first thought: Hey, I'm managing this |
| 11:01:00 | 10 | pro shop or I own this pro shop and you're selling |
| 11:01:03 | 11 | me these clubs at X dollars, and I can go down the |
| 11:01:06 | 12 | street and any Joe Blow can buy them for way |
| 11:01:08 | 13 | cheaper. |
| 11:01:08 | 14 | It was just -- it messes up |
| 11:01:10 | 15 | the numbers, because we would tell them they have |
| 11:01:12 | 16 | so much of a margin because you have to sell it |
| 11:01:15 | 17 | for so many dollars. They go down the street and |
| 11:01:18 | 18 | what I just told my pro doesn't apply to that guy, |
| 11:01:21 | 19 | and they would get mad. |
| 11:01:23 | 20 | Q Right. |
| 11:01:23 | 21 | A It affected their bottom dollar too, |
| 11:01:26 | 22 | and if you're a pro shop manager or you manage an |
| 11:01:29 | 23 | Edwin Watts or whatever and your numbers aren't |
| 11:01:31 | 24 | what they're supposed to be, they're getting in |

Page 28

| | | |
|---|---|---|
| 11:01:34 | 1 | trouble. So yes. |
| 11:01:39 | 2 | Q So then in your -- your portfolio of |
| 11:01:43 | 3 | accounts, Miami and Fort Lauderdale was your most |
| 11:01:47 | 4 | important region or most profitable, however you |
| 11:01:49 | 5 | would define that? Is that true or -- |
| 11:01:51 | 6 | A Of my whole region, no; but in the |
| 11:01:54 | 7 | winter, yes. |
| 11:01:55 | 8 | Q All right. Okay. Was there |
| 11:02:06 | 9 | competition among inside sales staff members to -- |
| 11:02:11 | 10 | to get different regions, to be the salesperson |
| 11:02:16 | 11 | for that region? |
| 11:02:16 | 12 | A No, that wasn't really an option. |
| 11:02:18 | 13 | Q It was just kind of whacked up -- |
| 11:02:20 | 14 | A You -- your territory is your |
| 11:02:23 | 15 | territory and tough luck if you want something |
| 11:02:25 | 16 | else. I mean, unless someone was wanting -- I |
| 11:02:30 | 17 | mean, you could trade, but that didn't really |
| 11:02:43 | 18 | happen. |
| 11:02:44 | 19 | Q Just one second, if I may. |
| 11:03:05 | 20 | So other than -- and again, |
| 11:03:08 | 21 | the record will -- and please, I don't want to put |
| 11:03:10 | 22 | words in your mouth. |
| 11:03:11 | 23 | Other than speaking with Mark |
| 11:03:14 | 24 | Gonsalves about the clubs in Costco and customer |

Page 29

| | | |
|---|---|---|
| 11:03:16 | 1 | complaints and other members of the inside sales |
| 11:03:19 | 2 | staff, did you discuss it with anybody else? |
| 11:03:22 | 3 | A I mean, no. There's no real need to. |
| 11:03:24 | 4 | No. |
| 11:03:24 | 5 | Q There's no -- why did you feel no |
| 11:03:26 | 6 | real need to? |
| 11:03:27 | 7 | A Well. Mark was my boss, so -- |
| 11:03:32 | 8 | Q Okay. |
| 11:03:44 | 9 | MR. MARA: I don't think I |
| 11:03:44 | 10 | have anything else. |
| 11:03:44 | 11 | EXAMINATION |
| 11:03:44 | 12 | BY MR. BESSETTE: |
| 11:03:47 | 13 | Q Ms. Brooks, my name is Paul Bessette. |
| 11:03:49 | 14 | I'm with Adams -- I'm sorry. I'm with Akin Gump. |
| 11:03:55 | 15 | I think when you and I first talked a long time |
| 11:04:05 | 16 | ago, I was with Brobeck. I don't know if you |
| 11:04:05 | 17 | remember our phone conversation. |
| 11:04:05 | 18 | A I do, but it's been a while, yeah. |
| 11:04:05 | 19 | Q But we haven't been able to talk with |
| 11:04:05 | 20 | you in a long time. I say "we" meaning Adams |
| 11:04:09 | 21 | Golf's counsel. But I understand you've talked |
| 11:04:10 | 22 | with the plaintiffs' counsel before today? |
| 11:04:12 | 23 | A Uh-huh. |
| 11:04:12 | 24 | Q How many times, would you say? |

Page 34

| | | |
|---|---|---|
| 11:07:29 | 1 | who used to work there. So I have no problem with |
| 11:07:31 | 2 | Adams Golf. |
| 11:07:31 | 3 | Q    Do you know what the plaintiffs' |
| 11:07:33 | 4 | claim in this litigation is? |
| 11:07:34 | 5 | A    Not really sure. No. I really don't |
| 11:07:39 | 6 | know the ins and outs of the case, I just -- I |
| 11:07:43 | 7 | really don't |
| 11:07:44 | 8 | Q    Did the plaintiffs ever tell you what |
| 11:07:46 | 9 | their claims were? |
| 11:07:50 | 10 | A    I -- I don't know if I ever asked |
| 11:08:04 | 11 | Q    Do you have any sense, as you sit |
| 11:08:06 | 12 | here. whether Adams Golf as a company did anything |
| 11:08:10 | 13 | wrong with respect to -- when they went public in |
| 11:08:16 | 14 | their IPO? |
| 11:08:18 | 15 | A    Yeah. I think there was some -- a |
| 11:08:21 | 16 | couple of misguided people at the company. |
| 11:08:23 | 17 | Q    What do you mean? |
| 11:08:24 | 18 | A    Well, when all that double-shipping |
| 11:08:29 | 19 | business was going on with Jay, and I'm sure |
| 11:08:32 | 20 | you-all talked to Jay Greaney and everything, |
| 11:08:36 | 21 | about the whole double shipping, I'm pretty sure |
| 11:08:39 | 22 | Mark Gonsalves knew about that. That's not right, |
| 11:08:46 | 23 | you know. |
| 11:08:46 | 24 | Q    Did you know that the company |

Page 35

| | | |
|---|---|---|
| 11:08:52 | 1 | investigated whether there was actual double |
| 11:08:52 | 2 | shipping or not? |
| 11:08:52 | 3 | A    I'm not really sure -- I know |
| 11:08:55 | 4 | there's -- you don't need to investigate it. I |
| 11:08:55 | 5 | know there was double shipping. I don't need to |
| 11:08:59 | 6 | investigate. I am quite confident there was |
| 11:08:59 | 7 | double shipping going on. |
| 11:08:59 | 8 | Q    I'm sure you are -- |
| 11:09:00 | 9 | A    Yeah. |
| 11:09:00 | 10 | Q    -- but do you know whether the |
| 11:09:01 | 11 | company investigated it? |
| 11:09:02 | 12 | A    I don't know. |
| 11:09:02 | 13 | Q    Do you know what Jay talked about |
| 11:09:04 | 14 | with respect to double shipping? |
| 11:09:06 | 15 | A    No. |
| 11:09:08 | 16 | Q    Okay. |
| 11:09:08 | 17 | A    I mean, Jay was a nice guy and |
| 11:09:10 | 18 | everything, but we weren't like -- we didn't like |
| 11:09:12 | 19 | hang out and chat or anything |
| 11:09:21 | 20 | Q    You don't have any reason to believe |
| 11:09:23 | 21 | that Jay Greaney would lie under oath, do you? |
| 11:09:26 | 22 | A    No. |
| 11:09:26 | 23 | Q    You wouldn't lie under oath? |
| 11:09:28 | 24 | A    No |

Page 36

| | | |
|---|---|---|
| 11:09:28 | 1 | Q    Let's talk about you joining Adams |
| 11:09:30 | 2 | Golf in August '96. What did you do before that? |
| 11:09:33 | 3 | A    I was a sale rep for "The Green |
| 11:09:37 | 4 | Sheet." And before that, I had just moved here |
| 11:09:40 | 5 | from El Paso. |
| 11:09:41 | 6 | Q    And before joining Adams Golf, did |
| 11:09:43 | 7 | you have any experience in the golf industry? |
| 11:09:45 | 8 | MR. MARA: I'm sorry  I |
| 11:09:47 | 9 | didn't mean to -- did you say '98, joining Adams |
| 11:09:50 | 10 | Golf in '98? |
| 11:09:51 | 11 | MR. BESSETTE: August of '96. |
| 11:09:53 | 12 | THE WITNESS: I thought he |
| 11:09:54 | 13 | said '96 |
| 11:09:55 | 14 | MR. MARA: Sorry |
| 11:09:55 | 15 | A    Golf industry, no. I played golf, |
| 11:09:57 | 16 | but that was it |
| 11:10:05 | 17 | Q    (By Mr Bessette) Okay  And you |
| 11:10:05 | 18 | said you reported to Mark Gonsalves. How was he |
| 11:10:08 | 19 | as a -- as a boss, generally speaking? |
| 11:10:10 | 20 | A    He was -- he had certain standards he |
| 11:10:13 | 21 | would like us to live up to. He drove us pretty |
| 11:10:17 | 22 | hard, but he was a good salesperson. He was a |
| 11:10:19 | 23 | good sales manager |
| 11:10:20 | 24 | Q    He was a good motivator? |

Page 37

| | | |
|---|---|---|
| 11:10:22 | 1 | A    Yeah |
| 11:10:22 | 2 | Q    Was he a good mentor? |
| 11:10:25 | 3 | A    Yeah |
| 11:10:25 | 4 | Q    And he held, I think you said, daily |
| 11:10:27 | 5 | sales meetings with the staff to help motivate and |
| 11:10:30 | 6 | help drive more sales? |
| 11:10:39 | 7 | A    Right |
| 11:10:39 | 8 | Q    You -- I wrote this down  I thought |
| 11:10:41 | 9 | it was kind of funny  You called yourself a |
| 11:10:44 | 10 | squeaky wheel? |
| 11:10:45 | 11 | A    Yeah. |
| 11:10:45 | 12 | Q    Were you sort of the complainer in |
| 11:10:47 | 13 | the group? |
| 11:10:47 | 14 | A    When something was brought to my |
| 11:10:49 | 15 | attention, yeah. But I'm like that now, still |
| 11:10:52 | 16 | If something I see is wrong or happening wrong, |
| 11:10:55 | 17 | I'm going to talk about it until I don't think |
| 11:10:57 | 18 | it's wrong anymore or it's been fixed or repaired |
| 11:11:01 | 19 | or has gone away or whatever, so yeah |
| 11:11:06 | 20 | Q    And is it your recollection you kind |
| 11:11:07 | 21 | of went and talked to Mark quite a bit and |
| 11:11:10 | 22 | complained quite a bit about things, didn't you? |
| 11:11:12 | 23 | A    Not just things  I mean, that makes |
| 11:11:14 | 24 | it sound pretty trivial  But if there was |

Page 58

| | | |
|---|---|---|
| 11:31:18 | 1 | A    The circumstances of the return that |
| 11:31:20 | 2 | I know of, you know, somebody writes "did not |
| 11:31:23 | 3 | order" on an order, I'm figuring they didn't order |
| 11:31:26 | 4 | them. |
| 11:31:26 | 5 | Q    But you never saw the pallet? |
| 11:31:27 | 6 | A    No. |
| 11:31:28 | 7 | Q    So how do you know that was there? |
| 11:31:29 | 8 | A    I have no reason to believe that my |
| 11:31:32 | 9 | husband or any one of the other customer service |
| 11:31:34 | 10 | guys would lie to me.  Why would they make that |
| 11:31:37 | 11 | up?  That's kind of crazy to make that up. |
| 11:31:39 | 12 | Q    So you heard it from them? |
| 11:31:40 | 13 | A    Yeah. |
| 11:31:40 | 14 | Q    Your husband and a customer service |
| 11:31:42 | 15 | person? |
| 11:31:42 | 16 | A    It was actually before he was my |
| 11:31:44 | 17 | husband. |
| 11:31:44 | 18 | Q    Okay.  But other than hearing |
| 11:31:46 | 19 | something from them, you know nothing about the |
| 11:31:48 | 20 | circumstances of either the sale, in other words, |
| 11:31:51 | 21 | to who it was -- |
| 11:31:52 | 22 | A    No. |
| 11:31:52 | 23 | Q    -- sold to or the return? |
| 11:31:55 | 24 | A    No. |

Page 59

| | | |
|---|---|---|
| 11:31:55 | 1 | Q    Okay.  And you don't know the time |
| 11:31:57 | 2 | frame? |
| 11:31:57 | 3 | A    I don't recall. |
| 11:31:57 | 4 | Q    And you don't know the accounting for |
| 11:31:59 | 5 | it, one way or the other? |
| 11:32:01 | 6 | A    That was before their -- that was |
| 11:32:03 | 7 | before they were taking the money back out of our |
| 11:32:07 | 8 | paychecks. |
| 11:32:09 | 9 | Q    Yes.  I don't mean the accounting in |
| 11:32:11 | 10 | your paychecks, but -- |
| 11:32:13 | 11 | A    No.  I don't know why they did that |
| 11:32:14 | 12 | in the big scheme of things for the company. |
| 11:32:16 | 13 | Q    And that's everything you recall |
| 11:32:17 | 14 | about that -- |
| 11:32:19 | 15 | A    Uh-huh. |
| 11:32:19 | 16 | Q    -- situation at the old location? |
| 11:32:23 | 17 | A    Uh-huh. |
| 11:32:23 | 18 | Q    Now, you said there was another one |
| 11:32:25 | 19 | at the new location on Plano Parkway? |
| 11:32:28 | 20 | A    Right. |
| 11:32:28 | 21 | Q    When was that? |
| 11:32:32 | 22 | A    I'm thinking in the spring.  I'm not |
| 11:32:33 | 23 | 100 percent sure, but I think it was in the |
| 11:32:36 | 24 | spring. |

Page 60

| | | |
|---|---|---|
| 11:32:36 | 1 | Q    Was it before the company went public |
| 11:32:39 | 2 | or after, as best you recall? |
| 11:32:40 | 3 | A    I don't know.  I -- I don't remember. |
| 11:32:44 | 4 | Q    Okay.  Did you -- what were the |
| 11:32:46 | 5 | circumstances of that return?  Was that another |
| 11:32:48 | 6 | pallet? |
| 11:32:48 | 7 | A    Yeah.  It was a pallet, and I just |
| 11:32:50 | 8 | remember -- I remember because Brandon, he's a |
| 11:32:54 | 9 | pretty nice guy.  We hung out with him a little |
| 11:32:58 | 10 | bit, and I remember him getting really hot about |
| 11:33:00 | 11 | it because he had to -- it was like more work for |
| 11:33:03 | 12 | him. |
| 11:33:03 | 13 | Q    Okay. |
| 11:33:03 | 14 | A    So he just got really hot about it |
| 11:33:05 | 15 | I remember that. |
| 11:33:06 | 16 | Q    Did you see the pallet? |
| 11:33:07 | 17 | A    No. |
| 11:33:07 | 18 | Q    Do you know how many clubs were |
| 11:33:10 | 19 | involved? |
| 11:33:10 | 20 | A    A few hundred. |
| 11:33:13 | 21 | Q    How do you know that? |
| 11:33:14 | 22 | A    Because of Brandon complaining about |
| 11:33:17 | 23 | it. |
| 11:33:18 | 24 | Q    Who did he complain about it to? |

Page 61

| | | |
|---|---|---|
| 11:33:20 | 1 | A    Us, just the salespeople. |
| 11:33:22 | 2 | Q    Who was the salesperson who generated |
| 11:33:25 | 3 | the order? |
| 11:33:25 | 4 | A    Jay. |
| 11:33:25 | 5 | Q    Who was the customer? |
| 11:33:27 | 6 | A    I don't know.  Somebody in Hawaii. |
| 11:33:29 | 7 | Q    What were the circumstances of the |
| 11:33:31 | 8 | sale or the circumstances of the return? |
| 11:33:33 | 9 | A    Don't know.  Don't know. |
| 11:33:34 | 10 | Q    You have no clue? |
| 11:33:35 | 11 | A    No. |
| 11:33:37 | 12 | Q    All right.  And again, you don't know |
| 11:33:37 | 13 | how it was accounted for on the books -- |
| 11:33:40 | 14 | A    No. |
| 11:33:40 | 15 | Q    -- and records the company? |
| 11:33:42 | 16 | A    No. |
| 11:33:46 | 17 | Q    Any other examples that you're aware |
| 11:33:47 | 18 | of? |
| 11:33:48 | 19 | A    Not that I can think of right now. |
| 11:34:05 | 20 | Q    Now, are you aware, Ms. Brooks, of |
| 11:34:07 | 21 | what efforts Mark Gonsalves or other company |
| 11:34:10 | 22 | personnel were taking once you moved into the new |
| 11:34:14 | 23 | building at Plano Parkway in the spring of 1998 |
| 11:34:18 | 24 | concerning gray marketing? |

Page 62

| | | | |
|---|---|---|---|
| 11:34:21 | 1 | A | Am I aware of what they were doing? |
| 11:34:23 | 2 | Q | Right. |
| 11:34:24 | 3 | A | Other than that little team that |
| 11:34:30 | 4 | Scott Blevins was heading up, I don't know of |
| 11:34:32 | 5 | anything else. |
| 11:34:33 | 6 | Q | Right. And that team was in the fall |
| 11:34:35 | 7 | of 1998. Does that square with your recollection? |
| 11:34:38 | 8 | A | Yeah. |
| 11:34:39 | 9 | Q | Okay. So when you moved into the new |
| 11:34:41 | 10 | building until you went public, I say "you" |
| 11:34:45 | 11 | meaning the company, okay. so March, April to |
| 11:34:47 | 12 | July. do you know what steps the company was |
| 11:34:53 | 13 | taking regarding this gray-marketing issue? |
| 11:34:58 | 14 | A | No. |
| 11:34:58 | 15 | Q | And you don't know -- excuse me. And |
| 11:35:00 | 16 | you don't know what steps Mark Gonsalves -- |
| 11:35:03 | 17 | A | No. |
| 11:35:04 | 18 | Q | -- was taking, particularly about the |
| 11:35:06 | 19 | gray marketing? |
| 11:35:06 | 20 | A | No. |
| 11:35:06 | 21 | Q | So you don't know if he went to |
| 11:35:11 | 22 | visit. for example, locations, retailers, or |
| 11:35:14 | 23 | Costco stores himself? You have no clue? |
| 11:35:18 | 24 | A | No. I would have hoped to have been |

Page 63

| | | | |
|---|---|---|---|
| 11:35:18 | 1 | informed if he was going into my particular |
| 11:35:20 | 2 | territory, but no. |
| 11:35:21 | 3 | Q | Pro Am. is that -- |
| 11:35:23 | 4 | A | I think that's the name of it. |
| 11:35:25 | 5 | Q | Do they have a Boise. Idaho, store? |
| 11:35:27 | 6 | A | I don't know. |
| 11:35:30 | 7 | Q | You don't know if Pro -- oh, Pro |
| 11:35:33 | 8 | Golf. I'm sorry. |
| 11:35:33 | 9 | A | Was it Pro Golf? |
| 11:35:34 | 10 | Q | I think it's Pro Golf. |
| 11:35:36 | 11 | A | I think -- |
| 11:35:36 | 12 | Q | Is Pro Golf your client? |
| 11:35:38 | 13 | A | Whoever the big guy in Seattle was. |
| 11:35:41 | 14 | I don't remember. They all have very similar |
| 11:35:43 | 15 | names: Pro Golf, Pro-Am Golf, pro this, pro that. |
| 11:35:47 | 16 | Q | Do you recall the name Paul |
| 11:35:50 | 17 | McCormick? |
| 11:35:50 | 18 | A | No. I don't. |
| 11:35:57 | 19 | Q | Okay. Pro Golf in Seattle, how about |
| 11:35:59 | 20 | Randy Silver? Does that name ring a bell? |
| 11:36:01 | 21 | A | That sounds kind of familiar. That's |
| 11:36:03 | 22 | not who I talked to. |
| 11:36:05 | 23 | Q | Right. Okay. |
| 11:36:14 | 24 | | Now, you said Pro Golf was |

Page 64

| | | | |
|---|---|---|---|
| 11:36:16 | 1 | quite large, a lot of stores, right? |
| 11:36:18 | 2 | A | Yeah. I think they had like three. |
| 11:36:20 | 3 | maybe. |
| 11:36:20 | 4 | Q | In the Seattle area? |
| 11:36:22 | 5 | A | I think so. |
| 11:36:23 | 6 | Q | But they had others in other states, |
| 11:36:25 | 7 | did they not? |
| 11:36:26 | 8 | A | I didn't deal with those. |
| 11:36:27 | 9 | Q | Oh, so you only dealt with Pro |
| 11:36:30 | 10 | Golf -- |
| 11:36:30 | 11 | A | Yeah. |
| 11:36:30 | 12 | Q | -- in your area, in your Seattle |
| 11:36:33 | 13 | area? |
| 11:36:48 | 14 | A | Right. |
| 11:36:51 | 15 | Q | Okay. Now, you mentioned to the |
| 11:36:57 | 16 | plaintiffs' counsel that it was your recollection |
| 11:36:59 | 17 | that you -- some of your accounts who were |
| 11:37:02 | 18 | complaining about clubs being in Costco stores |
| 11:37:05 | 19 | where they would slow down or stop ordering |
| 11:37:08 | 20 | clubs -- |
| 11:37:08 | 21 | A | Uh-huh. Right. |
| 11:37:09 | 22 | Q | -- right? |
| 11:37:10 | 23 | | Okay. Let's go customer by |
| 11:37:12 | 24 | customer. Let's start with Pro Golf. Okay. How |

Page 65

| | | | |
|---|---|---|---|
| 11:37:17 | 1 | many clubs did they not order? |
| 11:37:18 | 2 | A | I can't give you numbers. I don't |
| 11:37:21 | 3 | recall specifics. I do remember it being |
| 11:37:25 | 4 | significant in the grand scheme of things. that if |
| 11:37:27 | 5 | you're ordering 50 clubs a week. you know. he was |
| 11:37:32 | 6 | ordering, maybe half that, and it trickled off |
| 11:37:38 | 7 | Q | Yeah. So when -- this started when |
| 11:37:43 | 8 | you -- again, right. as you said. before you moved |
| 11:37:46 | 9 | into the Plano Parkway building -- |
| 11:37:48 | 10 | A | Uh-huh. |
| 11:37:49 | 11 | Q | -- complaints came. And how -- how |
| 11:37:51 | 12 | long after the complaints started before they |
| 11:37:54 | 13 | stopped ordering or slowed their ordering? |
| 11:38:03 | 14 | A | In the beginning. because I didn't |
| 11:38:04 | 15 | see this as being a -- I -- I kept thinking it was |
| 11:38:09 | 16 | going to go away. Maybe I was naive. I don't |
| 11:38:12 | 17 | know, but I kept thinking it was going to go away. |
| 11:38:15 | 18 | get better. |
| 11:38:15 | 19 | | So in the beginning, I assured |
| 11:38:17 | 20 | them that: Oh, no, we're not selling directly to |
| 11:38:19 | 21 | Costco. That's not what we're doing because -- |
| 11:38:21 | 22 | Q | Uh-huh. |
| 11:38:22 | 23 | A | -- if they would have been, it would |
| 11:38:24 | 24 | have been my territory and I would have known |

**Page 74**

| | | |
|---|---|---|
| 11:45:30 | 1 | Q    And they started complaining, and as |
| 11:45:30 | 2 | you say, they got more and more disgruntled, and |
| 11:45:32 | 3 | it took months, and then at some point they slowed |
| 11:45:34 | 4 | their orders and it stopped altogether? |
| 11:45:37 | 5 | A    Yeah |
| 11:45:37 | 6 | Q    And the records of the company and |
| 11:45:40 | 7 | the sales records would reflect all the sales that |
| 11:45:42 | 8 | were made? |
| 11:45:44 | 9 | A    Yeah |
| 11:45:44 | 10 | Q    So we could see, presumably, whether |
| 11:45:48 | 11 | anybody actually slowed or stopped? |
| 11:45:50 | 12 | A    Yeah, I would guess |
| 11:46:15 | 13 | MR. MARA:  Is now a good time? |
| 11:46:17 | 14 | MR. BESSETTE:  Yeah  Let's |
| 11:46:18 | 15 | break. |
| 11:46:18 | 16 | (A recess was taken from |
| 11:56:00 | 17 | 11:46 to 11:56.) |
| 11:56:00 | 18 | MR. BESSETTE:  Okay  Back on |
| 11:56:05 | 19 | Q    (By Mr. Bessette)  In the -- |
| 11:56:07 | 20 | Ms. Brooks, in the -- again, same time frame we've |
| 11:56:09 | 21 | been talking about, moving into the new building |
| 11:56:12 | 22 | on Plano Parkway, March/April, till the IPO, how |
| 11:56:15 | 23 | many inside salespeople do you think the company |
| 11:56:17 | 24 | had at that time, that you recall? |

**Page 75**

| | | |
|---|---|---|
| 11:56:25 | 1 | A    12, maybe  I don't remember  I'm |
| 11:56:28 | 2 | trying to think of who all was there  I know it |
| 11:56:31 | 3 | was more than the initial six |
| 11:56:33 | 4 | Q    Uh-huh. |
| 11:56:33 | 5 | A    10, 10, 12, somewhere around there |
| 11:56:36 | 6 | Q    That's your recollection? |
| 11:56:36 | 7 | A    I think -- I don't really remember |
| 11:56:38 | 8 | I'm just trying to think of who the salespeople |
| 11:56:40 | 9 | were, because they were the original six, and then |
| 11:56:45 | 10 | there was like Darin and Andrea and all those |
| 11:56:47 | 11 | people got hired, and the little guy that drove |
| 11:56:51 | 12 | the Jeep  I can't remember his name  I don't |
| 11:56:53 | 13 | remember  I know it was more |
| 11:56:54 | 14 | Q    Okay  And do you remember -- do you |
| 11:56:56 | 15 | remember about the time of the IPO again, so we're |
| 11:56:59 | 16 | in the summer of '98, about how many retail |
| 11:57:02 | 17 | accounts were there overall that the company had? |
| 11:57:03 | 18 | A    I don't know. |
| 11:57:04 | 19 | Q    No idea? |
| 11:57:05 | 20 | A    Huh-uh |
| 11:57:06 | 21 | Q    You don't know if it was 5,000 or |
| 11:57:09 | 22 | 10,000 or anything like that? |
| 11:57:11 | 23 | A    No. |
| 11:57:11 | 24 | Q    With lots of accounts and lots of |

**Page 76**

| | | |
|---|---|---|
| 11:57:14 | 1 | salespeople, did you -- how well did you know |
| 11:57:16 | 2 | other people's accounts?  Did you have time to |
| 11:57:18 | 3 | know other salespeople's accounts? |
| 11:57:20 | 4 | A    Some of the bigger ones that maybe |
| 11:57:22 | 5 | affect your territory, maybe you would know |
| 11:57:25 | 6 | Q    Uh-huh |
| 11:57:30 | 7 | A    That way |
| 11:57:31 | 8 | Q    Okay  I can see that  Any other |
| 11:57:32 | 9 | way? |
| 11:57:32 | 10 | A    Just chatting  Like I'll give you an |
| 11:57:36 | 11 | example that kind of -- like the -- there's a golf |
| 11:57:38 | 12 | club in Pennsylvania called Squires Club  It's a |
| 11:57:43 | 13 | pretty high-end -- when I say high-end, men-only |
| 11:57:47 | 14 | club, and I got to be such good friends with the |
| 11:57:51 | 15 | pro there that he actually sent me a wedding |
| 11:57:54 | 16 | present, and he thanked me when I sent Dr. Jay to |
| 11:57:57 | 17 | his club to buy a golf club |
| 11:57:58 | 18 | So I told everybody the |
| 11:58:00 | 19 | Dr. Jay story a hundred times  So you know |
| 11:58:03 | 20 | things, if have like a story or something   We |
| 11:58:05 | 21 | knew things about maybe special accounts |
| 11:58:07 | 22 | Q    Okay.  All right  Good |
| 11:58:18 | 23 | Now, Jay Greaney was the top |
| 11:58:20 | 24 | salesperson at the time? |

**Page 77**

| | | |
|---|---|---|
| 11:58:20 | 1 | A    Correct |
| 11:58:22 | 2 | MR. MARA:  The time being? |
| 11:58:23 | 3 | (By Mr. Bessette) The time being, |
| 11:58:24 | 4 | again, it's March/April to -- |
| 11:58:26 | 5 | A    While Jay was there, best of my |
| 11:58:28 | 6 | recollection, he was usually the top salesperson, |
| 11:58:31 | 7 | so -- |
| 11:58:31 | 8 | Q    And why was that, in your view? |
| 11:58:33 | 9 | A    He was a good salesperson, and he |
| 11:58:36 | 10 | also padded his orders |
| 11:58:40 | 11 | Q    Yeah  So let me explore that a |
| 11:58:42 | 12 | little |
| 11:58:42 | 13 | Why do you think he padded his |
| 11:58:45 | 14 | orders? |
| 11:58:46 | 15 | A    To make more money |
| 11:58:47 | 16 | Q    Let me ask you a better question: |
| 11:58:50 | 17 | How do you know?  How do you have the opinion that |
| 11:58:52 | 18 | he padded his orders? |
| 11:58:53 | 19 | A    Because my -- I know he had a lot of |
| 11:59:01 | 20 | returns and -- and it was kind of common |
| 11:59:04 | 21 | knowledge |
| 11:59:04 | 22 | Q    Okay  So besides water cooler talk |
| 11:59:06 | 23 | and people not liking Jay for whatever reason -- |
| 11:59:08 | 24 | A    I never said I didn't like Jay  I do |

Page 78

```
11:59:11   1  like Jay
11:59:12   2    Q    Okay  Let me ask you this in one
11:59:14   3  pointed question: Do you have any personal
11:59:17   4  knowledge that he actually, as you said, padded
11:59:19   5  his numbers?
11:59:20   6    A    I can't think of anything specific
11:59:23   7  Eight years ago, I probably could have cited
11:59:25   8  something pretty specific, but right now, no. I
11:59:27   9  can't.
11:59:27  10    Q    So as you sit here, no personal
11:59:29  11  knowledge?
11:59:29  12    A    That I can remember
11:59:30  13    Q    That's all I want to know, is what
11:59:32  14  you remember
11:59:32  15    A    Yeah  I can't think of anything
11:59:34  16  right now  If someone were to jog my memory or
11:59:36  17  give me some specific examples, maybe I'd remember
11:59:38  18  something, maybe I wouldn't  I don't know
11:59:42  19    Q    Okay  You also testified earlier
11:59:43  20  about this California store that Jay shipped to
11:59:46  21    A    Uh-huh
11:59:47  22    Q    So let me understand, are you saying
11:59:48  23  that you were out in California and you knew the
11:59:51  24  specific address?
```

Page 79

```
11:59:52   1    A    No  No  No  Other people. such as
11:59:54   2  myself -- I was giving you an example of when I
11:59:56   3  went to California and I would go look at other
11:59:58   4  people. but I do remember him having an account in
12:00:04   5  California that did not have a storefront
12:00:07   6    Q    Okay.
12:00:07   7    A    I believe -- I believe maybe he's the
12:00:09   8  one who told us  I don't recall  I don't
12:00:11   9  remember, but it -- the inside sales team knew
12:00:16  10  that Jay had a customer. client, whatever you want
12:00:21  11  to call them. in California that did not have a
12:00:35  12  storefront
12:00:35  13          I think maybe one of his other
12:00:35  14  clients found that out  I'm not really sure
12:00:35  15  exactly how it came to light, but that did come to
12:00:35  16  light
12:00:35  17    Q    Okay  And what did that mean to you?
12:00:35  18  Because I don't know what that means
12:00:35  19    A    Well. that meant to me: He is
12:00:39  20  selling clubs at the wholesale price to some guy
12:00:41  21  who doesn't have a store for people to come and
12:00:44  22  buy them in
12:00:46  23    Q    Okay  So besides that, you don't
12:00:49  24  know -- is there any other meaning to that?
```

Page 80

```
12:00:52   1    A    I take it is that he is selling them
12:00:54   2  to this guy and this guy is probably, I'm
12:00:58   3  thinking, Mr  Gray Market guy
12:01:01   4    Q    But again, no personal knowledge?
12:01:03   5    A    No  But it was -- the whole inside
12:01:06   6  sales team, including Mark and Craig and everybody
12:01:09   7  else. knew about this  We talked about it openly
12:01:13   8  It wasn't some big secret
12:01:15   9    Q    So wouldn't that suggest it was
12:01:17  10  appropriate and aboveboard, just a little unusual
12:01:19  11  and not something sinister?
12:01:22  12    A    No --
12:01:22  13          MR  MARA: Objection to the
12:01:23  14  form of the question
12:01:23  15          But answer it  Sorry.
12:01:26  16    A    No, because didn't Jay get fired?
12:01:33  17    Q    (By Mr  Bessette)  Is that your
12:01:33  18  recollection?
12:01:33  19    A    Yeah, I think he got fired
12:01:36  20  eventually  I mean. Jay had a unique way of
12:01:41  21  selling clubs, I'll say, and I personally don't
12:01:44  22  find it to have been an ethical way to sell clubs
12:01:50  23    Q    What do you mean by that?
12:01:54  24    A    Some people. when you -- you say:
```

Page 81

```
12:01:56   1  Okay  I'll take six clubs
12:02:00   2          Send them a dozen  He would
12:02:01   3  do that  That was his method  I don't believe
12:02:04   4  there's any secret  A person tells me: Send me
12:02:08   5  six clubs, I sent them six clubs  So that's what
12:02:10   6  I'm talking about
12:02:11   7    Q    All right  So let's explore that
12:02:13   8  again  Besides the knowledge that you say was
12:02:16   9  around the water cooler --
12:02:17  10    A    Do I have something pinpoint specific
12:02:20  11  to document or anything, no, I don't
12:02:21  12    Q    So no personal knowledge, no seeing
12:02:23  13  an order, knowing that somebody ordered six and --
12:02:25  14    A    No.
12:02:25  15    Q    -- seeing that Jay actually shipped
12:02:28  16  12?
12:02:29  17    A    No
12:02:29  18    Q    Nothing like that?
12:02:29  19    A    No.
12:02:30  20    Q    Just talk around the halls?
12:02:32  21    A    Yeah.
12:02:35  22    Q    Okay  Now. you testified earlier
12:02:44  23  that -- I think you said Costco, you know, it was
12:02:47  24  a big problem for your -- the accounts we've
```

## Page 82

| | | |
|---|---|---|
| 12:02:50 | 1 | already talked about -- |
| 12:02:51 | 2 | A    Right |
| 12:02:51 | 3 | Q    -- who they were  And that |
| 12:02:54 | 4 | eventually, over time, they got so disgruntled |
| 12:02:58 | 5 | that they slowed or stopped orders? |
| 12:03:00 | 6 | A    Right |
| 12:03:00 | 7 | Q    Sitting here. looking back on it now, |
| 12:03:06 | 8 | so this time frame in '98 -- |
| 12:03:06 | 9 | A    Uh-huh |
| 12:03:07 | 10 | Q    -- let's say all of -- let's say that |
| 12:03:10 | 11 | same time frame, the April -- March/April, going |
| 12:03:13 | 12 | to the new building. to say. the IPO. how -- how |
| 12:03:18 | 13 | many clubs -- how many -- how many clubs did |
| 12:03:20 | 14 | Costco sell in your territory?  Do you have any |
| 12:03:24 | 15 | sense? |
| 12:03:25 | 16 | A    No  I mean, I couldn't tell you  I |
| 12:03:27 | 17 | mean, I never went there  I don't know how many |
| 12:03:29 | 18 | they had, but according to my clients who told me |
| 12:03:33 | 19 | that they had, you know, in the -- a hundred clubs |
| 12:03:37 | 20 | or so sitting right there  It was always full and |
| 12:03:40 | 21 | it was all freshly stocked, so I'm going to say a |
| 12:03:43 | 22 | lot |
| 12:03:43 | 23 | Q    A lot. |
| 12:03:43 | 24 | A    Yeah  I don't have a number to put |

## Page 83

| | | |
|---|---|---|
| 12:03:45 | 1 | on it because I wasn't there  I didn't count |
| 12:03:47 | 2 | them  I'm just going by what my people told me |
| 12:04:05 | 3 | Q    Okay  And you have no reason to |
| 12:04:07 | 4 | dispute that whatever the Costco records show what |
| 12:04:10 | 5 | their sales were in particular regions. you don't |
| 12:04:13 | 6 | have any reason to believe that that wouldn't be |
| 12:04:15 | 7 | accurate? |
| 12:04:16 | 8 | A    No. |
| 12:04:25 | 9 | Q    Okay  And if -- for example, if |
| 12:04:28 | 10 | Costco had showed that in the second quarter of |
| 12:04:32 | 11 | 1998 -- and again. that's right at the time frame |
| 12:04:34 | 12 | we're talking about. April, May, June 1998. |
| 12:04:37 | 13 | A    Uh-huh |
| 12:04:39 | 14 | Q    -- in the states of Alaska and Idaho |
| 12:04:42 | 15 | and Montana and Oregon and Utah and Washington, |
| 12:04:48 | 16 | there were just over 700 clubs sold. does that |
| 12:04:52 | 17 | sort of sound accurate to you? |
| 12:04:54 | 18 | MR. MARA: Objection, assumes |
| 12:04:55 | 19 | facts not in evidence |
| 12:04:55 | 20 | But go ahead. |
| 12:04:57 | 21 | A    I figured it would be a lot more than |
| 12:04:58 | 22 | that, but I -- I have never been to any of those |
| 12:05:04 | 23 | places, so I have no idea  I mean -- |
| 12:05:06 | 24 | Q    (By Mr. Bessette) And that's a good |

## Page 84

| | | |
|---|---|---|
| 12:05:07 | 1 | point  You would have thought it was more because |
| 12:05:10 | 2 | it seemed more to you because your customers |
| 12:05:13 | 3 | were -- were complaining to you? |
| 12:05:15 | 4 | A    Uh-huh. |
| 12:05:15 | 5 | Q    But you don't, as you sit here, know |
| 12:05:17 | 6 | how many actual sales were being made in Costco |
| 12:05:20 | 7 | and how it was affecting the company overall. |
| 12:05:22 | 8 | meaning Adams Golf? |
| 12:05:23 | 9 | A    Right |
| 12:05:26 | 10 | Q    Okay  And would it surprise you to |
| 12:05:28 | 11 | learn -- and again. in the same time frame, April, |
| 12:05:30 | 12 | May, June of 1998 -- in what Costco calls the |
| 12:05:36 | 13 | Southeast region, but it's the states of Alabama |
| 12:05:38 | 14 | and Florida, Georgia, Maryland. North Carolina, |
| 12:05:41 | 15 | portions of New Jersey -- I don't know why that's |
| 12:05:47 | 16 | Southeast, but -- Puerto Rico. South Carolina, |
| 12:05:47 | 17 | Tennessee, and portions of Virginia, there were |
| 12:05:50 | 18 | only 150 clubs sold by Costco in that time frame? |
| 12:05:54 | 19 | MR. MARA: Same objection |
| 12:05:54 | 20 | (By Mr Bessette) Is that surprising |
| 12:05:55 | 21 | to you as well? |
| 12:05:57 | 22 | A    Yeah |
| 12:05:58 | 23 | Q    Again, you would have thought it |
| 12:05:59 | 24 | would be more? |

## Page 85

| | | |
|---|---|---|
| 12:06:00 | 1 | A    Yeah  Maybe they're all sold out of |
| 12:06:02 | 2 | Miami, I don't know, but -- |
| 12:06:05 | 3 | Q    Maybe you know, maybe not. We don't |
| 12:06:07 | 4 | know. |
| 12:06:25 | 5 | When did you -- let's see |
| 12:06:27 | 6 | You said you got married in April? |
| 12:06:29 | 7 | A    Uh-huh |
| 12:06:30 | 8 | Q    1998? |
| 12:06:30 | 9 | A    Uh-huh |
| 12:06:31 | 10 | Q    You got married to Michael Brooks? |
| 12:06:33 | 11 | A    Right |
| 12:06:33 | 12 | Q    He was an employee of Adams Golf? |
| 12:06:35 | 13 | A    Right |
| 12:06:35 | 14 | Q    And you met him at Adams Golf? |
| 12:06:42 | 15 | A    Right. |
| 12:06:42 | 16 | Q    He was in what department? |
| 12:06:44 | 17 | A    He started off in customer service, |
| 12:06:46 | 18 | and then he moved up, and he was like the |
| 12:06:49 | 19 | purchasing manager or something like that  He -- |
| 12:06:52 | 20 | he was in charge of purchasing the components |
| 12:07:00 | 21 | Q    We won't be too much longer |
| 12:07:02 | 22 | Purchasing  Who was his boss |
| 12:07:06 | 23 | in 1998/1999 time frame?  Do you know? |
| 12:07:09 | 24 | A    Well, Dick Murtland was his boss. and |