# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ALYSSA M. SCHWARTZ

DIRECT DIAL NUMBER
302-651-7756
SCHWARTZ@RLF.COM

November 21, 2006

**BY ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court for
 the District of Delaware
844 King Street
Wilmington, Delaware 19801

Re:   **Adams Golf Securities Litigation, C.A. No. 99-371-KAJ**

Dear Judge Jordan:

I write on behalf of the Adams Golf Defendants. On October 31, 2006, the Adams Golf Defendants requested that Your Honor hear oral argument on their motion for summary judgment and other motions filed on September 11, 2006. (D.I. 355). At that time, the Adams Golf Defendants requested that oral argument be scheduled after briefing was completed on their motion to strike the R. Alan Miller affidavit and Sandra Brooks deposition testimony (the "Motion"). With the filing of the Adams Golf Defendants' reply brief today, the parties concluded briefing on the Motion.

Counsel remains available should Your Honor have any questions. Thank you for your consideration.

Respectfully,

Alyssa M. Schwartz (#4351)

AMS:lmg
cc:   Clerk of the Court (by Electronic File)
      Carmella P. Keener, Esq. (by Electronic File and Hand Delivery)
      John E. James, Esq. (by Electronic File and Hand Delivery)
      Todd S. Collins, Esq. (by Electronic Mail)
      Theodore J. McEvoy, Esq. (by Electronic Mail)
      Paul R. Bessette, Esq. (by Electronic Mail)
      Jeffrey L. Moyer, Esq.

RLF1-3084793-1