UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE ADAMS GOLF, INC.<br>SECURITIES LITIGATION : | CONSOLIDATED<br>C.A. No. 99-371-***<br><br>CLASS ACTION<br>JURY TRIAL DEMANDED |

**JOINT STATUS REPORT**

The parties, pursuant to the Court's Order of February 9, 2007, submit this Joint Status Report in advance of the status teleconference to be held at 10:00 a.m. on Monday, March 5, 2007.

   1.   **Status of the Case:** The parties have completed all discovery and the filing and briefing of pre-trial motions.

   2.   **Pending Motions:** A number of pretrial motions have been briefed and await decision. The parties have requested argument on all of these motions.

      a.   **Summary Judgment Motions:** (1) the Adams Golf Defendants' Motion for Summary Judgment (D.I. 279); (2) Underwriter Defendants' Motion for Summary Judgment (D.I. 289). Briefing was completed on these motions on October 30, 2006. In connection with plaintiffs' opposition to their summary judgment motion, the Adams Golf Defendants filed a Motion to Strike Miller Affidavit and Brooks Deposition Testimony (D.I. 351), briefing on which was completed on November 21, 2006.

      b.   **Daubert Motions:** (1) Plaintiffs' Motion to Strike and Exclude Testimony of Edward R. Necarsulmer III (D.I. 297); (2) Plaintiffs' Motion to Strike and Exclude Testimony of Christopher James, Ph. D. (D.I. 299); (3) Plaintiffs' Motion to Strike and Exclude

Testimony of Edward Lynch, C.P.A. and Stephen Grace, M.B.A., Ph. D. (D.I. 291); (4) Adams Golf Defendants' Motion to Exclude the Expert Testimony of R. Alan Miller (D.I. 285); (5) Defendants' Motion to Exclude the Expert Testimony of Christiana Ochoa (D.I. 287); (6) the Underwriter Defendants' Motion to Exclude Expert Opinion of R. Alan Miller (D.I. 293). Briefing on all these motions was completed on October 30, 2006, and the parties requested oral argument as to their respective motions. (D.I. 355, 356, 357).

3.    **Pertinent Dates Under Scheduling Order:**  Pursuant to Judge Jordan's Amended Scheduling Order signed May 16, 2006, on April 23, 2007, the parties are to file a Joint Proposed Final Pretrial Order. On May 15, 2007, the parties are to file proposed voir dire, instructions to the jury, and special verdicts and interrogatories. A Final Pretrial Conference is scheduled to be held on May 21, 2007 at 4:30 p.m. The case is scheduled for a ten-day trial beginning 9:30 A.M. on June 18, 2007. (It is the parties' understanding that the Amended Scheduling Order was intended to provide the Court sufficient time to rule after the close of briefing on the summary judgment and Daubert motions, enabling the parties to make pretrial filings informed by the Court's rulings.)

4.    **Mediation/Settlement Status:**  This case is not now scheduled for mediation. Mediation efforts were conducted by the Honorable Mary Pat Thynge from November, 2005 through January, 2006. The parties have discussed settlement independent of any formal ADR. In response to the Adams Golf Defendants' request, Plaintiffs made a demand directed to the Adams Golf Defendants in late December 2006 which the Adams Golf Defendants rejected. The parties are continuing discussions. The parties are willing to participate in further mediation proceedings.