**ROSENTHAL, MONHAIT & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

February 27, 2007

**VIA CM/ECF and HAND DELIVERY**

The Honorable Mary Pat Thynge
United States District Court
844 N. King Street
Lock Box 8
Wilmington, DE 19801

Re:   **In Re Adams Golf, Inc. Securities Litigation,
       Consolidated, Civil Action No. 99-371-KAJ**

Dear Magistrate Thynge:

In accordance with Your Honor's February 9, 2007 Order and in advance of the March 5, 2007 10:00 a.m. teleconference, my firm has caused to be filed today a Status Report which has been approved by all parties.

Respectfully,

/s/ Carmella P. Keener

Carmella P. Keener
(DSBA No. 2810)
ckeener@rmgglaw.com
*Attorneys for Plaintiffs*

CPK/jls
cc:   Jeffrey L. Moyer, Esquire (via CM/ECF)
      Kelly E. Farnan, Esquire (via CM/ECF)
      John E. James, Esquire (via CM/ECF)
      Brian C. Ralston, Esquire (via CM/ECF)
      Donald Lewis, Esquire (via electronic mail)
      Todd S. Collins, Esquire (via electronic mail)
      Neil Mara, Esquire (via electronic mail)
      Juli F. Desper, Esquire (via electronic mail)
      Clerk of the Court (via hand delivery)