IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ADAMS GOLF, INC., | : | CONSOLIDATED |
| SECURITIES LITIGATION | : | C. A. No. 99-371-*** |

### ORDER

At Wilmington this 5th day of **March, 2007.**

A status teleconference was held on March 5, 2007 with counsel participating. As a result of the discussions during the teleconference,

IT IS ORDERED that the Amended Scheduling Order of May 15, 2006 (D.I. 241) is modified in that the due dates for the filing of the proposed joint pretrial order, the pretrial and trial dates are cancelled until further order of the court.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE