## CERTIFICATE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 7th day of March, 2008, I caused **PLAINTIFFS' RESPONSE TO THE SUMMARY STATEMENT IN SUPPORT OF THE ADAMS GOLF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

| | |
|---|---|
| Jeffrey L. Moyer, Esquire | John E. James, Esquire |
| Kelly E. Farnan, Esquire | Brian C. Ralston, Esquire |
| Richards, Layton & Finger | Potter, Anderson & Corroon LLP |
| One Rodney Square | 1313 N. Market Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

/s/ *Carmella P. Keener*
Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com