IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| F. KENNETH SHOCKLEY, et al. | : |
| | : |
| v. | : Civil Action No. 99-371 GMS |
| | : |
| ADAMS GOLF, INC., et al. | : |
| | : |

### ORDER

WHEREAS, on June 11, 1999, the plaintiffs filed this action against the above-captioned defendants (D.I. 1);

WHEREAS, on September 15, 2008, counsel for Lehman Brothers Holding, Inc. advised the court that on September 15, 2008, the defendant filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (D.I. 375);

WHEREAS, Title 11 of the United States Code, Section 362(a) mandates an automatic stay of certain acts against the debtor upon the filing of a petition in bankruptcy under any chapter of the Bankruptcy Code;

IT IS HEREBY ORDERED that:

This case is **ADMINISTRATIVELY CLOSED**, to be reopened for further proceedings upon motion by any party to this action no later than thirty days following a disposition of the bankruptcy case.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

September __16__, 2008



FILED

SEP 16 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE