## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| IN RE: ADAMS GOLF, INC., | § | CIVIL ACTION NO. 99-371-GMS |
| SECURITIES LITIGATION | § | (CONSOLIDATED) |
| | § | |

### NOTICE OF BANKRUPTCY

PLEASE TAKE NOTICE that, on September 15, 2008 (the "Commencement Date"), Lehman Brothers Holdings Inc. (the "Defendant") commenced a case under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101 *et seq.*) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The chapter 11 case bears index no. 08-13555 (JMP). A copy of the Defendant's chapter 11 petition is attached hereto as Exhibit A.

PLEASE BE ADVISED that, as of the Commencement Date, any new or further action against the Defendant is stayed pursuant to section 362 of the Bankruptcy Code (the "Automatic Stay"), which provides, in relevant part, that the filing of the petition operates as a stay, applicable to all entities, of among other things, "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title . . . ." and of "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. § 362(a)(1) & 362(a)(3).

PLEASE BE FURTHER ADVISED that any action taken against the Defendant without obtaining relief from the Automatic Stay from the Bankruptcy Court may be void ab

initio and may result in a finding of contempt and an assessment of penalties and fines, as appropriate. The Defendant reserves and retains its statutory right to seek relief in the Bankruptcy Court from any judgment, order, or ruling entered in violation of the Automatic Stay.

Dated: September 16, 2008

| | |
|---|---|
| *Of Counsel*: | POTTER ANDERSON & CORROON LLP |
| Michael J. Chepiga<br>Paul C. Gluckow<br>Ryan A. Kane<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954<br>Telephone: (212) 455-2831<br>Facsimile: (212) 455-2502 | By: */s/ John E. James*<br>Robert K. Payson (No. 274)<br>John E. James (No. 996)<br>Hercules Plaza – Sixth Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br><br>*Attorneys for Lehman Brothers Holdings Inc.* |

882760/23310

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
**CERTIFICATE OF SERVICE**

I, John E. James, hereby certify that on September 16, 2008, the within document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following attorneys of record stating that the document is available for viewing and downloading from CM/ECF:

Carmella P. Keener, Esquire
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Kelly Farnan, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801

/s/ John E. James
John E. James (No. 996)
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
E-mail: jjames@potteranderson.com