# EXHIBIT B

## Proposed Order of Stay

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ADAMS GOLF, INC., SECURITIES LITIGATION | § § § § § | CIVIL ACTION NO. 99-371-GMS (CONSOLIDATED) |

## ORDER OF STAY

Upon reading the foregoing Notice of Bankruptcy, it is this __ day of September, 2008, by the United States District Court, District of Delaware, ORDERED that the above-captioned action is hereby stayed as against Lehman Brothers Holdings Inc. and the proceedings shall be deferred to the Bankruptcy Court as stated in the Notice of Bankruptcy as to the following Defendant:

**LEHMAN BROTHERS HOLDINGS INC.**
745 Seventh Avenue
New York, NY  10019

Dated: September __, 2008

_____
UNITED STATES DISTRICT JUDGE